IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

Marcellus Breach, AIS 160710,
    Plaintiff

vs.

Prison Health Services, Inc.,
    Defendants

Civil Action:
2:06cv1133-MEF

## NOTICE UNTO THE COURT

On 11/30/06 plaintiff filed a Civil Rights Complaint in the Circuit Court of Montgomery County, Alabama entitled: Marcellus Breach v. Richard Allen et al, pertaining to the same facts. Nevertheless, because plaintiff questions Circuit Court Judge Johnny Hardwick's impartiality and bias from other U.S. Mail case, there is no Justice in that court. On 12/12/06 plaintiff filed with the Circuit Court Clerk a motion entitled: "Motion To Dismiss" without Prejudice" Exhibit "A" the civil action.

Therefore, said motion is filed and is declared dismissed on behalf of the plaintiff.

I swear the foregoing is true and correct under the penalty of perjury 28 USC 1746. This 19 day December 2006.

*Marcellus Breach*
Marcellus Breach

Exhibit "A"

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

Marcellus Breach, AIS# 160710
    Plaintiff,

Vs.                                                     Civil Action: CV-06-3009.

Richard Allen, et al,
    Defendants

## MOTION TO DISMISS WITHOUT PREJUDICE

Comes Now the plaintiff Marcellus Breach in proper person "Pro Se" moves this court to dismiss the underlying action "Without Prejudice", and in support of same, plaintiff states as follows:

1) Dismissal without prejudice is warranted, and plaintiff desires not to prosecute this action at this time, but, preserves the right to reinstate suit at a latter date.

1 of 2

WHEREFORE, plaintiff moves to dismiss this action "Without prejudice."

Done this 12th day December 2006

*[signature]*

Marcellus Breach  AIS 160710
Dorm West-16
P.O. Box 150
Mt. Meigs, AL 36057

Certificate of Service

I hereby certify that I have served a true copy of same upon:

PHS Inc.
165 Westport Drive, Suite 200
Brentwood, TN 37027

(2) Richard Allen, Commissioner
301 S. Ripley St.
Montgomery, Al 36104

By placing same into a sealed envelope, properly addressed mailing U.S. Mail this 12 day December 2006

*[signature]*