IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS # 160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

This cause is before the Court on Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. # 3), filed on December 22, 2006. Upon consideration of Plaintiff's submissions, it is hereby ORDERED that the portion of the motion seeking a temporary restraining order is DENIED pursuant to Federal Rule of Civil Procedure 65(b).

It is further ORDERED that all remaining matters are referred to the Magistrate Judge.

DONE this 22nd day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE