IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On January 9, 2007, the plaintiff filed a document styled "motion for leave to file a supplemental complaint" (Court Doc. No. 6). However, the plaintiff seeks only to amend the complaint to assert additional facts in support of his claims for relief. The court therefore construes this document as a motion for leave to amend the complaint. Upon consideration of the motion for leave to amend, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 10th day of January, 2007.

                                              /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE