IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This 42 U.S.C. § 1983 action is pending before the court on a complaint filed by Marcellus Breach ["Breach"], a state inmate and frequent litigant, presently confined at the Kilby Correctional Facility. In this complaint, Breach challenges the constitutionality of medical treatment provided to him for an inguinal hernia. Breach acknowledges and a review of relevant records demonstrates that Breach is in violation of 28 U.S.C. § 1915(g) which directs that a prisoner is not allowed to bring a civil action or proceed on appeal *in forma pauperis* if he "has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." However, due to nature of the allegations presented by the plaintiff with respect to the denial of medical treatment, the court deems it necessary to obtain information from the defendants prior to

disposition of Breach's application for leave to proceed *in forma pauperis*, which disposition will determine whether service of the complaint is appropriate. Accordingly, it is

ORDERED that on or before January 30, 2007 General Counsel for the Alabama Department of Corrections and Counsel for Prison Health Services, Inc. shall file a response, supported by relevant evidentiary materials and affidavits, which addresses Breach's claim that he has been refused necessary medical treatment, i.e. surgery, for a hernia and is therefore in imminent danger of serious physical injury.

The Clerk is DIRECTED to provide a copy of this order to the plaintiff and a copy of this order together with a copy of the complaint and motion for preliminary injunction to General Counsel for the Alabama Department of Corrections and Counsel for Prison Health Services, Inc.

Done this 10th day of January, 2007.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE