IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file addendum to *in forma pauperis* motion filed by the plaintiff on January 24, 2007 (Court Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. In the interest of justice, the Clerk is hereby DIRECTED to provide General Counsel for the Alabama Department of Corrections and counsel for Prison Health Services, Inc. with a copy of the addendum filed by the plaintiff on January 24, 2007 (Court Doc. No. 9).

Done this 24th day of January, 2007.

　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE