IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> PRISON HEALTH SERVICES, INC.; § <br> et al.; § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:06cv1133-MEF |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes (collectively "PHS"), by and through counsel, and in response to the pleadings filed by Mr. Breach (AIS# 160710) and in response to this Court's Order dated January 10, 2007, do hereby request a brief extension to assemble the "relevant evidentiary materials and affidavits" needed to address Breach's claim that he has been refused necessary medical treatment, i.e., surgery, for a hernia. As grounds for this Motion for Extension, the Defendants state the following:

1.  Counsel for the Defendants, PHS, was served with the Complaint and other associated materials, including this Court's Order dated January 10, 2007, on Monday, January 29, 2007. It will be impossible to assemble the necessary evidentiary materials and affidavits needed to comply with the Court's request. However, said materials have been requested and will be provided as quickly as possible in order to address the Court's concerns about the limited possibility that Breach may be in eminent danger of serious physical injury. In addition, Exhibit "C" of the plaintiff's filing demonstrates that as of

July 18, 2006, the plaintiff's left inguinal hernia was not incarcerated, meaning that there is no impairment to blood flow in the portion of the intestine causing the hernia. Breach suffers from a reducible hernia which slips back into the abdominal cavity with general pressure or when the patient lies on his back.

2. For the record, Breach filed an identical Complaint in the Circuit Court of Montgomery County. Unlike information contained in Mr. Breach's pleadings, however, his Circuit Court case was dismissed <u>with prejudice</u> by Judge Johnnie Hardwick. [Exhibit "A" - Judge Hardwick's Order].

3. The Defendants respectfully request a minimum of two (2) weeks to assemble the necessary affidavits and medical records and to file the necessary pleading to address Mr. Breach's innuendos and assertions.

4. The Defendants will attempt to procure all necessary records and affidavits with all due speed to file a response as quickly as possible. If the relevant materials needed to address the plaintiff's concerns are procured and a pleading drafted, the Defendants will file the materials as soon as possible.

WHEREFORE, all premises considered, the Defendants respectfully request that a 2-week extension until Wednesday, February 14, 2007, be granted in order to file the necessary materials needed to properly respond to the plaintiff's Complaint.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 262-6277 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served by placing a copy thereof in the United States Mail, postage prepaid and properly addressed as follows:

Mr. Marcellus Breach (#160710)
Dorm West-16
Kilby Correctional Facility
P. O. Box 150
Mt. Meigs, AL 36057

on this the 30th day of January, 2007.

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL

3