IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On January 30, 2007, the plaintiff filed a document styled "motion for leave to file amended complaint adding additional party" (Court Doc. No. 11). However, it is clear that the plaintiff seeks only to amend the complaint to add Brandon Kinard as a defendant. The court therefore construes this document as a motion for leave to amend the complaint. Upon consideration of the motion for leave to amend, and for good cause, it is

ORDERED that:

1. The motion for leave to amend be and is hereby GRANTED.

2. Brandon Kinard be added as a defendant in this cause of action.

Done this 31st day of January, 2007.

        /s/ Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE