IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before February 12, 2007 General Counsel for the Alabama Department of Corrections shall show cause why correctional officials have failed to file a response in compliance with the order entered on January 10, 2007.

Done this 31st day of January, 2007.

                                         /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE