IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the correctional defendant on February 1, 2007 (Court Doc. No. 16), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the correctional defendant be GRANTED an extension from January 30, 2007 to and including February 8, 2007 to file his response in compliance with the order entered on January 10, 2007.

Done this 1st day of February, 2007.

                                /s/ Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE