IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH, AIS 160710 )
    Plaintiff )
)
)
Vs. ) Civil Action: 2:06 cv 1133
)
)
PRISON HEALTH SERVICES, INC., et al., )
    Defendants. )

PLAINTIFF'S OBJECTION TO DEFENDANT'S
REQUEST FOR AN EXTENSION OF TIME

Comes now, the plaintiff Marcellus Breach (hereinafter "Breach") moves the court to deny Defendants "Prison Health Services" an extension of time for the following reasons:

1) It is unbelievable that counsel did not receive the court's order until January 29, 2007.

2) Counsel cannot determine on a judgment whether Breach is or is not in pain.

(1)

3. Breach submits his civil case action summary sheet dated as of 1-25-2007 reflect Breach's Circuit Court of Montgomery County was "dismissed without prejudice" by Breach on 12-27-2007 which Rule 41(A)(1) Ala. R.Civ.P., corresponds with Rule 41(A)(1) wherein the Fifth Circuit stated: "Rule 41(A)(1) is the shortest and surest route to abort a complaint when it is applicable. ...[]...that document itself closes the file..."

Breach has attached Exhibit "A" Case Action Summary Sheet Case No: CV-06-3809

4. 11 months delay, denying surgery is uncalled for. There is nothing, from Dr. Tassin telling Breach that can be done for his pain, "You need surgery."

5) Co-defendants Alabama Dept of Corrections did not Respond. Breach did not receive any Legal Mail on 1/31/07

(2)

WHEREFORE, Bruech ask of the court not to grant Bruech's oppressors any more time.

Done this 31st day January 2007

Marcellus Bruech 160710
P.O. Box 150
Mt. Meigs, AL 36057

Certificate of Service.

I hereby certify that I have served a copy upon:

Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101-0270

By U.S Mail properly addressed prepaid mailing this 31st day January 2007

(3)

Marcellus Breach 160710
P.O. Box 150
Mt. Meigs, AL 36057

Clerk, United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

MONTGOMERY AL 361
01 FEB 2007 PM 3 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

```
 AVSO351                                                    CV 2006 003009.00

                          Exhibit "A"

                                             JUDGE: HON. JOHNNY HARDWICK
 -----------------------------------------------------------------------------
                   ALABAMA JUDICIAL DATA CENTER
                       CASE ACTION SUMMARY
                          CIRCUIT CIVIL
 -----------------------------------------------------------------------------
  IN THE CIRCUIT   COURT OF MONTGOMERY       COUNTY

    MARCELLUS BREACH #160710 V RICHARD ALLEN ET AL...
  FILED: 11/28/2006 TYPE: CIVIL RIGHTS       TYPE TRIAL: JURY      TRACK:
 *****************************************************************************
 DATE1:              CA:                    CA DATE:
 DATE2:              AMT:          $.00     PAYMENT:
 DATE3:
 *****************************************************************************
 -----------------------------------------------------------------------------
 DEFENDANT   007: HAYDES JANE, PRISON HEALTH SERVICES
                  105 WESTPOINT DRIVE        ATTORNEY: *** PRO SE ***
                  SUITE 200
                  BRENTWOOD, TN  37027-0000
                  PHONE: (334)000-0000
  ENTERED:  11/28/2006 ISSUED:  12/27/2006 TYPE:      CERTIFIED
  SERVED:              ANSWERED:           JUDGEMENT:
 -----------------------------------------------------------------------------
 DEFENDANT   008: LAWRENCE MRS
                  PO BOX 150                 ATTORNEY: *** PRO SE ***

                  MT MEIGS, AL  36057-0000
                  PHONE: (334)000-0000
  ENTERED:  11/28/2006 ISSUED:  12/27/2006 TYPE:      CERTIFIED
  SERVED:   12/29/2006 ANSWERED:           JUDGEMENT:
 -----------------------------------------------------------------------------


   11/28/2006    HARDSHIP FILED

   11/30/2006    FILED THIS DATE: 11/28/2006                    (AV01)

   11/30/2006    ASSIGNED TO JUDGE: TRUMAN M HOBBS JR            (AV01)

   11/30/2006    JURY TRIAL REQUESTED                            (AV01)

   11/30/2006    CASE ASSIGNED STATUS OF: ACTIVE                 (AV01)

   11/30/2006    ORIGIN: INITIAL FILING                          (AV01)

   11/30/2006    BREACH MARCELLUS ADDED AS C001                  (AV02)

   11/30/2006    LISTED AS ATTORNEY FOR C001: PRO SE             (AV02)

   11/30/2006    ALLEN RICHARD ADDED AS D001

   11/30/2006    LISTED AS ATTORNEY FOR D001: PRO SE             (AV02)

   11/30/2006    NAGLICIA RUTH ADDED AS D002

   11/30/2006    LISTED AS ATTORNEY FOR D002: PRO SE             (AV02)

   11/30/2006    CORRECTIONS DEPT STATE OF ALABAMA ADDED AS D003

   11/30/2006    LISTED AS ATTORNEY FOR D003: PRO SE             (AV02)

   11/30/2006    PRISON HEALTH SERVICES ADDED AS D004            (AV02)

   11/30/2006    LISTED AS ATTORNEY FOR D004: PRO SE             (AV02)

   11/30/2006    CATALAND MICHAEL, PRISON HEALTH SERVICES ADDED AS

   11/30/2006    LISTED AS ATTORNEY FOR D005: PRO SE             (AV02)
 -----------------------------------------------------------------------------
 MIA   01/25/2007                                         CV 2006 003009.00
```

```
----------------------------------------------------------------------------
| AVSO351                                              CV 2006 003009.00  |
|                                                                          |
|                                              JUDGE: HON. JOHNNY HARDWICK|
|--------------------------------------------------------------------------|
|                     ALABAMA JUDICIAL DATA CENTER                         |
|                         CASE ACTION SUMMARY                              |
|                            CIRCUIT CIVIL                                 |
|--------------------------------------------------------------------------|
|   IN THE CIRCUIT  COURT OF MONTGOMERY     COUNTY                         |
|                                                                          |
|    MARCELLUS BREACH #160710 V RICHARD ALLEN ET AL...                     |
|  FILED:  11/28/2006 TYPE: CIVIL RIGHTS        TYPE TRIAL: JURY   TRACK:  |
|**************************************************************************|
| DATE1:            CA:                 CA DATE:                           |
| DATE2:            AMT:         $.00   PAYMENT:                           |
| DATE3:                                                                   |
|**************************************************************************|
| PLAINTIFF   001: BREACH MARCELLUS                                        |
|                  AIS:160710 DORM WEST-16   ATTORNEY: *** PRO SE ***      |
|                  PO BOX 150                                              |
|                  MT MEIGS, AL  36057-0000                                |
|                  PHONE: (334)000-0000                                    |
| ENTERED:  11/28/2006 ISSUED:            TYPE:                            |
| SERVED:              ANSWERED:          JUDGEMENT:                       |
|--------------------------------------------------------------------------|
| DEFENDANT   001: ALLEN RICHARD, COMMISSIONER                             |
|                  % LEGAL DIVISION          ATTORNEY: *** PRO SE ***      |
|                  101 S UNION STREET                                      |
|                  MONTGOMERY, AL  36104-0000                              |
|                  PHONE: (334)000-0000                                    |
| ENTERED:  11/28/2006 ISSUED: 12/27/2006 TYPE:    SHERIFF                 |
| SERVED:              ANSWERED:          JUDGEMENT:                       |
|--------------------------------------------------------------------------|
| DEFENDANT   002: NAGLICIA RUTH                                           |
|                  % LEGAL DIVISION          ATTORNEY: *** PRO SE ***      |
|                  101 S UNION STREET                                      |
|                  MONTGOMERY, AL  36104-0000                              |
|                  PHONE: (334)000-0000                                    |
| ENTERED:  11/28/2006 ISSUED: 12/27/2006 TYPE:    SHERIFF                 |
| SERVED:              ANSWERED:          JUDGEMENT:                       |
|--------------------------------------------------------------------------|
| DEFENDANT   003: CORRECTIONS DEPT STATE OF ALABAMA                       |
|                  % LEGAL DIVISION          ATTORNEY: *** PRO SE ***      |
|                  101 S UNION STREET                                      |
|                  MONTGOMERY, AL  36104-0000                              |
|                  PHONE: (334)000-0000                                    |
| ENTERED:  11/28/2006 ISSUED: 12/27/2006 TYPE:    SHERIFF                 |
| SERVED:              ANSWERED:          JUDGEMENT:                       |
|--------------------------------------------------------------------------|
| DEFENDANT   004: PRISON HEALTH SERVICES                                  |
|                  105 WESTPOINT DRIVE       ATTORNEY: *** PRO SE ***      |
|                  SUITE 200                                               |
|                  BRENTWOOD, TN  37027-0000                               |
|                  PHONE: (334)000-0000                                    |
| ENTERED:  11/28/2006 ISSUED: 12/27/2006 TYPE:    CERTIFIED               |
| SERVED:              ANSWERED:          JUDGEMENT:                       |
|--------------------------------------------------------------------------|
| DEFENDANT   005: CATALAND MICHAEL, PRISON HEALTH SERVICES                |
|                  105 WESTPOINT DRIVE       ATTORNEY: *** PRO SE ***      |
|                  SUITE 200                                               |
|                  BRENTWOOD, TN  37027-0000                               |
|                  PHONE: (334)000-0000                                    |
| ENTERED:  11/28/2006 ISSUED: 12/27/2006 TYPE:    CERTIFIED               |
| SERVED:              ANSWERED:          JUDGEMENT:                       |
|--------------------------------------------------------------------------|
| DEFENDANT   006: DULL RICK, PRISON HEALTH SERVICES                       |
|                  105 WESTPOINT DRIVE       ATTORNEY: *** PRO SE ***      |
|                  SUITE 200                                               |
|                  BRENTWOOD, TN  37027-0000                               |
|                  PHONE: (334)000-0000                                    |
| ENTERED:  11/28/2006 ISSUED: 12/27/2006 TYPE:    CERTIFIED               |
| SERVED:              ANSWERED:          JUDGEMENT:                       |
|--------------------------------------------------------------------------|
 MIA    01/25/2007                                     CV 2006 003009.00
```

```
| AVS0351                                                      CV 2006 003009.00 |
|                                                                                |
|                                            JUDGE: HON. JOHNNY HARDWICK         |
|--------------------------------------------------------------------------------|
|                         ALABAMA JUDICIAL DATA CENTER                           |
|                            CASE ACTION SUMMARY                                 |
|                                CIRCUIT CIVIL                                   |
|--------------------------------------------------------------------------------|
|  IN THE CIRCUIT  COURT OF MONTGOMERY      COUNTY                               |
|                                                                                |
|  MARCELLUS BREACH #160710 V RICHARD ALLEN ET AL...                             |
|  FILED: 11/28/2006 TYPE: CIVIL RIGHTS        TYPE TRIAL: JURY     TRACK:       |
|********************************************************************************|
| DATE1:              CA:                CA DATE:                                |
| DATE2:              AMT:       $.00    PAYMENT:                                |
| DATE3:                                                                         |
|********************************************************************************|
|   11/30/2006    DULL RICK, PRISON HEALTH SERVICES ADDED AS D006                |
|                                                                                |
|   11/30/2006    LISTED AS ATTORNEY FOR D006: PRO SE          (AV02)            |
|                                                                                |
|   11/30/2006    HAYDES JANE, PRISON HEALTH SERVICES ADDED AS D007              |
|                                                                                |
|   11/30/2006    LISTED AS ATTORNEY FOR D007: PRO SE          (AV02)            |
|                                                                                |
|   11/30/2006    LAWRENCE MRS ADDED AS D008                   (AV02)            |
|                                                                                |
|   11/30/2006    LISTED AS ATTORNEY FOR D008: PRO SE          (AV02)            |
|                                                                                |
|   11/30/2006    ASSIGNED TO JUDGE: HON. JOHNNY HARDWICK      (AV01)            |
|                                                                                |
|   11/30/2006    GENERAL NOTICE SENT TO: C001                                   |
|                                                                                |
|   12/04/2006    GENERAL NOTICE SENT TO: C001                                   |
|                                                                                |
|   12/27/2006    ORDER 12-4-06 GRANTING HARDSHIP AFF                            |
|                                                                                |
|   12/27/2006    SHERIFF ISSUED: 12/27/2006 TO D001           (AV02)            |
|                                                                                |
|   12/27/2006    SHERIFF ISSUED: 12/27/2006 TO D002           (AV02)            |
|                                                                                |
|   12/27/2006    SHERIFF ISSUED: 12/27/2006 TO D003           (AV02)            |
|                                                                                |
|   12/27/2006    CERTIFIED MAI ISSUED: 12/27/2006 TO D004     (AV02)            |
|                                                                                |
|   12/27/2006    CERTIFIED MAI ISSUED: 12/27/2006 TO D005     (AV02)            |
|                                                                                |
|   12/27/2006    CERTIFIED MAI ISSUED: 12/27/2006 TO D006     (AV02)            |
|                                                                                |
|   12/27/2006    CERTIFIED MAI ISSUED: 12/27/2006 TO D007     (AV02)            |
|                                                                                |
|   12/27/2006    CERTIFIED MAI ISSUED: 12/27/2006 TO D008     (AV02)            |
|                                                                                |
|   12/27/2006    PLTFS 2ND REQ TO DISMISS W/O PREDJ                             |
|                                                                                |
|   01/04/2007    D004-D005-D006-D007-D008-MOTN TO DIS. PURS. TO RUL             |
|                                                                                |
|   01/04/2007    SERVICE OF CERTIFIED MAI ON 12/29/2006 FOR D008                |
|                                                                                |
|   01/04/2007    MOTION - TRANSMITTAL                                           |
|                                                                                |
|   01/05/2007    D004-D005-D006-D007-D008-MOTN TO DIS. PURS. TO RUL             |
|                                                                                |
|   01/09/2007    PLTFS NOT OF VOL. DISMISSAL W/O PREJ                           |
|                                                                                |
|   01/11/2007    DEFENDANT PRISON HEALTH SERVICES, ET AL'S RENEWED              |
|                                                                                |
|   01/11/2007    ... MOT TO DISMISS CLAIMS W/PREJ                               |
|                                                                                |
|   01/17/2007    AMENDED WRITTEN OBJ TO THE DEF RENEWED MOTION TO               |
|--------------------------------------------------------------------------------|
 MIA    01/25/2007                                          CV 2006 003009.00
```

```
| AVSO351                                                         CV 2006 003009.00 |
|                                                                                   |
|                                            JUDGE: HON. JOHNNY HARDWICK|
|-----------------------------------------------------------------------------------|
|                       ALABAMA JUDICIAL DATA CENTER                                |
|                           CASE ACTION SUMMARY                                     |
|                              CIRCUIT CIVIL                                        |
|-----------------------------------------------------------------------------------|
|   IN THE CIRCUIT   COURT OF MONTGOMERY      COUNTY                                |
|                                                                                   |
|    MARCELLUS BREACH #160710 V RICHARD ALLEN ET AL...                              |
|   FILED:  11/28/2006 TYPE: CIVIL RIGHTS         TYPE TRIAL: JURY      TRACK:      |
|***********************************************************************************|
|  DATE1:                CA:                    CA DATE:                            |
|  DATE2:                AMT:           $.00  PAYMENT:                              |
|  DATE3:                                                                           |
|***********************************************************************************|
|     01/17/2007    ...DISMISS CLAIMS WITH PREJUDICE                                |
|                                                                                   |
|     01/17/2007    PLTFS WRITTEN OBJ TO THE DEF RENEWED MOTION TO                  |
|                                                                                   |
|     01/17/2007    ...DISMISS CLAIMS WITH PREJUDICE                                |
|                                                                                   |
|     01/24/2007    RETURN OF UNDELIVERABLE ON 01/10/2007 FOR D006                  |
|                                                                                   |
|     01/24/2007    RETURN OF UNDELIVERABLE ON 01/11/2007 FOR D007                  |
|                                                                                   |

MIA   01/25/2007                                                CV 2006 003009.00
```