IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the objection to the medical defendants' motion for extension of time filed by the plaintiff on February 2, 2007 (Court Doc. No. 18), which the court construes as a motion to strike the defendants' request for an extension, and as the plaintiff's motion is based on mere conjecture and supposition, it is

ORDERED that the motion to strike be and is hereby DENIED.

Done this 2nd day of February, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE