IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, | ) |
| Defendants. | ) |

### RESPONSE TO COURT'S ORDER

Comes now the Defendant, by and through the undersigned counsel, and submits the following:

The affidavit of Dr. George Lyrene, Medical Director for the Alabama Department of Corrections.

Respectfully submitted,

Kim T. Thomas
General Counsel
Assistant Attorney General


/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 6${}^{th}$ day of February 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Inmate Marcellus Breach, AIS #160710
Kilby Correctional Facility
Post Office Box 150
Mt. Meigs, AL  36057

Andrew L. Schwarcz
Chief Legal Officer
American Group/Prison Health Services, Inc.
105 Westpark Drive, Suite 200
Brentwood, TN  37027

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF GEORGE LYRENE

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared George Lyrene, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is George Lyrene. I am over the age of 19. I have an MD degree from the University of Alabama, Birmingham, and am board certified with the American Board of Internal Medicine, since 1978. I have 30 years of practice experience, including 15 years in private practice and 15 years in Correctional Medicine. I am currently contracted as Medical Director for the Alabama Department of Corrections.

I have reviewed the record of Mr. Marcellus Breach. The medical issue he presents is really quite a simple one. He has a small, easily reducible inguinal hernia, for which conservative management with applied support and limitations on heavy lifting are very appropriate. This is a hernia that was present by intake documentation and would be amenable to surgery which was clearly elective at the time of his admission and would clearly not be necessary now. The patient has several times walked away from sick call

opportunities to address this hernia signing releases when he did. When he was seen he was given the appropriate exam and attention. This is a minor problem of for which surgery is not necessary at this time and which is being appropriately managed.

George Lyrene
ADOC Consulting Medical Director

SWORN TO AND SUBSCRIBED before me this 2nd day of February, 2007.

NOTARY PUBLIC
MY COMMISSION EXPIRES 6 Mar 08