IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE Middle DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2007 FEB -1  A 9:38

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

MARCELLUS BREACH, AIS# 160710

       Plaintiff,       )
                    )
                    )
Vs                  )  CASE NO: 2:06-CV-1133
                    )
                    )

PRISON HEALTH SERVICES, INC.,

et ol.,  Defendants  )

MOTION FOR LEAVE TO FILE NECESSARY

RELEVANT EVIDENTIARY MATERIALS AND

AFFIDAVITS IN SUPPORT OF PLAINTIFF'S IMMINENT

DANGER OF SERIOUS PHYSICAL INJURY

Comes Now, in the interest of Justice, the plaintiff
Marcellus Breach in proper person "Pro Se", moves the
court to grant review of the enclosed relevant
evidentiary materials and affidavits in support
of plaintiff is in imminent danger of serious
physical injury 28 U.S.C. § 1915(g) and, shows
unto the court as follows:

1 of 21 total pages

1) In this case, plaintiff has been, and is currently denied necessary medical care, i.e, surgery once prescribed by Doctor John A. Tassin on 3-21-06 [See, Exhibit "B" Medical Records]

2) The language of §1915(g), by using the "present tense," clearly refers to the time when the action or appeal is filed or the motion for IFP status is made. [December 20, 2006 IFP] See, U.S. v Cobb, 185 F.3d 1193 (11th Cir. 1999).

3) The law is established in Washington v. Dugger, 860 F.2d 1018, 1021 (11th Cir. 1988) following Estelle v. Gamble, 429 U.S. 97, 105, 97 S.Ct 285, 290, 50 L.Ed 251 (1976) that a condition need not be life threatening to be deemed serious. First, "a medical need "is" Serious' if it is one that has been diagnosed by a physician as mandating treatment." See, Hill v. Dekalb Reg'l Youth Detention Center, 40 F.3d 1176 (11th Cir. 1994) [See Exhibit "B" Dr. John A. Tassin's Recommendation for surgery]. Second, "a need is serious if it is "one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention. See, Hill v. Dekalb, supra, [See Affidavits by: George Ivey Bryant, Ais. 134333; James Reagan Ais 241211; Larry Patterson Ais, 136556; Michael L. Hall Ais 173382]     2 of 21

[p 1 HR g 2 ]

Third, a need is serious if it causes pain. Fourth, if the medical condition "significantly affects an [plaintiff's] daily acts," it may be deemed serious. Finally, if the condition affects the possibility of a life-long handicap or permanent loss, it may be considered serious." See, Hill v. DeKalb, supra; Brown v. Hughes, 854 F.2d 1533 (11th Cir. 1990).

4) Plaintiff argues and points out is the VARIANT evidence before this court between Dr. John A. Tassin's order for surgery on 3-21-06, and the defendants contorted attempt by a "NURSE PRACTITIONER" atrocious affidavit totally out of line against the professional standards of care to go "against" a doctor's order and recommendation is a chimerical joke! Its so deviated from professional standards that it amounts to 'deliberate indifference.'

5. The Defendant's spoliation, and attempt to suppress the Medical Records of Dr. Tassin that is favorable to the plaintiff, is a sufficient foundation for an inference of their guilt.

3 of 21.

6. Plaintiff supplies the court with an Affidavt by JAMES REAGAN Ass, 241711, because by law, "A need is serious if it is "one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." See Hill v. DeKalb Reg'l Youth Detention Center, 40 F.3d 1126 (11ᵗʰ Cir. 1994). See Exhibit "A". p 7 of 21

7) Exhibit "A" will also show Defendant Ruth Naglich "denying" on 7-12-06 Doctor John A. Tassin's order for Surgery for JAMES REAGAN, [LCS Corr Services, Inc, Response To Grievance by, Nurse M. Maxie]: quoting Nurse Maxie's response as follows: [See Exhibit "A" p. 7-8, 9, 10 & 21]

Response: "As of 7-12-06, subject will not be Receiving surgery on hand & is deemed unnecessary due to congenital condition will return even after surgery done; Alabama Commissioners Medical director Ruth Naglich, has denied surgery on hand." [Sic] [On 5-16-06 Dr. Tassin ordered surgery] See Circuit Court Mongomery County, Case Styled JAMES Reagan v. Ala. Dept of Corr. CV-06-2230; And Reagan v. Allen Case # CV-06-2972.

4 of 21.

8. Plaintiff submits Affidavit from George Ivey Bryant Ais 134333, [See Exhibit "C".] [p. 14, 15 of 21]

9) Plaintiff submits Affidavit in support of plaintiff's imminent danger of serious physical injury by Larry Patterson Ais 136556. [See, Exhibit "D"] [pp. 16, 17, 18 of 21]

10) Plaintiff submits Affidavit in support of plaintiff's imminent danger of serious physical injury by Michael L. Hall Ais# 193382 [See, Exhibit "E"] [pp 19, 20, 21]

11) Defendants can't produce the Medical Records from South Louisian Care Center ("LCS") because, defendants do not keep adequate medical records which is the cause of injury, pain and suffering on the plaintiff.

12) Reiterated, A Nurse Practitioner, from Defendant Brandon Kinard, is the very person who told plaintiff on or about 12-23-06 "I'm going to give you your surgery", cannot override a doctor, in this case, Dr. John A Tassin.

WHEREFORE, plantiff prays that the court Review and GRANT Said.

Done this 3rd day February 2007

Certified Mail to Clerk
of Court: Act: 7006-6100-0002-
0255-5547.

Marcellus Breach 160710
Marcellus Breach 160710
P.O. Box 150
Mt. Meigs, AL 36057.

Enclosed Exhibits:

1) Affidavit James Reagan + LCS Corr Service "Response To Grievance 9-12-66" Exhibit "A" [1 of 4]

2) Exhibit "B" LCS Corr. Service. Inc. Medical Records, Dr. John A. Tassin's Order for Surgery. [1 of 2]

3) Exhibit "C" Affidavit George Ivey Bryant [1 of 2]

4) Exhibit "D" Affidavit Larry Patterson [1 of 3]

5) Exhibit "E" Affidavit Michael L Hall [1 of 3].

Certificate of Service

I hereby certify that I have served a true copy of the foregoing upon:

Ala. Dpt. Corrections      Rushton, Stakely, Johnston + Garrett. P.A.
Legal Division              P.O. Box 270
P.O. Box 301501             Montgomery, AL 36101.
Montgomery AL 36130-

By placing U.S. mail, postage prepaid, sealed envelope properly addressed on this 4th day February 2007
6821



MARCELLUS BREACH AIS 160721
Dorm- A-68 A
P.O. Box 150
Mt. Meigs, AL 36057

Clerk of the Court
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

CERTIFIED MAIL™

7006 0100 0002 0735 5547

7006 0100 0002 0735 5547

Exhibit "A"

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _7·12·06_

Grievance:    Founded _____    Unfounded _____✓_____

Response: _As of 7-12-06, Subject will not be receiving surgery on hand & is deemed unnecessary due to congenital condition will return even after surgery done; Alabama commissioners medical director, Ruth Naglich, has denied surgery on hand._

Action Taken/Recommended (If Founded): _____

Disposition of Recommendation (If Founded): _____

Today's Date: _7/12/06_    1st Step Respondent Signature: _M. Maxie_

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_✓_ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _7/31/06_    Offender's Signature: _James Reagan_

7 of 21

See Front & back.

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes _____    No _✓_

OFFENDER'S NAME _JAMES REAGAN_ LOCATION _SLCC BEARCAT 2 BED 16_

Time & Date of Incident: _7-5-06 1:00 PM_ Location of Incident: _BEARCAT 2_

Name & Location of Witnesses: _____

_____

Name of Personnel Involved: _Ms. MAXI (DR. TASSIN ?)_

_____

Summary of Complaint: _I have submitted numerous request to see a_
_doctor who can help me with the problem with my hands. I_
_need to see a specialist. I can't get pass medical here at_
_SLCC, although Nurse MAXI and DR. TASSIN have both agreed_
_that my hands need surgery._

Specific Relief Desired: _To be referred to an orthopedic specialist_
_concerning my hands._

Today's Date: _7-5-06_            Offender's Signature: _James Reagan_

---

Grievance #: _06-240_            Date Rec'd: _JUL 11 2006_

Type: _100_            Screened by: _WARDEN Vitor_

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____

_✓_ Accepted and Referred to _NURSE MAXIE_.

---

_____ Rejected/Returned for the following reason: _____

_____

_____

Date: _____ Warden or Designee Signature: _____

Exhibit "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

MIDDLE DIVISION

MARCELLUS BREACH, AIS# 160710
                    Plaintiff                    )
                                                 )
                                                 )
                                                 )
Vs                                               )   Case No: 2:06-CV-1133
                                                 )
                                                 )
PRISON HEALTH SERVICES, INC., et al,             )
                    Defendants,                  )

DECLARATION IN SUPPORT BY WITNESS OF
PLAINTIFF'S IMMINENT DANGER OF
SERIOUS PHYSICAL INJURY

STATE OF ALABAMA

                              ) SS: 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

COUNTY OF MONTGOMERY

    JAMES REAGAN, AIS# 241711 _____, being duly
sworn deposes and says:

    I'am a witness to the facts that Marcellus Breach
does complain and appears to suffer pain
and discomfort because of a hernia that is
about the size of a "soft-ball". I have
first hand knowledge.        8-8-21

1) I further attest that I was transferred to South Louisiana Corr. Services ("LCS") in Basile, Louisiana with Marcellus in March 2006. I also was seen by Doctor John A. Tassin, and on 5-16-06 Dr. Tassin recommended that I have surgery. On 7-12-06 Alabama Commissioner Medical Director <u>Ruth Naglich</u> "denied" Doctor Tassin's order for surgery. <u>See Exhibit "A".</u>

2) I have personal knowledge of Marcellus' Medical Records from South Louisiana Corr. Services ("LCS") reflects Marcellus hernia "Needs Repair."

3. I sleep in the same dorm with Marcellus, at Kilby prison. Marcellus complains to me about having pain, and I know Marcellus' daily activities are limited. Marcellus can't fully exercise such as, pushups, situp because he tells me the hernia will come out, and is painful.

4. Marcellus has to lay down most of his time. I have seen Marcellus have to raise his left leg up when coughing, sneezing, and apply pressure, holding in on the hernia.

5) I further state that as a layman, I can tell Marcellus is /has pain and discomfort because of the hernia. The size of the hernia is about the size of a "softball".

6) I believe Marcellus needs a doctor's attention, not a nurse practitioner, but a doctor, and surgery for the hernia.

I swear that the foregoing is true and correct under the penalty of perjury 28 U.S.C. 1746 on this 3rd day February 2007.

James Reagan

JAMES REAGAN A/S 24/711

P.O. Box 150

Mt. Meigs, AL 36057

10 of 21

Exhibit "B"

# LCS CORRECTIONS SERVICES, INC.

### DOCTOR'S ORDERS SHEET

**Offender Name:** Breach, Marce lus        **DOC#:** AL 160710

| Date / Time | Allergies: NKA |
|---|---|
| 5-21-0b | Hernia (L) Inguinal Hernia Needs repair ? |
| | AWR |
| | M. Maye |
| 4/12/06 | IBP 400mg BID til dental |
| | Dr. Tassin / M. Maye |
| 7/18/06 | Not Pt has (L) Inguinal Hernia Not Incarcerated, Elective procedure |
| | M. Maye |

DWV

11-9-21

Exhibit "B"

# LCS CORRECTIONS SERVICES, INC.
## Nurse's Notes

Facility: SLCC
Offender: Breach, Marcelus                Offender #: A160710

| Date/Time | Notations | Signature/Title |
|---|---|---|
| 3/20/06 | Intake screening complete c̄ 4 bunk profile given @ Ankle | M Ragsdale |
| 3.21.06 | Saw MD on rds c̄ new orders | M Mahieu |
| 4.12.06 | RSC done → new orders | M Mahieu |
| 6/02/06 | Scheduled to go to Dr Perkins for dental work this date | M Mahieu |
| 6/2/06 | Returned no paperwork or new orders | M Mahieu |
| 6/8/06 | Trip papers made for Dr Wood runs on 6/13/06 | M Duggan |
| 6.13.06 | Returned c̄ NNO; return for fill | M Mahieu |
| 6/28/06 | Trip papers made for Dr Perkins on 6/30/06 | M Duggan |
| 6.30.06 | Cancelled Dr. Perkins due to limited appt × 20 inmates | M Mahieu |
| 7.12.06 | Received a call from Brandon from Alabama re: Inguinal Hernia - Stated Hernia Repairs are not done there - unless incarcerated or into scrotum. This subject has not c̄ hernia since seen by Dr Tassin 3.31.06 - Subject placed on sick call for 7.18.06 to see if he needs a referral to a surgeon | D Jett R |
| 7/10.06 | W.E- faxed report to Ruth Naglich in reference to inguinal hernia inmate, requesting repair & is filing a lawsuit to have surgery done | M Mahieu |
| 17 | | M Mahieu |
| 7.12.06 | 9:40 AM Phone call received from Lynn Brown and she will return call on previous day on 7/10 pt awaiting return call for follow up | M Mahieu |
| 7.17.06 | 4:25 pm Brought to medical - left inguinal hernia easily reducible - no c̄ pain | D Jett |
| 7/18.06 | Saw Dr Tassin & no change in hernia & no new orders given | M Mahieu |

*Marcelus Breach*

SERVICES ADMINISTRATION
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | | DENTAL |
|---|---|---|

**SECTION I. PRESENTING DENTAL STATUS**                    PAGE:    1

| 1. PURPOSE OF EXAMINATION | | | 2. TYPE OF EXAM | 3. DENTAL CLASSIFICATION |
|---|---|---|---|---|
| INITIAL | SEPARATION | OTHER (Specify) | 1 | 2 | 3 | 1 | 2 | 3 | 4 |

**MISSING TEETH, EXISTING RESTORATIONS, AND PROSTHETIC APPLIANCES**

4.

A B C D E F G H I J

*Pfm*

FRONT  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  LEFT

T S R Q P O N M L K

REMARKS

6-13-06

#15 occ Amal = 25
 1 camp L+d
 1 PA film = 10
   #9        35

~~Request P~~

USE ONLY IF DIFFERENT FROM BOX 7 BELOW

PLACE OF EXAMINATION                    DATE

SIGNATURE OF DENTIST COMPLETING THIS SECTION

**5.**                    **DISEASES AND ABNORMALITIES**

A B C D E F G H I J

FRONT  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  LEFT

T S R Q P O N M L K

REMARKS

Crown denied
4/13/06 per ada
~~illegible signature~~   commi
                          office

**7. EXAMINING DENTIST AND FACILITY**

PLACE OF EXAMINATION                    DATE

**6.**                    INDICATE X-RAYS USED IN THIS EXAMINATION

| PANORAMIC RADIOGRAPHS | FULL MOUTH PERIAPICAL | POSTERIOR BITE-WINGS | OTHER: | NONE TAKEN | SIGNATURE OF DENTIST |
|---|---|---|---|---|---|

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
|---|---|---|---|
| DATE OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | | RANK/GRADE |
| SSN OR IDENTIFICATION NO. | | ORGANIZATION | |

DR MIKE WOODRUFF
PO  507
MARKSVILLE LA 71351

EXCEPTION TO SF 603
APPROVED BY GCA/FIRMS 1-31

DENTAL
Standard Form 603

13 of 21

Exhibit "C"

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

MIDDLE DIVISION

MARCELLUS BREACH, AIS# 160710

     Plaintiff   )

            )

            )

Vs          )  Case No: 2:06-CV-1133

            )

PRISON HEALTH SERVICES, INC., et al.,

     Defendants, )


DECLARATION IN SUPPORT BY WITNESS OF

PLAINTIFF'S IMMINENT DANGER OF

SERIOUS PHYSICAL INJURY

STATE OF ALABAMA

          ) SS: 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

COUNTY OF MONTGOMERY


  GEORGE IVEY BRYANT, AIS# 134333, being duly
sworn deposes and says:


  I am a witness to the fact that Marcellus
has a physical injury and needs to
see a doctor about maybe surgery.


14 of 21

1) I sleep two beds down from Marcellus here at Kilby prison. I can tell that he does have pain and discomfort Marcellus is always laying down.

2) The size of Marcellus' hernia is like a "Soft-Ball.

I swear that the foregoing is true and correct under the penalty of perjury 28 U.S.C. 1744 on this 3rd day February 2007.

George Ivey Bryant 134833
P.O. Box 150
Mt. Meigs Al 36057

15 of 21.

Exhibit "D"

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

MIDDLE DIVISION

MARCELLUS BREACH, AIS#160710 )
     Plaintiff )
                  )
                  )
Vs.           ) Case NO: 2:06-cv-1133
                  )
PRISON HEALTH SERVICES, INC., et al., )
     Defendants, )

DECLARATION IN SUPPORT BY WITNESS OF

PLAINTIFF'S IMMINENT DANGER OF

SERIOUS PHYSICAL INJURY

STATE OF ALABAMA

                ) ss: 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

COUNTY OF MONTGOMERY

Larry James L. Patterson AIS# 136556, being duly sworn, deposes and says:

    I'am a witness to the facts that Marcellus Breach does have a hernia, and as put forth below, I have first hand knowledge that he is in pain and discomfort.

16 of 21.

1) I also state that I was transferred to South Louisiana Correctional Services to Basile, Louisiana with Marcellus in March 2006. I also was seen there by Doctor John A. Tassin. I have knowledge that Marcellus was seen by Doctor Tassin concerning his hernia. I also have seen Marcellus' Medical Records reflecting Dr. Tassin's order on 3-21-06 that the hernia "Needs Repair."

2. I sleep in the same dorm with Marcellus at Kilby prison. Marcellus complains to me about having pain, and many times I try to get Marcellus to exercise with me, i.e., push-up, sit-up, and he complains that he can't because his hernia will "come-out" and he is afraid that the hernia will rupture.

3 I witness Marcellus having to push-down on the hernia when he coughs or sneezes. He also has to lift his left leg up when coughing, and push-down on the hernia.

17 of 21

4. I further state that I can tell Marcellus has pain and discomfort. Marcellus has shown me the hernia. I say it is about the size of a "soft-ball."

5. As a layman, I say Marcellus needs to have that hernia fixed.

I swear that the foregoing is true and correct under the penalty of perjury 28 U.S.C. 1746 on this 3rd day February 2007.

_Larry Patterson 136556_

Larry James Patterson Ais 136556
P.O. Box 150
Mt. Meigs, AL 36057.

Exhibit
"E"

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

MIDDLE DIVISION

MARCELLUS BREACH, AIS#160710
        Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC, et al,
        Defendants.

CASE NO: 2:06-CV-1133

DECLARATION IN SUPPORT BY
WITNESS OF PLAINTIFFS IMMINENT DANGER
OF SERIOUS PHYSICAL INJURY

STATE OF ALABAMA

        ) SS: 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

COUNTY OF MONTGOMERY

    MICHAEL L. HALL, AIS# 193382, being duly
sworn, deposes and says:

    I am a witness to the facts that Marcellus
Breach does have a hernia, and as stated
below, I currently have personal knowledge
that he has pain and discomfort.

19 of 21.

D. I have actuah seen Marcellus' inguinah hernia. It is about the sice of a "soft-ball".

2. I state that Marcellus complains to me about pain and discomfort. I have seen Marcellus have to push down on the hernia when Marcellus coughs, or sneezes. I have seen Marcellus have to lift his left leg up while coughing, And even bend forward when coughing I've Asked Marcellus why he has to do that, and he tells me because he has a hernia And that a doctor told him he needs surgery but the prison won't do it.

3. I state that Marcellus basically has to lay down on his bunk. He doesn't exercise like push-up or sit-up because of this hernia.

4. I also state, if Marcellus was to have to defend himself from an assualt, or get hit in the hernia he would probable die.

20 of 21

5. I further State that I can tell Marcellus has pain, and he needs to see a doctor about surgery.

I swear that the foregoing is true And correct under the penalty of perjury 28 U.S.C. 1746 on this 3rd Day of February 2007

Michael L Hall Ais 193382
P.O. Box 150
Mt. Meigs, AL 36057.

21-321