IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the motion for leave to file response to the affidavit submitted by Dr. George Lyrene filed by the plaintiff on February 13, 2007 (Court Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 13th day of February, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE