IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, AIS 160710
    Plaintiff,

Vs.          Case No: 2:06-CV-1133

PRISON HEALTH SERVICES, INC.,
et al.,   Defendants.

## MOTION TO STRIKE THE AFFIDAVIT OF DEFENDANT LINDA LAWRENCE

Comes Now, the plaintiff Marcellus Breach in proper person "Pro Se" moves the court pursuant to Rule 56(e) Fed. R. Civ. P., to "strike" the Affidavit of Defendant Linda Lawrence: Plaintiff shows as follows:

1) Defendant's affidavit by Linda Lawrence is presented in bad faith, and solely for the purpose to cover-up and, is presented in a <u>mendacious manner</u>. [See Defendants "Special Report Exhibit "C".]

1 of 5

2. Defendant Lawrence under oath has sworn that:
"It is my understanding that Marcellus Breach has filed suit in this matter alleging that Prison Health Services, Inc., has failed to provide him with appropriate medical care. However, Mr. Breach <u>has failed</u> to exhaust Kilby's informal grievance procedure relating to the receipt of medical care for this alleged condition."

3. Plaintiff's submitted Exhibits "G" And "H" for Application For Temporary Restraining Order And/or Preliminary Injunction" Clearly shows on 10-17-06 Ms. Lawrence responding to the 10-11-06 "Prison Health Services Inmate Informal Grievance" Stating:
"I have searched your medical files here from front to back. There are no records or sick calls that you were examined for a hernia. I see no evidence...." See, Exhibit "A"

4. On 11-7-06 plaintiff filed a request to appeal Ms. Lawrence's grievance decision See, Exhibit "B".

2 of 5

5) Morethanless, neither the plaintiff's 10/11/06, 11/7/06, Exhibits "A, B" have been submitted as part of the Medical Records clearly supports plaintiff's claim of "inadequate Medical Record" keeping. "The spoliation, or attempt to suppress material evidence by a party to a suit, favorable to an adversary, is sufficient foundation for an inference of his guilt or negligence." See, Alabama Power Co. v. Murray, 751 So.2d 494 (Ala. 1999).

6. Defendants have not supplied the Medical Records from South Louisiana Correctional Center ("LCS") who are acting as a "Agent" for the Department of Corrections housing Alabama inmates reflecting Dr. John A. Tassin's order for surgery on 3-21-06.

7. Ms Lowaxe's affidavit ought to be "Stricken" because "either swearing to facts as true which affiant knew was not true, or by swearing to his knowledge of fact when he knew he had no knowledge thereof, constituted perjury." United States v. Smith, (1856 D.C. Mass, 27 F. Cas 1165, No. 16336.    3 of 5

8. Ms. Lawrence's affidavit is bad faith and is perjury. Exhibit "A" clearly shows Ms. Lawrence responding to plaintiff's grievance concerning his hernia. "Materiality of allegedly false statement is sufficiently established if it is shown that false statement relates to matter that is legally capable of being proved in cause and serves to legally evidence propositions to be proved." See, United States v. Lacocca (1957, CA 3 Pa) 245 F.2d 196.

9. "The keeping of medical records is also a necessity." Hutchings v. Comm, 501 F. Supp 1276 1288 1297 (W.D. Mo. 1980).

WHEREFORE, plaintiff moves the court to "Strike" defendants Affidavit.

This 12th day February 2007

Marcellus Breach

Marcellus Breach 160710
P.O. Box 150
Mt. Meigs, AL 36057.

4 of 5.

Certificate of Service.

I hereby certify that a copy of the foregoing has been served by U.S. Mail on the 17th day of February, 2007, to:

Ala. Dept of Corrections
Legal Division
P.O. Box 301501
Montgomery, AL 36130-1501

Rushton, Stately, Johnston & Garrett, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101.

Marcellus Breach

5 of 5

Marcellus Breach 160710
P.O. Box 150
Mt. Meigs, AL 36057

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711



To: Ms. Lawrence Medical
Warden Rowell.

Exhibit "A" 181

## Prison Health Services
## Inmate Informal Grievance

NAME: Marcellus Breach  AIS #: 160710  UNIT: West-16  DATE: 10/11/06

**PART A --- Inmate Complainant**

D SP- 1) I have a Medical Hold that is preventing me from actively participating in any additional DOC program. I ask to be removed that I may be classed to go to another camp.

2) Medical records reflect Dr. Tussie recommended surgery for a hernia. I have problems coughing, sneezing, bowel movements. I need surgery. Why am I on medical stop up, and no one has seen me in regards to surgery?

See attached: page 2.

INMATE SIGNATURE: Marcellus Breach

**PART B -- RESPONSE**  DATE RECEIVED: 10-17-06

I have searched your medical files here from front to back. There are no records or sick calls that you were examined for a hernia. I see no evidence of a medical hold or medical stop up. If you are having health problems please sign up for sick call and be examined by the doctor.

MEDICAL STAFF SIGNATURE: L. Lawrence RN HSA

DATE: 10-17-06

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Certificate of Service.
I hereby place same into a sealed envelope address to Medical Complaint box, copy to Warden Rowell, hand mail on this 11th day October 2006.

Marcellus Breach

11/03 - Alabama

182.

Exhibit "A" 282

TO: Ms Lawrance, Medical
 Deputy Warden Rowell.

Date October 11, 2006

RE: Informal Grievance p. 2

To Whomsoever it may concern.

Medical Records will reflect Dr. tussie recommending surgery for my hernia. I'm asking that the "Medical" Hold placed on me be removed. Because of this hold, I can't be reclassed for any other institutional camps. I've worked to hard, I have Work Reports, several Certificates of completions, and my college degree, to come to a dead-end stop! I'm asking to have Classification Review my prison Record. I haven't had a "Review" in 18 months. That's frustrating. If this medical hold is about surgery, then I request surgery. Not a medical hold, then nothing is done about it. I humbly ask someone assist me about resolving this matter. I depreciate strongly placing this hold on me, then doing absolutely nothing in regards to following doctors orders concerning Surgery.

Please Advise,
Marcellus Breach 160710

2 of 2

## Prison Health Services
### Inmate Informal Grievance

NAME: Marcellus Breach   AIS #: 160710   UNIT: West-16   DATE: 11-7-06

To: Mrs. Lawrence R.N.

**PART A --- Inmate Complainant**

On 10-17-06 you stated you have no evidence of a hernia in my medical records.

On 3-21-06 Dr. Tassin ordered surgery.

My hernia is causing me pain.

I want to appeal your decision.

INMATE SIGNATURE

**PART B – RESPONSE**   DATE RECEIVED _____

MEDICAL STAFF SIGNATURE

DATE

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☑ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☑ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☑ | ☐ |

(cc) copy.

Certificate of Service.

Placed hand mail into Medical box sealed envelope on 10/7/06.

11/03 - Alabama

Exhibit "B" 1 of 2

Marcellus Breach    160710        West-16    11/7/06

TO: Mrs. L. Lawrence R.N.

On 10-17-06 you stated that you searched my medical records from front to back and found no evidence of a hernia. I do not know yet how well PHS keeps medical records up-dated but: 2-20-05 Inguinal hernia A.D.O.C. 5/5/05 hernia pain 3x5 cm inguinal hernia on ℗ not into scrotum. Truss issued. Ref: Dr. Bossenneck. 3-21-06 Hernia ℗ Inguinal not incarcerated elective procedure. Dr Tassin. 7/15/06 (L) inguinal Hernia" needs repair": Dr Tassin. Are your Staff tampering w/ records? Referred to surgeon. I cant go to any other outside medical I need this surgery, I cant go to any other outside medical hold. Do you want me to show you proof Dr Tassin recommended Surgery? Why am I denied/delayed surgery?

Marcellus Breach

Certificate of Service
Placed hand mail into Medical in sealed envelope on 10/7/06.
Marcellus Breach

1 of 3.

TO: Mrs L. Lawrence
From: Marcellus Breach, 160710
West-16
Date: November 7, 2006
Re: Hernia / Medical Records

Exhibit enclosed:
Basic Offender Physical Examination
LCS 3/20/06 Reflecting Medical
Records "Hernia"

Mrs Lawrence:

I'm **stuck** here at Kilby because of Medical hold. My Records on 3-21-06 Reflect indirect inguinal hernia, "Needs Repair" Dr. Tassin. I do not desire to wait till its either strangulated or not Reducible. The most important elements in the early development of a hernia are congenital or acquired muscle weakness and the increased intra abdominal pressure. Dr. Tassin made his medical Recommendation that the hernia needs Repair. It is painful at times, limits my activities. The classification of surgery as elective does not abrogate PHS' of the duty, on power to promptly provide necessary medical treatment. The mere words "Elective" surgery are not a talisman insulating PHS from the Reach of the Eighth Amendment "deliberate indifference." Now, I do not continue to waste $300 sick call for 6 Tylenol. Please Do you need to see the Records? You stated no evidence of a hernia? Here is evidence for your Review!

Please Advise

Marcellus Breach  2 of 3