IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,
  Plaintiff,

Vs.        Case No: 2:06-CV-1133

PRISON HEALTH SERVICES, et al.,
  Defendants

"MOTION TO STRIKE THE AFFIDAVITS
OF DEFENDANT'S DOCTOR GEORGE LYRENE
AND BRANDON KINARD, A.D.O.C."

  Comes now, the plaintiff Marcellus Breach in proper person "ProSe" moves the court pursuant to Rule 56(c) Fed. R. Civ. P., to "Strike" the two Affidavits of Doctor George Lyrene and Brandon Kinard, and shows as follows:

1) Defendants Alabama Dept of Corrections (ADOC) on February 1, 2007 presented an affidavit and an unknown exhibit from Defendant Brandon Kinard for review as evidence.

(1)

2) The affidavit does not specifically identify the records examined, and the attached document is "hearsay" nor is there any evidence of authenticity of the document. Rule 901, 902, Fed. R. Evid.

3) The affidavit of George Lynne is presented in bad faith because Dr. George Lynne is not proffered as an expert, and his affidavit is improper because he attempts to testify to his opinion, and he is not an expert, nor does the affidavit specifically identify the records examined, nor attach any copies.

4) The affidavit of George Lynne ought to be stricken because witnesses are supposed to testify to facts and not to opinions or conclusions.

5) Dr. George Lynne is not an expert, nor has he examined the plaintiff to form a medical opinion about Branch's hernia fall below the professional standard of care.

(2)

6. The affidavit by George Lynne is presented in bad faith because it an attempt to shift the facts of the case, and whether an instance of medical misdiagnosis resulted from deliberate indifference or negligence is a factual question requiring explanation by expert witness. [this is not the case]. See, Merritt v. Faulkner, 697 F.2d 761, 765 (7th Cir. 1983).

Wherefore, plaintiff moves to strike on grounds of hearsay, lack of proof of authenticity of documents, and not an proffered expert.

This 18th day of January 2007

Marcellus Breach 160710
P.O. Box 150
Mt. Meigs, AL 36057

(3)

Certificate of Service.

I hereby certify that a copy of the foregoing has been served by U.S Mail on the 18th day February 2007.

Ala. Dept of Corrections
Legal Division
P.O. Box 150
Montgomery Al 36130

Rushton Stakely Johnston Garrett PA
P.O. Box 270
Montgomery Al 36101

Marcellus Breach.

