IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to strike the special report of Prison Health Services, Inc. filed by the plaintiff on February 21, 2007 (Court Doc. No. 28), and as the report is properly before the court as a response to the order entered on January 10, 2007 (Court Doc. No. 8), it is

ORDERED that the motion to strike be and is hereby DENIED.

Done this 21st day of February, 2007.

                /s/ Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE