IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | )     CASE NO. 2:06-CV-1133-MEF ) |
| PRISON HEALTH SERVICES, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to strike affidavit of Dr. Michael E. Robbins filed by the plaintiff on February 21, 2007 (Court Doc. No. 30), and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 21st day of February, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE