IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710
    Plaintiff

Vs.                                     Case No: 2:06-CV-1133

PRISON HEALTH SERVICES, INC.,
    Defendants.

## MOTION FOR COURT ORDER FROM DOCTOR JOHN A. TASSIN TO PROVIDE AN OPINION

Comes now, the plaintiff Marcellus Breach in proper person "Prose", pursuant to <u>Rule 35(A)</u> of the Federal Rules of Civil Procedures, and <u>Rule 706</u> Federal Rules of Evidence, seeks an order from the court to compel Defendants to provide to the court an "independent medical opinion from <u>Doctor John A. Tassin</u> who acts as an "agent" by contract with Defendant Richard Allen; and, who is the doctor who perform an examination on plaintiff and on 3-21-06 "ordered" surgery. Plaintiff shows as follows:

(1)

1) Plaintiff moves the court to review the pleading liberally in the eyes of Haines vs. Kerner, 404 U.S. 519 (1972) for the reason is plaintiff is pro se.

2. Doctor John A. Tassin acts as an "Agent" for the defendants, because the department of corrections is currently "contracted" with South Louisiana Correctional Center ("LCS") who are currently housing 500 inmates and is a private prison in Louisiana. "LCS" is the entity responsible pursuant to an agreement between it and the Alabama Dept of Corrections, for providing medical care to those inmates in the state prisons, (A.D.O.C.). On 3/06 Breach was transferred from Limestone prison in Alabama to "L.C.S." in Basile, Louisiana.

3. On 3-21-06 Dr. Tassin conducted a physical examination on Breach, and Dr. Tassin's diagnoses and conclusions was: "left inguinal hernia" "needs repair". [See plaintiff's submitted Medical Records]. Dr. Tassin is the doctor at "LCS" who conducts examinations and orders treatment on all inmates at "L.C.S.".

(2)

4. Doctor Tassin ought to be available because he is an "Agent" of the defendants.

5. The court can obtain an opinion from Doctor John A. Tassin who treated and ordered surgery for plaintiff's injury. See, Crabtree v. Collins, 900 F.2d 79, 81 (6th Cir. 1990); see also, Smith v. Jenkins, 919 F.2d 90, 94 (8th Cir. 1990) (suggesting that the district court "may" appoint independent expert or obtain an opinion from the doctor who treated the plaintiff before his imprisonment).

6. The court on January 10, 2007 ordered a response from the defendants, but the defendants have "withheld" evidence of the "Medical Records" from "LCS", and Doctor Tassin's affidavit should have been sought because he is the very doctor who conducted an examination and is an "Agent". See, Haley v. United States, 739 F.2d 1502, 1505 (10th Cir. 1984) (failure to obtain and review medical records).

(3)

7. Plaintiff request that the court issue an order for Dr. John A. Tassin to deliver to the court and parties a copy of the detailed findings reflecting Dr. Tassin's examination on 3-21-06, including results of all test made, diagnoses and conclusions, together with like reports of all earlier examinations of the same condition perform on plaintiff while at "LCS" custody acting as an "Agent" for the defendants.

## Relief Sought.

A. That the court issue an order upon
   Doctor John A. Tassin
   1535 West Main Street, Suite I
   Ville Platte, LA   337-363-5591

   To give his opinion as to the 3-21-06 order for surgery.

(4)

B. That this matter be totally "independent" without interference from any party, counsel or Agent in regards to Dr. Tassin's submitted opinion be ordered by the court.

C. That plaintiff's "LCS" Medical Records Reflecting 3-21-06 Dr. Tassin's order for surgery be provided to Dr. Tassin.

D. Grant whatever relief the court deems fit.

Done this 25 day February, 2007

Marcellus Breach 160410
P.O. Box 150
Mt. Meigs, AL 36057

(5)

Certificate of Service

I hereby certify that I have served a true copy upon the following:

Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery AL 36101

Ala Dept of Corrections
Legal Division
P.O. Box 301501
Montgomery AL 36130

On this 25th dy February

*Marcellus Breach*
Marcellus Breach

Marcellus Breed 160710
P.O. Box 150
Mt. Meigs, AL 36057

MONTGOMERY AL 361
26 FEB 2007 PM 2 L

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

LEGAL MAIL

"This correspondence originated from an Alabama Department of Corrections facility. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."