IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

On February 27, 2007, the plaintiff filed a motion for court order (Court Doc. No. 37). In this motion, the plaintiff "seeks an order from the court to compel Defendants to provide ... an 'independent medical opinion from Doctor John A. Tassin'" with respect to the current condition of plaintiff's hernia and "request[s] that the court issue an order for Dr. John A. Tassin to deliver" medical records relevant to his examination of the plaintiff in March of 2006. The actions requested by the plaintiff are irrelevant to a determination of imminent danger at the time plaintiff filed this complaint in December of 2006. Accordingly, it is

ORDERED that the motion for court order be and is hereby DENIED.

Done this 27th day of February, 2007.

                                                /s/ Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE