IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710
    Plaintiff

Vs.                          Case No: 2:06-CV-1133

PRISON HEALTH SERVICES, INC.,
    Defendants.

## MOTION FOR ENLARGEMENT OF TIME

Comes now, the plaintiff Marcellus Breach request an enlargement of time to file his written objections to the order and recommendation of the Magistrate Judge to be 14-day enlargement to be March 20, 2007.

Done this 4th day February 2007

Marcellus Breach 160710
P.O. Box 150
Mt. Meigs AL 36057

Certificate of Service

I hereby certify that I have served the following:

Ala Dept of Corrections
Legal Divisions
P.O. Box 301501
Montgomery AL 36130

Rushton Stakely Johnston & Garrett P.C.
P.O. Box 270
Montgomery AL 36101

By U.S. Mail into the prison Mail Box properly addressed postage prepaid mailing this 4th day of March 2007.

Marcellus Breach

Case 2:06-cv-01133-MEF-TFM    Document 40    Filed 03/06/2007    Page 3 of 3

Marcellus Breach 160710
Bx 150
Mt Meigs, AL 36057

LEGAL MAIL

Office Clerk
U.S. District Court
PO Box 711
Montgomery, AL
36101-0711



MONTGOMERY AL 361
05 MAR 2007 PM 3 L