IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRISON HEALTH SERVICES, et al., )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-1133-MEF |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on March 6, 2007 (Court Doc. No. 40), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from March 6, 2007 to and including March 20, 2007 to file an objection to the Recommendation.

Done this 6th day of March, 2007.

                                        /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE