IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO. 2:06-cv-1133-MEF |
| ) | WO |
| PRISON HEALTH SERVICES, INC., *et al.,*) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #42) to the Recommendation of the Magistrate Judge filed on March 14, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #36) entered on February 23, 2007 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon initiation of this case.

DONE this 27th day of March, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE