Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101

March 25, 2007

Marcellus Breach AIS 160710
L.C.F. 28779 Nick Davis Rd
Harvest, AL 35749

RE: Case NO: 2:06-CV-1133
Marcellus Breach vs. Prison Health Services, Inc.,

Dear Clerk,

Will you please take note of change of address stated above. I thank you.

*[signature]*

RECEIVED
2007 MAR 28 A 9:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marcellus Breach 160710
P.F. 28779 Lick Davis Rd
J-17A
Harvest, AL 35749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+07111