IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1133-MEF |
| | ) | WO |
| PRISON HEALTH SERVICES, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Supplemental Objections to Report and Recommendation (Doc. #46) filed on March 29, 2007, it is hereby

ORDERED that the objections are overruled.

DONE this the 6th day of April, 2007

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE