IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR 23 A 10: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MARCELLUS BREACH, # 160710 ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133 MEF |
| ) | |
| PRISON HEALTH SERVIES, INC., et al., ) | |
| Defendants. ) | |

**NOTICE OF APPEAL TO A COURT OF APPEAL FROM JUDGMENT OR ORDER OF A DISTRICT COURT**

Notice is hereby given that Marcellus Breach, the Plaintiff in the above named case, hereby files his timely notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment from an order denying Plaintiff to proceed in forma pauperis entered in this action on or about the 27th Day of March, 2007.

Plaintiff request an enlargement of time of 14-days from date April 27th 2007, till on or before May 11th 2007 to both to file an application to proceed in forma pauperis and make arraignments with the Clerk for a copy of the Record. The Foregoing is filed under the Mail Box rule this 19th Day of April, 2007 by placing same into the hands of prison authorities for proper mailing under the Penalty of Perjury 28 U.S.C. 1746.

This 19th Day April, 2007.

Marcellus Breach # 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served the following:

Ala.Doc. Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone Garrett
P.O. Box 270
Montgomery, Alabama 36101

By placing same into a sealed envelope properly addressed postage prepaid mailing First Class U.S. Mail on this /*f* Day of April, 2007

/s/ Marcellus Breach

2

Marcellus Breach (160710)
L.C.F. 28779 Nick Davis Rd.
Harvest, AL 35749

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101

HUNTSVILLE AL 358 1 T

The enclosed letter is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

FIRST-CLASS