IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1133-MEF |
| | ) | (WO) |
| PRISON HEALTH SERVICES, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This cause is before the Court on Plaintiff's motion for extension of time contained in his Notice of Appeal (Doc. #49). It is hereby

ORDERED that Plaintiff's motion is GRANTED.

DONE this the 7th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE