IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1133-MEF |
| | ) | (WO) |
| PRISON HEALTH SERVICES, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

This cause is now before the Court on Plaintiff's (1) Motion to Alter, Amend or Vacate Judgment (Doc. # 47) filed on April 6, 2007; (2) Amended Motion to Alter, Amend or Vacate Judgment (Doc. # 50) filed on May 4, 2007; and (3) Motion for Permission to Appeal in Forma Pauperis (Doc. # 52) filed on May 7, 2007. While the Court is not certain that it has jurisdiction in light of Plaintiff's Notice of Appeal (Doc. # 49), it will proceed on the assumption that it has jurisdiction.[1] Upon consideration of Plaintiff's motions, it is hereby ORDERED that:

1. Plaintiff's Motion to Alter, Amend or Vacate Judgment (Doc. #47) is GRANTED.

2. Plaintiff's Amended Motion to Alter, Amend or Vacate Judgment (Doc. #50) is

---

[1] The Court believes that it retains jurisdiction to rule on a pending motion to alter, amend, or vacate the judgment appealed from, even if a notice of appeal has been filed. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58-61 (1982); Fed. R. App. P. 4(a)(4)(B)(I) ("If a party files a notice of appeal after the court announces or enters a judgment--but before it disposes of [a motion to alter or amend judgment]--the notice becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the last such remaining motion is entered.").

construed as a supplemental brief in support of the Motion to Alter, Amend or Vacate Judgment.

    3.  The Final Judgment (Doc. # 44) filed on March 27, 2007, is VACATED.

    4.  The Court's Order (Doc. # 43) filed on March 27, 2007, is VACATED.

    5.  Plaintiff's Motion for Permission to Appeal in Forma Pauperis (Doc. # 52) is GRANTED.

    6. This cause is referred back to the Magistrate Judge for further proceedings consistent with this order.

    DONE this the 11th day of May, 2007.

    /s/ Mark E. Fuller
    CHIEF UNITED STATES DISTRICT JUDGE