IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and as the judgment from which the plaintiff seeks to appeal has been VACATED and the plaintiff allowed leave to proceed *in forma pauperis*, it is

ORDERED that on or before May 24, 2007 the plaintiff shall advise the court of whether he seeks to withdraw his notice of appeal.

Done this 14th day of May, 2007.

                                           /s/ Terry F. Moorer
                                           TERRY F. MOORER
                                           UNITED STATES MAGISTRATE JUDGE