| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Paul Rogers* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Paul Rogers*   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| Mrs. Lawrence<br>Director of Nursing<br>Kilby Correctional Facility<br>P. O. Box 150<br>Mt. Meigs, AL 36057-0150 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 7743 |

06cv1133 emp + order

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540