| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kay P. Hons_  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |

1. Article Addressed to:

Richard Allen
Commissioner, Alabama Department of Corrections
Alabama Department of Corrections
P. O. Box 301501
Montgomery, AL 36130

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv1133 cmp + order

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7006 2760 0005 4873 7729

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540