IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for court order for physical examination by a free-world specialist filed by the plaintiff on May 21, 2007 (Court Doc. No. 63), and as the evidentiary materials filed by the plaintiff fail to demonstrate that such examination is necessary at this stage of the proceedings, it is

ORDERED that this motion be and is hereby DENIED.

Done this 21st day of May, 2007.

                                     /s/ Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE