IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, INC., et al.,) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Upon consideration of Defendants' Motion for Reconsideration of Order Allowing Motion to Alter, Amend or Vacate Judgment and Setting Aside Judgment (Doc. #55) filed on May 14, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 23rd day of May, 2007.

                                          /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE