IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the file in this case, and as the plaintiff has failed to file a response to the order entered on May 14, 2007 (Court Doc. No. 59) in which the court requested that "the plaintiff shall advise ... whether he seeks to withdraw his notice of appeal[,]" it is

ORDERED that on or before June 14, 2007 the plaintiff shall file a response in compliance with the directive of the order entered on May 14, 2007. To aid the plaintiff in filing his response, the Clerk is DIRECTED to furnish the plaintiff with a copy of the order entered on May 14, 2007 (Court Doc. No. 59).

Done this 4th day of June, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE