IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH (AIS# 160710), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:06cv1133-MEF |
| | § | |
| PRISON HEALTH SERVICES, INC.; et al.; | § | |
| | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT PRISON HEALTH SERVICES' MOTION TO STRIKE PLAINTIFF'S INTERROGATORIES, REQUESTS FOR FOR ADMISSION, AND REQUEST FOR PRODUCTION

COME NOW the Defendants, Prison Health Services, Inc., et al. (collectively "PHS"), by and through counsel, and move this Court to strike or, in the alternative, enter an Order relieving the Defendants of any obligations to answer said discovery due to this Court's Order having been entered on June 4, 2007, requiring an additional Special Report. As grounds for this Motion, the Defendants state the following:

1.    On or about June 4, 2007, the prisoner filed a Supplemental Complaint (originally dated March 19, 2007) in the United States District Court for the Middle District of Alabama, adding additional defendants and additional claims arising out of medical treatment provided by the Defendants. On that date, this Court entered an Order requiring these Defendants to undertake a review of the subject matter and to file a written report containing sworn statements of all people having knowledge regarding this incident. Said report is in compliance with the standard Order issued by the Middle District concerning prisoner cases and the Order specifically restricts Motions to Dismiss and other similar pleadings from being filed.

2. In addition, the Special Report must be completed and filed by the Defendants prior to any discovery being incurred in this case. In all likelihood, this Court will grant these Defendants' Motion to Dismiss the Plaintiff's claim without the cost, time, and expense associated with the answering of frivolous discovery filed by Mr. Breach's "practicing attorney."

3. The Defendants do not want to run afoul of any of the time deadlines outlined in the Federal Rules of Civil Procedure pertaining to discovery and request an Order staying all discovery until the parties have completed their compliance with the Court's Order dated June 4th and submitting additional Special Reports and evidence into the record.

WHEREFORE, all premises considered, the Defendants respectfully request that the Plaintiff's discovery be stayed pending the filing of the Special Report and the prisoner's response thereto.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Inc., et al.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 262-6277 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 6th day of June, 2007, to:

>Mr. Marcellus Breach (#160710)
>Limestone Correctional Facility
>28779 Nick Davis Road
>Harvest, AL  35749

     The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

>Albert Sims Butler, Esq.
>ALABAMA DEPARTMENT OF CORRECTIONS
>P. O. Box 301501
>Montgomery, AL  36130-1501

>/s/ PAUL M. JAMES, JR. (JAM017)
>OF COUNSEL