IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to strike plaintiff's discovery requests and motion to stay responses to such requests filed by the defendants on June 7, 2007 (Court Doc. No. 72), and for good cause, it is

ORDERED that:

1. The motion to strike be and is hereby DENIED at this time.

2. All responses to requests for discovery be and are hereby STAYED until further order of this court. The parties are advised that upon submission of the special reports the court will determine whether additional discovery is necessary in this case.

3. No additional requests for discovery be filed in this case without leave of court.

Done this 7th day of June, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE