U.S. Certified Mail: 7005-2570-0001-8715-9463

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUN -8  A 9: 24

[illegible] P. HACKETT [illegible]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| MARCELLUS BREACH, # 160710 | ) | |
| Plaintiff, | ) | |
| Vs. | ) | Case No: 2:06-cv-1133-MEF |
| PRISON HEALTH SERVICES, INC., Et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S <u>THIRD</u> NOTICE UNTO THE COURT OF HIS DESIRE TO WITHDRAW HIS NOTICE TO APPEAL**

**COMES NOW**, the Plaintiff Marcellus Breach (hereinafter "Breach"), in proper person "Pro Se" gives his "<u>third</u>" notice unto the Court of his desire to withdraw his appeal: Breach request to bring to the attention of this Court that the defendants "are" beginning <u>again</u> to tamper, delay, withhold his U.S. Mail and "Legal Mail". Breach is giving notice before Breach will request that this Court issue its "temporary restraining order" to stop the ongoing pattern by the defendants leading up to retaliation, and ongoing patterns of interfering with plaintiff's protected activity to access the courts.

1. ***Exhibit A, and Exhibit B***, will reflect that on May 15, 2006 plaintiff did so complied with this Court's order and forwarded by U.S. Mail, postage prepaid, properly addressed, and placed said into the prison authorities mail box, two (2) separate filings of: 1) Notice To Withdraw Notice of Appeal, and 2) "Addendum To Notice To Withdraw

1

separate filings of: 1) Notice To Withdraw Notice of Appeal, and 2) "Addendum To Notice To Withdraw Notice Of Appeal, both filed and mailed to this Court at its correct addressed, but, this <u>Court did not receive same.</u>

2)   Breach has documented evidence that will show since his return to Alabama from the private prison in Louisiana, since October 6, 2006, while at Kilby Correctional Facility, his U.S. Certified Legal Mail would take at several times, up to 7 to 10 days to arrive 20 minutes away from Kilby Correctional Facility, to the Clerk of the Circuit Court of Montgomery County, Alabama.

3)   ***Exhibits C. D***, will reflect copies of the proposed "Temporary Restraining Order and Preliminary Injunction" that was "<u>granted</u>" by the District Court Honorable Judge Thomas F. Fuslier in Ville Platte, Louisiana against the private prison in Louisiana that Breach was sent to by the defendants, who also, joined with the defendants and tampered with Breach's legal mail, Breach was thrown in 'lock-up" because of his filings for no reason.  This same conduct again is beginning to occur with the defendants all because: they simply have refused to give Breach surgery, subjected Breach to have to endure pain without surgery. See, ***Exhibit # 1, Affidavit of Marcellus Breach.***

4)   This matter is concerning Breach health!  In the <u>next</u> future event showing that the defendants are tampering with Breach's mail; and when, defendants again tamper, delay and hinder Breach's U.S. Mail, especially Breach's Legal Mail, Breach <u>will immediately,</u> call out to this Court for help, and apply for an

2

application for a temporary restraining order requesting that this Court stop the defendants from tampering with his mail. Breach has been through this before with the defendants and knows the underhanded tactics that they will use to impede upon his protected activity to access the courts. Breach is monitoring his legal mail which it is proven that it will take approximately two (2) working days for Breach to receive his legal mail from the court, and two (2) days from mailing for this court to receive Breach's filings.

5)   Morethanless, if necessary and when Breach request an application for a temporary restraining order upon the defendants for tampering with his legal mail, Breach will show a pattern of retaliation, especially tampering with Breach mail, taking 11-certificates out of Breach's prison file, lost medical records, 18 months without a progress review, all showing unfavorable treatment because Breach exercises his protected right. Breach had to supply classification with copies of his certificates. Breach is giving notice unto the Court unless the underhand tactics especially tampering with Breach's mail stops. Breach can <u>prove a set pattern that</u> Breach is not the only inmate who is having problems with his legal mail being timely mailed and timely received!

6)   Breach also states that his mail is not reaching its designated places including mail to and from his witnesses in this case: is injury, and irreparable injury and Breach's mail is taking up to six (6) days to reach a destination being 20 minutes away.

3

**WHEREFORE,** *premises considered*, Breach files his third notice to withdraw his prior notice of appeal. Breach cannot afford to send each of his filings via-certified U.S. Mal, also, double filings costs and Breach is indigent and Breach ought not to be subjected to the underhanded tactics when his health is at issue. Breach request to be heard!

Done this 6th Day June 2007.

/s/ Marcellus Breach
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Al 35749

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing upon the following:

Ala.Doc. Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone, Garrett, P.A.
Attorneys for PHS Defendants
P.O. Box 270
Montgomery, Alabama 36101

By placing the same into a sealed envelope properly addressed postage prepaid and mailing First Class U.S. Mail by the prison mail box system under the penalty of perjury 28 U.S. C. 1746 being U.S. Certified Mail article No: 7005-2570-0001-8715-9463 this 6 Day of June 2007.

/s/ Marcellus Breach
Marcellus Breach

4



Marcellus Breach 160771
Limestone C.F. D-153
28779 Nick Davis Rd.
Harvest, AL 35749

7005 2570 0001 8715 9463

CERTIFIED MAIL

Clerk of Court
United States District Court
P.O. Box 711

*Exhibit 1*

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, # 160710 ) | |
| Plaintiff, ) | |
| Vs. ) | Case No: 2:06-cv-1133-MEF |
| PRISON HEALTH SERVICES, INC., ) Et al., | |
| Defendants. ) | |

## DECLARATION BY MARCELLUS BREACH, # AIS 160710

Affiant in the above instrument, deposed and says under the penalty of perjury **28 U.S.C. 1746** that the averments in the foregoing are true and correct to the best of his ability, information, knowledge and belief as follows:

" I am Marcellus Breach, AIS# 160710. I am the Plaintiff in this action. I am over twenty-one years of age. I state that the foregoing is true and correct.

On or about May 14, 2007 I received from this Court an Order requesting that I inform this Court of my desire to withdraw my notice to appeal. On <u>May 15, 2007,</u> the very next day, I did so forwarded by U.S. Mail, First Class to this Court address: Office of the Clerk, United States District Court P.O. Box 711 Montgomery, Alabama 36101-0711 two (2) separate filings entitled: "'***Exhibit A***," <u>"Notice To Withdraw Notice Of Appeal,</u>'" (hand written), and (2) "***Exhibit B***", <u>"Addendum To Notice To Withdraw Notice Of Appeal"</u>. I sent copies to the Defendants the same day of these filings. Both motions <u>were to be</u> and I placed them into a sealed envelope properly addressed for mailing by Limestone C.F. Mail system postage prepaid, and placed into the hands of prison authorities via-mail box located in Dorm D. Apparently, this Court did not receive my filings.
  "**Exhibit C, D**" reflect a true copy of two (2) Court Judgments that I had to get against the Defendant and their Agents being the private prison in Louisiana.

5

These are a true copy of a TRO that was "granted" by the District Court in Ville, Plate Louisiana against the private prison. I went through HELL down there and the defendants knew about it.. I was/have been having problems with defendants tampering with my legal mail for a while.

I have been thrown into lock up for my filings. While at Kilby this past October 2006, Officers threaten to do bodily harm to me, and put their hands on me because I only requested to go to the law library. **I am basically sick and tired!! My health is at issue**. Just because the defendants do not care if I live or die, does not give them the right to tamper with my legal mail when all I wanted was surgery to relieve the pain.

I also state that the defendants are beginning to show a pattern of tampering with my legal mail, and outgoing mail. My mail is being delayed. I did so mailed to this Court the notice to withdraw my appeal. I cannot afford every time I need to mail a pleading to this Court, that I have to send it by certified U.S. Mail. It takes no lest than 13 stamps, and I cannot afford that. Neither can I afford to have to send pleadings twice. I have already submitted to the court by U.S. Mail three sets of interrogatories, and I do not know if the Court is in receipt of them. I did so send them to the Defendants because, a party of the defendants called Limestone C.F., questioning how Breach can draft his filings and questioned Breach's filings.

I make this declaration, that I am sending this document today by U.S. Mail Certified U.S. Mail Article # 7005-2570-0001-8715-9463 under the penalty of perjury 28 U.S.C., 1746. I also make this declaration under the penalty of perjury that the foregoing is true and correct on this 6th Day of June 2007 notary service is not available at this time.

_____
Marcellus Breach

6

*Exhibit "O"*

**WARDEN'S OFFICE**
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

June 5, 2007

ATTENTION: Deputy Warden Wise:

Greetings & Salutations Mr. Wise:

I have had enough of transfers. I do not want to be bothered any more. I have been through HELL at that private prison in Louisiana. Mr. Wise, my health is at issue! You know me better than anyone here at Limestone. I just want to be left alone, but I cannot allow someone to abuse me, mistreat me, especially when it comes to my health!

My reason for writing is, <u>I am not accusing anyone</u>, but on May 15, 2007 I sent two (2) legal documents to the Federal Court in Montgomery, Alabama. I was ordered to comply with an order. However, I received an order today June 5, 2007 that the Court <u>did not</u> receive my documents. I do not know what happened, but all I know is that I put them in the mail box here, for mailing. I cannot afford to send my legal mail every time by certified mail.

Other than that, I am glad to be closer to home. I have had enough! I am tired and I have pain and discomfort due to an large inguinal hernia. A doctor stated that I needed surgery, but, guess what, PHS refuses!!! **I want to be left alone**! I have been through HELL!! I am tired. I will continue to pursue my surgery. **I have pain, and I even do my prison job when I am in pain so I do not get any write up!**

Oh! I am doing well in my schooling; I have 80 credit hours thus far for transfer. Got an "A" in Social Security Disability.

May God Bless You,

*Marcellus T. Breach*
Marcellus Breach

7

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Marcellus Breach, 160710    )
    Plaintiff,              )
                            )
Vs                          )   Case No: 2:06-cv-1133
                            )
Prison Health Services, LLC,)
et al, Defendants           )

NOTICE TO WITHDRAW NOTICE OF APPEAL

Comes Now, plaintiff Marcellus Breach in proper person moves the court pursuant to its order on May 14, 2007, to grant with the plaintiff to withdraw his notice of appeal. Plaintiff would show as follows.

1) The appeal would be fruitless, and moot.

Wherefore, plaintiff withdraws his notice of appeal in this case.

Done this 15 day May 2007

Marcellus Breach
Marcellus Breach 160710

Certificate of Service

I Hereby Certify, that I have served the following

AL Doc Legal Division
P O Box 301501
Montgomery, AL 36130

Rushton, Stakely, Johnstone, Garrett
P O Box 270
Montgomery, AL 36101

By placing same into a sealed envelope, properly addressed, postage prepaid, via U.S. Mail First Class on this 15 day May, 2007

*[signature]*

Marcellus Breach 160710
L.C.F. D-175
28779 Nick Davis Rd
Harvest, AL 35749

Exhibit "B"

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, # 160710 ) | |
| Plaintiff, ) | |
| Vs. ) | CASE NO. 2:06-cv-1133 MEF |
| PRISON HEALTH SERVICES, INC., ) | |
| Et al.,   Defendants. | |

## ADDENDUM TO NOTICE TO WITHDRAW NOTICE OF APPEAL

**COMES NOW**, the Plaintiff Marcellus Breach (hereinafter "Breach") in proper person "Pro Se" request to file this 'Addendum' to his "Notice To Withdraw Notice Of Appeal" filed in conjunction and would show as follows:

1) Plaintiff respectfully give notice unto the court his desire for leave to 'withdraw' his notice of appeal in this case---the appeal will be a waste of judicial resources, and due to the Court setting aside its Final Judgment and Order on May 11, 2007, the notice and matters to appeal are considered "moot".

2) Plaintiff would ask of the court to either take "judicial notice" to plaintiff's filings being the affidavits and exhibits attached to his *Amended Motion To Alter, Amend or Vacate Judgment*," to be considered as supporting evidence to the plaintiff's "<u>Application For Preliminary Injunction</u>" or, in the alternative, grant unto the plaintiff an opportunity to submit unto the court for review a "<u>Supplemented</u>"

"Application For Preliminary Injunction" including new evidence that plaintiff has recently discovered, i.e., additional medical records, expert witness affidavits ,(opinions). Plaintiff request because in the interest of justice, the new evidence is germane, and very clear to the constitutional violations as alleged in plaintiff's Complaint and Amended Complaint.

3)  Due to the cover costs of .50 cents per page for photocopying at this prison, and the amount of pages needed for copying as evidence to be attached, Breach request that the court grant to him in advance an opportunity to both: 1) Supplement his original Complaint & Amended Complaint to include if necessary, moving to dismiss certain parties, and requesting to add additional parties whom plaintiff, upon information and belief, believes are responsible for the plaintiff's injury; and, 2) Supplement his "Application For Preliminary Injunction.

WHEREFORE, plaintiff moves this court to grant said request, because supplemental pleadings may be necessary setting forth transactions or occurrences or events which have happened since the date of the original pleading.

Done this 15th Day May 2007.

_____
Marcellus Breach AIS# 160710
Limestone C.F. D-19b
28779 Nick Davis Rd.
Harvest, Al 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served the following:

Ala. Doc. Legal Division
P.O. Box 301501
Montgomery, Al 36130

Rushton, Stakely, Johnstone, Garrett
P.O. Box 270
Montgomery, Alabama 36101

By U.S. Mail First Class properly addressed and placing into the hands of prison officials for mailing on this 5 day of May 2007.

Marcellus Breach

| | |
|---|---|
| MARCELLUS BREACH | : 13TH JUDICIAL DISTRICT COURT |
| VERSUS NO: 00067886 - B | : PARISH OF EVANGELINE |
| GARY COPES, ET AL | : STATE OF LOUISIANA |

## TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

Considering the foregoing Consent Motion for Temporary Restraining Order and Preliminary Injunction ("Consent Motion"):

IT IS HEREBY ORDERED that a Temporary Restraining Order and Preliminary Injunction are hereby issued against SOUTH LOUISIANA CORRECTIONAL CENTER ("SLCC") and all persons acting in concert with SLCC, as follows:

1.

SLCC and all persons acting in concert with SLCC are hereby enjoined and restrained from impeding and/or stopping the mail of Marcellus Breach regardless of whether outgoing or incoming.

2.

SLCC and all persons acting in concert with SLCC are hereby enjoined and restrained from placing Marcellus Breach in any "lockup status" and/or in "the hole" (which is the cell at the facility utilized as solitary confinement, regardless of whether one or more inmates are currently placed in such cell) in retaliation for Marcellus Breach of filing of any lawsuit and requests for temporary restraining orders, or other legal filings.

3.

SLCC and all persons acting in concert with SLCC are hereby enjoined and restrained from acting in concert with SLCC from limiting, preventing, hindering or stopping access to any courts.

4.

Considering the allegations set forth in the application for Temporary Restraining Order filed by Marcellus Breach, and further considering the stipulations in the Consent Motion, the court finds that the above-referenced restraints and injunctions placed on SLCC and all persons acting in concert with SLCC are:

    a)    Narrowly drawn;

    b)    Extend no further than necessary to address the alleged violation of state and federal rights asserted in the application for a Temporary Restraining Order that was filed by Breach;

    c)    The least intrusive means necessary to address the alleged violation of state and federal rights asserted in the Temporary Restraining Order application; and

    d)    Do not have any material adverse impact on public safety or the operation of the criminal justice system.

5.

The above-referenced Temporary Restraining Order and Preliminary Injunction against SLCC and all persons acting in concert with SLCC shall continue as prospective relief until and through the earlier of: (a) the final disposition of the lawsuits filed by Breach in the above-captioned matter; and/or (b) further orders from the court with respect to the date of termination of said injunction.

THUS DONE AND SIGNED at Ville Platte, Evangeline Parish, Louisiana, on the _____ day of July, 2006.

_____
DISTRICT JUDGE

**SUBMITTED BY:**

_____ DATE: _____
**CHRISTOPHER A. EDWARDS (#1859)**
312 West University
Post Office Box 2970
Lafayette, Louisiana 70502-2970
(337)237-6881
**ATTORNEY FOR DEFENDANTS**

**APPROVED AS TO FORM AND CONTENT:**

_____ DATE: _____
Marcellus Breach #A-160710
Dorm Bearcat 2 Bed 20
3843 Stagg Avenue
Basile, LA 70515

GARY COPES, ET AL : STATE OF LOUISIANA
_____

**JUDGMENT ON EMERGENCY REQUEST FOR CONTEMPT OF COURT, STOPPING RETALIATORY TRANSFER, AND FOR AMENDMENT OF TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**

This cause came to be heard before the Court as an emergency evidentiary hearing on September 6, 2006. Present were:

Plaintiff - Marcellus Breach, Pro Se Claimant;

South Louisiana Correctional Center through their attorney, Christopher A. Edwards.

After hearing the live witnesses at trial, reviewing documentary evidence and considering the law and the evidence in this case, the court having given an oral ruling on September 6, 2006 hereby orders the following:

IT IS ORDERED, ADJUDGED AND DECREED that SOUTH LOUISIANA CORRECTIONAL CENTER (SLCC) take the following actions by September 22, 2006:

1.

The court finds that the transfer of Marcellus Breach from SLCC to Pine Prairie Correctional Center was not in retaliation against Marcellus Breach.

2.

Copying service is to be made available for all inmates with a three (3) day maximum time limit from the date of request until the production of copies at the normal cost regularly assessed by SLCC for this service.

3.

SLCC is to allow inmates to have more than one legal envelope and any amount of stamps or paper which any inmate may wish to purchase.

4.

SLCC must actively get updates installed immediately on any computer used for legal services from Lexis Nexis and/or Westlaw which is to be used by inmates. Updates must be installed within three (3) days from the date of receipt from computerized legal service of Lexis Nexis and/or Westlaw, and SLCC must make its own independent effort to keep the legal computer data bases updated.

5.

SLCC is to provide in their legal library a copy of the "Alabama Rules of Court" softbound books, State and Federal for inmate use.

6.

SLCC is to provide a fixed place for legal research for the computer and/or law books and a desk for writing which place is to be outside of the regular flow of inmates, i.e. not in a hallway - where an inmate doing research can obtain reasonable peace and quite while doing research

7.

No one at SLCC is permitted to take any steps to interfere with the sending or receiving of mail and packages, except to check same for contraband, illegal or improper items and which said mail services shall be regular and expeditiously delivered to inmates.

8.

SLCC shall allow packages to be mailed by regular U.S. Mail without the need for certification, however if not certified, grievance rights are limited as to complaints regarding receipt of packages which are not sent by certified mail. Certified delivery is to be available, but not required of inmates.

9.

All grievances for inmates are to be responded to by the SLCC within three (3) days from the date of receipt, regardless of pending litigation.

THUS DONE AND SIGNED in Chambers this _____ day of September, 2006 in Ville Platte, Evangeline Parish, Louisiana.

_____
DISTRICT JUDGE

SUBMITTED BY:

*Christopher A. Edwards* 9/22/2006
CHRISTOPHER A. EDWARDS
312 West University
Post Office Box 2970
Lafayette, Louisiana 70502-2970
(337)237-6881
Louisiana State Bar No. 1859
ATTORNEY FOR SOUTH LOUISIANA
CORRECTIONAL CENTER

APPROVED AS FORM AND CONTENT:

_____
MARCELLUS BREACH #A-160710, Pro Se
Pine Prairie Correctional Center
Post Office Box 650
Pine Prairie, LA 70576