| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Angela Thornell* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Angela Thorne  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Nurse Practitioner B. Adams<br>STATON CORRECTIONAL FAC.<br>P.O. BOX 56<br>ELMORE, AL 36025-0056<br><br>U6CV1133 | 'pe<br>d Mail   ☐ Express Mail<br>ered    ☐ Return Receipt for Merchandise<br>J Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 2962 0860 |
| PS Form 3811, February 2004 | Domestic Return Receipt         102595-02-M-1540 |