| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)   C. Date of Delivery<br>M. Stover   6-6-07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Dr. Michael Robbins<br>c/o Prison Health Services<br>Attn: Kim Jay<br>105 Westpark Drive, Suite 200<br>Brentwood, TN 37027<br><br>06cv1133 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7005 1160 0001 2962 0853 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540