IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN - 6 2007
THOMAS K. KAHN
CLERK

No. 07-11937-B

MARCELLUS BREACH,

                              Plaintiff-Appellant,

versus

PRISON HEALTH SERVICES, INC.,
MICHAEL CATALAND, Chairman and
President, in his individual capacity,
et al.,

                              Defendants-Appellees.

Appeal from the United States District Court for the

Middle District of Alabama

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 6th day of June, 2007.

                              THOMAS K. KAHN
                              Clerk of the United States Court
                              of Appeals for the Eleventh Circuit

                              By: Carolyn Magers
                                   Deputy Clerk

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

by: Carolyn Magers
Deputy Clerk
Atlanta, Georgia

FOR THE COURT - BY DIRECTION

ORD-50