IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUN 19 A 9: 33

MARCELLUS BREACH, # 160710          *

  Plaintiff,          *

Vs.          *          Case No: <u>2:06-cv-1133MEF</u>

PRISON HEALTH SERVICES, INC.,          *
Et al.,
   Defendants.          *


**MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE AS TO
THE SUPPLIED PUBLIC INFORMATION REGARDING "INGUINAL HERNIAS"
IN CONJUNCTION WITH PLAINTIFF'S <u>RENEWED</u> APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

  **COMES NOW,** the plaintiff <u>*Marcellus Breach*</u> (hereinafter "Breach") in proper

person "Pro Se" moves this Court pursuant to <u>*Rule 201 (B)(d)*</u> Fed. R. Evid., take "judicial

notice" as supplied with the necessary information in conjunction with this Application

For A Temporary Restraining Order and/or Preliminary Injunction.   Breach shows as

follows:

1.  On <u>*December 22, 2006*</u> plaintiff submitted an "Application For A Temporary

Restraining Order and/or Preliminary Injunction", the Court referred the preliminary

injunction to the magistrate judge, and either the magistrate judge has overlooked the

1

application for preliminary injunction that contains medical records, or the magistrate judge refuses to review the matter. [See, attached Order]

2.    Judges use judicial notice of "propositions of generalized knowledge" in a variety of situations determining the validity and meaning of statutes, formulating common law, rules, deciding whether evidence should be admitted, assessing the sufficiency and effect of evidence, all are essential non-adjudicative in nature.  When judicial notice is seen as a significant vehicle for progress in the law, these are the area involved, particularly in developing fields of scientific knowledge. See, _McCormick 712._

3.    Breach does no more than assist; Breach controls no part of the process. See, _Morgan, Hudicial Notice 57 Hav. L. Rev._ 269, 270-71 (1944).

4.    Supplied to this Court for review are: "_Exhibit # 1,_" Hernia Surgery Understanding Hernias and How They're Repaired" supplied by Dr. Yerubandi, M.D.,

5.    _Exhibit # 2,_    "Hernia Terminology" @ www. hernia. org

6.    Exhibit # 3,    "American Family Physician "Surgical Options in the Management of Groin Hernias"    @ www. afp.org

7    It is already settled in this circuit that this Court can obtain information pursuant to **Rule 201(b)**, Fed. R. Evid.   "judicial notice" of public information. See, **Cash Inn of Dade Inc., v. Metro Dade County**, 938 F.2d 1239, 1243 (11th Cir. 1991)(judicial notice of public records appropriate); **Ubuy Holdings Inc., v. Gladstone,** 340 F. Supp. 2d 1343, 1346

(S.D. Fla. 2004)("A district court may . . . take judicial notice of public records")(citations omitted). The key to a fair trial is opportunity to use the appropriate weapons.

**WHEREFORE, premises considered**, Breach moves this Court to review all of the public information submitted and hold an evidentiary hearing as soon as possible.

Done this 14 day June 2007

Marcellus Breach 160710
LCF 28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I have served the following:

Ala.Doc. Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton Stakely, Johnstone, Garrett,
P.O. Box 270
Montgomery, Alabama 36101

By placing same into a sealed envelope properly addressed postage prepaid and placing into the prison Mail Box for proper mailing First Class U.S. Mail on this 14 Day of June 2007, under the penalty of perjury 28 U.S.C. 1746 that is treating as an Affidavit by the Court. **Dickerson v. Wainwright**, 626 F.2d 1184, 1186 (5th Cir. 1980) **Murrell v. Bennett**, 615 F.2d 306, 310 n.5 (5th Cir. 1980

This 14 Day of June, 2007.

Marcellus Breach

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, AIS # 160710, )
                                  )
            Plaintiff,            )
                                  )
v.                                )         CASE NO. 2:06-cv-1133-MEF
                                  )
PRISON HEALTH SERVICES, INC.,     )
et al.,                           )
                                  )
            Defendants.           )

## O R D E R

This cause is before the Court on Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. # 3), filed on December 22, 2006. Upon consideration of Plaintiff's submissions, it is hereby ORDERED that the portion of the motion seeking a temporary restraining order is DENIED pursuant to Federal Rule of Civil Procedure 65(b).

It is further ORDERED that all remaining matters are referred to the Magistrate Judge.

DONE this 22nd day of December, 2006.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE

# HERNIA SURGERY

## Understanding Hernias and How They're Repaired

Groin Hernias

Abdominal Hernias

Hernias in Children

*Exhibit # 1*

*Exhibit # 1*

## How Hernias Are Treated

A hernia will not heal on its own. Surgery is needed to repair the defect in the abdominal wall. If not treated, a hernia can get larger. It can also lead to serious medical complications. Fortunately, hernia surgery can be done quickly and safely. Below is an overview of surgical treatment.







### Your Evaluation

Your doctor will ask questions about your symptoms and overall health. You'll also be examined. In some cases, tests are needed to make sure you're healthy enough for surgery.

### Surgical Treatment

Surgery is used to repair the weakness in the abdominal wall. Different methods are used depending on the location and type of hernia. You can usually go home the same day as surgery.

### Your Recovery

After surgery, you can likely return to your normal routine within a short time. Repairing the hernia will also make it easier to enjoy daily activities without pain or worry.

## What's in This Book

### Understanding Hernias

The Abdomen and Groin          4
Areas of Weakness              5
Locations of Hernias           6
How a Hernia Develops          7
Why Surgery Works              8

### Your Hernia and How It's Fixed

❑ Inguinal Hernias             10
❑ Repairing Inguinal Hernias   12
❑ Repairing Umbilical Hernias  14
❑ Repairing Incisional Hernias 15
❑ Repairing Femoral Hernias    16
❑ Repairing Epigastric Hernias 17
❑ Hernias in Children          22

### Having Surgery

Your Surgical Experience       18
Your Recovery                  20

3

# The Abdomen and Groin

Hernias occur when part of the body bulges into an area where it shouldn't. Most often, this happens when tissues in the abdomen bulge through an opening into the groin. Normally, the abdomen and groin are kept separate by a wall of muscle and tissue. The only natural openings in the wall are small tunnels called **canals.** These allow nerves, blood vessels, and other structures to pass between these two areas.

## Front View



Thin sheets of **muscle** enclose the intestines and other organs in the abdomen.

**Connective tissue** (fascia) helps bind the abdominal muscles together.

The **inguinal canal** is a tunnel in the groin. It is formed by layers of muscle and other tissue in the abdominal wall.

The **femoral canal** is a tunnel in the abdominal wall that allows blood vessels and nerves to pass through the groin into the leg.

The spermatic cord passes through the inguinal canal and connects to the testicle.

## The Abdominal Wall



- Skin
- Fat
- Muscle
- Connective tissue
- Peritoneum
- Omentum
- Intestines

The **abdominal wall** is formed by layers of tissue, such as muscle and connective tissue. It helps protect and enclose the intestines and other organs.

## Side View

Muscle

Intestines (located behind the abdominal wall)

Connective tissue

Inguinal canal

Femoral canal

4

# Locations of Hernias

The type of hernia you have depends on its location. The most common types of hernias form in the groin. Other types form in the abdomen. Hernias can also form on both sides of the body (bilateral hernias), or recur in the same spot (recurrent hernias). In some cases, you can have more than one type at a time.

## Abdominal Hernias

Abdominal hernias most often form around the navel or the site of a previous surgery.

**Incisional hernias** occur at the site of a previous surgical incision. (See page 15.)

**Epigastric hernias** occur in the upper abdomen at the midline. (See page 17.)

**Umbilical hernias** oc at the navel. (See page



## Groin Hernias

Groin hernias are the most common types of hernias.

**Indirect inguinal hernias** occur in the groin at the opening of the inguinal canal. (See page 10.)

**Direct inguinal hernias** occur in the groin near the opening for the inguinal canal. (See page 11.)

**Femoral hernias** occur in in the femoral canal. (See page 16.)



# Repairing Incisional Hernias

Incisional hernias bulge through the scar left by a previous surgical incision. They can occur months or years after the surgery. Over time, incisional hernias can widen and become more difficult to repair. They can also become strangulated and cause serious complications. Incisional hernias may be treated using a traditional repair. More often, though, a mesh device is used to make a tension-free repair.

## Reducing the Hernia

An incision is made through the previous surgery scar. The hernia is then reduced by pushing any protruding tissue back into the abdomen. The weak area can now be repaired.



Hernia sac being reduced

Incision site

## Repairing the Weakness

A thin mesh patch is placed behind or in front of the defect. It is then secured to nearby tissues. Once the mesh is in place, the skin is closed with stitches, staples, surgical tape, or glue. Over time, new tissue grows into the mesh. This strengthens the repair and helps prevent the hernia from recurring.



Mesh patch behind the defect

Side view

Mesh patch

Defect

Skin

15

visible against the skin, is the hernia.

These 'windows of weakness' commonly occur where there are natural weaknesses in our abdominal wall - such as where the 'plumbing' goes through it. Examples of these are the canals (inguinal and femoral) which allow passage of vessels down to the scrotum and the legs, respectively. The umbilical area (navel) is another area of natural weakness frequently prone to hernia. Another area of potential weakness can be the site(s) of any previous abdominal surgery.

## to do about a HERNIA

ONLY way to stop a hernia getting worse is to repair the defect There are, however, several ways of doing this and the results vary widely. What follows lost of them and describes various aspects related to the different types of hernia.

# Hernia Terminology

| GROIN HERNIAS: | • Inguinal Hernia<br>• Femoral Hernia<br>• Scrotal Hernia | Any of these can be Primary ('first time') or Recurrrent hernias |
|---|---|---|
| OTHER HERNIAS: | • Ventral Hernia<br>• Umbilical Hernia<br>• Ventral / Epigastric Hernia<br>• Incisional Hernia<br>• Spigelian Hernia<br>• Recurrent Hernia<br>• Recurrent Incisional Hernia<br>• Bilateral (or 'double') Hernia<br>• Stoma Hernia<br>• Hiatus Hernia | |

though all carry the word 'Hernia' the following text relates to all but the Hiatus hernia.

To go straight to information on hiatus hernia, please click here on hiatus hernia
go straight to information on paediatric hernia, please click here on paediatric hernias

v.hernia.org/whatsport.html

Exhibit #2

Exhibit 2.

8/2/2006

**Where a lump is present, however, early surgery is necessary.** Where no lump is apparent and where physiotherapy (as above) fails to correct the problem, it is possible that the groin-area muscles have torn. This tear must be repaired, a procedure which gives good results.

---

**In any case, it is essential to diagnose correctly whether the problem is a 'Groin Strain', a Torn Muscle or a HERNIA. One must avoid giving the treatment for one when the condition is another!
Sometimes, many find it difficult to distinguish which condition exists.**

**BY NO MEANS is surgery required in all cases, especially where there is no swelling. True experts in hernia would not rush into surgery, so it is essential to consult specialists who regularly see all these kinds of cases.**

---

Where required, these various injuries are treated surgically at The British Hernia Centre as day cases under local anaesthesia and allow a return to full - even vigorous - training, usually within 2 to 3 weeks.

# Can Hernias get better?

The opening of a hernia cannot heal itself, **neither can any medicine be used to cure the condition.**

The long term course, therefore, is for a hernia to **become steadily worse as time goes on, sometimes slowly and sometimes quickly.**

**The only remedy for the condition is to repair the hernia surgically, but that no longer means you have to be an invalid afterwards ...**



Graham "Mr Europe"

Black had his hernia

repaired at the Centre on Friday and on Monday he was 'working-out' at the gym!

(not always recommended for the rest of us!)

Graham Black
Mr Europe



- Hiatus ("Hiatal") Hernias
- Hernia HOME PAGE

NOTE: This page contains loads of graphics and photos.

Please allow the whole page to load for maximum benefit - Its worth it!

# What is a Hernia?

A hernia (rupture) is usually noticed as a lump, commonly in the groin or the umbilical region.



**There is almost no limit to how BIG a hernia could get if left untreated!**

It appears when a portion of the tissue which lines the abdominal cavity (peritoneum) breaks through a weakened area of the abdominal wall.

This can give rise to discomfort as the hernia enlarges and can sometimes be dangerous if a piece of intestine becomes trapped ('strangulated') inside.

# The Anatomy of HERNIA

## The most common location for hernia is the abdomen. The abdominal wall - a sheet of tough muscle and tendon that runs down from the ribs to the legs at the groins - acts as 'nature's corset'. Its function, amongst other things, is to hold in the abdominal contents, principally the intestines.

If a weakness should open up in that wall, and it does not really matter how or why it happened (more on this later), then the *'CORSET EFFECT'* is lost and what pushes against it from the inside (the intestines) simply pushes through the 'window'. The ensuing bulge, which is often quite



## ın get a Hernia?

ıf either sex and at any age.

---

## ı Hernias happen?

˙the abdomen, comprising muscle and tendon, performs several functions, one of which is to ⁿng support to the internal organs which are exerting significant outward pressure. The a gap in the tissue can occur of its own accord at a point of natural weakness, or by over-ı part of the tissue. Overexertion can cause it, but so could a simple cough or sneeze.

˙ence of the gap in the abdominal wall is not normally, of itself, a problem. **The problems ı the ensuing bulge of intestine through the gap.** The effects felt by the patient can range perfectly painless, through discomfort, to being *very painful indeed*.

˙ery movement we make puts additional pressure on the internal tissues which, in turn, push ı the opening a little more each time. This also enlarges the opening itself. If unchecked, this ı continue even to the extent of allowing much of the intestine to hang down through the

---

## Groin Pain and Hernia

**Groin pain** is a frequent disability commonly seen in footballers, golfers and other sports players and athletes. In certain muscle strains and tears,



the sequence is acute groin pain which, at first, can be completely crippling, then gradually subsiding with chronic, repetitive, sharp pain and aching groin - more marked with certain movements.

Some patients have an associated lump, which commonly indicates an inguinal hernia.

The first treatment, frequently given to professional sportsmen, is intensive physiotherapy, ultrasound, injections and graduated exercise. This is often successful in healing muscle strains.

:hernia.org/whatsport.html

8/2/2006


# American Family Physician

PUBLISHED BY THE AMERICAN ACADEMY OF FAMILY PHYSICIANS                    JANUARY 1, 1999

(Corrections made to Figs. 1, 2, 3, 4, and 8 in this article on February 17, 1999.)

# Surgical Options in the Management of Groin Hernias

TIM BAX, M.D., BRETT C. SHEPPARD, M.D., and
RICHARD A. CRASS, M.D.
Oregon Health Sciences University,
Portland, Oregon

Inguinal and femoral hernias are the most common conditions for which primary care physicians refer patients for surgical management. Hernias usually present as swelling accompanied by pain or a dragging sensation in the groin. Most hernias can be diagnosed based on the history and clinical examination, but ultrasonography may be useful in differentiating a hernia from other causes of groin swelling. Surgical repair is usually advised because of the danger of incarceration and strangulation, particularly with femoral hernias. Three major types of open repair are currently used, and laparoscopic techniques are also employed. The choice of technique depends on several factors, including the type of hernia, anesthetic considerations, cost, period of postoperative disability and the surgeon's expertise. Following initial herniorrhaphy, complication and recurrence rates are generally low. Laparoscopic techniques make it possible for patients to return to normal activities more quickly, but they are more costly than open procedures. In addition, they require general anesthesia, and the long-term hernia recurrence rate with these procedures is unknown.

Inguinal and femoral hernias are the most common problems primary care physicians encounter that require surgical intervention. The treatment of these hernias costs approximately $3.5 billion every year.[1] Untreated or recurrent inguinal hernias are responsible for an incalculable loss of productivity and revenue. Postoperative convalescence also contributes to absence from the work force.

A clear understanding of the epidemiology and anatomy of inguinal hernias provides a solid foundation for timely diagnosis and care. Since inguinal

Exhibit #3

herniorrhaphy can be performed using a variety of techniques, the approach can be individualized. This article reviews the available surgical options for herniorrhaphy and the possible complications of these procedures.

## Epidemiology

In the United States, approximately 96 percent of groin hernias are inguinal and 4 percent are femoral. Inguinal hernias are bilateral in as many as 20 percent of affected adults.[1]

The most common hernia in both sexes is the indirect inguinal hernia. The male-to-female ratio is 9:1 for inguinal hernias and 1:3 for femoral hernias. While inguinal hernias occur fairly equally across adult age groups, femoral hernias tend to occur more often in elderly women. The lifetime risk of inguinal herniation is approximately 10 percent.[1]



**Figure 1.** Hesselbach's triangle. This anatomic landmark is bounded by the rectus abdominis muscle medially, the inguinal ligament inferiorly and the inferior epigastric vessels laterally. The triangle is outlined in red.

## Anatomy of Groin Hernias

Inguinal hernias are broadly classified as indirect or direct, designations that refer to the relation of the herniation to the inferior epigastric arteries on the abdominal wall and the Hesselbach's triangle. The anatomic region known as Hesselbach's triangle is defined laterally by the inferior epigastric artery, medially by the lateral border of the rectus muscle and inferiorly by the inguinal ligament *(Figure 1)*. An indirect hernia passes lateral to the inferior epigastric vessels and thus is outside of Hesselbach's triangle *(Figure 2)*, while a direct hernia is medial to the epigastric vessels and therefore within the confines of this space *(Figure 3)*.

An indirect hernia is generally believed to have a congenital component. The

development of this type of hernia requires a potential hernia sac, which is provided by the processus vaginalis. After the fetal testis has descended into the scrotum from the retroperitoneum, the processus vaginalis normally obliterates, thereby removing this potential for herniation. Thus, an indirect hernia is the result of two conditions: (1) the existence of a potential space due to nonobliteration of the processus vaginalis and (2) a weakening of the fascia of the transversalis muscle fibers surrounding the exit of the spermatic cord at the internal abdominal ring.



Inferior epigastric vessels

Rectus abdominis muscles

Internal ring

Inguinal canal

Inguinal ligament

External ring

Spermatic cord

© 1999 Floyd E. Hosmer

**Figure 2.** Route of an indirect hernia. Note that the hernia sac passes outside of the boundaries of Hesselbach's triangle and follows the course of the spermatic cord.

Direct inguinal hernias are not generally congenital. Instead, they are acquired by the development of tissue deficiencies of the transversus abdominis muscle, which makes up the floor of the inguinal canal. Thus, these hernias protrude directly through a defect in the inguinal canal floor, rather than indirectly following the potential space of the processus vaginalis and the path of the spermatic cord.

The development of femoral herniation is not well understood. A femoral hernia can occur as a result of elevated intra-abdominal pressure. In this circumstance, preperitoneal fat can protrude through the femoral ring, with its accompanying pelvic peritoneum. The hernial sac can then migrate down along the femoral vessels into the anterior thigh. Women may be predisposed to femoral herniation due to weakness of the pelvic floor musculature from previous childbirth *(Figure 4).*

An understanding of the innervation of the inguinal region is important, because injury to the nerves in this area may cause

significant problems. The major nerves in the inguinal region are the ilioinguinal, iliohypogastric and genitofemoral nerves. The ilioinguinal nerve traverses the inguinal canal near the external inguinal ring and provides unilateral sensory innervation to the pubic region and the upper portion of the scrotum or the labia majora. This is the nerve most commonly injured during open herniorrhaphy. The iliohypogastric nerve passes superior to the internal inguinal ring and provides sensory innervation to the skin superior to the pubis. The genital branch of the genitofemoral nerve travels within the spermatic cord to provide sensation to the scrotum and the medial thigh. The femoral branch of this nerve supplies sensation to the skin of the anterior thigh[2] *(Figure 5).*

> Ultrasound examination of the inguinal region with the patient in the supine and upright positions and with the Valsalva maneuver is reported to have excellent diagnostic sensitivity and specificity.



Internal ring

Ductus deferens

Inferior epigastric vessels

Rectus abdominis muscles

Inguinal canal

External ring

Spermatic cord

Inguinal ligament

© 1999 Floyd E. Hosmer

**Figure 3.** Route of a direct hernia. The hernia sac passes directly through Hesselbach's triangle and may disrupt the floor of the inguinal canal.

## Diagnosis

Most early inguinal hernias can be diagnosed by careful physical examination. Except for pain or a dull dragging sensation in the groin, the common reducible inguinal hernia usually does not cause significant symptoms.

Sonography may be useful in diagnosing inguinal hernias in patients who report symptoms but do not have a palpable defect. Ultrasound examination of the inguinal region with the patient in the supine and upright positions and with the Valsalva maneuver has been reported to have a diagnostic sensitivity and

specificity of greater than 90 percent.[3] The ultrasound examination may also be helpful in differentiating an incarcerated hernia from a pathologic lymph node or other cause of a firm, palpable mass.



**Figure 4.** Route of a femoral hernia. The hernia sac follows the potential space along the femoral vessels. It may be palpable near the femoral ring or in the medial thigh.

In the extremely rare patient with inguinal pain but no physical or sonographic evidence of inguinal herniation, computed tomographic scanning can be used to evaluate the pelvis for the presence of an obturator hernia.

Preoperatively, it is often difficult to differentiate the common indirect hernia from the less common direct defect. Even skilled examiners may be incorrect in up to 30 percent of cases. However, indirect and direct hernias need to be differentiated during surgery, because the approach to repair depends on the defect type. A hernia that is not repaired appropriately is more likely to recur.

> With few exceptions, all patients who are found to have a groin hernia should undergo surgical repair.

Diagnosing inguinal hernias in children can be very difficult. Surgical consultation is usually warranted if the parent or other caregiver reports that the child has had a groin bulge.

The diagnosis of recurrent herniation is generally straightforward. However, it may be difficult to identify this problem in patients with scarring from a previous repair. In patients who have symptoms suggestive of recurrent herniation but no

clinical findings, the diagnosis can usually be obtained through sequential serial examinations and the judicious use of imaging modalities.



**Figure 5.** Global anatomy of the pelvis and inguinal trigone. Note the lush innervation of this region. Both the ilioinguinal nerve and the genitofemoral nerve traverse the usual hernia-repair operative field. The femoral vein also runs just deep to the inguinal floor laterally.

## Classification of Groin Hernias

Classification systems for groin hernias range from simple schemes to more complex systems with up to 20 categories. Most classification systems take into account the location of the defect (direct, indirect or femoral), the size of the defect and whether or not the herniation is recurrent.[1]

While it is often difficult to differentiate hernial types preoperatively, a consistent approach to classifying hernias during surgery can provide information that will allow institutions to compare the outcomes achieved with different

**TABLE 1**
**Nyhus Classification of Groin Hernias**

Type I–indirect inguinal hernia
    Internal inguinal ring normal
    (i.e., pediatric hernia)
Type II–indirect inguinal hernia
    Dilated internal inguinal ring
    with posterior inguinal wall intact
Type III–posterior wall defects
    Direct inguinal hernia
    Indirect inguinal hernia: dilated
    internal ring with large medial

Based on operative intent and approach, the many different herniorrhaphy techniques can be grouped into four main categories.

## GROUP 1: OPEN ANTERIOR REPAIR

Group 1 hernia repairs (Bassini, McVay and Shouldice techniques) involve opening the external oblique aponeurosis and freeing the spermatic cord. The transversalis fascia is then opened, facilitating inspection of the inguinal canal, the indirect space and the direct space. The hernia sac is usually ligated, and the canal floor is subsequently reconstructed *(Figure 6)*.

The techniques in the open anterior repair group differ somewhat in their approach to reconstruction, but they all use permanent sutures to approximate the surrounding fascia and repair the floor of the inguinal canal. When performed by skilled surgeons, these repairs provide reliable, satisfactory results and have similar recurrence rates. With very large defects or with fascia of marginal quality, the tension of the sutures can lead to recurrence.

The techniques in group 1 are all well suited to the use of local anesthesia.

## GROUP 2: OPEN POSTERIOR REPAIR

Posterior repair (iliopubic tract repair and Nyhus technique) is performed by dividing the layers of the abdominal wall superior to the internal ring and entering the

> It is possible to repair over 90 percent of groin hernias using only local anesthetic.

properitoneal space. Dissection then continues behind and deep to the entire inguinal region.

Like the anterior approach, the posterior approach provides excellent visualization of the areas of concern in herniorrhaphy. The major difference between this technique and the anterior approach is that reconstruction is performed from the "inside."

Excellent results have been reported for the posterior techniques, but problems related to suture tension remain.

Posterior repair is often used for hernias with multiple recurrences, because the approach avoids scar tissue from previous surgeries. It is probably best performed with the patient receiving regional or general anesthesia.

## GROUP 3: TENSION-FREE REPAIR WITH MESH

The group 3 hernia repairs (Lichtenstein and Rutkow techniques) use the same initial approach as open anterior repair. However, instead of suturing the fascial layers together to repair the hernia defect, the surgeon uses a prosthetic, nonabsorbable mesh. This mesh allows the hernia to be repaired without tension being placed on the surrounding fascia *(Figure 7)*. Excellent results have been achieved with this approach, and reported recurrence rates have been less than 1 percent.[5]



**Figure 8.** Laparoscopic mesh repair, viewed from inside the pelvis toward the direct and indirect sites. A broad portion of mesh is stapled to span both hernia defects. Staples are not used in proximity to neurovascular structures.

Some concern exists about the long-term safety of implanted prosthetic material, particularly the potential for infection or erosion. However, extensive accumulated experience with the hernia mesh has begun to alleviate many of these concerns, and tension-free repair continues to gain popularity.[6]

Tension-free repair can be performed using any type of anesthesia. This approach is well suited for outpatient herniorrhaphy performed with the patient receiving local anesthesia.

## GROUP 4: LAPAROSCOPIC PROCEDURES

Laparoscopic hernia repair has become increasingly popular in the past few years, but the technique has also sparked significant controversy. Early in the development of the technique, hernias were repaired by placing a large piece of mesh over the entire inguinal region on top of the peritoneum. This approach was abandoned because of the potential for small-bowel obstruction and fistulae development caused by the exposure of bowel to mesh.

Today, most laparoscopic herniorrhaphies are performed using either the transabdominal preperitoneal (TAPP) approach or the total extraperitoneal (TEP) approach. The TAPP approach involves placing laparoscopic trocars in the abdominal cavity and approaching the inguinal region from the inside. This allows the mesh to be placed and then covered with peritoneum. While the TAPP approach is a straightforward laparoscopic procedure, it requires entrance into the peritoneal cavity for dissection. Consequently, the bowel or vascular structures may be injured during the procedure *(Figure 8)*.

**TABLE 2**
Results of Hernia Repairs at Specialty Centers

| Author | Type of repair | Number of patients | Follow-up period | Complication rate (%) | Hernia recurrence rate (%) |
|---|---|---|---|---|---|
| Rutledge[10] | McVay | 906 | 9 years | NR | 2.0 |
| Welsh and Alexander[11] | Shouldice | 214,919 | 1 month to 40 years | NR | 0.1 |
| | Shouldice | 2,748 | 35 years | NR | 1.5 |
| Amid, et al.[5] | Lichtenstein | 3,250 | Average of 4 years (range: 1 to 8 years) | NR | 0.1 |
| Rutkow and Robbins[12] | Rutkow | 2,060 | NR | 0.3 | 0.1 |
| Nyhus[13] | Posterior iliopubic tract repair | 1,200 | 37 years | | 1 to 6 |
| Felix, et al.[14] | Transabdominal preperitoneal laparoscopic repair | 733 | Average of 24 months (range: 1 to 44 months) | 13.0 | 0.3 |
| | Total extraperitoneal laparoscopic repair | 382 | Average of 9 months (range: 1 to 44 months) | 11.0 | 0.3 |

NR=not reported.

Information from references 5, and 10 through 14.

In the TEP approach, an inflatable balloon is placed in the extraperitoneal space of the inguinal region. Inflation of the balloon creates a working space. For most surgeons, the TEP approach to hernia repair is more technically demanding than the TAPP approach.

In both the TAPP and TEP approaches, the hernia sac is reduced, and a large piece of mesh is placed to cover the indirect, direct and femoral areas of the inguinal region. The mesh is held in place by metal staples.

The advantage of these two procedures is that the small laparoscopic incision causes less pain and disability, promoting a faster return to work. This advantage appears to be most notable in patients who do heavy manual labor.[7] Another advantage of the TAPP and TEP approaches is that bilateral hernias may be repaired simultaneously with no apparent increase in morbidity. Finally, these approaches can be particularly effective in patients with hernia recurrence after traditional open herniorrhaphy. In such patients, additional open anterior repairs have a higher failure rate and an increased rate of complications. The laparoscopic approach, similar to the open posterior approach, allows hernia repair to be performed in a previously untouched space.

Early results for laparoscopic surgery are promising, but information on long-term outcomes is currently unavailable. At present, the major drawbacks to laparoscopic herniorrhaphy are the cost of the laparoscopic equipment, the need for general anesthesia and the absence of long-term follow-up data.

## Anesthesia

Hernia repair may be performed using general, regional (spinal/epidural) or local anesthesia. Several studies[8,9] have found that, with proper preoperative preparation, more than 90 percent of groin hernias can be repaired with patients receiving only a local anesthetic. The advantages of local anesthesia include the very short recovery time and the ability to test the repair intraoperatively with a Valsalva maneuver. Use of local anesthesia also avoids the respiratory and immune depressive effects of general anesthesia. This advantage is particularly important in elderly and frail patients.

Local anesthesia alone does not allow for comfortable and technically optimal herniorrhaphy in patients with a very high anxiety level. Either general or regional (spinal) anesthesia may be used in these patients. General anesthesia provides the most comfort, but it has the highest risk. Patients occasionally respond poorly to a general anesthetic and require overnight hospitalization because of nausea, excessive sedation or urinary retention.

Spinal anesthesia provides excellent pain control during herniorrhaphy, and it carries slightly less risk than general anesthesia. The disadvantages of spinal anesthesia include the time required for the anesthetic to be placed and the possibility of incomplete sensory blockade. Urinary retention or a delay in the return of normal lower extremity sensation may mandate overnight observation following herniorrhaphy performed with regional anesthesia.

## Operative Results

*Tables 2[5,10-14] and 3[7,15-18]* summarize operative results for common herniorrhaphy techniques. Specialty centers continue to report very low complication and recurrence rates in large series of patients.

Most laparoscopic hernia repairs are being performed by skilled laparoscopic surgeons in specialty centers. Early studies showing acceptable outcomes for laparoscopic herniorrhaphy may reflect the same bias other procedure-focused centers have shown for open herniorrhaphy. Studies conducted at nonspecialty centers probably provide a more accurate view of hernia repair techniques and results.

### TABLE 3
### Results of Hernia Repairs at Nonspecialty Centers

| Author | Type of repair | Number of patients | Follow-up period | Complication rate (%) | Hernia recurrence rate (%) |
|---|---|---|---|---|---|
| Panos, et al.[15] | McVay | 136 | Average of 3 years, with a range of 1 to 5 years | NR | 9 |
| | Shouldice | 136 | Average of 3 years, with a range of 1 to 5 years | NR | 7 |
| Paul, et al.[16] | Bassini | 125 | 3.3 years | 28 | 10 |
| | Shouldice | 119 | 3.4 years | 29 | 2 |
| Tran, et al.[17] | Bassini | 63 | 2 years | 18 | 14 |
| | Shouldice | 65 | 2 years | 18 | 11 |
| Ferzli, et al.[18] | Total extraperitoneal laparoscopic repair | 100 | Average of 12 months (range: 6 to 20 months | 6 | 0 |
| Payne, et al.[7] | Transabdominal preperitoneal laparoscopic repair | 52 | Average of 10 months (range: 7 to 18 months | 12 | 0 |
| | Lichtenstein | 58 | Average of 10 months (range: 7 to 18 months | 18 | 0 |

NR=not reported.

Information from references 7, and 15 through 18.

## Complications

The complications following herniorrhaphy are generally minor and self-limited. Wound hematomas and superficial wound infections are the most common problems, and they usually respond to conservative measures. More serious complications, such as major hemorrhage, osteitis and testicular atrophy, occur in fewer than 1 percent of patients undergoing herniorrhaphy.[19] The minor and major complications of open and laparoscopic herniorrhaphies are compared in *Table 4*.

### NERVE ENTRAPMENT

Nerve entrapment is perhaps the most significant complication of inguinal herniorrhaphy. Most nerve entrapment syndromes are self-limited, respond to nonsteroidal analgesics and resolve with time. However, chronic neuralgia can develop.[19]

Entrapment of the ilioinguinal nerve produces pain in the groin and scrotum; extension of the hip frequently exacerbates the pain. Injury to the genital branch of the genitofemoral nerve can cause hypersensitivity of the groin, scrotum and upper thigh, and can be associated with ejaculatory dysfunction. Injection of a long-acting local anesthetic along the course of these nerves is often helpful for diagnosing entrapment.

Following a period of nonoperative care, some patients with nerve entrapment need to be referred for surgical exploration and excision of the involved nerve. However, this corrective approach provides relief in less than 60 percent of patients.

While laparoscopic herniorrhaphy tends to offer greater protection to the ilioinguinal and iliohypogastric nerves, injuries to the femoral or the lateral femoral cutaneous nerves have been reported. Patients with such injuries present with pain in the groin and thigh. While these syndromes are often self-limited, surgery has been necessary to remove the staples that caused the neuralgia. These procedures have not provided pain relief in all patients.

### HERNIA RECURRENCE

Recurrence is the most common long-term complication of inguinal herniorrhaphy. Approximately 50 percent of hernia recurrences do not present until at least five years after the original herniorrhaphy. An additional 20 percent of recurrences may not present for 15 to 25 years.[20]

**TABLE 4**
Complications of Open and Laparoscopic Hernia Repairs

| Open repair | Laparoscopic repair |
| --- | --- |

8/14/2006

The reported recurrence rates for surgically treated hernias vary widely, depending on the length and diligence of the follow-up period. In most reports, the recurrence rate varies from 5 to 8 percent for indirect hernias and is slightly higher for direct hernias. In some series, the recurrence rate following repair of a recurrent hernia is as high as 30 percent, which is significantly greater than the recurrence rate after initial repairs. Hernia recurrence following inguinal herniorrhaphy is usually caused by the breakdown of a repair performed with tension along the fascial suture lines. This breakdown may occur because of incomplete dissection, poor tissue quality (longstanding large hernias) or the patient's

| Major | Major |
|---|---|
| Hemorrhage | Hemorrhage |
| Testicular atrophy | Bowel injury |
| Vas deferens transection | Bladder injury |
| Bowel injury | Major vessel injury |
| Bladder injury | |
| Minor | Minor |
| Scrotal ecchymosis | Urinary retention |
| Wound infection | Trocar site hernia |
| Urinary retention | Nerve injury |
| Recurrence | Wound infection |
| Hydrocele | Small-bowel obstruction |
| Nerve transection | |
| Nerve entrapment | |

Information from reference 19.

too-rapid return to daily activities. Systemic comorbidity, such as obesity, steroid use and chronic obstructive pulmonary disease, influence wound healing and can affect the recurrence rate.[21-23]

## Choice of Surgical Procedure

Inguinal hernias continue to be a source of morbidity and significant health care expenditure. No mechanism of preventive care is known, and surgical repair is almost always necessary. With the many techniques available, treatment can be individualized.

Most inguinal hernia repairs can be performed safely, accurately and cost-effectively using local anesthesia and an open anterior approach. Hernia recurrence rates of less than 4 percent have been reported for herniorrhaphies performed without prosthetic mesh by skilled surgeons.[24] Open anterior repair performed with local anesthesia would appear to be the ideal approach in the young patient with an indirect hernia and no systemic disease.

Hernia repair using prosthetic mesh would be a good choice in the patient with a direct hernia or in the older patient with a long-standing hernia and attenuated fascia. In one recent study,[5] more than 60 percent of blue collar workers and 90 percent of desk workers returned to work within 10 days after undergoing tension-free hernia repair with mesh. Recurrence rates in these cases have been reported to

be 3 percent or less.[7]

Recurrent hernias repaired with classical herniorrhaphy not utilizing mesh have a reported recurrence rate of approximately 23 percent at three years.[21] For this reason, recurrent hernias are best managed with open anterior or posterior mesh repair or, possibly, with a laparoscopic procedure. Bilateral hernias may also be addressed simultaneously, using either an open or a laparoscopic procedure. The approach is best determined by local expertise.

Laparoscopic herniorrhaphy is becoming a more common procedure. Several studies have demonstrated that this approach is safe and involves only minimal use of pain medication. The recurrence rate following this relatively new technique cannot as be completely assessed, but it has been reported to be less than 4 percent.[25,26]

The advantages of laparoscopic herniorrhaphy for an initial repair appear to be related to speedy convalescence and an earlier return to work. However, caution is advised, since a recent study[27] of open herniorrhaphy showed that return to work was most often determined by the patient's type of insurance coverage rather than the type of procedure used to repair the hernia. Whether this will also be true for laparoscopic herniorrhaphy remains to be seen.

Compared with other types of hernia repair, laparoscopic herniorrhaphy is significantly more expensive. In some series, the laparoscopic approach has been 40 percent more costly than other approaches. Most current techniques for laparoscopic herniorrhaphy also subject patients to the risks and cost of general anesthesia. Performance of the laparoscopic TAPP repair also exposes patients to potential intra-abdominal injury and late adhesion formation. In contrast, tension-free repair using mesh, as well as other types of hernia repair, may be comfortably and safely completed with patients receiving only local anesthesia.

Laparoscopic herniorrhaphy may be best reserved for treatment of recurrent or bilateral hernias. However, individual preference cannot be ignored, and this technique may be advisable for initial hernia repair in selected patients.

In the managed-care environment, elective herniorrhaphy is under increasing pressure. Some state health plans do not reimburse for elective hernia repairs. The long-term impact of complications secondary to untreated herniation is not fully known. A decrease in surgical repair may lead to an increase in hospitalizations related to incarceration or strangulation.

## The Authors

TIM BAX, M.D.,
is a fourth-year resident in general surgery at Oregon Health Sciences University, Portland. Dr. Bax recently completed a year of research in general and minimally invasive surgery.

BRETT C. SHEPPARD, M.D.,
is an assistant professor in the surgery division at Oregon Health Sciences
University, Portland, where he received his surgical training. Dr. Sheppard also
completed a two-year research fellowship at the National Cancer Institute,
Bethesda, Md.

RICHARD A. CRASS, M.D.,
is professor of surgery and head of the general surgery division at Oregon Health
Sciences University. Dr. Crass received his surgical training at the University of
California, San Francisco, School of Medicine, and completed a two-year research
fellowship at Beth Israel Hospital and Harvard Medical School, both in Boston.

Address correspondence to Brett C. Sheppard, M.D., Division of General
Surgery, L223A, Oregon Health Sciences University, 3181 S.W. Sam
Jackson Park Rd., Portland, OR 97201-3098. Reprints are not available from
the authors.

## REFERENCES

1. Rutkow IM, Robbins AW. Demographic, classificatory, and socioeconomic aspects of hernia repair in the United States. Surg Clin North Am 1993;73:413-26.

2. Condon RE. The anatomy of the inguinal region and its relation to groin hernia. In: Nyhus LM, Condon RE, eds. Hernia. 3d ed. Philadelphia: Lippincott, 1989:18-64.

3. Schumpelick V, Treutner KH, Arlt G. Inguinal hernia repair in adults. Lancet 1994;344:375-9.

4. Nyhus LM, Klein MS, Rogers FB. Inguinal hernia. Curr Probl Surg 1991;28:401-50.

5. Amid PK, Shulman AG, Lichtenstein IL. A critical evaluation of the Lichtenstein tension-free hernioplasty. Int Surg 1994;79:76-9.

6. Rutkow IM, Robbins AW. Mesh plug hernia repair: a follow-up report. Surgery 1995;117:597-8.

7. Payne JH Jr, Grininger LM, Izawa MT, Podoll EF, Lindahl PJ, Balfour J. Laparoscopic or open inguinal herniorrhaphy? A randomized prospective trial. Arch Surg 1994;129:973-9.

8. Tinckler L. Inguinal hernia repair using local anaesthesia. Ann R Coll Surg Engl 1985;67:268.

9. Ponka JL. Seven steps to local anesthesia for inguino-femoral hernia repair. Surg Gyn Obstet 1963; 117:115-20.

10. Rutledge RH. The Cooper ligament repair. Surg Clin North Am 1993;73:471-85.

11. Welsh DR, Alexander MA. The Shouldice repair. Surg Clin North Am 1993;73:451-69.

12. Rutkow IM, Robbins AW. Mesh plug hernia repair: a follow-up report. Surgery 1995;117:597-8.

13. Nyhus LM. Iliopubic tract repair of inguinal and femoral hernia. The posterior (preperitoneal) approach. Surg Clin North Am 1993;73:487-99.

14. Felix EL, Michas CA, Gonzalez MH Jr. Laparoscopic hernioplasty. TAPP vs TEP. Surg Endosc 1995; 9:984-9.

15. Panos RG, Beck DE, Maresh JE, Harford FJ. Preliminary results of a prospective randomized study of Cooper's ligament versus Shouldice herniorrhaphy technique. Surg Gynecol Obstet 1992;175:315-9.

16. Paul A, Troidl H, Williams JI, Rixen D, Langen R. Randomized trial of modified Bassini versus Shouldice inguinal hernia repair. The Cologne Hernia Study Group. Br J Surg 1994;81:1531-4.

17. Tran VK, Putz T, Rohde H. A randomized controlled trial for inguinal hernia repair to compare the Shouldice and the Bassini-Kirschner operation. Int Surg 1992;77:235-7.

18. Ferzli GS, Massaad A, Dysarz FA 3d, Kopatsis A. A study of 101 patients treated with extraperitoneal endoscopic laparoscopic herniorrhaphy. Am Surg 1993;59:707-8.

19. Condon RE, Nyhus LM. Complications of groin hernia. In: Nyhus LM, Condon RE, eds. Hernia. 3d ed. Philadelphia: Lippincott, 1989:253-65.

20. Starling JR, Harms BA. Diagnosis and treatment of genitofemoral and ilioinguinal neuralgia. World J Surg 1989;13:586-91.

21. Ijzermans JN, de Wilt H, Hop WC, Jeekel H. Recurrent inguinal hernia treated by classical hernioplasty. Arch Surg 1991;126:1097-100.

22. Lichtenstein IL, Shulman AG, Amid PK. The cause, prevention, and treatment of recurrent groin hernia. Surg Clin North Am 1993;73:529-44.

23. Lowham AS, Filipi CJ, Fitzgibbons RJ Jr, Stoppa R, Wantz GE, Felix EL, et al. Mechanisms of hernia recurrence after preperitoneal mesh repair. Traditional and laparoscopic. Ann Surg 1997;225:422-31.

24. Rutkow IM. The recurrence rate in hernia surgery. How important is it? Arch Surg 1995;130:575-6.

25. Fitzgibbons RJ Jr, Camps J, Cornet DA, Nguyen NX, Litke BS, Annibali R, et al. Laparoscopic inguinal herniorrhaphy. Results of a multicenter trial. Ann Surg 1995;221:1-13.

26. Liem MS, van Graaf Y, van Steensel CJ, Boelhouwer RU, Clevers GJ, Meijer WS, et al. Comparison of conventional anterior surgery and laparoscopic surgery for inguinal-hernia repair. N Engl J Med 1997;336:1541-7.

27. Salcedo-Wasicek MC, Thirlby RC. Postoperative course after inguinal herniorrhaphy. A case-controlled comparison of patients receiving workers' compensation vs patients with commercial insurance. Arch Surg 1995;130:29-32.

Copyright © 1999 by the American Academy of Family Physicians.
This content is owned by the AAFP. A person viewing it online may make one printout of the material and may use that printout only for his or her personal, non-commercial reference. This material may not otherwise be downloaded, copied, printed, stored, transmitted or reproduced in any medium, whether now known or later invented, except as authorized in writing by the AAFP.

January 1, 1999 Contents | Subscribe | Search | AFP Home Page