IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS # 160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | CASE NO. 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, INC.,   ) | |
| *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

# **O R D E R**

This cause is before the Court on Petitioner's "Renewed – Application for a Temporary Restraining Order/Request an Immediate Hearing at the Earliest Possible Time and Supplemental Application for Preliminary Injunction" (Doc. # 81), filed on June 19, 2007. Upon consideration of Plaintiff's motion, it is hereby ORDERED that

1. To the extent that the motion seeks a temporary restraining order, that portion of the motion is DENIED pursuant to Federal Rule of Civil Procedure 65(b).

2. All remaining matters are referred to the Magistrate Judge.

DONE this the 10th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE