IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 26, 2007 the correctional defendants shall (i) show cause why they have failed to file a written report in compliance with the directives of the orders entered on May 14, 2007 (Court Doc. No. 58) and June 4, 2007 (Court Doc. No. 70), and (ii) file a written report in accordance with the requirements of the aforementioned orders.

Done this 16th day of July, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE