IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ADOC DEFENDANT'S RESPONSE TO
## ORDER TO SHOW CAUSE

Comes now the Alabama Department of Corrections (hereafter referred to as ADOC) Defendants, by and through the undersigned counsel, and responses to this Court Order to Show Cause as follows:

1. That this Court Orders, Document #58, and Document #70 were retrieved from the electronic docket and placed in the case file without being placed in counsel's in-box and/or calendared as required by the policy and procedure of the ADOC Legal Division. Counsel for the Defendants was unaware of these orders.

2. That the supplemental complaint ( Document # 71) naming George Lyrene as a Defendant was served by certified mail to Dr. George Lyrene, % Prison Health Services (PHS), Attn: Kim Jay, 105 Westpark Drive, Suite 200, Brentwood, TN 37027. ( Document # 76). Defendant Lyrene is an hourly contract employee of ADOC and is not associated with PHS. Counsel for the ADOC Defendants does not believe that PHS had authority to accept service for Dr. George Lyrene. Even if Defendant Lyrene' service of process was

served on ADOC, ADOC has no authority to accept service for contract employees unless expressly given permission to do so. At this time, ADOC has no permission to accept service for Dr. George Lyrene.

3. The ADOC Defendants, with the exception of Dr. Lyrene, would respectfully request leave to file their special report as to the original and supplemental complaints out of time.

Respectfully submitted this 17th day of July, 2007.

                          Kim T. Thomas
                          General Counsel
                          Deputy Attorney General

                          /s/Albert S. Butler (BUT016)
                          Albert S. Butler (BUT016)
                          Assistant General Counsel
                          Assistant Attorney General

**ADDRESS OF COUNSEL**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

## Certificate of Service

I do hereby certify that on the 17th of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General