IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the response filed by correctional defendants Kinard, Naglich and Allen on July 17, 2007 (Court Doc. No. 88), and for good cause, it is

ORDERED that on or before July 27, 2007 counsel for the aforementioned defendants shall provide the court with a correct address for Dr. George Lyrene, Medical Director for the Alabama Department of Corrections.

Done this 17th day of July, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE