IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the response filed by correctional defendants Kinard, Naglich and Allen on July 17, 2007 (Court Doc. No. 88), which the court construes to contain a motion for extension of time to file a written report and answer, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned defendants be GRANTED an extension to and including August 6, 2007 to file a written report and answer

Done this 17th day of July, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE