IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Clerk is hereby DIRECTED to serve a copy of the complaint, supplemental complaint (Court Doc. No. 71), order of procedure entered on June 4, 2007 (Court Doc. No. 70) and this order on Dr. George Lyrene, 832 Scenic Drive, Cullman, Alabama 35055. Accordingly, it is

ORDERED that Dr. George Lyrene shall file a written report and answer within thirty (30) days of service of this order. This report shall comply with the directives contained in the aforementioned order of procedure.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Dr. George Lyrene this individual will not be considered a party to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 20th day of July, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE