IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,      )
                                )
        Plaintiff,              )
                                )
    v.                          )       CASE NO. 2:06-CV-1133-MEF
                                )
PRISON HEALTH SERVICES, et al., )
                                )
        Defendants.             )

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on July 20, 2007 (Court Doc. No. 95), which the court construes to contain a motion for court order requiring that the defendants respond to various requests for discovery and a motion for leave to conduct discovery, and for good cause, it is

ORDERED that:

1. The motion for court order be and is hereby DENIED.

2. The motion for leave to conduct discovery be and is hereby DENIED as the plaintiff seeks documents and information which are (i) cumulative or duplicative in nature to documents and information previously provided by the defendants, and/or (ii) irrelevant to a determination of the constitutional issues pending before this court.

Done this 23rd day of July, 2007.

                    /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE