| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dianna Lyrene_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Dianne Lyrene    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Dr. George Lyrene<br>832 Scenic Drive<br>Cullman, Alabama 35055<br><br>06CV1133 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7006 2760 0005 4873 2052 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540