*IN THE DISTRICT COURT OF THE UNITED STATES*
*FOR THE MIDDLE DISTRICT OF ALABAMA*
*NORTHERN DIVISION*

---

MARCELLUS BREACH, # 160710                    *

      Plaintiff,                                    *

Vs.                                           *         Case No: <u>2:06-cv-1133MEF</u>

PRISON HEALTH SERVICES, INC.,                 *
Et al.,
      Defendants.                                *

*MOTION IN REQUEST COURT AMEND ITS ITINAL ORDER and/or ISSUE AN ORDER DIRECTING GENERAL COUNSEL, ADOC DEFENDANTS STRICK COMPLIANCE WITH RULE 5(a) FED.R.CIV.P.*

**COMES NOW**, Plaintiff <u>*Marcellus Breach*</u> (hereinafter "Breach") request that this court <u>immediately</u> "Amend" its initial order dated <u>*May 14, 2007*</u> and/or in the alternative issue an Order upon General Counsel for the Alabama Department of Corrections with a "**Strong Warning**" of compliance with all requirements pursuant to <u>*Rule 5(a)*</u> Fed.R.Civ.P., and, also to serve upon Breach a true copy of their filings as of <u>July 17, 2007</u> to the court: Breach request that this court interpose and enforce procedural due process against the defendants underhanded tactical attempts to file pleading with the court, without serving Breach a true copy of what the pleadings are? Breach will show unto the court that an Order is necessary as follows:

1

**Breach states that the foregoing is true and correction under the penalty of perjury 28 U.S. C. 1746 as follows:**

1)    On _July 17, 2007_ this court issue an order granting the correctional defendants Kinard, Naglich and Allen an extension of time to _August 6, 2007_ to file a written report and answer.

2)    On or about _July 18, 2007_ Breach received only this courts orders entered through U.S. Mail being legal mail at Limestone C.F.   However, Breach takes notice that the pleadings filed by the correctional defendants is Court Doc. No. 88.  Nevertheless, Breach **does not know** what correctional defendants filed, because counsel for the defendants "**DID NOT**" serve Breach with a true copy of their pleadings as required by _Rule 5(a)_ Fed.R.Civ.P, as of _July 22, 2007._ [1]

3)    If it may please the court.  This court issued an order on _May 14, 2007_ as its initial **ORDER**: Heading No. 8 Section (a) page # 4 "**NOTICE TO PLAINTIFF**" this court specifically gave its order upon Breach stating:

> _(a)    "The Federal Rules of Civil Procedures require that the plaintiff mail to counsel for the defendants or, if no attorney has appeared on behalf of the defendants, the defendants, a true copy of **anything** which he sends to the court. Failure to do so may result in dismissal of this case or other penalties.  Anything filed should contain a certificate of service, which specifically states that the_

---

[1] Breach argues that it appears General Counsel for ADOC, filed electronically a unknown document, but, it has been well since July 17, 2007 some 5 days, Breach has not received whatever document they filed denies fundamental fairness.

2

*pleading has been sent to counsel for the defendants. If the pleading does not contain a certificate of service, it will not be accepted for filing."* [2]

4)    Breach would show he will and does comply with any order from the court. However, Breach complains that attorneys are "Officers" of the court. Any document, pleadings filed, and signed by the attorney represent his office of the court. This court specifically warned Breach that his case could be <u>dismissed or other penalties</u> if Breach does not comply. <u>What about counsel for the correctional defendants?</u> Breach request that this court order General Counsel for the ADOC to comply and **serve Breach with a true copy of anything which he sends to the court.**

5)    "Procedural due process, as guaranteed by the Fourteenth Amendment to the United States Constitution and Article I, § 6, of the Alabama Constitution of 1901, broadly speaking, contemplates the rudimentary requirements of fair play, which include a fair and open hearing before a legally constituted court or other authority, with notice and the opportunity to present evidence and argument, representation by counsel, if desired, and information as to the claims of the opposing party, with reasonable opportunity to controvert them ...."' *Ex parte Johnson,* 806 So.2d @ 1196 (Ala. 2001)

6)    Although this court made its rulings on the "<u>unknown</u>" pleading(s) from the correctional defendants – 'a party's right to procedural due process is nonetheless violated

---

[2]  If Breach was to even attempt to file any document underhand without service upon any defendant. Counsel would scream, and the court could impose serious penalties upon Breach. It is not fair, that a lawyer for ADOC can get away with this unprofessional conduct.

if he is denied his day in court because the defendants refuse, and attempt to use underhand tactics to "blind" Breach of their filings in the prosecution of this case.

## *RELIEF REQUESTED*

*WHEREFORE,* Breach request the following relief:

(a)    That this court issue an Order upon the correctional defendants to produce the **Legal Mail Log** from Limestone C.F., from dates *July* through *July 22, 2007* or any date that this court deems fit for purpose of evidentiary materials that will support Breach is veracious and as evidence that the correctional defendants <u>are not</u> complying with the *Rule 5(a)* Fed.R.Civ.P.; and,

(b)    That the court issue an Order requiring the correctional defendants to serve upon Breach anything that they file with the court; and,

(c)    That if the defendants, and when, the defendants again file a pleading with the court without service upon Breach, that the court: 1) Strike the pleading as a whole; and, 2)    Issue Sanctions upon General Counsel; and, 3)  Impose others penalties as the court deems necessary; and, 4) Deny General Counsel for ADOC defendants any future enlargements of time in any matter; and,

(d)    Breach request that the court, review **Court Doc. No. 88** and ascertain whether the defendants placed a "**Certificate of Service**" signed by counsel, and upon review of the "*Legal Mail Log*" determine the truth and veracity.

4

**WHEREFORE**, *premises considered*, because the defendants file their pleadings via-electronic transmission, Breach is requesting enforcement of the rudimentary requirements of <u>fair play</u>, which include a fair and open hearing before a legally constituted court or other authority, with notice and the opportunity to present evidence and argument, representation by counsel, if desired, and information as to the claims of the opposing party, with reasonable opportunity to controvert them and that this court protect fundamental fairness.     *I swear that the foregoing is true and correct under the penalty of perjury 28 U.S. C. 1746.*

Respectfully Submitted, this 22 day July 2007

Marcellus Breach 160710
LCF 28779 Nick Davis Rd.
Harvest, Alabama 35749

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served the following:

Ala.Doc. Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone Garrett
P.O. Box 270
Montgomery, Alabama 36101

By placing same into a sealed envelope properly addressed postage prepaid and placing into the prison Mail Box for proper mailing First Class U.S. Mail on this 23 Day of July 2007, under the <u>penalty of perjury 28 U.S.C. 1746.</u>

Marcellus Breach Pro Se

MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

LEGAL MAIL
CORRESPONDENCE

This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

36101X0711

CLERK OF COURT
UNITED STATES DISRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101

HUNTSVILLE / HVS
AL 358 2 T
23 JUL 2007
PM