IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend initial or and/or issue order directing General Counsel for the Alabama Department of Corrections to act in compliance with Rule 5(a), *Federal Rules of Civil Procedure*, and as counsel attached a certificate of service to the response filed with this court on July 17, 2007 (Court Doc. No. 88) certifying that a copy of this document had been mailed to plaintiff at his current place of incarceration, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that on or before August 9, 2007 the defendants shall provide the plaintiff with a copy of their response filed on July 17, 2007 (Court Doc. No. 88).

Done this 25th day of July, 2007.

                                                /s/ Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE