IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion in request for opportunity to renew discovery request and/or motion for court to undertake review to determine necessity of additional discovery filed by the plaintiff on July 26, 2007 (Court Doc. No. 104), and due to the speculative nature of this motion, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that:

1. No motions addressing discovery be filed by the plaintiff prior to submission of all special reports.

2. Within ten (10) days after the filing of the last requisite special report, the plaintiff *may seek leave of court* to file discovery requests. The plaintiff is *cautioned* that requests for discovery which (i) address privileged matters, (ii) are cumulative or duplicative in nature to information previously provided to the court, (iii) seek information

irrelevant to a determination of the issues before this court, and/or (iv) are overly burdensome will not be allowed by this court.

    Done this 26th day of July, 2007.


                                /s/ Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE