IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the response filed by the plaintiff on July 26, 2007 (Court Doc. No. 103), and for good cause, the Clerk is hereby DIRECTED to serve a copy of the complaint, supplemental complaint (Court Doc. No. 71), order of procedure entered on June 4, 2007 (Court Doc. No. 70) and this order on Dr. George Lyrene, c/o the Cullman County Jail, 1900 Beach Ave. S.E., Cullman, Alabama 35055. Accordingly, it is

ORDERED that Dr. George Lyrene shall file a written report and answer within thirty (30) days of service of this order or the order of July 20, 2007 (Court Doc. No. 92), whichever service occurs first. This report shall comply with the directives contained in the aforementioned order of procedure.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Dr. George Lyrene this

individual will not be considered a party to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 26th day of July, 2007.

 /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE