## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, # 160710 | * | |
| Plaintiff, | * | |
| | * | |
| Vs. | * | Case No: 2:06-cv-1133MEF |
| | * | |
| PRISON HEALTH SERVICES, INC., | * | |
| Et al., | | |
| Defendants. | * | |

RECEIVED

2007 JUL 30  A 10: 03

_____ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR LEAVE FOR COURT ORDER ALLOWING PLAINTIFF
## TO CONDUCT INTERVIEWS UPON ALL WITNESSES

**COMES NOW**, the Plaintiff Marcellus Breach (hereinafter "Breach") in proper person "Pro Se" request that this Court issue an order upon PHS medical providers, and Defendants allowing Breach to conduct an initial investigation of the facts of this case: Breach shows bona fide as follows:

1)      [1]On _May 14 2007_, this Court issued its initial Order with clear instructions pertaining to this case and how this court will preside over the matter. The Court stated on page # 2 ¶ 4 of its initial Order: **"Authorization is hereby granted to interview all witnesses, including the plaintiff."**

---

[1] Normally, if Breach were not incarcerated, he would not need leave of court to interview witness and to gather information pertaining to this case. However, defendants are not going to believe Breach because he is a prisoner. A Court order is necessary.

1

2)    "*Exhibit A*" will reflect Breach's attempt to conduct an investigation with witnesses in this case i.e., *Dr. Hobbs, M.D.,* and *Nurse Administrator Ms. Hunt* at Limestone Correctional Facility on *June 4, 2007*.  However, Breach cannot force witnesses to cooperate with him, nor can Breach impose upon the witnesses' daily scheduled as medical personnel.  However, Breach placed his request to the nursing staff at Limestone C.F., and did not receive any response.

3)    [2]"*Exhibit B*" will reflect that on *June 29, 2007* Breach again attempted to make contact with witnesses filed a "Prison Health Services Inmate Informal Grievance".  However, no response was received.  Breach has requested to interview Dr. Hobbs, M.D., and has made every reasonable attempt to conduct an appropriate interview.

4)    Breach's request pursuant to this Court's Order of *May 14, 2007* to interview witnesses has not been successful.

5)    Breach request that upon interviewing witnesses, that Breach also be allowed:

    a.    Review and copy relevant records, reports, regulations, policy or directives; and,

    b.    Obtain copies of relevant tangible materials pursuant to the *Freedom of Information Act, 5 USCS § 552* and the *Alabama Open Records Act* § 36-12-40, Ala.Code 1975.  The Public Records Act provides that "every citizen has a right to inspect and take a copy of any public writing of this state, except as otherwise expressly provided by statute." (Emphasis added)  The term "public writing" is not defined in the Alabama Code.  The term "public records" shall

---

[2] Breach must in his effort to interview witnesses go through the proper channels through PHS medical providers, and Breach has to no relief nor cooperation.

> include all written, typed or printed books, papers, letters, documents, and maps made or received in pursuance of law by the public officers of the state, counties, municipalities and other subdivision of government in the transaction of public business...."

6)    Breach request that this Court issue an Order upon counsel for the medical

providers stating:

    a.    Set up an appropriate time, date convenient that Breach may conduct an interview upon <u>Dr. William Hobbs, M.D.</u>, and <u>Nurse Administrator Ms. Hunt</u> who are employed with PHS at Limestone C.F., and,

    b.    That Breach be permitted to interview, and review, inspect relevant materials under the Freedom of Information Act, and the Open Records Act that are within the witnesses possession and control that are not privileged.

    c.    That counsel provide and the Court order that Breach be allowed to have the interview recorded, by means of "<u>tape recorder</u>" and that the tape be secured, and Breach be allowed to have this recorded interview sent or delivered to other persons for safe keeping and for the transcribing by a Stenographer if desired by Breach.

    d.    That the court grant and/or modify relief deem appropriate in this matter and that the interview be conducted to 45- 90 minutes, and continuing if necessary to another scheduled date.

7)    Breach request that no retaliatory transfer be allowed due to Breach's litigation. [3]

    *WHEREFORE, premises considered*, Breach prays that this Court grant said request.

---

[3] ADOC is known to transfer Breach, knowing that he has a medical condition that is worsening, and Breach has been through several transfers already due to his litigation. The medical providers here at LCF have a sufficient medical program to treat Breach's physical injury. Breach will ask for a TRO if Defendants move him based upon his attempt to interview witnesses, and Breach is closer to his witnesses in North Alabama.

Done so this 25 day of July 2007.

Respectfully Submitted,

Marcellus Breach #160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Al 35749-7009

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I have served the following:

| | |
|---|---|
| Ala. Doc. Legal Division | Rushton, Stakely, Johnstone, Garrett, |
| P.O. Box 301501 | P.O. Box 270 |
| Montgomery, Alabama 36130 | Montgomery, Alabama 36101 |

By placing same into a sealed envelope properly addressed postage prepaid and placing into the prison Mail Box for proper mailing First Class U.S. Mail on this <u>25 Day</u> of <u>July 2007</u>, under the penalty of perjury 28 U.S.C. 1746 that is treating as an Affidavit by the Court. **Dickerson v. Wainwright**, 626 F.2d 1184, 1186 (5th Cir. 1980) **Murrell v. Bennett**, 615 F.2d 306, 310 n.5 (5th Cir. 1980).

Marcellus Breach

4

MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

LEGAL MAIL
CORRESPONDENCE

HUNTSVILLE / HVS
AL 358 2 T
26 JUL 2007  PM

361014 0711

CLERK OF COURT
UNITED STATES DISRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101

*Please, i...* 2:06-CV-1155 MLF



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Marcellus Breach*       Date of Request: *6-4-07*
ID # *160710*       Date of Birth: _____ Location: *D-195*
Nature of problem or request: *On 5-14-07 Magistrate Judge Terry Moorer*
"*Authorized to interview All witness*" *I am*
*Requesting to interview Dr. Hobbs, M.D. and Review*
*Relevant material, Records, policy & treatment. Hemp*

*Marcellus Breach*
                                                *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date:                      │
│  Time:                      │
│  Receiving Nurse Intials ___│
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                        CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
             Was MD/PA on call notified:   Yes ( )    No ( )

_____

                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT   "*EXHIBIT A*"
GLF-1002   (1/4)

Exhibit B.

**Prison Health Services**
**Inmate Informal Grievance**

MARCELLUS BREACH    160510          D-19        6-29-07
NAME                 AIS #           UNIT         DATE

---

PART A---Inmate Complainant  On 6-4-07 put in Request to
interview DR. Hobbs, M.D. Reference 2:06-CV-1133
The Magistrate approved that I CAN
interview ALL witness. I haven't heard
Anything. I Ask you to please cooperate with
me. Request to Review Policy. Hernia Treatment).

INMATE SIGNATURE

PART B –RESPONSE                     DATE RECEIVED_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

MEDICAL STAFF SIGNATURE

DATE

If resolution has not occurred and you wish to file a formal grievance you may request a
grievance form from the Health Services Administrator.  Return the completed grievance
form to the Health Service Administrator.

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X   Other | | ☐ | ☐ |

I hereby certify that I placed same into Sick-call box At
Dorm A (HCU) on 6-29-07.

11/03 - Alabama

(PC)

MB