IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, # 160710         *

    Plaintiff,                              *

                                              *

Vs.                                 *   Case No: 2:06-cv-1133MEF

                                              *

PRISON HEALTH SERVICES, INC.,       *
Et al.,
    Defendants.                            *

## MOTION IN REQUEST TO WITHDRAW PLAINTIFF'S WRITTEN OBJECTIONS RULE 72(a) MOTION

**COMES NOW**, the Plaintiff Marcellus Breach (hereinafter "Breach") moves the Court to withdraw his *Rule 72(a)* Fed.R.Civ.P., entitled: **"Written Objections and/or Motion for Review By The District Court...."** filed on or about the *July 25, 2007* for good cause:[1]

1) Plaintiff request to withdraw his written objections pertaining to a Discovery matter in this case -- the Magistrate Judge entered an order on July 26 2007, which renders this issue as "moot".

---

[1] The Caption of the motion requested to be withdrawn is: "Written Objections and/or Motion For Review By The District Court Pursuant to 28 U.S.C. § 636(B) Of The Magistrate Judge's Denial Of Plaintiff's Discovery Request."

1

2) The Magistrate Judge has entered an Order as of *July 26 2007,* addressing plaintiff's complaints and objections and plaintiff's objections are ":moot" at this time. [2]

**WHEREFORE,** *premises considered,* Breach humbly moves the Court to withdraw his objections.

Done so this 28th Day of July 2007.

Respectfully Submitted,

Marcellus Breach  #160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Al 35749-7009

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served the following:

Ala. Doc. Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone, Garrett,
P.O. Box 270
Montgomery, Alabama 36101

By placing same into a sealed envelope properly addressed postage prepaid and placing into the prison Mail Box for proper mailing First Class U.S. Mail on this 28th Day of July 2007,

Marcellus Breach

---

[2] Plaintiff by rule of law only had 10-days to file an objection under *Rule 72(a)* Fed.R.Civ.P., and 28 U.S.C. § 636(b)(1)(a)(2004)

2

MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

LEGAL MAIL
CORRESPONDENCE

36101+0711

CLERK OF COURT
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101



HUNTSVILLE AL 358
30 JUL 2007 PM
USA FIRSTCLASS FOREVER