IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al.,   ) | |
| ) | |
| Defendants.   ) | |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw objection filed by the plaintiff on August 1, 2007 (Court Doc. No. 112), in which the plaintiff requests that the Written Objections and/or Motion for Review by the District Court of the Magistrate Judge's Denial of Plaintiff's Discovery Request (Court Doc. No. 110) be withdrawn, and for good cause, it is

ORDERED that the motion to withdraw be and is hereby GRANTED. It is further

ORDERED that the objection filed by the plaintiff on July 30, 2007 (Court Doc. No. 110) be stricken from the docket in this case.

Done this 1st day of August, 2007.

                                                 /s/ Terry F. Moorer
                                                 TERRY F. MOORER
                                                 UNITED STATES MAGISTRATE JUDGE