**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARCELLUS BREACH, AIS #160710** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **2:06-cv-1133-MEF** |
| | ) | |
| **PRISON HEALTH SERVICES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ADOC DEFENDANTS' ANSWER

Come now the Alabama Department of Corrections (hereinafter referred to as ADOC) Defendants, Naglich, Kinard, and Lyrene, by and through the undersigned counsel, and submit this answer as follows:

The ADOC Defendants deny each and every allegation contained in the complaint, amended complaints, and supplemental complaints, and demand the strict proof thereof.

The ADOC Defendants deny that they have been 'deliberately indifferent' to the medical needs of Plaintiff and demand the strict proof thereof.

## DEFENSES

The ADOC Defendants adopt and incorporate herein the defenses enumerated in their special report as if fully set out herein.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler(BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney