IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § § <br> Plaintiff, § § <br> vs. § <br> § <br> PRISON HEALTH SERVICES, INC.; § <br> et al.; § § <br> Defendants. § | CIVIL ACTION NO. 2:06cv1133-MEF |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes (collectively "PHS"), by and through counsel, and in response to Plaintiff's Renewed Motion for Preliminary Injunction and in response to this Court's Order, do hereby request a brief extension to respond to Plaintiff's Renewed Motion for Preliminary Injunction. As grounds for this Motion for Extension, the Defendants state the following:

1.  A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2.  The Defendants respectfully request an extension of two (2) weeks up to and including Monday, August 20, 2007, to file their responsive pleading.

WHEREFORE, all premises considered, the Defendants respectfully request that a 2-week extension until Monday, August 20, 2007, be granted in order to file the necessary response to Plaintiff's Renewed Motion for Preliminary Injunction.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 262-6277 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served by placing a copy thereof in the United States Mail, postage prepaid and properly addressed as follows:

Mr. Marcellus Breach (#160710)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

on this the 6th day of August, 2007.

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL