IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al.,  ) | |
| ) | |
| Defendants.  ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical defendants on August 6, 2007 (Court Doc. No. 116), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the medical defendants be GRANTED an extension from August 6, 2007 to and including August 20, 2007 to file a response to the plaintiff's renewed motion for preliminary injunction.

Done this 7th day of August, 2007.

                                        /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE