IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| Plaintiff, | ) | |
| Vs. | ) | CASE No. 2:06-cv-1133MEF |
| PRISON HEALTH SERVICES, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

### REQUEST FOR LEAVE TO FILE AN ADDENDUM TO PLAINTIFF'S RENEWED APPLICATION FOR A PRELIMINARY INJUNCTION

**COMES** now Marcellus Breach (hereinafter "Breach") in proper person "pro se" moves the Court for leave to file this "Addendum" to his "Application For Preliminary Injunction" pursuant top Rule 65, *Fed.R.Civ.P.* for extraordinary good cause and justice requires so: Breach will show as follows:

1. On or about April 28, 2007 Breach submitted another sick call request complaining about "Burning Pain" due to his hernia. On April 30, 2007, Breach was seen by Dr. Hobbs, M.D. Records show Dr. Hobbs listed Breach with "Large Inguinal Hernia" issued Ibuprofen.

2. **Exhibit "A"** 5/22/07 Breach submitted a Prison Health Care "sick call" request complaining about his hernia as follows:

*"This morning I experienced unusual pain with my hernia. It's hard to describe, but, I was having problem walking. I kept pressure on it but every time I coughed it hurt. Ibuprofen—no good for the pain."*

**Exhibit "B"** (6/15/07) Breach submitted sick call request slip complaining about pain due to his hernia. ---No response.

**Exhibit "C"** (6/30/07) Breach submitted another sick call complaining about pain, problems coughing, sneezy due to his hernia. –No response.

**Exhibit "D"** (7/3/07) Another sick call concerning pain --- due to hernia. –No response.

**Exhibit "E"** (7/14/07) Breach submitted an "Inmate Grievance Appeal—and sick call questioning why no medical attention. –No response.

**Exhibit "F"** (8/1/07) Breach filed another grievance and sick call. –No response.

The facts and grounds supported in this addendum and legal argument and memorandum of law are in conjunction with Breach's argument and the four requisite requirements for injunctive relief being; (1) a substantive likelihood of success on the merits; (2) a substantial threat of irreparable injury if the injunction is not issued; (3) the injury to plaintiff outweighs the injury t the defendants that may be caused by the injunction, and (4) the injunction is not contrary to the public interest. <u>Church v City of Hunsville,</u> 30 F.3d 1332 (11th Cir.1994).

## STATEMENT OF THE ADDENDUMED FACTS

Ever since July 23, 2007 Dr. William Hobbs was added as a defendant to this action. Breach is being denied "completely" any medical care or attention whatsoever.

Breach questions what it will take despite this lawsuit for him to receive proper medical care. It appears that PHS is directly retaliating by means of refusing to see Brach for any reason.

Breach will gladly demonstrate upon an evidentiary hearing that when it comes to complaints about hernias, not only Breach, but several other inmates are being denied being seen by a doctor (Dr. Hobbs).

The defendants and their agents will not even review or screen Breach's sick call complaints and Breach is enduring needless suffering amounting to cruel and unusual punishment shocking the conscious because the inadequate medical care has now become a compete and total refusal to administer any care to a human being who is imprisoned and unable to seek care anywhere else.

Once incarcerated, "the unnecessary and wanton infliction of pain . . . constitutes cruel and unusual punishment forbidden by the Eighth Amendment." *Whitley v. Albers*, 475 U.S. 312, 319 (1986). To establish that Dr. Hobbs was deliberately indifferent to serious medical needs, Breach has to show (1) "an objectively serious medical need . . . that, if left unattended, poses a substantial risk of serious harm," and (2) the response by Dr. Hobbs to the serious medical needs "was poor enough to constitute an unnecessary and wanton infliction of pain, and not merely accidental inadequacy, negligence in diagnosis or treatment, or even medical malpractice actionable under state law." *Taylor v. Adams*, 221 F.3d 1254, 1258 (11th Cir. 2000) (internal quotation marks and citations

omitted). An inmate's mere disagreement with the course of medical treatment does not amount to deliberate indifference. See *Hamm v. DeKalb County*, 774 F.2d 1567, 1575 (11th Cir. 1985) . The Defendants here, in retaliation are entering a new phase of unconstitutionality by completely refusing medical treatment.

## INJUNCTIVE RELIEF IS APPROPRIATE

Preventing irreparable harm in the future is "the sine qua non of injunctive relief." *Ne. Fla. Chapter of Ass'n of Gen. Contractors of Amer. v. City of Jacksonville*, 896 F.2d 1283, 1285 (11th Cir. 1990) (quoting *Frejlach v. Butler*, 573 F.2d 1026, 1027 (8th Cir. 1978)). Because injunctions regulate future conduct, a party has standing to seek injunctive relief only if the party alleges . . . a real and immediate - as opposed to a merely conjectural or hypothetical - threat of *future* injury." *Shotz v. Cates*, 256 F.3d 1077, 1081 (11th Cir. 2001) (quoting *Wooden v. Bd. of Regents of Univ. Sys. of Ga.*, 247 F.3d 1262, 1284 (11th Cir. 2001)) . Here, Hobbs is arbitrarily exercising his professional position to deny Breach any further treatment, and is placing Plaintiff in extreme mental and emotional distress and threat of death because his hernia is worsening and enlarging with time. Additionally, Plaintiff's health will continue to deteriorate because he cannot exercise and enjoy activities for pain and fear of rupture. Plaintiff exists in fear of further retaliation, fear of rupture, strangulation of the hernia causing death, pain and future health. He is imprisoned subject to the wrath of the very person causing harm. This Court is urged to act to protect this helpless Plaintiff.

**WHEREFORE,** *premises considered,* Breach humbly moves the Court to accept the foregoing as an addendum to the previously filed pleadings regarding preliminary injunction.

Done so this 6th day of August 2007.

/s/ Marcellus Breach
Marcellus Breach #160710
Limestone C.F.
28779 Nick Davis Road
Harvest, Alabama 35749-7009

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served the following:

Ala.Doc. Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone, Garrett
P.O. Box 270
Montgomery, Alabama 36101

By placing same into a sealed envelope properly addressed postage prepaid and placing into the prison Mail Box for proper mailing First Class U.S. Mail on this 6th day of August 2007.

/s/ Marcellus Breach
Marcellus Breach

Marcellus Breach 160710

Legal Mail

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd
Harvest, AL 35749

HUNTSVILLE AL
2007 AUG 6

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711




# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Marcellus Breach_     Date of Request: _5-22-07_
ID # _160710_     Date of Birth: _2-28-69_     Location: _Dorm - D_
Nature of problem or request: _This morning I experienced unusual pain with my hernia. It's hard to describe, but I was having problems walking. I kept pressure on it, but everytime I coughed it hurt. Ibuprofen is good for the pain._

_Marcellus Breach_
                                                  Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:**

**(O)bjective  (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_____
                                                SIGNATURE AND TITLE
WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST



Print Name: Marcellus Branch
ID # 161916   Date of Request: 6-15-07
Date of Birth: 7/28/69   Location: D-19
Nature of problem or request: I need to see a doctor. I'm having problems with this hernia, pain!
I will not sign any waivers!

_____ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Initials ____ |

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
       Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)




# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Marcellus Breel
ID # 160710                          Date of Request: 6-30-07
                                     Date of Birth: 7-28-69   Location: D-19
Nature of problem or request: I've filed several sick calls about
PAIN -- no response. This is my 3rd request
about my Hernia. PAIN
Had my sick call by
penalty of perjury asc 1746 6-30-07

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Initials _____

(S)ubjective:


(O)bjective  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____


(A)ssessment:


(P)lan:


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )   No ( )
              Was MD/PA on call notified:      Yes ( )   No ( )

_____
                                                    SIGNATURE AND TITLE
WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



*4th Request* [handwritten, top right]

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Marcellus Breach*    Date of Request: *7-3-07*
ID #: *160710*
Date of Birth: *7-6-69*    Location: *D-15*
Nature of problem or request: *I need to see a doctor about my hernia. Belt no good, Ibuprofen – no good. Problems.*

Signature: [signed]

"Exhibit D" [handwritten, right margin]

---

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Initials _____ |

**(S)ubjective:**

**(O)bjective** (V/S):   T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                             CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002    (1/4)

# Prison Health Services, Inc.

## Inmate Grievance Appeal

Name: Marcellus Breach    AIS #: 160710    Unit: D-9    Date: 2/14/07

**PART A – INMATE Grievance Appeal for the following reason:**

I've put in 4-5 sick calls to see Dr Hobbs about pain due to my hernia. It is getting worse. Now, you won't even answer a sick-call

5 sick call - no answer!

INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B – RESPONSE**   DATE RECEIVED _____

Inmate Signature _____
Date _____

Health Services Department Head _____
Date _____

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I    Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | ☒ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☒ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☒ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☒ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☒ | ☐ |
| Committee Review of Data Collection | | | | | |

11/03 – Alabama
Revised 5/16/05

"Exhibit D"

# Prison Health Services, Inc.

## Inmate Grievance **Appeal**

Exhibit F

NAME: Marcello Bond   AIS #: 160710   UNIT: D-19   DATE: 8-1-M

3 Sick call, 2 Grievance — no Answer

**PART A – INMATE Grievance Appeal for the following reason:**

I'm tired of writing sick calls + grievances. Dr. Hobbs is turning everyone down who has a Hernia. I'm being denied "any" care at all.

INMATE SIGNATURE: [signature]

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B – RESPONSE**   DATE RECEIVED _____

Inmate Signature _____   Health Services Department Head _____
Date _____   Date _____

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

60535-AL

Hand Delivery Sick call