IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file addendum to renewed application for preliminary injunction filed by the plaintiff on August 7, 2007 (Court Doc. No. 118), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the medical and correctional defendants be GRANTED an extension to and including August 27, 2007 to file a response to the plaintiff's renewed motion for preliminary injunction, as amended.

Done this 7th day of August, 2007.

                                                       /s/ Terry F. Moorer
                                               TERRY F. MOORER
                                               UNITED STATES MAGISTRATE JUDGE