IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 16 A 9: 2...

MARCELLUS BREACH, # 160710       *

    Plaintiff,                      *

Vs.                               *   Case No: 2:06-cv-1133 MEF

PRISON HEALTH SERVICES, INC.,    *
Et al.,
    Defendants.                    *

### MOTION IN REQUEST LEAVE TO FILE AN ADDENDUM TO THE ATTACHED EXHIBITS TO THE RENEWED ---APPLICATION FOR PRELIMINARY INJUNCTION

**COMES NOW**, Plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "Pro Se" moves the Court to grant unto him leave to file additional exhibits in support of his Application For A Preliminary Injunction as follows:

1) The attached exhibits will not prejudice the Defendants by the attachments, but because justice calls for the truth, Breach moves the Court to review and add the following exhibits.

2) <u>Exhibit No. 1</u> reflects: "Prison Health Services, Inc.," sick call revealing the <u>April 30, 2007</u> examination conducted by Dr. William Hobbs' and his diagnoses pertaining to Breach's inguinal hernia as *"Large, easy to reduce Direct Inguinal Hernia on left."*

1

3)   *Exhibit No. 1* also reflects Dr. Hobbs issuing Breach another hernia truss and Motrin for pain.[1]

4)   What is so momentous in this case. *Exhibit No. 2* is a true copy of the "**Hernia Support Belt**" issued by Defendants being identified as "**Soft Form, Hernia Support Belt, Model 67-350**". The very Hernia Belt issued by the defendants demonstrates deliberate indifference. The Manuel provides medical warnings, and explains the danger of Breach's hernia because, evidence debunks defendants defense as to 'treatment' because this Court will decipher a clear tendentious warning written by the very medical Orthopedics, who either designed this hernia belt or simply are medical providers. On *page, # 2* Breach moves this Court to take notice to the "**Fitting Instructions**" and the "**Important Information**" given which respectively states:

"**Important Information**"

> "Use this product only under the supervision of your physician and **only for REDUCIBLE hernias** (can be pushed back). A hernia should be inspected daily to ensure it is not becoming infected or developing into a more serious non-reducible hernia. You hernia belt should be removed and the area checked frequently.
>
> A non-reducible hernia can become life threatening if part of the intestine gets trapped or "strangulated" in the opening. This can lead to dangerous complications such as obstruction of the flow of intestinal contents or blood, leading to tissue death and gangrene. The symptoms of intestinal obstruction are nausea, vomiting, loss of appetite, or increase abdominal pain.

---

[1] April 30, 2007 was the last date Breach was seen by Hobbs. Breach has run out of all pain medication and has resigned up for sick call, but will not be seen.

2

<u>A strangulated hernia is an emergency situation that usually requires immediate surgery."</u>[2] (Emphasis in original)

5) Breach moves this Court to review "**What is a Hernia?**" @ ¶ 2 & 3 which states respectively:

### "What is a Hernia?"

@ ¶ 2. "A hernia can be both seen and felt as a lump in the abdomen or groin. A reducible hernia usually disappears when you [sic] ... and can be pushed back into the abdominal cavity. Discomfort is usually experienced, especially when coughing, lifting [heavy] objects, or standing for a long time. A large increase in pain may indicate that the hernia is worsening and a physic[ian][sic]... consulted immediately.'

Limiting activity, eliminating excess weight, and wearing a hernia belt or truss may provide temporary relief. However, **CURE IS SURGERY.**'" [3]

6) Further public information that is available which Breach request the Court to review is: "<u>Hernia Solutions. Com</u>" *Exhibit No. 3* entitled: "***Signs and Symptoms***" states as follows:

"Each hernia is different, and the symptoms of a hernia can appear gradually or suddenly. Different people feel varying degrees of pain. Some people feel nothing except for presence of a lump, while others feel that something has ruptured or given way.

---

[2] A strangulated hernia is what the Defendants want before they would even consider giving Breach surgery is a life or death situation and is unconstitutional, cruel and unusual punishment, and unnecessary wanton infliction of pain. Public information warns the public about this strangulated hernia. Only prison doctors support and subject prisoners to this life or death situation must be stopped by the Court.

[3] See, Dr. Yerubandi, M.D., Affidavits, which corresponds with this information. There is no treatment: the **cure is surgery**.

3

      Other symptoms may include:

        \*    Feelings of weakness, pressure, burning or pain in the abdomen, groin or scrotum.
        \*    A bulge or lump in the abdomen, groin or scrotum that is easier to see when you ... and disappears when you lie down.
        \*    Pain when straining, lifting, or coughing.

      "These symptoms may start out as mild but become progressively worse, causing increase[d] discomfort...."

7)    Breach is supplementing the exhibits attached with his preliminary injunction motion entitled: **"Hernia Surgery, Understanding Hernias and How They're Repaired"**. Breach is submitting a complete copy of the booklets supplied by Dr. Yerubandi, M.D. Breach directs the Court to page # 7 addressing a 'strangulated" hernia, how the defendants want Breach's hernia which states: **"If the intestine is tightly trapped it becomes strangulated. 'The strangulated area loses blood supply and may die. [Gangrene] This can cause severe pain and block the intestine. Emergency surgery is needed to relieve the blockage."'**

                      *BRIEF MEMORANDUM AT LAW/POINTS ON AUTHORITY*

      Preliminary injunction is warranted. There is compelling medical documentations and opinions in front of this Court showing that there is no treatment for a hernia. Surgery is the cure. The Defendants cannot hide behind the mere words <u>"Elective Procedure"</u>. "A reasonable public official would have known that there are circumstances

4

in which the Eighth Amendment requires prison officials to pay for "elective" surgery to repair unincarcerated hernias violates the Eighth Amendment." See, *Jones v. Johnson*, 781 F.2d 769 (9th Cir. 1986); *Johnson v. Clinton*, 765 F.2d 326, 328 (8th Cir. 1985). "The precise fact need not have previously determined, so long as the legal principle is clearly established and a reasonable public official would realize that his conduct violated the rule of law." *Anderson v. Creighton*, 483 U.S. 635, 640, 107 S.Ct. 3034, 3039 92 L.Ed.2d 523 (1987). In this case, plaintiff case does not present any novel legal questions, or unusual facts. Nor is this a case of negligence or malpractice, where prison officials are accused of misdiagnosing Breach's ills. Rather, the accusation here is the Defendants are fully aware of Breach's injury, knew Breach was/is suffering pain and anxiety as a result of the hernia, knew an operation to repair the hernia will/would likely alleviate Breach's symptoms, and knew/know Breach had repeatedly requested such an operation, but nonetheless, 'refused' to provide appropriate medical treatment. Defendants have adopted a de facto policy of not paying for such operations in order to minimize the cost of medical care for prisoners. Constitutional standards are not determined by a board of directors of a third party organization, or by a survey of policies followed in some other state. See, *Delker v. Maass*, 843 F. Supp. 1390 (D.Or. 1994).

The Eight Amendment "duty" to provide medical care is not limited to conditions that are only life-threatening or will cause permanent disability. The "duty" also applies to medial conditions that may result in pain and suffering that which serves no legitimate

5

penological purpose. **Estelle**, 429 U.S. @ 103, 97 S.Ct. @ 290.  In this case, "when prison [officials] ignore without explanation a prisoners serious medical condition that is known or obvious to them, the trier of fact may infer deliberate indifference. *Thomas v. Town of Davie,* 847 F.2d 771, 772-73 (11th Cir. 1988); *Ancata v. Prison Health Services, Inc.,* 769 F.2d 700, 704 (11th Cir. 1985)  "Intentional failure to provide services acknowledged to be necessary is the deliberate indifference proscribed by the Constitution. *Woodall v. Foti,* 648 F.2d 268, 272-73 (5th Cir. 1981) The District Court for the Ninth Circuit in <u>Delker v. Maass,</u> <u>rejected</u> prison officials excuse using 'elective procedure' to escape liability.  The Court held: "<u>I also reject any suggestion that prison officials may avoid their duty to provide medical treatment by the simple expediency of labeling such treatment as "elective".</u>  The classification of surgery as elective does not abrogate the prison's duty, or power, to promptly provide necessary medical treatment." Id. @ 1399.  The Court further stated: "Where surgery is elective, prison officials may properly consider the costs and benefits of treatment in determining whether to authorize that surgery, but the words "elective surgery" are not a talisman insulating prison officials from the reach of the Eighth Amendment.  Each case must be evaluated on its own merits.  In this case, Defendants have simply ignored Breach's complaints of pain—they ignored and simply have held that Breach's hernia is not incarcerated, strangulated or into the scrotum, and refused to provide the only cure to alleviate his symptoms.  Defendants never even considered surgery. No doctor in this case besides Dr. Tassin who does not work for

Prison Health Services, Inc., has recommended surgery, which is questionable because surgery is the only medially known cure. It appears the defendants as doctors only wanted to keep costs down, but at Breach's expense because they have subjected him to gratuitous pain and suffering for almost three years, sent Breach to Louisiana knowing he has a serious medical need, without proper medical care—<u>someone is responsible!</u>

**WHEREFORE, *premises considered*,** Breach moves that the Court review the attached addendumed exhibits in support of his preliminary injunction. Breach request that a hearing be set as soon as practicable.

Done this 14th Day August 2007

*/s/ Marcellus Breach*
**Marcellus Breach 160710**
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY, certify that I have served a true copy of the foregoing upon the following:

Ala. Doc. Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone, Garrett
P.O. Box 270
Montgomery, Alabama 36101

By placing the same into a sealed envelope properly addressed postage prepaid and mailing First Class, U.S. Mail on this /5 Day of August 2007.

*/s/ Marcellus Breach*
Marcellus Breach 160710

7



MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36104-0711

LEGAL MAIL
CORRESPONDENCE

*Same Problem!*

*Exhibit No 1*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Marcellus T. Breach**   Date of Request: **4/26/07**
ID #: **160710**   Date of Birth: **7/28/69**   Location: **D-195**
Nature of problem or request: I'm having burning pain due to my hernia. It is causing my problems coughing, sneezing & bowel movements. On 3-21-06 Dr. Tassin said needs repair, I need surgery aggraviated hernia.

Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

**RECEIVED**
Date:
Time:
Receiving Nurse Initials _____

(S)ubjective:

(O)bjective  (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____

*Lost Truss*

*Exam no ® Direct, Indirect inguinal Hernia*
*no left Indirect or forward Hernia*
*large easy to Reduce directed Inguinal Hernia on left.*

(A)ssessment:

(P)lan:

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN, Truss
                                    CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )   No ( )
    Was MD/PA on call notified:  Yes ( )   No ( )

*Sas oldhas*

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**Features:**
- gentle compression
- weakened muscles and holds hernia in place
- waist band is adjustable to desired compression
- shaped dual compression-formed pads focus
- is for either single or double hernia
- leg straps

**Material Content/Contenido / Composition:**
60% Polyester/Poliéster, 18% Nylon/Nilón, 15% Latex/Látex, 5% Cotton/Algodón/Coton, 2% Spandex

**Latex Warning:** The waistband and leg straps of the Hernia Belt contain small amounts of natural rubber, which may cause skin irritation in those patients who are sensitive to latex.

**Care Instructions:**
Fasten all closures. Hand wash in cool water with mild soap. Pat dry to remove excess water. Air dry away from heat. Wash as needed.

**Características de Producto:**
- compresión suave
- los músculos débiles y mantiene la hernia en
- illas de compresión moldeadas especialmente
- gear el soporte
- illas dobles para hernias unilaterales o
- elástico se ajusta a la presión y talla deseada
- ústables para las piernas

**Precaución de Látex:** El cinturón y los tirantes contienen cantidades pequeñas de goma natural, que podrían ocasionar irritación a personas que tengan piel sensible al látex.

**Instrucciones de Cuidado:**
Abroche los cierres. Lave a mano con agua fría con jabón suave. Pásele la mano para remover el exceso de agua. Seque al aire libre lejos del calor. Lave como se necesita.

**Caractéristiques du Produit:**
- incontention douce
- les muscles faibles et tient l'hernie en place
- que avec deux compresses de maintien
- rées
- embourrage (coussinets), soit pour une simple
- pour une double hernie
- ure élastique est ajustable pour pouvoir obtenir
- rtion désirée
- gles pour les jambes sont ajustables

**Attention au Latex:** La ceinture et les attaches (sangles) pour les jambes contiennent une petite quantité de caoutchouc naturel qui pourrait causer des irritations de la peau aux personnes sensibles ou allergiques au latex.

**Conseils pour le Nettoyage:**
Boucler les sangles de fermeture. Laver à la main, à l'eau froide avec un savon doux. Tapoter la ceinture pour enlever l'excès d'eau. Faire sécher à l'abri de la chaleur.

US Patent 6,422,242B1



Silver Label® Tri-Lingual Line for Medical Professionals.
Made in U.S.A. by FLA Orthopedics®, Miramar, FL 33025
©2002 FLA Orthopedics, Inc., Miramar, FL 33025

B5-0SL673

✚ PROFESSIONAL MEDICAL SUPPORTS ✚

Hernia Support Belt
Cinturón de Soporte para Hernia
Ceinture Herniaire

Soft Form®
Orthopaedic by Design

Silver Label®
Professional Medical Supports

1 of 2

Exhibit no. 2

# Soft Form® Hernia Support Belt
## Model 67-350

**Indications:**
- Reducible Inguinal hernias
- Single or double hernias
- Support weakened abdominal muscles

**Important Information:**
Use this product only under the supervision of your physician and **only for REDUCIBLE hernias** (can be pushed back). A hernia should be inspected daily to ensure it is not becoming infected or developing into a more serious non-reducible hernia. Your hernia belt should be removed and the area checked frequently.

A non-reducible hernia can become life threatening if part of the intestine gets trapped or "strangulated" in the opening. This can lead to dangerous complications such as obstruction of the flow of intestinal contents or blood, leading to tissue death and gangrene. The symptoms of intestinal obstruction are nausea, vomiting, loss of appetite, or increased abdominal pain.

<u>A strangulated hernia is an emergency situation that usually requires immediate surgery.</u>

**Sizing:**
Measure around hips to determine size.

| Size | Inches |
|---|---|
| Small | 30 - 35 |
| Medium | 35 - 41 |
| Large | 41 - 46 |

See back for more care instructions.

## Fitting Instructions

Pad Insert



Back of Ball (Against Body) — Curved Side

The Hernia Belt includes removable left and right flexible foam pads. When inserted correctly, the rounded (curved) side of the pad goes against the body. **If treating a single hernia, remove the unneeded pad from the support.**

1. Unhook the leg straps from the waist strap and undo one side of the waistband. Position the support and pad on the affected area and fasten the waist strap. Adjust both sides of the waist strap evenly. Pull the elastic waistband to desired position.



2. Pass the leg straps through the legs and attach the white loop tabs onto the hook closure on the waist strap. Make leg straps are comfortable and not twisted.



3. Once the support has been fitted and the leg straps adjusted, undo one side of the waist strap and step out of the support like you would trousers with the leg straps sized and securely fastened.



### What is a Hernia?
The term hernia refers to a protrusion of an organ or tissue through an abnormal opening in the body. Most hernias are of part of the intestine slipping through a weakness in the abdominal wall. Hernias develop most commonly around the navel or groin (inguinal hernias) or around previous incisions. Inguinal hernias are most common in men.

A hernia can be both seen and felt as a lump in the abdomen or groin. A reducible hernia usually disappears when you and can be pushed back into the abdominal cavity. Discomfort is usually experienced, especially when coughing, lifting objects, or standing for a long time. A large increase in pain may indicate that the hernia is worsening and a physician should be consulted immediately.

Limiting activity, eliminating excess weight, and wearing a hernia belt or truss may provide temporary relief. However, **CURE IS SURGERY**. For more information consult your physician or there are several internet reference sites. www.herniainfo.com.

*Always consult a physician when experiencing persistent pain, discomfort, inflammation or swelling. This consumer information is not intended for self-diagnosis or treatment.*

Silver Professional Med

Para instrucciones en español, vea adentro de la inserción.
Pour instructions en français, voir endendan l'brochure.

2 of 2








> **HERNIA BASICS**
>   - Hernias and What to do About Them
>   - **How Hernias Develop**
>   - Your Abdomen
>   - Signs and Symptoms
>   - Types of Hernias
>   - Hernias in Women
>   - Hernias in Children
>
> **> TAKING ACTION**
>
> **> HERNIA REPAIR**
>
> **> ABOUT SURGERY**
>
> **> RESOURCES**
>
> **> FIND A SURGEON**
>
> **> FEEDBACK**

Home » How Hernias Develop

## How Hernias Develop

The abdominal wall has natural areas of potential weakness that are present from birth. areas of weakness develop due to a variety of factors, such as surgery, injury, pregnanc aging or strain. Most inguinal hernias that occur in adults result from strain on abdomina muscles that have been weakened by age or congenital factors. Most ventral hernias (al called incisional hernias) occur near the site of previous trauma to the abdomen or an in from a prior surgery. Muscles that heal after an incision can sometimes break down, and hernia can form. Patients who develop ventral hernias may have multiple incisions in the place, and may also be overweight. Very rarely, a ventral hernia may develop without a previous abdominal incision.

You may have heard that hernias are caused by heavy lifting. That's really just a myth. heavy lifting and other strenuous activities can aggravate a hernia, they don't really cau them. The reality is that most hernias are the result of a weakness in a muscle that exis long before a hernia even appears.



These activities and events may aggravate a hernia, or may lead to the discovery of a h

- Lifting
- Twisting, pulling, or muscle strains
- Weight gain
- Chronic constipation
- Chronic cough



When the hernia forms, a "hole" in the abdominal muscle wall develops, allowing the inner lining of the abdomen to push through the weakened area. A loop of intestine or fatty tissue may push against this lining, forming a sac. At this point, you may have no idea you're developing a hernia, although you may feel burning or tingling.

As the loop of your intestine pushes into the sac formed by the weakened abdominal lining, you may develop a bulge visible on the outside. Early on, it may flatten out when you lie because it's still a reducible hernia.

Often, the loop of intestine becomes trapped and you lose the ability to make the bulge out. A painful nonreducible hernia has formed.

Sometimes, hernias can develop on both sides of the abdomen or groin. These are called bilateral hernias.

Print page   Share

By using this site, you agree to our Disclaimer, Legal Notice and Privacy Policy.
This site is best viewed with Internet Explorer 5.0 or higher.
* Trademark
© ETHICON,INC. 2000-2007 - Last updated on: 25 July 2007.
This site is published by ETHICON,INC. which is solely responsible for the content.
It is intended for a US audience.

Site Map | Professional

OPEN SURGERY

# HERNIA SURGERY

Understanding Hernias and
How They're Repaired

Groin Hernias
Abdominal Hernias
Hernias in Children

REMAINDER OF BOOKLET

ON HERNIA SURGERY

NOT SCANNED

AVAILABLE FOR VIEWING

IN CLERK'S OFFICE