IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,         )
                                   )
         Plaintiff,                )
                                   )
    v.                             )          CASE NO. 2:06-CV-1133-MEF
                                   )
PRISON HEALTH SERVICES, et al.,    )
                                   )
         Defendants.               )

**ORDER ON MOTION**

Upon consideration of the motion for leave to file addendum to exhibits filed by the

plaintiff on August 16, 2007 (Court Doc. No. 121), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 16th day of August, 2007.


                    /s/ Terry F. Moorer
               TERRY F. MOORER
               UNITED STATES MAGISTRATE JUDGE