IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the renewed motion for independent physical examination filed by the plaintiff on August 28, 2007 (Court Doc. No. 124), and in light of the evidentiary materials filed in support thereof, it is

ORDERED that on or before September 10, 2007 the medical defendants shall show cause why this motion should not be granted.

Done this 29th day of August, 2007.

                                                  /s/ Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE