IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before September 10, 2007 the correctional defendants shall (i) show cause why they have failed to file a response to the plaintiff's motion for preliminary injunction/renewed motion for preliminary injunction, and (ii) file a response to such motions in accordance with the orders of this court.

Done this 29th day of August, 2007.

                                                /s/ Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE