IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 31 A 9: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710 | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION No. |
| | ) | |
| | | 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) | |
| Respondents. | ) | |

REQUEST TO TAKE JUDICIAL NOTICE OF STATE COURT ACTION

**COMES NOW** Marcellus Breach, pro se, and moves this Court to take judicial notice of a State court record and consider as follows:

1. Plaintiff asks this Court to take judicial notice in Montgomery County Circuit Court Case #CV-05-2528 (Carroll v ADOC & PHS), wherein in July 2007 the Honorable Judge Johnny Hardwick ordered the ADOC and PHS to surgically correct multiple incisional hernias on an Alabama prison inmate. Carroll originally had a single incisional hernia, but multiple hernias developed over years of lack of surgical intervention.

2. Plaintiff also asserts that Defendants have waived their answer to Breach's Addendum to Renewed Application for Preliminary Injunction [Doc. 118].

1

3. Breach has received no recent medical attention for measurement, evaluation or treatment of his hernias, demonstrating further indifference and retaliation for his having pursued medical surgical relief from a condition that *only* surgery can alleviate. Despite repeated sick calls submitted, medical personnel will not address Plaintiff's complaints.

4. The Defendants seek denial of any relief based on fear of some precedent that will spawn inmate lawsuits. It is obviously clear that such lawsuits would only provide this Court further insight into the injustice inmates with hernias suffer within the Alabama Department of Corrections and solidify the systemic obfuscation of the truth by those constitutionally obligated to provide humane and necessary medial care.

Respectfully submitted this 29th day of August, 2007.

_____
Marcellus Breach, Plaintiff

## **CERTIFICATE OF SERVICE**

      I, Marcellus Breach, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 29th day of August, 2007, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama 36101

Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130-1501

 

_/s/ Marcellus Breach_
Marcellus Breach #160710
L.C.F. D Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

3


Marcus Breck (160210)
Limestone CF D-1B5
28779 Nick Davis Rd
(Harvest), AL 35749

HUNTSVILLE / HVS
AUG 28 2007 PM

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

United States District Court
P.O. Box 711
Montgomery, AL
36101

36101+0711

USA FIRST-CLASS FOREVER