IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710        )

   Plaintiff,        )

                            )

Vs.        )        CIVIL ACTION No.

                            )        **2:06-CV-1133-MEF**

PRISON HEALTH SERVICES, et al.,        )

   Respondents.        )

**RECEIVED**
2007 SEP -4 A 9:22
DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### REQUEST TO THE COURT TO CONSIDER PLAINTIFF'S INJURY AND THE CONTINUED DELAYED, REPEATED REQUEST FOR ENLARGMENT OF TIMES, FAILURE TO ANSWER TIMELY

**COMES NOW** Marcellus Breach, pro se, and moves this Court to consider the physical injury, and all of the extended enlargements of time, and ADOC repeated failures to Answer timely, all is at Plaintiff's expense increasing his pain and suffering: Breach would show as follows:

1.    [Doc. 118). Breach has run out of pain medication, and has requested pain medication via sick call. Breach's request are being ignored, refused, and Breach has submitted several "Sick Call" request slips as Exhibits to this Court demonstrating that the Defendants are <u>retaliating</u> against him because of this lawsuit -- medical <u>will not</u> examine, screen, or address Breach's medical hernia problems. Breach did see the

1

dentist, but this is a hernia matter. The medical defendants are ignoring Breach's complaints of pain, burning pain, due to his hernia and Breach is at the mercy of Mother Nature, that his hernia will not "rupture" and if it was to rupture becoming into an emergency situation, how will Breach receive any medical attention, when the Defendants refuse to treat him now. [See DOC 118] Defendants did not ANSWER this issue. Breach has submitted approximately eighth (8) sick call request to be seen by PHS, and have gone ignored.

2. Defendants ADOC have repeated failures to Answer timely. Breach urges this Court not to 'baby sit' these Defendants at Breach's expense leaving him helpless without any medical attention. After September 10, 2007 if the Defendants do not timely Answer, Breach request that this Court proceed forward with this case. Breach request that Defendants ADOC not be given additional extension of time, at Breach's expense. Breach is the one in pain, and is not receiving any treatment today.

3. Breach simply request that this Court, consider Breach's injury, pain, lack of any medical attention due to the Defendants refusal to provide any treatment to Breach because of this lawsuit is unconstitutional. Delay after delay is at Breach's expense.

Respectfully submitted this 31th day of August, 2007.

/s/ Marcellus P. Breach
Marcellus Breach, Plaintiff

2

## CERTIFICATE OF SERVICE

I, Marcellus Breach, certify that I have served a true copy of the foregoing upon counsel for the Defendants on this 29th day of August, 2007, by placing the same in the hands of prison officials to be mailed via the United States Mail, postage prepaid and properly addressed as follows:

Rushton, Stakely, Johnston & Garrett
P.O. Box 210
Montgomery, Alabama 36101

Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130-1501

 

Marcellus Breach  #160710
L.C.F.  D Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

3

Marcellus Breach 160710
Limestone C.F. D-193
28779 Nick Davis Rd
Harvest, AL 35749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

U.S. District Court
P.O. Box 711
Montgomery, AL
36101-6711