IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the request to consider injury and delay filed by the plaintiff on September 4, 2007 (Court Doc. No. 128), which the court construes as a motion to consider all factors in addressing his claims for relief, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before September 24, 2007 the medical defendants shall file a supplemental special report which addresses the plaintiff's claim that they have ignored his requests for medical treatment in retaliation for his filing this lawsuit.

Done this 4th day of September, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE