IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> PRISON HEALTH SERVICES, INC.; § <br> et al.; § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:06cv1133-MEF |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs (collectively "PHS"), by and through counsel, and move this Court for an extension of time within which to file the Supplemental Special Report pertaining to Dr. William Hobbs and for additional time within which to respond to the Plaintiff's motion for an independent medical exam. As grounds for this motion, the Defendants state the following:

1. The Defendants need additional time to execute an appropriate affidavit from Dr. Hobbs that may supplement his previously filed affidavit. In addition, this Court has apparently requested a full and complete Special Report on behalf of Dr. Hobbs and said motion is not yet ready to be filed.

2. In addition, the Court has ordered PHS to file on or before September 10, 2007, a response to the Plaintiff's motion for an independent physical exam. Counsel for the Defendants will be out of town between Tuesday, September 4th, and Monday, September 10th, necessitating additional time within which to file the Special Report and

the Response to the Motion for Independent Physical Exam. Counsel requests until or before September 21, 2007, to comply with this Court's request.

3.  Neither the co-defendant nor the Plaintiff will be prejudiced by this temporary delay and counsel will push to have the appropriate pleadings filed prior to September 21, 2007.

WHEREFORE, all premises considered, the PHS Defendants respectfully request additional time within which to file the pleading requested by this Court.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 262-6277 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 4th day of September, 2007, to:

>Mr. Marcellus Breach (#160710)
>Limestone Correctional Facility
>28779 Nick Davis Road
>Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

>Albert Sims Butler, Esq.
>ALABAMA DEPARTMENT OF CORRECTIONS
>P. O. Box 301501
>Montgomery, AL  36130-1501

>/s/ PAUL M. JAMES, JR. (JAM017)
>OF COUNSEL