IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical defendants on September 4, 2007 (Court Doc. No. 130), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. Defendant Hobbs be GRANTED an extension from September 4, 2007 to and including September 21, 2007 to file a special report and answer in compliance with the directives of the order entered on July 23, 2007 (Court Doc. No. 98).

3. The medical defendants be and are hereby GRANTED an extension from September 10, 2007 to and including September 21, 2007 to show cause why the plaintiff's motion for independent physical examination should not be granted.

Done this 5th day of September, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE