IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARCELLUS BREACH, AIS #160710** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | **2:06-cv-1133-MEF** |
| ) | |
| **PRISON HEALTH SERVICES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ADOC DEFENDANTS' RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION

Come now the Alabama Department of Corrections Defendants, by and through the undersigned counsel, and submit this response to the Plaintiff's renewed motion for preliminary injunction, and the addendum thereto, as follows:

1. That after a reading of the Plaintiff's renewed motion for preliminary injunction and his addendum thereto; it appears to the ADOC Defendants that the Plaintiff's is complaining solely about his medical treatment by the contract medical providers at the Limestone Correctional Facility. The only reference that could attributed toward the ADOC Defendants is contained in his prayer for relief, wherein he requests that the Court "3. Order the defendants immediately arrange that Breach be examined by a qualified surgeon in hernia repairs". ADOC Defendants must assume that the Plaintiff is requesting an outside consult which must be arranged by the contract medical providers.

2. The ADOC Defendants argue that the Plaintiff can not meet and/or has not met the requirements to the filing of a preliminary injunction, namely (1) that there is a

substantial likelihood of success on the merits, (2) that there is a substantial threat of irreparable injury if the injunction is not issued, (3) that the injury to the Plaintiff outweighs the injury to the Defendants that may be caused by the injunction, and (4) the injunction is not contrary to the public interest. The ADOC Defendants submit that there is not a substantial likelihood that Breach will succeed on the merits, that the Plaintiff has not demonstrated that there is in fact a substantial threat of irreparable injury, that there has been no injury to Breach, and that to require the taxpayers to pay for surgery that is not necessary is absolutely contrary to the public interest.

Wherefore the premises considered, the ADOC Defendants pray this Honorable Court to deny the Plaintiff's renewed motion for preliminary injunction.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General


/s/Albert S. Butler(BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General


**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney