# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

MARCELLUS BREACH, # 160710           *

    Plaintiff,                          *

Vs.                                   *     CASE NO: 2:06-CV-1133 MEF

PRISON HEALTH SERVICES, INC., et al., *

    Defendants.                         *

### DECLARATION IN SUPPORT OF PLAINTIFF'S ADDENDUM TO RENEWED APPLICATION FOR PRELIMINARY INJUNCTION and PLAINTIFF'S CONSTRUED MOTION TO CONSIDER ALL FACTORS IN ADDRESSING HIS CLAIMS FOR RELIEF

    **MARCELLUS BREACH, AIS# 160710** declares under the penalty of perjury 28 U.S.C. 1746 the following:

    My name is Marcellus Breach. I am the Plaintiff in this action. I am over the age of twenty-one. I make this declaration in support of the medical providers have refused to provide any treatment, renew pain medication, address any of my sick call complaints, address any of my grievances filed complaining about not being seen my medical here at Limestone C.F. since Defendant Dr. Williams Hobbs, M.D., who was the treating physician in this case has been added as a Defendant in this action.

6

As stated in my motion for leave to file an addendum to the renewed application for preliminary hearing [Doc. 118] filed on August 7, 2007.  April 30, 2007 was the last date that I have been seen by medical personal.

On or about July 2007, I went to KOP, which is the method that the medical providers issue out proscribed medication; I spoke with the nurse who then gave to me a supply of Motrin 600 mg.  I asked here on the date that my Motrin expires do I have to resign up for sick call to have the pain medication renewed.  I was told by the nurse that I have to resign up to receive anymore medication.

As attached to my motion for leave to file an addendum [Doc. 118] on May 22, 2007 I submitted hand delivery a sick call request concerning unusual pain and having problems walking due to my hernia.  I was no seen by any medical personal.

On June 15, 2007, I submitted another sick call request complaining about pain to PHS.  Again, I was not seen.

On June 30, 2007, I submitted another sick call request complaining about pain, problems coughing, sneezing due to my hernia.  I was not seen.

On July 3, 2007, I submitted another sick call request complaint about my hernia pain.  I was not seen.

On July 14, 2007 I submitted an "Inmate Grievance/Appeal and a sick call questioning medical why I have not received any medical attention.  This request went ignored.

On August 1, 2007, I submitted another grievance and sick call about the same problems stated.  This also went ignored.

On August 6, 2007, I submitted another sick call request stating:  "I've run out of pain medication.  I've put several sick calls request in.  My hernia is burning, getting worse."  This also has gone ignored.

I keep copies of every sick call, grievances that I file.  I keep the Yellow copy of the sick call or pink copy of any grievances that I file.  The Yellow copy is supposed to be sent back to the inmate according to PHS's policy concerning sick call slips.  However, that never happens in my case.  Dental will send the Yellow copy back pertaining to dental request.  However, medical request, I do not, and cannot recall ever receiving a Yellow copy.  Therefore, I keep the yellow copy for my records.

7

I placed each sick call request slip and grievances into the SICK CALL REQUEST BOX located at the Health Care Unit. That is all that I can do.

I state that ever since Dr. Hobbs has been added as a defendant in this action. I will not be seen pertaining to my pain. I have run out of medication and I have requested that medical see me to renew my medication. My sick call requests have been ignored and it is retaliation behind this lawsuit to punish me, subject me to this pain without any medication attention.

I also state that Dr. Hobbs cannot examine me anymore because he is a Defendant to this action. I have witnessed three other inmates who have hernia also having problems being seen by medical pertaining to hernias.

I swear that the foregoing is true and correct to the best of my knowledge under the penalty of perjury 28 U.S. C. 1746.

_____
Marcellus Breach


**Attachments:**
August 6, 2007 Sick Call Request PHS Yellow Copy Exhibit No. 1
Letter to Warden Mitchem, Inmate Gregory Daniels/sick call yellow copy request Exhibit No. 2

8



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Marcellus Breach**  Date of Request: **8-6-07**
ID # **160710**  Date of Birth: **7/25/69**  Location: **D-19**
Nature of problem or request: _I've run out of pain medication. I've put several sick-calls request in. My hernia is burning, getting worse._

_Signature_

Rec'd HCU. 8/6/07 /s/

Exhibit No. I.

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective  (V/S):**  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

*Exhibit No. 2 1 of 2*

IN THE WARDEN'S OFFICE OF LIMESTONE CORRECTIONAL FACILITY
HARVEST, ALABAMA

September 5, 2007

TO:     WARDEN BILLY MITCHEM
FROM:   GREGORY DANIELS, AIS # 251627
        DORM: H BED- 3B

IN RE:  COMPLAINT AGAINST MEDICAL, PHS
        **INGUINAL HERNIA**/ WORKING MANUEL LABOR

DEAR MR. MITCHEM:

This letter and written Complaint is requesting your assistance in a matter that I am confident you will not allow, if it is brought to your attention.

I have two inguinal hernias. I have to put in at least two sick-call back to back complaints just to be seen. However, I was seen once by nurse practitioner complaining about 'burning pain' which means medically the muscles are tearing which will cause the hernia to enlarge. I had to file a grievance just to be seen by the doctor.

Secondly, on or about August 2007, I did so, submitted another sick call and grievance complaint due to my hernia: <u>PHS will not see me.</u> A totally of four or more sick calls have been filled out, requesting to be seen by medical, and I am currently being denied being seen due to this hernia.

Thirdly, I have been assigned "Farm Squad #8" since my admittance here at Limestone. I have been checking out. Due to my experiencing pain because of this hernia, I was told by the nurse practitioner to "<u>put a ice pack on it</u>"

In regards to my burning pain; I am having problems performing my prison job which requires long standing, bending, lifting in which I cannot lift heavy objects, I have a hernia. I experience this pain while working on the farm: reiterated, I cannot do heavy lifting because it will endanger my hernia.

My Complaint is Mrs. Moore has been working with me as best as she can. She has been kind enough to enlarge the time for my stop up until I can get back to see Medical. I did signed up again; but, medical will not see me in regards to this Hernia.

I spoke again with Mrs. Moore she gave me another stop up until September 17, 2007. I have again signed up for sick call today, September 5, 2007.

Mr. Mitchem it is very unfair and wrong to be denied being seen by medical pertaining to pain, and a hernia that will not heal on its own, surgery is the ONLY cure. My hernia is "large" and painful. I cannot and I have problems walking, while working on the farm. Medical needs to do something, but they will not see me nor address this pain. I am asking for your assistance, I have done all that I can to resolve this matter. Dr. Hobbs did not provide a profile of heavy lifting which is <u>their policy pertaining to Hernias.</u> I request your assistance.

I thank you for your time, attention and assistance with this matter. I ask that you handle this because I know that you can.

   Sworn to under the penalty of perjury 28 U.S.C. 1746 on this 5th Day of September 2007.

*Gregory Daniel*
Daniel Gregory, AIS 251627
Dorm: H Bed 3b


Hand Mail placed into Sick Call box for service upon PHS, mail box to Mr. Mitchem, and Mrs. Moore.
CC:
PHS MEDICAL DIRECTOR
WARDEN MITCHEM
ICS OFFICER MRS. MOORE



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Gregory Daniels   Date of Request: 8/5/07
ID # 251620   Date of Birth: 4-6-76   Location: H 3B
Nature of problem or request: This is my 2nd request to be seen about pain / hernia.

_____ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective  (V/S):**  T: ____  P: ____  R: ____  BP: ____  WT: ____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

Copy
B. Mathews

_____ SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

Exhibit no. 2
pg 2