IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for protective order filed by the plaintiff on September 12, 2007 (Court Doc. No. 137), in which the plaintiff requests issuance of an order requiring that he not be examined/and or rendered medical treatment for his hernia by prison medical personnel without his consent or order of the court, and as the court does not deem it appropriate to enter such an order, it is

ORDERED that this motion be and is hereby DENIED.  The plaintiff is advised that he may refuse examination or treatment attempted by prison medical personnel at his own risk and such refusal will be considered by the court in addressing his claims for relief.

Done this 12th day of September, 2007.


_____/s/ Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE