IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710           *

   Plaintiff,                        *

v.                                   *     CASE NO: 2:06-CV-1133-MEF

PRISON HEALTH SERVICES, INC.,        *
et al.,
                                     *
   Defendants.

NOTICE OF DEFENDANTS ADOC FAILURE TO ANSWER TIMELY
and/or FAILURE TO SERVE PLAINTIFF WITH A TRUE COPY OF
THEIR PLEADINGS

COMES NOW, the Plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se" moves this Court with notice that the Alabama Department of Corrections Defendants have filed to respond to this Court's order entered on August 28, 2007, and/or Breach would argue that Breach has not been served with a true copy of their pleadings in this case: Breach would show bona find as follows:

1) This Court entered an order on August 28, 2007 granting the ADOC Defenants an additional time to Answer this Court's Orders and directives on or before September 10, 2007.

2) Breach would argue that "if" Defendants did so timely filed their Answer with this Court, Defendants "again" have failed to serve Breach with a true copy of their pleadings [Doc. 88 Order] as required by Rule 5(a), *Federal Rules of Civil Procedures*, even

if there is a certificate of service, Breach as of <u>September 13, 2007</u> Breach has not received their Answer.

3) Breach would ask that the Court order the ADOC Defendants to <u>again</u> served Breach with a true copy of their pleadings in this action. [See, DOC. 88]

4) Breach request that <u>he does not have to ask this Court to order ADOC Defendants to serve him with a copy of their pleadings each time an answer from the defendants is due.</u>

5) Breach does not know if the ADOC Defendants Answered.

WHEREFORE, premises considered, Breach humbly request that this Court order what this Court deems fair and appropriate in this cause.

                          Done this 13th Day September 2007.

                          /s/ Marcellus Breach
                          Marcellus Breach 160710
                          Limestone C.F.
                          28779 Nick Davis Rd.
                          Harvest, Alabama 35749

CERTIFICATE OF SERVICE

    I MARCELLUS BREACH, hereby certify that I have this 14th Day of September served a true copy of the foregoing upon the followoing by plaing same into a sealed enveloipe properly addressed postage prepaid and mailing U.S. Mail First Class through the prison officials to:

| | |
|---|---|
| Alabama Dept. Of Corrections<br>Legal Division<br>P.O. Box 301501<br>Montgomery, Alabama 36130-1501 | Rushton, Stakely, Johnston & Garrett,<br>P.O. Box 270<br>Montgomery Alabama 36101-0270 |

                          /s/ Marcellus Breach
                          Marcellus Breach

Marcellus Breach 160901
Limestone C.F. D-19
28779 Nick Davis Rd
Harvest, AL 35749

HUNTSVILLE, AVS
AL 358 ≤ L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."