IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on September 17, 2007 (Court Doc. No. 139), which the court construes as a motion to compel service of pleadings, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before October 1, 2007 the correctional defendants shall furnish to the plaintiff a copy of their responses filed on July 17, 2007 (Court Doc. No. 88) and September 7, 2007 (Court Doc. No. 133).

Done this 18th day of September, 2007.

    /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE