IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the plaintiff's September 20, 2007 motion for reconsideration (Court Doc. No. 141) of his previous motion to amend initial order and/or issue order directing General Counsel for the Alabama Department of Corrections to act in compliance with Rule 5(a), *Federal Rules of Civil Procedure*, (Court Doc. No. 101), and as counsel has attached certificates of service to the each document filed with this court certifying that copies of such documents have been mailed to plaintiff at the appropriate place of incarceration, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 21st day of September, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE