**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

September 24, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Marcellus Breach v. Prison Health Services, Inc., et al.**
**Case Number: 2:06-cv-1133-MEF**

**Pleading : #146 - Motion for Sanctions**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 9/21/2007 with no Certificate of Service attached.**

**The corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH (AIS# 160710), | § § § § | |
| Plaintiff, | | |
| vs. | § § § | CIVIL ACTION NO. 2:06cv1133-MEF |
| PRISON HEALTH SERVICES, INC.; et al.; | § § § § | |
| Defendants. | § | |

## DEFENDANTS' MOTION FOR SANCTION OR, IN THE ALTERNATIVE, MOTION TO STRIKE PLEADING

COME NOW the Defendants, Prison Health Services, its employees, and Dr. William Hobbs. (collectively "PHS"), by and through counsel, and move this Court to sanction the plaintiff monetarily or by striking by pleading as a result of slanderous statements placed into the record by the plaintiff. Specifically, the plaintiff has made allegations that constitute slander under Alabama law and notice is being provided to the plaintiff that said statement should be retracted immediately, otherwise, appropriate legal action will be taken.

As grounds for this Motion for Sanctions, these Defendants state the following:

1.  In a recent pleading filed with this Court, Marcellus Breach states two issues as "facts" in support of his argument that PHS has denied him medical treatment and that actions taken by PHS employees constituted a deliberate indifference to a serious medical need or, alternatively, medical malpractice under the Alabama Medical Liability Act:

   a.  Breach stated that Dr. William Hobbs is currently under investigation by the Alabama Medical Board of Examiners.

    b.    Dr. Hobbs' treatment of another patient, Jackie Morrow, caused gangrene and a staph infection. [Plaintiff's Motion/Request for Protective Order, ¶¶ 6-7].[1]

    2.    It has been confirmed that the purported filings by Mr. Breach against Dr. Hobbs have not been reported to Dr. Hobbs, pursuant to rules and regulations propounded by the Alabama Board of Medical Examiners. Furthermore, the actions of Dr. Hobbs, in treating the hernia of Mr. Breach, do not constitute medical malpractice, gross negligence or a violation of federal law dealing with deliberate indifference to a serious medical need. As such, the attack on Dr. Hobbs' credibility constitutes *prima facie* evidence of slander and/or libel (based on the written exhibits attached by Breach to his brief), rather than a mere disagreement as to the rendering of medical services.

    3.    Furthermore, it is undisputed that medical care provided to the prisoner, Jackie Morrow, was appropriate at all times. [Supplemental Affidavit - Dr. William Hobbs]. Morrow had an infected incision as a result of surgery performed prior to being transferred to Limestone Correctional Facility. And, although Dr. Hobbs treated the incision, his treatment did not cause gangrene or staph infections. Morrow was sent back to the surgeon for follow-up care and treatment of the infected incision. [Supplemental Affidavit - Dr. William Hobbs].

    4.    This Court has bent over backwards for Mr. Breach on multiple occasions. It is now time that justice be brought down against him and sanctions imposed. The Defendants respectfully request monetary sanctions be imposed against the plaintiff,

---

[1] 6) The very treating Dr. William Hobbs, M.D., is a "Defendant" in this case whose actions are challenged. However, Dr. William Hobbs is currently under investigation with the Medical Board of Examiners due to several Complaints filed with the Examiners against him. In addition, Dr. Hobbs recently performed surgery on an Inmate Jackie Morrow, pouring "sugar" into Morrow stomach causing "grangrene" "staff infections" resulting from Dr. Hobbs' performance.

Marcellus Breach, for the time taken to address these frivolous and slanderous allegations. Alternatively, the Defendants respectfully request that this Court take all Special Reports under advisement, freeze the pleadings in this case, and enter the appropriate order dismissing Mr. Breach's case, <u>with prejudice</u>, for failing to cite any evidence constituting a deliberate indifference to a serious medical need or evidence warranting even a potential violation of the Alabama Medical Liability Act.

WHEREFORE, all premises considered, the Defendants respectfully request that sanctions be immediately imposed against the plaintiff.

**ORAL ARGUMENT REQUESTED**

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 21st day of September, 2007, to:

    Mr. Marcellus Breach (#160710)
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL  36130-1501

                                                     /s/ PAUL M. JAMES, JR. (JAM017)
                                                     OF COUNSEL