IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for sanctions/motion to strike pleading filed by the medical defendants on September 24, 2007, and for good cause, it is

ORDERED that on or before October 12, 2007 the plaintiff shall show cause why sanctions should not be imposed upon him and/or false statements contained in documents filed with court should not be stricken from the record.

Done this 24th day of September, 2007.

     /s/ Terry F. Moorer
     TERRY F. MOORER
     UNITED STATES MAGISTRATE JUDGE