IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710  )
    Plaintiff,   )

Vs.   )   CASE NO: 2:06-CV-1133 MEF

PRISON HEALTH SERVICES, INC.,  )
Et al.,
    Defendants.  )

NOTICE TO THE COURT PHS's FAILURE TO COMPLY WITH THIS COURT'S ORDER AND DIRECTIVE TO RESPOND TO PLAINTIFF'S MOTION FOR INDEPENDENT PHYSICAL EXAMINATION

COMES NOW, Plaintiff *Marcellus Breach* (hereinafter "Breach") moves this Court with timely notice that PHS has failed to timely respond to: "*Renewed -Motion In Request For Independent Physical Examination*" (Court Doc. 124). Breach request that this Court grant independent physical examination Rule 35, Fed. R. Civ. P., to ascertain the "truth" in this case: Breach shows as follows:

1) Court Doc. No. 124, this Court order PHS to file a response, show cause why this Court ought not to grant Breach's Motion requesting independent physical examination.

2) Court Doc. 130, this Court granted PHS an additional time from September 10, 2007 to an including September 21, 2007 to show cause why the plaintiff's motion for independent physical examination should not be granted. PHS has waived their Answer because they have not timely filed their Answer.

WHEREFORE, premises considered, Breach request that this Court grant Breach's Motion for Independent Physical Examination as soon as possible.

Done this 25th Day September 2007.

*Marcellus T. Breach*
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 26th Day of September 2007 served a true copy of the foregoing upon the below mentioned parties by placing the same into the U.S. Mail, First Class postage prepaid and mailing through the prison officials to:

Alabama Dept. of Corrections
Legal Division
P.O. Box 01501
Montgomery, Alabama 36130

Rushton, Stakely, Johnston & Garrett,
P.O. Box 270
Montgomery, Alabama 6101-0270

*Marcellus T. Breach*
Marcellus Breach

Marcellus Breach 160710
Kilesbie CF D-19
28779 Nick Davis Rd
Harvest, AL 35749

**LEGAL MAIL**

"This correspondence is [mailed] from an Alabama State [prison]. It has not been evaluated [and] the Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL
36101-0711

HUNTSVILLE AL 358
26 SEP 2007 PM