IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the notice filed by the plaintiff on September 28, 2007 (Court Doc. No. 150), and for good cause, it is

ORDERED that on or before October 15, 2007 the medical defendants shall (i) show cause why the have failed to file a response to the plaintiff's renewed motion for independent evaluation in compliance with the directives of the orders entered in this case, and (ii) shall file the requisite response.

Done this 3rd day of October, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE