IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike motion for sanctions filed by the plaintiff on October 1, 2007 (Court Doc. No. 151), and for good cause, it is

ORDERED that:

1. The motion to strike (Court Doc. No. 151) be and is hereby GRANTED.

2. The motion for sanctions filed by the medical defendants on September 21, 2007 (Court Doc. No. 146) be stricken from the docket. The Clerk shall correct the docket entry to reflect that such document is entered only as a motion to strike.

3. The show cause order entered on September 24, 2007 (Court Doc. No. 149) be and is hereby VACATED.

4. On or before October 18, 2007, the plaintiff shall show cause why the motion to strike should not be granted.

The defendants are advised that they may re-file a motion for sanctions upon

compliance with the directives of Rule 11(c)(1)(A), *Federal Rules of Civil Procedure.*

Done this 3rd day of October, 2007.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE