IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike filed by the plaintiff on October 1, 2007 (Court Doc. No. 152), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that on or before October 18, 2007 the medical defendants shall address the arguments set forth by the plaintiff in his motion to strike.

Done this 3rd day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE