IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on October 3, 2007 (Court Doc. No. 156), which the court construes as motion for leave to pursue discovery, and for good cause, it is

ORDERED that:

1. This motion be and is hereby DENIED to the extent that the plaintiff seeks production of treatment protocols, policies/procedures of Prison Health Services, employment contracts, job descriptions and medical records of other inmates as these documents are completely irrelevant to a determination of the constitutional issue pending before this court and/or cumulative in nature to information provided in the special report(s). The plaintiff is specifically advised that treatment protocols, policies/procedures, contracts of medical care providers, job descriptions and medical records of other inmates are in no way relevant or necessary to a determination of whether the defendants acted with deliberate indifference to his medical condition. Moreover, the defendants have informed the plaintiff and the court of the protocol followed in the treatment of inmates with hernias.

      2. This motion be and is hereby DENIED to the extent that the plaintiff seeks unlimited access to his medical and prison files during the pendency of this action. The plaintiff is advised that if he seeks additional access to these records he may file a motion with the court.

      Done this 3rd day of October, 2007.

                                /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE