**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

MARCELLUS BREACH, #160710              *

          Plaintiff,              *

Vs.                                              *        Case No: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC.,         *
Et al.,
          Defendants.            *

### PLAINTIFF'S ANSWER

**COMES NOW,** Plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person

"Pro Se" hereby files his Answer in response to Defendant's "<u>Motion For Sanction Or, In</u>

<u>The Alternative, Motion To Strike Pleadings".</u> Plaintiff argues that defendants do not have

standing for sanctions, nor to strike any pleadings. Plaintiff requests that this Court deny

their motion and, recognize the tactic by counsel to delay this case, again by striking at

Breach delaying preliminary injunction ruling, and physical examination rulings,

Plaintiff argues that this tactic is leaving plaintiff still having to endure pain and

punishment. Breach shows as follows:

### FACTUAL CHARGES BROUGHT BY DEFENDANT'S MOTION

On <u>September 21, 2007</u>, Counsel brought charges against Breach alleging that

Breach has violated <u>Rule 11,</u> *Federal Rules of Civil Procedures,* WITHOUT giving Breach

notice and then, <u>waiting 21-days</u> before filing his motion with the Court. *Rule 11(c)(1)(A),* *Fed. R. Civ. P.,* violating "<u>Safe Harbor</u>" provision, and due process. However, not to delay this case any further, counsel specifically, complains that Breach has made "slanderous statements placed into the record" and Breach has made allegations that constitute slander under Alabama law. Counsel argues that in Breach's "recent pleading filed with this Court, 'Marcellus Breach states two issues as "facts" in support of his argument that PHS has denied him medical treatment and that actions taken by PHS employees constituted a deliberate indifference to a serious medical need to, alternatively, medical malpractice under the Alabama Medical Liability Act."

a.    **Breach stated that Dr. William Hobbs is currently under investigation by the Alabama Medical Board of Examiners.**

b.    **Dr. Hobbs' treatment of another patient Jackie Morrow, caused gangrene and staph infection. [Plaintiff's Motion/Request for Protective Order ¶¶ 6-7, Court Doc. 137]**

On *September 24, 2007,* this Court directed Breach to show cause why sanctions should not be imposed upon him and/or false statements contained in documents filed with court should not be stricken from the record. Breach does not understand what the Court specifically means, "false statements contained in documents filed with court should not be stricken from the record"? However, Breach can only decipher that perhaps reviewing the Affidavits 9Mrs. Hunt) attached by defendants, Breach will show good cause based on the Retaliation claims asserted, ignored request slips, grievances,

and the complete denial of any medical attention being a causal relation. [1] Breach will also stand on the truth, and stands with each document, exhibit, affidavit, and statements stated in the record. Breach further states herein:

### AFFIRMATIVE DEFENSE

¶ 1.    In regards to the challenged pleadings, e.g., "**Motion For Protective Order**" [Doc. 137] that is complained by counsel, the Court <u>denied</u> such request rendering this Issue as "Moot". In addition, the Breach's Motion was filed in complete good faith because <u>*Rule 26(c)*</u> of the *Federal Rules of Civil Procedures*, provides that the Court at <u>its discretion</u>, may make <u>any type of protective order required by justice</u>.

¶ 2.    Breach denies the he presented any slanderous statements placed into the record that could possible constitute slander under Alabama law. Breach also further denies that there are any false statements, or <u>false documents</u> placed into the record and further argues with supporting witness Declarations/Affidavits. "**Exhibits A, B, C, D, E, F, G, H, & I,**" "J"

¶ 3.    Breach re-asserts and preserves that counsel violated Breach's "**Safe Harbor**" protection, and due process because counsel <u>did not wait 21 days</u> before filing his motion with the Court according to the provision of <u>*Rule 11(c)(1)(A),*</u> Fed.R.Civ.P., and the decision in **Brantley v. Mikell,** LEXIS 77561, 2006 U.S. Dist. (M.D. June 15, 2006) the

---

[1] Breach argues that counsel attached Mrs. Hunt Affidavit with his sanctions motion seems improper because Mrs. Hunt's Affidavit ought to be attached as a denial with their supplemental special report regarding retaliation, refusal to treat Breach's medical request. In addition, counsel's motion for sanctions speaks noting concerning "false documents".

Court held: ". . . [n]othing in the record indicates that Defendants have complied with the safe harbor provision of Rule 11 by serving Plaintiff with a copy of their motion at least 21 days before filing the same with this Court. Counsel filed his motion for sanctions on _September 21, 2007_ the very same day Breach was served with the motion, giving Breach no opportunity to make any corrections denies *"Safe Harbor"* _Rule  11(c)(1)(A),_ Fed.R.Civ.P.

¶ 4.    Breach denies that the "Truth" <u>does not,</u> under Alabama law constitute slander.

¶ 5.    Breach maintains that all pleadings, affidavits, exhibits, that are in this Record have been filed properly, in good faith, with bases of law or fact, and without any intentions as harassment.  In addition, Breach's pleading comply strictly within the safety of Rule 11 amendments in 1993, and are adopted as his defenses that Breach certifies that all pleadings, motions, affidavits, exhibits, are and have been filed:

    a.    to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances –

    b.    are not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the costs of litigation;

    c.    all claims, Retaliation, Denial of Medical Treatment, Preliminary Injunction, Independent Physical Examination, and all other pleadings drafted, signed by Breach and any all claims, defenses, and other legal contentions therein are warranted by existing law or by a non-frivolous, or reversal of existing law or the establishment of new law;

    d.    any and all allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely

4

to have evidentiary support after a reasonable opportunity for further investigation or discovery; and,

e.    the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information or belief.

## POINT A

### COUNSEL HAS DONE NOTHING MORE THAN ATTEMPT TO ATTACK BREACH' AND A PERSONAL RETALIATION RESULTING FROM THIS LITIGATION AND HIS SANCTIONS MOTION IS BAD FAITH, ATTEMPTING TO DELAY LITIGATION

How much longer Breach asks of this Court will "gamemanship" continue? Breach has/is suffering pain, which is getting worse going on three years and this December 2007 will be one (1) year with this Case which has not even reached Discovery. However, as ordered, Breach addresses each issue, and this requires Breach to submit double filings, costly litigation and Breach will "cross motion for sanctions" due to this meritless filings by counsel.

Breach offers several Declarations in support from witnesses who are willing to testify to the facts herein.   First, on the present record, this Court cannot say that Breach has acted in bad faith.  Breach has been up and down the judicial panel seeking relief. Nor can this Court say that Breach is not fighting to save his life, and requesting surgery to relieve his pain and suffering.  Defendants' actions are debunked,

Breach will not deny the truth, and re-asserts that Dr. Hobbs is a medical threat to Breach in regards to his hernia.    Counsel is "again" attempting to get this Court to

"ignore" again, Breach's Complaint, issues before the Court, and the compelling evidence produced by three Affidavits from a qualified expert witnesses from a non-prison doctor, *Dr. Rao Yerubandi, M.D., FACS, FRCSC*, and two Affidavits from a retired nurse instructor, *Nurse JoAnn Breach, R.N., MSN*. Counsel is also requesting the Court to ignore the <u>public information</u>, *HERNIA SURGERY*, pamphlet supplied by Dr. Yerubandi and several more public information exhibits within this record, and then, deny Breach relief will require this Court to ignore the load of public information stating that **Hernias cannot be treated, the cure is surgery.** See,, Hernia Terminology. Exhibits stated in the *Renewed--Application for Preliminary Injunction.* Nevertheless, Breach is forced to endure his pain from this untreated hernia.

Nothing concerning this lawsuit is frivolous. There is an old saying: *The Truth Hurts*. Defendant's actions are debunked and they ought to be held to answer the charges against them in the court of law.

### PLAINTIFF ADDRESSES COUNSEL'S CHARGES

### ISSUE A.

### "BREACH STANDS ON HIS ASSERTION THAT "HOBBS IS CURRENTLY UNDER INVESTIGATION BY THE ALABAMA MEDICAL BOARD OF EXAMINERS"

[2]Before the Court already, and as stated in Breach *Motion For Protective Order*, [Court. Doc. 137] is a "<u>true copy</u>" of Breach's Complaint against Dr. Hobbs to the "*Alabama State Board of Medical Examiners*" Complaint that was mailed on <u>*August 5,*</u>

---

This is double filing. Breach has already submitted the Complaint filed on Dr. Hobbs to the Medical Board of Examiners to this Court as an Exhibit. [Doc. 137]

_2006_ to 848 Washington Avenue (36104) P.O. Box 946, Montgomery, Alabama 36101-0946. Breach filed his formal written Complaint against Dr. Hobbs requesting that the Medical Board of Examiners underline investigate his treatment concerning Hernias. Once a Complaint is filed with the Board, when they decide to take any action, or investigate the complaint is out of Breach's control. However, under good faith, since Breach filed the complaint, it is safe that the Board will follow their procedures to investigate complaints against doctors. Furthermore, Breach and several others have filed their Complaints with the Board initiating investigation of Hobbs' performance. *"Exhibit A"* is a true copy of the letter of inquiry to the Board requesting the status of the investigation. Breach will produce any results by the Board at trial or summary judgment. Because Dr. Hobbs has alleged that he has not been served with copies of several complaints that are filed against him, does not mean, that the Board is not investigating him, nor does it mean that the Board will not investigate him. It has not yet been confirmed, but through discovery and further investigation, whether Hobbs is currently under investigation, or will imminently be under investigation. The Board has a duty to investigate Breach's Complaint against him. This is not slander but a fact.

Furthermore, on **August 7, 2007** three others: *Gregory Daniels, AIS# 251627, Henry Helton, AIS# 149533,* and *Horace E. Flowers, AIS# 129237* also filed their complaints to

the Alabama State Board of Medical Examiners complaining about Hobbs treatment pertaining to hernias. *"Exhibits G, H, I,."*[3] +J "

On *October 2, 2007* **Antonie Loyde, AIS# 173960** filed a complaint with the Board of Medical Examiners complaining about Hobbs concerning his Hernia. *See Exhibit J".* Therefore, any and all allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and, Discovery will determine whether action was taken against Hobbs by the Board. Breach has not presented any false documentation nor slandered Hobbs names, these are legal facts.

## ISSUE B.

### BREACH MAINTAINS THAT DR. HOBBS PERFORMED SURGERY ON JACKIE MORROW RESULTING TO STAPH INFECTION, AND MORROW CATCHING GANGRENE FROM AN OPERATION BY HOBBS.

Breach's attached Declaration/Affidavit will expand that this past summer, Jackie Morrow personally spoke with Breach outside the prison hospital here at Limestone prison. Jackie Morrow personally explained to Breach that Dr. Hobbs did so conducted surgery on Morrow, and Morrow wanted a lawyer.

---

Breach cannot resubmit his copy of the Board of Examiners Complaint that was sent to the Court, [Doc. 137] due to cost of .50 cents per page photocopy at ADOC, and also, Gregory Daniels, AIS# 251627, but can produce the copy of the original at an evidentiary hearing as exhibits if necessary. Breach will seek alternative means to obtain these two copies.

Morrow personally stated to Breach that he told Hobbs that he did not want Hobbs to cut on him. Morrow stated, "Hobbs did not listen," and proceeded with an operation on his stomach at the prison hospital.

Morrow further personally stated to Breach, that "**Hobbs Messed Me Up**" also, Morrow stated to Breach that his stomach was "*smelling*" and "Hobbs poured sugar into his stomach," and ever since "Hobbs cut on him, [he] has been messed up."

Soon after, Breach was looking for Morrow, and learned that Morrow was sent to the hospital and had to undergo immediate surgery, also Breach learned that Morrow caught gangrene and staph infection soon after Hobbs did surgery on him in the same area the Hobbs performed this surgery.

Breach has personal information to the facts that Breach expressed unto the Court. Besides, Morrow as of *October 2, 2007* upon information and belief is still in the Huntsville Hospital, undergoing surgery, Breach has learned through creditable sources that Morrow may have permanent injuries and may have to wear a colostomy permanent. Morrow has an attorney diligently seeking litigation against Hobbs and PHS resolving around this single incident when Hobbs cut Morrow. Breach has not slandered Hobbs; PHS's attorney was present when Morrow's attorney came to Limestone to questioned Hobbs concerning this incident.

## *ISSUE C.*

## BREACH HAS NOT SUBMITTED ANY FALSE DOCUMENTS UNTO THIS COURT, FURTHERMORE, BREACH SUBMITS DECLARATIONS FROM OTHER INMATES WHO ARE NOT BEING SEEN BY PHS FOR MEDICAL SICK CALL REQUEST

May the Court take notice to the Record, directed to Breach submitting a motion entitled: *"Motion In Request For Leave To File Evidentiary Materials In Support Of Construed Motion To Consider All Factors In Addressing Plaintiff's Claims For Relief"* [Court Doc. 134] Breach submitted several sick call request and grievances as exhibits including Breach's Declaration.   However, Breach in further support thereof, Breach submits Affidavits from witnesses concerning the submission of several sick call request slips pertaining to his pain from his hernia.  Declarations from the following:

      a.      **Felix Snell, AIS# 153207,**      see, "Exhibit C.

      b.      **Antonio Loyde, AIS# 173960**      see, "Exhibit D"

      c.      **Edward Dubose, AIS# 194653,**      see, "Exhibit E"

      e.      **Gregory Daniels, AIS# 251627,**      see "Exhibit F"

The attached Declarations are Breach's witnesses that he has submitted the very sick calls, and grievances that counsel calls perjury because he cannot refute them, due to the facts and allegations in this Complaint alleging inadequate medical record keeping, and inadequate grievance procedures:  All Breach's sick calls and grievances are before the Court and all have been ignored requesting medical attentions for his hernia.

Morethanless, for the record, *"Exhibit B"* Breach submitted another "*Prison Health Services, Inc., Inmate Grievance APPELA* on <u>October 2, 2007</u> directed to Mrs. Hunt nurse administrator, at Limestone C.F., complaining about no pain medication as follows:  Breach brought with him Felix Snells to witness this event, because he knew this was come up and become a problem.  Thus, Felix Snell's Declaration attest to being <u>present</u> when submitting this grievance and several grievances and sick calls. Therefore, there is <u>absolutely no false documents</u> before this Court and counsel's attempt to slander, his attack is frivolous, his argument has not standing but is filed in bad faith because a jury will have to determine credibility over these sick calls and grievances.

## CONCLUSION

Breach <u>cannot believe</u> counsel has the audacity to say that this Court has bent over backwards in this case for Breach. Counsel cries that this Court will dismiss this case based on sanctions.   May the Court take reco.d as to how much fighting and perseverance Breach has had to endure seeking medical attention in this case.

The Eleventh Circuit <u>disagrees</u> with counsel's request. The Eleventh Circuit has held that while a district court has broad powers to impose sanctions for a party's failure to comply with court orders or the Federal Rules, dismissal of an action with prejudice is a "sanction of last resort, applicable only in extreme circumstances." *Hartline*, 693 F.2d @ 1352 (quoting  *EEOC v. First National bank*, 614 F.2d 1004, 1007 (5th Cir. 1980)).  Thus, dismissal, is generally reserved for cases of willful disobedience to court orders. *Natling*,

693 F.2d @ 1352; *Beckwith*, 146 Fed. Appx 368, 2005 WL 2012667 @ *3.  Breach has not

disobeyed any court orders, and Breach prosecutes this action in good faith.  Breach

request that this Court deny defendant's motion and proceed forward until the truth

comes out fully.

Done this 2 Day October 2007.

Marcellus Breach, AIS# 160710
Limestone C.F.
28779 Nick Davis Rd.

### CERTIFICATE OF SERVICE

I *MARCELLUS BREACH*, hereby certify that I have served a true copy of the foregoing
upon the following by U.S. Mail, First Class in a sealed envelope properly addressed
postage prepaid on this 5 Day of October 2007.

ALA. DOC. Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Marcellus Breach

Marcellus Breach (w/o)
Ventress C.F. P-19
28779 Nick Davis Rd.
Harvest, AL 35749

HUNTSVILLE AL 358

3 OCT 2007

Legal Mail

Office of the Clerk,
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711







*IN THE UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF ALABAMA*
*MIDDLE DIVISION*

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710 | * | |
| Plaintiff, | * | |
| Vs. | * | Case No: 2:06-cv-1133-MEF |
| PRISON HEALTH SERVICES, INC., Et al., | * | |
| Defendants. | * | |

### *DECLARATION/AFFIDAVIT OF MARCELLUS BREACH, AIS# 160710*

*MARCELLUS BREACH, AIS 160710,* being duly sworn, deposed and says on oath that the averments contained in the foregoing instrument are true to the best of his ability, information, knowledge and belief, as follows:

I am Marcellus Breach. I am the Plaintiff in this action. I am over the age of twenty-one. I make this Declaration in support of my Answer to the Defendant's request for sanctions and/or to strike.  I specifically identify and address allegations of false documents and state that it is untrue, and nothing more than an attack by counsel.

Retaliation falls also under <u>unfavorable treatment</u>. Since Breach has filed this lawsuit, he receives nothing more than unfavorable treatment from Defendants including ADOC is retaliation.  First, I went 18 months without any progress review when ADOC policy states progress review is every six (6) months.  Now again, I am going on seven

13

months no progress review. I have not killed anyone. I am a nonviolent offender. I have no disciplinarians, nor any current citations.    However,    defendants    are    retaliating against me through unfavorable treatment, **denial of any medical attention**. Now, defendants want to attack me because I am telling this Court the truth. I will tell the truth and the truth is as follows:

I state that on _August 5, 2007_ I filed a Complaint against Dr. William Hobbs, M.D., with the Alabama State Board of Medical Examiners requesting that they investigate Hobbs' treatment concerning my hernia and the treatment protocols at both PHS and ADOC. Furthermore, on _August 7, 2007_ three others: **Gregory Daniels, AIS# 251627**, **Henry Helton, AIS# 149533**, and **Horace E. Flowers, AIS# 129237** also filed their complaints to the Alabama State Board of Medical Examiners complaining about Hobbs treatment pertaining to hernias. (See attached)

On _October 2, 2007_ **Antonie Loyde, AIS# 173960** filed a complaint with the Board of Medical Examiners complaining about Hobbs concerning his Hernia. (See attached)

On _October 2, 2007_ I submitted another grievance complaint directly to Mrs. Hunt since she wants to speak falsely to the Court that I have not filed any grievances when the facts are she does not know, she was not present when I filed them. I am submitting witnesses who were present when I filed several sick calls, and grievances. On _October 2, 2007,_ complained as follows to Mrs. Hunt Nurse Administrator:

**" I've filed several sick calls, several grievances about the same problem. August 6, 2007, I requested pain medication, no attention. I**

have pain still for this Hernia, tired of complaining." See, *"Exhibit B"*[Court Doc. 134]

On *May 22, 2007* I filed a *"Prison Health Services, Inc., Sick Call Request"*

Complaining as follows:    [Court Doc. 134]

**"This morning I experienced unusual pain with my hernia. It's hard to describe, but I was having problems walking, I kept pressure on it, but every time I cough it hurt. Ibuprofen – no good for the pain."** [Court Doc. 134]

I was seen on April 30, 2007 the last date seen by Hobbs.  On *June 15, 2007* I submitted another *"Prison Health Services, Inc., "Sick Call Request"* complaining as follows:

**"I've filed several sick calls about pain – no response.  This is my third 3rd request about my hernia... pain."** [Court Doc. 134]

On *July 3, 2007* again I submitted a sick call complaining as follows:

"I need to see a doctor about my hernia.  Belt no good. Ibuprofen, no good problems. [Court Doc. 134]

On *July 14, 2007*, I submitted a **"Prison Health Services, Inc., Inmate Grievance Appeal**" stating as follows:

**"I've put in 4 – 5 sick calls to see Dr. Hobbs about pain due to my Hernia.  It is getting worse.  Now, You won't even answer a sick call."** [Court Doc. 134]

On *August 1, 2007* I submitted another *"Prison Health Services, Inc., Inmate Grievance Appea*l stating as follows:

*"I am tired of writing sick calls & grievances.  Dr. Hobbs is turning everyone away who has a hernia. I'm being denied "any" care at all." [Court Doc. 134]*

On *August 6, 2007,* I submitted another sick call request complaining that I have run out of pain medication. [Court Doc. 134]

This is not the first time this problem has been continuing. Medical Records will reflect on *April 25, 2006* I submitted a sick call complaining as follows:

**"I was told I'd see a doctor a month ago. I broke my back and ankle, re-injured back in January, Crestwood Hospital. I have a hernia and problems standing and bending. I have yet to see the doctor, why?" [Will submit upon a evidentiary hearing, but request slip is located in the medical records]**

On *May 4, 2005* I submitted a Prison Health Medical Complaint Form with a letter Complaint to Warden Billy Mitchem complaining of not seeing a doctor. [Also included in the medical records]

On *May 5, 2005* I submitted a sick call request complaining as follows: **"Why haven't I seen the doctor?" [Will submit at evidentiary hearing, no copies, but is included in the record]**

As stated on *October 2, 2007* I submitted another Grievance Appeal to Mrs. Hunt concerning no pain medication. Counsel, Mrs. Hunt and Dr. Hobbs are not telling the truth and are attempting to mislead the Court from allegations of inadequate medical record keeping and inadequate grievance procedures. I have done all that I can do. I submitted and exhausted every available avenue to get surgery. Ever since Hobbs has been added as a defendants, Defendants are retaliating because they won't see me nor address my sick call complaints.

This is my health at issue. If I was able to take care of myself, I would. I do not like to have to depend on the defendants for medical attention but I have no choice and today, my health is deteriorating because they refuse to provide to my the only remedy that will alleviate my pain and that is surgery.

There are no false documents in the record. There is no slander but facts, there is no perjury, and there are no false statements about Hobbs treatment concerning Jackie Morrow. Jackie Morrow told me personally that Hobbs messed him up. I have not fought this hard, this long, to waste anyone's time. **I am sick, tired, of fighting simply to get medical attention.**

I preserve to submit further evidence at summary judgment. I do not believe that I should be forced to submit all evidence at this stage. Defendants are attempting to make me produce evidence when it is not proper at this stage. I have absolutely no opposition

16

to this Court holding a hearing, I would love to bring several witnesses to Court who are having problems being seen by PHS medical pertaining to Hernias. I can produce at least five.

Sworn to under the Penalty of Perjury 28 U.S.C. 1746 this ⎵ Day of October 2007.

MARCELLUS BREACH 160710

SWORN TO AND SUBSCRIBED BEFORE ME THIS ⎵ DAY OF OCTOBER 2007.

NOTARY PUBLIC

MY COMMISSION EXPIRES: _____9-25-11_____

17

Exhibit
A

## MARCELLUS BREACH, AIS 160710

Limestone C.F. D-19
28779 Nick Davis Rd.
Harvest, Alabama 35749

*October 2, 2007*

ALABAMA STATE BOARD OF MEDICAL EXAMINERS
848 Washington Avenue (36104)
P.O. Box 946, Montgomery, Al 36101-0946

RE:    ***Investigation Request/ Medical Complaints Filed on Dr. Williams Hobbs, M.D.***

Dear Board of Examiners:

On *August 5, 2007* I submitted via- United States Mail ๅ *"Personal & Confidential"* Complaint requesting investigation of *Dr. Michael Robbins, M.D., Dr. Williams Hobbs, M.D.*, concerning their treatment of an "Inguinal Hernia".

Also, on *August 7, 2007* several more additional Complaints were mailed to this Office requesting investigation on Dr. Hobbs at Limestone Correctional Facility, Harvest, Alabama 35749.    The below mentioned names as complainants.

1.    **Henry Helton, AIS 149533**
2.    **Horace E. Flowers, AIS 129237**
3.    **Gregory Daniels, AIS 251627**
4.    **Marcellus Breach, AIS 160710**

Inmates are currently suffering pain from their untreated hernias.  Would you please advised as to the status to these Complaints.

Thank you,

Marcellus Breach

## Prison Health Services, Inc.

## Inmate Grievance **Appeal**

NAME: _Marcellus Breen_    AIS #: _161711_    UNIT: _D 13_    DATE: _11-2-07_

---

**PART A – INMATE Grievance Appeal for the following reason:**

_I've filed several sick calls, several grievances_
_about the same problem. Org. I, NOT_
_1 Requesting pain Medication in Attention_
_1 care from Staff for this_
_Handled front of corpering_

INMATE SIGNATURE

**Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.**

---

**PART B – RESPONSE**                    **DATE RECEIVED** _____

Inmate Signature _____

Date _____

Health Services Department Head _____

Date _____

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

**Committee Review of Data Collection**

11/03 – Alabama
Revised 5/16/05

_Exhibit_
_B_

*Exhibit C*

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

---

MARCELLUS BREACH, #160710          *

    Plaintiff,          *

Vs.          *          CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC.,          *
et al.,
    Defendants.          *

### *AFFIDAVIT/DECLARATION OF WITNESS FELIX SNELL AIS# 153207*

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### FELIX SNELL, AIS 153207
### Limestone C.F
### Harvest, Alabama 35749

Affiant in the above instrument, who after being duly sworn, deposed and says on oath that the averments in the foregoing are true to the best of his ability, information, knowledge and belief:

I am *Flix Snell, AIS# 153207*. I am over the age of twenty-one. I am a witness to the facts in dispute. I make this declaration in support that Marcellus BreachAntonio Loyde, AIS# 160710 has been denied medical attention since April 30, 2007.

As stated in my prior declaration in support of Mr. Breach's "***Application For Preliminary Injunction***" I know that Mr. Breach has a "Large Hernia". I know that he suffers many days having pain, and I know that he has submitted several sick calls requesting medical attention.

I state that as I witness that medical treatment provided by Dr. William Hobbs, I support the opinion, that Dr. Hobbs is a ***medical threat*** to a human being who suffers from a Hernia.  I am not a doctor, but, from what I have personally witnessed, seeing Marcellus having pain, and Dr. Hobbs doing absolutely noting, is worse than treating a dog!  <u>Hobbs has ignored Marcellus' pain.</u>

I have personally information because I am a witness that Marcellus Breach has and did so,  placed "<u>several</u>" sick calls, and grievances into the "Sick Call Box" located outside the prison hospital.

Marcellus asked me to come with him to be a witness that he was placing sick calls into the box.  I recall the date on *May 22, 2007* Marcellus placed a sick call into the box because the day or so before, he was having problems walking and was in pain.  Marcellus was not seen.

Also, I know that Marcellus has filed a law suit.  I am aware of the facts of this suit.  Also, I am aware that Dr. Hobbs, and the medical providers here at Limestone C.F., for a short period, stop seeing inmates who complained about hernias.

I also state that on *July 14, 2007*, *August 1, 2007* and *August 6, 2007* Marcellus Breach and I both walked to the sick call box and placed "***Prison Health Services, Inc., Inmate Grievances/Appeal***' and sick call request to medical.  Marcellus was not seen, nor did Marcellus receive any response back from medical.  Marcellus asked me to witness him placing the sick calls into the box because he told me, because of this lawsuit they have stopped treating me, and are denying him medication.  Marcellus also told me, that he believed they would try to hide, or throw away his sick calls and grievances and lie to the Court.

I have read Mrs. Hunts Affidavit in this case accusing that Marcellus has not filed sick calls, nor grievances.  <u>Mrs. Hunt is lying</u>.  Mrs. Hunt is only trying to conceal and

cover up her, and Dr. Hobbs' actions. Mrs. Hunts has absolutely no information pertaining to Marcellus filing, placing these sick calls and grievances into the box. Mrs Hunt was not personally present when Marcellus and I placed these sick calls and grievances into the box. Mrs. Hunt is lying! Marcellus followed procedures, placing the sick calls and grievances into the box is procedure. <u>Mrs. Hunt is not telling this Court the truth. Marcellus needs medical treatment, and Mrs. Hunt is only trying to keep him from receiving medical treatment.</u>

On <u>October 2, 2007</u> I personally walked with Marcellus to the hospital, and I signed my name on another "***Prison Health Services, Inc., Inmate Grievance APPEAL***". (see attached) The grievance is addressed to Mrs. Hunt. On the bottom right is my signature as witness. I state that Marcellus kept the pink copy for his receipt.

Marcellus did so in fact on all dates stated, and I know that he has repeatedly filed several sick calls, and grievances and I know for a fact that he has not been seen since April 30, 2007 and he has requested several times to be seen. I personally, after so many request to be seen by medical, would have given up. PHS medical providers are the worse medical providers I have seen. Inmates have to depend on them, and I think some of the employees are plain out evil. Marcellus has told the truth, and I will testify to this matter in the Court of law, under the penalty of perjury 28 U.S.C. 1746, this __Day of October 2007.

Affiant sayeth not.                     Under 28 U.S.C. 1746 penalty of perjury.

*Felix Snell*

FELIX SNELL, AIS 153207

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710                *

     Plaintiff,                           *

Vs.                                       *    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC.,            *
et al.,
     Defendants.                          *

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER and/or PRELIMINARY INJUNCTION

**FELIX SNELL, AIS# 153207** declares under the penalty of perjury 28 U.S.C. 1746 the following:

My name is _Felix Snell, AIS 153207_. I am over the age of twenty-one. I am a witness to the facts in dispute. I make this declaration in support of the medical condition that I witness today that Marcellus Breach is experiencing. I state that I am an inmate housed at Limestone Correctional facility, Harvest, Alabama and I sleep in the same dormitory as Marcellus and I also work with Marcellus on his job assignment.

I write this statement based on my personal knowledge. I am not a doctor, nor am I medically educated. I state that I know that Marcellus has a hernia. I have seen his hernia. It is located near his private area. The size of Marcellus' hernia is between a "baseball or a soft ball". Marcellus has many days since I have known him; he is in pain.

He has to lie down most of his days.    Marcellus tells me that the prison will not give him surgery.

I swear that the foregoing is true based upon my observation and personal knowledge under the penalty of perjury 28 U.S.C. 1746.    Notary    Public    is    not available at this time.

*Felix Snell*

Felix Snell AIS 153207
Limestone C.F.
Harvest, Alabama 35749



IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARCELLUS BREACH, #160710                    *

      Plaintiff,                               *

Vs.                                          *    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC.,                *
et al.,
      Defendants.                         *


### *AFFIDAVIT/DECLARATION OF WITNESS ANTONIO LOYDE  AIS # 173960*

      BEFORE ME, the undersigned Notary Public, personally came and appeared:

**ANTONIO LOYDE AIS, # 173960**
**Limestone C.F**
**Harvest, Alabama 35749**

      Affiant in the above instrument, who after being duly sworn, deposed and says on oath that the averments in the foregoing are true to the best of his ability, information, knowledge and belief:

      I am *Antonio Loyde, AIS, # 173960*.  I am over the age of twenty-one.  I am a witness to the facts in dispute.  I make this declaration in support that *Marcellus Breach AIS# 160710* has been denied medical attention by placing sick calls and grievances to the medial providers here  at Limestone C.F.

      I have a Hernia.  I did not have this Hernia upon incarceration being since 1999.  I do not know how I got this hernia, but I got it since incarceration.  I arrived at Limestone prison on or about July 2007 from another camp.

      I signed up for sick call to see Dr. Hobbs on or about <u>July 7, 2007</u>.  At that time, I learned that there was a lawsuit against him filed by Marcellus Breach.  I know that Marcellus has a hernia as well.  However, upon entry here at Limestone, I had to renew my profile.  I signed up requesting to be seen.  Dr. Hobbs **DID NOT** see me, and also denied to renew my work profile.

      On or about <u>July 8, 2007</u> again I resigned up for sick call.  <u>Again, I was not seen</u>. There is a pattern with Dr. Hobbs and the medial providers not screening sick calls

because I have not been seen, when requesting to be seen. I have not be issued any pain medication since here at Limestone, and I was left open for heavy work with this hernia. My hernia is in my stomach. It is painful. Basically, I gave up complaining to medical. They will not do anything. I do not have a truss or a belt.

I witness that upon signing up for sick call concerning hernias. I know that I was not seen by Hobbs. I have <u>never seen any doctor</u> here at Limestone prison concerning this hernia.

I further state that I am giving Prison Health Services, Inc., notice by Medical Release, to release my medical records to Marcellus Breach pertaining to this case. Also, I state that I am forwarding a Medical complaint to the Alabama Board of Medical Examiners requesting investigation of the medial treatment prescribed by Dr. Hobbs.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief and upon personal information. Done this 2 Day of October 20007.

Affiant sayeth not.

ANTONIO LOYDE 173960
Limestone C.F
28779 Nick Davis Rd.
Harvest, Alabama 35749

Exhibit E

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARCELLUS BREACH, #160710                          *

     Plaintiff,                                    *

Vs.                                                *    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC.,                      *
et al.,
     Defendants.                     *

## AFFIDAVIT/DECLARATION OF WITNESS EDWARD DUBOSE  AIS # 194653

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### EDWARD DUBOSE  AIS, # 194653
### Limestone C.F
### Harvest, Alabama 35749

Affiant in the above instrument, who after being duly sworn, deposed and says on oath that the averments in the foregoing are true to the best of his ability, information, knowledge and belief:

I am _Edward Dubose, AIS, # 194653_.  I am over the age of twenty-one.  I am a witness to the facts in dispute.  I make this declaration in support that Marcellus Breach AIS# 160710 has been denied medical attention by placing sick calls and grievances to the medial providers here  at Limestone C.F.

Each morning when Marcellus Breach is working his assigned job I speak to him because I work for the Captain here at Limestone.  I can recall several times Marcellus complaining about having pain, and having sick call request slips in his hand on his way to the hospital.  I also know that Marcellus has filed grievances.  On July 14 and August 6, 2007 I know for a fact that Marcellus placed his sick call slip or grievance into the sick

call box located at the hospital. I don't know what the grievances actually said, but I know Marcellus told me he was having pain, and was not being seen by medical. I state that Dr. Hobbs is a medical threat and the health care providers are terrible. Something needs to be done.

Sworn to and subscribed under the penalty of perjury 28 U.S.C. 1746 on this 2 Day of October 2007.

#194653

*Edward R. DuBose*

Edward Dubose 194653

Exhibit
F

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

---

MARCELLUS BREACH, AIS# 160710           *

     Plaintiff,                            *

Vs.                                     *       CASE NO: 2:06-CV-1133-MEF

PRISON HEALTH SERVICES, INC.,           *

     Defendants.                           *

*DECLARATION BY WITNESS GREGORY DANIELS, AIS# 251627
AS TO DENIAL OF BEING SEEN BY PHS MEDICAL PROVIDERS PERTAINING
TO SEVERAL SICK CALL REQUEST SLIPS, COMPLAINING ABOUT
HERNIA PAIN*

    <u>GREGORY DANIELS</u>, AIS#251627, after being duly sworn, deposed and says on oath that the avernments contained in the foregoing are true and correct to the best of his ability, information, knowledge and belief, and declares under the penalty of perjury 28 U.S.C. 1746 as treating as an affidavit the following:

    My name is *Gregory Daniels*, AIS# 251627. I am over the age of twenty-one. I am familiar with the facts surrounding a issue concerning Dr. Williams Hobbs, and PHS medical providers. I have given permission to Marcellus Breach, AIS# 160710 release to obtain my medical records from Prison Health Services, Inc., to review my Hernia and submit my records as evidence in this case to support a custom, practice, policy of not repairing Hernias unless the hernia is incarcerated, or into the scrotum. (See attached HIPA Authorization, and Medical Release)

    I state that I have personal knowledge concerning "Sick Calls Requests" and "Grievances" that are filed, submitted to PHS here at Limestone C.F.

    As attached, the Court will notice that this particular sick call was received by PHS on *September 6, 2007*. However, the "Date of Request" is an error, because I actually put the wrong month being August, when in fact the correct date that I submitted this particular sick call was on <u>September 5, 2007</u>.[1]

---

[1] The 8/5/07 date on the sick calls request is error. I put the wrong month. The correct month is September, 5, 2007.

Also, the Court will note that there is a letter of complaint submitted to Warden Billy D. Mitchim complaining that PHS, Dr. Hobbs will not examine me, nor screen my sick call request slips.

I state that I submitted this sick call on September 5, 2007 and I was not seen. Dr. Hobbs answered this complaint to Warden Mitchim, and stated that he saw me on August 7, 2007 which is correct. However, this sick call was for September 5, 2007.

I state that I have two hernia that are painful. I also state that I also have submitted several sick calls since August 7, 2007 complaining about pain. PHS will not and has not seen me.

I state that in my opinion, ever since Hobbs has been added as a Defendant in Marcellus Breach's law suit, I also have and still have problems not being seen by Hobbs or medical personnel being PHS.

I know that I have submitted at least three sick calls and at least two grievances, and I have not been seen, nor have ANY grievance been addressed by medical, or returned to me since September, or August 2007.

I have personal knowledge that sick calls, grievances filed depending on the complaint, e.g., Hernias, are not being addressed in my case. I was only seen by Hobbs once. I requested at least three other sick calls, and have not been seen.

Affiant sayeth not under the penalty of perjury 28 U.S.C. 1746 on this 30 Day of September 2007.

Gregory Daniels #251627

IN THE WARDEN'S OFFICE OF LIMESTONE CORRECTIONAL FACILITY
HARVEST, ALABAMA

September 5, 2007

TO:      WARDEN BILLY MITCHEM
FROM:    GREGORY DANIELS, AIS # 251627
         DORM: H BED- 3B


    IN RE:    COMPLAINT AGAINST MEDICAL, PHS
              **INGUINAL HERNIA**/ WORKING MANUEL LABOR

DEAR MR. MITCHEM:

This letter and written Complaint is requesting your assistance
in a matter that I am confident you will not allow, if it is
brought to your attention.

I have two inguinal hernias.  I have to put in at least two sick-
call back to back complaints just to be seen.  However, I was
seen once by nurse practitioner complaining about 'burning pain'
which means medically the muscles are tearing which will cause
the hernia to enlarge. I had to file a grievance just to be seen
by the doctor.

Secondly, on or about August 2007, I did so, submitted another
sick call and grievance complaint due to my hernia:  PHS will not
see me.  A totally of four or more sick calls have been filled
out, requesting to be seen by medical, and I am currently being
denied being seen due to this hernia.

Thirdly, I have been assigned "Farm Squad #8" since my admittance
here at Limestone.  I have been checking out.  Due to my
experiencing pain because of this hernia, I was told by the nurse
practitioner to "put a ice pack on it"

In regards to my burning pain; I am having problems performing
my prison job which requires long standing, bending, lifting in
which I cannot lift heavy objects, I have a hernia. I experience
this pain while working on the farm: reiterated, I cannot do
heavy lifting because it will endanger my hernia.

My Complaint is Mrs. Moore has been working with me as best as
she can. She has been kind enough to enlarge the time for my stop
up until I can get back to see Medical.  I did signed up again;
but, medical will not see me in regards to this Hernia.

I spoke again with Mrs. Moore she gave me another stop up until September 17, 2007.  I have again signed up for sick call today, September 5, 2007.

Mr. Mitchem it is very unfair and wrong to be denied being seen by medical pertaining to pain, and a hernia that will not heal on its own, surgery is the ONLY cure. My hernia is "large" and painful.  I cannot and I have problems walking, while working on the farm.  Medical needs to do something, but they will not see me nor address this pain. I am asking for your assistance, I have done all that I can to resolve this matter.  Dr. Hobbs did not provide a profile of heavy lifting which is <u>their policy pertaining to Hernias.</u>  I request your assistance.

I thank you for your time, attention and assistance with this matter.  I ask that you handle this because I know that you can.

    Sworn to under the penalty of perjury 28 U.S.C. 1746 on this 5th Day of September 2007.

                        _Gregory Daniel_____
                        Daniel Gregory, AIS 251627
                        Dorm: H Bed 3b


Hand Mail placed into Sick Call box for service upon PHS, mail box to Mr. Mitchem, and Mrs. Moore.
CC:
PHS MEDICAL DIRECTOR
WARDEN MITCHEM
ICS OFFICER MRS. MOORE



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**



RECEIVED
SEP 0 6 2007

Print Name: _Gregory Daniels_     Date of Request: _8/5/07_
ID # _251627_     Date of Birth: _4-6-76_   Location: _H3B_
Nature of problem or request: _This is my 2nd request to_
_be seen about pain Hernia._

_Gregory Daniels_
                Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

┌─────────────────────────────┐
│        RECEIVED │
│ Date: │
│ Time: │
│ Receiving Nurse Intials _____ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   **(V/S):** **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                               CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
            Was MD/PA on call notified:   Yes ( )     No ( )

_Copy_
_Warden Mitchem._

_____
                       *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*Exhibit G*

ALABAMA STATE BOARD OF MEDICAL EXAMINERS
848 Washington Avenue (36104)
PO Box 946, Montgomery, AL 36101-0946

## PERSONAL & CONFIDENTIAL
### MEMORANDUM OF COMPLAINT
*Please type or use black ink*

Your Name:   **Henry Helton, AIS # 149533**

Home address:        28779 Nick Davis Rd. Limestone C.F., Harvest, Al 35749

Work Address:        N/A

Home Phone No:       N/A              Work Phone No:       N/A/

Patient's Name:      Self

Patient's Date of Birth: <u>10-27-1968</u>        Patient's Social Security No: <u>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</u>

Name and Address of the MD(s) or DO(s):   Medical   Director   Dr.   William   Hobbs,   M.D.,   @
Limestone C.F., 28779 Nick Davis Rd.  Harvest, Alabama 35749

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
State exactly what the doctor has done or has not done which causes you to make this report.
Include, as must details as you have and include photocopies of any supporting documents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ABDOMINAL HERNIAS[1]

I have three Large Abdominal Hernias.  I did not have these Hernias before my incarceration.  My
stomach is the size of a "**Human Head**".  The Medical Director who has not done anything for me
has seen me.  I have pain especially when coughing, sneezing and I have to learn forward and
applying pressure to my stomach when having bowel movements.

The doctor has not prescribed any pain medication.  The doctor has not recommended that I be seen
by a outside specialist in surgical repair of hernias.  My condition is worsening and basically the
doctor will absolutely do nothing concerning surgery.  I have complained about pain over and over
and the doctor will not do anything. I believe that I have an Incisional Hernia, Epigastric Hernia.
They are very large.

---

[1] Medical Records from PHS, Prison Health Services, Inc., will reflect my hernias.  Release is attached.

1

I know for a fact that there is no treatment for a hernia and that surgery is the only way to sure the defect. However, I have three ( 3) hernias in my stomach that are getting worse and this doctor will not do anything medically concerning my pain and suffering.

I swear that the foregoing is true and correct under the penalty of perjury 28 U.S.C. 1746 self notary.

149533

Henry Helton AIS 149533
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

2

## ALABAMA BOARD OF MEDICAL EXAMINERS
## AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, **Henry Helton, AIS # 149533**, hereby authorize Prison Health Services, Inc., at Limestone Correctional Facility @ 28779 Nick Davis Rd., Harvest, Alabama 35749 to disclose the following protected health information to the Alabama State Board of Medical Examiners, a health oversight of the State of Alabama.

    (1)    Complete Medical Records of patient, **Henry Helton, AIS# 149533** including, but not limited to any and all medical reports/charts, including reports of treatment for substance abuse, Psychiatric/Psychological care, laboratory reports, x-rays, progress notes, nursing notes, computer reports/charts, prescriptions, audio tapes, or clinical abstracts which may have been made or prepared pursuant to, or in connection with, any examination(s), test(s) or, evaluation(s) of the undersigned.

    (2)    Other Documents as Specified: Complete Medical Records pertaining to diagnoses of Hernia.

This protected health information is being used and/or disclosed for the following purpose(s):

    (1)    Investigation by the Board of complaints concerning medical treatments or conduct.

    (2)    Other (specific)   requesting the Board to investigate the treating doctor's recommendation, being Dr. Hobbs, M.D., the Medical Director at PHS for Limestone C.F., treatment protocols concerning Hernias and ascertain why surgery is not recommended until the hernia is either incarcerated, strangulated or into the scrotum, per ADOC written policy.

    (3)    Investigate the standard of care used by Dr. Hobbs, M.D., pertaining to Hernias.

I understand that the protected health information released to the Board of Medical Examiners may be subjected to re-disclosure in accordance with state law and the regulation of the Board.

This authorization shall be in force and effect until:

    (1)    Date (specify) completion of the Boards investigation or, final disposition of any civil action in any Court of the State or the United States pertaining to conduct of the medical providers and their employees.

    (2)    Until the conclusion of the Board's investigation, at which time this authorization to use or disclose this protected health information expiries.

I understand that I have the right to revoke this authorization, in writing, at any time by sending such written notification to Prison Health Services, Inc., or the Board. I understand that a revocation is not effective to the extent that Prison Health Services, Inc., has relied on the use or disclosure of the protected health information. I understand that information used or disclosed

3

pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law.

I understand that I have the right to refuse to sign this authorization.

A photocopy of this authorization will be valid as an original thereof.

**Henry Helton AIS # 149533**                    Henry Helton _Henry Helton_
                                                 (Print name of Patient or Personal Representative)

Date: August 7, 2007  Date of Birth: 10-27-68

                                                 _____
                                                 (Relationship to Patient)

*******************************Official Use Only *************************

The Alabama Board of Medical Examiners, P.O. Box 946, Montgomery, AL 36101-0946
Telephone: 1-800-227-2606

                                        Investigator:_____

4

*Exhibit H*

## ALABAMA STATE BOARD OF MEDICAL EXAMINERS
### 848 Washington Avenue (36104)
### PO Box 946, Montgomery, AL 36101-0946

## PERSONAL & CONFIDENTIAL
### MEMORANDUM OF COMPLAINT
*Please type or use black ink*

Your Name:    **HORACE E. FLOWERS, AIS # 129237**

Home address:       28779 Nick Davis Rd. Limestone C.F., Harvest, AL 35749

Work Address:       N/A

Home Phone No:      N/A            Work Phone No:      N/A/

Patient's Name:     Self

Patient's Date of Birth: 2-4-59        Patient's Social Security No: 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

Name and Address of the MD(s) or DO(s):   Medical Director Dr. William Hobbs, M.D., @ Limestone C.F., 28779 Nick Davis Rd. Harvest, Alabama 35749

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

State exactly what the doctor has done or has not done which causes you to make this report.
Include, as must details as you have and include photocopies of any supporting documents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## INGUINAL HERNIA: [1]

I have a Large Inguinal Hernia.  I have requested surgery.  Also, this complain is it appears that the Medical Director here at Limestone C.F., for the medical providers Prison Health Services, Inc., (PHS) recently has been turning myself, and several other human beings away who are complaining about Hernias.  Meaning, Dr. Hobbs, M.D., will not conduct an examination them ever since a lawsuit has been placed on him.

I have problems when I cough, sneeze, bowel movements, long standing.  My hernia comes out, and I am in pain.  I have not been prescribed any pain medication.  I have a hernia belt that is only for temporary use, however, it does not work.  I am in pain and I cannot get anything done and Dr. Hobbs will not see me for absolutely no reason.

---

[1] Medical Records from PHS, Prison Health Services, Inc., will reflect my hernias.  Release is attached.

1

I know that medically a hernia cannot be treated, surgery is the only cure. Nevertheless, Dr. Hobbs, M.D., appears to want to save money and allow suffering to have be endured because my hernia is very painful.

I have been trying to see Dr. Hobbs, M.D., for a while. The nurse stated on August 1, 2007 I would be seen. Moreover, I have personal knowledge that Dr. Hobbs concerning any hernia is not seeing inmates. I know of three inmates who I do desire to disclose their name at this time. Today, I still have not seen the doctor and I am in pain, <u>without pain medication.</u>

I swear that the foregoing is true and correct under the penalty of perjury 28 U.S.C. 1746 self notary.

Horace E. Flowers AIS 129237
Limestone C.F.  Dorm D
28779 Nick Davis Rd.
Harvest, Alabama 35749

2

Exhibit I

## ALABAMA BOARD OF MEDICAL EXAMINERS
## AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

**I, Horace** E. Flowers, **AIS # 129237**, hereby authorize Prison Health Services, Inc., at Limestone Correctional Facility *(a* 28779 Nick Davis Rd., Harvest, Alabama 35749 to disclose the following protected health information to the Alabama State Board of Medical Examiners, a health oversight of the State of Alabama.

(1)     Complete Medical Records of patient, Horace E. Flowers, **AIS# 129237** including, but not limited to any and all medical reports/charts, including reports of treatment for substance abuse, Psychiatric/Psychological care, laboratory reports, x-rays, progress notes, nursing notes, computer reports/charts, prescriptions, audio tapes, or clinical abstracts which may have been made or prepared pursuant to, or in connection with, any examination(s), test(s) or, evaluation(s) of the undersigned.

(2)     Other Documents as Specified: Complete Medical Records pertaining to diagnoses of Hernia.

This protected health information is being used and/or disclosed for the following purpose(s):

(1)     Investigation by the Board of complaints concerning medical treatments or conduct.

(2)     Other (specific)    requesting the Board to investigate the treating doctor's recommendation, being Dr. Hobbs, M.D., the Medical Director at PHS for Limestone C.F., treatment protocols concerning Hernias and ascertain why surgery is not recommended until the hernia is either incarcerated, strangulated or into the scrotum, per ADOC written policy.

(3)     Investigate the standard of care used by Dr. Hobbs, M.D., pertaining to Hernias.

I understand that the protected health information released to the Board of Medical Examiners may be subjected to re-disclosure in accordance with state law and the regulation of the Board.

This authorization shall be in force and effect until:

(1)     Date (specify) completion of the Boards investigation or, final disposition of any civil action in any Court of the State or the United States pertaining to conduct of the medical providers and their employees.

(2)     Until the conclusion of the Board's investigation, at which time this authorization to use or disclose this protected health information expires.

I understand that I have the right to revoke this authorization, in writing, at any time by sending such written notification to Prison Health Services, Inc., or the Board. I understand that a revocation is not effective to the extent that Prison Health Services, Inc., has relied on the use or

3

disclosure of the protected health information. I understand that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law.

I understand that I have the right to refuse to sign this authorization.

A photocopy of this authorization will be valid as an original thereof.

Horace E. Flowers, AIS # 129237
Representative)

Horace E. Flowers _Horace E Flowers_
(Print name of Patient or Personal

Date: **August 7, 2007** Date of Birth: **2-4-59**

_____
(Relationship to Patient)

*****************************Official Use Only *************************

The Alabama Board of Medical Examiners, P.O. Box 946, Montgomery, AL 36101-0946
Telephone: 1-800-227-2606

Investigator:_____

4

Exhibit
J

ALABAMA STATE BOARD OF MEDICAL EXAMINERS
848 Washington Avenue  36104)
P.O. Box 946, Montgomery, Al  36101-0946

## **PERSONAL & CONFIDENTIAL**
### *MEMORANDUM OF COMPLAINT*
*Please type or use black ink*

Your Name:   **Antonie Loyde, AIS # 173960**

Home Address:        28779 Nick Davis Rd. Limestone C.F., Harvest, Alabama 35749

Work Address:        N/A

Home Phone NO:        N/A          Work Phone No:        N/A

Patient's Name:        Self

Patient's Date of Birth: 1-26-74          Patient's Social Security No.: 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

Name and Address of the MD(s) or DO(s):   Medical Director, Dr. William Hobbs, M.D., @
Limestone C.F., 28779 Nick Davis Rd. Harvest, Alabama 35749

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
State exactly what the doctor has done or has not done which causes you to make this report.
Include, as much details as you have and include photocopies of any supporting documents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
HERNIA:

I have a hernia in my stomach that causes pain. I have signed up to see Dr. Hobbs several times
and he ignores the request.  I need to have surgery and Dr. Hobbs will not even see me since on or
about July 7, 2007.

I swear that the foregoing is true and correct under the penalty of perjury 28 U.S.C. 1746 on this
2 Day of October 2007.

*Antonio Loyde*
Antonio Loyde 173960
Limestone C.F. dorm D
28779 Nick Davis Rd.
Harvest, Alabama 35749

## ALABAMA BOARD OF MEDICAL EXAMINERS
## AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

     I, **ANTONIO LOYDE, Ais# 173960**, hereby authorize **Prison Health Services, Inc.**, at Limestone Correctional Facility 28779 Nick Davis Rd. Harvest, Alabama 35749, to disclose the following protected health information to the Alabama State Board of Medical Examiners, a health oversight of the State of Alabama.

    (1)    Complete Medical Record of patient, **Antonio Loyde, Ais # 173960** including, but not limited to any and all medical reports/charts, including reports of treatment for substance abuse, Psychiatric/Psychological care, laboratory reports, x-rays, progress notes, nursing notes, computer reports/charts, prescriptions, audio tapes, or clinical abstracts which may have been made or prepared pursuant to, or in connection with, any examination(s), test(s) or, evaluation(s) of the undersigned.

    (2)    All of any doctors employed by Prison Health Services, Inc., with the Alabama Department of Corrections, reports and recommendations. All and any of nurse practitioner notes and recommendations, and Dr. Hobbs, M.D., notes and recommendations.

This protected health information is being used and/or disclosed for the following purpose(s):

    (1)    Investigation by the Board of complaints concerning medical treatments or conduct.

    (2)    Other (specify) **requesting Board to Investigate both the Alabama Department of Corrections and Prison Health Services, Inc., treatment protocols pertaining to Hernias.**

    (3)    Requesting the Board to Investigate <u>Dr. William Hobbs, M.D.</u>, treatment concerning Hernia(s) for Antonio Loyde and all inmates at Limestone C.F., and Investigate Dr. William Hobbs, treatment.

    (4)    Investigate when medically it is clearly known that surgery is the only way to relieve my suffering and pain, as to why Dr. Hobbs M.D., decided that surgery is not necessary when I have a Large Hernia knowing the possibility of incarceration, and why Dr. Hobbs, M.D., decided that he rather wait until my hernia is incarcerated and strangulated or into the scrotum to rush me to the emergency room for surgery.

I understand that the protected health information released to the Board of Medical Examiners may be subject to re-disclosure in accordance with state law and the regulation of the Board.

This authorization shall be in force and effect until:

    (1)    Date (specify) completion of the Boards investigation or, final disposition of civil litigation in the United States District Court for the Middle Division of Alabama Case No: <u>2:06-cv-1133MEF Marcellus Breach v. Prison Health Services, Inc., et al</u>

(2)    Until the conclusion of the Board's investigation, at which time this authorization to use or disclose this protected health information expiries.

I understand that I have the right to revoke this authorization, in writing, at any time by sending such written notification to Prison Health Services, Inc... I understand that a revocation is not effective to the extent that Prison Health Services, Inc., has relied on the use or disclosure of the protected health information. I understand that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law.

I understand that I have the right to refuse to sign this authorization.

A photocopy of this authorization will be valid as an original thereof.

_Antonio Loyle_                          Antonio Loyde _____
Antonio Loyde                            (Print name of Patient or Personal Representative)

Date: October 2, 2007        Date of Birth: _1-26-74_  _____
                                                     (Relationship to Patient)

*********************************Official Use Only**************************

The Alabama Board of Medical Examiners, P.O. Box 946, Montgomery, AL 36101-0946
Telephone: 1-800-227-2606

                              Investigator._____