IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to strike filed by the medical defendants on September 21, 2007 (Court Doc. No. 146), and in light of the response filed by the plaintiff on October 5, 2007 (Court Doc. No. 158), it is

ORDERED that the motion to strike (Court Doc. No. 146) be and is hereby DENIED. The parties are advised that at the appropriate time the court will determine the relevancy and admissibility of all documents/statements submitted by each party in accordance with the directives of the Federal Rules of Civil Procedure.

Done this 9th day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE