# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

2007 OCT -9  A 10: 03

A P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARCELLUS BREACH, #160710          *

              Plaintiff,          *

                        *          CASE NO: 2:06-cv-1133-MEF

Vs.

                        *

PRISON HEALTH SERVICES, INC.,     et al.,
                        *

            Defendants.

## *MOTION TO STRIKE, SUPPLEMENTAL AFFIDAVIT OF DEFENDANT LINDA LAWRENCE, H.S.A., and/or STRIKE PORTIONS AND, REQUEST FOR SUA SPONTA SANCTIONS, EVIDENTIARY HEARING*

**COMES NOW,** Plaintiff Marcellus Breach (hereinafter "Breach") in proper person "Pro Se," moves this Court pursuant to Rule 12(f) and 56(e), Federal Rules of Civil Procedures, to "Strike" the Exhibit "E" Supplemental Affidavit by Defendant Linda Lawrence in the Defendant's "Supplemental Special Report" and all defenses relying solely on this Affidavit due to her Affidavit being nothing more than a "Sham Affidavit", and inherited as unreliable due to prior the Affidavit submitted as perjury: Breach will prove that Counsel for PHS has concealed medical records from South Louisiana Correctional Center, ("SLCS"), from December 27, 2006 through July 13, 2007; if counsel had not have concealed such records, Breach's case probably would not have been dismissed: in support of this motion, Breach shows as follows:

1

1)      Breach submits this request in conjunction with his prior motion filed on *October 4, 2007,* entitled: "*Renewed – Motion To Strike Affidavit Of Defendant Linda Lawrence, R.N., H.S.A.,* clearly showing by the evidence of his signature on the "*Prison Health Services, Inmate Informal Grievance"* filed on 10/11/06 received and signed by Linda Lawrence on 10/17/06 when she clearly committed perjury via-Affidavit submitted by counsel, intentionally misrepresenting facts, fraud upon the Court and arguing frivolous defenses, this "supplemental Affidavit from Linda Lawrence is also due to be stricken from the record as follows:

2)      On July 13, 2007, counsel submitted his "*Supplemental Special Report*" as ordered and directed by this Court raising the defense of failure to comply with internal grievance procedures in place at Kilby Correctional Facility, relying solely again, on their attached *Exhibit "F"* – Affidavit of Linda Lawrence" is also requested to be stricken as perjury from the Record and her participation in concealing evidence, fraud, misrepresentation.

3)      May this Court take notice to Breach's "*Supplemental Complaint*" adding Defendants *Dr. George Lyrene, M.D.*, *Dr. Michael, M.D.*, and Nurse Practitioner B. Adams, wherein, Breach specifically addressed his exhaustion of grievance procedures, and specifically identified the Informal Grievance, that Linda Lawrence swore under oath, Breach did not file. [See, *Supplemental Complaint* , Court Doc. ?]

4)    Linda Lawrence's Affidavit is unreliable.  Ms. Lawrence in her *July 13, 2007,* Defendant's *Exhibit "E"* "*Supplemental Special Report*" is due to be stricken from the record because Ms. Lawrence's Affidavit supports that defendants have concealed evidence from this Court, committed misrepresentation, and fraud.   Breach will identify as outlined, the facts as follows:

The First portion of Ms. Lawrence Affidavit is due to be stricken due to fraud, concealing evidence, and misrepresentation is Defendant's *Exhibit "E"* of this *July 13, 2007 Supplemental Special Report*: Affidavit Linda Lawrence states:

**" I requested and received copies of Mr. Breach's file from South Louisiana Correctional Center which were generated while he was incarcerated at this facility.  I have reviewed my file in regards to any "Offender Grievance" forms filed by Mr. Breach while he was incarcerated in the State of Louisiana and my file does not contain any such forms.  Mr. Breach was incarcerated in Louisiana from March 16, 2006 through October 6, 2006.** See also, Exhibits, " F, G "

*POINT A.*

On *December 22, 2006,* Breach filed this civil action § 1983 Complaint wherein this Court adopted in part the facts as alleged in the original complain as follows:

**"In the present civil action, Breach complains that he has been denied necessary surgery for a left inguinal hernia.  Breach asserts that the hernia "at times ... is not 'easily reducible' and is painful ... My hernia can rupture, possible strangulation at 'any' time.   I cannot exercise, lift weight ... participate in 'any' rehabilitative programs ... because of this hernia." Plaintiff's February 13, 2007 Response  -- Court Doc. No. 23 @ 5-6. Breach maintains that on March 21, 2006 Dr. John A. Tassin, a physician at the private prison in Louisiana to which he had been transferred by the Alabama Department of Corrections, prepared "a 'doctor report' and recommendation ... that plaintiff's inguinal hernia 'needs repair.' ... [O]n 7-12-2006 the Alabama Department of** Correction's  Commissioner's  Officer  [through]

**defendant Ruth Naglich 'denied' approval of costs for plaintiff to receive surgery as recommended ..." Plaintiff's Complaint – Court Doc. No. 1 @ 7. [See, February 23, 2007 "Order and Recommendation of the Magistrate Judge".**

<u>December 27, 2006</u> attached, Exhibit "<u>*A*</u>" Breach signed the PHS Medical Release. Defendants <u>had the medical records</u>, <u>never produced them</u> when filing their Answer to this Court's initial order. The <u>issue</u> before the Court was on 3-21-06, **Dr. John A. Tassin's** recommendation that Breach's <u>inguinal hernia "Needs Repair"</u>.    The defendants <u>concealed</u> the records, this Court <u>never once</u>, saw any records from Louisiana, concerning <u>Tassin's recommendation</u> and dismissed Breach's lawsuit. But, <u>*July 13, 2007*</u> some <u>five months</u> later counsel has submitted <u>very little</u> of the medical records from Louisiana, but, clouds this Court with PHS's medical records which most of it is not relevant.

<u>*First,*</u> Ms. Lawrence, on <u>*February 13, 2007*</u> her "<u>first</u>" Affidavit "<u>never once</u>" mentioned to this Court that " <u>I requested and received copies</u> of Mr. Breach's file from South Louisiana Correctional Center which were generated while he was incarcerated at this facility. " Id.

**Secondly**, she lied, about Breach never filed a Informal Grievance, when this Court already has the very grievance before it, Exhibit *B* , with her signature on it, is perjury, misrepresentation fact, fraud.

***Thirdly,*** Exhibit "<u>*A*</u>", attached, is the "**Prison Health Services, Inc., Authorization of Release of Information**" that was signed by Breach releasing authorization to PHS

4

employee, nurse <u>Lorraine Graves</u>, on *Decei 1b 'r 27, 2006*, some five (5) days after Breach

filed this suit, addressed to *Dr. John A. Tassin* @ South Louisiana Correctional Center,

3842 Stagg Rd., Basile, Louisiana. [1] Ms. Lawrence in her supplemental Affidavit, <u>admits</u>

that she (i) "<u>I requested and received copies of Mr. Breach's file from South Louisiana</u>

<u>Correctional Center</u> which were generated while he was incarcerated at this facility;" id

@ p.1,2   (ii) "<u>I **reviewed** my file in regards to any "Offender Grievance</u>" forms filed by

Mr. Breach while he was incarcerated in the State of Louisiana and <u>my file does not</u>

contain <u>any</u> such forms.  Mr. Breach was incarcerated in Louisiana from <u>March 16, 2006</u>

through <u>October 6, 2006</u>." id @ p.2   See, Exhibits, "F, G"

    [2]*Fourth*, this Court issued an *Order on January 10, 2007 – Court Doc. No. 8* "directing

counsel for the named defendants to <u>provide information relevant [Louisiana Medical</u>

<u>Records, Dr. Tassin's recommendation</u>] to the disposition of Breach's application for

leave to proceed *in forma pauperis*."Counsel filed responses in compliance with this order,

including affidavits from medical personnel and <u>copies of Breach's medical records, [no</u>

<u>medical records from Louisiana</u>] <u>which specifically refut[ed]</u> the allegation made by

---

[1] WHERE ARE THE MEDICAL RECORDS LAWRENCE RECEIVED IN DECEMBER 2006 THAT COUNSEL CONCEALED FROM THIS COURT?

[2] Lawrence admitted she reviewed the medical records from Louisiana on July 13, 2007 Supplemental Affidavit. She never mentioned she medical records, on February 13, 2007 first Affidavit. However, the question is "WHY DIDN'T COUNSEL PRODUCE THESE MEDICAL RECORDS FROM LOUISIANA TO THIS COURT AT THE OUTSET OF THIS FILING, AND COURT ORDER? COUNSEL WITHHELD THE RECORDS.  Breach signed a medical release on December 27, 2007 Exhibit __A__, Lawrence admits she reviewed the file, where are the RECORDS!

Breach that he has been denied necessary medical treatment." id. @ p.3, ¶ 2 See, Order

Magistrate Judge." <u>Because counsel concealed the records, injured Breach's case.</u>

    **Fifth,** once Breach debunked Ms. Lawrence in his Supplement Complaint, stating

that <u>he did so file an informal grievance to Ms. Lawrence</u>, quoting her response, then,

counsel had time to try to clean up his mess by filing an "*Supplemental Answer*" on <u>July</u>

<u>13, 2007</u> and Ms. Lawrence attempting to cover up her lies states:

    "**<u>I did receive Mr. Breach's "Inmate Informal Grievance" which he filed</u>**

**on October 11, 2006 and I did respond to this grievance on October 17, 2006**.

Id. @ 2, ¶ 2 Defendant's Exhibit "E" Supp. Special Report".

    Ms. Lawrence again, lies in her <u>July 13, 2007</u> Affidavit stating:

    " With respect to Mr. Breach's allegations that he filed a Grievance Complaint to

me personally on <u>November 7, 2007</u>, I do not recall ever receiving such a complaint.

However, in reviewing our records, I notice that we do in fact have two-handwritten

complaints direct to me from Mr. Breach and both are dated *November 7, 2006*.   These

complaints are not prepared on the appropriate Prison Health Services forms and Mr.

Breach did not follow the PHS procedures for identifying and addressing inmate

grievance at Kilby Correctional Facility".  Counsel has attached these four (4) grievance

complaints as *<u>Exhibit "F"</u>* Defendant's *<u>Supp. Special Report</u>*".  However, Exhibits "<u>**C, D**</u> ",

again, have been concealed, and are the <u>identical</u> "***Prison Health Services Inmate***

***Informal Grievance,*** filed on <u>11-7-2006</u> and "***Prison Health Services, Inc., Inmate***

*Grievance Appeal"* filed on <u>11-7-2006</u> filed by Breach <u>directly to Linda Lawrence</u>.
Nevertheless, due to the fact, Breach's Complaints challenged the defendants
**"Inadequate Medical Record Keeping,"** and "Inadequate Grievance Procedures" in both
his original *Complaint, Supplemental Complaint,* the question is, why hasn't counsel
submitted all grievances, complaints to this Court?     May the Court be mindful, counsel
and Lawrence<u>, swore through his pleadings, and affidavit</u> [*Rule 11,* Fed. R. Civ. P.,] that
Breach **never submitted any grievances**, then <u>five (5) months later</u>, say, oh! yes, he did
submit the grievance, but, they are not on proper form while still withholding the proper
formed grievances from the Court. Exhibits <u>C, D</u> and still <u>concealing the Louisiana</u>
<u>medical record</u>s, that will <u>show</u>, ADOC <u>actively involved</u> in <u>denying Breach surgery</u>, and
<u>dental.</u> See, Exhibits "<u>E, G, H</u>".

## POINT B

What is so interesting about Lawrence is that she is caught in her lies.  Lawrence
states in her <u>July 13, 2007,</u> Affidavit: (i) ***she received Breach's medical records, from South***
***Louisiana Correctional Center,*** [<u>December 27, 2006</u> Breach signed a medical release for
PHS to get whatever records they did not have, but **counsel never once** produced the
medical records, when Lawrence admits she reviewed them, before February 14, 2007
when they filed their Answer, is fraud, misrepresentation, concealing evidence]; (ii) "I
have reviewed my file in regards to any "Offender Grievance" forms filed by Mr. Breach

while he was in the State of Louisiana and my file does not contain any such forms. Mr.

Breach was incarcerated in Louisiana from March 16, 2006 through October 6, 2006.

[3]Before this Court is pending an *"Renewed – Application for a Perliminary*

*Injunction".*  Breach submitted 22- *LCS, Corrections Services, Inc.,* **Offender Request** and

**Offender Grievance** to this Court as supporting exhibits.  Also, Breach supplied this

Court with a *"Certification of Documents"* from Officer, Lt.  Jordan, Lt., Barbara L.

Fuselier, both employees of the private prison in Louisiana that Breach was sent to.  The

certification of documents is the relevant portions of the original issue before this Court

being,  "true medical records" of Breach.   See, page I, and page 52 of *"Renewed*

*Application Preliminary Injunction,"* Court Doc. 81] Also, Exhibit `F, G `"

Furthermore, Breach submitted the portions of *Dr. John A. Tassin, M.D.* the

medical records to this Court on his first, original application for temporary restraining

order, and/or preliminary injunction filed December 22, 2006. See, *Court Doc. 1, 2, or 3*

filed in conjunction with this original law suit.  Counsel **never once, ever,** produced any

medical records from Louisiana, when Lawrence admits that she had the records, and

also, Breach signed a medical release on December 27, 2006, some two (2) months latter

until *February 14, 2007* when counsel responded, defendants, never once, produced any

medical records from Louisiana, but misrepresented this Court, and suppressed Dr. John

A. Tassin's recommendation for surgery is fraud, concealing evidence.   Exhibit "H, I, J"

---

[3]  Breach has seen all of his medical records from Louisiana, because Breach sued SLCS in Louisiana State
Court, and defense counsel for SLCS, gave Breach a copy of the medical records.  Breach's knows HIS
RECORDS!  Counsel is, and HAS withheld evidence from this Court.

The main issue of this lawsuit filed on _December 22, 2006_, was _Dr. John A. Tassin, M.D.,_ recommendation.  Defendants used their doctors, Dr. Robbins, nurse practitioner B. Adams, Dr. Lyrene, to avoid, Dr. John A. Tassin, M.D., then, kept the medical records from Louisiana, concealed from this Court.  Dr. Tassin, did not exist in this Court's eyes.

Defendants received and had 'control' possession the Breach's records, Lawrence reviewed them, never once, ever produced Dr. Tassin's recommendation, until only a portion, one two pages, out of approximately 150 page medical record on July 13, 2007 some five (5) months later, after Breach's case was dismissed.

Where are the medical records of Louisiana, because any time any ADOC inmate is transferred, his medical records follow him.

Breach's medical records came back with him from Louisiana. Nevertheless, never once, did defendant's produce these records to this Court. See, **_Renewed – Application Preliminary Injunction._**

_Lastly,_ counsel is still suppressing medical records, and also, because Exhibit "_H_", is the "_LCS Corrections Services, INC., "Nurse's Notes_" with defendant _Brandon Kindard,_ and defendant _Ruth Naglich's names,_ **written all over it.**

On _7-10-06_ Nurse Maxie with the private prison, LCS, faxed a request for approval of costs to defendant Ruth Naglich in regards to Breach having surgery.  Exhibit "H" See, *.

On _7-12-06_ some two (2) days later, defendant Brandon Kindard calls Diana Lott, Nurse Administrator for LCS, and instructed them that Breach cannot have surgery

unless his hernia is incarcerated or into the scrotum. This was the original allegations, issues. Counsel has not produced these records, is concealing evidence. See, Exhibit "H".

In closing this issue, ADOC defendants have filed their affidavits stated that they have absolutely noting to do with medical, and rely on the medical providers. See, **ADOC, Answer and Special Report, Affidavits, Lyrene, Naglich, Kindard, Allen.**

Exhibit "E" again Nurse Maxie, with SLC, on 6-13-06 states: "**Crown Denied, Per Alabama Commissioner's Office".** LCS, was also a medical provider, and someone again, also, being a Dental at ADOC denied Breach dental. But, ADOC defendants stated they "rely" on the medical providers, when evidence shows, ADOC does not rely on their medical providers, and did so, denied Breach dental, and denied him surgery while he was in Louisiana. But, these medical records have not be produced, intentionally, because, counsel is attempting to CONCEAL the truth! see, Exhibits "E, H" *

Ms. Lawrence's Affidavit is due to be stricken as unreliable, supports the concealment of evidence, states perjury, misrepresentation, and fraud.

*WHEREFOFE, premises considered,* Breach asks the question to this Court. Where are the Medical Records from South Louisiana Correctional Center, that Lawrence reviewed, Breach signed the release, that counsel has concealed? Sanctions are proper, also, all of Ms. Linda Lawrence's Affidavit are due to be stricken because she has committed perjury, and has been actively involved in fraud, and concealing evidence

from this Court from <u>December 22, 2006</u> through <u>July 13, 2007</u>, Breach request *sua sponta*

Sanctions upon counsel or in the alternative, grant Breach an **Evidentiary Hearing, Oral**

**Argument** wherein, Breach will prove his case that counsel has concealed evidence.

<u>Breach is in need of surgery!  Breach needs help</u>:  Breach is afraid that his Master's word

is forever lost, is there any hope for a widows son?

Done this 5 Day of October 2007

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I MARCELLUS BREACH, hereby certify that I have served a true copy of the foregoing upon the following, by U.S. Mail, First Class, properly addressed postage prepaid and mailing by Inmate Legal Mail thought the prison mail providers on this 5 Day of October 2007.

Alabama Dept. of Corrections
Legal Division
P.O. Box 30150
Montgomery, Alabama 36130

Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Marcellus Breach

33743305497



PHS
PRISON HEALTH SERVICES INCORPORATED

fax (334) 215-9126
Phone (334) 215-6678

Exhibit "A"

## Authorization for Release of Information

To: Dr. John A. Tassin
South Louisiana
Correctional Ctr
3843 Stagg Rd
Basile, Louisiana

Patient: Breach, Marcellus

Alias: _____

Date of Birth: 7-28-69

From: PHS-KILBY
PO Box 11
Mt Meigs, Ala.
36057

Inmate ID No.: 160710

Social Security No: 417 - 19 - 5989

Date(s) of Service: 3/2006 - 10/06

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission     [ ] Discharge     [ ] Operative Summary Reports

[ ] X-Ray     [ ] Special Studies Reports     [ ] HIV Test     [ ] T B Test

[ ] Laboratory Reports     [ ] Immunization History     [ ] Dental Treatment Records

[ ] Psychiatric Summary Report   [ ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records _re: (1) Inguinal hernia evaluation +_
(Specify information requested)
_Treatment, old records/old charts_

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

+ _Marcellus Breach_ A.I.S.# 160710
(Patient's Signature)

_Lunes, LPN_
(Witness' Signature)

12/27/06
(Date)

12/27/06
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Charlotte Foster_     12/28/06
(Signature and Title for PHS)     (Date)

60102  (11/02)

000002

To: Ms. Lawrence Medical
Warden Rowell.

**Prison Health Services**
**Inmate Informal Grievance**

Exhibit "B" 182

| MARCELLUS BREACH | 160710 | West - 16 | 10/11/06 |
|---|---|---|---|
| NAME | AIS # | UNIT | DATE |

### PART A---Inmate Complainant

1) I have a Medical Hold that is preventing me from actively participating in any additional DOC program I ask to be removed that I may be classed to go to another camp.

2) Medical Records reflect DR. Tussie Recommended surgery for a hernia. I have problem coughing, sneezing, bowel movements. I need surgery. Why am I on medical stop up, and no one has seen me in regards to surgery?

See attached: page 2.

_Marcellus Breach_
**INMATE SIGNATURE**

### PART B –RESPONSE                    DATE RECEIVED 10-17-06

I have searched your medical files here from front to back. There are no records on sick calls that you were examined for a hernia. I see no evidence of a medical hold or medical stop up. If you are having health problems please sign up for sick call and be examined by the doctor.

_L. Lawrence_ Rn HSA
**MEDICAL STAFF SIGNATURE**

10-17-06
**DATE**

**If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | | | X Other | ☐ | ☐ |

Certificate of Service

I hereby place same into a sealed envelope address to Medical Complaint Box, Copy to Warden Rowell, hand was on this 11th day October 2006.

_Marcellus Breach_

182

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH (AIS # 160710),     *

     Plaintiff,     *

V.     *    2:06-CV-1133-MEF

PRISON HEALTH SERVICES, et al.,     *

     Defendants.     *

### AFFIDAVIT OF LINDA LAWRENCE, R.N., H.S.A.

BEFORE ME, Perry A. Woods _____, a notary public in and for said County

and State, personally appeared **LINDA LAWRENCE, R.N., H.S.A.**, and being duly sworn,

deposed and says on oath that the averments contained in the foregoing are true to the best of her

ability, information, knowledge and belief, as follows:

"My name is Linda Lawrence. I am over the age of twenty-one and am personally

familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in

Alabama since 1997. I hold an Associates Degree in nursing from Troy State University in

Montgomery. I have worked as a nurse at Kilby Correctional Facility in Mt. Meigs, Alabama,

since March of 2002, and have been the Health Services Administrator (H.S.A.) at Kilby since

May of 2002. Since November 3, 2003, I have been employed by Prison Health Services, Inc.,

the company which currently contracts with the Alabama Department of Corrections to provide

medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple two-step procedure for

identifying and addressing inmate grievances at Kilby Correctional Facility. If an inmate has a

grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Informal Grievance" form. These are standard forms that may be acquired in the healthcare unit or from an inmate's supervising officer in his dormitory. The informal grievance allows an inmate to communicate any healthcare related concern by placing the form in the medical services complaint box or mailbox to be forwarded to the healthcare unit. I subsequently review the concern and respond via in house mail.

If the inmate is unsatisfied with my response, he may request an "Inmate Grievance Appeal" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the informal grievance form. After the inmate has submitted the grievance appeal, I will meet with him face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Marcellus Breach has filed suit in this matter alleging that Prison Health Services, Inc. has failed to provide him with appropriate medical care. However, Mr. Breach has failed to exhaust Kilby's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, as relevant to his Complaint, Mr. Breach has submitted neither an inmate informal grievance nor an inmate grievance appeal. As such, the healthcare unit at Kilby has not been afforded the opportunity to resolve Mr. Breach's medical complaints prior to filing suit."

Further affiant sayeth not.

LINDA LAWRENCE, R.N., H.S.A.

2

STATE OF ALABAMA                    )
                                   )
COUNTY OF Montgomery               )

    Sworn to and subscribed before me on this the _____13th_____ day of February____, 2007.

                                        Penny O. Woods
                                        Notary Public

                                        My Commission Expires:

                                        May 28 2007

Exhibit C

**Prison Health Services**
**Inmate Informal Grievance**

_Marcellus Breach_  160710                    _West-16_        _11-7-06_
NAME                          AIS #                    UNIT              DATE
                        To: Mrs. Lawrence R.N.

PART A---Inmate Complainant

_On-10-17-06 you stated you have_
_no evidence of a hernia in my Medical_
_records._

_On 3-21-06 Dr. Tassin ordered Surgery._
_My hernia is causing me pain._

_I want to Appeal your decision_

                                        _[signature]_
                                        INMATE SIGNATURE

PART B –RESPONSE                        DATE RECEIVED_____

MEDICAL STAFF SIGNATURE

DATE

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator.  Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☑ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☑ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☑ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☑ | ☐ |

(cc)
copy.

_Certificate of Service._
_Placed hand mail into Medical box sealed envelope_
11/03 - Alabama   _On 10/7/06._
                            _[signature]_

Kilby Correctional Facility

TO: Linda Lawrance
Dr. Robbins,
Warden Arnold Holt.

Exhibit D

## Prison Health Services, Inc.

## Inmate Grievance **Appeal**

MARCELLUS BREACH    160710          West 16      11/7/2006
NAME                AIS #            UNIT         DATE

**PART A—INMATE Grievance Appeal for the following reason:**
Grievance on 10-17-06. I have a painful hernia.
Dr. Tassin recommended surgery. I have pain coughing
sneezing + bowel movements, I need to see
a Doctor, not Nurse Practioner. Medical
records from LCF missing why?

INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or
giving to the segregation sick call nurse on rounds.

**PART B –RESPONSE**                    DATE RECEIVED_____

Inmate Signature                        **Health Services Department Head**

Date                                    Date

**H.S.A. Selection:**

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ✓ | | VI   Delay in Health Care Provided | ✓ | |
| II   Dissatisfied with Quality of Dental Care | | | VII  Problems with Medication | | |
| III  Dissatisfied with Quality of Mental Health Care | | | VIII Request to be seen | ✓ | |
| IV  Dissatisfied with Response to Non-Medical Request | | | IX   Request for Off-site Specialty Care | | |
| V   Conduct of Healthcare Staff | | | X   Other | | |
| Committee Review of Data Collection | | | | | | |

CC
MB

I hereby placed said into Certificate of Service.
the kilby Medical Complaint Box
And Warden's box have delivery into penalty of perjury 28 U.S.C. 1746
on 11-7-06

11/03 – Alabama
Revised 5/16/05

*Marcelus Breach*

*Exhibit "E"*

GENERAL SERVICES ADMINISTRATION
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | DENTAL |
|---|---|

**SECTION I. PRESENTING DENTAL STATUS**  PAGE: 1

| 1. PURPOSE OF EXAMINATION | | | 2. TYPE OF EXAM | 3. DENTAL CLASSIFICATION |
|---|---|---|---|---|
| INITIAL | SEPARATION | OTHER (Specify) | 1 2 3 4 | 1 2 3 4 |

**4.**  MISSING TEETH, EXISTING RESTORATIONS, AND PROSTHETIC APPLIANCES

REMARKS

6-13-06

#15 occ Amal = 25

1 carp L+d

1 PA film = 10

#9          35

USE ONLY IF DIFFERENT FROM BOX 7 BELOW

PLACE OF EXAMINATION          DATE

SIGNATURE OF DENTIST COMPLETING THIS SECTION

**5.**  DISEASES AND ABNORMALITIES

REMARKS

Crown denied per ala

6/13/06              Comm.

7. EXAMINING DENTIST AND FACILITY

PLACE OF EXAMINATION          DATE

SIGNATURE OF DENTIST

**6.**  INDICATE X-RAYS USED IN THIS EXAMINATION

| PANORAMIC RADIOGRAPHS | FULL MOUTH PERIAPICAL | POSTERIOR BITEWINGS | OTHER: | NONE TAKEN |
|---|---|---|---|---|

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| DATE OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | RANK/GRADE |
| SSN OR IDENTIFICATION NO. | ORGANIZATION | |

DR MIKE WOODRUFF
PO 507
MARKSVILLE LA71351

EXCEPTION TO SF 603
APPROVED BY GSA/IRMS 1-91

DENTAL
Standard Form 603

Exhibit "F"

## CERTIFICATION OF DOCUMENTATION

To Whom It May Concern:

    This is to certify that the attached photographic reproduction of records are true and exact photocopies of the inmate records for _Marcellus Breach A# 760710_ an inmate at _South La Cou Ch._

    The copy of the records was prepared by an employee of LCS Corrections Services, Inc. in the ordinary course of business.

_Claudia Jordan_

Employee of LCS Corrections Services, Inc.

DATE: _3/16/07_

WITNESS: _Barbara L Fuse_

OFFICIAL SEAL
BARBARA L. FUSELIER
NOTARY PUBLIC No. 52894
STATE OF LOUISIANA
PARISH OF EVANGELINE
My Commission Expires with life

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?      Yes _____    No _____

OFFENDER'S NAME _Marcellus Breach_ LOCATION _Beatrus 2_

Time & Date of Incident: _____ Location of Incident: _____

Name & Location of Witnesses: _Medical_____

_____

Name of Personnel Involved: _Medical_____

_____

Summary of Complaint: _I've been recommended for surgery_
_for a hernia, I've yet seen anyone_
_to have surgery._
_____ _Serious Medical Need._

Specific Relief Desired: _Surgery_____

_____

Today's Date: _6/15/06_____    Offender's Signature: _Marcellus Breach_

_____

Grievance #: _06-215_____        Date Rec'd: _____ JUN 26 2006

Type: _____ _100_____        Screened by: _WARDEN VIATOR_

Policy/Procedure Challenged? Yes _____  No _____

_____ Hold pending decision in grievance # _____

✓  Accepted and Referred to _NURSE MATTIE_____.

_____

_____ Rejected/Returned for the following reason: _____

_____

_____

Date: _____  Warden or Designee Signature: _____

Exhibit #

# LCS CORRECTIONS SERVICES, INC.
## Nurse's Notes

Facility: SLCC
Offender: Breach, Marcelus          Offender #: A160710

| Date/Time | Notations | Signature/Title |
|---|---|---|
| 3/20/06 | Intake screening complete, c̄ 4 bunk profile given @ ankle | m. Maceo |
| 3.21.06 | Saw MD on rds c̄ new orders | M. Maceo |
| 4.12.06 | RSC done c̄ new orders | m. Maceo |
| 6/02/06 | Scheduled to go to Dr. Perkins for dental work this date | M. Maceo |
| 6/3/06 | Returned no paperwork or new orders | M. Maceo |
| 6/8/06 | Trip papers made for Dr. Wood rus on 6/13/06 | M. Duggan |
| 6/13/06 | Returned c̄ NNO; return for f/u | M. Maceo |
| 6/23/06 | Trip papers made for Dr. Perkins on 6/30/06 | M. Duggan |
| 6.30.06 | Canceled Dr. Perkins due to limited appt × 20 inmates | M. Maceo |
| * 7.12.06 | Received a call from Brandon from Alabama re: Inguinal Hernia - Stated Hernia repairs are not done there - unless incarcerated or into scrotum. This subject has not c̄ hernia since seen by Dr. Tassin 3.21.06 - Subject placed on sick call for 7.18.06 to see if he needs a referral to a Surgeon | D. Jott |
| * 7/10.06 | WE faxed report to Ruth Naglich in reference to inguinal hernia inmate requesting repair + MD telment a callout to have surer done | M. Maceo |
| 17 | | |
| 7.12.06 | 9:40 AM Phone call received from Lynn Brown and She will return call on previous fax on 7/10.06; awaiting return call for follow up | M. Maceo |
| 7.17.06 | 4:25 PM Brought to medical - Left Inguinal hernia easily reducible - No c/o pain | D. Jott |
| 7/18.06 | Saw Dr. Tassin c̄ NO change in hernia & NO new orders given | M. Maceo |

Exhibit H

## LCS CORRECTIONS SERVICES, INC.

### DOCTOR'S ORDERS SHEET

Offender Name: _Breach, Marce lus_     DOC#: _AL 160710_

| Date / Time | Allergies: NKA |
|---|---|
| 3-21-06 | Hernia (L) Inguinal Hernia Needs repair? |
| | AD |
| | M. Maxey |
| 4/12/06 | IBP 400mg BID tel dental Dr. Tassin / M. Maxey |
| 7/18/06 | Not Pt has (L) Inguinal Hernia Incarcerated, Elective Procedure |
| | M. Maxey |
| 10-3-06 | Old injury (L) ankle tender + RLM. |
| | Aclil X3 Naprosyn 500 sd #30 Elbow |
| | M. Maxey |

000001



## HIPAA AUTHORIZATION FORM

**INDIVIDUAL'S NAME (please print):** *Marcellus Breach Ais 260770*  **DATE OF BIRTH:** *9/28/69*

**INDIVIDUAL'S ADDRESS** *S.l.C.C. 3548 Stagg Ave Bosile, LA*

I hereby authorize use or disclosure of protected health information about me as described below.

1. The following specific person/class of person/facility is authorized to *use or disclose information* about me:

   *South Correctional*

2. The following person (or class of persons) *may receive disclosure* of protected health information about me: His/her/its name and address:  **CHRISTOPHER A. EDWARDS**
   **Attorney at Law**
   **P.O. Box 2970**
   **LAFAYETTE, LA 70502-2970**

3. The specific information that should be disclosed is (please give dates of service if possible):

   *MEDICAL RECORDS*

   **UNLESS YOU SIGN HERE, NO INFORMATION ABOUT ALCOHOL/SUBSTANCE ABUSE, HIV/AIDS, OR MENTAL HEALTH WILL BE DISCLOSED: YES, DISCLOSE THIS INFORMATION** *NO*

   **NO, DO NOT** DISCLOSE THIS INFORMATION  *NO*

4. I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by federal privacy regulations.

5. I may revoke this authorization by notifying *CHRIS EDWARDS* in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

6. This authorization expires on *July 21*, 200 *7*, OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: *OR TERMINATION OF LEGAL PROCEEDINGS*

**FEES FOR COPIES: Federal and state laws permit a fee to be charged for the copying of patient records. This facility has contracted with Smart Corporation to make copies. You may be required to pre-pay for the copies; if not, then your copies will be mailed along with an invoice.**

**THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING** – note that signature is required in two places.

| | | |
|---|---|---|
| *(signature)* | *2/21/06* | *2-28-69   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* |
| Signature of Individual | Date of Individual's Signature | Date of Birth or Social Security Number |
| (The person about whom the information relates) | | |

*OR, if applicable* –

| | | |
|---|---|---|
| Signature of Guardian or | Date of Guardian's/Personal | Description of Authority to Act for |
| Personal Representative of Patient's Estate | Representative's Signature | the Individual |

*A copy of this completed, signed and dated form must be given to the Individual or other signator.*

Page 1 of 1