IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT -9 A 10: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARCELLUS BREACH, #160710, *

Plaintiff, *

Vs. * CASE NO: 2:06-cv-1133 MEF

PRISON HEALTH SERVICES, INC., et al., *

Defendants. *

***RENEWED – MOTION TO STRIKE AFFIDAVIT OF DEFENDANT LINDA LAWRANCE, R.N., H.S.A***

***COMES NOW***, Plaintiff Marcellus Breach (hereinafter "Breach") in proper person "Pro Se", moves this Court pursuant to *Rule 12(f)* and *56(e) Federal Rules of Civil Procedures*, to "*Strike*" the Affidavit of Defendant Linda Lawrence, and all claims and defenses raised by defendants in their "special report" as defenses relying soley on this Affidavit as perjury: Breach shows bona fide as follows:

1) Breach reiterates and renews his prior ***Motion To Strike The Affidavit Of Defendant Linda Lawrence*** filed on the *17th Day of Fevruary 2007* as being perjury.

2) In further support Breach reasserts that Linda Lawrence ~~as~~ has committed perjury and counsel knew of this perjury ~~as~~ and still misrepresented false statements, facts unto this Court stating as follows: *Exhibit "A"*

> **"It is my understanding that Marcellus Breach has filed suit in this matter alleging that Prison Health Services, Inc., has failed to provide him with appropriate medical care. However, Mr. Breach has failed to exhaust Kilby's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, as relevant to his Complaint, Mr. Breach has submitted neither an inmate informal grievance nor an inmate grievance appeal. As such, the healthcare unit at Kilby has not been afforded the opportunity to resolve Mr. Breach's medical complaint prior to filing suit." See attached Affidavit Linda Lawrence, page #2 ¶ 3. Exhibit "A"**

3) Counsel specifically misrepresented facts unto this Court in his "Initial Response of Medical Personnel" Special Report" filed on *February 14, 2007*, counsel relied on this false statement and actually submitted this false statement to the Court knowing that it was false because Breach's medical records would have shown the actual grievance field, and Linda Lawrence signature on it. However, if this Court will take notice to the very fist set of Medical Records submitted by counsel, this Court "will not" actually find this very grievance with Linda Lawrence signature in Breach's medical records. Why? Because counsel has withheld evidence from this Court.

4) Counsel argued in his initial special report on page #9 submitted *February 14, 2007* as follows: See, "*Defendant's Special Report*"

> **"In this particular case, Breach failed to follow available, required administrative procedures that existed within the Kilby Correctional Facility. [Exhibit "C" –Affidavit of Linda Lawrence].**

5) *Exhibit "B"* will clearly debunked the perjury, misrepresented facts, frivolous arguments and defenses raised. Also, *Exhibit B*, shows fraud upon counsel, knowingly

submitting evidence unto the Court that he knows or should have known to be false. Ms. Lawrence on *October 17, 2006*, did so, addressed the written "*Prison Health Service Inmate Informal Grievance*" filed by Breach on *October 11, 2006* which states as follows:

"PART A –Inmate Complainant

1) "I have a medical hold that is preventing me from actively participating in any additional DOC programs I ask to be removed that I may be classed to go to another camp."

2) **"Medical records reflect Dr. Tassin recommended surgery for a hernia. I have problems coughing, sneexing, bowel movements. I need surgery. What am I on medical stop up, and no one has seen me in regards to surgery?" '...see attached page 2"**

MRS LAWRANCE'S RESPONSE 10-17-2006

"PART B – RESPONSE
**"I have searched your medical files here from front to back. There are no records or sick calls that you were examined for a hernia. I see no evidence of a medical hold or medical stop up. If you are having health problems please sign up for sick call and be examined by the doctor."**

6) On *February 13, 2007* counsel submitted a sworn Affidavit from Linda Lawrence swearing unto the Court that "However, Mr. Breach has failed to exhaust Kilby's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, as relevant to this Complaint, Mr. Breach has submitted neither an inmate informal grievance nor an inmate grievance appeal...." ***Exhibit "A"***.

7) This Affidavit and all Affidavits submitted by Linda Lawrence are due to be stricken, due to perjury. Under Alabama law, "The spoliation, or attempt to suppress

material evidence by a party to a suit, favorable to an adversary, is sufficient foundation for an inference of his guilt or negligence." See, ***Alal ama Power Co. v. Murrey***, 751 So.2d 494 (Ala. 1999). In addition, "The swearing to facts as true which affiant knew was not true, or by swearing tohis knowledge of fact when he knew he had no knowledge thereof, constituted perjury." See, ***United States v. Smith***, (1856 D.C. Mass) 27 F. Cas 1165, No. 16336. Reiterated, Breach request that this Court review the initial set of medical records submitted by counsel, this Court will not find this grievance with Linda Lawrence signature in the medial records. Why?

8) Furthermore, as submitted, all of a sudden this grievance shows up in counsel's "*Defendants Supplemental Special Report*" filed on *Jul;y 13, 2007*, their *Exhibit "E"*. The question before the Court, is how can these grievances all of a sudden show up, when at the outset the first set of medical records they are missing?

9) Striking and *sua sponta* sanctions are warranted. PHS's attorney has committed fraud, misrepresentation, withholding evidence from the Court, and also arguing a frivolous argument attempting to dismiss this case at the outset, while withholding relevant material evidence. An attorney's "loyalty to the Court, as an Officer thereof, demands integrity and honesty dealing with the Court and when he departs from that standard in the conduct of a case he perpetrates a fraud upon the Court." ***Kupferman v. Consolidated Research & Manufacturing Corp.***, 459 F.2d 1072, 1078 (2d Cir. 1972)[citing, 7 Moore, Federal Practice, Par 60.33 @ 513]. Fraud on the court is a "species of fraud

which does or attempts to subvert the integrity of the court itself . . . ." 7 Moore's Federal Practice, P. 60.33 @ 515 (1971 ed) see also, ***Serzysko v. Chase Manhattan Bank***, 461 F.2d 699, 702 (2d Cir. 1972). An attorney may commit fraud on the court not only through misrepresentation, but also through omission. See, ***Hazel-Atlas Glass Co., v. Hartford Empire Co.***, 322 U.S. 238, 246, 64 S.Ct. 997, 1001 ("It is a wrong ... which ... cannot complacently be tolerated consistently with the good order of society . . . .involv[ing] two victims: the individual litigant . . . and the court itself, whose integrity is compromised by the fraudulent behavior of its officers.) The very temple of justice [is] defiled." ***Universal Oil Product v. Root Refining Co.***, 328 U.S. 575, 580, 66 S.Ct 1176, 1179, 90 L.Ed. 1447 (1946). Counsel has shown reckless disregard for the truth by submitted false evidence unto the Court. See, *Rule 11, Fed.R.Civ.P.*

10) Furthermore, the words : "understanding" used in Linda Lawrence is of events she did not actively participate in and is clearly not based on her personal knowledge and is based on speculation and hearsay.

***WHEREFORE, PREMISES CONSIDERED***, Breach moves this Affidavit be Stricken from the Record, and any other Affidavit submitted by counsel pertaining to Linda Lawrence is not reliable, but is perjury.

Done this 4th Day October 2007.

Marcellus Breach 160710

Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

***CERTIFICATE OF SERVICE***

I hereby certify that Marcellus Breach has on this 4 Day of October 2007 served a true copy of the foregoing upon the following by U.S. First Class Mail, properly addressed postage prepaid and mailing through the prison mail system.

Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130-1501

Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

MARCELLUS BREACH


Limestone C.F. [illegible]-19
28779 Nick Davis Rd
Harvest AL 35749
2007 OCT 4
HUNTSVILLE AL 358
USA FIRST-CLASS FOREVER
This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.
Office of the Cleek
United States District Court
P.O. Box 711
Montgomery, AL
36101-0711
Legal Mail




IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH (AIS # 160710), | * | |
| Plaintiff, | * | |
| V. | * | 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | * | |
| Defendants. | * | |

**AFFIDAVIT OF LINDA LAWRENCE, R.N., H.S.A.**

**BEFORE ME,** Perry O. Woods, a notary public in and for said County and State, personally appeared **LINDA LAWRENCE, R.N., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Linda Lawrence. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1997. I hold an Associates Degree in nursing from Troy State University in Montgomery. I have worked as a nurse at Kilby Correctional Facility in Mt. Meigs, Alabama, since March of 2002, and have been the Health Services Administrator (H.S.A.) at Kilby since May of 2002. Since November 3, 2003, I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple two-step procedure for identifying and addressing inmate grievances at Kilby Correctional Facility. If an inmate has a

grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Informal Grievance" form. These are standard forms that may be acquired in the healthcare unit or from an inmate's supervising officer in his dormitory. The informal grievance allows an inmate to communicate any healthcare related concern by placing the form in the medical services complaint box or mailbox to be forwarded to the healthcare unit. I subsequently review the concern and respond via in house mail.

If the inmate is unsatisfied with my response, he may request an "Inmate Grievance Appeal" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the informal grievance form. After the inmate has submitted the grievance appeal, I will meet with him face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Marcellus Breach has filed suit in this matter alleging that Prison Health Services, Inc. has failed to provide him with appropriate medical care. However, Mr. Breach has failed to exhaust Kilby's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, as relevant to his Complaint, Mr. Breach has submitted neither an inmate informal grievance nor an inmate grievance appeal. As such, the healthcare unit at Kilby has not been afforded the opportunity to resolve Mr. Breach's medical complaints prior to filing suit."

Further affiant sayeth not.

Linda Lawrence Rn, HSA

LINDA LAWRENCE, R.N., H.S.A.

STATE OF ALABAMA )
)
COUNTY OF Montgomery )

Sworn to and subscribed before me on this the 13th day of February, 2007.

Perry O. Woods
Notary Public

My Commission Expires:

May 28, 2007

KMEF Correctional Facility

To: Ms. Lawrance Medical
Warden Rowell.

Exhibit B

Prison Health Services
**Inmate Informal Grievance**

NAME: Marcellus Breach AIS #: 160710 UNIT: West-16 DATE: 10/11/06

**PART A---Inmate Complainant**

1) I have a Medical hold that is preventing me from actively participating in any additional DOC program I ask to be Removed that I may be classed to go to another Camp.

2) Medical Records Reflect Dr. tussie Recommended Surgery for a hernia. I have problems coughing, sneezing, bowel movements. I need surgery. Why am I on medical stopup, and no one has seen me in regards to surgery?

See attached: page 2.

INMATE SIGNATURE: Marcellus Breach

**PART B –RESPONSE** DATE RECEIVED 10-17-06

I have searched your medical files here from front to back. There are no records or sick calls that you were examined for a hernia. I see no evidence of a medical hold or medical stop up. If you are having health problems please sign up for sick call and be examined by the doctor.

MEDICAL STAFF SIGNATURE: L. Lawrence RN HSA

DATE: 10-17-06

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Certificate of Service.

I hereby place same into a sealed envelope address to Medical Complaint box, copy to Warden Rowell, hand mail on this 11th day October 2006.

Marcellus Breach



1 of 2.

Kilby Correctional Facility

TO: Linda Lawrence

Dr. Robbins,

Warden Arnold Holt.

# Prison Health Services, Inc.

## Inmate Grievance Appeal

| NAME | AIS # | UNIT | DATE |
|---|---|---|---|
| Marcellus Breach | 160710 | West 16 | 11/7/2006 |

PART A—INMATE Grievance Appeal for the following reason:

Grievance on 10-17-06. I have a painful hernia. Dr. Tassin recommended surgery. I have pain coughing, sneezing + bowel movements. I need to see a Doctor, not nurse practioner. Medical Records from LCS missing why?

[signature]
INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

PART B –RESPONSE

DATE RECEIVED

Inmate Signature

Health Services Department Head

Date

Date

H.S.A. Selection:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☑ | ☐ | VI Delay in Health Care Provided | ☑ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☑ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☑ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

CC
MB

Certificate of Service.

I hereby placed said into the Kilby Medical Complaint Box and Warden's box hand delivery with penalty of perjury 28 U.S.C. 1746 on 11-7-06 [signature]

Marcellus Breach 160710 West-16 11/7/06

TO: Mrs. L Lawrence RN.

ON 10-17-06 You stated that you searched my Medical Records from front to back and found NO evidence of A hernia. I do Not know yet how well PHS Keeps Medical Records up-dated but: 2-20-05 Inguinal hernia A.D.O.C. 5/5/05 hernia pain 3x5 cm inguinal hernia on (L) not into scrotum. Truss issued. ref. Dr Bosserner. 3-21-06 Hernia (L) Inguinal Hernia "Needs Repair": Dr Tassin. 7-18-06 not incarcerated elective proc[illegible] Are you sure you have no Records? Referred to Surgeon: Dr. Tassin Hernia

I need this surgery, I can't go any other [illegible] Medical Hold. Do you want me to show you proof Dr Tassin Recommended Surgery? Why Am I denied/delayed surgery?

Marcellus Breach

Certificate of Service

Placed hand mail into Medical box sealed envelope on 10/7/06.

Marcellus Breach

Kilby Correctional Facility.

TO: Ms Lawrance, Medical.
Deputy Warden Rowell.

Date October 11, 2006

RE: Informal Grievance p. 2

To Whomsoever it may concern.

Medical Records will Reflect Dr. tussie Recommending Surgery for my hernia. I'm asking that the "Medical" Hold placed on me be removed. Because of this hold, I can't be reclassed for any other institutional camps. I've worked to hard, I have Work Reports, several certificates of completions, and my college degree, to come to a dead-end stop! I'm asking to have Classification Review my prison Record. I haven't had a "Review" in 18 months. That's frustrating. If this medical hold is about Surgery, then I Request Surgery, not a medical hold, then nothing is done about it. I humbly ask someone assist me about Resolving this matter. I depreciate strongly placing this hold on me, then doing absolutely nothing in Regards to following doctors orders concerning Surgery.

Please Advise,

Marcellus Breach 160710

To: Mrs L. Lawrence.
From: Marcellus Breach, 160710
West-16
Date: November 7, 2006
Re: Hernia/Medical Records

Exhibit enclosed: Basic Offender Physical Examination LCS 3/20/06 Reflecting Medical Records "Hernia"

Mrs Lawrence:

I'm Stuck here at Kilby because of Medical hold. My Records on 3-21-06 Reflect indirect inguinal hernia, "Needs Repair" Dr. Tassin. I do not desire to wait till its either strangulated or not Reducible. The most important elements in the early development of a hernia are cogenital or acquired muscle weakness and the increased intra abdominal pressure. Dr. Tassin made his medical Recommendation that the hernia needs Repair. It is painful at times, limits my activities. The classification of Surgery as elective does not abrogate PHS's of the duty, or power to promptly provide necessary medical treatment. The mere words "Elective" surgery are not a talisman insulating PHS from the Reach of the Eighth Amendment "deliberate indifference." Now, I do not continue to waste $300 Sick call for Tylenol. Please Do you need to See the Records? You stated no evidence of a hernia? Here is evidence for your Review!

Please Advise

Marcellus Breach

203