IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | * | |
| Plaintiff, | * | |
| Vs. | * | CASE NO: 2:06-cv-1133 MEF |
| PRISON HEALTH SERVICES, INC., et al., | * | |
| Defendants. | * | |

**NOTICE -- FOR MONITORING PURPOSES
PERTAINING TO RESUBMISSION OF SICK CALL REQUEST AND
GRIEVANCES FILED TO PHS MEDICAL PROVIDERS**

*May It Please the Court*, Plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "Pro Se" request to submit the following attached renewed request for medical attention upon the Defendants, PHS medical providers for purposes in the interest of justice, Breach request for monitoring purposes, that this Court take notice to the attached exhibits, and ascertain just how long it will take Breach to receive medical attention pertaining to the rewed 10th Sick Calls Request Slip, and Grievance filed: Breach shows as follows:

1) Breach has not found any case law in support as to just how many sick call request "must" be filed by a prisoner complaining about pain before a Court will take notice to the subjective component of deliberate indifference.

1

2)   Breach submits unto this Court, for the very reason Breach is "tired" of complaining, submitting <u>sick call after sick call, grievance after grievance</u>, then be accused of lying from the Defendants. Nevertheless, Breach places into the Record for monitoring purposes and relevant to claims asserted in this action, perhaps to prove to this Court the truth, as to how long will it take before Breach is seen by medical?

3)   Attached Exhibit A, on 10-2-07 Breach just submitted another "Prison Health Services, Inc., Sick Call Request complaining as follows:

> "I've run out of pain medication. Truss no good. I've put in several sick calls, grievances complaining about hernia pain. It is painful. Request surgery." **[According to information and belief, PHS policy pertaining to 'sick call' an inmate will be seen the next day on the prison newsletter for a sick call "stop up". However, today, 10-3-07, Breach was not on any sick call newsletter stop up.]** Exhibit "A"

4)   On October 3, 2007, Breach resubmitted another "<u>Prison Health Services, Inc., Inmate Grievance Appeal</u>" specifically addressed to the very person who claims Breach is lying in regards to several sick calls. [See, <u>Affidavit in Defendants' Motion For Sanctions</u> ....], **Mrs. Deborah Hunt, R.N., H.S.A.** also, may this Court note that Breach had his <u>witness Felix Snells #152307</u> witness that Breach placed this grievance into the sick call box located at the prison hospital. The grievance states as follows: Exhibit "B"

> "I've filed several sick calls, several grievances about this same problem. August 6, 2007. I request plain medication, no attention. I have pain still for this Hernia. Tired of complaining." [Addressed to Mrs. Hunt.]

2

5) On *October 3, 2007* again, because Breach was not stopped up for sick call from his earier sick call request on *October 2, 2007,* Breach submitted another "*Prison Health Services, Inc., Sick Call Request*" 10th request, addressed to: "*Mrs. Hunt*" complaining as follows:

> **"I need to see Dr. Hobbs. I need pain medication still having Hernia pain."** [Breach is attaching the "Yellow copy" that PHS is suppose to stamp, return to the inmate, but in Breach's case, that never happens, so Breach keeps the Yellow copy for his records]. Exhibit "C"

6) The very purpose of this notice is to bring forth the truth. Defendants are already aware concerning these sick calls and grievances and they have attempted to slander Breach by saying he is lying. With that, Breach is submitting these most resent sick call request, and grievance and then the Court will ascertain how long it will take for the Defendants to respond.

**WHEREFORE, *premises considered*,** Breach request to submit the attached exhibits into the record for future references.

Done this 4th Day October 2007.

/s/ Marcellus Breach
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

3

## CERTIFICATE OF SERVICE

I hereby certify that Marcellus Breach has on this 4 Day of October 2007 served a true copy of the foregoing upon the following by U.S. First Class Mail, properly addressed postage prepaid and mailing through the prison mail system.

Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130-1501

Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

_____
Marcellus Breach



Exhibit A

Copy Hand Delivery.

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **MARCELLUS BREACH**  Date of Request: **10-2-07**
ID # **160710**   Date of Birth: _____  Location: **D-19**
Nature of problem or request: _I've Run Out of pain medication. Truss No Good. I've put in several Sick Calls, Grievances Complaining about hernia pain. It is painful. Request Surgery._

_____ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**


**(O)bjective   (V/S):**   T:_____  P:_____  R:_____  BP:_____  WT:_____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

# Prison Health Services, Inc.

## Inmate Grievance Appeal

NAME: _Marcellus Breach_ AIS #: _160710_ UNIT: _D-13_ DATE: _11-2-07_

Exhibit "B"

**PART A – INMATE Grievance Appeal for the following reason:**

I've filed several sick calls, several grievances about this snake jackson since July 6, 2007. I requested pain medication, no attention. I am in pain, still in pain. Having fever & dizziness.

INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B – RESPONSE**    DATE RECEIVED _____

Inmate Signature _____    Health Services Department Head _____
Date _____    Date _____

**H.S.A. Selection:**

|   |   | Y | N |   | Y | N |
|---|---|---|---|---|---|---|
| I | Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided ☐ ☐ |
| II | Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication ☐ ☐ |
| III | Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen ☐ ☐ |
| IV | Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care ☐ ☐ |
| V | Conduct of Healthcare Staff | ☐ | ☐ | X Other ☐ ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

60535-AL

*To: Mrs. Audt*

*10th Request*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

*Exhibit "C"*

Print Name: **Marcellus Breach**   Date of Request: **10/3/07**
ID #: **160710**   Date of Birth: _____   Location: **D-19**
Nature of problem or request: **I need to see Dr. Hobbs. I need pain medication. Still having Hernia pain.**

_____ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective  (V/S):**  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

*Hand delivery Sick Call by MB*   *Keeping Yellow Copy*



IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710 | * |
| Plaintiff, | * |
| Vs. | *   CASE NO: 2:06-cv-1133-MEF |
| PRISON HEALTH SERVICES, INC., et al., | * |
| Defendants. | * |

### *AFFIDAVIT/DECLARATION OF WITNESS FELIX SNELL AIS# 153207*

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**FELIX SNELL, AIS 153207**
**Limestone C.F**
**Harvest, Alabama 35749**

Affiant in the above instrument, who after being duly sworn, deposed and says on oath that the averments in the foregoing are true to the best of his ability, information, knowledge and belief:

I am *Flix Snell, AIS# 153207*. I am over the age of twenty-one. I am a witness to the facts in dispute. I make this declaration in support that Marcellus Breach Antonio Loyde, AIS# 160710 has been denied medical attention since April 30, 2007.

As stated in my prior declaration in support of Mr. Breach's "**Application For Preliminary Injunction**" I know that Mr. Breach has a "Large Hernia". I know that he suffers many days having pain, and I know that he has submitted several sick calls requesting medical attention.

I state that as I witness that medical treatment provided by Dr. William Hobbs, I support the opinion, that Dr. Hobbs is a **medical threat** to a human being who suffers from a Hernia. I am not a doctor, but, from what I have personally witnessed, seeing Marcellus having pain, and Dr. Hobbs doing absolutely noting, is worse than treating a dog! Hobbs has ignored Marcellus' pain.

I have personally information because I am a witness that Marcellus Breach has and did so, placed "several" sick calls, and grievances into the "Sick Call Box" located outside the prison hospital.

Marcellus asked me to come with him to be a witness that he was placing sick calls into the box. I recall the date on *May 22, 2007* Marcellus placed a sick call into the box because the day or so before, he was having problems walking and was in pain. Marcellus was not seen.

Also, I know that Marcellus has filed a law suit. I am aware of the facts of this suit. Also, I am aware that Dr. Hobbs, and the medical providers here at Limestone C.F., for a short period, stop seeing inmates who complained about hernias.

I also state that on *July 14, 2007*, *August 1, 2007* and *August 6, 2007* Marcellus Breach and I both walked to the sick call box and placed "**Prison Health Services, Inc., Inmate Grievances/Appeal**" and sick call request to medical. Marcellus was not seen, nor did Marcellus receive any response back from medical. Marcellus asked me to witness him placing the sick calls into the box because he told me, because of this lawsuit they have stopped treating me, and are denying him medication. Marcellus also told me, that he believed they would try to hide, or throw away his sick calls and grievances and lie to the Court.

I have read Mrs. Hunts Affidavit in this case accusing that Marcellus has not filed sick calls, nor grievances. Mrs. Hunt is lying. Mrs. Hunt is only trying to conceal and

cover up her, and Dr. Hobbs' actions. Mrs. Hunts has absolutely no information pertaining to Marcellus filing, placing these sick calls and grievances into the box. Mrs Hunt was not personally present when Marcellus and I placed these sick calls and grievances into the box. Mrs. Hunt is lying! Marcellus followed procedures, placing the sick calls and grievances into the box is procedure. <u>Mrs. Hunt is not telling this Court the truth. Marcellus needs medical treatment, and Mrs. Hunt is only trying to keep him from receiving medical treatment.</u>

On <u>October 2, 2007</u> I personally walked with Marcellus to the hospital, and I signed my name on another "***Prison Health Services, Inc., Inmate Grievance APPEAL***". (see attached) The grievance is addressed to Mrs. Hunt. On the bottom right is my signature as witness. I state that Marcellus kept the pink copy for his receipt.

Marcellus did so in fact on all dates stated, and I know that he has repeatedly filed several sick calls, and grievances and I know for a fact that he has not been seen since April 30, 2007 and he has requested several times to be seen. I personally, after so many request to be seen by medical, would have given up. PHS medical providers are the worse medical providers I have seen. Inmates have to depend on them, and I think some of the employees are plain out evil. Marcellus has told the truth, and I will testify to this matter in the Court of law, under the penalty of perjury 28 U.S.C. 1746, this ___Day of October 2007.

    Affiant sayeth not.                Under 28 U.S.C. 1746 penalty of perjury.

                                                        _/s/ Felix Snell_
                                                        FELIX SNELL, AIS 153207

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710 | * |
| Plaintiff, | * |
| Vs. | *   CASE NO: 2:06-cv-1133-MEF |
| PRISON HEALTH SERVICES, INC., et al., | * |
| Defendants. | * |

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER and/or PRELIMINARY INJUNCTION**

FELIX SNELL, AIS# 153207 declares under the penalty of perjury 28 U.S.C. 1746 the following:

My name is <u>Felix Snell, AIS 153207</u>. I am over the age of twenty-one. I am a witness to the facts in dispute. I make this declaration in support of the medical condition that I witness today that Marcellus Breach is experiencing. I state that I am an inmate housed at Limestone Correctional facility, Harvest, Alabama and I sleep in the same dormitory as Marcellus and I also work with Marcellus on his job assignment.

I write this statement based on my personal knowledge. I am not a doctor, nor am I medically educated. I state that I know that Marcellus has a hernia. I have seen his hernia. It is located near his private area. The size of Marcellus' hernia is between a "baseball or a soft ball". Marcellus has many days since I have known him; he is in pain.

He has to lie down most of his days.    Marcellus tells me that the prison will not give him surgery.

I swear that the foregoing is true based upon my observation and personal knowledge under the penalty of perjury 28 U.S.C. 1746.    Notary Public is not available at this time.

*Felix Snell*

Felix Snell AIS 153207
Limestone C.F.
Harvest, Alabama 35749