IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,          )
                                    )
          Plaintiff,                )
                                    )
     v.                             )          CASE NO. 2:06-CV-1133-MEF
                                    )
PRISON HEALTH SERVICES, et al.,     )
                                    )
          Defendants.               )

## ORDER ON MOTION

Upon consideration of the motion to strike filed by the plaintiff on October 9, 2007

(Court Doc. No. 160), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.  The parties are advised that

at the appropriate time the court will determine the relevancy and admissibility of all

documents/statements submitted by each party in accordance with the directives of the

Federal Rules of Civil Procedure.

Done this 10th day of October, 2007.


          _____/s/ Terry F. Moorer_____
          TERRY F. MOORER
          UNITED STATES MAGISTRATE JUDGE