IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike affidavit filed herein by the plaintiff on October 9, 2007 (Court Doc. No. 161), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The parties are advised that at the appropriate time the court will determine the relevancy and admissibility of all documents/statements submitted by each party in accordance with the directives of the Federal Rules of Civil Procedure.

Done this 10th day of October, 2007.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE