IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for evidentiary hearing/oral argument filed by the plaintiff on October 9, 2007 (Court Doc. No. 160), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of October, 2007.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE