IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT 10 A 9:33
RA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARCELLUS BREACH, #160710   *

    Plaintiff,   *

Vs.   *   CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC.,   *
Et al.,
    Defendants.   *

**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, and/or ENTRY UPON LAND FOR INSPECTION AND OTHER PURPOSES RULE 34, Fed.R.Civ.P.**

**COMES NOW**, Plaintiff Marcellus Breach (hereinafter "Breach") in proper person "Pro Se," pursuant to this Court written order entered on the 3rd Day of October 2007, Plaintiff request Defendants "Prison Health Services, Inc., " and co-defendants "Alabama Department of Corrections," to respond and within 30-days to the following request:

1) That defendants produce and permit plaintiff to inspect and to copy each of the following documents:

    a.    Plaintiff's complete medical records and files including not limited to, medical records and file from "South Louisiana Correctional Services, Inc.," before October 31, 2007.

    b.    Plaintiff's complete Alabama Department of Corrections "Institutional File" (prison jacket) not limited to and including files from "South Louisiana Correctional Services, Inc.,

1

2)   That defendants permit plaintiff to enter upon conducting said inspection, copying (i) Limestone Correctional Facility, also, the assigned Dormitory "A" medical hospital for purposes of inspecting and photocopying Breach's medical records and institutional file; and, (ii) that either Head Classification <u>Officer Ms. Harris</u> or Classification Specialist <u>Ms. Melissa Olson,</u> for the Alabama Department of Corrections contact Breach for arraignments as to time, date, manner of making the inspection, and provide the manner of photocopying Breach's Alabama Department of Corrections "Institutional File" (prison jacket) within 30-days.

3)   Plaintiff is advised that the costs of such photocopy of these documents are the plaintiff's burden unless otherwise directed by the court. Plaintiff is aware that ADOC provides a "<u>Request for Copies</u>" wherein the institution provides a charge of fifty (50) cents per copy to be deducted from Breach's institutional account and that if Breach does not have the funds available in his prison account, that the funds available to cover this costs for inspection and copying, Breach's funds will be frozen and the amount deducted whenever he has the funds available. (see attached ADOC request for copies form)

4)   Breach on <u>October 5, 2007</u> was seen at "Sick Call" @ approximately 5:45 p.m., and was screened by nurse practitioner Atkins (belief of name), Breach specifically requested pain medication, surgery, or to be seen by a outside doctor. Breach also specifically requested that the nurse practitioner make "note" that Breach was wearing his "Truss" and made the following request. Breach was allowed to 'shortly' review his medical

records, and noticed that there are several medical records missing. Breach <u>did not see any</u> records from Louisiana during the short time he was allowed to review "portions" of his medical records. Breach also states or about April or March 2007, Breach was seen, and upon presenting documents to Classification Officer Ms. Moore, (belief of name) for a past 18-months <u>delayed progress review</u>, 13 documents were missing from his institutional file, Breach had to resubmit several documents to this classification officer to be resubmitted into his institutional file.

**WHEREFORE, *premises considered*,** Breach request that this Court enter an order granting Breach inspection and copying.

Done this 6 Day October 2007.

Marcellus Breach 160710
Limestone C.F.
Harvest, Alabama 35749

### CERTIFICATE OF SERVICES

I HEREBY, certify that I have served a true copy of the foregoing upon the following: By U.S. Mail, First Class, properly addressed postage prepaid mailing on 6 Day October 2007.

Ala. Doc. Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

MARCELLUS BREACH

3



**STATE OF ALABAMA**
## DEPARTMENT OF CORRECTIONS
**LIMESTONE CORRECTIONAL FACILITY**
**28779 NICK DAVIS ROAD**
**HARVEST, ALABAMA 35749**

Inmate _____, R/AIS_____

Dorm/Cell _____

I Request to have copies made as indicated below. I understand that there will be a charge of fifty (50) cents per copy and hereby authorize the total amount listed below be deducted from my institutional account. I further understand that if I do not have the funds available to cover this cost that my funds will be frozen and the amount deducted whenever I have funds available. By my signature below I signify that the original items being copied are my personal documents and are intended for my personal use only.

Total number of pages of original: _____

Total number of copies requested of each page: _____ @ .50 cents per page

Total Amount to be deducted: _____

Inmate's Signature:_____ Date:_____

DATE REQUEST RECEIVED:    _____

DATE FUNDS FROZEN:    _____

DATE FUNDS DEDUCTED:    _____

BUSINESS OFFICE PERSONNEL SIGNATURE: _____

DATE: _____