IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on October 10, 2007 (Court Doc. No. 169), which the court construes as motion for production of documents, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent the plaintiff seeks access to information contained in his institutional file and prison medical records.

2. This motion be and is hereby DENIED to the extent the plaintiff seeks access to such records at a specific time and place arranged by individuals of his choosing.

3. On or before October 26 2007, correctional and medical personnel at the Limestone Correctional Facility shall allow the plaintiff to inspect and/or copy all documents contained in his inmate file and prison medical records. *Correctional and medical personnel shall ensure that these files include those documents relative to the plaintiff's confinement and medical treatment at the Southern Louisiana Correctional Center*. The plaintiff is

*hereby informed that neither prison officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies. Thus, if the plaintiff seeks to obtain photocopies of documents contained in his medical records, he must make prepayment to the appropriate official of all costs related to producing the copies in accordance with the rules and regulations of the prison system.* The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order.

      Done this 11th day of October, 2007.


                                       /s/ Terry F. Moorer
                                  TERRY F. MOORER
                                  UNITED STATES MAGISTRATE JUDGE