IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the document filed by the plaintiff on October 11, 2007 (Court Doc. No. 172), which the court construes as a motion for leave to submit a request for admissions, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before November 26, 2007 the medical and correctional defendants shall object or otherwise respond to the request for admissions submitted by the plaintiff (Court Doc. No. 173).

Done this 12th day of October, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE