IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before October 26, 2007 the medical defendants shall show cause why sanctions should not be imposed upon them for their failure to file a response to the plaintiff's renewed motion for independent evaluation (Court Doc. No. 124) in compliance with the directives of the orders entered in this case on August 29, 2007 (Court Doc. No. 125) and October 3, 2007 (Court Doc. No. 153). The medical defendants are advised that their failure to file a response to each of the above referenced orders will result in the issuance of an order which grants the renewed motion for independent evaluation and could result in the imposition of sanctions against them.

Done this 18th day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE