IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On October 16, 2007, the plaintiff filed a motion for discovery schedule (Court Doc. No. 176). In light of (i) the orders entered herein on October 11, 2007 (Court Doc. No. 171) and October 12, 2007 (Court Doc. No. 174), (ii) the authority granted this court to limit discovery, Rule 26(b), *Federal Rules of Civil Procedure*, and (iii) the requirement that discovery requests in inmate civil rights cases be filed with the court, Rule 5.1, *Local Rules of the United States District Court for the Middle District of Alabama*, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent the plaintiff requests a date upon which all requests for discovery be filed with the court.

2. This motion be and is hereby DENIED to the extent the plaintiff requests that the order entered on July 26, 2007 (Court Doc. No. 105) and other alleged conflicting orders be VACATED.

3. This motion be and is hereby DENIED in all other respects.

4. All requests for discovery shall be filed with the court and served on the appropriate party on or before November 20, 2007.

5. Responses to requests for discovery shall be filed with the court and served on the requesting party within thirty (30) days of receipt of the discovery request.

6. Any request for discovery filed after November 20, 2007 will be considered untimely and no response to such request will be required. Accordingly, the Clerk is DIRECTED to not accept for filing and/or strike from the docket any request for discovery filed after November 20, 2007.

The parties are advised that the discovery permitted herein "shall be limited by the court" for any of the reasons set forth in Rule 26(b)(2)(C)(i), (ii) and (iii), *Federal Rules of Civil Procedure*.

Done this 18th day of October, 2007.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE