IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, # 160710,

    Plaintiff,

Vs.    *    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al.,    *

    Defendants.    *

**PLAINTIFF'S THIRD -- REQUEST and MOTION TO COMPEL DEFENDANTS and 21- DAY NOTICE TO FILE MOTION FOR SANCTIONS**

**COMES NOW**, Plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "Pro Se" moves this Court to Compel PHS medical defendants to serve immediately upon Breach, a true copy of their pleadings filed, <u>if filed</u>: Breach also gives notice to Attorney Paul M. James Jr., (0017) a separate written notice that he intends to file his Motion for Sanctions to the Court, in regards to the continued practice between ADOC and PHS intentionally not serving Breach with a true copy of their pleadings timely:

1)    [1]May the Court take "Judicial Notice" that this is Breach's "<u>Third</u>" submittance unto this court requesting this Court, Compel defendants to serve him a true copy of their pleadings.

---

[1] Sanctions are the only remedy to stop this continued practice only ADOC and PHS defendants. This is the third time Breach has had to ask the Court to order Defendants to serve upon him a true copy of their pleadings. Breach would argue that this practice is unethical, and ought not to be tolerated, because it is a practice. Three times is a pattern !

1

2) First and foremost, the medical defendants were ordered to respond to two separate orders on October 3, 2007: "*Motion For Independent Physical Examination*," [Court Doc. 150]; and "*Notice Of Intent To File Sanctions*," filed October 18, 2007, [Court Doc. 152]. Counsel due date to file his Answer to the independent physical examination was on or before October 15, 2007, per court order. However, counsel, "*may have*" placed a "**Certificate of Service**" on his pleadings, but, Breach will show that the Limestone C.F., "*Legal Mail Log*," as of date, October 18, 2007, [Court. Doc. 150] Breach "*has not*" again, received defendants pleadings.

3) PHS's attorney is also due to file his Answer to "*Notice Of Intent To File Sanctions*" on October 18, 2007, [Court Doc. 152], however, Breach anticipates that the continued conduct will continue, and the only remedy available appears that Breach file for sanctions because this is a continuing pattern.

### RELIEF REQUESTED

a. That the Court Compel, the medical providers to immediately submit a true copy of their pleadings "if filed" upon Breach regarding to [Court. Doc. 150] "*Independent Physical Examination;*" and,

b. That this Court take note that if counsel does not serve Breach with his true copy of his Answer pertaining to "*Intent To File For Sanctions*" which is due October 18, 2007; Breach is giving 21-day notice of his intent to file for sanctions upon the defendants for having to file this Motion To Compel, and Compel counsel's October 18, 2007 response: Breach will submit a sub itemized statement identifying the amount of time incurred in pursuing three separate Motions To Compel in this case.

**WHEREFORE, *premises considered*,** Breach request that this Court "stop" this continued practice and issue an order to compel, and grant whatever relief it deems fair

2

and appropriate. I Swear that the foregoing is true and correct under the penalty of perjury 28 U.S.C. 1746.

Done this 18th Day of October 2007.

MARCELLUS BREACH, 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY, certify that I have served a true copy of the foregoing upon the following:

Alabama Department of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130-1501

Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama 36101-0270

By placing same into the hands of prison officials for proper mailing, properly addressed postage prepaid and mailing First Class, U.S. Mail on this 19th Day of October 2007.

MARCELLUS BREACH

3

Marcellus French 160?)D
Kilstone C.F. D-19
28119 Nick Davis Rd
Harvest, AL 35749

HUNTSVILLE AL 358
18 OCT 2007 PM

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL
36101-0711

36101+0711