IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on October 22, 2007 (Court Doc. No. 180), in which the plaintiff requests that this court compel the medical defendants to provide him with copies of responses if such have been filed with the court, and as the defendants have not filed the requested responses, it is

ORDERED that the motion to compel be and is hereby DENIED. It is further

ORDERED that on or before November 1, 2007 the medical defendants shall show cause why sanctions should not be imposed upon them for their failure to file a response addressing the arguments contained in the plaintiff's notice of intent to file motion for sanctions/motion to strike as required by the order entered on October 3, 2007 (Court Doc. No. 155). The medical defendants are advised that their failure to file a response to the above referenced order and this order could result in the imposition of sanctions against them.

Done this 23rd day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE