IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

* * * * *

CASE NO: 2:06-cv-1133-MEF

### NOTE UNTO THE COURT CONCERNING TO SUBSTANCE OF PLAINTIFF'S FIRST REQUEST FOR DISCOVERY UPON DEFENDANT BRADFORD ADAMS, NURSE PRACTITIONER

**COMES NOW,** Plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," pursuant to this Court's discovery scheduling order, plaintiff request to submit his first set of Discovery upon Defendant *Bradford Adams*: Plaintiff would states as follows:

1) Plaintiff request to bring early to the attention of the Court, that plaintiff has strong reason to believe that the medical defendants "are not" going to comply with this Court's order entered against them to produce for inspection and copying, policies, Protocols, job descriptions, and plaintiff's medical records on or before October 26, 2006.

2) Plaintiff will at the appropriate time request an order to compel with sanctions, because the medical defendants are incorporative with this Court's orders, and other pleadings in this case.

1

3)   Plaintiff was careful in drafting his Discovery request to Bradford Adams, and will argue that the defendant's initial disclosure has <u>absolutely no information</u> concerning this defendant. Nor is there any disclosure as to defendant Adams, job descriptions, duties, and there are requested as production of documents stated herein.

4)   Plaintiff simply believes that there are going to be continued problems with the medical defendants producing what is requested.

WHEREFORE, the submitted Discovery request is presented bona fide. Plaintiff argues that each request is relevant to the subject matter, and is not cumulative or duplicative because <u>nothing has been initial disclosed</u> by the medical defendants. Plaintiff requests this Court to grant and order that an answer be filed.

Done this 25 Day October 2007.

/s/ Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

2

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY**, that I have this 24 Day of October 2007, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections          Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 301501                              P.O. Box 270
Montgomery, Al 36130                   Montgomery, Alabama 36101

_____
Marcellus Breach