IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon consideration of the renewed motion for independent evaluation filed by the plaintiff on August 28, 2007 (Court Doc. No. 124), and in light of the responses filed by the defendants and the medical records submitted by the parties, it is

ORDERED that this motion be and is hereby DENIED.

Done this 29th day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE