```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000983
Cashier ID: brobinso
Transaction Date: 10/29/2007
Payer Name: LIMESTONE CORRECTIONAL FAC
-----------------------------------
PLRA CIVIL FILING FEE
  For: MARCELLUS BREACH JR
  Case/Party: D-ALM-2-06-CV-001133-001
  Amount:         $48.00
-----------------------------------
CHECK
  Check/Money Order Num: 3479
  Amt Tendered:   $48.00
-----------------------------------
Total Due:       $48.00
Total Tendered:  $48.00
Change Amt:      $0.00
```