IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, # 160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

\*   CASE NO: 2:06-cv-1133-MEF

## MEMO

TO:    RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
        Attention:    Paul M. James, Jr.
        P.O. Box 270
        Montgomery, Alabama 36101-0270

RE:    **Discovery/Inspection of Documents**

To *Whomsoever It May Concern:*

This letter is giving timely notice of intent to file sanctions for this law firms failure to comply with Court orders and discovery request.

October 26, 2007, is the deadline for the medical defendants to allow inspection and copying of documents. So far, no attempt has been made by the medical providers to schedule a time, date, for such inspection. Nevertheless, in the event that the medical defendants disobey the Court's order, I will immediately request sanctions.

I ask that you corporate with discovery request.

Sincerely,

Marcellus Breach

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class properly addressed postage prepaid and mailing on this 24 Day of October 2007.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

　　　　　　　　　　　　　　　　　　　　　　　／s／ Marcellus Breach
　　　　　　　　　　　　　　　　　　　　　　　Marcellus Breach

Marcellus Breach 160710
Kilby Corr. Rf. D-19
28779 Nick Davis Rd.
Harvest, AL 35749

HUNTSVILLE / HVS
AL 358 1 T
25 OCT 2007 PM

This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the
Department of Corrections, and the Alabama
responsible for the substance or content
of the enclosed communication.

United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711