IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 OCT 29 A 10: 13

MARCELLUS BREACH, # 160710

Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

Defendants.

CASE NO: 2:06-cv-1133-MEF

## MEMO

TO:   Alabama Department of Corrections
      Attention:   Albert S. Butler Esq.
      Legal Division
      301 South Ripley Street
      P.O. Box 301501
      Montgomery, Alabama 6130

RE:   **Discovery:**   *Inspection/Copies of Marcellus Breach, #160710 Institutional File*

Mr. Butler:

Pursuant to the order entered by the Court in the above-styled case, the Alabama Department of Corrections was ordered on or before October 26, 2007, allow me to review, inspect and obtain photocopies of my institutional file.

On Friday, October 19, 2006, at approximately 1:15 p.m., I was allowed to inspect my institutional file with Classification Officer Ms. Harris. As we went through my file, I made note of certain documents that I requested copies. Ms. Harris made a note of them and then explain that another classification officer, Ms. Bias would make the copies and submit them to me.

As of today, <u>October 24, 2007</u>, I have not received the copies. According to the ADOC policy on inmates requesting copies, the provision allows such copies to be made with or without the inmate having the funds immediately in his prison account. I had money sent for the sole purpose of paying for these copies. However, I have not received them.

Secondly, I told Ms. Harris that the funds to cover the costs for copies was available. In addition, I was and still willing to sign the copy request form which gives ADOC authorization to freeze my PMOD account until the money arrives to cover the cost for copying.

In short, I am requesting that you to please check into this matter. The Court stated on or before <u>October 26, 2007,</u> however, the inspection has been completed, I am waiting for the requested copies.

I Thank you kindly,

/s/ Marcellus Breach

Marcellus Breach

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class properly addressed postage prepaid and mailing on this 24 Day of October 2007.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

/s/ Marcellus Breach

Marcellus Breach