IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This cause is before the Court on the plaintiff's Written Objections to the Ruling of the Magistrate Judge (Doc. #179) filed on October 18, 2007. Specifically, plaintiff objects to the Magistrate Judge's order of October 9, 2007 (Doc. #159) denying the medical defendants' motion to strike. After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #179) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 31st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE