IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 OCT 31  A 9: 5

DEBRA P. HACKE
U.S. DISTRICT COUR
MIDDLE DISTRICT AL

MARCELLUS BREACH, #160710

      Plaintiff,

                                    *      CASE NO: 2:06-cv-1133-MEF

Vs.

                                    *

PRISON HEALTH SERVICES, INC., et al.,

                                    *

      Defendants.

## MOTION TO STAY DEADLINE FOR DISCOVERY REQUEST

**COMES NOW,** Plaintiff Marcellus Breach (hereinafter "Breach"), in proper person "Pro Se," moves this Court to "Stay" the deadline date set by the Court for final submission of all discovery request pursuant to _Rule 37(b),_ Fed. R. Civ. P.  Plaintiff shows for good cause as follows:

1.    This request is in conjunction with Breach's "_Motion to Compel and Request for Sanctions for Willful Disobedience / Failure to Comply with Court Orders"_ requesting an order upon the medical defendants to comply with this Court's order entered on _October 11, 2007,_ production and inspection of documents.

2.    That the Court has issued a discovery scheduling order on the 18th Day of October 2007, directing all parties to this action that all Discovery request shall be served upon the party and with the court by _November 20, 2007._

3.     Medical defendants are "bucking" several court orders, and refuse to cooperate with discovery rules.  In addition, "Stay" is requested due to the fact that the requested information, documents in the Discovery Order entered on _October 11, 2007_, are needed to further Breach's request for discovery, admissions.  Without the production of the requested documents, and the delay in obtaining such documents, the November 20, 2007, clock is running.

5.     Plaintiff request that this Court "Stay" the November 20, 2007, deadline as relief under Rule 37(b), Fed.R.Civ.P., provides for sanctions  "staying the case until the order is obeyed."

        **WHEREFORE, _premises considered_**, plaintiff request that this Court stay the November 20, 2007, until the medical defendants explain their reason for refusing to obey this Court's order, and plaintiff receives the inspections of documents.

                                              Done this 27th Day October 2007.

                                              _____

                                              Marcellus Breach 160710
                                              Limestone C.F.
                                              28779 Nick Davis Rd.
                                              Harvest, Alabama 35749

2

## *CERTIFICATE OF SERVICE*

*I HEREBY CERTIFY*, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 29th Day of October 2007.

Alabama Dept. Of Corrections          Rushton, Stakely, Johnstone & Garrett, P.A.
Legal Division                        P.O. Box 270
P.O. Box 301501                       Montgomery, Alabama 36101
Montgomery, Alabama 36130

Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Road
Harvest, AL 35749-7009

HUNTSVILLE AL 356
25 OCT

Correspondence is forwarded from
Limestone State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101