IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to stay deadline for discovery requests filed by the plaintiff on October 31, 2007 (Court Doc. No. 194), and for good cause, it is

ORDERED that the motion to stay be and is hereby DENIED. It is further

ORDERED that the date to file requests for discovery be and is hereby extended from November 20, 2007 to and including December 10, 2007. Consequently, all requests for discovery shall be filed with the court and served on the appropriate party on or before December 10, 2007.

Done this 1st day of November, 2007.

                                                    /s/ Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE