IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for issuance of order requiring that the defendants submit responses to discovery requests filed by the plaintiff on October 31, 2007 (Court Doc. No. 195), and as the order entered by this court on October 18, 2007 (Court Doc. No. 178) addresses responses to discovery requests, it is

ORDERED that this motion be and is hereby DENIED.

Done this 1st day of November, 2007.

                                          /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE