IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on October 31, 2007 (Court Doc. No. 196), and for good cause, it is

ORDERED that:

1. The motion to compel be and is hereby GRANTED.

2. On or before November 10, 2007, the medical defendants shall identify the individual(s) responsible for implementation and maintenance of the treatment protocol/ policies/procedures of Prison Health Services, Inc. ["PHS"] governing the treatment of hernias suffered by state inmates with respect to the time period relevant to the claims presented by the plaintiff.

3. On or before November 10, 2007, the medical defendants and/or medical personnel at Limestone Correctional Facility shall allow the plaintiff to inspect and/or copy the treatment protocol/policies/procedures governing the treatment of hernias suffered by state inmates.

4. On or before November 10, 2007, medical personnel at Limestone Correctional Facility

shall allow the plaintiff to inspect and/or copy all documents contained in his prison medical records. *Medical personnel shall ensure that these files include those documents relative to the plaintiff's confinement and medical treatment at the Southern Louisiana Correctional Center.*

*With respect to the aforementioned production of documents, the plaintiff is informed that neither prison officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies. Thus, if the plaintiff seeks to obtain photocopies of documents contained in his medical records, he must make prepayment to the appropriate official of all costs related to producing the copies in accordance with the rules and regulations of the prison system.* The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order.

The Clerk is DIRECTED to provide a copy of this order to the warden of Limestone Correctional Facility and the director of the health care unit at such facility.

Done this 1st day of November, 2007.

          /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE