IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the motion for sanctions filed by the plaintiff on October 31, 2007 (Court Doc. No. 196), in which the plaintiff seeks issuance of sanctions against the medical defendants for their failure to comply with the orders entered on October 11, 2007, and for good cause, it is

ORDERED that or before November 10, 2007 the medical defendants shall show cause why this motion should not be granted.

Done this 1st day of November, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE