IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On November 2, 2007, the plaintiff filed a motion to alter, amend or vacate (Court Doc. No. 202) in which he requests that this court reconsider its October 29, 2007 order (Court Doc. No. 185) denying his renewed motion for independent physical examination. Upon thorough reviewed all of documents and evidentiary materials filed in this case, it is

ORDERED that the motion to alter, amend or vacate order be and is hereby DENIED.

Done this 6th day of November, 2007.

                                            /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE