IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,        )
                                  )
         Plaintiff,               )
                                  )
    v.                            )        CASE NO. 2:06-CV-1133-MEF
                                  )
PRISON HEALTH SERVICES, et al.,   )
                                  )
         Defendants.              )

## ORDER ON MOTION

Upon consideration of the motion to expedite preliminary injunction hearing filed

by the plaintiff on November 2, 2007, and in light of the Recommendation entered on

October 31, 2007 (Court Doc. No. 193), it is

ORDERED that this motion be and is hereby DENIED.

Done this 6th day of November, 2007.


_____/s/ Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE