IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRISON HEALTH SERVICES, et al., )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-1133-MEF |

**ORDER ON MOTION**

Upon consideration of the motion for leave to present supporting declaration filed by the plaintiff on November 5, 2007 (Court Doc. No. 204), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 6th day of November, 2007.

                        /s/ Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE