
"Exhibit A"

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

CASE NO: 2:06-cv-1133-MEF

## DECLARATION BY INMATE JACKIE LYNN MORROW AIS# 241677 REGARDING DR. WILLIAM E. HOBBS, M.D., TREATMENT

**JACKIE LYNN MORROW, AIS# 241677** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, and declares under the penalty of perjury 28 U.S.C., 1746 that the foregoing is true and correct.

My name is **Lynn Morrow AKA Jackie Morrow 241677**. I am over the age of twenty-one. I am familiar with Mr. Breach's Complaint concerning the medical treatment provided to him from **Dr. Williams Hobbs, M.D.** the Medical Director here at Limestone C.F.

On June 23, 2007, and June 27, 2007 Dr. Hobbs performed surgery on me here at Limestone prison. I specifically asked Dr. Hobbs not to perform any surgery on me. Dr.

Hobbs told me: "shut up an sit down, this procedure is a normal, like opening up a cyst." I state that I did not have gangrene before Dr. Hobbs operated on me. After Dr. Hobbs operated on me, I got a sever infection of a first stage of gangrene. I was subsequently transferred to Huntsville Hospital, on or about July 10, 2007 to see Dr. Deepak Katyal, at the Huntsville Surgical Association. He informed officials to bring me back in two week so he could check out what was going on after Hobbs surgery.

I was not taken back until August 6, 2007 and I was rushed into surgery on August 7, 2007. During the course of Dr. Hobbs performing surgery on me, Dr. Hobbs did so, "**poured surgery into me stomach**". Dr. Katyal, could not believe Hobbs poured sugar into my stomach. Dr. Hobbs opened a bag, poured sugar into a cup, then poured it into my stomach, I was awake when he did this. I got infected because of this pouring surgery into my stomach.

Dr. Katyal told me, that as a result of Dr. Hobbs pouring sugar into my stomach is the result of me catching gangrene. I have undergone approximately six additional surgeries, four up to September 6, 2007 by Dr. Katyal, correcting Dr. Hobbs performance.

I state that when I was brought back to the prison, I caught several more infections in the very area Dr. Hobbs performed his surgery. All of my additional surgeries, are the result of Dr. Hobbs pouring surgery into my stomach.

I will testify to any matter, subject regarding the treatment given by Dr. William Hobbs, M.D. I state that it is safe to say, Dr. Hobbs is a medical threat to me and Mr. Breach and several others he is treating medically. Dr. Hobbs messed me up.

I further state that I have an attorney who will handle any litigation in the pursuit of Dr. Hobbs treatment. I have never had any infections in the same area that Dr. Hobbs cut on me.

I Swear that the foregoing is true and correct under the penalty of perjury based on personal knowledge. 28 U.S.C. 1746 this 31st Day of October 2007.

*Jackie Lynn Morrow*
Jackie Lynn Morrow AIS# 241677