IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ADOC DEFENDANTS' RESPONSE TO
## ORDER DATED OCTOBER 11, 2007

Comes now the ADOC Defendants, by and through the undersigned counsel, and submit this response pursuant to the Order of this Court:

That the Plaintiff has been allowed to inspect and/or copy all documents contained in his inmate file.

Respectfully submitted this 7th day of November 2007.

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

ADDRESS OF COUNSEL:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul James, Jr. Esq.
Rushton, Stakely, Johnson & Garrett, PC
P. O. Box 270
Montgomery, AL  36101-0270

Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,    )
                              )
                              )
      Plaintiff               )
                              )
v.                            )   Case No. 2:06-CV-1133-MEF
                              )
PRISON HEALTH SERVICES, et al., )
                              )
                              )
      Defendants              )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared one Edna Harris, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Edna Harris, and I am presently employed as a Classification Supervisor, with the Alabama Department of Corrections, Limestone Correctional Facility, Harvest, Alabama. I am over nineteen (19) years of age.

On October 18th, 2007, I Edna Harris, Classification Supervisor did allow Inmate Marcella Breach, #160710, to look through his institutional file to identify paperwork that he wanted to make copies of. He identified 27 pages that he needed to make copies of and paid for the copies, pursuant to court order.

On October 26th, 2007, I Edna Harris, Classification Supervisor did allow Marcellus Breach, #160710, to look through his medical file and identify four (4) pages

that he wanted to make copies of and paid for the copies, pursuant to court order.

_____
EDNA HARRIS

STATE OF ALABAMA)

LIIMESTONE COUNTY)

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS THE 26th DAY OF October, 2007.

_____
NOTARY PUBLIC

My commission expires  11-16-2010