IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH, #160710,

Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC.,

Defendants.

\*

\*

\*

\*

\*

CASE NO: 2:06-CV-1133-MEF

RECEIVED
2007 NOV -6  A 10: 40
[illegible] P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION

**COMES NOW**, Plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "Pro Se," request that this Court grant unto him an enlargement of time to file his written objections to the order and recommendation entered on October 31, 2007 denying plaintiff's Application for Preliminary Injunction for good cause:

1.  Plaintiff has filed a Motion for Reconsideration of the Order and Recommendation Denying Preliminary Injunction in conjunction with this request.

2.  Plaintiff request that the 10-day period for filing of objections deadline will be November 10, 2007. Plaintiff request an additional 10-days to be, from November 11, 2007 to on or before November 21, 2007 to file any objections allowing this court time to consider plaintiff's reasons why he thinks this court should reconsider its order denying preliminary injunction.

WHEREFORE, premises considered, plaintiff request that this court grant said request.

This 5th Day November 2007.

*Marcellus F. Breach*

Marcellus Breach 160710 ®
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 5th Day of October 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

*Marcellus F. Breach*
Marcellus Breach



Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Road
Harvest, AL 35749-7009

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101