## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MIDDLE DIVISION

MARCELLUS BREACH, #160710,　　　　　*

　　　　Plaintiff,　　　　　　　　　　*

Vs.　　　　　　　　　　　　　　　　　*　　　CASE NO: 2:06-CV-1133-MEF

　　　　　　　　　　　　　　　　　　*

PRISON HEALTH SERVICES, INC.,　　　*

　　　　Defendants.　　　　　　　　　*

### MOTION REQUESTING THIS COURT TO RECONSIDER THE FILING DATE ORDERED ON  PLAINTIFF'S TO FILE HIS OPPOSITION TO SUMMARY JUDGMENT CONSIDERATION
### AS ORDERED NOVEMBER 20, 2007 DATE

**COMES NOW**, plaintiff _Marcellus Breach_ (hereinafter "Breach") in proper person "Pro Se," request that this Court reconsider its Order entered on October 31, 2007 directing plaintiff to file his response to the defendants special report for good reasons:

1.　　On **October 18, 2007**, this Court entered a "**Discovery Scheduling Order**" granting plaintiff limited discovery to prove his case, and that all discovery is to be filed by **November 20, 2007** with the Clerk of this Court. [Court Doc. 176 – Order]

2.　　Admissions have been filed, and this Court has ordered the defendants to file their answer or shall object on or before **November 26, 2007**, some six (6) days after the **Novemebr 20, 2007**, deadline for plaintiff to file all discovery request.

3.    Due to problems with the medical defendants failure to cooperate with discovery, plaintiff filed a document requesting to "stay" discovery until the medical defendants explain their reasons for failure to answer court orders. [Court Doc. 194]  This court granted as relief plaintiff with additional time to file all discovery request on or before **December 10, 2007.**

4.    May the Court take note to the Record.  Plaintiff has and is in good faith, filed four request for Discovery upon the defendants, however, there are a large number of defendants and plaintiff is responsible in this case, and <u>will weed out those who are not responsible to the constitutional violation.</u>  However, three Discovery request have been served thus far upon the defendants and their 30-days to respond will be on or before <u>November 24, 2007</u> so far. (The Court Ordered by [1] **November 20, 2007** plaintiff file his response to defendant's special report, Rule 56, Fed. R.Civ. P., it is impossible for plaintiff to prepare submit without his discovery answers and responses)

5.    What is devastating to Breach is this Court on **October 31, 2007,** has Ordered Breach to file his response to the defendants "*Special Report*" under *Rule 56, Federal Rules of Civil Procedures.*  However, Breach is confused, because this Court ordered Breach to file his response with the Court by on or before **November 20, 2007.**  Breach points out, that the Court ordered defendants to answer the **Admissions by November 24, 2007.** The Court also **granted Breach additional time to file all Discovery request** by on or

---

[1] **Plaintiff request that this Court not be anger with him.  Plaintiff is only trying to present and argue his case, plaintiff is in pain.  He is trying!!  Plaintiff is not a lawyer!**

before **December 10. 2007** [Court Doc. 194 – Order] . But, the Court orders Breach to file

his response by **November 20, 2007**, <u>before discovery request are submitted</u>, <u>and before</u>

<u>defendants answer.</u> Breach request that this Court <u>reconsider its order</u>, because Breach

<u>cannot adequately,</u> prepared and submit his response properly, unless, and until he has

received his answers from the defendants regarding discovery.

6.     Breach request that this Court please not impose such a serious burden on a pro se

litigation, with **only less than 15 days to file a response to a Rule 56 Summary**

**Judgment consideration. [Court Doc. 192-1]**

   *WHEREFORE, premises considered*, plaintiff request that this Court reconsider

and grant Breach time, to complete discovery, receive discovery, then file his response to

summary judgment consideration.

                     Done this 5th Day November 2007,

                     _____

                     Marcellus Breach ® 160710
                     Limestone C.F
                     28779 Nick Davis Rd.
                     Harvest, Alabama 35749


### CERTIFICATE OF SERVICE

   *I HEREBY CERTIFY*, that I have served a true copy of the foregoing upon the
following by U.S. Mail, First Class, postage prepaid and properly addressed to and
mailing through the prison mail box system on this 29th Day of October 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Marcellus Breach 160710