IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. 2:06cv1133-MEF |
| | § |
| PRISON HEALTH SERVICES, INC.; et al.; | § |
| | § |
| | § |
| Defendants. | § |

### DEFENDANT PRISON HEALTH SERVICES, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT AND 21-DAY MOTION TO FILE MOTION FOR SANCTIONS

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs (collectively "PHS"), by and through counsel, and in response to Plaintiff's pleading dated October 19, 2007, complaining of a lack of service by this Defendant of pleading upon the Plaintiff, states the following:

PHS has copies of each and every pleading on Marcellus Breach at his address of Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama 35749. Attached is an affidavit of the undersigned verifying that copies of every pleading have been sent to the Plaintiff. If, for whatever reason, the Plaintiff produces some form of evidence suggesting otherwise, it is the strong belief of PHS's counsel that Breach has intentionally destroyed pleadings and/or "mistakenly" failed to keep them.

WHEREFORE, all premises considered, the Defendants respectfully request this Court to deny the Plaintiff's Motion to Compel and/or any potential notice to file a motion for

1

sanctions, as copies of all pleadings are being served on the Plaintiff when said pleadings are being drafted and filed.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 7th day of November, 2007, to:

> Mr. Marcellus Breach (#160710)
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL 35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL 36130-1501

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:06cv1133-MEF |
| § | |
| PRISON HEALTH SERVICES, INC.; § | |
| et al.; § | |
| § | |
| Defendants. § | |

## AFFIDAVIT OF PAUL M. JAMES, JR.

STATE OF ALABAMA            )

COUNTY OF MONTGOMERY   )

Personally appeared before me, the undersigned notary public, in and for said county and state, Paul M. James, Jr., who, after being duly sworn, did depose and state on oath as follows:

1.      My name is Paul M. James, Jr. and I am the attorney for Prison Health Services, Inc. I am the attorney responsible for defending Prison Health Services, Inc. in the case styled Marcellus Breach (#106710) v. Prison Health Services, Inc., et al., Civil Action No. 2:06cv1133-MEF, in the United States District Court for the Middle District of Alabama, Northern Division.

2.      Each and every time pleadings are drafted on behalf of Prison Health Services, Inc., my office dutifully sends copies of these to Marcellus Breach (#106710) at the following address:

Mr. Marcellus Breach (#160710)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

3. At no time have these Defendants ever failed to forward copies of proper pleadings to the Plaintiff.

FURTHER AFFIANT SAITH NOT.

/s/ Paul M. James, Jr.
PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 262-6277 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 7th day of November, 2007, to:

> Mr. Marcellus Breach (#160710)
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL  36130-1501

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL

3