IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration of Recommendation denying preliminary injunctive relief filed by the plaintiff on November 6, 2007 (Court Doc. No. 212), and as the plaintiff fails to establish that he meets each of the prerequisites for issuance of a preliminary injunction, it is

ORDERED the motion for reconsideration be and is hereby DENIED.

Done this 8th day of November, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE