IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On November 6, 2007, the plaintiff filed a motion for reconsideration (Court Doc. No. 211) in which he seeks an extension of time within which to file his response to the defendants' written reports. The court therefore construes this document as a motion for extension of time. Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for extension of time be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from November 20, 2007 to and including January 24, 2008 to file his response to the defendants' written reports.

Done this 8th day of November, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE