IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | )    CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on November 6, 2007 (Court Doc. No. 210), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from November 13, 2007 to and including November 26, 2007 to file objections to the Recommendation entered on October 31, 2007.

Done this 8th day of November, 2007.

                                                              /s/ Terry F. Moorer
                                                            TERRY F. MOORER
                                                            UNITED STATES MAGISTRATE JUDGE