IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,        )
                                  )
          Plaintiff,              )
                                  )
     v.                           )        CASE NO. 2:06-CV-1133-MEF
                                  )
PRISON HEALTH SERVICES, et al.,   )
                                  )
          Defendants.             )

**ORDER**

Upon review of the response filed by the medical defendants on November 7, 2007 (Court Doc. No. 213), and as this response fails to address the alleged failure of the aforementioned defendants to (i) identify the person responsible for the protocol governing medical treatment provided to inmates suffering from hernias, and (ii) allow plaintiff access to his medical records, it is

ORDERED that on or before November 19, 2007 the defendants shall file a supplement to this response which addresses these purported deficiencies in their responses.

Done this 8th day of November, 2007.


          /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE