IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:06cv1133-MEF |
| § | |
| PRISON HEALTH SERVICES, INC.; § | |
| et al.; § | |
| § | |
| Defendants. § | |

## MOTION TO STRIKE

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs (collectively "PHS"), by and through counsel, and move this Court to strike from the record the Plaintiff's "Motion for Leave to Present Supporting Declaration with regards to Dr. William Hobbs, M.D. Treatment" [Doc. 204] and in further support of the Motion to Strike states the following:

1. As this court is well aware, this case involves whether medical treatment provided to Marcellus Breach or denied him constitutes a deliberate indifference to a serious medical need or in violation of the Alabama Medical Liability Act. The Plaintiff's attempts to inject false, misleading, and perjurious testimony from Jackie Lynn Morrow carries no weight with regard to this matter.

2. In addition, the affidavit from Morrow constitutes hearsay on its face and also references alleged statements from Dr. Deepak Katyal from rank hearsay at its most basic.

3. In addition, the affidavit from Mr. Morrow makes medical conclusions far beyond his level of expertise and no evidence is presented in the affidavit that Morrow is a

licensed medical provider within the State of Alabama or any other jurisdiction, making him qualified to give opinions such as those contained in the affidavit.

WHEREFORE, all premises considered, these Defendants respectfully request this Court to strike from the record, or from consideration, the pleading [Doc. 204] and the "affidavit" filed by Jackie Lynn Morrow in this matter.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 8th day of November, 2007, to:

>   Mr. Marcellus Breach (#160710)
>   Limestone Correctional Facility
>   28779 Nick Davis Road
>   Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

>   Albert Sims Butler, Esq.
>   ALABAMA DEPARTMENT OF CORRECTIONS
>   P. O. Box 301501
>   Montgomery, AL  36130-1501

>                               /s/ PAUL M. JAMES, JR. (JAM017)
>                               OF COUNSEL