IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike filed by several of the medical defendants on November 8, 2007 (Court Doc. No. 218), and as this court will at the appropriate time in accordance with the Federal Rules of Civil Procedure determine the relevancy and admissibility of all documents/statements submitted by each party, it is

ORDERED that the motion to strike be and is hereby DENIED. The medical defendants are advised that they may file a response to the challenged document in which they address the alleged deficiencies in such document.

Done this 8th day of November, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE