IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to stay filed by the plaintiff on November 8, 2007(Court Doc. No. 220), and in light of the order entered on November 8, 2007 allowing the plaintiff an extension until January 24, 2008 to file his response to the defendants' written reports, it is

ORDERED that the motion to stay be and is hereby DENIED.

Done this 13th day of November, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE