IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the motion for sanctions (Court Doc. No. 221) and second motion for sanctions (Court Doc. No. 222) filed by the plaintiff on November 8, 2007, it is

ORDERED that on or before November 28, 2007 attorney Paul M. James shall show cause why these motions should not be granted.

Done this 13th day of November, 2007.

                                                   /s/ Terry F. Moorer
                                                   TERRY F. MOORER
                                                   UNITED STATES MAGISTRATE JUDGE