IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710                    *

    Plaintiff,                               *

                                             *    CASE NO: 2:06-cv-1133-MEF

Vs.

                                             *

PRISON HEALTH SERVICES, INC., et al.,

                                             *

    Defendants.

*PLAINTIFF'S NOTICE OF DEPOSITION UPON WRITTEN QUESTIONS*

TO:    **ALBERT S. BUTLER**
    **Assistant General Counsel**
    **Alabama Department of Corrections**
    **Legal Division**
    **301 South Ripley Street**
    **P.O. Box 301501**
    **Montgomery, Alabama 36130**

**PLEASE TAKE NOTE** that plaintiff in the above-captioned action is requesting cooperation and assistance in enabling the perfection of depositions upon written questions to Agents of the Alabama Department of Corrections: **Nurse Administrator Diana Lott, and Dr. John A. Tassin, M.D., and Nurse Maxie, at South Louisiana Correctional Cernter, 3843 Basile, Louisiana 70515 purusant to Federal Rules of Civil Procedures before December 1, 2007.**

Plaintiff request that counsel correspond with him in regards to this matter. Plaintiff request counsel advise him as to date, counsel requests to receive the written questions, and any other issues that must be resolved first to perfect this cause.

Respectfully,

Marcellus Breach 160710®
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Al 35749

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 8th Day of October 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Marcellus Breach