IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRISON HEALTH SERVICES, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:06-cv-1133-MEF |

## ADOC DEFENDANTS' MOTION TO STRIKE/QUASH, or in the alternative, MOTION FOR A PROTECTIVE ORDER

Come now the Alabama Department of Corrections (hereinafter referred to as ADOC) Defendants, by and through the undersigned counsel, and submit this motion to strike, or in the alternative, motion for a protective order as follows:

1. The Plaintiff has served upon the ADOC Defendants a notice of deposition upon written questions to Nurse Administrator Diana Lott, Dr. John A. Tassin, M.D., and Nurse Maxie, at the South Louisiana Correctional Facility, Basle, Louisiana, as agents of ADOC, pursuant to the Federal Rules of Civil Procedure before December 1, 2007. (Document # 227).

2. Said notice is "requesting cooperation and assistance in enabling the perfection of depositions". The notice is further request counsel for the ADOC Defendants to contact the Plaintiff and "advise him as to date, counsel requests to receive the written questions, and any other issues that must be resolved first to perfect this cause.

3. Counsel for the ADOC Defendants does not represent Nurse Administrator Diana Lott, Dr. John A. Tassin, M.D., and Nurse Maxie and they are not agents for ADOC.

4. To the knowledge and belief of counsel for the ADOC Defendants, Nurse Administrator Diana Lott, Dr. John A. Tassin, M.D., and Nurse Maxie are not named defendants, therefore the said Notice of Depositions (Document #227), does not comply with the Federal Rules of Civil Procedure.

Wherefore the premises considered, the ADOC Defendants pray this Honorable Court to strike/quash the Plaintiff's notice of deposition upon written questions to Nurse Administrator Diana Lott, Dr. John A. Tassin, M.D., and Nurse Maxie, or in the alternative, to grant a protective order for the ADOC Defendants that does not require the ADOC Defendants to be responsible for the receipt and distribution of any written questions to non-ADOC Defendants.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler(BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL 36101-0270

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney