IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the motion to strike/quash plaintiff's notice of deposition by written questions filed by the correctional defendants on November 14, 2007 (Court Doc. No. 230), and as the persons whom the plaintiff seeks to depose by written questions are not parties in this cause of action nor are these individuals represented by counsel for the correctional defendants, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 14th day of November, 2007.

                                                              /s/ Terry F. Moorer
                                                              TERRY F. MOORER
                                                              UNITED STATES MAGISTRATE JUDGE