IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the motion for contempt of court/motion to compel/motion for sanctions filed by the plaintiff on November 14, 2007 (Court Doc. No. 231), and for good cause, it is

ORDERED that on or before November 29, 2007 attorney Paul M. James shall show cause why the aforementioned motions should not be granted.

Done this 14th day of November, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE