IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

                               *      CASE NO: 2:06-cv-1133-MEF

Vs.

                               *

PRISON HEALTH SERVICES, INC., et al.,

                               *

    Defendants.

## *MOTION TO COMPEL*

**COMES NOW**, plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "pro Se," request unto this court to compel Attorney Paul M. James, Jr., to immediately forward to him a true copy of his filed response (**Court Doc. 213**) on November 7, 2007, in regards to plaintiff's motion for sanctions: Plaintiff states as follows:

1. On November 7, 2007, counsel for the medial defendants has filed a response to plaintiff motion to compel and request for sanctions. As of today, <u>November 13, 2007,</u> plaintiff has not received his response.(Court Doc. 213)

2. On November 8, 2007, counsel for the medical defendants filed a document entitled motion to strike, (Court Doc. 218), and on or about November 9, 2007, plaintiff <u>did receiving this document being motion to strike</u>. However, this motion to strike was filed <u>after the medical defendant's response on November 7, 2007,</u> (Court Doc. 213)

3.  Reviewing this court's order directed to the medical defendants extending and directing that they file a supplement to this response, **(Court Doc. 213)**, plaintiff states that he does not know what they told this court, but, may this court note: Plaintiff **HAS NOT and DID NOT review ANY Protocols, Policies, or Procedures on November 9, 2007 as ORDERED by this court**. Plaintiff request the court to compel counsel to serve plaintiff with a copy of his response, because in the event it is ascertained that counsel has presented perjury, plaintiff request sanctions immediately.

WHEREFORE, *premises considered*, plaintiff request that this court compel counsel to serve plaintiff with his response being **[Court Doc. 213.]**

Done this 13th Day November 2007.

/s/ Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 14th Day of October 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

/s/ Marcellus Breach
Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749



HUNTSVILLE / HSV
AL 358 2 L
14 NOV 2007 PM

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

36101+0711