IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

### PLAINTIFF'S RESPONSE TO COURT ORDER DIRECTED TO MEDICAL DEFENDANTS TO SUPPLEMENT THEIR RESPONSE

*COMES NOW*, the plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "Pro Se" request to submit this response to this court's order entered on November 8, 2007, [**Court Doc. 217**] directed to the medical defendants on or before November 19, 2007, to supplement their response: Plaintiff states as follows:

1. This court after reviewing the medical defendants response to plaintiff's motion to compel and request for sanctions, ordered that on or before the medical defendants shall supplement their response regarding (i) identify the person responsible for the protocol governing medical treatment provided to inmates suffering from hernias, and (ii) allow plaintiff access to his medical records." [**Court Doc. 217 – Order**] [1]

---

[1] May the court note, Medical Records are the only productions that have been allowed thus far. Protocols, Policy, Procedures, regarding Hernias, HAS NOT BEEEN COMPLIED by medical defendants.

2. Plaintiff states under the penalty of perjury 28 U.S.C. 1746 that he does not know what the medical defendants told this court on November 7, 2007, because he did not receive their response. However, plaintiff request that this court redirect its order for the medical defendants to explain why plaintiff **HAS NOT** reviewed their treatment **protocols, policies and procedures governing treatment of hernias suffered by inmates.** Plaintiff states under oath, under penalty of perjury that on November 9, 2007, he **DID NOT** review not one (1) Protocol, Policy nor a Procedure, as ordered by this Court. Plaintiff states he has reviewed his medical records ONLY.

3. Plaintiff request this Court order the medical defendants to show good cause whey they continue to disobey this Court's order, regarding this Protocol, Policies, Procedures.

WHEREFORE, *premises considered*, may the court take note, its order **has not** be obeyed, plaintiff **HAS NOT** reviewed **not one protocol, policy nor a procedure**. Under the Penalty of Perjury 28 U.S.C. 1746.

Done this 13th Day November 2007

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 14th Day of October 2007.

Alabama Dept. Of Corrections          Rushton, Stakely, Johnstone & Garrett, P.A.
Legal Division                        P.O. Box 270
P.O. Box 301501                       Montgomery, Alabama 36101
Montgomery, Alabama 36130

_____
Marcellus Breach