IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

\*  
\*  
\*     CASE NO: 2:06-cv-1133-MEF  
\*  
\*  
\*

## MOTION TO COMPEL

**COMES NOW**, plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "pro Se," request unto this court to compel counsel for the correctional defendants, to immediately forward to him a true copy of his filed "**motion to strike/quash plaintiff's notice of deposition**" [**Court Doc. 230**) filed on *November 14, 2007:* Plaintiff states as follows:

1. On November 14, 2007, counsel for the correctional defendants filed a document [**Court Doc. 230**] without serving plaintiff a true copy, plaintiff has received this court's order entered on November 14, 2007, [**Court Doc. 232-1**] regarding counsel's motion. However, as of today, <u>November 15, 2007,</u> plaintiff has not received their motion..

WHEREFORE, *premises considered*, plaintiff request that this court compel counsel to serve plaintiff with his document being [**Court Doc. 230.**]

Done this 15th Day November 2007.

/s/ Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 16th Day of November 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

/s/ Marcellus Breach

Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749



HUNTSVILLE / HVS
AL 358 1 1
15 NOV 2007 PM

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

36101+0711