IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710        *

    Plaintiff,                                  *

                                          *    CASE NO: 2:06-cv-1133-MEF

Vs.                                              *

PRISON HEALTH SERVICES, INC., et al.,

                                          *

    Defendants.

**PLAINTIFF REQUEST TO SUBMIT DOCUMENTATION CONCERNING
THE INADEQUATE TREATMENT BEING PROSCRIBED, THE ISSUEING OF
AN OBSOLUTE TRUSS IN SUPPORT OF HIS CLAIMS**

***COMES NOW***, the plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se" request in the interest of justice, and in regards to the claims, defenses raised in this case, that this Honorable Court review as part of the record, concerning "treatment" the submitted exhibits as public information having standing as that of "even a lay person" could ascertain that Breach suffers from pain, and has a "serious medical need". Breach shows as follows:

1.    Through out this litigation, the medical defendants continue to attempt to mislead this court that their medical treatment as "conservative approach" is appropriate. However, Breach intends to debunk this frivolous theory with evidence.

1

2.  Throughout this entire litigation, medical defendants have alleged that Breach does not follow instructions, does not wear his Truss. Breach will debunk this illogical unsupported theory, because a Truss is obsolete, ineffective by <u>free world</u> medical surgeons.

3.  **Exhibit "A"**, attached exhibit from **"Society Of American Gastrointestinal Endoscopic Surgeons (SAGES)** *"Patient Information from Your Surgeon & SAGES"/"Laparoscopic Inguinal Hernia Repair."* Revision Date 02/2004. Breach directs this court's attention to page 2 of 4 **"HOW IS THE PROCEDURE PERFORMED?"** The issue concerning that a **Truss is ineffective**, and basically is obsolete.

**Exhibit "A" --- "HOW IS THE PROCEDURE PERFORMED?**

"There are few options available for a patient who has a hernia."

\*   "Use of a Truss (hernia belt) is rarely prescribed as it is <u>usually ineffective</u>."

4.  *Exhibit "B"*, is the "Hernia Support Belt Model 67-350" that was issued to Breach by the medical defendants which states: **"What is a Hernia?"**

> "Limiting activity, eliminating excess weight, and wearing a hernia belt or truss **may** provide temporary relief. However, CURE IS SURGERY."

*MEMORANDUM AT LAW/POINTS ON AUTHORITY*

It is already long established in this circuit, a serious medical need is considered <u>"one that has been diagnosed by a physician as mandating treatment</u> or one that is so obvious that even a **lay person** would easily recognize the necessity for a doctor's

2

attention." *Hill v. Dekalb Reg'l Youth Det. Ctr.*, 40 F.3d 1176, 1187 (11th Cir. 1994) (quotation marks and citation omitted). In either of these situations, the medical need must be "one that, **if left unattended, 'pos[es] a substantial risk of serious harm.'**" *Taylor*, 221 F.3d at 1258 (alteration in original) (quoting *Farmer*, 511 U.S. at 834, 114 S. Ct. 1970, 128 L. Ed. 2d 811 ). See, *Mincey v. Dele Cerna, etc; et al.*, U.S. Dist. LEXIS 21274, March 12, 2007 (M.D. Fla. 2007).

Dr. John A Tassin, M.D., questioned surgery. His Affidavit is before this court. "An injury that a reasonable doctor or patient would find important and worthy of comment or treatment, the presence of a medical condition that significantly affects an individual's daily activities, or the existence of chronic and substantial pain are indications that a prisoner has a "serious" need for medical treatment." *McGuckin*, 974 F.2d @ 1059-60.

[1] Breach expresses that this court <u>must not</u> give prison doctors who are employed for a corporation which is established as a "<u>for profit</u>," corporation:   <u>so much credit in this case.</u>  "[a] federal court <u>is not</u> required to blindly defer to the judgment of prison doctors or administrators in determining whether there has been deliberate indifference to an inmate's serious medical needs." *Hunt v. Dental Dept.*, 865 F.2d 198, 200 (9th Cir.

---

[1] This Court has the Affidavit from Jackie Morrow explaining that Dr. Hobbs poured sugar into his stomach leading into six additional surgeries by free world physicians: Morrow was infected with gangrene after Hobbs performance.

1989)(citing *Wood v. Sunn,* 852 F.2d 1205, 1211 (9th Cir. 1988), vacated on other grounds, 880 F.2d 1011 (1989).

Breach further urges this court to "reject" any suggestion that prison officials may avoid their duty to provide medical treatment by the simple expediency of labeling such treatment as "elective." The classification of surgery as elective does not abrogate the prison's duty, or power, to promptly provide necessary medical treatment for prisoners." See, *Jones*, 781 F.2d @ 770-71 (classification of hernia as "elective surgery" did not insulate county from Eight Amendment duty to provide proper medical care); *Johnson v. Bowers*, 884 F.2d 1053, 1056 (8th Cir. 1989)(prisoner waiting six years for elective arm surgery was entitled to relief)(citing *Monmouth County Corr. Inst. Inmates v. Lanzaro*, 834 F.2d 326, 348 n.32 (3d Cir. 1987) cert. Denied, 486 U.S. 1006, 108 S.Ct. 1731, 100 L. Ed. 2d 195 (1988)

This court ought to consider that for going on three years Breach has suffered pain and disability, and that his hernia is progressing. The point is: A hernia Truss/Belt is obsolete. Dr. Yerubandi, M.D., a surgeon commented on the issuing of a "Truss" is not treatment. Dr. Yerubandi stated:

> "Dr. Hobbs has placed some temporary physical restrictions on Mr. Breach identified as issuing a **truss that is deficient**, and a truss will not stop the hernia from progressing and is inadequate as any treatment.
> It is impossible to stop a hernia from progressing; activities such as lifting, twisting, pulling, or muscle strain, even regular common human functions such as bowel movements will cause the muscle to tear resulting to the hernia enlarging and Mr. Breach experiencing this "burning pain". Dr.

4

Hobbs is ignoring the red flag of "burning pain" also, weight gain, constipation, cough <u>will aggravate</u> the hernia and will become worse and will rupture Mr. Breach's hernia leading into an emergency situation." [See, p. 11 ¶ 2,3, Affidavit Dr. Yerubandi, M.D. "Plaintiff Motion to Reconsideration Denying Preliminary Injunction, Court Doc. 212]

## *CONCLUSION*

This Protocol is called to be questioned and challenged by this court. Although prison officials may establish general guidelines, but the ultimate treatment decision regarding Breach's injury "must" be made on a case-by-case basis. This is not the case, Breach is considered nothing but a number, and until his hernia reaches a "life or death" situation, he will continue to suffer, and his health will continue to deteroratiate. Breach request to submit the attached information into the Record. Breach is ready to proceed forward with this case.☺

Done this 15th Day November 2007.

/s/ Marcellus V. Breach

Marcellus Breach 160710®

Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 15th Day of November 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

_____
Marcellus Breach

# EXHIBIT "A"



Society of American Gastrointestinal and Endoscopic Surgeons (SAGES) Publication #PI06
**Patient Information for Laparoscopic Inguinal Hernia Repair from SAGES**
Revision Date: 03/2004

Exhibit A

Print

# PATIENT INFORMATION FROM YOUR SURGEON & SAGES

## Laparoscopic Inguinal Hernia Repair

### ABOUT YOUR HERNIA AND LAPAROSCOPIC REPAIR:

Approximately 600,000 hernia repair operations are performed annually in the United States. Many are performed by the conventional "open" method. Some hernia repairs are performed using a small telescope known as a laparoscope. If your surgeon has recommended a laparoscopic repair, this brochure can help you understand what a hernia is and about the treatment.

### WHAT IS A HERNIA?

- A hernia occurs when the inside layers of the abdominal muscle have weakened, resulting in a bulge or tear. In the same way that an inner tube pushes through a damaged tire, the inner lining of the abdomen pushes through the weakened area of the abdominal wall to form a small balloon-like sac. This can allow a loop of intestine or abdominal tissue to push into the sac. The hernia can cause severe pain and other potentially serious problems that could require emergency surgery.
- Both men and women can get a hernia.
- You may be born with a hernia (congenital) or develop one over time.
- A hernia does not get better over time, nor will it go away by itself.

### HOW DO I KNOW IF I HAVE A HERNIA?

- The common areas where hernias occur are in the groin (inguinal), belly button (umbilical), and the site of a previous operation (incisional).
- It is usually easy to recognize a hernia. You may notice a bulge under the skin. You may feel pain when you lift heavy objects, cough, strain during urination or bowel movements, or during prolonged standing or sitting.
- The pain may be sharp and immediate or a dull ache that gets worse toward the end of the day.
- Severe, continuous pain, redness, and tenderness are signs that the hernia may be entrapped or strangulated. These symptoms are cause for concern and immediate contact of your physician or surgeon.

### WHAT CAUSES A HERNIA?

Case 2:06-cv-01133-MEF-TFM    Document 239-2    Filed 11/19/2007    Page 3 of 8

The wall of the abdomen has natural areas of potential weakness. Hernias can develop at these or other areas due to heavy strain on the abdominal wall, aging, injury, an old incision or a weakness present from birth. Anyone can develop a hernia at any age. Most hernias in children are congenital. In adults, a natural weakness or strain from heavy lifting, persistent coughing, difficulty with bowel movements or urination can cause the abdominal wall to weaken or separate.

## WHAT ARE THE ADVANTAGES OF LAPAROSCOPIC HERNIA REPAIR?

Laparoscopic Hernia Repair is a technique to fix tears in the abdominal wall (muscle) using small incisions, telescopes and a patch (mesh). If may offer a quicker return to work and normal activities with a decreased pain for some patients.

## ARE YOU A CANDIDATE FOR LAPAROSCOPIC HERNIA REPAIR?

Only after a thorough examination can your surgeon determine whether laparoscopic hernia repair is right for you. The procedure may not be best for some patients who have had previous abdominal surgery or underlying medical conditions.

## WHAT PREPARATION IS REQUIRED?

- Most hernia operations are performed on an outpatient basis, and therefore the you will probably go home on the same day that the operation is performed.
- Preoperative preparation includes blood work, medical evaluation, chest x-ray and an EKG depending on your age and medical condition.
- After your surgeon reviews with you the potential risks and benefits of the operation, you will need to provide written consent for surgery.
- It is recommended that you shower the night before or morning of the operation.
- If you have difficulties moving your bowels, an enema or similar preparation may be used after consulting with your surgeon.
- After midnight the night before the operation, you should not eat or drink anything except medications that your surgeon has told you are permissible to take with a sip of water the morning of surgery.
- Drugs such as aspirin, blood thinners, anti-inflammatory medications (arthritis medications) and Vitamin E will need to be stopped temporarily for several days to a week prior to surgery.
- Diet medication or St. John's Wort should not be used for the two weeks prior to surgery.
- Quit smoking and arrange for any help you may need at home.

## HOW IS THE PROCEDURE PERFORMED?

There are few options available for a patient who has a hernia.

- Use of a truss (hernia belt) is rarely prescribed as it is usually ineffective.
- Most hernias require a surgical procedure.
- Surgical procedures are done in one of two fashions.

I. The open approach is done from the outside through a three to four inch incision in the groin or the area of the hernia. The incision will extend through the skin, subcutaneous fat, and allow the surgeon to get to the level of the defect. The surgeon may choose to use a small piece of surgical mesh to repair the defect or hole. This technique is usually done with a local anesthetic and

sedation but may be performed using a spinal or general anesthetic.

II. The laparoscopic hernia repair. In this approach, a laparoscope (a tiny telescope) connected to a special camera is inserted through a cannula, a small hollow tube, allowing the surgeon to view the hernia and surrounding tissue on a video screen.

Other cannulas are inserted which allow your surgeon to work "inside." Three or four quarter inch incisions are usually necessary. The hernia is repaired from behind the abdominal wall. A small piece of surgical mesh is placed over the hernia defect and held in place with small surgical staples. This operation is usually performed with general anesthesia or occasionally using regional or spinal anesthesia.

### WHAT HAPPENS IF THE OPERATION CANNOT BE PERFORMED OR COMPLETED BY THE LAPAROSCOPIC METHOD?

In a small number of patients the laparoscopic method cannot be performed. Factors that may increase the possibility of choosing or converting to the "open" procedure may include obesity, a history of prior abdominal surgery causing dense scar tissue, inability to visualize organs or bleeding problems during the operation.

The decision to perform the open procedure is a judgment decision made by your surgeon either before or during the actual operation. When the surgeon feels that it is safest to convert the laparoscopic procedure to an open one, this is not a complication, but rather sound surgical judgment. The decision to convert to an open procedure is strictly based on patient safety.

### WHAT SHOULD I EXPECT AFTER SURGERY?

- Following the operation, you will be transferred to the recovery room where you will be monitored for 1-2 hours until you are fully awake.
- Once you are awake and able to walk, you will be sent home.
- With any hernia operation, you can expect some soreness mostly during the first 24 to 48 hours.
- You are encouraged to be up and about the day after surgery.
- With laparoscopic hernia repair, you will probably be able to get back to your normal activities within a short amount of time. These activities include showering, driving, walking up stairs, lifting, working and engaging in sexual intercourse.
- Call and schedule a follow-up appointment within 2 weeks after you operation.

### WHAT COMPLICATIONS CAN OCCUR?

- Any operation may be associated with complications. The primary complications of any operation are bleeding and infection, which are uncommon with laparoscopic hernia repair.
- There is a slight risk of injury to the urinary bladder, the intestines, blood vessels, nerves or the sperm tube going to the testicle.
- Difficulty urinating after surgery is not unusual and may require a temporary tube into the urinary bladder for as long as one week.
- Any time a hernia is repaired it can come back. This long-term recurrence rate is not yet known. Your surgeon will help you decide if the risks of laparoscopic hernia repair are less than the risks of leaving the condition untreated.

**WHEN TO CALL YOUR DOCTOR**

Be sure to call your physician or surgeon if you develop any of the following:

- Persistent fever over 101 degrees F (39 C)
- Bleeding
- Increasing abdominal or groin swelling
- Pain that is not relieved by your medications
- Persistent nausea or vomiting
- Inability to urinate
- Chills
- Persistent cough or shortness of breath
- Purulent drainage (pus) from any incision
- Redness surrounding any of your incisions that is worsening or getting bigger
- You are unable to eat or drink liquids

This brochure is not intended to take the place of your discussion with your surgeon about the need for laparoscopic inguinal hernia surgery. If you have questions about your need for hernia surgery, your alternatives, billing or insurance coverage, or your surgeons training and experience, do not hesitate to ask your surgeon or his/her office staff about it. If you have questions about the operation or subsequent follow-up, please discuss them with your surgeon before or after the operation.

**ADDITIONAL INSTRUCTIONS:**

Doctors may purchase bulk reprints of SAGES Patient Information Brochures from the SAGES Store.

Find a SAGES Member in your area.

Requests for single reprints should be sent to:

SOCIETY OF AMERICAN GASTROINTESTINAL ENDOSCOPIC SURGEONS (SAGES)
11300 West Olympic Blvd., Suite 600
Los Angeles, CA 90064
Tel: (310) 437-0544
Fax: (310) 437-0585
E-Mail: SAGESweb@sages.org

This brochure was reviewed and approved by the Board of Governors of the Society of American Gastrointestinal Endoscopic Surgeons (SAGES), March 2004. It was prepared by the SAGES Task Force on Patient Information.

# EXHIBIT " B"

**Features:**
- gentle compression
- weakened muscles and holds hernia in place
- shaped dual compression-formed pads focus
- is for either single or double hernia
- waist band is adjustable to desired compression
- le leg straps

**sticas de Producto**
- ona compresión suave
- los músculos débiles y mantiene la hernia en
- lillas de compresión moldeadas especialmente ocar el soporte
- lillas dobles para hernias unilaterales o
- es
- elástico se ajusta a la presión y talla deseada
- ajustables para las piernas

**stiques du Produit:**
- une contention douce
- les muscles faibles et tient l'hernie en place
- nique avec deux compresses de maintien
- rées
- embourrage (coussinets), soit pour une simple u pour une double hernie
- re élastique est ajustable pour pouvoir obtenir ation désirée
- gles pour les jambes sont ajustables

US Patent 6,422,242B1

**Material Content/Contenido/Composition:**
60% Polyester/Poliéster, 18% Nylon/Nilón,
15% Latex/Látex, 5% Cotton/Algodón/Coton, 2% Spandex

**Latex Warning:** The waistband and leg straps of the Hernia Belt contain small amounts of natural rubber, which may cause skin irritation in those patients who are sensitive to latex.

**Precaución de Látex:** El cinturón y los tirantes contienen cantidades pequeñas de goma natural, que podrían ocasionar irritación a personas que tengan piel sensible al látex.

**Attention au Latex:** La ceinture et les attaches (sangles) pour les jambes contiennent une petite quantité de caoutchouc naturel qui pourrait causer des irritations de la peau aux personnes sensibles ou allergiques au latex.

**Care Instructions:**
Fasten all closures. Hand wash in cool water with mild soap. Pat dry to remove excess water. Air dry away from heat. Wash as needed.

**Instrucciones de Cuidado:**
Abroche los cierres. Lave a mano con agua fría con jabón suave. Pásele la mano para remover el exceso de agua. Seque al aire libre lejos del calor. Lave como se necesita.

**Conseils pour le Nettoyage:**
Boucler les sangles de fermeture. Laver à la main, à l'eau froide avec un savon doux. Tapoter la ceinture pour enlever l'excès d'eau. Faire sécher à l'abri de la chaleur.



**Silver Label**
Professional Medical Supports

Silver Label® Tri-Lingual Line for Medical Professionals.
Made in U.S.A. by FLA Orthopedics®, Miramar, FL 33025
©2002 FLA Orthopedics, Inc., Miramar, FL 33025   B5-0SL673



*Soft Form*
*Orthopaedic by Design*

**Hernia Support Belt**

**Cinturón de Soporte para Hernia**

**Ceinture Herniaire**

**Silver Label**
Professional Medical Supports

PROFESSIONAL MEDICAL SUPPORTS

Exhibit "B"

*Soft Form®* **Hernia Support Belt** 

# *Soft Form®* Hernia Support Belt

**Fitting Instructions**

Model 67-350

**Indications:**
- Reducible Inguinal hernias
- Single or double hernias
- Support weakened abdominal muscles

**Important Information:**
Use this product only under the supervision of your physician and **only for REDUCIBLE hernias** (can be pushed back). A hernia should be inspected daily to ensure it is not becoming infected or developing into a more serious non-reducible hernia. Your hernia belt should be removed and the area checked frequently.

A non-reducible hernia can become life threatening if part of the intestine gets trapped or "strangulated" in the opening. This can lead to dangerous complications such as obstruction of the flow of intestinal contents or blood, leading to tissue death and gangrene. The symptoms of intestinal obstruction are nausea, vomiting, loss of appetite, or increased abdominal pain.

<u>A strangulated hernia is an emergency situation that usually requires immediate surgery.</u>

**Sizing:**
Measure around hips to determine size.

| Size | Inches |
|---|---|
| Small | 30 - 35 |
| Medium | 35 - 41 |
| Large | 41 - 46 |



See back for more care instructions.

Para instrucciones en español, vea adentro de la inserción.
Pour instructions en français, voir endendan l'brochure.


Pad Insert
Against Body


Curved Side
Back of Belt (Against Body)
1.


2.


3.



The Hernia Belt includes removable left and right flexible foam pads. When inserted correctly, the rounded (curved) s the pad goes against the body. **If treating a single hernia, remove the unneeded pad from the support.**

1. Unhook the leg straps from the waist strap and undo one side of the waistband. Position the support and pad on t affected area and fasten the waist strap. Adjust both sides of the waist strap evenly. Pull the elastic waistband to desired position.

2. Pass the leg straps through the legs and attach the white loop tabs onto the hook closure on the waist strap. Mak leg straps are comfortable and not twisted.

3. Once the support has been fitted and the leg straps adjusted, undo one side of the waist strap and step out of the like you would trousers with the leg straps sized and securely fastened.

## What is a Hernia?

The term hernia refers to a protrusion of an organ or tissue through an abnormal opening in the body. Most hernias are of part of the intestine slipping through a weakness in the abdominal wall. Hernias develop most commonly around w such as the navel or groin (inguinal hernias) or around previous incisions. Inguinal hernias are most common in men

A hernia can be both seen and felt as a lump in the abdomen or groin. A reducible hernia usually disappears when yo and can be pushed back into the abdominal cavity. Discomfort is usually experienced, especially when coughing, lif objects, or standing for a long time. A large increase in pain may indicate that the hernia is worsening and a physic be consulted immediately.

Limiting activity, eliminating excess weight, and wearing a hernia belt or truss may provide temporary relief. However, <u>**CURE IS SURGERY**</u>. For more information consult your physician or there are several internet reference site www.herniainfo.com.

*Always consult a physician when experiencing persistent pain, discomfort, inflammation or swelling. This consumer information is not intended for self-diagnosis or treatment.*


**Silver**
Professional Med