IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710            *

 Plaintiff,        *

             * CASE NO: 2:06-cv-1133-MEF

Vs.            *

PRISON HEALTH SERVICES, INC., et al.,
             *

 Defendants.

*PLAINTIFF'S REQUEST TO WITHDRAW HIS WRITTEN OBJECTIONS
TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE DENYING
PRELIMINARY INJUNCTION RELIEF*

**COMES NOW**, the Plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," in the interest of judicial time and economy believes that it is in the best interest to further this case to the merits to withheld draw his written objections: Breach would show as follows:

1) Plaintiff agrees with the magistrate judge's recommendation: ". . . "Rather, Breach requests preliminary injunctive relief to alter the status quo and seeks to obtain relief properly sought upon adjudication of the merits of the issues presented in this cause of action but prior to such adjudication. . . . " [*Court Doc. Recommendation 193, @ p. 4 ¶ 1.*]

2) In *Shabazz a/k/a/ Willie Jackson v. Arnold Hotl*, 1991 U.S. Dist. LEXIS 7229 (S. D. Ala. 1991) the Court's addressed a similar situation and held: "**In this motion for a**

1

preliminary injunction, the plaintiff seeks to require the defendants to allow him the use of his religious name while he is incarcerated. The purpose of a preliminary injunction is to maintain the *status quo* of the parties during the pendency of the action. **Camenisch,** 451 U.S. at 395. The *status quo* of the parties will not be maintained if such an injunction issues; instead, the plaintiff would be granted a part of the relief which he seeks in his complaint." **Id.**

3)   In this case, Breach has requested as a part of his relief that the court issue an Injunction ordering that the defendants provide him with the only treatment available for his inguinal hernia, and that treatment is surgery.

**WHEREFORE, *premises considered*,** the magistrate judge was correct in his recommendation, Breach humbly request that the Court understand his frustration litigating this case simply to relieve his pain. Plaintiff request to withdraw his written objections mailed on November 15, 2007.

Done this 15th Day November 2007.

/s/ Marcellus Breach

Marcellus Breach 160710®

Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 15th Day of November 2007 through the prison legal mail system.

Alabama Dept. Of Corrections  
Legal Division  
P.O. Box 301501  
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.  
P.O. Box 270  
Montgomery, Alabama 36101

_____  
Marcellus Breach