IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on November 16, 2007 (Court Doc. No. 235), and for good cause, it is

ORDERED that:

1. The motion to compel be and is hereby GRANTED.

2. On or before November 29, 2007, counsel for Prison Health Services, Inc. (PHS) shall (i) provide the plaintiff a copy of their response filed on November 7, 2007 (Court Doc. No. 213), and (ii) file a supplement to their written reports which contains copies of all policies/protocols governing the treatment of hernias by PHS medical personnel during the term of its contract with the Alabama Department of Corrections.

Done this 19th day of November, 2007.

　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE