IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on November 19, 2007 (Court Doc. No. 237), and for good cause, it is

ORDERED that:

1. The motion to compel be and is hereby GRANTED.

2. On or before November 29, 2007, counsel for the correctional defendants shall provide to the plaintiff via the United States mail a copy of the motion to strike/quash (Court Doc. No. 230) filed with the court on November 14, 2007.

Done this 19th day of November, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE