IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw written objections to the Recommendation of the Magistrate Judge denying preliminary injunctive relief filed by the plaintiff on November 19, 2007 (Court Doc. No. 241), and for the reasons set forth by the plaintiff in this motion, it is

ORDERED that the motion to withdraw objections be and is hereby GRANTED. It is further

ORDERED that the objections filed by the plaintiff on November 19, 2007 (Court Doc. No. 240) be stricken from the record in this case. The Clerk is DIRECTED to remove this entry from the docket and return the objections to the plaintiff.

Done this 19th day of November, 2007.

                                                        /s/ Terry F. Moorer
                                                      TERRY F. MOORER
                                                      UNITED STATES MAGISTRATE JUDGE