IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,            )
                                      )
        Plaintiff,                    )
v.                                    )        CASE NO. 2:06-cv-1133-MEF
                                      )
PRISON HEALTH SERVICES, INC., *et al.*,)
                                      )
        Defendants.                   )

# **O R D E R**

This cause is before the Court on the plaintiff's Written Objections to the Ruling of

the Magistrate Judge (Doc. #225) filed on November 13, 2007.  Specifically, plaintiff objects

to the Magistrate Judge's order of October 29, 2007 (Doc. #185) denying the plaintiff's

renewed motion for independent evaluation.  After an independent review of the plaintiff's

motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the

Magistrate Judge's order is  neither clearly erroneous, nor contrary to law.  *See* Fed. R. Civ.

P. 72(a).  Therefore, it is hereby

        ORDERED that plaintiff's objection (Doc. #225) is OVERRULED.  It is further

ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

        DONE this 20th day of November, 2007.


                                      _____/s/ Mark E. Fuller_____
                                      CHIEF UNITED STATES DISTRICT JUDGE