IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § <br> § <br> Plaintiff, § <br> § <br> vs. §   CIVIL ACTION NO. 2:06cv1133-MEF <br> § <br> PRISON HEALTH SERVICES, INC.; § <br> et al.; § <br> § <br> Defendants. § | |

## RESPONSE TO PLAINTIFF'S MOTION TO COMPEL
## AND REQUEST FOR SANCTIONS [COURT DOC. 196]

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs (collectively "PHS"), by and through counsel, and in response to the Plaintiff's Motion to Compel/Request for Sanctions [Court Doc. No. 196], state the following:

1.  This day, these Defendants have filed a Notice of Filing that confirms <u>once again</u> that the Plaintiff has been allowed access to inspect and copy all written documents pertaining to his request outlined in the motion [Court Doc. No. 196] that are available or accessible to PHS. In addition, the Defendants have always made said documents, if such documents exist, available to the Plaintiff and the Plaintiff's Motion is due to be denied as frivolous.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health
Services, Linda Lawrence, Michael
Catalano, Rick Dull, Martha Jane
Haynes, and Dr. William D. Hobbs

1

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 21st day of November, 2007, to:

> Mr. Marcellus Breach (#160710)
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL 35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL 36130-1501

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL