IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710　　　　　　　*

　　Plaintiff,　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　　　*　　CASE NO: 2:06-cv-1133-MEF

Vs.　　　　　　　　　　　　　　　　　　*

PRISON HEALTH SERVICES, INC., et al.,　　*

　　Defendants.

## NOTICE OF INTENT TO SERVE SUBPOENA ON NONPARTY

Take notice that upon the expiration of fifteen (15) days (or such other time as the court has allowed) from the date of service of this notice, Plaintiff Marcellus Breach, 160710 will apply to the clerk of this court for issuance of the attached subpoena directed to South Louisiana Correctional Services, ("SLCS"), Diana Lott, Nurse Administrator who is not a party and whose address is South Louisiana Correctional Services, ("SLCS") at 3843 Stagg Rd. Basile, Louisiana 70515, to produce the documents or things at the time and place specified in the subpoena being directed by the court.

Done this 19th Day of December 2007.

/s/ Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 19th Day of November 2007, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections  
P.O. Box 301501  
Montgomery, Al 36130

Rushton, Stakely, Johnston, Garrett, P.A.  
P.O. Box 270  
Montgomery, Alabama 36101

SOUTH LOUISIANA CORRECTIONAL SERVICES  
C/O DIANA LOTT, NURSE ADMINISTRATOR  
3843 Stagg Ave.  
Basile, Louisiana 70515

Office of the Clerk  
United States District Court  
P.O. Box 711  
Montgomery, Alabama 36101

/s/ Marcellus Breach  
Marcellus Breach

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710          *

    Plaintiff,                    *

Vs.                                 *   CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al., *

    Defendants.                   *

*CIVIL SUBPOENA DUCES TECUM FOR PRODUCTION OF DOCUMENTS*
*UNDER RULE 45(a), Fed.R.Civ.P.*

TO:    SOUTH LOUISIANA CORRECTIONAL SERVICES, ("SLCS")
      DIANA LOTT, NURSE ADMINISTRATOR
      3843 Stagg Rd.
      Basile, Louisiana 70515

You are hereby commanded to do each of the following acts at the instance of the Plaintiff Marcellus Breach, 160710 within 15-days unless otherwise ordered by the court after service of this subpoena:

¶ 1. That Diana Lott and South Louisiana Correctional Center produce and permit Plaintiff Marcellus Breach to inspect and to copy each of the following documents:

    *I.*    *DEFINITIONS:*

¶ 1. When used in these discovery request and subsequent set of Interrogatories or discovery requests henceforth, the following definitions shall apply:

1

a.  As used herein, the term *"document"* means any written, or graphic matter however produced or reproduced, including but not limited to correspondence, e-mails, other written communications, agreements, notes, memoranda, any and all recorded information dated or prepared prior to or subsequent to this action, including but not limited to any faxes, reports, letter, grievance, message, records, work sheets, instructions, work assignments, internal communication, order, and any other written recorded, electronic, or graphic material however produced, reproduced and, in the absence of the original, copy thereof and any copy bearing markings not present on the original or other copy thereof.

b.  As used herein in reference to a natural person, the word *"identify"* shall mean to state the persons full name, present or last known business address(es) and their said association to defendants.

c.  As used in reference to a business or other entity, the word *"identify"* shall mean to state the business or other entities full name and present or last known address(es) and their said association to defendants.

d.  As used *"identify"* or *"identity"* when used in reference to a document means to state the date and author, type of document (e.g., letter, memorandum, record, policy, title, reference numbers, etc.,] or some other means of identifying it, and its present location or custodian.

e.  The word *"incident"* includes the circumstances and events leading up to, and surrounding the alleged violation of denial of surgery for plaintiff's inguinal hernia from February 2005 to current date of your answers/responses.

f.  The word *"specifically identify"* as used with respect to any and all documents, *inter alia*, is understood to mean to following: 1) title; 2) date; 3) names and position of originator; 4) name and position of any and all defendants, co-defendants, witness(es) and supervisors; 5) name(s) and position(s) of any and all persons, parties, agents, employees, employers, representatives who received copies or any portions of the documents in questions; 6) description of the document, records, data, faxes, any and all information, *inter alia*, in question; 8) name(s) and position(s) of the custodian(s) of the above requested documents in their entirety, but not limited to.

2

g.  The word *"Medical Examination"* as used herein, shall include any interview, observation, physical or mental examination, and any other scientific or medical technique or practice designed to obtain information respecting the medical history, condition, diagnosis, and/or progress of the plaintiff examined.

II.  **INSTRUCTIONS:**

a.  Plaintiff's request includes all documents in the possession, custody, or control of the South Louisiana Correctional Service, and Diana Lott, Nurse Administrator. If your response to any request herein is that the documents are not in your possession, custody, or control, explain in detail the unsuccessful efforts made to locate the documents.

b.  If your response to any request herein is that the documents are not in your possession, custody, or control, identify who has possession, custody, or control of the documents and where they are located.

c.  State the date each document was written and a descriptive title of each produced document.

### REQUEST FOR PRODUCTION OF DOCUMENTS

¶ 1.  That **South Louisiana Correctional Services, Inc.**, ("SLCS") and/or **Diana Lott, Nurse Administrator** produce and permit plaintiff to inspect and to copy each of the following documents.

a.  *"Specifically identify by document"* the **Offender Marcellus Breach #AL 160710** South Louisiana Correctional Center **"Offender Grievance"** #**06-215, June 26, 2006**, specifically the front and back, answer and investigation by Nurse Maxie or any other person.

b.  *"Specifically identify by documents"* any and all, *"documents"* of any type relating or referring to **7/10/06 "faxed report"** to Ruth Naglich at the Alabama Department of Corrections Commissioner's Office "in reference to inguinal hernia inmate

3

    requesting repair & is filing a lawsuit to have surgery done:" Noted by Nurse Maxie on **LCS CORRECTIONS SERVICES, INC. 'NURSE'S NOTES'**.

**c.**  *"Specifically identify by document"* any and all "documents" relating to administered medical care, treatment, protocol, policy, procedure entered, developed, established, either written or verbal communication between **Alabama Department of Corrections** and **South Louisiana Correctional Services**, regarding medical care, treatment, specifically hernia repair request for any Alabama inmate while in custody of South Louisiana Correctional Services from **March 16, 2006** through **October 6, 2006**.

**d.**  Any and all ***documents*** in your possession or under your control received, sent, made, or read by any person(s) at South Louisiana Correctional Services, between **March 16, 2006** through **October 6, 2006** relating to the medical records of **LCS CORRECTIONS SERVICES, INC., NURSE'S NOTES"** a telephone call "**Received a call from Brandon from Alabama re' Inguinal Hernia – stated Hernia repairs are not done there – unless incarcerated or into scrotum. This subject has not c/o hernia since seen by Dr. Tassin 3/21/06 – Subject placed on sick call for 7/18/06 to see if he needs a referral to a surgeon."** Noted by D. Lott on LCS Corrections Services, Inc., Nurse's Notes.

Such production and inspection is to take place at the place where the documents or things are regularly kept or at some other reasonable place designated by you. You are further advised that other parties to the action in which this subpoena has been issued have the right to be present at the time of such production or inspection.

You have the option to deliver or mail legible copies of documents or things to the party causing the issuance of this subpoena but you may condition such activity on your part upon the payment in advance by the party causing the issuance of this subpoena of the reasonable costs of the making of such copies. Plaintiff request that such copies of documents be mailed by the **United States Postal Service First Class Priority Mail** labeled as **"LEGAL MAIL"**. Plaintiff further request that such reasonable fees for

4

copying, and mailing, that you notify plaintiff in writing as to method of payment. Such production and inspection is to take place at the place where the documents or things are regularly kept. This request shall continue in force for all documents described above until after the completion of the trial in this case.

The plaintiff agrees to pay all reasonable expenses incurred by requested person at the aforementioned time and place. You have the right to object at any time prior to the date set forth in this subpoena for compliance. Should you choose to object, you should communicate such objection in writing to the party causing the issuance of this subpoena and stating, with respect to any item or category to which objection is made, you responses for such objection.

Done this 19th Day, November 2007.

/s/ Marcellus Breach
Marcellus Breach 160710®
Limestone C.F. D-19-b
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 19th Day of November 2007, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
P.O. Box 301501
Montgomery, Al 36130

Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

/s/ Marcellus Breach
Marcellus Breach

5

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 NOV 21 A 9:39

MARCELLUS BREACH, #160710     *

   Plaintiff,                 *

                              *     CASE NO: 2:06-cv-1133-MEF
Vs.
                              *
PRISON HEALTH SERVICES, INC., et al.,
                              *
   Defendants.

## SUBPOENA

TO:   SOUTH LOUISIANA CORRECTIONAL SERVICES, INC.,
      NURSE ADMINISTRATOR, DIANA LOTT
      3843 STAGG AVE.
      BASILE, LOUISIANA 70515

**YOU ARE HEREBY COMMANDED** to do each of the following acts at the instance of the Plaintiff within 15 days (no sooner than 15 unless the courts orders otherwise) after serve of this subpoena:

That Diana Lott and South Louisiana Correctional Services, Inc., ("SLCS") produce and permit Plaintiff to inspect and to copy each of the following documents. [See Attached Subpoena Duces Tecum]

That such production and inspection is to take place at the place where the documents or things are regularly kept or at some other reasonable place designated by you.

You are further advised that other parties to the action in which this subpoena has been issued have the right to be present at the time of such production or inspection.

You have the option to deliver or mail legible copies of documents or things to the party causing the issuance of this subpoena but you may condition such activity on your part upon the payment in advance by the party causing the issuance of this subpoena of the reasonable costs of making of such copies.

You have the right to object at any time prior to the date set forth in this subpoena for compliance. Should you choose to object, you should communicate such objection in writing to the party causing the issuance of this subpoena and stating, with respect to any item or category to which objection is made you reasons for such objection.

Dated **November 19, 2007.**

*/s/ Marcellus Breach*

| | |
|---|---|
| Marcellus Breach 160710 | CLERK OF COURT |
| Limestone Correctional Facility | UNITED STATES DISTRICT COURT |
| Dorm "D" Bed 19 | P.O. Box 711 |
| 28779 Nick Davis Rd. | Montgomery, Alabama 36101 |
| Harvest, Alabama 35749 | |
| | BY:_____ |
| | DEPUTY CLERK |

## RETURN ON SERVICE

The above-named witness was summoned on _____ at _____ by_____
Time_____ Date_____, delivering a copy of this subpoena to (him)(her), and, if a witness for the petitioner, by tendering fees and mileage to him (her) pursuant to Rule 148 of the Rules of Practice and Procedure of the Civil Court.

Dated:_____, Signed:_____

Subscribed and sworn to before me this _____day of _____2007.


_____[Seal]    _____
                                [Name]

Title:_____

*From The Desk Of Marcellus Breach*

#160710                                                                                               11/18/2007

---

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

    RE:    **2:06-cv-1133-MEF/Subpoena Forms**

Dear Honorable Clerk of Court:

Enclosed please find (i) Notice of Intent to Serve Subpoena On Nonparty, (ii) Civil Subpoena Duces Tecum for Production of Documents, (iii) Subpoena (form).

I am asking in advance because I do not know. Would you please forward to me a subpoena form for production of documents, if needed, that I must file out, and include with the subpoena upon after filing of the 15 day notice. If 15 day notice is not required, and if this subpoena is proper for service please do so.

Please advise me as to any areas of deficiency in perfecting the filing, service of this subpoena. If there is a subpoena form that I must complete before filing, would you please forward a copy of such form?

I thank you kindly,

*Marcellus Breach*
/Marcellus Breach

---

*28779 Nick Davis Road \* Harvest, Alabama 35749-7009*