IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:06cv1133-MEF |
| § | |
| PRISON HEALTH SERVICES, INC.; § | |
| et al.; § | |
| § | |
| Defendants. § | |

**MOTION FOR EXTENSION OF TIME**

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs (collectively "PHS"), by and through counsel, and in response to several previously entered Court Orders, request additional time within which to respond. In further support of this Motion, PHS states the following:

1. Currently, PHS owes this Court three (3) separate briefs dealing with Orders entered by the Court. Those Orders are as follows:

   (a) **Court Doc. No. 219** - Show Cause Order regarding Motion for Sanctions. This Defendant will be filing a response to the challenged document referenced in this Order.

   (b) **Court Doc. No. 224** -

   (c) **Court Doc. No. 242** - Response to Order on Motion to Compel.

   (d) **Court Doc. No. 233** - Response to Order on Motion for Contempt/Motion to Compel/Motion for Sanctions.

2. Counsel for PHS has been trying to address multiple other pleadings pertaining to not only this case, but other prisoner litigation that is currently pending. In

1

addition, counsel has the following material conflicts on his schedule over the next two (2) weeks:

    (a)    Nov. 26, 27, 28 -- Depositions in Minneapolis, Minnesota;

    (b)    Nov. 29 -- all-day meetings in Tuscaloosa, Alabama;

    (c)    Nov. 30 -- Hearing in Birmingham, Alabama;

    (d)    Dec. 3-4 -- all-day Depositions in Tuscaloosa, Alabama;

    (e)    Dec. 5 -- Hearing in Birmingham, Alabama (a.m.);

    (f)    Dec. 7 -- all-day Depositions in Auburn, Alabama;

    (g)    Dec. 7 -- Hearing in Mobile, Alabama; and

    (h)    Dec. 12-14 -- Business in New York City, New York.

3. For the reasons outlined herein, and with the schedule that Counsel faces between now and mid-December, the PHS Defendants respectfully request that an extension of time be given until Friday, December 21st to draft full, written responses to all pending motions described herein. Should any other motions have a time period similar to those outlined above, and not be mentioned in this Motion, the PHS Defendants would respectfully request that an extension be given until Friday, December 21st to address these issues.

4. The Plaintiff will not be prejudiced by this delay and if responsive pleadings can be drafted prior to Friday, December 21st, they will be filed as soon as possible.

WHEREFORE, all premises considered, the PHS Defendants respectfully request additional time within which to respond to the multiple motions outlined herein.

Respectfully submitted this 26th day of November, 2007.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (direct fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 26th day of November, 2007, to:

> Mr. Marcellus Breach (#160710)
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL 35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL 36130-1501

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL

3