IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the motion for emergency stay of discovery deadline filed by the plaintiff on November 21, 2007 (Court Doc. No. 250), and as the court does not find it necessary to undertake such action in light of the voluminous discovery requests filed in this case as of the present date, it is

ORDERED that this motion be and is hereby DENIED.

Done this 27th day of November, 2007.

          /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE