IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710,         ) | |
|                                                                 ) | |
|             Plaintiff,                                   ) | |
|                                                                 ) | |
|         v.                                                   ) | CASE NO. 2:06-CV-1133-MEF |
|                                                                 ) | |
| PRISON HEALTH SERVICES, et al.,   ) | |
|                                                                 ) | |
|             Defendants.                             ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the Prison Health Services defendants on November 26, 2007 (Court Doc. No. 254), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order.  It is further

ORDERED that the aforementioned defendants be granted extensions to and including December 21, 2007 to file responses to orders entered on November 8, 2007 (Court Doc. No. 219), November 13, 2007 (Court Doc. No. 224), November 14, 2007 (Court Doc. No. 233), and November 19, 2007 (Court Doc. No. 242).

Done this 27th day of November, 2007.

            /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE