IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before December 10, 2007 the correctional defendants shall file a supplement to their special reports which: (i) contains a copy of any written protocol/policy/regulation adopted by the Alabama Department of Corrections governing the treatment of inmates suffering from hernias, and (ii) identifies the person(s) responsible for such protocol/policy/regulation during the time relevant to the plaintiff's claims for relief.

Done this 27th day of November, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE