IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRISON HEALTH SERVICES, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:06-cv-1133-MEF |

## MOTION FOR EXTENSION OF TIME

Come now the Defendant Ruth Naglich, in the above styled-cause, by and through undersigned counsel, and respectfully request an extension of time of fourteen (14) days, in which to file her answer to interrogatories and request for admission and as grounds state as follows:

1. That the Defendant had death in her immediate family.

2. That a new medical contract provider has been hired and it is her responsibility to oversee the change over.

3. That the Defendant has been with a federal court monitor of a facility for several days this week.

4. That the granting of this extension will not unduly prejudice the Plaintiff.

WHEREFORE, the Defendant requests an additional fourteen days to file their response.

Respectfully submitted,

Kim T. Thomas (THO015)
General Counsel
Deputy Attorney General

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
PO Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

```
                                    /s/Albert S. Butler
                                    Albert S. Butler
                                    Assistant General Counsel
                                    Assistant Attorney
```