IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

 Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

 Defendants.

\*   \*   \*   \*   \*

CASE NO: 2:06-cv-1133-MEF

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff hereby request Alabama Department of Correctional Defendants, pursuant to <u>Rule 34</u> of the *Federal Rules of Civil Procedures*, to respond within thirty (30) days to the following request.

### DEFINITIONS:

a.   As used herein, the term *"document"* means any written, or graphic matter however produced or reproduced, including but not limited to correspondence, e-mails, other written communications, agreements, notes, memoranda, any and all recorded information dated or prepared prior to or subsequent to this action, including but not limited to any faxes, reports, letter, grievance, message, records, work sheets, instructions, work assignments, internal communication, order, and any other written recorded, electronic, or graphic material however produced, reproduced and, in the absence of the original, copy thereof and any copy bearing markings not present on the original or other copy thereof.

b.   As used herein in reference to a natural person, the word **"identify"** shall mean to state the person's full name, present or last known business address(es) and their association to defendant(s).

1

c.  As used in reference to a business or other entity, the word **"identify"** shall mean to state the business or other entities full name and present or last known address(es) and their said association to defendant(s).

d.  As used **"identify"** or **"identity"** when used in reference to a document means to state the date and author, type of document [e.g., letter, memorandum, record, policy, title, reference numbers, etc.,] or some other means of identifying it, and its present location or custodian.

e.  **"Reports"** shall include every written communication from a physician, medical practitioner, or any other person engaged in diagnosing and treating illness or injury, or from the agent of any such person, containing information respecting the medical history, condition, diagnosis and/or prognosis of the person examined.

## INSTRUCTIONS:

Plaintiff's request includes all documents in the possession, custody, or control of the defendants. If your response to any request herein is that the documents are not in your possession, custody, or control, explain in detail the unsuccessful efforts made to locate the documents. This request is not limited to, but addressed to person under your control being South Louisiana Correctional Services, and Correctional Medical Services as your medical providers:

A.  If your response to any request herein is that the documents are not in your possession, custody, or control, identify who has possession, custody, or control of the documents and where they are located.

B.  State the date each document was written and a description title of each produced document.

## REQUEST FOR PRODUCTION OF DOCUMENTS

That defendants produce and permit defendant to inspect and to copy each of the following documents:

    A.    Any and all "**Reports and Documents**" of South Louisiana Corrections Services, Inc., the medical records, including "LCS Corrections Services, Inc., Doctor Order Sheet" and "LCS Corrections Services, Inc., Nurse's Notes".

    b.    Any and all SLCS medical grievances, and all relevant documents under your possession and control of your medical provider Correctional Medical Services, ("CMS") as of October 31, 2007.

    c.    *Identify* by document all faxes received between October 31, 2006 through November 9, 2007, to CMS employee(s) regarding the medical records of the plaintiff.

    d.    Any and all "**Reports, and Documents**" of plaintiff's medical records from **South Louisiana Correctional Services** from March 16, 2006 through October 6, 2006.

These request shall continue in force for all documents described above until after the completion of the trial in this case.

This 26th Day November 2007

Marcellus Breach ®160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabaam 35749

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 26th Day of November 2007, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
Legal Division
P.O. Box 301501
Montgomery, Al 36130

Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

_____
Marcellus Breach