IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

 Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

 Defendants.

\* CASE NO: 2:06-cv-1133-MEF

*INSTANTER MOTION FOR STATUS CONFERENCE ORDER OR, IN THE ALTERNATIVE TELEPHONIC CONFERENCE IPSO FACTO REGARDING PLAINTIFF'S REQUEST FOR JOINDER OF PERSONS NEEDED FOR ADJUDICATION DUE TO DISCLOSURE OF LATENT DEFENDANTS BEING REVEALED BY MEANS OF LIMITED DISCOVERY*

*COMES NOW*, the plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "Pro Se," request unto this court in conjunction with his document "**Motion For Leave To Either Amend or, Request for Joinder of Persons Needed for Just Adjudication Due to Disclosure of Latent Defendants being Revealed by Means of Limited Discovery**": Plaintiff request if this court deems that it is appropriate for argument purposes, plaintiff request an order for telephonic conference: Plaintiff shows bona fide:

¶ 1. First and foremost, the discovery scheduling order is not going as intended due to the medical defendants uncooperativeness with Discovery rules.

1

¶ 2.    Plaintiff anticipates there will be further discovery battles.

¶ 3.    A Joinder is requested for the very person as ordered by the court is responsible for the implementation and maintenance of this treatment protocol. In the very interest of justice, a Joinder of the individual(s) is necessary because it will alleviate unnecessary discovery, unnecessary burdens upon those individual defendants who <u>actually are not</u> responsible to the injury sustained by the plaintiff. However, plaintiff will <u>gladly relieve each and every person who is not responsible</u>. Nevertheless, the very person who IS responsible for this cruel painful protocol, <u>must face justice</u> and defend his/her actions as challenged.

¶ 4.    In further support, due to the large number of defendants, the Joinder will more likely relieve several defendants and plaintiff will voluntary request dismissal of those individuals whom he believes is not responsible. Nonetheless, what plaintiff is requesting to this court: The person responsible for this Protocol, **please stand up, and please defend your actions.**

¶ 5.    For argument purposes, although plaintiff knows that it is late in the game with this case to request such a Joinder: Defendants have not produced any information, documents regarding such through any "Initial Disclosure" Rule 26(a), Fed.R.Civ.P., and have refused to comply with several of this court's orders regarding this protocol and the identify of the person responsible: this lawsuit will mean nothing more than a waste of justice economy, the court's valuable time and resources, tax payers money, **if, the very**

**person responsible for this Protocol is not a party,** and brought before this court to answer to his actions would only establish an injustice in the pursuit of justice if the court allows this person(s) escape and will this person only continue to hurt people, subject them to more pain and suffering because of their Hernias and this Protocol. Justice calls for this Court to breach ADOC's and PHS's medical decision to take an easier less efficious course of treatment as a way out.

*WHEREFORE, premises considered,* in the interest of a full adjudication on the merits of this case; if this court deems appropriate that a status conference is necessary because discovery is not on schedule, and plaintiff request that the very person responsible for this Protocol be ordered to Answer the Court; a Joinder is appropriate adding this unknown person(s) upon his name being disclosed on or before <u>November 29, 2007.</u>

This 26th Day November 2007

Marcellus Breach ®160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 26th Day of November 2007, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
Legal Division
P.O. Box 301501
Montgomery, Al 36130

Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Marcellus Breach