IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710,     ) | |
| ) | |
|     Plaintiff,     ) | |
| ) | |
| v.     ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al.,     ) | |
| ) | |
|     Defendants.     ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel proper responses/deem requests admitted filed by the plaintiff on November 28, 2007 (Court Doc. No. 270), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 29th day of November, 2007.

                                              /s/ Terry F. Moorer
                                         TERRY F. MOORER
                                         UNITED STATES MAGISTRATE JUDGE