IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

In light of the recent addition of Correctional Medical Services, Inc. as a defendant, and for good cause, it is

ORDERED that the order entered on October 31, 2007 (Court Doc. No. 192) requiring that the plaintiff file a response to the defendants' written reports be and is hereby VACATED.

Done this 29th day of November, 2007.

                                              /s/ Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES MAGISTRATE JUDGE