IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In the interest of justice and judicial economy, it is

ORDERED that on or before December 17, 2007 the correctional and medical defendants shall:

1. File with the court and provide to the plaintiff copies of the following:

(i) all medical records of the plaintiff, including those records compiled during the plaintiff's incarceration at the South Louisiana Corrections Center in Basile, Louisiana, from the initial diagnosis of plaintiff's hernia in February of 2005 until the present date;

(ii) all documents, reports and notes compiled by medical or correctional personnel addressing the treatment of plaintiff's hernia; and

(iii) any written policy, protocol or regulation relative to the treatment of plaintiff's hernia. If no such written policy, protocol or regulation exists, the defendants shall so advise the court.

2. Set forth any standing policy or protocol relative to the claims before this court

which has affected the treatment of plaintiff's hernia.

3. Identify the entity and/or individual responsible for implementation of any policy, protocol or regulation governing the treatment of plaintiff's hernia.

Done this 29th day of November, 2007.

                              /s/ Terry F. Moorer
                          TERRY F. MOORER
                          UNITED STATES MAGISTRATE JUDGE