IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

### ADOC DEFENDANTS' SUPPLEMENT TO THEIR SPECIAL REPORT

Come now the Alabama Department of Corrections Defendants, by and through the undersigned counsel, and submit this supplement to their special report as follows:

That the ADOC Defendants inadvertently did not include their defenses in the special report submitted to the Court and would supplement those defenses now.

**Defenses**:

The ADOC Defendants allege that they have not violated the Plaintiff's constitutional rights, and demand the strict proof thereof.

The ADOC Defendants allege that the Plaintiff has failed to state a claim upon which relief can be granted against them.

The ADOC Defendants allege they are entitled to qualified immunity against the claims of the Plaintiff.

The ADOC Defendants allege they are entitled to absolute immunity against the claims of the Plaintiff.

The ADOC Defendants plea the general defense.

The ADOC Defendants allege that the Plaintiff has failed to state a claim upon which a 42 U.S.C. § 1983 action can be maintained.

The ADOC Defendants allege that the claims of the Plaintiff are barred pursuant to the Prisoner's Litigation Reform Act.

The ADOC Defendants reserve the right to amend their defenses, including additional affirmative defenses, upon the receipt of information through discovery and otherwise.

                Respectfully submitted,

                Kim T. Thomas
                General Counsel
                Deputy Attorney General

                /s/Albert S. Butler(BUT016)
                Albert S. Butler (BUT016)
                Assistant General Counsel
                Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney