IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the renewed motion for independent physical examination filed by the plaintiff on November 29, 2007 (Court Doc. No. 279), and for good cause, it is

ORDERED that on or before December 18, 2007 the medical defendants shall show cause why this motion should not be granted. In filing their response to this motion, the medical defendants shall file an affidavit(s) and other relevant evidentiary materials which address the plaintiff's assertion that his condition has now deteriorated to the point that surgery is necessary on his hernia

Done this 3rd day of December, 2007.

                                             /s/ Terry F. Moorer
                                         TERRY F. MOORER
                                         UNITED STATES MAGISTRATE JUDGE