IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

CASE NO: 2:06-cv-1133-MEF

## *PLAINTIFF SECOND REQUEST FOR ADMISSIONS*

Plaintiff, request pursuant to *Rule 36,* Fed. R.Civ.P., defendant "Prison Health Services, Inc., ["PHS"] within thirty days after service of this request to admit the truth of the following fact(s).

¶ 1. *Admit or deny,* Prison Health Services, Inc., has no written protocol, policies or procedures regarding the treatment of hernias?

¶ 2. *Admit or deny,* the procedures followed by PHS, and employees is each hernia is reviewed on an individual basis and hernia, which are not incarcerated or in danger of becoming incarcerated or into the scrotum are not necessary for surgical repair?

This 27th Day November 2007.

/s/ Marcellus Breach
Marcellus Breach 160710®
Limestone C.F.
28779 Nick Davis Rd.

1

Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 28th Day of November 2007.

| | |
|---|---|
| Alabama Dept. Of Corrections | Rushton, Stakely, Johnstone & Garrett, P.A. |
| Legal Division | P.O. Box 270 |
| P.O. Box 301501 | Montgomery, Alabama 36101 |
| Montgomery, Alabama 36130 | |

_____
Marcellus Breach