IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

 Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

 Defendants.

 * CASE NO: 2:06-cv-1133-MEF

### MOTION IN REQUEST FOR A COURT ORDER UPON ADOC DEFENDANTS FOR PRODUCTION OF DOCUMENTS

Plaintiff, *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," request that this Court intervene, and Order the Alabama Department of Corrections, to respond within 30-days to the following request:

**I. DEFINITIONS:**

¶ 1. When used in these discovery request and subsequent set of Interrogatories or discovery request henceforth, the following definitions shall apply:

 a. As used herein, the term "**document**" means, any written, or graphic matter however produced or reproduced, including but not limited to correspondence, e-mails, other written communications, agreements, notes, memoranda, any and all recorded information but not limited to any faxes, reports, letter, grievance, message, records, work sheets, instructions, work assignments, internal communication, order and any other written recorded, electronic, or graphic material however produced, reproduced and, in the absence of the original, copy thereof

1

and any copy bearing markings not present on the original or other copy thereof.

¶ 2.    That Defendants produce for inspection and copying to the Court and to plaintiff the following documents:

    a.    Identify the individual(s) responsible for implementation and maintenance of the treatment protocol/policies/procedures of the Alabama Department of Corrections and their Agents, governing the treatment of hernias suffered by state inmates with respect to the time period relevant to the claims presented by the plaintiff;

    b.    Produce any and all document of any and all treatment protocols, policies and procedures governing the treatment of hernias suffered by state inmates.

Done this 27th Day of November 2007.

_____
Marcellus Breach ® 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 28th Day of November 2007.

| | |
|---|---|
| Alabama Dept. Of Corrections<br>Legal Division<br>P.O. Box 301501<br>Montgomery, Alabama 36130 | Rushton, Stakely, Johnstone & Garrett, P.A.<br>P.O. Box 270<br>Montgomery, Alabama 36101 |

_____
Marcellus Breach

2