IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710             *

    Plaintiff,                     *

Vs.                                   *   CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al., *

    Defendants.                    *

### MOTION FOR ORDER THAT FACTS BE TAKEN AS ESTABLISHED

**COMES NOW**, the Plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," request that the Court adopt the assertions made by counsel that is suppose to be true, based on his signature and pleadings to this Court to be adopted into the Records as facts: In further support of the following facts:

¶ 1. Counsel on *November 21, 2007*, has submitted a pleading entitled: *"Notice of Filing"*. Plaintiff request that the court adopt counsel's statement as facts being established based on his pleadings and his statement: See, ¶ 2. which states:

> **"In addition, Prison Heatlh Services has no written procotol, policies or procedures regarding the treatment of hernias, however, each hernia is reviewed on an individual basis and hernias which are not incarcerated or in danger of becoming incarcerated or into the scrotum are not necessary for surgical repair and can be conservatively treated."**

WHEREFORE, Plaintiff moves the Court for an order establishing as an Admissions the said facts set forth in Paragraph 2, above.

Done this 27th Day November 2007.

*/s/ Marcellus Breach*

Marcellus Breach 160710®
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 28th Day of November 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

*/s/ Marcellus Breach*

Marcellus Breach