IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.                          CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

## 21 – DAY NOTICE OF INTENT

***COMES NOW***, the Plaintiff Marcellus Breach (hereinafter "Breach") in proper person "Pro Se," pursuant to *Rule 11(c)(1)(A)*, *Federal Rules of Civil Procedures*, gives **Attorney Paul M. James, Jr., (JAM017)** and **Deborah Hunt, R.N., H.S.A.,** written notice that the below mentioned issues ought to be retracted immediately, otherwise, appropriate legal action will be taken.

As grounds for this Notice of Intent to file Motion for Sanctions, plaintiff states as follows:

¶ 1. Counsel has submitted misrepresentation, perjurIous affidavits in his "**Notice of Filing**" on November 21, 2007. Counsel intentionally submitted a false statement being another Affidavit from Deborah Hunt, R.N., H.S.A., the nurse administrator at Limestone C.F., that contains nothing more than perjury: "**It is my understanding that Marcellus Breach reviewed and inspected his medical chart during the week of October 22, 2007**

1

and stated on October 26, 2007 that he did not wish to make any photocopies of any documents contained in his medical chart at this time." Ms. Hunt, has quoted a statement, that she has absolutely **no personal knowledge** to that which she swears under oath.

¶ 2.    Counsel's pleadings filed on <u>November 21, 2007</u> entitled: "**Notice of Filings**" and "**Response to Plaintiff's Motion to Compel and Request for Sanctions [Court Doc. 196]**" counsel has again presented misrepresentation of facts, and submits perjurious and blatantly false statements in the Affidavit by Ms. Hunt. Counsel has stated and presented misrepresentation of facts, to the court as follows:

> "Response to Plaintiff's Motion to Compel and Request for Sanctions [Court Doc. 196]"
> " ¶ 1. This day, these Defendants have filed a Notice of Filing that confirms once again that the Plaintiff has been allowed access to inspect and copy all written documents pertaining to his request outlined in the motion [Court Doc. 196] that are available or accessible to PHS. In addition, the Defendants have always made said documents, if such documents exist, available to the Plaintiff and the Plaintiff's Motion is due to be denied as frivolous."

Counsel has submitted a false statement to this court.

**WHEREFORE,** Counsel is put on notice of intent to file for sanctions within 21-days of this Certificate of Service upon Counsel.

Done this 27th Day November 2007.

/s/ Marcellus Breach

Marcellus Breach 160710®
Limestone C.F.

2

28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 28th Day of November 2007.

| | |
|---|---|
| Alabama Dept. Of Corrections | Rushton, Stakely, Johnstone & Garrett, P.A. |
| Legal Division | P.O. Box 270 |
| P.O. Box 301501 | Montgomery, Alabama 36101 |
| Montgomery, Alabama 36130 | |

Marcellus Breach

3



Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabaam 35749

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101