IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 DEC -3  A 10: 32

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

## EMERGENCY MOTION FOR AN EXTENSION OF TIME TO FILE DEPOSITIONS UPON WRITTEN QUESTIONS

*COMES NOW*, the Plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," request for an enlargement of time for purposes only to conduct depositions: Plaintiff shows as follows:

¶ 1. **Court Doc. 234 – 1**, Order, this Court has granted plaintiff leave to file Depositions upon written questions pursuant to *Rules 26, 28, 30 and 31.* Plaintiff has the burden of perfecting such, and the burden of locating a court reporter, "taken before an officer authorized to administer oaths by laws of the United States...."*Rule 28(a), Federal Rules of Civil Procedures.* The plaintiff has been advised by the Court that plaintiff must adhere to *all* requirements and directives relative to the taking of depositions prior to filing a notice of depositions with the court.

¶ 2.   Plaintiff request for more time. Plaintiff is a prisoner, he is having problems locating court reporters, gathering the funds to pay the reporter etc. However, plaintiff has an Attorney in Louisiana who will conduct this deposition upon written questions. This attorney will submit the questions to Dr. John A. Tassin, M.D., and Nurse Administrator, and if needed upon plaintiff's request, depositions upon written questions on Nurse Maxie who has <u>personal knowledge</u> regarding the <u>fax report to Ruth Naglich</u> concerning surgery request. In addition, this attorney has made arraignments to have Dr. Tassin, and Dian Lott present at the set date upon filing of the deposition, and will have the depositions sworn under oath and subscribed before two witnesses and the attorney as a Notary Public. This should be admissible for use at trial.

¶ 3.   This Attorney will be available to conduct this deposition up to December 21, 2007 and after January 2008. Plaintiff has contacted this Attorney. However, even if plaintiff files his deposition upon written questions, plaintiff still has to give notice, and plaintiff has the burden.  <u>Plaintiff does not have enough time to perfect this deposition by **December 10, 2007**</u>. He has to have a court reporter in Louisiana, and that area has not been perfected.

¶ 4.   The problem is, plaintiff also is trying to locate a court reporter, and funds to conduct a Depositions upon Dr. William Hobbs and if necessary Dr. Yerubandi because Dr. Yerubandi is over 100 – miles and is/will be problematic to travel to any hearing or trial. Plaintiff needs more time for purposes of depositions.

¶ 5.   Plaintiff **"needs" receipt of the Protocols** so that he can ascertain more facts regarding this case, also that his witnesses can review the Protocols. Moreover, plaintiff anticipates that Dr. John A. Tassin, M.D., will give his expert testimony regarding this case and the treatment rendered. Plaintiff asks that he **be first allowed to have a copy of the Protocols, and then take his depositions upon witnesses**. I Swear under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. 1746.

WHEREFORE, plaintiff needs more time for <u>depositions purposes</u>.

Done this 29 Day November 2007.

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 29th Day of October 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Marcellus Breach

MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS RD.
HARVEST, ALABAMA 35749

HUNTSVILLE / HVS
AL 358
29 NOV 2007 PM



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101

36101+0711

*MARCELLUS BREACH, AIS 160710*
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

*November 29, 2007*

Edwards Law Firm
C/O Mr. Christopher A. Edwards
Post Office Box 2970
Lafayette, Louisiana 70502-2970

RE: **Marcellus Breach v. Prison Health Services, Inc.,**
**United States District Court Middle District of Alabama**
**Case No: 2:06-cv-1133-MEF**

Dear Mr. Edwards:

I am in receipt of your letter dated for November 26, 2007. Thank you corresponding with me quickly. As you know my discovery deadline is set for December 10, 2007. That is a very heavy burden on me, but I am doing all possible to meet this date and comply with each order by the Magistrate Judge.

I am filing as enclosed a motion requesting an extension of time for purposes of conducting depositions. I have only had 45 days to conduct discovery. I do not have a copy of your letter to send to the judge as confirmation that you will be assisting this matter. I ask if possible you contact the Court with "Notice" explaining to the Court you will assist me and the Court in perfecting this deposition @ www.almd.uscourts.gov or 334.954.3935.

I anticipate and will do everything possible to have these depositions drafted and filed before December 10, 2007.

I will request that Dr. Tassin, M.D., proffer his expert opinion in this case.

I thank you kindly,

*/s/ Marcellus Breach*
Marcellus Breach

CC:

Clerk, of Court