IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Pending before the court is a motion to compel filed by the plaintiff on November 30, 2007 (Court Doc. No. 282). Initially, the court notes that the plaintiff has failed to comply with all applicable rules governing discovery matters. Moreover, a review of the file in this case demonstrates that the defendants have submitted affidavits and voluminous evidentiary materials containing that information which is relevant to the issue pending before this court. Finally, the discovery requests filed by the plaintiff seek information and/or documents which are: (i) cumulative or duplicative in nature to the discovery materials previously provided to the plaintiff, (ii) irrelevant to a determination of the issue before this court, (iii) not reasonably calculated to lead to admissible evidence, and/or (iv) overly burdensome. Accordingly, it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 4th day of December, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE