IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for court order upon correctional defendants for production of documents filed by the plaintiff on November 30, 2007 (Court Doc. No. 285), and in light of the order entered on November 29, 2007 (Court Doc. No. 277) requiring that the correctional defendants undertake the action sought by the plaintiff, it is

ORDERED this motion be and is hereby DENIED as superfluous.

Done this 4th day of December, 2007.

                                        /s/ Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES MAGISTRATE JUDGE