IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,          )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )          CASE NO. 2:06-CV-1133-MEF
                                    )
PRISON HEALTH SERVICES, et al.,     )
                                    )
        Defendants.                 )

## ORDER ON MOTION

Upon consideration of the motion for extension of time to file depositions upon

written questions filed by the plaintiff on December 3, 2007 (Court Doc. No. 288), and as

the plaintiff has had ample time since the inception of this lawsuit within which to conduct

discovery, it is

ORDERED this motion be and is hereby DENIED.

Done this 4th day of December, 2007.


_____/s/ Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE