IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file supplement to the cause of action filed by the plaintiff on December 3, 2007 (Court Doc. No. 290), in which the plaintiff seeks to supplement his complaint with additional theories of liability, and as at this stage of the proceedings the court deems such action inappropriate, it is

ORDERED this motion be and is hereby DENIED.

Done this 4th day of December, 2007.

                                                    /s/ Terry F. Moorer
                                             TERRY F. MOORER
                                             UNITED STATES MAGISTRATE JUDGE