IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

 Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

 Defendants.

* * * * *

CASE NO: 2:06-cv-1133-MEF

*PLAINTIFF'S ADVANCE NOTICE OF THE TAKING OF DEPOSITION UPON WRITTEN QUESTIONS UPON SET DATE*

TO: EDWARDS LAW FIRM
  CHRISTOPHER A. EDWARDS
  POST OFFICE BOX 2970
  LAFAYETTE, LOUISIANA 70502 – 2970

 **PLEASE TAKE NOTICE** that Plaintiff in the above-captioned action will take and submit the deposition upon written questions of:

| | |
|---|---|
| Dr. John A. Tassin, M.D. | Diana Lott, Nurse Administrator |
| 1535 West Main Street | South Louisiana Correctional Services, Inc. |
| Ville Platte, LA 70576 | Post Office Box 650 |
| | Pine Prairie, LA 70576 |

NOTE:[1]

---

[1] This is Notice that Depositions upon written questions will be taken. This Notice is that the Date, Time has not yet been perfected, but will be perfected before December 21, 2007 and the actual Date that the depositions will be filed and submitted.

1

Plaintiff will serve and file his deposition upon written questions with the Clerk of court and upon the parties no later than **December 21, 2007** and upon agreement with counsel, the date, time convenient to counsel and the witnesses to be deposed will then be stipulated, and notice will be then given upon the filing of "**Notice Of DATE of Taking Deposition**".

¶ 1.  **PERSONS BEFORE WHOM THE DEPOSITION SHALL BE TAKEN:**

**Dr. John A. Tassin, M.D., and Diana Lott, Nurse Administrator.**

¶ 2.  **ARRAIGNMENTS OF THE DEPOSITION:**

Plaintiff is requesting that the arraignments for the taking of the deposition through written questions will be perfected through plaintiff submitting the questions to Attorney Christopher A. Edwards and such depositions will be taken under oath before two (2) witnesses and a Notary Public at Edwards Law Firm, or at such other designated place, and time stipulated between plaintiff and Attorney Christopher Edwards.

¶ 2.  **RESERVED TIME AND PLACE:**

Plaintiff is requesting that a convenient date and time be established, and agreed upon before December 10, 2007.  However, plaintiff has filed a document entitled "**EMERGENCY MOTION FOR AN EXTENSION OF TIME TO FILE DEPOSITIONS UPON WRITTEN QUESTIONS**" on or about Friday _November 30, 2007_, via U.S. Mail through the prison mail system, properly addressed, postage prepaid, First Class mail with the Clerk of the United States District Court for the Middle Division of Alabama,

and upon counsel for the defendants. Plaintiff has consulted with Attorney Chris Edwards and a stipulation has been reached that he is available for purposes of conducted such deposition upon written questions up until *December 21, 2007* and anytime during the month of *January 2008.*

¶ 3.   **THE MANNER OF RECORDING THE DEPOSITION:**

Pursuant to *Rule 30, Federal Rules of Civil Procedures*, stipulation has been made between Plaintiff and Attorney Chris Edwards as to this proceeding, as the most simplest, and expedient, least costly method --- the plaintiff will forward to Attorney Chris Edwards, and copies upon the Court and counsel for the parties the written questions, in which Attorney Chris Edwards will have each of the deponents answer them under oath in writing and have them witnessed and notarized for use at trial.

¶ 4.   **PERSONS TO BE PRESENT:**

A quiet room located at Edwards Law Firm, or other convenient location where no one can overhear the proceedings. No other person is allowed to be present during the depositions except the Office asking the questions upon the deponent. Each question upon each witness is to be answered separately, and timely, and the record should reflect the persons present during the taking of the deposition(s). No other witnesses are allowed to be present, and no other parties' counsel is to be present. Any cross – examination by the opposing counsel ought to be perfected under *Rule 31, Federal Rules of Civil Procedures.*

**No agreement or stipulation will be made between counsel for ADOC defendants and PHS defendants as to persons authorized to be present at the taking of the deposition unless otherwise ordered by the Court.**

Persons allowed to be present during the taking of depositions are the Officer administering the oath, which are Attorney Chris Edwards and the answering party/witness. Each deposition is to be conducted separately, and no other parties or witnesses are allowed to be present during the deposition.

¶ 5.    **MANNER OF PRESERVING AND FILING THE DEPOSITIONS:**

The Officer taking the deposition should seal and label the deposition and file it with the Court or send it to plaintiff who has arraigned for the deposition who is then responsible for preserving it. Plaintiff will than serve and file it with the Clerk of Court, and serve copies upon the defendants attorneys. The original copy will be filed with the Court. Plaintiff request that Attorney Chris Edwards, please send the transcript of the deposition to plaintiff by U**.S. Class, Certified Mail, Return Receipt Request, LEGAL MAIL to the plaintiff.**

¶ 6.    **DOCUMENTS REQUESTED TO BE PRODUCED AT THE DEPOSITION:**

Plaintiff request to that the following documents be produced for direct examination in the possession, custody and control of the witnesses Capacity at South Louisiana Correctional Services, Inc.

*DEFINITIONS:*

4

When used in this request production request, and/or discovery request henceforth, the following definitions shall apply:

a. As used herein, the term "**document**" means, any written, or graphic matter however produced or reproduced, including but not limited to correspondence, e-mails, other written communications, agreements, notes, memoranda, any and all recorded information but not limited to any faxes, reports, letter, grievance, message, records, work sheets, instructions, work assignments, internal communication, order and any other written recorded, electronic, or graphic material however produced, reproduced and, in the absence of the original, copy thereof and any copy bearing markings not present on the original or other copy thereof.

b. The word "*Medical Examination*" as used herein, shall include any interview, observation, physical or mental examination, and any other scientific or medical technique or practice designed to obtain information respecting the medical history, condition, diagnosis, and/or progress of the plaintiff examined.

c. "**Reports**" shall include every written communication from a physician, medical practitioner, or any other person engaged in diagnosing and treating illness or injury, or from the agent of any such person, containing information respecting the medical history, condition, diagnosis and/or prognosis of the person examined.

Plaintiff complete Institutional file, and the Medical Records from South Louisiana Correctional Services, Inc., from March 16, 2006 through October 6, 2007.

Done this 1st Day December 2007.

*[signature]*

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 28th Day of November 2007.

Alabama Dept. Of Corrections
Legal Division
Montgomery, Alabama 36101
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101

EDWARDS LAW FIRM
C/O Attorney Chris Edwards
P.O. Box 2970
Lafayette, LA 70502-2970

                                                                                           /s/ Marcellus Breach
                                                                                           Marcellus Breach