IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710     *

    Plaintiff,     *

                                              *    CASE NO: 2:06-cv-1133-MEF

Vs.     *

PRISON HEALTH SERVICES, INC., et. al.,     *

    Defendants.

## NOTICE --- MOTION FOR ORDER APPOINTING SPECIAL EXAMINER TO TAKE DEPOSITIONS UPON WRITTEN QUESTIONS

Pursuant to *Rule 28(a)* of the *Federal Rules of Civil Procedures*, the Plaintiff *Marcellus Breach* in proper person "Pro Se" moves the court for an order appointing a person to take depositions upon written questions, with power to administer oaths and take testimony, from the following named persons:

    1.    John Doe, who's name is unknown but is to be disclosed several orders of the court [Court Doc. 199, 219, 224, 231, 233, 242-1, 259—1, Orders], which is the proximate cause to leading to voluminous discovery request: December 10, 2007, the sixth order by the court upon the defendants to produce the name of the individual "John Doe" responsible for the implementation for such protocol/policy/regulation/procedures that plaintiff cannot have surgery for his painful hernia until it becomes a life or death situation and who identify and address have not been disclosed.

1

2. Dr. William Hobbs, M.D., Limestone Correctional Facility, Harvest, Alabama;

3. Ruth Naglich, Alabama Department of Corrections;

4. Brandon Kindard, Alabama Department of Corrections.

Plaintiff recommends the appointment of a neutral and/or unassociated person with no interest in this case or interest in the outcome of this case.

This motion is based on the grounds that there is no one readily available who has the power to administer oaths and take testimony within the reach of the plaintiff being a prisoner. Defense counsel will not cooperate with discovery request. Deposition upon written questions is the easiest, less costs efficient, and convenient manner for a prisoner to conduct depositions and get to the merits of the claims.

**WHEREFORE**, plaintiff request that this Court order the manner of depositions upon written questions be perfected.

Done this 4th Day December 2007.

/s/ Marcellus Breach

MARCELLUS BREACH ® 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 4th Day of December 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

_____
Marcellus Breach