IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

CASE NO: 2:06-cv-1133-MEF

### MOTION FOR AN ORDER DIRECTING THAT DOCUMENTS AND PAPERS IN HANDS OF THIRD PARTY BE PRODUCED AND ENTERED INTO THE RECORD AT TAKING OF DEPOSITION UPON WRITTEN QUESTIONS

**COMES NOW**, plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "Pro Se," request for an order that the witnesses to be deposed, witness Diana Lott, nurse administrator at South Louisiana Corrections Services, Inc., on <u>December 21, 2007,</u> or other date set by counsel for Diana Lott, that the **SLCS, Medical Records** and/or Institutional File of plaintiff under the control of Diana Lott be produced and at the deposition for collection of memory, recollection purposes, questioning and reference too: Plaintiff supports as follows:

1.     The questions asked at the deposition resolve around the medical records and or institutional file of plaintiff from South Louisiana Corrections Services, from March 2006 till October 6, 2006.

2. Plaintiff is requesting Diana Lott certify that the medical records are authentic.

3. Plaintiff is requesting evidence relating from missing documents from plaintiff's medical records upon questioning be submitted into evidence at the deposition.

4. Plaintiff request that all documents and papers in the possession or under the control of Diana Lott relating to plaintiff medical treatment, and all documents and papers in the possession or under control of South Louisiana Corrections Services, be submitted and available at the deposition to be entered, labeled as exhibits into the record.

**WHEREFORE,** *premises considered,* plaintiff request that this court grant said motion and if appropriate forward a copy of this order upon **Attorney Chris Edwards** whose address is **Edwards Law Firm P.O. Box 2970 Lafayette, LA 70502.**

12-4-07

Marcellus Breach 160710 ®
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 4th Day of December 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

**Edwards Law Firm**
 **C/O Chris Edwards**
**P.O. Box 2970**
**Lafayette, LA 70502.**

_____
Marcellus Breach