IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 DEC -5  A  9: 43

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

MARCELLUS BREACH, #160710      *

    Plaintiff,      *

                    *      CASE NO: 2:06-cv-1133-MEF

Vs.

                    *

PRISON HEALTH SERVICES, INC., et. al.,

                    *

    Defendants.

*NOTICE OF TAKING DEPOSITIONS UPON WRITTEN QUESTIONS*

*COMES NOW*, the plaintiff <u>*Marcellus Breach*</u> (hereinafter "Breach) in proper

person "Pro Se," pursuant to <u>*Rule 31(a)(b), Federal Rules of Civil Procedures*</u>, request an

order from the court directing and instructive to the parties regarding plaintiff request to

conduct, submit <u>*Depositions Upon Written Questions*</u> upon Defendants at ADOC who have

personal knowledge information that warrants depositions.  Plaintiff would show that an

order is appropriate under the circumstances that plaintiff is a prisoner, counsel for the

defendants are not cooperative with plaintiff in this litigation regarding Discovery rules.[1]

---

[1] This Court has supplemented its orders upon defends to produce their protocols, policies, procedures, and regulations by December 10, 2007.  Plaintiff needs to questions the ADOC defendants concerning this area through Deposition upon written questions. [Court Doc. No. 259 – 1, Order]

1

1)    [2]Plaintiff will be submitting his "depositions upon written questions" upon the treating doctor and witnesses in Louisiana: Dr. John A. Tassin, M.D., Diana Lott, Nurse Administrator. Plaintiff is requesting to conduct deposition upon written questions on Ruth Naglich and Brandon Kindard. Plaintiff is requesting in advance a date be set that ADOC defendants will be available. Plaintiff request to submit his questions upon the ADOC defendants on or before *December 21, 2007* and that the answering to the written questions is on or before *January 2, 2008.*

2)    The over all purpose of requesting a court order is, it will prevent further discovery abuses, and delays in this case. Plaintiff is pursuing this action bona fide and a court order is deemed necessary for a better way of handling the deposition upon written questions.

3)    Deposition upon written question is relatively simple and can be done by Plaintiff submitting the questions before counsel for the defendants, Kim Thomas and/or Albert Butler and they then, **have Defendants answer them under oath and sworn to and subscribed before two witnesses and a Notary Public.** Counsel for ADOC may be a Notary, if not, he is in the very position as ADOC government workers to have easy assess to a Notary Public. This is the simplest and most expedient method and least costly for plaintiff to forward the questions to Kim Thomas and Albert Butler, and either

---

[2] **Court Doc. No. 234 – 1, Order, the Court has granted Depositions upon written questions on South Louisiana Correctional Services, Inc., Dr. Tassin, M.D., Nurse Administrator Diana Lott who are witnesses. Plaintiff is waiting for the Date from these witnesses counsel that is convenient for plaintiff to submit his questions upon counsel and, the set date of the deposition.**

one of them have each of the deponents answer the questions under oath in writing and

have them witnessed and notarized for use at trial at the set date.

## *RELIEF SOUGHT*

a.    That plaintiff submit his **Notice of Taking Depositions Upon Writing Questions** and the propounded questions on or before **December 21, 2007**, and that the Date of taking the Deposition be on **January 2, 2008**, or date that is convenient; and,

b.    That the Court order cooperation in conducting this action;

c.    Court order what it deems appropriate.


**WHEREFORE,** *premises considered,* plaintiff request that this court grant this

motion and issue an order with instructions for counsel for ADOC defendants to

cooperate.


Done this 3rd Day December 2007.

MARCELLUS BREACH ® 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749


## *CERTIFICATE OF SERVICE*

*I HEREBY CERTIFY*, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 3rd Day of December 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Marcellus Breach

4