IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the advance notice of the taking of deposition upon written questions (Court Doc. No. 298) and the notice of taking deposition upon written questions on Diana Lott (Court Doc. No. 299) filed by the plaintiff on December 5, 2007, and for good cause, it is

ORDERED that on or before December 15, 2007 the defendants shall file a response to the stipulations set forth in such notices.

Done this 5th day of December, 2007.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE