IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the plaintiff's December 5, 2007 motion for order directing that documents/papers in possession of officials at the South Louisiana Corrections Center be produced and entered into the record at the proposed deposition upon written questions of Diana Lott (Court Doc. No. 301), and as the court has previously ordered that copies of all such relevant documents/papers be filed with the court and provided to the plaintiff, *see Order of November 29, 2007 - Court Doc. No. 277*, it is

ORDERED that this motion be and is hereby DENIED.

Done this 5th day of December, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE