IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to require disclosure by affidavit as to present location and custody of specified documents filed by the plaintiff on December 5, 2007 (Court Doc. No. 302), and in light of the order entered by this court on November 29, 2007 ( Court Doc. No. 277), it is

ORDERED that this motion be and is hereby DENIED.

Done this 5th day of December, 2007.

                                        /s/ Terry F. Moorer
                                  TERRY F. MOORER
                                  UNITED STATES MAGISTRATE JUDGE