IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for order filed by the plaintiff on December 5,

2007 (Court Doc. No. 303), in which the plaintiff seeks issuance of an order requiring that

counsel for Prison Health Services, Inc., without requisite compensation from plaintiff, act

as the officer authorized to administer oaths, conduct plaintiff's deposition upon written

questions of Dr. William Hobbs, and provide two witnesses and a notary for such

deposition, and as the court deems issuance of the requested order both unwarranted and

inappropriate, it is

ORDERED that this motion be and is hereby DENIED.

Done this 5th day of December, 2007.

                        /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE