IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for order filed by the plaintiff on December 5, 2007 (Court Doc. No. 304 at 2-3), in which the plaintiff seeks issuance of an order requiring that counsel for the Alabama Department of Corrections, without requisite compensation from plaintiff, act as the officer authorized to administer oaths, conduct plaintiff's depositions upon written questions of correctional defendants, and provide two witnesses and a notary for such depositions, and as the court deems issuance of the requested order both unwarranted and inappropriate, it is

ORDERED that this motion be and is hereby DENIED.

Done this 6th day of December, 2007.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE