IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH (AIS# 160710), | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:06cv1133-MEF |
| PRISON HEALTH SERVICES, INC.; et al.; | § § § | |
| Defendants. | § § | |

**DEFENDANTS' NOTICE OF FILING
IN RESPONSE TO ORDER [COURT DOC. NO. 277]**

COME NOW the Defendants, Prison Health Services ("PHS"), Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs (collectively "PHS Defendants), by and through counsel, and in response to the Court's Order [Court Doc. No. 277] and state the following:

1. (i) Requested records have been previously produced.

    (ii) Requested records have been previously produced.

    (iii) PHS has no such written policy, protocol or regulation relative to the treatment of plaintiff's hernia.

2. PHS has no such written policy or protocol relative to the claims before this court which has affected the treatment of plaintiff's hernia.

3. Because we have no written policy, there is no one particular individual person responsible for the implementation of any written policy, protocol or regulation governing the treatment of plaintiff's hernia.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 6th day of December, 2007, to:

> Mr. Marcellus Breach (#160710)
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL 35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL 36130-1501

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL