**SUPPLEMENTAL 12-4-06**

IN THE DISTRICT COURT OF THE UNITED STATES *15TH
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

CASE NO: 2:06-cv-1133-MEF

*PLAINTIFF'S SUPPLEMENTAL DISCOVERY REQUEST -- SET OF INTERROGATORIES AND REQUEST FOR ADMISSIONS, FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS UNDER FED. R. CIV. P.,*

TO:    **DEFENDANT BRADFORD ADAMS, NURSE PRACTITIONER**

*COMES NOW*, the Plaintiff <u>Marcellus Breach</u> (hereinafter "Breach"), in proper person "Pro Se," request that Defendant **Bradford Adams, nurse practitioner** answer the following requests for discovery pursuant to *Federal Rules of Civil Procedures, Rule 33,* fully and in writing, the following interrogatories under oath, affirmation in accordance within the definitions and instructions set. forth below, within thirty (30) days after service of these *Interrogatories.*

¶ 1.    Please state whether or not your license to practice medicine is on file with the Montgomery County Clerk of Montgomery County, State of Alabama. If not, please state the County in Alabama where your licenses is filed.

1

**SUPPLEMENTAL 12-4-06**

¶ 2.  In order that you testimony will be admissible, please describe your educational and training background regarding Ventral Hernia Repair to qualify you for the practice of medicine in this specific area.

¶ 3.  Please also state the professional societies to which you belong.

¶ 4.  Do you specialize in any particular branch of medicine?

¶ 5.  If you have answered the above question in the affirmative, please state what your specialty is.

¶ 6.  Are you board certified?

    a.  If your answer to the above question is in the affirmative, please tell what board certification means.

¶ 7.  At the time you examine Marcellus Breach was he complaining about pain or discomfort in some portion of his body?

¶ 8.  If so, what were those complaints?

¶ 9.  Did Marcellus Breach's condition, as you observed it upon your first examination, limit his bodily movements or day-to-day activities in any way? If not, what was the extent of your examination?

¶ 10.  If so, what limitation was Marcellus Breach experiencing on that occasion?

¶ 11.  Did you recommend Mr. Breach a referral to a surgeon or a doctor? Please give you medical reasons in detail as to why you did not referr Mr. Breach to a doctor or specialist?

¶ 13. During the course of your examination upon Mr. Breach, did you observe the condition in his body, which in your opinion based upon reasonable medical probabilities, caused the pain and limitation of motion, bowel movements, standing, that he had described to you?

¶ 14. If your answer to Question No. 13 is in the affirmative, please describe this condition. If no, also explain your medical findings.

¶ 15. Please detail your findings based upon your examination of Mr. Breach and your observation during this examination, please detail your reasons why you felt the surgically referral was unnecessary.

¶ 16. Please state an opinion to your answer to Question No. 15.

¶ 17. Based on your examination of Mr. Breach and observation of his Hernia, are you able to form an opinion today, based on reasonable medical probabilities, as to whether or not his hernia has progressed, worsen and caused more pain independently due to the lack of surgically intervention, the condition which you found and refused to have his hernia repaired. Please state an opinion.

¶ 18. Based on your examination are you able to form an opinion, based on reasonable medical probabilities, as to whether or not Mr. Breach's hernia as to the date of your last examination he is capable of exercising, lifting heavy objects, long standing, not experiencing pain while urinating n or bowel movements.

¶ 19. If so, please state that opinion and the reasons therefore.

**SUPPLEMENTAL 12-4-06**

¶ 20. Did you agree with your employer upon employment that you would comply with any standard of treatment with either PHS or ADOC regarding hernias? If yes, please explain in details.

¶ 21. Please give your opinion when Mr. Breach is still continuing to experience pain or discomfort and the pain is not relieved by your medications and the truss is not preventing the hernia from worsening what medical probability can arise and what is your recommendation?

¶ 22. Please explain how you are authorized to make surgical decisions.

¶ 23. Please explain in detail your medical objective approach and the goal in your treatment proscribed to Mr. Breach.

Done this 4th Day December 2006.

® _____
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

4

**SUPPLEMENTAL 12-4-06**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 5th Day of December 2007, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
P.O. Box 301501
Montgomery, Al 36130

Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

® _____
Marcellus Breach

5

MARCELLUS BREACH 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101

