IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,    )
    )
    Plaintiff,    )
    )
    v.    )    CASE NO. 2:06-CV-1133-MEF
    )
PRISON HEALTH SERVICES, et al.,    )
    )
    Defendants.    )

**ORDER ON MOTION**

Upon consideration of the motion for leave to file/submit addendum to deposition

upon written questions filed by the plaintiff on December 10, 2007 (Court Doc. No. 320),

and for good cause, it is

ORDERED that:

1.  This motion be and is hereby GRANTED to the extent that the plaintiff seeks to

file additional written questions addressed to Dr. John A. Tassin.

2.  This motion be and is hereby DENIED with respect to any other alleged relief

sought by the plaintiff.

Done this 11th day of December, 2007.


        /s/ Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE