IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the advance motion for order to take depositions of inmate witnesses filed by the plaintiff on December 10, 2007 (Court Doc. No. 319), and as the plaintiff fails to meet each of the requisite elements set forth in the Federal Rules of Civil Procedure for such depositions, it is

ORDERED that this motion be and is hereby DENIED.

Done this 11th day of December, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE