IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 )<br>)<br>Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., )<br>) | |
| Defendants. ) | |

## ADOC DEFENDANTS' MOTION TO STAY DISCOVERY
## AND REQUEST FOR DETERMINATION OF QUALIFIED IMMUNITY

Come now the Alabama Department of Corrections Defendants, by and through the undersigned counsel, and request that all pending discovery requested from ADOC Defendants be stayed in this action until such time as a determination of ADOC Defendants' defense of qualified immunity has been decided, and would state as follows:

1. That the ADOC Defendants have raised the defense of qualified immunity in this action.

2. That the law is well established the ADOC Defendants are entitled to a determination of that defense prior to responding to the Plaintiff's voluminous requests for discovery.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler(BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL 36101-0270

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney