IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

CASE NO: 2:06-cv-1133-MEF

## ADDENDUM --- DEPOSITIONS UPON WRITTEN QUESTIONS ON DIANA LOTT, NURSE ADMINISTRATOR

Pursuant to **Court Doc. 234 – 1, Order**, and pursuant to *Rules 26, 28, 30 and 31* of the *Federal Rules of Civil Procedures*, plaintiff <u>Marcellus Breach</u> propounds the following deposition upon written questions to be answered under oath by witness Diana Lott, nurse administrator:

47.    Ms. Lott, I need to ask you a few additional questions concerning this case. I have attached several Exhibits that I will be identifying, and more specifically another Exhibit being identified as "**LCS CORRECTIONS SERVICES, INC., OFFENDER GRIEVANCE SOUTH LOUISIANA CORRECTIONAL CENTER**" Offender Name: **Marcellus Breach, Location: Bearcat 2** which is a grievance complaint filed on **June 26, 2006** and the portions of the grievance that I am questioning are: "**Summary of Complaint:**" that I filed and the Date Received is **June 26, 2006, Grievance # 06- 215, Type 100**, Screened by

1

Warden Viator . This grievance states that it was "**Accepted and Referred to Nurse Maxie"**. Does this document look familiar and does it correctly depict that it is an LCS Offender Grievance?

Ms. Lott the Exhibits that are attached are demonstrated as portions of my LCS Medical Records that have were turned over to me upon the signing of a HIPPA both through you and Attorney Chris Edwards where I was having a conference meeting with Mr. Edwards at LCS, and you came in with the medical records. The "Summary of Complaint" states: "I've been recommended for surgery for a hernia. I've yet seen anyone to have surgery". It is signed by me, Marcellus Breach on date 6/18/06.

48.  Is it true that the answer and response to this grievance and as a part of the grievance procedures at LCS, the response is written on the back of the grievance is that correct?

    a.    For the Record, will you please read the response to this Grievance being grievance # **06-215 LCS Corrections Services, Inc.**, Offender Grievance into the record and attach this particular grievance into the Record as an Exhibit and we can identify it as **Exhibit "D"**.

    b.    Please state the name of names of each person involved in responding this grievance complaint and the date any response was given.

    c.    Do you have any knowledge relating to the response given as to any further investigations, regarding this grievance complaint?

    d.    What was the end result of the medical care given to Mr. Breach regarding the response that was received and stated in this grievance?

49.   Ms. Lott, for the Record I need you to identify several sick call request and grievances that were submitted by Mr. Breach to medical and the administration of LCS while he was at the private prison concerning his hernia during March 16, 2006 through October 6, 2006.   I am attaching for identification purposes and we can start in chronological order because these grievances have been attached as plaintiff's exhibits into the Court's Records.  There are a total of thirteen combined sick calls and grievances that Mr. Breach submitted complaining about pain due to his hernia.  Will you please identify for the Record as I have these sick call request and grievances entered as plaintiff's exhibits as being what they are a part of Mr. Breach's medical records.

**Exhibit # 1**   LCS, CORRECTIONS SERVICES, INC., OFFENDER REQUEST addressed to Dian Lott and Warden Jake, dated for April 11, 2006 being the nature of request: "Hernia Pain" and I am reading from the "Details Of Request": "I am having pain sneezing, coughing, bowel movement. I have a hernia. It is causing me pain! I need pain medication! Need Medical". Does this document reflect that of LCS, Corrections Services a sick call request?

**Exhibit # 2.**   Next I have an Offender Grievance dated for April 14, 2006 and I am reading the "Summary of Complaint": " I have a hernia. Dr. Tassin told me on 3-21-06 I need surgery. I'm waiting to see a outside doctor. I have a burning pain in my groin area. I put in a sick all on or about 4/11/06. I haven't seen medical." Does this document reflect that of LCS Corrections Services, Inc., Offender Grievance?

**Exhibit # 3.**   I have an Offender Request of LCS Corrections Services, Inc., dated for April 16, 2006 addressed to Medical, and the Details of Request is: "Put in sick call on 4/11/06 for a hernia haven't seen anyone. Having Pain." Does this document reflect that of LCS Corrections Services, Inc., Offender Request?

3

**Exhibit # 4**   Next, I have an LCS Corrections Service, Inc., Offender Request for May 6, 2006 addressed to Warden Jake/Medical, Details of Request: "I need medical to give me pain medication. I keep signing up for medical. Dr. Tassin said I need surgery. I'm in pain!" Does this document reflect that of LCS Corrections Services, Inc., Offender Request?

**Exhibit # 5.**   I have an LCS, Corrections Services, Inc. Offender Grievance dated for May 10, 2006 "Summary of Complaint;": "On April 11th & May 6, 2006. I've put in sick call slips for pain due to my hernia. My hernia is getting worse, pain coughing." "Specific Relief Desired: "Surgery, need to see a Doctor." Does this document reflect that of LCS Corrections Services, Inc. Offender Grievance?

**Exhibit #6**   I have an LCS Corrections Services, Inc. Offender Request date for 5/13/06 to Medical, Warden Copps, "Details of Request": "I've put in several request slips for medical. I'm in pain! No medication, no truss, no surgery! I am being denied medical, I'm in pain." Does this document reflect that of LCS Corrections Services, Inc., Offender Request?

**Exhibit # 7**   I have an LCS, Corrections Services, Inc., Offender Request for 6/5/06 to: Medical & Dr. Tassin. Details of Request: "I need to see the doctor for pain (hernia) I can't sneeze, cough, w/out pain. It's painful. Need pain medication." Does this document reflect that of LCS Corrections Services, Inc., Offender Request?

**Exhibit # 8**   I have an LCS, Corrections Services, Inc., Offender Request for 6/8/06 to: Warden Jake / Dian Lott. " Details of Request:" "I have filed several sick calls for pain due my hernia! No relief! Need pain mediation Aspirin, Why?" Does this document reflect that of LCS Corrections Services, Inc., Offender Request?

**Exhibit #9**   I have an LCS, Corrections Services, Inc., Offender Grievance dated for 6/12/06 "Summary of Complaint": "4-sick call slips for pain are ignored.' 'No pain medication, no doctor you are denying me medical."                " Specific Relief Desired" : "Need to see Warden Jake". Does this document reflect that of LCS Corrections Services, Inc., Offender Request?

4

Exhibit #10    I have an LCS, Corrections Services, Inc., Offender Grievance 8/3/06: "Summary of Complaint": My hernia came out last night, can't walk without pain. It's Big! Need Medial". Does this document reflect that of LCS Corrections Services, Inc., Offender Request?

Exhibit #11    I have an LCS, Corrections Services, Inc., Offender Request for August 17, 2006. "Details of Request": "I have not received any medical attention since March 2006. I need to see the Dr. Tassin for pain --- hernia." Does this document reflect that of LCS Corrections Services, Inc., Offender Request?

Exhibit # 12   Finally, I have an LCS, Corrections Services, Inc., Offender Grievance for 8-20-06: "Summary of Complaint": "I' am in pain due to this hernia I have got no answers from medical pertaining to pain medication or surgery. I' am having problems sneezing, coughing & bowel movements. I can't cough w/out pain. I need surgery or to see a outside doctor. I 'am having pain, my hernia comes out!" Does this document reflect that of LCS Corrections Services, Inc., Offender Grievance?

**Exhibit "D"** is # 13 of these documents of plaintiff's medical records just that you do not get confused.

50. Ms. Lott based on these entire requests of sick call and grievances, governing complaints made to medical personnel at LCS of having pain and discomfort due to his hernia; please explain to me how many complaints are/were required for Mr. Breach to submit to demonstrate that he is in pain before proper medical care could be given regarding his hernia?

    a.    Why wasn't Mr. Breach taken to an outside specialist due to all of these complaints?

    b.    As the medical provider was there a policy, procedure regarding treatment for hernias? If so, please explain.

5

51. As a witness in this case, based on all of these complaints of pain from the plaintiff. Please tell us whether it is a common practice that a medical provider leave a patient to endure pain, allow the hernia to progress without providing the proper treatment?

52. It is a common practice as a medical provider to allow a patient to continue to suffer pain from a hernia until the patient's hernia is incarcerated or in danger of being incarcerated before you, as a medical provider will provide surgery?

   a. Please explain?

53. Out of all thirteen sick call request for medical attention and since the medial records reflect that Brandon called with instructions that hernia repair not done there unless the hernia is incarcerated or into the scrotum. As a witness does it appear based on all of these complaints that Mr. Breach was in pain?

54. Ms. Lott is it uncommon for a medical provider not to have any written policies, procedures or a protocol regarding a treatment plain for hernias?

   a. Please explain?

55. Do these documents depict that of prison records of plaintiff Marcellus Breach during March 16, 2006 until October 6, 2006 entitled LCS Corrections Services, Inc?

56. Ms. Lott do you know of any persons who denied any order or recommendation regarding medical treatment to Marcellus Breach while he was at LCS?

   a. Please tell us for basis for your response?

6

b.  Is there anything else that you have to tell us today regarding this case?

I thank you for your time and attention today Ms. Lott; I have no other questions for you at this time.

Done this 8th Day December 2007.

Submitted By:

_____
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 8TH Day of December 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Edwards Law Firm
C/O Chris Edwards Esq.,
P.O. Box 2970
Lafayette, LA 70502

_____
Marcellus Breach

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?   Yes _____   No _____

OFFENDER'S NAME _Marcellus Breach_   LOCATION _Beatcat 2_

Time & Date of Incident: _____   Location of Incident: _____

Name & Location of Witnesses: _Medical_

Name of Personnel Involved: _Medical_

Summary of Complaint: _I've been recommended for surgery for a hernia. I've yet seen anyone to have surgery._

_Serious Medical Need._

Specific Relief Desired: _Surgery_

Today's Date: _6/18/06_   Offender's Signature: _Marcellus Breach_

---

Grievance #: _06-215_   Date Rec'd: _JUN 26 2006_
Type: _100_   Screened by: _WARDEN VIATOR_

Policy/Procedure Challenged?  Yes _____   No _____

_____ Hold pending decision in grievance # _____

_✓_ Accepted and Referred to _NURSE MAXIE_

---

_____ Rejected/Returned for the following reason: _____

Date: _____   Warden or Designee Signature: _____

000033

10

## LCS CORRECTIONS SERVICE, INC.

### Offender Request

FACILITY: S.L.C.C.

TO: Diana Lott  Warden Jake
(person to whom request is to be sent)

DATE: April 11, 2006

**NATURE OF REQUEST**
MEDICAL ☑   OTHER ☐   Hernia Pain
(State nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME Marcellus Breach    OFFENDER # 160710

HOUSING ASSIGNMENT Seg At

DETAILS OF REQUEST (Briefly state nature or reason for request):
I'am having pain sneezing, coughing, bowel movement. I have a hernia. It is causing me pain! I need pain medication! Need Medical

---

**OFFICIAL USE ONLY**

DATE: _____    TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: _____

NOTE: All request shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

Hand Mail Sick-call by dinner hall.

1

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?   Yes____   No ✓

OFFENDER'S NAME **Marcellus Breach**   LOCATION **Bearcat 2**

Time & Date of incident: **4/11/06**   Location of incident: ____

Name & Location of Witnesses: **Larry Patterson**

Name of Personnel involved: **Medical**

Summary of Complaint: **I have a hernia. Dr. Tassin told me on 3-21-06 I need surgery. I'm waiting to see a outside doctor. I have a burning pain in my groin area. I put in a sick call on or about 4/11/06. I haven't seen medical.**

Specific Relief Desired: **Pain medication for hernia, Surgery.**

Today's Date: **April 14, 2006**   Offender's Signature: **Marcellus Breach**

Grievance #: ____   Date Rec'd: ____

Type: ____   Screened by: ____

Policy/Procedure Challenged?   Yes____   No ____

____ Hold pending decision in grievance # ____

____ Accepted and Referred to ____

____ Rejected/Returned for the following reason: ____

Date: ____   Warden or Designee Signature: ____

Certificate of Service.

I hereby place same into the Sick-call Request Medical box hand mail located in dinner hall on April 14th 2006.

*(signature)*

2

# LCS CORRECTIONS SERVICE, INC.

## Offender Request

FACILITY: _S.L.C.C._

TO: _Medical, Warden Jake_     DATE: _April 16, 2006_
(person to whom request is to be sent)

**NATURE OF REQUEST**
    MEDICAL ☑     OTHER ☐ _____
(State nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_     OFFENDER # _160710_

HOUSING ASSIGNMENT _Breach_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Put in Sick-call on 4/11/06 for a hernia. Haven't seen anyone. Having pain._

---

### OFFICIAL USE ONLY

DATE: _____     TIME: _____

REQUEST IS: ( ) Approved     ( ) Denied     ( ) Handled

Request is forwarded to _____

Comments: _____

---

NOTE: All request shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

_Hand mail Sick-call box on 4/16/06._

1

3

# LCS CORRECTIONS SERVICE, INC.

## Offender Request

FACILITY: S.L.C.C.

TO: Warden Jake / Medical          DATE: May 6, 2006
(person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL ☑   OTHER ☐   Hernia Pain!
(State nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME Marcellus Breach    OFFENDER # 160710

HOUSING ASSIGNMENT Beacat.

DETAILS OF REQUEST (Briefly state nature or reason for request):

I need Medical to give me pain Medication. I keep signing up for Medical. Dr. Tassin said I need surgery. I'm in pain!

### OFFICIAL USE ONLY

DATE: _____        TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: _____

NOTE: All request shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

Used Mail Sck-call Box

1

4

## LCS CORRECTIONS SERVICES, INC.

### OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes____   No _____

OFFENDER'S NAME *Marcellus Breach* LOCATION *Dormant 2*

Time & Date of incident: *5/10/2006*   Location of incident: _____

Name & Location of Witnesses: *Marcellus Breach*

Name of Personnel involved: *Medical*

Summary of Complaint: *On April 11th & May 6, 2006, I've put in Sick Call Slips for pain due to my hernia. My hernia is getting worse. Pain coughing.*

Specific Relief Desired: *Surgery, Need to see A Doctor.*

Today's Date: *5/10/06*   Offender's Signature: *[signature]*

Grievance #: _____    Date Rec'd: _____

Type: _____    Screened by: _____

Policy/Procedure Challenged?  Yes_____   No _____

_____ Hold pending decision in grivance # _____.

_____ Accepted and Referred to _____.

_____ Rejected/Returned for the following reason: _____

Date: _____   Warden or Designee Signature: _____

*Hand Mail to Medical via Sick Call Box on 5/10/06 [signature]   2nd Grievance No Answer*

5

Exhibit #6

## LCS CORRECTIONS SERVICE, INC.

Offender Request

FACILITY: S.L.C.C

TO: Medical Warden Copps.         DATE: 5/13/06
(person to whom request is to be sent)

NATURE OF REQUEST
   MEDICAL ☑   OTHER ☐ _____
                         (State nature of request)

REQUEST TO OFFICIAL:

OFFENDER NAME Marcellus Breach    OFFENDER # 160710

HOUSING ASSIGNMENT Bearcat

DETAILS OF REQUEST (Briefly state nature or reason for request):
I've put in several request slips for medical. I'm in pain! No medication, no truss, no surgery! I am being denied Medical!! I'm in pain

| OFFICIAL USE ONLY |

DATE: _____    TIME: _____

REQUEST IS: ( ) Approved     ( ) Denied     ( ) Handled

Request is forwarded to
_____

Comments: _____
_____
_____
_____

NOTE: All request shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

Certificate of Service
Hand Mail to Warden Jake, Copps Medical Box

# LCS CORRECTIONS SERVICE, INC.

## Offender Request

FACILITY: S.L.C.C.

TO: Medical    Dr. Tassin    DATE: 6/5/06
    (person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL ✓    OTHER ☐    Hernia Pain
                                (State nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME Marcellus Breach    OFFENDER # 160710

HOUSING ASSIGNMENT Deact

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

I need to see the Doctor for pain (hernia). I can't sneeze, cough w/out pain. It's painful. Need pain medication.

---

### OFFICIAL USE ONLY

DATE: _____    TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: _____

**NOTE:** All request shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

1

7

Exhibit #8

# LCS CORRECTIONS SERVICE, INC.

## Offender Request

FACILITY: S.L.C.C.

TO: Warde Jake / Diana Lott    DATE: 6/8/06
(person to whom request is to be sent)

NATURE OF REQUEST
MEDICAL ☑    OTHER ☐    No Medical
(State nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME: Marcellus Breach    OFFENDER #: 160710

HOUSING ASSIGNMENT: Dorm

DETAILS OF REQUEST (Briefly state nature or reason for request):

I have filed several sick calls for pain due my hrania! No Relief! Need pain Medication Aspirin. Why?

| OFFICIAL USE ONLY |
|---|

DATE: _____    TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: _____

NOTE: All request shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

1

8

Exhibit #9

## LCS CORRECTIONS SERVICES, INC.

### OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?   Yes **X**   No ____

OFFENDER'S NAME _Marcellus Breach_   LOCATION _Bucut_

Time & Date of incident: _6/5/06, 6/8/06_ Location of incident: ____

Name & Location of Witnesses: ____

Name of Personnel involved: _Diana Lott, Nurse Maxie Medical Staff._

Summary of Complaint: _4-Sick call slips signup for pain. Are ignored. No pain medication, no doctor. You are denying me medical_

Specific Relief Desired: _Need to see Warden Jake._

Today's Date: _6/12/06_    Offender's Signature: _Mulk B__

Grievance #: ____    Date Rec'd: ____

Type: ____    Screened by: ____

Policy/Procedure Challenged?  Yes ____  No ____

____ Hold pending decision in grivance # ____

____ Accepted and Referred to ____

____ Rejected/Returned for the following reason: ____

Date: ____    Warden or Designee Signature: ____

(cc)
Richard Allen Ala. Commissioner.
Edwards Law Firm.

3RD GRIEVANCE

9


Exhibit #10

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?      Yes ✓   No ____

OFFENDER'S NAME _Marcellus Breach_    LOCATION _____

Time & Date of incident: _August 2, 2006_    Location of incident: _____

Name & Location of Witnesses: _____

Name of Personnel involved: _Medical_

Summary of Complaint: _My hernia came out last night, can't walk without pain It's Big, need Medical._

Specific Relief Desired: _Medical Attention_

Today's Date: _8/3/06_    Offender's Signature: _Marcellus B._

Grievance #: _____    Date Rec'd: _____

Type: _____    Screened by: _____

Policy/Procedure Challenged?  Yes ____    No ____

____ Hold pending decision in grivance # _____

____ Accepted and Referred to _____

____ Rejected/Returned for the following reason: _____

Date: _____    Warden or Designee Signature: _____

_Seek can by 4- Grievance No Answer_

_?_

Exhibit #11

# LCS CORRECTIONS SERVICE, INC.

## Offender Request

FACILITY: S.L.C.C.

TO: Medical                                    DATE: Aug 17th 2006
(person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL ☑   OTHER ☐   Hernia
(State nature of request)

REQUEST TO OFFICIAL

OFFENDER NAME  Marcellus Breach        OFFENDER # 160710

HOUSING ASSIGNMENT  Suncoast

DETAILS OF REQUEST (Briefly state nature or reason for request):

I have not received Any Medical Attention since March 2006. I need to see the Dr. Tassin for Pain — Hernia.

| OFFICIAL USE ONLY |
|---|

DATE: _____   TIME: _____

REQUEST IS: ( ) Approved        ( ) Denied        ( ) Handled

Request is forwarded to
_____

Comments: _____
_____
_____
_____

NOTE: All request shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

Sick-call bnp. Hand mn1

MB

1

12

## LCS CORRECTIONS SERVICES, INC.

### OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes ✓    No ____

OFFENDER'S NAME: Marcellus Breach    LOCATION: Georgia

Time & Date of incident: ____    Location of incident: L.C.S

Name & Location of Witnesses: Dr. John Tassin, Diana Lott

Name of Personnel involved: Medical

Summary of Complaint: I am in pain due to this hernia I have got no answers from medical pertaining to pain medication or surgery. I am having problems sneezing, coughing + bowel movements. I can't cough w/out pain I need surgery or to see a outside doctor. I am having pain, my hernia comes out!

Specific Relief Desired: Pain Medication / Surgery

Today's Date: 8-20-06    Offender's Signature: [signed]

Grievance #: ____    Date Rec'd: ____

Type: ____    Screened by: ____

Policy/Procedure Challenged?  Yes ____  No ____

____ Hold pending decision in grivance # ____

____ Accepted and Referred to ____

____ Rejected/Returned for the following reason: ____

Date: ____    Warden or Designee Signature: ____

Certificate of Service
I place hand-wrote into grievance box located in dorm hall on 8-20-06. [signed]
(cc)
MB.    Atty Chas Edwards — U.S. Mail

13.