IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH (AIS# 160710),          §
                                         §
          Plaintiff,                     §
                                         §
vs.                                      §     CIVIL ACTION NO. 2:06cv1133-MEF
                                         §
PRISON HEALTH SERVICES, INC.;            §
et al.;                                  §
                                         §
          Defendants.                    §

## NOTICE OF FILING

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs (collectively "PHS"), by and through counsel, and do hereby give this Court notice of filing of the following affidavit in response to Court Doc. No. 231:

    1.    Affidavit of Calvin D. Atkins, LPN.


    /s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs

1

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 13th day of December, 2007, to:

Mr. Marcellus Breach (#160710)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Albert Sims Butler, Esq.
ALABAMA DEPARTMENT OF CORRECTIONS
P. O. Box 301501
Montgomery, AL  36130-1501

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH (AIS 160710)       *

                                          *

        Plaintiff,                         *

V.                                       2:06-CV-1133-MEF

                                          *

PRISON HEALTH SERVICES, INC., et al.,

                                          *

        Defendant.                       *

### AFFIDAVIT OF CALVIN D. ATKINS, LPN

BEFORE ME, Jones Bailey a notary public in and for said County and State, personally appeared **CALVIN D. ATKINS**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Calvin D. Atkins. I am over the age of twenty-one and I am personally familiar with all of the facts set forth in this affidavit. I have been a licensed, practical nurse in Alabama since 1998. I received my Nursing Certificate from Calhoun Community College in Decatur, Alabama. I have practiced nursing since 1998. In particular, I have been employed as a LPN at Limestone Correctional Facility in Harvest, Alabama, since February, 2007.

Marcellus Breach (AIS #160710) is an inmate currently incarcerated at Limestone Correctional Facility. Mr. Breach claims that we had a conversation on October 5, 2007, regarding the treatment protocol for hernias. I did meet Mr. Breach on October 5, 2007, for a Sick Call Request, but I have no recollection of having any such conversation.

Further affiant sayith not.

CALVIN D. ATKINS, LPN

STATE OF ALABAMA                    )

COUNTY OF _____            )

SWORN TO and SUBSCRIBED BEFORE ME on this the 29th day of _____, 2007.

NOTARY PUBLIC
My Commission Expires: 9-8-2010

(NOTARIAL SEAL)