IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before January 14, 2008 the defendants shall show cause why the motion for preliminary injunction filed by the plaintiff on December 20, 2007should not be granted.

Done this 20th day of December, 2007.

                                               /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE