IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, INC., *et al.,* ) | |
| ) | |
| Defendants ) | |

# **O R D E R**

Upon consideration of plaintiff's Application for Temporary Restraining Order and/or Preliminary Injunction (Doc. #333) filed on December 20, 2007, it is hereby

ORDERED that the application is DENIED.

This case is referred back to the Magistrate Judge for further proceedings.

DONE this the 20th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE