IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH (AIS# 160710), §
§
    Plaintiff, §
§
vs. § CIVIL ACTION NO. 2:06cv1133-MEF
§
PRISON HEALTH SERVICES, INC.; §
et al.; §
§
    Defendants. §

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs (collectively "PHS"), by and through counsel, and move for an extension of time within which to respond to the following discovery:

    1.    Plaintiff's Second Set of Interrogatories and Request for Admissions, for Production of Documents - Dr. Michael Robbins [Court Doc. No. 187];

    2.    Plaintiff's Fourth Set of Interrogatories and Request for Admissions, for Production of Documents - Dr. William Hobbs [Court Doc. No. 226]; and

    3.    Plaintiff's First Set of Interrogatories and Request for Admissions, for Production of Documents - Bradford Adams [Court Doc. No. 182].

The Defendants are currently trying to assemble information that may be responsive and relevant to the discovery propounded by the prisoner. Notwithstanding this position, the Defendants have, this day, filed pertinent objections to this discovery to preserve its rights to object. Notwithstanding these objections, the Defendants will try to provide basic material necessary for the prisoner in conjunction with these motions.

WHEREFORE, all premises considered, the Defendants respectfully request that an extension be granted within which to answer this discovery or to further maintain the objections that have been drafted this day.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 21st day of December, 2007, to:

    Mr. Marcellus Breach (#160710)
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL  36130-1501

                        /s/ PAUL M. JAMES, JR. (JAM017)
                        OF COUNSEL