IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH (AIS# 160710), | § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. 2:06cv1133-MEF |
| | § § | |
| PRISON HEALTH SERVICES, INC.; et al.; | § § § | |
| Defendants. | § § | |

## DEFENDANT BRADFORD ADAMS' OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, ETC.

COMES NOW the Defendant, Bradford Adams, by and through counsel, and in response to the Plaintiff's discovery states the following:

1. This Defendant objects to any and all definitions and/or instructions contained in paragraphs 1-9 of the discovery section, and 10(a)-(f) of the discovery. The responses and objections contained herein will not comply with the prisoner's self-defined instructions and definitions.

### III. Interrogatories

1.-25. This Defendant objects to each and every interrogatory on the grounds that said question is immaterial, irrelevant, not calculated to lead to the discovery of admissible evidence for the claims outlined by the Plaintiff.

### IV. Request for Admissions

1.-42. This Defendant objects to each and every request for admission, as said requests are immaterial, irrelevant, not calculated to lead to the discovery of admissible

1

evidence and do not pertain to whether the medical treatment provided in this case rises to the level of a constitutional violation, i.e., deliberate indifference to a serious medical need.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendant,
Bradford Adams

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 21st day of December, 2007, to:

    Mr. Marcellus Breach (#160710)
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL  36130-1501

                              /s/ PAUL M. JAMES, JR. (JAM017)
                              OF COUNSEL