IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH (AIS# 160710), | § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § § | CIVIL ACTION NO. 2:06cv1133-MEF |
| PRISON HEALTH SERVICES, INC.; et al.; | | |
| Defendants. | | |

### DEFENDANT PRISON HEALTH SERVICES, ET AL.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR INDEPENDENT EXAM [COURT DOC. NO. 279]

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Dr. Michael Robbins, Bradford Adams, and Dr. William D. Hobbs (collectively "PHS"), by and through counsel, and supplements its previously filed Response to Plaintiff's Renewed Motion for Independent Exam [Court Doc. 336] by filing the attached Exhibit "A" [new medical records from Correctional Medical Services] which was inadvertently omitted from the previous filing.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health
Services, Linda Lawrence, Michael
Catalano, Rick Dull, Martha Jane
Haynes, Michael E. Robbins, M.D.,
Bradford Adams, and Dr. William D.
Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 21st day of December, 2007, to:

    Mr. Marcellus Breach (#160710)
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL  36130-1501

                        /s/ PAUL M. JAMES, JR. (JAM017)
                        OF COUNSEL

12/20/2007  16:11    2562309417                    CMS @ LCF-6270                    PAGE  02/05

.CTIONAL MEDICAL SERVICES
.H SERVICES REQUEST FORM


FOR MEDICAL USE ONLY
RECEIVED

Print Name: __Marcellus Breach__    Date of Request: __12-4-07__
ID #: __160710__    Date of Birth: __7/28/69__    Housing Location: __D-4__
Nature of problem or request: __(1) I'm still having problems with my hernia, experiencing pain down left leg, urinating straining. (2) Request cough med. for cold -- flu.__

I consent to be treated by health staff for the condition described.

_____signature_____
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

### DO NOT WRITE BELOW THIS AREA

Triaged by: __CH__    Referred to: (Circle ONE)
Initials                (NSC)  Mid-level SC    Physician SC    MH    Dental
                        Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: See Nxt

Objective: BP _____ T _____ P _____ R _____ Wt _____

Assessment:

Plan:

Dr. Hobbs MD

☐ Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)  Mid-level  (Physician)  MH   Dental   Other: _____
Signature & Title: _____ Date: __12-5-07__ Time: __3:00 p__


EXHIBIT A

# CORRECTIONAL MEDICAL SERVICES
Elimination

**Nursing Protocol Documentation**
**Alteration Elimination**

Inmate Name: Breach, Marcellus         ID# 160710

**Subjective:**
This __38__ year old   ☑ Male  ☐ Female
Presents with the chief complaint of: Hernia Pain
Date of onset? _____

Previous history?  ☑ Yes  ☐ No   If yes explain: Semi-subcallar 10-5-07
Previous treatment?  ☑ Yes  ☐ No   If yes explain: Motrin 600mg / Education
Recent diet change?  ☐ Yes  ☑ No   If yes explain _____
Nausea/vomiting?  ☐ Yes  ☑ No   If yes explain _____
Fever?  ☐ Yes  ☑ No   If yes explain _____
Abd. Pain/discomfort?  ☑ Yes  ☐ No   If yes explain: Pain - lower right quadrant
Last BM __1__ days ago   Describe color/consistency/different from norm _____

Patient is taking psychotropic medications/or other medications that can cause constipation?  ☐ Yes  ☑ No

Medications that can cause constipation are:

| ☐ Tricyclic | ☐ Anti-seizure | ☐ Calcium channel blocker |
| ☐ Diuretic | ☐ Clonidine | ☐ Iron |
| ☐ Narcotic | ☐ Antacid (aluminum or calcium) | ☐ Chronic stimulant laxative |

**Objective:**

Vital Signs  BP 112/62   T 98⁵   P 71   R 20   Wt: ____   Stable Wt?  ☐ Yes  ☐ No  ☐ N/A

Mucous membranes moist           ☑ Yes  ☐ No   If no describe _____
Skin turgor good without tenting  ☑ Yes  ☐ No   If no describe _____
Bowel sounds present              ☑ Yes  ☐ No   If no describe _____
Abdomen non tender                ☑ Yes  ☑ No   If no describe: Tender to touch lower Right quadrant
Abdomen soft                      ☑ Yes  ☐ No   If no describe _____
Urination normal not painful      ☐ Yes  ☑ No   If no describe _____

Anal Exam   ☑ N/A to complaint
            Lesions        ☐ Yes ☐ No      Bleeding    ☐ Yes ☐ No
            Hemorrhoid     ☐ Yes ☐ No      Skin tear   ☐ Yes ☐ No
            Inflammation   ☐ Yes ☐ No

Hemocult test   ☑ Not indicated   ☐ Done and results are   ☐ Negative   ☐ Positive

Urine dipstick   ☐ Not indicated
                 ☑ Done and results are   ☐ Nitrates present  ☐ Yes ☑ No   ☐ Blood ☐ Yes ☑ No

Source epidemic   ☐ Yes  ☐ No   If yes explain _____

CMS 7832 NP-Elimination Documentation Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved

# CORRECTIONAL MEDICAL SERVICES
## Elimination

**Assessment:** (Check applicable boxes)

☐ Alteration in elimination  ☑ Alteration in comfort  ☐ Alteration in nutritional status

☐ Potential for infection  ☐ Potential for fluid & electrolyte deficit  ☐ Knowledge deficit

**Related to:**

☐ Constipation  ☐ diarrhea  ☐ flatulence/heartburn  ☐ hemorrhoids

☐ Urinary Track Infection and/or difficulty/pain  ☐ nausea/vomiting  ☑ other: _Hernia Pain_

---

**Plan:** (Check applicable boxes)

☐ Physician contacted for same day treatment and orders

☐ Referred to physician/mid-level due to:
  - ☐ Condition not responding to protocol  ☐ Immunocompromised  ☐ Impaired abdominal status
  - ☐ Impaired hydration status  ☐ Significant rectal bleeding/anal warts/fissures
  - ☐ Common source epidemic  ☐ Signs and symptoms of UTI  ☐ Other: _____

The following nursing interventions were completed:
- ☐ Medication allergies and other contraindications reviewed & pregnancy ruled out prior to treatment
- ☐ Colace ____tab ____ times/day for ____ days   ☐ issued ____ tabs for KOP
- ☐ Simethicone 80mg ____tab ____ times/day for ____ days   ☐ issued ____ tabs for KOP
- ☐ Antacid ____tab ____ times/day for ____ days   ☐ issued ____ tabs for KOP
- ☐ Hemorrhoidal cream/suppository ____/day for ____ days   ☐ issued ____ for KOP
- ☐ Clear liquid diet X ____ hours
- ☐ Activity restrictions for _____ days. Facility notification completed
- ☐ Patient education provided

**Follow up:**

☐ Sick call if signs and symptoms do not subside or become more severe

---

**Additional Comments**

1) Cont' Motrin 600mg
2) Cont' Wearing Thrust
3) No [illegible] Straining
4) No Weight Lifting

Signature/Title: [signature]   Date: 12-5-07   Time: 500a

CMS 7832 NP-Elimination Documentation Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved

# CORRECTIONAL MEDICAL SERVICES
## Minor HEENT Problems

**Nursing Protocol Documentation**
**Minor HEENT Complaints**

| Inmate Name Breach, Marcellus | #160710 Date 12-5-07 |

**Subjective:**

This _38_ year old  ☒ Male  ☐ Female
Presents with a chief complaint of _Cold_
Date of onset: _X 1 week_
Previous history?   ☐Yes  ☐No   If yes explain_____
C/O headache?     ☐Yes  ☐No   If yes any change in frequency, duration or severity compared to previous headaches?
☐Yes  ☐No   If yes explain_____
Previous treatment?     ☐Yes  ☐No   If yes explain_____
Result of an injury?    ☐Yes ☐No   If yes explain_____

Associated complaints of:
Pain: ☐Yes ☒No         Burning: ☐Yes ☒No    Itching: ☐Yes ☒No     Blurred vision: ☐Yes ☒No
Vertigo / dizziness: ☐Yes ☒No    Other ☐Yes ☒No       Explain any Yes responses:

**Objective:**
Vital Signs  BP _142/112 / 62_   T _98³_   P _71_   R _20_

**Eye**  ☒ Not applicable to complaint
Vision change?       ☐Yes  ☒No   If yes explain_____
Foreign body?        ☐Yes  ☒No   If yes explain_____
Conjunctiva normal   ☐Yes  ☒No   If yes explain_____
PERLA WNL            ☐Yes  ☒No   If yes explain_____
Sclera normal        ☐Yes  ☒No   If yes explain_____
Visual acuity:       Pre-treatment   RT____ LT____   Post-treatment  RT____ LT____

**Ear**  ☐Not applicable to complaint
Both external ears normal       ☒Yes  ☐No    Both ear canals normal            ☒Yes  ☐No
Both tympanic membranes  Visualize ☒Yes ☐No   Erythema       ☐Yes  ☒No    Bulging  ☐Yes  ☒No
Able to hear fingers rubbed together or watch ticking  ☒Yes ☐No
Explain any abnormal

**Nose**  ☒Not applicable to complaint
Active bleeding   ☐Yes  ☒No    Signs of trauma   ☐Yes ☒No

**Throat**  ☐Not applicable to complaint
Enlarged tonsils  ☒Yes  ☐No    Inflamed, red throat  ☒Yes  ☐No    Exudate  ☐Yes  ☒No

**Mouth**  ☐Not applicable to complaint
Swollen gums    ☐Yes  ☒No    Broken tooth / teeth  ☐Yes  ☒No    Signs of trauma  ☐Yes  ☒No
Condition of teeth  ☐ poor  ☒ fair  ☐ good

**Cervical Lymph Nodes**  ☐Not applicable to complaint
Enlarged    ☐Yes  ☒No    Tender  ☐Yes  ☒No

CMS 7835 NP-HEENT-Doc Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved

12/20/2007  16:11    2562309417              CMS @ LCF-6270                    PAGE  06/06

## C RRECTIONAL MEDICAL SERV ES
### Minor HEENT Problems

**Assessment (Check applicable boxes)**

☑ Alteration in comfort    o Potential for altered sensory perception

**Related to**
    o Eearache    o Excess ear wax    ☑ Headache    o Dental pain
    o Nosebleed    ☑ Sore throat    o Eye injury or problem

**Plan (Check applicable boxes)**

p Physician contacted for same for same day treatment and orders

p Referred to Physician/Mid-level due to:
    o Mechanism of injury suggesting additional trauma    o Condition not responding to protocol
    o Impaired eye status    o Impaired ear status    o Signs of infection

p Referred to dentist due to
    o Dental pain/problem

The following nursing interventions were completed (Check applicable boxes)

    p Medication allergies and other contraindications to medications reviewed & pregnancy ruled out prior to treatment
    o OTC ear wax softener instilled in _____ ear(s)
    o OTC ear wax softener issued to inmate with instructions for use
    o Ear irrigation completed
    o Inmate to return in _____ days for ear irrigation
    o Eyes flushed with_____ X _____ minutes
    o Foreign body removed
    o Eye patch applied/ issued
    o Acetaminophen 325mg____tabs____times/day for____days    o Issued____tabs for KOP
    o Ibuprofen 200mg____tab____times/day for____days    o Issued____tabs for KOP
    o Education: Patient education provided
    o Activity restriction:    pNot indicated    pYes x_____ days and security notified

**Follow up:**
    oReturn to clinic in _____ days for ear irrigation
    oSick call if signs and symptoms of infection develop or symptoms do not subside
    oPhysician/Midlevel referral if indicated

**Additional Comments**

① CTM 4mg ⊤ P.O. Bid X 15 days

② Mucinex 600mg ⊤ P.O. Tid X 15 days

③ Tylenol 325mg ⊤⊤ P.O. Tid PRN X 15 days

Signature / Title: [signature]    Date: 12-5-07    Time: 5:00p

CMS 7835 NP-HEENT-Doc Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved