**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

MARCELLUS BREACH, #160710

      Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

      Defendants.

\*
\*
\*
\*
\*
\*

CASE NO: 2:06-cv-1133-MEF

## *MOTION TO GRANT INDEPENDENT PHYSICAL EXAMINATION*

**COMES NOW**, the Plaintiff *Marcellus Breach*, (hereinafter "Breach") in proper person "pro Se," moves this Court to grant physical examination pursuant to *Rule 35(a)*, Fed.R.Civ.P., for good cause, and defendant's failure to timely respond, answer: Plaintiff shows as follows:

¶ 1.    Pending before this Court is plaintiff request for independent physical examination explaining that he has suffered enough, he hasn't seen a doctor in eight months, nor will the defendants conduct proscribed testing, i.e., urinalysis.  Enough is enough.  Defendants do not respect the Court; they do not adhere to Court orders.  They did not respond timely, and do not deserve any more chances.

¶ 2.    See, **Court Order Doc. 281-1, Order**.  The Court ordered on or before December 18, 2007 for the medical defendants to file a response and they didn't.

1

WHEREFORE, plaintiff is entitled by law to justice, fairness, and enough of the games. Plaintiff moves the Court to Order independent physical examination.

Done this 20th Day December 2007.

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 20TH Day of December 2007, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**
**Montgomery, Alabama 36101**


**Rushton, Stakely, Johnston, Garrett, P.A**
**P.O. Box 270**
**Montgomery, Alabama 36101**

® Marcellus Breach

2