IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), | § |
| Plaintiff, | § § § |
| vs. | §  CIVIL ACTION NO. 2:06cv1133-MEF |
| PRISON HEALTH SERVICES, INC.; et al.; | § § § § |
| Defendants. | § § |

### DEFENDANT PRISON HEALTH SERVICES, INC., ET AL.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION TO GRANT INDEPENDENT PHYSICAL EXAMINATION [COURT DOC. NO. 345]

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and, once again, moves this Court to reject the Plaintiff's Motion to Grant an Independent Physical Examination [Court Doc. No. 345] and cites the previously filed pleadings and position papers of these Defendants in support of its position.

Specifically, the PHS Defendants have demonstrated that the issues raised in this case -- whether a deliberate indifference to a serious medical need has occurred -- does not require an independent physical examination. Furthermore, the extent and scope of Mr. Breach's physical condition -- his hernia -- is not in dispute. Rather, it is Mr. Breach's desire to have a certain type of treatment, as opposed to a causation issue, etc. that remains the pivotal issue for this Court to resolve.

For the reasons previously set out in the pleadings to this Court, the PHS Defendants respectfully request that the Court deny the Plaintiff's Motion to Grant an Independent Physical Examination, as said exam will be costly, ineffective, and serve no purpose to determine any evidence supportive of the Plaintiff's deliberate indifference claim.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 28th day of December, 2007, to:

>Mr. Marcellus Breach (#160710)
>Limestone Correctional Facility
>28779 Nick Davis Road
>Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

>Albert Sims Butler, Esq.
>ALABAMA DEPARTMENT OF CORRECTIONS
>P. O. Box 301501
>Montgomery, AL  36130-1501

>/s/ PAUL M. JAMES, JR. (JAM017)
>OF COUNSEL