IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), | § §  |
| Plaintiff, | § § |
| vs. | § CIVIL ACTION NO. 2:06cv1133-MEF § |
| PRISON HEALTH SERVICES, INC.; et al.; | § § § |
| Defendants. | § § |

**DEFENDANT PRISON HEALTH SERVICES, INC., ET AL.'S
RESPONSE TO PLAINTIFF'S MOTION FOR CONTEMPT OF COURT/
COMPEL AND REQUEST FOR SANCTIONS [COURT DOC. NO. 346]**

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and in response, once again, to Mr. Breach's Motion for Contempt of Court/Motion to Compel and Request for Sanctions [Court Doc. No. 346] state the following:

1. Mr. Breach's Motion concerns his request to compel the medical and correctional defendants to immediately produce for inspection and copying the following documents:

   a. All medical records of the plaintiff, including those records compiled during the plaintiff's incarceration at the South Louisiana Corrections Center in Basile, Louisiana, from the initial diagnosis of plaintiff's hernia in February of 2005 until the present date;

   b. All documents, reports and notes compiled by medical or correctional personnel addressing the treatment of plaintiff's hernia;

   c. Any written policy, protocol or regulation to the treatment of plaintiff's hernia;

        d.        Identification of a standing policy or protocol relative to the claims before this court which affected the treatment of plaintiff's hernia and identification of entity or individual responsible for implementation of any said policy.

        2.        Once again, the PHS Defendants have produced records that it may have from South Louisiana Corrections Center that are in its possession and control. In addition, the Plaintiff has clearly received copies of said documents because exhibits from the South Louisiana Corrections Center have been marked by the Plaintiff as exhibits throughout this case, including the infamous "hernia . . . needs surgery?" reference by Dr. Tassin questioning the need for surgical intervention in this case.

        3.        In addition, all reports, notes, and medical records concerning treatment of Mr. Breach's hernia, including recent complaints, have been marked as exhibits and produced in this case.

        4.        Previously, the PHS Defendants have stated that no written policy, protocol or regulation regarding the treatment of Mr. Breach's hernia exists and have repeatedly advised this Court and Mr. Breach of this fact.

        5.        Finally, there is no set individual, other than the primary treating physician at Prison Health Services, who would be "responsible" for implementing any policy, protocol or regulation. Here, as previously stated by the PHS Defendants, the Plaintiff's condition does not warrant surgical intervention because of the type of hernia that exists and the lack of significant risk at this time for further damage or problems.

        6.        The PHS Defendants will be glad to answer any further questions this Court may have concerning the Plaintiff's request for documents and information <u>that has already been previously produced or is not in the possession or control of these Defendants</u>.

7.   Interestingly enough, Breach's motion also requests sanctions, even though the motion does not reflect efforts by the Plaintiff to resolve any potential discovery disputes. However, the PHS Defendants request no sanctions be imposed on the Plaintiff for these actions but, rather, ask that the Court simply deny the Plaintiff's motion.

WHEREFORE, all premises considered, the PHS Defendants respectfully request that the Court deny the Plaintiff's Motion for Contempt of Court/Motion to Compel and Request for Sanctions [Court Doc. No. 346].

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 28th day of December, 2007, to:

    Mr. Marcellus Breach (#160710)
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL  35749

    The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL  36130-1501

    /s/ PAUL M. JAMES, JR. (JAM017)
    OF COUNSEL