IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

\*    CASE NO: 2:06-cv-1133-MEF

\*

\*

## MOTION TO STRIKE DEFENDANT PRISON HEALTH SERVICES, ET AL.'S RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR INDEPENDENT PHYSICAL EXAM [COURT DOC. 279] AS UNTIMELY[1]

**COMES NOW,** plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," moves this Court to strike two pleading recently filed by the medical defendants attempting to respond "untimely" without excuse to plaintiff's renewed *motion for independent physical examination.* [**Court Doc. 279**] and *addendum to renewed motion for independent physical examination,* [Court Doc. No. 326, Order No. 329-1]: Plaintiff states as follows:

1.    Defendants were ordered on *December 3, 2007* by the Court:

> ". . . the on or before December 18, 2007 the medical defendants shall show cause why this motion should not be granted. In filing

---

[1] Plaintiff cannot recall if this Motion was mailed on December 27, 2007. It is error on part of plaintiff if this is a superfluous motion, and request that if so, the court consider it "moot" due to prior filing and a ruling entered?

1

deteriorated to the point that surgery is necessary on his hernia."
[Court Order Doc. No. 281-1]

2.  The medical defendants <u>did not</u> submit an Affidavit nor is there any evidence that could possibly refute that plaintiff's health has not deteriorated due to their actions.

3.  Defendants <u>did not comply timely</u>, <u>did not request additional time</u>, and filed their response <u>too late</u> – three (3) days <u>too late</u> and it due to be ignored and stricken.

**WHEREFORE**, *premises considered*, plaintiff moves to strike both responses from the medical defendants filed on December 21, 2007 regarding their late response as untimely. Enough is enough and plaintiff objects!

This 27th Day of December 2007.

/s/ Marcellus Breach
MARCELLUS BREACH 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 28th Day of December 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

/s/ Marcellus Breach
Marcellus Breach