IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

\* \* \* \* CASE NO: 2:06-cv-1133-MEF

## PLAINTIFF'S RESPONSE TO COUNSEL'S FAILURE TO TIMELY, ADEQUATELY RESPOND TO TWO SEPARATE MOTIONS FOR SANCTIONS

**COMES NOW**, plaintiff _Marcellus Breach_ (hereinafter "Breach") in proper person "Pro Se," moves this Court to issue sanctions on Attorney Paul M. James, Jr., for his failure to timely answer, another court order regarding sanctions: Counsel waived his opportunity as follows:

1. Plaintiff filed a document on November 8, 2007 [**Court Doc. No. 221 & 222**] requesting and invoking Rule 11 violations, unethical practices, dishonesty, fraud upon the court, slander, misrepresentation and concealing evidence. Counsel was order to respond by December 21, 2007 after a request for an enlargement of time. [**Court Orders 224-1, & 258-1 Order**]

2. Counsel has done nothing more than "bootstrap" PHS's contempt response with his singled out motion for sanctions in his answer attempting to mislead this court about

the Affidavit of Jackie Morrow which **is not** the Rule 11 violation issues. The issues are counsel concealing evidence, dishonesty, fraud perjurious affidavits, misrepresentations of facts, slander. Counsel did not oppose the Rule 11 violations and this Court must sanction him.

Done this 27th Day December 2007.

MARCELLUS BREACH ® 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I have served a true copy of the foregoing upon the following by U.S. Mail, First Class, postage prepaid and properly addressed to and mailing through the prison mail box system on this 28th Day of December 2007.

Alabama Dept. Of Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

Marcellus Breach