IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS # 160710),  )<br>                                          )<br>     Plaintiff ,                          )<br>                                          )<br>vs.                                       )        CIVIL ACTION NO.<br>                                          )        2:06-cv-1133-MEF<br>CORRECTIONAL MEDICAL        )<br>SERVICES, INC., ET AL,               )<br>                                          )<br>     Defendants .                      )<br>                                          ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.

COMES NOW the Defendant, Correctional Medical Services, Inc. ("CMS"), and in compliance of Rule 7.1 of the Federal Rules of Civil Procedure, hereby states as follows:

1.   CMS is a wholly owned subsidiary of Correctional Medical Services of Delaware, Inc. Correctional Medical Services of Delaware, Inc., is ninety percent (90%) owned by Valitas Health Services, Inc., and ten percent (10%) owned by Valitas Bahamas Investments, Inc. Valitas Health Services, Inc., is a wholly owned subsidiary of Valitas Holdings, L.L.C.

Respectfully Submitted,

s/Philip G. Piggott
PHILIP G. PIGGOTT
Starnes & Atchison LLP

{B0795855}

        100 Brookwood Place, 7th Floor
        P.O. Box 598512
        Birmingham, Alabama 35259-8512
        Telephone: (205) 868-6000
        Fax: (205) 868-6099
        ASB#: 4379-P67P
        E-mail: PGP@starneslaw.com

        WILLIAM ANTHONY DAVIS, III
        ASB#: 5657-D65W
        E-Mail: tdavis@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following: Paul M. James, Jr. Esq., Rushton, Stakely, Johnston & Garrett, P.A., P. O. Box 270, Montgomery, AL 36101-0270, and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Marcellus Breach
AIS #160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

Albert Sims Butler, Esq.
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

        Respectfully Submitted,

        s/Philip G. Piggott
        PHILIP G. PIGGOTT
        Starnes & Atchison LLP
        100 Brookwood Place, 7th Floor
        P.O. Box 598512
        Birmingham, Alabama 35259-8512
        Telephone: (205) 868-6000

                Fax: (205) 868-6099
                ASB#:  4379-P67P
                E-mail: ppiggott@starneslaw.com

{B0795855}