**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARCELLUS BREACH (AIS # 160710),**<br><br>**Plaintiff ,**<br><br>**vs.**<br><br>**CORRECTIONAL MEDICAL SERVICES, INC., ET AL,**<br><br>**Defendants .** | ) | **CIVIL ACTION NO. 2:06-cv-1133-MEF** |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.**

COMES NOW the Defendant, Correctional Medical Services, Inc. ("CMS"), and hereby amends its previously-filed Corporate Disclosure Statement as follows:

1. CMS is a wholly owned subsidiary of Correctional Medical Services of Delaware, Inc. Correctional Medical Services of Delaware, Inc., is ninety percent (90%) owned by Valitas Health Services, Inc., and ten percent (10%) owned by Valitas Bahamas Investments, Inc. Valitas Health Services, Inc., is a wholly owned subsidiary of Valitas Parent, Inc., which is wholly owned by Valitas Equity, LLC.

Respectfully Submitted,

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB-4379-P67P
E-mail: pgp@starneslaw.com

WILLIAM ANTHONY DAVIS, III
ASB-5657-D65W
E-Mail: wad@starneslaw.com

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following: Paul M. James, Jr. Esq., Rushton, Stakely, Johnston & Garrett, P.A., P. O. Box 270, Montgomery, AL 36101-0270, and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Marcellus Breach
AIS #160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

Albert Sims Butler, Esq.
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB-4379-P67P
E-mail: pgp@starneslaw.com