IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the renewed motion for independent physical examination filed by the plaintiff on November 29, 2007 (Court Doc. No. 279) and the motion to grant independent physical examination filed by the plaintiff on December 26, 2007 (Court Doc. No. 345), and in light of the responses filed by the medical defendants, it is

ORDERED that these motions be and are hereby DENIED.

Done this 9th day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE