IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for contempt of court/motion to compel/motion for sanctions filed by the plaintiff on December 26, 2007 (Court Doc. No. 346), and in light of the voluminous responses and objections to discovery requests filed by the defendants, it is

ORDERED that these motions be and are hereby DENIED.

Done this 9th day of January, 2008.

                                           /s/ Terry F. Moorer
                                         TERRY F. MOORER
                                         UNITED STATES MAGISTRATE JUDGE