IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to require disclosure by defendant William Hobbs filed by the plaintiff on January 2, 2008 (Court Doc. No. 354), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that on or before February 8, 2008 defendant Hobbs shall file a response that:

1. Identifies the basis for statements contained in his affidavits which concede a protocol required by the Alabama Department of Corrections regarding the surgical repair of hernias. Specifically, defendant Hobbs shall advise how he became aware of the aforementioned protocol, i.e., Was the protocol verbally communicated to him by correctional officials? Did the Alabama Department of Corrections or an employee thereof, at any time, provide him with a written copy of this protocol?

2. States the date on which he became aware of the hernia treatment protocol initiated by the Alabama Department of Corrections.

Done this 9th day of January, 2008.

       /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE