IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to require disclosure by defendant George Lyrene filed by the plaintiff on January 2, 2008 (Court Doc. No. 357), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that on or before February 8, 2008 defendant Lyrene shall file a response that:

1. States whether the Alabama Department of Corrections, during the time relevant to the claims pending before this court, had a protocol -- be it a verbal protocol, one contained in an administrative regulation or a protocol set forth in an internal memorandum -- regarding the surgical repair of hernias. If such a protocol existed/exists and was at any time contained in a written document, defendant Lyrene shall file with the court and provide to the plaintiff a copy of this document.

     2. Identifies the person(s) responsible for implementation/administration of any such protocol as is relevant to the claims pending before this court.

     3. Sets forth the provisions of any protocol adopted by the Alabama Department of Corrections relevant to the treatment of plaintiff's hernia.

     Done this 9th day of January, 2008.


                      /s/ Terry F. Moorer
               TERRY F. MOORER
               UNITED STATES MAGISTRATE JUDGE