IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,        )
                                  )
            Plaintiff,            )
                                  )
v.                                )        CASE NO. 2:06-CV-1133-MEF
                                  )
PRISON HEALTH SERVICES, et al.,   )
                                  )
            Defendants.           )

## ORDER ON MOTION

Upon consideration of the motion to strike objections to plaintiff's discovery requests filed

by the plaintiff on January 2, 2008 (Court Doc. No. 355), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 9th day of January, 2008.


_____/s/ Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE