IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike defendant Adams' objections to plaintiff's first set of interrogatories filed by the plaintiff on January 2, 2008 (Court Doc. No. 358), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 9th day of January, 2008.

                /s/ Terry F. Moorer
               TERRY F. MOORER
               UNITED STATES MAGISTRATE JUDGE