IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel/request for sanctions filed by the plaintiff on December 26, 2007 (Court Doc. No. 347) and the amended motion to compel/request for sanctions filed by the plaintiff on January 4, 2008 (Court Doc. No. 365), and for good cause, it is

ORDERED that on or before January 29, 2008 defendant Bradford Adams shall show cause why such motions should not be granted.

Done this 9th day of January, 2008.

　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE