IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 JAN 11  A 9:41

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

                                CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

*PLAINTIFF'S NOTICE OF RE-SET DATE OF TAKING OF DEPOSITION UPON WRITTEN QUESTIONS UPON DR. JOHN A. TASSIN, M.D., AND DIANA LOTT, NURSE ADMINISTRATOR*

TO:   Edwards Law Firm       Alabama Department of Corrections
       C/O Chris Edwards      Legal Division
       P.O. Box 2970              P.O. Box 301501
       Lafayette, La 70502      Montgomery, Alabama 36130

       Rushton, Stakely, Johnstone & Garrett, P.A.
       P.O. Box 270
       Montgomery, Alabama 36101

       Starnes & Atchison, LLP
       Seventh Floor
       100 Brookwood Place
       P.O. Box 598512
       Birmingham, Alabama 35259-8512

       *PLEASE TAKE NOTICE*, that the questions already submitted to you and into the Court Record [**Court Doc. No. 298, 299, & 320**] that the questions served will be re-set to be propounded on plaintiff's behalf to:

Dr. John A. Tassin, M.D.          Diana Lott, Nurse Administrator
1535 West Main Street             South Louisiana Corrections Services, Inc.,
Ville Platte, LA 70576            Post Office Box 650
                                  Pine Prairie, LA 70576

At the taking of their depositions before as agreed by all parties without any objections [**Court Doc. No. 305-1, Order**] before Attorney Chris Edwards, a Notary Public, whose address is stated above pursuant to the Federal Rules of Civil Procedures, at the place designated by him at the set time and date **January 31, 2008**, or at another time set upon person set forth below:

Ms. Diana Lott, Nurse Administrator          January 31, 2008.

Dr. John A. Tassin, M.D.,                    January 31, 2008.

Attorney Chris Edwards will take the deposition for the plaintiff as agree upon written questions before a notary public or acting as a Notary; and being an officer authorized by law to administer oaths. The deposition to be taken is for discovery purposes, for use as evidence in the trial of the above-titled cause, or both.

Done this 8th Day January 2008.

*/s/ Marcellus Breach/*

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 8th Day of January 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**
**Montgomery, Alabama 36101**

Counsel for PHS defendants.

**Rushton, Stakely, Johnston, Garrett, P.A**
**P.O. Box 270**
**Montgomery, Alabama 36101**

Counsel for CMS defendants.

**Starnes & Atchison, LLP.**
**Seventh Floor**
**100 Brookwood Place**
**P.O. Box 598512**
**Birmingham, Alabama 35259-8512**

® _____
Marcellus Breach

Limestone
28779 Nick Davis Rd
Harvest, Al 35749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or communication of the enclosed communication.

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al
36101

Legal Mail