IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on January 11, 2008 (Court Doc. No. 381), which the court construes to contain a motion for taxation of costs to all fees associated with the issuance of subpoenas to include fees owed witnesses for attendance at depositions, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 14th day of January, 2008.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE