IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER ON MOTION

On January 11, 2008, the plaintiff filed a motion for issuance of subpoenas for attendance of non-party witnesses (Court Doc. No. 381). In this motion, the plaintiff advises that subpoenas are necessary because the non-party witnesses will not provide answers to his questions unless upon subpoena for deposition. It is therefore clear that these individuals will not voluntarily appear at any proposed deposition. Although the plaintiff attached proposed subpoenas for the non-party witnesses, the plaintiff failed to tender the requisite fees owed these witnesses associated with attendance and mileage, Rule 45(b)(1), *Federal Rules of Civil Procedure*, and without prepayment of such fees these witnesses are not required to attend the deposition. Moreover, the deadline for filing discovery related motions has expired. Accordingly, it is

    ORDERED that the motion for issuance of subpoenas be and is hereby DENIED.

Done this 14th day of January, 2008.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE