IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710          *

    Plaintiff,                              *

Vs.                                                *          CASE NO: 2:06-cv-1133-MEF

                                                   *

PRISON HEALTH SERVICES, INC., et al.,    *

    Defendants.

## *NOTICE OF FILING*

**COMES NOW**, the Plaintiff Marcellus Breach (hereinafter "Breach") in proper person, "Pro Se" request to hereby file the attached letter upon Attorney Philip G. Piggott, counsel for defendant Correctional Medical Services, ("CMS") regarding disputed initial disclosure.

Done this 10th Day of January 2008.

/s/ Marcellus Breach
Marcellus Breach 160710
Limestone C.F
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served a true copy of the foregoing upon:

Alabama Dept. Corrections
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130-1501

Philip G. Piggott
Starnes & Atchison LLP
100 Blackwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35459-8512

Rushton, Stakely, Johnstone & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

By U.S. Mail, First Class postage prepaid and mailing on this 11th Day January 2008.

_____

Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd
Harvest, AL 35749

HUNTSVILLE / HSV
AL 358 2 L
This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101

## MARCELLUS BREACH, AIS 160710

Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

*January 10, 2008*

**PHILIP G. PIGGOTT**
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

    RE:   *2:06-cv-1133-MEF / Initial Disclosure*

Dear Mr. Piggott:

This letter is in regards to the initial disclosure requirements under Rule 26, Federal Rules of Civil Procedures. There is a dispute between us because now CMS is the current medical providers who are "Agents" for the Alabama Department of Corrections.

My first dispute is: I am requesting that the defendant "produce" the medical records of the plaintiff, being a complete accurate copy from South Louisiana Corrections Services. On November 9, 2008 Ms. Deborah Hunt did so, have portions of these medial records "outside" of the plaintiff's medical file. The plaintiff personally observed, viewed these records, and Ms. Hunt stated: "We just got these today from Kilby, you had them before we did".

I am requesting that you have the medical records produced into the Record. Also, specifically "LCS Corrections Services, Inc., Offender Grievance #06-215 also needs to be produced because it is a part of plaintiff's medical records: the "FRONT and BACK" of all grievances filed.

Next, there are "**Fax Reports**" included and within the possession of SLCS who acted or still act as an Agent of ADOC, and this is a part of prison record keeping. In summary, I am requesting that as a part of the Initial Disclosure, defendants are required to investigate and supplement upon learning of facts. These documents are available and plaintiff request that you have them produced.

I hope that 15 days is enough time to correspond, if additional time is necessary please feel free to advise. Otherwise, if I do not hear from you, I will take the necessary appropriate action with the Court.


Very Truly Yours,

Marcellus Breach