```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003365
Cashier ID: cstrecke
Transaction Date: 01/16/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
----------------------------------------
PLRA CIVIL FILING FEE
 For: MARCELLUS BREACH JR
 Case/Party: D-ALM-2-07-CV-001133-001
 Amount:        $78.00
----------------------------------------
CHECK
 Remitter: LIMESTONE CORRECTIONAL FAC
 Check/Money Order Num: 3791
 Amt Tendered: $78.00
----------------------------------------
Total Due:      $78.00
Total Tendered: $78.00
Change Amt:     $0.00
```