IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| MARCELLUS BREACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV- 01133-MEF-TFM |
| | ) |
| PRISON HEALTH SERVICES, | ) |
| | ) |
| Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ruth A. Naglich, Richard Allen, Brandon Kinard and George Lyrene, a [ Defendants] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____       _____

  1/16/2008                            /s/Albert S. Butler
    Date                              Counsel Signature

                                      Ruth A. Naglich, Richard Allen, Brandon
                                      Kinard and George Lyrene
                                      Counsel for (print names of all parties)

                                      301 S. Ripley St.
                                      P.O. Box 301501, Montgomery, AL 36130
                                      Address, City, State Zip Code

                                      334-353-3885
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

**CERTIFICATE OF SERVICE**

I, <u>Albert S. Butler</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S<u>. MAIL, CM/ECF</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>16th</u> day of <u>January, 2008</u>, to:

<u>Marcellus Breach</u>
<u>AIS # 160710</u>
<u>Limestone Correctional Facility</u>
<u>28779 Nick Davis Road</u>
<u>Harvest, AL 35749</u>

| 1/16/2008 | /s/Albert S. Butler |
|---|---|
| Date | Signature |