IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | )    CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before February 1, 2008 the correctional and/or medical defendants shall file with the court and furnish to the plaintiff copies of all medical records, including physicians'/nurses' notes, grievances, request forms, memos and any other document, related to medical treatment provided to the plaintiff for his hernia during his incarceration at the Southeast Louisiana Correctional Center.

Done this 17th day of January, 2008.

       /s/ Terry F. Moorer
     TERRY F. MOORER
     UNITED STATES MAGISTRATE JUDGE