IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for issuance of subpoena duces tecum filed by the plaintiff on January 16, 2008 (Court Doc. No. 386), and in light of the order entered herein requiring production of the plaintiff's medical records related to the treatment of his hernia at the Southeast Correctional Center (Court Doc. No. 391), it is

ORDERED that the motion for issuance of subpoena be and is hereby DENIED.

Done this 17th day of January, 2008.

                                         /s/ Terry F. Moorer
                                         TERRY F. MOORER
                                         UNITED STATES MAGISTRATE JUDGE