IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration/clarification filed by the correctional defendants on January 17, 2008 (Court Doc. No. 393), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent that the correctional defendants request that they be required to produce only copies of documents contained in the plaintiff's inmate medical file which is presently within their possession.

2. This motion be and is hereby DENIED in all other respects.

3. On or before February 1, 2008 the correctional and/or medical defendants shall file with the court and furnish to the plaintiff copies of all medical records, including physicians'/nurses' notes, grievances, request forms, memos and any other document, related to medical treatment provided to the plaintiff for his hernia during his incarceration at the Southeast Louisiana Correctional Center which is contained in the inmate/medical

file of the plaintiff presently within the possession of the Alabama Department of Corrections.

Done this 17th day of January, 2008.

       /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE