IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,

    Plaintiff,

Vs.

    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

### *PLAINTIFF'S RESPONSE TO ADOC'S ANSWER TO PRELIMINARY INJUNCTION*

**COMES NOW**, the plaintiff Marcellus Breach in proper person "Pro Se," hereby files his response to counsel for ADOC's response.

1. Counsel has not presented any evidence before the Court to support his claims that what plaintiff has alleged isn't true.

2. Counsel has not refuted that plaintiff is subjected to "icebox' conditions at the law library.

3. Regardless of how cold, and his conditions plaintiff has an injury and he will pursue his action as necessary.

4. Both the Court and Counsel ought to come to Limestone C.F. and inspect the law library in freezing temperatures.

5. This action is voluminous because at the outset the defendants concealed relevant evidence, and the Court adopted their theory. Plaintiff is determined to fight against it happening again!

Counsel has not stated elsewise considering the claims before the court.

Done this 15th Day January 2008.

Marcellus Breach 160710®
Limestone C.F
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 16th Day of January 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**
**Montgomery, Alabama 36101**

**Rushton, Stakely, Johnston, Garrett, P.A**
**P.O. Box 270**
**Montgomery, Alabama 36101**

**Starnes & Atchison, LLP**
**100 Brookwood Place, 7th Floor**
**P.O. Box 598512**
**Birmingham, Alabama 35259-8512**

® 

Marcellus Breach