IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

    *    CASE NO: 2:06-cv-1133-MEF

### PLAINTIFF'S REQUEST TO DISMISS IN PART THE ALABAMA DEPARTMENT OF CORRECTIONS TO THE PRELIMINARY INJUNCTION

COMES NOW, the Plaintiff Marcellus Breach (hereinafter "Breach") in proper person "Pro Se," pursuant to Rule 65(b), Federal Rules of Civil Procedures, request to dismiss the Alabama Department of Corrections as a party to the motion for preliminary injunction for good cause:

1. Plaintiff claims arising against the Alabama Department of Corrections regarding the "No Heat" are now lawfully considered as "Moot" prohibiting preliminary injunctive relief.

2. As of January 17, 2008 the Limestone correctional personnel fixed the heat at the law library rendering claims of retaliation against ADOC as cruel and unusual punishment subjecting plaintiff to endure extreme cold temperatures at the law library are moot.

3. Claims against medical defendants regarding plaintiff has not been **examined** by a doctor in over nine (9) months stands. Plaintiff states for the Record, upon filing this preliminary injunction, the next day after an order from the Court, he was seen by Dr. Hobbs. However, Dr. Hobbs DID NOT even examine plaintiff's Hernia. Hobbs issued some cold medicine.

4. This Court is not sick call. This Court is a court of law, but it seems that once plaintiff complains to the Court, then defendants decide to do something, but still plaintiff HAS NOT been examined by a doctor regarding his hernia that is worsening since April 2007.

WHEREFORE, plaintiff releases the correctional defendants to this action.

Done this 17th Day of January 2008.

_/s/ Marcellus Breach_

Marcellus Breach 160710
Limestone C.F
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 18th Day of January 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**
**Montgomery, Alabama** ~~36101~~ 36130

**Rushton, Stakely, Johnston, Garrett, P.A**
**P.O. Box 270**
**Montgomery, Alabama 36101**

**Starnes & Atchison, LLP**
**100 Brokwood Place, 7thg Floor**
**P.O. Box 598512**
**Birmingham, Alabaam 35259-8512**

® _____

Marcellus Breach

MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS RE.
HARVEST, ALABAMA   35749



Legal Mail

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama   36101