IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon review of the file in this case and for good cause, it is

ORDERED that on or before January 30, 2008 the medical defendants, i.e., Prison Health Services, Inc. ("PHS"), the PHS defendants and Correctional Medical Services, Inc., shall:

1. Show cause why they failed to file a response to the plaintiff's December 20, 2007 motion for preliminary injunction as required by the order entered on December 20, 2007 (Court Doc. No. 334).

2. File a response to the plaintiff's December 20, 2007 motion for preliminary injunction in compliance with the directives of the order entered on December 20, 2007 (Court Doc. No. 334).

Done this 23rd day of January, 2008.

                                            /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE