IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon review of the file in this case, and for good cause, it is

ORDERED that the orders entered on December 20, 2007 (Court Doc. No. 334) and January 23, 2008 (Court Doc. No. 403) requiring responses to the plaintiff's most recent motion for preliminary injunction (Court Doc. No. 333) be and are hereby VACATED as the district judge issued an order on December 20, 2007 (Court Doc. No. 335) denying this application for preliminary injunction.

Done this 23rd day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE