IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS # 160710),<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONAL MEDICAL<br>SERVICES, INC., ET AL,<br><br>Defendants. | CIVIL ACTION NO.<br>2:06-cv-1133-MEF |

## RESPONSE TO COURT ORDER (Doc. No. 393)

COMES NOW the Defendant, Correctional Medical Services, Inc. ("CMS"), and in response to the Court's Order (Doc. No. 393), dated January 17, 2008, states as follows:

1. Pursuant to the Plaintiff's pleading, he was transferred to the Southeast Louisiana Correctional Center on March 16, 2006. Pursuant to the Plaintiff's pleading, he was transferred back to Kilby Correctional Facility in Alabama on October 11, 2006.

2. CMS did not take over the contract with the Alabama Department of Corrections until November 1, 2007. Prior to that date, Prison Health Services ("PHS") held the contract with the Alabama Department of Corrections.

3. It is the understanding of the below-signed attorney that attorneys for PHS are working to gather and collect any records that may be at the Limestone Correctional Facility relating to the medical treatment provided to the Plaintiff for his hernia during his incarceration at the Southeast Louisiana Correctional Center.

{B0803766}

4. Therefore, the Defendant, CMS, is going to rely on the attorneys for PHS to respond to the Court's Order of January 17, 2008 (Court Doc. No. 393).

Respectfully Submitted,

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB-4379-P67P
E-mail: pgp@starneslaw.com

WILLIAM ANTHONY DAVIS, III
ASB-5657-D65W
E-Mail: wad@starneslaw.com

Starnes & Atchison LLP

100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorneys for Correctional Medical
Services, Inc.

{B0803766}

CERTIFICATE OF SERVICE

       I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Paul M. James, Jr. Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101-0270

and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Marcellus Breach
AIS #160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

Albert Sims Butler, Esq.
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

                                                s/Philip G. Piggott
                                                PHILIP G. PIGGOTT
                                                ASB-4379-P67P
                                                E-mail: pgp@starneslaw.com