IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

On January 22, 2008, the plaintiff filed a motion to dismiss, in part, the Alabama Department of Corrections as a party to his most recent application for preliminary injunction.[1] Upon consideration of the aforementioned motion to dismiss party to request for preliminary injunction (Court Doc. No. 402), and as the district judge issued an order on December 20, 2007 (Court Doc. No. 335) denying this application for preliminary injunction, it is

ORDERED that this motion to dismiss party (Court Doc. No. 402) be and is hereby DENIED as moot.

Done this 24th day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] This motion appears on the docket as document number 402.