IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § <br> § <br> Plaintiff, § <br> § <br> vs. §    CIVIL ACTION NO. 2:06cv1133-MEF <br> § <br> PRISON HEALTH SERVICES, INC.; § <br> et al.; § <br> § <br> Defendants. § | |

### NOTICE OF FILING

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and do hereby give this Court notice of filing of the following documents in response to this Court's Order dated January 17, 2008 [Court Doc. No. 391]:

    1.    A copy of any and all records for the Plaintiff, Marcellus Breach, which are in the possession of the PHS Defendants from the Southeast Louisiana Correctional Center. The PHS Defendants do not take the position that the documents attached herein are the complete file for Mr. Breach but, however, these are all of the documents currently in the possession of the PHS Defendants or that have been in the possession of the PHS Defendants during the pendency of this litigation.

    /s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health
Services, Linda Lawrence, Michael
Catalano, Rick Dull, Martha Jane
Haynes, and Dr. William D. Hobbs

1

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 24th day of January, 2008, to:

> Mr. Marcellus Breach (#160710)
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL 35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL 36130-1501
>
> Philip G. Piggott, Esq.
> STARNES & ATCHISON, LLP
> P. O. Box 598512
> Birmingham, AL 35259-8512

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL

## LCS MEDICAL TRANSFER SUMMARY

FACILITY: SLCC

OFFENDER NAME: Breach, Marcellus    DOC# A-160710

DOB: 7/28/69   SS# 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    RACE B   SEX M

MEDICAL SUMMARY: Diagnosis, Current Treatment, Follow up appointments, etc.

(L) ankle sx   (R) foot deformity
Status L4&5 crushed

TB SKIN TEST
DATE & RESULTS    2/27/06  8mm

ALLERGIES:   NKA

DIET:   Reg

CURRENT MEDICATION & DOSAGE:

Naproxen 500mg po bid prn

CURRENT MENTAL HEALTH STATUS:

Stable

10/10/06
Date

M. Dugan, RN
Name and Title of Staff Member Completing Form

# LCS CORRECTIONS SERVICES, INC.
## Nurse's Notes

Facility: SLCC
Offender: Breach, Marcelus
Offender #: A160710

| Date/Time | Notations | Signature/Title |
|---|---|---|
| 3/30/06 | Intake screening complete c̄ y/bunk profile, given booth | M. Majors |
| 3/31/06 | Saw MD on site c̄ new orders | M. Majors |
| 4/19/06 | TSC done — new orders | M. Majors |
| 6/02/06 | Scheduled to go to Dr. Perkins for dental work this date | M. Majors |
| 6/6/06 | Returned to Easterling on new orders | M. Majors |
| 6/8/06 | Trip papers made for Dr. Wood — out on 6/13/06 | M. Dugan |
| 6/13/06 | Returned c̄ NNO; return for f/u | M. Majors |
| 6/23/06 | Trip papers made for Dr. Perkins on 6/30/06 | M. Dugan |
| 6/30/06 | Cancelled Dr. Perkins due to limited appt × 30 inmates | M. Majors |
| 7/3/06 | Received a call from Brandon from Alabama re: Inguinal hernia — stated hernia repairs are not done unless incarcerated or into Scrotum. This subject has not been seen by Dr. Tassin. Also — subject placed on sick call for 7/18/06 to see if he needs a referral to a surgeon | D. Tate |
| 7/10/06 | We faxed a report to Ruth Naglich for reference to inguinal hernia. Inmate requesting repair & has filed a lawsuit to have surgery done. | M. Majors |
| 7/12/06 | 9:30A Phone call received from Lynn Brown and she will return call on Thursday 7/13/06 to discuss re: plan of care for follow up | M. Majors |
| 7/17/06 | 4:25 pm Brought to medical — Left inguinal hernia easily reducible — no c/o pain | A. Lee |
| 7/18/06 | Saw Dr. Tassin for exam of L. hernia. No new orders received. | M. Majors |

## LCS CORRECTIONS SERVICES, INC.
### DOCTOR'S ORDERS SHEET

Offender Name: Breach, Marcellus   DOC#: AL 160710

| Date / Time | Allergies: NKA |
|---|---|
| 3-21-06 | Hernia (L) Inguinal Hernia Needs Repair? |
| | *[signature] M. Mays* |
| 4/12/06 | IBP 400mg BID til dental Dr. Tassin / M. Mays |
| 7/18/06 | Not Pt. has (L) Inguinal Hernia Incarcerated, Elective Procedure. |
| | *[signature] M. Mays* |
| 10-3-06 | Old Ingsey (L) athletic tender + R cry. |
| | Act 17 x 3 Naprosyn 520 Bid #30 E Res |
| | *[signature] M. Mays* |

## CORRECTIONS SERVICES, INC.

Offender Request

FACILITY: S.CCC

TO: Medical / Dental
(Person to whom request is to be sent)

DATE: 8/22/06

NATURE OF REQUEST
MEDICAL ☑   OTHER ☐ _____
REQUEST TO OFFICIAL ☐        (state nature of request)

OFFENDER NAME Marcellus Breach

OFFENDER # A-16070

HOUSING ASSIGNMENT Bearcat #2

DETAILS OF REQUEST (Briefly state nature or reason for request):

I have a cavity(s) I need to be filled.

---

**OFFICIAL USE ONLY**

DATE: _____         TIME: _____

REQUEST IS: ( ) Approved   ( ) Denied   ( ) Handled
Request is forwarded to _____
Comments: _____

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed form shall be sent to the offender, the original shall be placed in the Offender File.

Added to Dental list

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: S.L.C.C.

TO: Director of Nursing  (Person to whom request is to be sent)   DATE: 7/14/06

NATURE OF REQUEST:
MEDICAL ☒   OTHER ☐   HIPAA - Form, Medical Records
REQUEST TO OFFICIAL ☐   (state nature of request)

OFFENDER NAME: Marcellus Breach   OFFENDER #: A-160710

HOUSING ASSIGNMENT: Beacon 2

DETAILS OF REQUEST (Briefly state nature or reason for request):

I have a HIPAA Medical Authorization Form in which I must place into the hands of whoever to release my medical records or I'll get a court-order. You may call Attorney Chris Edwards 337-237-6881. By law you must release them. Need Med Records by 7/24/06.

---

**OFFICIAL USE ONLY**

DATE: 7/17/06   TIME: _____
REQUEST IS: ( ✓ ) Approved   ( ) Denied   ( ) Handled
Request is forwarded to _____
Comments: HIPA Consent req for medical records to be released to hosp doctors and other medical labs and staff that is rendering or going to render medical care, this is not consent for your own medical records per pay for DeCarlo to

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

attorney. We need an order to do so Ala has been notified (#3) of current med cond & will. M Mari render decision asap on surg or no surg.

## LCS CORRECTIONS SERVICE, INC.

### Offender Request

FACILITY: LCS

TO: Medical   DATE: 3/22/06
(Person to whom request is to be sent)

NATURE OF REQUEST
MEDICAL ☑   OTHER ☐   Hypoglycemic.
(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME: Marcellus Breach   OFFENDER # A-160710

HOUSING ASSIGNMENT: Bearcat 2.

DETAILS OF REQUEST (Briefly state nature or reason for request):

I am hypoglycemic. I got snack at Limestone. I tried today to get a officer to call you to check my blood-sugar. I was falling low. No one came. I cannot treat my low sugar. We ate at 9:00 p.m. last night. 9 hours no food. I was sick last night. I need my snack.

---

**OFFICIAL USE ONLY**

DATE: _____   TIME: _____
REQUEST IS: ( ) Approved   ( ) Denied   ( ) Handled
Request is forwarded to _____
Comments: Saw MD 3/21. Relates no Hx of Hypoglycemia

---

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed form shall be sent to the offender, the original shall be placed in the Offender File.

This is the same problem I brought to your attention. Records reflect this medical condition, I've tried twice to get a nurse to check my sugar, no avail.

LCS CORRECTIONS SERVICES, INC
Basic Offender Medical Examination / Health Screening

Facility: SLCC   Date: 3/20/06
Offender: Breach, Marcelus   #: AIS 160710   DOB: 7/28/69   SEX: M   RACE: B
Testing: T.B.: 2/27/06 6mm   Other: _____
General: B.P.: 100/58   Pulse: 50   Resp: 16   Temp: 98.4   Height: 5'9"   Weight: 161

### 1. DO YOU NOW OR HAVE YOU EVER HAD ANY OF THE FOLLOWING AILMENTS? (CHECK YES OR NO)

| AILMENT | Y | N | AILMENT | Y | N | AILMENT | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Injury |  | ✓ | Stomach Problems |  | ✓ | Cancer |  | ✓ |
| Headaches |  | ✓ | Hernia  Inguinal (L) | ✓ |  | Operations  Sx (L) ankle | ✓ |  |
| Epilepsy |  | ✓ | Broken Bones / Fractures | ✓ |  | Skin Disorders |  | ✓ |
| Defective Hearing |  | ✓ | Joint Injuries  ankle | ✓ |  | Communicable Diseases |  | ✓ |
| Sinus Problems |  | ✓ | Physical Deformities |  | ✓ | Mental Illness |  | ✓ |
| Surgical Removal of disk or spinal fusion |  | ✓ | Diabetes (Medication Yes___ No___) |  | ✓ | Drug Addiction |  | ✓ |
| TB, Asthma, Emphysema |  | ✓ | Hemophilia |  | ✓ | Alcoholism |  | ✓ |
| Heart Trouble |  | ✓ | Arteriosclerosis |  | ✓ | Polio (poliomyelitis) |  | ✓ |
| Dizziness / Blackouts |  | ✓ | Cataracts / Glaucoma |  | ✓ | Dental Problems  1 (R) cavity | ✓ |  |
| High Blood Pressure |  | ✓ | Back or Neck injury L5 etc |  | ✓ | Other: |  |  |
| Stroke |  | ✓ | Thrombophlebitis |  | ✓ |  |  |  |

Explain all "YES" answers. Please use back of form to give further explanation and details.

| LEVEL OF CONSCIOUSNESS | |
|---|---|
| Pupils |  |
| Heart |  |
| Lungs |  |
| Abdomen |  |
| Deformities |  |
| Skin |  |
| Other |  |

ILLUSTRATE ON THE DIAGRAM(S) THE POSITION OR PLACE OF INJURY IF ANY:

Sx on Ankle

REFERRAL MADE:
☑ YES ☐ NO ☐ N/A

REFERRAL NEEDED:
☑ PHYSICIAN ☐ DENTAL ☐ MENTAL HEALTH
☐ ROUTINE SICK CALL
☐ EMERGENCY SICK CALL
☐ NONE

PHYSICIAN / MEDICAL STAFF REMARKS / RECOMMENDATIONS:
Sx (L) ankle   no ankle (L) foot deformity

EXAMINING MEDICAL STAFF: M. Dugao LPN
PHYSICIAN SIGNATURE: _____
DATE: 3/20/06

## L? CORRECTIONS SERVICES, INC.
### Medical and Dental History

Facility: __SOUTH LOUISIANA CORRECTIONAL CENTER__

OFFENDER: Breach, Marcelus    AGE: _____
OFFENDER #: No-160710    DOB: 7/28/69    RACE: B    SEX: M
S.S. #: 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
Current Medical Problems: ① ankle sp → late 90's

Medications: ∅

Disease: ∅
Recent Surgery: ∅
Recent Accidents: ∅
Communicable Diseases: ∅
Any Risk of Pregnancy: NA
Attempted Suicide: no
Alcohol or Drug Abuse: no

Mental Health Problems: no
Mental Condition: alert & cohort
Do You Wear any Prosthetic Dental Appliances: no
When was Your Last Visit to the Dentist: 2 or 3 months
Have You Ever Had Any Teeth    Filled    or    Removed    yes
Ever Had Bleeding Gums: no
Do You Have Any Dental Complaints At This Time: yes 1 (R) needs filling
Have You Ever Seen An Eye Doctor - If Yes, Why: no yes - check-up
Were You Issued A Prescription For Corrective Eye Wear: no
What Type Of Eye Wear Are You Currently Using: n/a
Description & Condition of Eye Wear: _____
Comments: _____

Offender Signature And Date                    m. Dugoo LPN  3/20/04
                                                Health Signature and Date

## LCS CORRECTIONS SERVICES, INC.
### Medical Transportation Summary

Facility: SICC

Name: Breach, Marcelus    DOB: 7/28/69    Date: 6/13/06

SS #: ___    Allergies: NKDA

Complaint: Scheduled Appt.

Medical History: Old Back Injury

Medication: × LBP 400mg 1 po BID/PRN

Method of Transportation: ☐ Van    ☐ Ambulance
Destination: Dr. Woodruff
Test given prior to transfer: ___

Vitals: BP: ___    Pulse: ___    Resp: ___

Signature of Medical Staff

PHS CORRECTIONS SERVICES, INC.

Offender Request

FACILITY: S.L.C.C.

TO: Medical/Dental          DATE: 4/?/06
(Person to whom request is to be sent)

NATURE OF REQUEST
  MEDICAL ☑   OTHER ☐   dental
                              (state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME: Wheeler Speach    OFFENDER # A-160710

HOUSING ASSIGNMENT: Barrack 2

DETAILS OF REQUEST (Briefly state nature or reason for request):

I need to see a dentist for a cavity problem and a other toth problem. I do have pain

---

**OFFICIAL USE ONLY**

DATE: 4/12/06        TIME: ___

REQUEST IS: ( ) Approved   ( ) Denied   (✓) Handled

Request is forwarded to dental caries need, reg

Comments: to file dentist; — N. Mapl___

Ibp 400mg bid til dental

---

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# LCS CORRECTIONS SERVICES, INC.
## Mental Disability/Suicide Intake Screening

Facility: South Louisiana Correctional Center

Name: Breach, Marcalus    D.O.B. _____
     Last Name    First    MI

Offender # A160710    Date 3/16/06    Screening Officer: Sgt Acevedo

| QUESTIONNAIRE FOR OFFENDER | | OBSERVATION QUESTIONS | |
|---|---|---|---|
| 1. Have you ever received MHMR services or other mental health services? | ___ YES  ✓ NO | 6. Does the individual act or talk in a strange manner? | ___ YES  ✓ NO |
| 2. Do you know where you are? | ✓ Correct  ___ Incorrect | 7. Does the individual seem unusually confused or preoccupied? | ___ YES  ✓ NO |
| 3. What season is this? | ✓ Correct  ___ Incorrect | 8. Does the individual talk very rapidly or seem to be in an unusually good mood? | ___ YES  ✓ NO |
| 4. How many months are there in a year? | ✓ Correct  ___ Incorrect | 9. Does this individual claim to be someone else like a famous person or fictional character? | ___ YES  ✓ NO |
| 5. (a) Sometimes people tell me they hear noises or voices that other people don't seem to hear. What about you?  (b) If yes, ask for an explanation: What do you hear? _____ | ___ YES  ✓ NO | 10.(a) Does the individual's vocabulary (in his/her native tongue) seem limited?  (b) Does the individual have difficulty coming up with words to express him/herself? | ___ YES  ✓ NO  ___ YES  ✓ NO |

### SUICIDE-RELATED QUESTIONS / OBSERVATIONS

| | | | |
|---|---|---|---|
| 11. (a) Have you ever attempted suicide? | ___ YES  ✓ NO | 14. When not on drugs or drinking, have you ever gone for days without sleep or had a long period in your life when you felt very energetic or excited? | ___ YES  ✓ NO |
| (b) Have you ever had thoughts about killing yourself? If yes, when? ___ When? ___ How? ___ | ___ YES  ✓ NO | | |
| 12. Are you thinking about killing yourself today? | ___ YES  ✓ NO | 15. Have you experienced a recent loss or death of a family member or friend or are you worried about major problems other than your legal situation? | ___ YES  ✓ NO |
| 13. (A) Have you ever been so down that you couldn't do anything for more than a week? | ___ YES  ✓ NO | 16. Does this individual seem extremely sad, apathetic, helpless, or hopeless? | ___ YES  ✓ NO |
| (b) Do you feel this way now? | ___ YES  ✓ NO | | |

Was offender a medical, mental health, or suicide risk during any prior contact or confinement with department?
YES ___ NO ✗   If yes, when? _____

Does arresting or transporting officer believe that the offender is a medical, mental health, or suicide risk?
YES ___ NO ✗

X _____    3/16/06    Sgt Acevedo
Offender's Signature    Date    Officer's Signature

Comments: _____

A Single inappropriate response except as appropriate in #3, indicates additional evaluation recommended. If so, contact Medical immediately.

## LCS CORRECTIONS SERVICES, INC.
### Medical Preliminary Screening Observations / Questionnaire

Facility: South Louisiana Correctional Center

NAME: Breach, Marcalus    ID #: A160710    DOB: 7-28-69

RACE: B    SEX: M

SCREENING OFFICER: Sgt. Acevedo    DATE: 3/16/06

Check One: (Y - Yes N - No R - Refused)

| Y | N | R | |
|---|---|---|---|
| | ✓ | | 1. Is subject unconscious? |
| | ✓ | | 2. Does the subject have any obvious bleeding, injury, illness, or pain? |
| | ✓ | | 3. Is there any indication or evidence of contagious or communicable disease? |
| | ✓ | | 4. Does the skin show signs of infestation or lesions? |
| | ✓ | | 5. Does the subject appear to be under the influence of drugs? |
| | ✓ | | 6. Does the subject appear to be under the influence of alcohol? |
| | ✓ | | 7. Are there any visible symptoms of alcohol/drug withdrawal? |
| | ✓ | | 8. Have you ever thought about or attempted suicide? |
| | ✓ | | 9. Does the subject's behavior indicate or suggest possible danger or risk of suicide? |
| | ✓ | | 10. Is the subject displaying violent or aggressive behavior indicating that he/she may be a danger to self or others? |
| | ✓ | | 11. Is the subject taking or carrying any medications? |
| | | | 12. Does the subject have: |
| | ✓ | | A. Heart Disease |
| | ✓ | | B. High Blood Pressure (hypertension) |
| ✓ | | | C. Diabetes (sugar in blood) |
| | ✓ | | D. Epilepsy (fits, seizures) |
| | ✓ | | E. Hepatitis (jaundice, yellow jaundice) |
| | ✓ | | F. AIDS |
| | ✓ | | G. Tuberculosis |
| | ✓ | | H. Ulcers (peptic, stomach) |
| | X | | I. Venereal Disease (clap, syphilis) |
| | ✓ | | J. Psychiatric illness/mentally retarded |
| | ✓ | | 13. Are you on any prescribed diet or medication for any of the above? |
| | ✓ | | 14. Any known allergies? |
| | X | | 15. Is the subject pregnant or had a baby in the last month? |
| ✓ | | | 16. Do you have any painful dental condition? |
| | ✓ | | 17. Does the subject have any deformities, amputations or injuries requiring the use of a cane, crutches, casts or brace? |
| | ✓ | | 18. Do you have any other medical problems we should know about? |

(IF ANY ANSWERS ARE YES OR REFUSED – CALL MEDICAL / U.O.R. REQUIRED)

COMMENTS (Write U.O.R. if Necessary):

IN SIGNING THIS QUESTIONNAIRE, I DECLARE THAT THE INFORMATION HAS BEEN GIVEN TO THE BEST OF MY KNOWLEDGE. I ALSO GIVE MY CONSENT FOR THE STAFF OF LCS CORRECTIONS SERVICES, INC. TO PROVIDE MEDICAL AND MENTAL HEALTH CARE.

X _Marcellus Breach_   OFFENDER'S SIGNATURE

_Sgt. Acevedo_   WITNESS SIGNATURE

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _LCS_

TO: _Medical/Dental_
(Person to whom request is to be sent)

DATE: _3/24/06_

**NATURE OF REQUEST**
MEDICAL ☑    OTHER ☐

REQUEST TO OFFICIAL ☐    (state nature of request)

OFFENDER NAME _Marcellus Breach_    OFFENDER # _A-16070_

HOUSING ASSIGNMENT _Bearcat 2_

DETAILS OF REQUEST (Briefly state nature or reason for request):
_Request to have on county felony intake medical screening, chronic, hypoglycemic. Bottom bed profile_

---

### OFFICIAL USE ONLY

DATE: _3/20/06_    TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled

Request is forwarded to _on MD call list 3/21/06_

Comments: _M. Mapp_

---

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

GENERAL SERVICES ADMINISTRATION
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FPMR (41 CFR) 201-45.505

Marcelus Breach

| HEALTH RECORD | DENTAL |

## SECTION I. PRESENTING DENTAL STATUS    PAGE: 1

| 1. PURPOSE OF EXAMINATION | | | 2. TYPE OF EXAM | 3. DENTAL CLASSIFICATION |
| INITIAL | SEPARATION | OTHER (Specify) | 1  2  3  4 | 1  2  3  4 |

4. MISSING TEETH, EXISTING RESTORATIONS, AND PROSTHETIC APPLIANCES

REMARKS

6-13-06
#15 Occ Amal          $25
1 Carp Lid
1 PA film              $10
#19                   ___
                       $35

USE ONLY IF DIFFERENT FROM BOX 7 BELOW
PLACE OF EXAMINATION                DATE

SIGNATURE OF DENTIST COMPLETING THIS SECTION

5. DISEASES AND ABNORMALITIES

REMARKS

Crown denied
6/13/06 per ala
n military command

6. INDICATE X-RAYS USED IN THIS EXAMINATION

| PANORAMIC RADIOGRAPHS | FULL MOUTH PERIAPICAL | POSTERIOR BITE-WINGS | OTHER | NONE TAKEN |

7. EXAMINING DENTIST AND FACILITY
PLACE OF EXAMINATION                DATE
SIGNATURE OF DENTIST

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

DR. MIKE WOODRUFF
PO 507
MARKSVILLE LA 71351

| PATIENT'S NAME (Last, First, Middle Initial) | | | | SEX |
| DATE OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | | RANK/GRADE |
| SSN OR IDENTIFICATION NO. | | ORGANIZATION |

EXCEPTION TO SF 600
APPROVED BY GSA/IRMS 1-91

DENTAL
Standard Form 603

# LCS MEDICATION ADMINISTRATION RECORD

**FACILITY:** Bullock   **MONTH:** 4   **YEAR:** 06

| START DATE | STOP DATE | INT | DRUG-DOSE MODE-INTERVAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | ... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/12/06 | | | IBP 400mg BID PRN | | | | | | | | |

DC = Discontinue   R = Refused   NS = No Show   C = Count   O = Draw

**ALLERGIES:** NKA

**D.O.B./DOB#:** 7-28-04

**LOCATION:** DL2

**NAME:** Beech, [illegible]



## LCS CORRECTIONS SERVICES, INC
### Current Duty/Recreational Status

START DATE: 3/20/06     STOP DATE: ____

OFFENDER NAME: Breon Nickelus    DOC #: 169710    HOUSING: B-2 #1

**DUTY STATUS:**
- ☐ REGULAR
- ☐ COMPOUND
- ☐ NO DUTY
- ☐ INDOORS
- ☐ LIMITED
- ☐ LAY-IN
- ☐ REGULAR WITH RESTRICTIONS
- ☐ BED REST
- ☐ OTHER

### SPECIFIC DUTY RESTRICTIONS / LIMITATIONS
- ☐ LEFT ARM   ☐ RIGHT ARM   ☐ TOOLS   ☐ SIT TO WORK   ☐ BENDING
- ☐ PUSHING   ☐ PULLING   ☐ SQUATTING   ☐ KITCHEN   ☐ STOOPING
- ☐ NO LIFTING GREATER THAN _____ POUNDS   ☐ WHEELCHAIR   ☒ BOTTOM BUNK ONLY / NO HEIGHTS
- ☐ SEIZURE / MEDICAL PRECAUTIONS (NO CLIMBING, MOVING MACHINERY OR SHARPS)   ☐ CANE   ☐ WALKER FOR AMBULATION
- ☐ CRUTCH 1X ___ 2X ___

COMMENTS: Due to Medical condition

SPORT RECREATIONAL RESTRICTIONS: ☐ NO SPORTS   ☐ CONTACT SPORTS   ☐ WEIGHTLIFTING   ☐ OUTDOOR SPORTS

NAME: DOCTOR / NURSE: _____

## LCS CORRECTIONS SERVICES, INC.
### Immunization Record

OFFENDER: Breach, Maralus    OFFENDER #: _____

ALLERGIES: NKA    DOB: 7/28/65

### PPD

| DATE GIVEN | NURSING SIGNATURE | DATE READ | RESULTS | NURSING SIGNATURE |
|---|---|---|---|---|
| On Trnsf 2/27/06 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TETANUS

| DATE | DOSE | NURSE'S SIGNATURE |
|---|---|---|
| | | |
| | | |