IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, )  )  Plaintiff, )  )  v. )  )  PRISON HEALTH SERVICES, et al., )  )  Defendants. ) | CASE NO. 2:06-CV-1133-MEF |

**ORDER ON MOTION**

Upon consideration of the motion to re-open discovery for the production of plaintiff's Louisiana medical records via issuance of subpoena (Court Doc. No. 409), and as this court is not authorized to issue the requested subpoena, Rule 45(a)(2)(C) (a subpoena for the production of documents must issue from the court for the district where the production is undertaken), it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that all records, documents and other evidentiary materials relevant to the issue pending before this court have been filed by the parties. If the plaintiff seeks to challenge the constitutionality of medical treatment provided to him during his confinement in the South Louisiana Corrections Center, he should do so by filing a separate 42 U.S.C. § 1983 action

in the United States District Court for the Western District of Louisiana.[1]

Done this 25th day of January, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The evidentiary materials submitted by the plaintiff establish that he previously filed a civil action in the Thirteenth Judicial District for the State of Louisiana challenging the medical treatment provided to him for his hernia during his confinement at the South Louisiana Corrections Center - *Breach v. Copes, et al.*, Case No. 00067886-B. *Plaintiff's Exhibit D to Court Doc. No. 222-2 -- Affidavit of John Tassin, M.D.* These evidentiary materials also demonstrate that the defendants in such action provided Breach with copies of his medical records from the South Louisiana Corrections Center. *Id.*