IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,    )
    )
    Plaintiff,    )
    )
v.    )    CASE NO. 2:06-CV-1133-MEF
    )
PRISON HEALTH SERVICES, et al.,    )
    )
    Defendants.    )

**ORDER ON MOTION**

Upon consideration of the motion to compel/motion for sanctions filed by the plaintiff on January 24, 2008 (Court Doc. No. 410), and in light of the voluminous discovery materials and affidavits filed by the defendants, it is

ORDERED that this motion be and is hereby DENIED.

Done this 25th day of January, 2008.

       /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE