IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motions for sanctions filed herein by the plaintiff on November 8, 2008 (Court Doc. No. 221 and Court Doc. No. 222), and after thorough review of the pleadings, documents and responses to discovery filed by counsel for the Prison Health Services, Inc. ("PHS") defendants, it is

ORDERED that these motions be and are hereby DENIED.

Done this 25th day of January, 2008.

                                                    /s/ Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE