IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRISON HEALTH SERVICES, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:06-cv-1133-MEF |

## ADOC DEFENDANTS' RESPONSE TO
## ORDER DATED January 9, 2008

Come now the Alabama Department of Corrections Defendants, by and through the undersigned counsel, and submit this response to this Court's Order, Document # 357 as follows:

Attached copy of Dr. George Lyrene's affidavit.

Respectfully submitted this 25th day of January 2008.

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

ADDRESS OF COUNSEL:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Phil Piggott, Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749


/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PRISON HEALTH SERVICES, et al.,  )<br>)<br>Defendants.  ) | CIVIL ACTION NO.<br>2:06-CV-1133-MEF |

### AFFIDAVIT

STATE OF ALABAMA

MONTGOMERY COUNTY

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Richard Allen, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is George Lyrene. I am presently under contract as Medical Director of the Alabama Department of Corrections. I am over twenty-one (21) years of age.

I am not an employee of Prison Health Services which is the contracted provider of medical services for all inmates of the Alabama Dept. of Corrections. I am the Medical Director for the Department of Corrections and as such have an administrative oversight role relative to the contractor. In this position I do not engage in direct medical care to any of the patients. I do not make individual medical decisions. I am generally aware of Marcellus Breech and can only say that not everyone who has a hernia requires

surgery and would leave the decision about individual patients to the primary care providers contracted to carry out that role.

_____
George Lyrene, M.D.

SWORN TO AND SUBSCRIBED before me this 24th day of January, 2008.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES 3 mar 10