IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

### ADOC DEFENDANTS' RESPONSE TO
### ORDER DATED January 17, 2008

Come now the Alabama Department of Corrections Defendants, by and through the undersigned counsel, and submit this response to this Court's Order, Document # 394 as follows:

Attached copy of Billy Mitchem and Wade Davis's affidavit.

Respectfully submitted this 25th day of January 2008.

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

ADDRESS OF COUNSEL:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Phil Piggott, Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 2:06-CV-1133-MEF |
| | ) |
| PHS, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared one Billy Mitchem, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Billy Mitchem, and I am presently employed as a Corrections Warden, with the Alabama Department of Corrections, Limestone Correctional Facility, Harvest, Alabama. I am over nineteen (19) years of age.

To the best of my knowledge I have never interfered with Marcellus Breach's medical treatment when prescribed by a physician here at Limestone Correctional nor have I not allowed Marcellus Breach to be seen by a doctor, carrying out medical orders or recommendations for any doctor's attention. To the best of my knowledge Marcellus Breach has never informed me of any medical treatment he needed here at Limestone Correctional Facility.

To my knowledge, the above related facts are the entirety of my involvement with

Inmate Breach concerning the allegations on which his complaint is based. I have not violated any of Inmate Breach's Constitutional Rights.

_____
BILLY L. MITCHEM

STATE OF ALABAMA)

LIIMESTONE COUNTY)

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS THE 14th DAY OF January, 2008.

_____
NOTARY PUBLIC

My commission expires  11-16-2010

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 2:06-CV-1133-MEF |
| | ) |
| PHS, et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared one Wade Davis, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Wade Davis, and I am presently employed as a Plant Maintenance Supervisor III, with the Alabama Department of Corrections, Limestone Correctional Facility, Harvest, Alabama. I am over nineteen (19) years of age.

In regards to the terms "freezing conditions" or "icebox", I have never personally refused any prisoner to have access to basic heat. I have not been instructed to start a "Global retaliation" against the plaintiff or any prisoner.

This defendant has not orchestrated or participated in a "Global Retaliation System." The heating unit located at the Law Library is currently not in working order due to a fan motor that has been electrically burned internally. In the absence of Warden III, Billy Mitchem, Warden II, Jimmy Patrick approved money allocation for a

replacement motor by signing a "Purchase Request" dated 12/5/07. (See Attached)

This defendant has not refused to fix the heat. Parts were ordered for repairs on 12/5/07. (See attached and approved Purchase Request)

This defendant has never had a conversation with Inmate Patrick Joseph Charest, AIS# 182262, in regards to the heating system. I have never stated to this inmate or any inmate, "I can't fix the unit, per the Warden's instructions."

The repair part (motor) was ordered by this defendant from a local vendor on 12/5/07. (See attached Purchase Request) This defendant was first told by a sales account manager that the replacement motor should arrive in approximately five (5) days. On 12/13/07, this defendant called the local vendor to check the status of the motor. This defendant was told by the sales account manager that the manufacture is running behind in regards to all out-going shipments and that he would try to expedite the delivery. On 12/27/07, the sales account manager was contacted again in regards to the motor delivery. The sales manager stated that the projected delivery date was 1/4/08.

The name brand of the heating system located at the Law Library is "Heil". A competitor, "Carrier" has purchased the "Heil" Company and streamed-lined the "Heil" operations, thus resulting in closure of most of "Heil's" distribution warehouses. As a result of closing many distribution warehouses, most local supply vendors have experienced many difficulties in obtaining replacement "Heil" parts, therefore resulting in very few local vendors that continue with "Heil" parts sales. Per the local vendor that has the replacement motor on order, this particular motor is being shipped from a New York State distribution center.

I, Wade Davis, hereby state that the information here-in is based on personal

knowledge and is true and correct to the best of my ability.

_____
WADE DAVIS

STATE OF ALABAMA)

LIIMESTONE COUNTY)

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS THE 15th DAY OF January, 2008.

_____
NOTARY PUBLIC

My commission expires  11-16-2010