IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the response filed by defendant Lyrene on January 25, 2008 (Court Doc. No. 418), and as this response utterly and completely fails to comply with the specific directives of the order entered on January 9, 2008 (Court Doc. No. 375), it is

ORDERED that on or before February 11, 2008 defendant Lyrene shall file a response that:

1. States whether the Alabama Department of Corrections, during the time relevant to the claims pending before this court, had a protocol -- be it a verbal protocol, one contained in an administrative regulation or a protocol set forth in an internal memorandum -- regarding the surgical repair of hernias. If such a protocol existed/exists and was at any time contained in a written document, defendant Lyrene shall file with the court and provide to the plaintiff a copy of this document.

2. Identifies the person(s) responsible for implementation/administration of any such

protocol as is relevant to the claims pending before this court.

    3. Sets forth the provisions of any protocol, written or otherwise, adopted by the Alabama Department of Corrections relevant to the treatment of plaintiff's hernia.

    Done this 25th day of January, 2008.

                                     /s/ Terry F. Moorer
                                   TERRY F. MOORER
                                   UNITED STATES MAGISTRATE JUDGE