IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, *et al.*, | ) (WO) |
| | ) |
| Defendants. | ) |

# **ORDER**

This cause is before the Court on *pro se* Plaintiff Marcellus Breach's ("Breach") Objections (Doc. ## 387, 388) to orders of Magistrate Judge Terry F. Moorer issued January 9, 2008 (Doc. ## 368, 371, 373). In Docket # 387, Breach objects to the Magistrate Judge's order denying his renewed motion for independent evaluation. After an independent review of Breach's motion, the Magistrate Judge's order, and the Breach's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. See Fed. R. Civ. P. 72(a).

In Docket # 388, Breach objects to the Magistrate Judge's orders denying is motions for contempt and motions for sanctions of the Defendants. This Court has conducted an independent review of Breach's motion, the Magistrate Judge's order, and the Breach's objection, and the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Furthermore, this Court would point out that the documents Breach seeks have already been ordered to be produced on or before February

1, 2008. *See* Order, Doc. # 391 (Jan. 17, 2008). Therefore, it is hereby

ORDERED that plaintiff's objections (Doc. ## 387, 388) are OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 25th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE