IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on January 28, 2008 (Court Doc. No. 422), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before February 8, 2008 counsel for the correctional defendants shall serve the plaintiff with a copy of the motion for reconsideration/clarification filed on January 17, 2008 (Court Doc. No. 393). .

Done this 28th day of January, 2008.

       /s/ Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE