IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 )<br>)<br>Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v.  ) | 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., )<br>) | |
| Defendants. ) | |

### ADOC DEFENDANT LYRENE'S RESPONSE TO
### COURT'S ORDER (DOCKET NUMBER 420)

Comes now Defendant, by and through the undersigned counsel, and submits this response to this Court's Order (Doc. # 420) as follows:

1. That during the time relevant to the claims of this action pending before this Court, the Alabama Department of Corrections has had no protocol regarding the surgical repair of hernias, be it a verbal protocol, one contained in an administrative regulation or a protocol set forth in an internal memorandum.

2. No person with the Alabama Department of Corrections has been, or is now, responsible for implementation/administration of any such protocol for the surgical repair of hernias, as is relevant to the claims pending before this Court.

3. There are no provisions of any protocol for the surgical repair of hernias, written or otherwise, adopted by the Alabama Department of Corrections relevant to the treatment of the Plaintiff's hernia.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General


/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General


**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL 36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, Alabama 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney