**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARCELLUS BREACH, AIS #160710** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:06-cv-1133-MEF** |
| | ) | |
| **PRISON HEALTH SERVICES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ADOC DEFENDANTS' RESPONSE TO**
**COURT'S ORDERS TO SHOW CAUSE**
**(DOCKET NUMBERS 398 and 405)**

Come now the Alabama Department of Corrections Defendants, by and through the undersigned counsel, and submit this response to this Court's Orders to show cause as follows:

1. That pursuant to this Court's Orders, the Plaintiff was to seek approval of the Court prior to filing discovery request. (Doc. #s 105 and 178).

2. That on November 26, 2007, the Plaintiff filed his second set of interrogatories, request for documents, and admissions upon Defendant Naglich, (Docket # 252); on November 28, 2007, the Plaintiff filed his eight set of interrogatories, request for documents, and admissions upon Defendant Allen (Docket # 264); on November 28, 2007, the Plaintiff filed his tenth set of interrogatories, request for documents, and admissions upon Defendant Kinard (Docket # 266); and on December 7, 2007, the Plaintiff filed a supplemental discovery request upon Defendant Lyrene for interrogatories, request for documents, and admissions. (Docket # 316).

3. That, although the file and docket in this case is voluminous, a review of the docket and file does not readily show to counsel for the ADOC Defendants that the Plaintiff sought

approval/permission nor that this Court approved and/or authorized those discovery requests.

4.  The ADOC Defendants would assert that the Plaintiff is this action has requested and has received more than ample discovery from the ADOC Defendants and that any approval for further discovery would be without justification.

Wherefore the premises considered, the ADOC Defendant respectfully pray that this Court deny the Plaintiff's motion to compel as to the ADOC Defendants.

Respectfully submitted,


Kim T. Thomas
General Counsel
Deputy Attorney General


/s/Albert S. Butler(BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General


**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, Alabama 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney