IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel/motion for sanctions filed by the plaintiff on January 22, 2008 (Court Doc. No. 405), and in light of the response filed by the correctional defendants on January 28, 2008 (Court Doc. No. 425), it is

ORDERED that the motion to compel/motion for sanctions (Court Doc. No. 405) be and is hereby DENIED.

Done this 29th day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE