IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al.,   ) | |
| ) | |
| Defendants.   ) | |

**ORDER ON MOTION**

On January 29, 2008, the correctional defendants filed a second motion to stay discovery and request for determination of qualified immunity (Court Doc. No. 428). The court notes that in his complaint the plaintiff seeks not only monetary damages but also declaratory and injunctive relief. Specifically, he requests that the court order that the defendants provide him surgery on his hernia. In light of the foregoing, the defense of qualified immunity would not necessarily limit discovery in this case as the plaintiff does not merely request an award of monetary damages from the defendants but also seeks both declaratory and injunctive relief. Moreover, determination of the defense of qualified immunity at this stage of the proceedings would not be an efficient use of limited judicial resources. Additionally, the correctional defendants are advised that any medical records, reports, documents, protocols or policies relevant to treatment of the plaintiff's hernia and comprehensive affidavits from persons involved with such treatment should have been filed

as exhibits to the correctional defendants' written report.  Accordingly, it is

ORDERED that the motion to stay discovery/request for determination of qualified immunity filed by the correctional defendants on January 29, 2008 (Court Doc. No. 428) be and is hereby DENIED.

Done this 30th day of January, 2008.

                                             /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE