IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,        )
                                  )
        Plaintiff,                )
                                  )
    v.                            )        CASE NO. 2:06-CV-1133-MEF
                                  )
PRISON HEALTH SERVICES, et al.,   )
                                  )
        Defendants.               )

## ORDER ON MOTION

Upon consideration of the motion to compel/request for sanctions filed by the plaintiff on December 26, 2007(Court Doc. No. 347) and the amended motion to compel/request for sanctions filed by the plaintiff on January 4, 2008 (Court Doc. No. 365),  and in light of the response filed by defendant Bradford Adams on January 29, 2008 (Court Doc. No. 429), it is

ORDERED that the aforementioned motions to compel/request for sanctions be and are hereby DENIED.

Done this 30th day of January, 2008.


_____/s/ Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE