```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001210
Cashier ID: khaynes
Transaction Date: 11/19/2007
Payer Name: LIMESTONE CORRECTIONAL FAC
-------------------------------------
PLRA CIVIL FILING FEE
 For: MARCELLUS BREACH JR
 Case/Party: D-ALM-2-06-CV-001133-001
 Amount:         $28.00
-------------------------------------
CHECK
 Check/Money Order Num: 3559
 Amt Tendered:  $28.00
-------------------------------------
Total Due:      $28.00
Total Tendered: $28.00
Change Amt:     $0.00
```