IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on January 30, 2008 (Court Doc. No. 433), and after thorough review of the pleadings, documents and responses to discovery filed by the defendants, it is

ORDERED that the motion to compel be and is hereby DENIED as the responses sought by the plaintiff are either (i) cumulative or duplicative in nature to information provided in the special report(s), supporting evidentiary materials and previous discovery responses, and/or (ii) irrelevant to a determination of the constitutional issues before this court.

Done this 31st day of January, 2008.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE