IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on January 30, 2008 (Court Doc. No. 432), in which the plaintiff seeks reconsideration of the order requiring that the defendants produce only those documents within their possession (Court Doc. No. 394), and as the documents sought by the plaintiff are equally obtainable by the plaintiff, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 31st day of January, 2008.

                        /s/ Terry F. Moorer
                      TERRY F. MOORER
                      UNITED STATES MAGISTRATE JUDGE