IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

                                                   CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

## MOTION TO COMPEL

**COME NOW**, plaintiff _Marcellus Breach_ in proper person "pro Se," request that the Court order counsel for the correctional defendants to immediately send plaintiff a true copy of his pleadings filed on or about _January 24, 2008_. Plaintiff states as follows:

1.    Plaintiff was not served with counsel's pleading filed on _January 24,, 2008_ **[Court Doc. No. 418]**. Plaintiff request that the Court compel counsel to send to him, a true and identical copy; and, in the future, a copy of **anything** and everything that he files with this Court pertaining to this Case. .

Done this 28rd Day January 2008.

_signature_

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 28th Day of January 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to through the prison mail box system:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
P.O. Box 301501
Montgomery, Alabama 36101


**Rushton, Stakely, Johnston, Garrett, P.A**
P.O. Box 270
Montgomery, Alabama 36101


**Starnes & Atchison, LLP**
100 Brokwood Place, 7thg Floor
P.O. Box 598512
Birmingham, Alabaam 35259-8512

® _____
Marcellus Breach

MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS RE.
HARVEST, ALABAMA    35749



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA    36101