IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710          *

   Plaintiff,                      *

                                   *   CASE NO: 2:06-cv-1133-MEF
Vs.
                                   *
PRISON HEALTH SERVICES, INC., et al.,
                                   *
   Defendants.

## NOTICE OF FILING

**COMES NOW**, the Plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," hereby gives written notice pursuant *to Rules 37(a)(2)(A), 37(a)(2)(B), 37(d) Fed. R. Civ. P.*, hereby files the attached for the Record: Plaintiff states as follows:

1.   Plaintiff has attached his letter to Attorney Paul M. James, regarding discovery requests that have not been answered Defendant Bradford Adams, nurse practitioner.

**WHEREFORE**, plaintiff requests to place into the Record his attempts to resolve the discovery problems informally with counsel, without court intervention.

Done this 28th Day January 2008.

Marcellus Breach 160710 ®
Limestone C.F.
28779 Nick Davis. Rd.
Harvest, Alabama 35749

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that I have this 29th Day of January 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
LEGAL DIVISION
P.O. Box 301501
Montgomery, Alabama 36101


Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101


Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

/s/ Marcellus Breach

Marcellus Breach

2

**Attached Excerpt Discovery Request upon Bradford Adams**

# *MARCELLUS BREACH, 160710*
LIMESTONE C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

*December 10, 2007*

*RUSHTON, STAKELY, JONSTONE & GARRETT, P.A.*
ATTENTION: Attorney Paul M. James, Jr.
P.O. Box 270
Montgomery, Alabama 36101

    RE:    **2:06-cv-1133-MEF  Letter of Intent/Discovery Disputes Supplemental Discovery Defendant Bradford Adams, Nurse Practitioner**

Mr. James:

I have attached the excerpts that are now in dispute regarding Discovery request and I am asking that within ten (10) days you correspond with me, or answer the discovery request.

The Discovery rules require that the defendants respond to Discovery request. Morethanless, the Court has issued its Discovery Scheduling Order.

My records reflect that on December 5, 2007 I served upon your Office and counsel for ADOC several discovery request entitled: "**Plaintiff's Supplemental Discovery Request Set of Interrogatories, and Request for Admissions, for Production of Documents" pursuant to Rules 33, 34 & 36, Fed. R. Civ. P.** The areas of deficiency on your part is:

    (i) Medical defendants have not answered, responded to these discovery request;
    (ii) Medical defendants have not requested an extension of time.

The attached excerpts are from the Discovery request upon Defendant B. Adams, nurse practitioner.

Within ten (10) days from receipt of this letter I will immediately file my motion to compel. I do not anticipate that we will resolve our discovery disputes without asking the Court to intervene. Nevertheless, the rules require that I make a good faith attempt to resolve the dispute without court action. Rules 37(a)(2)(A), 37(a)(2)(B), 37(d) Fed. R.Civ. P.

1

**Attached Excerpt Discovery Request upon Bradford Adams**

I request that you have them answer the Interrogatories and production of documents accordingly. Any global objections are improper and I will ask the Court to ignore them.

For your convenience, I have attached three excerpts to the discovery request pertaining to each defendant separately, individually, and jointly that has been submitted to you.

I thank you for your time and attention with this matter.

Sincerely,

*/s/*
Marcellus Breach

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 28TH Day of January 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
P.O. Box 301501
Montgomery, Alabama 36101

Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101

® */s/*

Marcellus Breach

Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Montgomery, Alabama 35259

2

IN THE DISTRICT COURT OF THE UNITED STATES *15TH
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

Plaintiff,

CASE NO: 2:06-cv-1133-MEF

Vs.

PRISON HEALTH SERVICES, INC., et. al.,

Defendants.

*PLAINTIFF'S SUPPLEMENTAL DISCOVERY REQUEST -- SET OF INTERROGATORIES AND REQUEST FOR ADMISSIONS, FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS UNDER FED. R. CIV. P.,*

TO:   DEFENDANT BRADFORD ADAMS, NURSE PRACTITIONER

   *COMES NOW*, the Plaintiff <u>Marcellus Breach</u> (hereinafter "Breach"), in proper person "Pro Se," request that Defendant **Bradford Adams, nurse practitioner** answer the following requests for discovery pursuant to *Federal Rules of Civil Procedures, Rule 33*, fully and in writing, the following interrogatories under oath, affirmation in accordance within the definitions and instructions set. forth below, within thirty (30) days after service of these *Interrogatories.*

¶ 1.   Please state whether or not your license to practice medicine is on file with the Montgomery County Clerk of Montgomery County, State of Alabama. If not, please state the County in Alabama where your licenses is filed.

¶ 2.   In order that you testimony will be admissible, please describe your educational and training background regarding Ventral Hernia

3

**Attached Excerpt Discovery Request upon Bradford Adams**

Repair to qualify you for the practice of medicine in this specific area.

¶ 3. Please also state the professional societies to which you belong.

¶ 4. Do you specialize in any particular branch of medicine?

¶ 5. If you have answered the above question in the affirmative, please state what your specialty is.

¶ 6. Are you board certified?

a. If your answer to the above question is in the affirmative, please tell what board certification means.

¶ 7. At the time you examine Marcellus Breach was he complaining about pain or discomfort in some portion of his body?

¶ 8. If so, what were those complaints?

¶ 9. Did Marcellus Breach's condition, as you observed it upon your first examination, limit his bodily movements or day-to-day activities in any way? If not, what was the extent of your examination?

¶ 10. If so, what limitation was Marcellus Breach experiencing on that occasion?

¶ 11. Did you recommend Mr. Breach a referral to a surgeon or a doctor? Please give you medical reasons in detail as to why you did not referr Mr. Breach to a doctor or specialist?

¶ 13. During the course of your examination upon Mr. Breach, did you observe the condition in his body, which in your opinion based upon reasonable medical probabilities, caused the pain and limitation of motion, bowel movements, standing, that he had described to you?

¶ 14. If your answer to Question No. 13 is in the affirmative, please describe this condition. If no, also explain your medical findings.

¶ 15. Please detail your findings based upon your examination of Mr. Breach and your observation during this examination, please detail your reasons why you felt the surgically referral was unnecessary.

¶ 16. Please state an opinion to your answer to Question No. 15.

¶ 17. Based on your examination of Mr. Breach and observation of his Hernia, are you able to form an opinion today, based on reasonable medical probabilities, as to whether or not his hernia has progressed, worsen and caused more pain independently due to the lack of surgically intervention, the condition which you found and refused to have his hernia repaired. Please state an opinion.

**Attached Excerpt Discovery Request upon Bradford Adams**

¶ 18.  Based on your examination are you able to form an opinion, based on reasonable medical probabilities, as to whether or not Mr. Breach's hernia as to the date of your last examination he is capable of exercising, lifting heavy objects, long standing, not experiencing pain while urinating n or bowel movements.

¶ 19.  If so, please state that opinion and the reasons therefore.

¶ 20.  Did you agree with your employer upon employment that you would comply with any standard of treatment with either PHS or ADOC regarding hernias? If yes, please explain in details.

¶ 21.  Please give your opinion when Mr. Breach is still continuing to experience pain or discomfort and the pain is not relieved by your medications and the truss is not preventing the hernia from worsening what medical probability can arise and what is your recommendation?

¶ 22.  Please explain how you are authorized to make surgical decisions.

¶ 23.  Please explain in detail your medical objective approach and the goal in your treatment proscribed to Mr. Breach.

Done this 4th Day December 2006.

®  _____
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

**CERTIFICATE OF SERVICE**

**Attached Excerpt Discovery Request upon Bradford Adams**

   **I HEREBY CERTIFY**, that I have this 5th Day of December 2007, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
P.O. Box 301501
Montgomery, Al 36130

Rushton, Stakely, Johnston, Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101

            ® _____
            Marcellus Breach