IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on January 31, 2008 (Court Doc. No. 437), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before February 11, 2008 counsel for the correctional defendants shall serve the plaintiff with a copy of the responses filed herein on January 25, 2008 (Court Doc. No. 418 and Court Doc. No. 419).

Done this 31st day of January, 2008.

                                                  /s/ Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE