IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH, #160710,

    Plaintiff,

Vs.

    CASE NO: 2:06-CV-1133-MEF

PRISON HEALTH SERVICES, INC.,

    Defendants.

## NOTICE UNTO THE COURT

*If It May Please The Court*, plaintiff <u>Marcellus Breach (</u>hereinafter "Breach), in proper person "Pro Se," in the matter of all discovery responses humbly request due to the voluminous record that the Court be mindful of the 10-Day discovery response granted to the plaintiff to file his opposition to any discovery disputes before the Court. Plainitff shows as follows:

1.     **Court Doc. 253**, on <u>November 27, 2007</u> the Court granted plaintiff to file a response to any discovery response within ten (10) days of the defendants filing such response. [*Court Doc. No. 257-1, Order*].

Respectfully Submitted,
This 29th Day January 2008.

MARCELLUS BREACH 160710

                                                      Limestone C.F.
                                                      28779 Nick Davis Rd.
                                                      Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 30 Day of January 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**
**Montgomery, Alabama 36101**

**Rushton, Stakely, Johnston, Garrett, P.A**
**P.O. Box 270**
**Montgomery, Alabama 36101**

**Starnes & Atchison, LLP**
**100 Brookwood Place, 7th Floor**
**P.O. Box 598512**
**Birmingham, Alabama 35259-8512**

                                                       /s/ Marcellus Breach
                                                       Marcellus Breach