IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710 | * | |
| | * | |
| Plaintiff, | | |
| | * | CASE NO: 2:06-cv-1133-MEF |
| Vs. | | |
| | * | |
| PRISON HEALTH SERVICES, INC., et al., | | |
| | * | |
| Defendants. | | |

### NOTICE OF FILING

**COMES NOW**, the Plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," hereby gives written notice pursuant to *Rules 37(a)(2)(A), 37(a)(2)(B), 37(d) Fed. R. Civ. P.*, hereby files the attached for the Record: Plaintiff states as follows:

1.  Plaintiff has attached his letter to counsel for ADOC regarding discovery requests that have not been answered Defendant George Lyrene.

**WHEREFORE**, plaintiff requests to place into the Record his attempts to resolve the discovery problems informally with counsel, without court intervention.

Done this 29th Day January 2008.

Marcellus Breach 160710 ®
Limestone C.F.
28779 Nick Davis. Rd.
Harvest, Alabama 35749

1

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY**, that I have this 30th Day of January 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**
**Montgomery, Alabama 36101**


**Rushton, Stakely, Johnston, Garrett, P.A**
**P.O. Box 270**
**Montgomery, Alabama 36101**


**Starnes & Atchison, LLP**
**100 Brookwood Place, 7th Floor**
**P.O. Box 598512**
**Birmingham, Alabama 35259-8512**

® _/s/ Marcellus Breach_

Marcellus Breach

**Excerpt Discovery Request "Plaintiff's Supplemental Discovery Request upon Dr. George Lyrene, M.D., 12-4-0[7]**

***MARCELLUS BREACH, 160710***

Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

*January 29, 2008*

Alabama Department of Corrections
Kim T. Thomas & Albert S. Butler
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

    RE:   ***2:06-cv-1133-MEF***    ***Letter of Intent/ Discovery Request***

Dear Counsel:

My records reflect that I have not received defendant George Lyrene's response to discovery request served on December 5, 2007. Also, my records reflect that you have not requested additional time. I hope that ten (10) days from receipt of this letter is enough time to either answer, or correspond with me. If I do not hear from you before within the ten (10) days I will request the Court take appropriate action. Discovery request uis governing his opinion and is relevant.

The deficient areas are Lyrene has not answered. I have done what is required I hope that we can work this dispute out. Out of courtesy, I have attached an excerpt to Discovery request for your convenience.

I thank you for your time and attention; I look forward to hearing from you.

Sincerely,

*/s/ Marcellus Breach*
Marcellus Breach

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that I have this 30th Day of January 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
P.O. Box 301501
Montgomery, Alabama 36101

1

**Excerpt Discovery Request "Plaintiff's Supplemental Discovery Request upon Dr. George Lyrene, M.D., 12-4-0[7]**

Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101

® _____

Marcellus Breach

Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Montgomery, Alabama 35259


ATTACHMENTS:
EXCEPTS DISCOVERY REQUEST DR. George Lyrene, M.D.,


*PLAINTIFF'S SUPPLEMENTAL DISCOVERY REQUEST -- SET OF INTERROGATORIES AND REQUEST FOR ADMISSIONS, FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS UNDER FED. R. CIV. P.,*

TO:   DEFENDANT DR. GEORGE LYRENE, M.D., MEDICAL DIRECTOR


*COMES NOW*, the Plaintiff <u>Marcellus Breach</u> (hereinafter "Breach"), in proper person "Pro Se," request that Defendant **Dr. George Lyrene, M.D.,** answer the following requests for discovery pursuant to *Federal Rules of Civil Procedures, Rule 33*, fully and in writing, the following interrogatories under oath, affirmation in accordance within the definitions and instructions set. forth below, within thirty (30) days after service of these *Interrogatories.*

¶ 1.   Please state whether or not your license to practice medicine is on file with the Montgomery County Clerk of Montgomery County, State of Alabama. If not, please state the County in Alabama where your licenses is filed.

¶ 2.   In order that you testimony will be admissible, please describe your educational and training background regarding Ventral Hernia Repair to qualify you for the practice of medicine in this specific area.

2

**Excerpt Discovery Request "Plaintiff's Supplemental Discovery Request upon Dr. George Lyrene, M.D., 12-4-0[7]**

¶ 3. Please also state the professional societies to which you belong.

¶ 4. Do you specialize in any particular branch of medicine?

¶ 5. If you have answered the above question in the affirmative, please state what your specialty is.

¶ 6. Are you board certified?

a. If your answer to the above question is in the affirmative, please tell what board certification means.

¶ 7. At the time you examine Marcellus Breach was he complaining about pain or discomfort in some portion of his body?

¶ 8. If so, what were those complaints?

¶ 9. Did Marcellus Breach's condition, as you observed it upon your first examination, limit his bodily movements or day-to-day activities in any way?

¶ 10. If so, what limitation was Marcellus Breach experiencing on that occasion?

¶ 11. Did you recommend surgery?

¶ 13. During the course of your examination upon Mr. Breach, did you observe the condition in his body, which in your opinion based upon reasonable medical probabilities, caused the pain and limitation of motion, bowel movements, standing, that he had described to you?

¶ 14. If your answer to Question No. 13 is in the affirmative, please describe this condition. If no, also explain your medical findings.

¶ 15. Please detail your findings based upon your examination of Mr. Breach and your observation during this examination, please detail your reasons why you felt the surgically repair upon examination was unnecessary.

¶ 16. Please state an opinion to your answer to Question No. 15.

¶ 17. Based on your examination of Mr. Breach and observation of his Hernia, are you able to form an opinion today, based on reasonable medical probabilities, as to whether or not his hernia has progressed, worsen and caused more pain independently due to the lack of surgically intervention, the condition which you found and refused to have his hernia repaired. Please state an opinion.

¶ 18. Based on your examination are you able to form an opinion, based on reasonable medical probabilities, as to whether or not Mr.

3

**Excerpt Discovery Request "Plaintiff's Supplemental Discovery Request upon Dr. George Lyrene, M.D., 12-4-0[7]**

Breach's hernia as to the date of your last examination he is capable of exercising, lifting heavy objects, long standing, not experiencing pain while urinating n or bowel movements.

¶ 19. If so, please state that opinion and the reasons therefore.

¶ 20. Did you agree with your employer upon employment that you would comply with any standard of treatment with either PHS or ADOC regarding hernias? If yes, please explain in details.

¶ 21. Please give your opinion when Mr. Breach is still continuing to experience pain or discomfort and the pain is not relieved by your medications and the truss is not preventing the hernia from worsening what medical probability can arise and what is your recommendation?

Done this 4th Day December 2006.

4