IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
MIDDLE DIVISION

2008 FEB -6 A 9:31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARCELLUS BREACH, #160710,   *

  Plaintiff,   *

Vs.   *   CASE NO: 2:06-CV-1133-MEF

PRISON HEALTH SERVICES, INC.,   *

  Defendants.   *

## PLAINTIFF'S RESPONSE TO "ADOC DEFENDANTS' NOTICE TO COURT OF SENDING THE PLAINTIFF A COPY OF ALL PLEADINGS"

**COMES NOW**, the Plaintiff _Marcellus Breach_ (hereinafter "Breach") in proper person "Pro Se," moves to submit his written response to ADOC's notice and claims that they are sending plaintiff "each and every" pleading filed with the Court by means of "Certificate of Service". Plaintiff states this is simply untrue.

1.   Plaintiff finds it worthy to submit to this Court what plaintiff received by U.S. Mail, being Inmate Legal Mail at Limestone C.F., on Friday, February 1, 2008 from counsel for the correctional defendants. Will the Court please look at the "Certificate of Service".

2.     [1]ADOC's as usual, attempts to disguise themselves under "Certificate of Service" but, **this case is entitled: Marcellus Breach (160710) v. Prison Health Services, et al.. Exhibit "A"** is the prime example as to what ADOC counsel continues to either, not forward plaintiff a copy or, **sends some other prisoner's case** to the plaintiff that has absolutely no bearing to his case. **Exhibit "A"** is what ADOC sent to plaintiff, and it is a pleading entitled: **"Motion To Dismiss, Or In The Alternative Motion For Summary Judgment"** in the **Circuit Court of Montgomery County, Alabama**, Case No: CV-07-1795. The parties are: **Clinton White (#250014) v. Alabama Dept. of Corrections**. The case deals with a sex offender. The **"Certificate of Service"** reflects addressed to: **Clinton White 93 Shady High Drive Demopolis, Al 36731, dated January 28, 2008 by Tara S. Knee counsel for ADOC**. It contains all personal information, PSI, addresses excreta, that plaintiff has no interest. But, counsel swears that he is serving plaintiff with "each and every pleading".

3.     Therefore, yes, counsel places a "Certificate of Service" on "each and every pleading" but, he then serves plaintiff with something else, some other person's case attempting to keep plaintiff in the blind as to what he is filing with this Court. This is not the first time, but continues to repeat itself. Therefore, plaintiff leaves it to the Court to ascertain why counsel sends to the plaintiff some other person's case, then, complains that plaintiff is harassing counsel?

---

[1] How did plaintiff receive Clinton White's pleadings when the "Certificate of Service" is dated January 28, 2008 and was suppose to be sent to Clinton White's home address. ADOC needs to forward Clinton as true copy of their pleadings because this pleading is used as an Exhibit.

WHEREFORE, may the Court take notice and ascertain why did counsel for ADOC send to him some other pleading not relevant to this case then swear the he is sending plaintiff what he files. Counsel accuses plaintiff when the evidence reflects something much more different.

Done this 4th Day February, 2008.

MARCELLUS BREACH 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 4th Day of February 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
LEGAL DIVISION
P.O. Box 301501
Montgomery, Alabama 36101


Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101


Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

Marcellus Breach

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| CLINTON WHITE, (#250024) ) ) ) Petitioner, ) ) vs. ) ALABAMA DEPARTMENT OF ) CORRECTIONS, ) ) Respondent. ) | CIVIL ACTION NO. CV-07-1795 |

**MOTION TO DISMISS, OR IN THE ALTERNATIVE,
MOTION FOR SUMMARY JUDGMENT**

Comes now Respondent Alabama Department of Corrections, in the above styled cause, by and through undersigned counsel, and submits this motion to dismiss, or in the alternative, motion for summary judgment.

1. Respondent denies each and every allegation in Petitioner's petition for writ of certiorari, specifically that Petitioner is misclassified as a sex offender.

2. Petitioner was an inmate within the Alabama Department of Corrections. Petitioner was serving a 3-year term for Felony DUI. Petitioner was released on or about January 19, 2008. (Respondent's Exhibit 1)

3. Petitioner argues that he has not properly been classified; thus, the misclassification means that he must adhere to the Community Notification Act. This argument is incorrect. A prisoner "does not have a liberty interest in a particular custody or security classification." *Block v. Alabama Department of Corrections*, 923 So.2d 342 (Ala. Crim. App. 2005); *Handley v. State*, 549 So.2d 630, 631 (Ala. Crim. App. 1989); other citations omitted. It has also

been held that "'the classification scheme adopted by the Alabama prison system to determine the custody status of prisoners "is not arbitrary and capricious, but reasonable and appropriate."'" *Block*, 923 So.2d at 343, citing *Hill v. State*, 594 So.2d 246, 248 (Ala. Crim. App. 1992). (Other citations omitted.) "[C]ustody classifications in prison do not amount to matters in which the inmate has a constitutional right." *Jacobs v. Alabama Department of Corrections*, 900 So.2d 485, 487 (Ala. Crim. App. 2004); quoting *Handley*, 549 So.2d at 631.

4. In the case at bar, Petitioner alleges that he is classified as "sex offender" and that he should not have to register. However, Petitioner reported a "1983 Sex Abuse 1st x 2 claims victim was 13 year old sister-in-law." (Respondent's Exhibit 2) The pre-sentence report cites that the convictions occurred on December 11 and 15, 1983 for Sexual Abuse I. (Ex. 2) Thus, Petitioner is subject to the Community Notification Act. (Ex. 2)

Wherefore these premises considered, Respondent prays that this Honorable Court will deny Petitioner's petition and dismiss this cause of action.

Respectfully submitted this the 22 day of January, 2008.

                                  Kim Thomas (THO115)
                                  Deputy Attorney General
                                  General Counsel

                                  /s/ Tara S. Knee
                                  Tara S. Knee (KNE003)
                                  Assistant Attorney General
                                  Assistant General Counsel

OF COUNSEL:
Alabama Department of Corrections
P.O. Box 301501
Montgomery, AL 36130
334-353-3881

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon:

Clinton White
93 Shady High Drive
Demopolis, AL 36732

by placing the same in the United States Mail, first class postage prepaid and properly addressed. Done this the ____ day of January, 2008.

                                                                          Of Counsel

```
                    DISPLAY INMATE SUMMARY DATA          ** PRODUCTION **
 28/JAN/2008     12:11:29     CDSUM      499     L-TARA      CDSUM01      604
-------------------------------------------------------------------------------
 AIS: 00250024S   INMATE: WHITE, CLINTON                   RACE: B  SEX:  M

 INST: 000-UNASSIGNED                      JAIL CR: 0018D DOB: 10/07/1951
 SSN: ███████████  PAR CONS DT: 00/0000  CURR CUST: NONE  CURR CUST DT:01/12/2007
 ALIAS: WHITE, CLINTON THOMA              ALIAS:
 ADM TP: NEW COMIT FROM CRT W/O REV OF   STATUS: EXPIRATION OF SENTENCE
 INIT SENT DT:11/20/2006 ADM DT: 11/20/2006 DEAD TIME: 00Y 00M 00D
                                    N                                     TY
 COUNTY      SENT DT   CASE     L  CRIME                        TERM      PE
 MARENGO     11/20/2006 000128  Y  FELONY DUI                 * 03Y00M00D CS




                     NO MORE RCDS THIS TYPE AVAIL
 INMATE HAS 000DISCIPLINARIES RESULTING IN LOSS OF 000Y00M00D OF GOOD TIME.
 INMATE HAS 006TRANSFER RECORDS ON FILE.
 INMATE HAS 00 DETAINER/WARRANT RECORDS ON FILE.
  TOTAL  TERM  REV GOOD TIME  MIN REL DT  TOT GOOD TIME  SHORT DATE  LONG DATE
 003Y 00M 00D  000Y 00M 00D   01/19/2008  001Y 09M 13D   01/19/2008  11/01/2009
```


DEFENDANT'S EXHIBIT

```
                         CD1NC  INMATE DISPLAY   28/JAN/2008   ** PRODUCTION **
'AIS: 00250024S     WHITE, CLINTON                R/S: BM     DOB: 10/07/1951
INST: 000 - UNASSIGNED                   DORM: 00
OFF: 930F - FELONY DUI                                        NCIC OFF: 5404

 1. ADMIT     DT: 11/20/2006 09 COMMIT CNTY : 46 MNGO    MENTAL HEALTH: MH-0
 2. RELEASE   DT: 01/19/2008 30-EXPIRATION OF SENTENCE   JAIL CREDIT  : 0018
 3. SENTENCE  DT: 11/20/2006                             STAT CODE    : 30
 4. LONG RLS  DT: 11/01/2009 TIME SERVED : 001Y02M17D    YOUTH OFF    : A
 5. MIN RLS   DT: 01/19/2008 DEAD TIME   : 000Y00M00D    PR INC LOC   : 00
 6.                          TOT GT REC'D: 001Y09M13D    PRIM JURIS   : 5
 7. RECAPTURE DT:            TOT GT RVK'D: 000Y00M00D    SECURITY LVL : 4
 8. READMIT   DT:            GT BALANCE  : 001Y09M13D    446 SENT/SERV: Y Y
 9. RETRO CIT DT:            TOTAL TERM  : 003Y00M00D    TRANSFER CNT : 6
10. GEN PROG  DT: 01/09/2008                             DISCIP   CNT : 0
11. TOLL      DT:            SERVING CASE: 2006 000128   DET/WAR  CNT : 0
12. 446 CLASS DT: 01/19/2008 S I D  NBR  : 00414603      ENEMY    CNT : 0
13. COMP      DT: 09/04/2007 R E D  NBR  : 000000        SPECIAL   ED : N
14. LST TRAN  DT: 01/24/2008 S S N  NBR *: [REDACTED]

15. CURR CUST DT: 01/12/2007 CUST CODE   : 00 NONE       CUST RETAIN  :
16. PRES  HRG DT: 05/15/2007 PRES   PRL DT: 00/0000      PRES  HRG DEC: 09
17. PRIOR HRG DT:            PRIOR PRL DT: 00/0000       PRIOR HRG DEC: 00
    COMMENTS: SAP                                           >END<  ARCH: N
```

STATE OF ALABAMA:              CIVIL ACTION NO. CV-2007-1795
MONTGOMERY COUNTY:             WHITE, CLINTON #250024S

### AFFIDAVIT

My name is Carolyn Golson. I am over the age of twenty-one (21). I have been employed in the Classification Division of the Alabama Department of Corrections for thirty (30) years. Thirteen (13) of those years I was employed as a Classification Specialist/Supervisor. I was promoted to the Assistant Classification Director position April 20, 2002. I am currently the Interim Classification Director.

Petitioner asserts that he should not be required to register as a sex offender.

Respondent cites the Classification Summary (Exhibit I) where Petitioner reported a "1983 Sex Abuse 1st x 2 claims victim was 13 year old sister-in-law." Respondent further cites the Pre-Sentence Report (Exhibit II) which shows the 12/11/83 and 12/15/83 convictions for Sexual Abuse 1st Degree. Having been convicted of the criminal sex crimes previously mentioned, Petitioner is subject to the Community Notification Act (Exhibit III).

No rights have been violated.

_Carolyn Golson_
Carolyn Golson

STATE OF ALABAMA:
COUNTY OF MONTGOMERY:
SWORN TO AND SUBSCRIBED before me this the 16th day of January, 2008.

_Ella Pait_
Notary Public



EXHIBIT I

| | | |
|---|---|---|
| CBR462 | STATE DEPARTMENT OF CORRECTIONS | |
| INITIAL | CLASSIFICATION SUMMARY | 12/29/2006 |

AIS#: 00250024    NAME: WHITE, CLINTON              RACE: B  SEX: M

DATE OF BIRTH: 10/07/1951    PLACE OF BIRTH: UNITED STATES    Baptist

INSTITUTION: RCC                                   CITIZENSHIP: UNK   No ADC

PAROLE CONSIDERATION DATE: 00/0000      287-3041    SSN: 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

ALIAS: WHITE, CLINTON THOMA
    Wife
EMERGENCY ADDRESS: ......93 Shady Rd. Annapolis, Al..

HAIR: BLK    EYES: BRO    HEIGHT: 5FT 08IN    WEIGHT: 125 LBS

CURRENT CUSTODY: QUR9              HIGHEST GRADE LEVEL COMPLETED: 11

PRIMARY OCCUPATION: Construction

SECONDARY OCCUPATION:

MIN RELEASE DATE: 01/19/2008        LONG RELEASE DATE: 11/01/2009

## CURRENT CONVICTIONS

| DATE | CRIME | TERM | CS/CC | HO | RST. | FEES |
|---|---|---|---|---|---|---|
| 11/20/2006 | FELONY DUI | 003Y00M00D | CS | N | 0000050 | 000000 |

VICTIM INFO = ..Per PSI... Traffic Stop DUI w/ BAC
              of .19%

## DETAINERS

NO ACTIVE DETAINERS FOUND ON FILE

POSSIBLE DETAINERS = ....None Per PSI........

## PRIOR CONVICTIONS

NO PRIOR CONVICTIONS ON FILE

POSSIBLE OUT OF STATE CONVICTIONS - ...........

1983 Sex Abuse I X 2  5 years probation.
DUI X 4)  Claims victim was          Per PSI
          13 year old sister in law

## ALABAMA BOARD OF PARDONS AND PAROLES

### REPORT OF INVESTIGATION

| | | | |
|---|---|---|---|
| **Type of Investigation:** | PSI | **Date Dictated:** | 11/04/2006 |
| **Name:** | WHITE CLINTON | **PR#:** | PR199514206500 |
| **Alias:** | WHITE CLINTON THOMAS | | |
| **RS** | BM  **DOB:** 10/07/1951  **Est. Age:** 55 | **Height and Weight:** | 5'08" | 125 |
| **Complexion:** | DBR   **Color of Hair:** BLK | **Color of Eyes:** | BRO |
| **Bodily Marks:** | | | |
| **Driver's License:** | AL3040372    **SSN:** 423727847 | | |
| **AIS#:** | 000000  **FBI#:** 815366H  **SID:** | | |
| **Phone #:** | 3342893057 | | |
| **Address:** | 93 SYMON LANE<br>DEMOPOLIS, AL 36732 | | |

### OFFENSE(S) OF INVESTIGATION

| | | | |
|---|---|---|---|
| **County:** | Marengo | **Case #:** | CC 2006 000128.00 |
| **Offense(s):** | DUI - FELONY | | |
| | DUI - FELONY | | |

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Probation | Restitution |
|---|---|---|---|---|---|---|
| DUI - FELONY : G Dismissed | 11/20/2006 | 11/20/2006 | Y03 M00 D000 | | | $ 0.00 |

| | | | |
|---|---|---|---|
| **Date of Arrest:** 04/04/2006 | | **Date of Bond:** | **Bond Amt.:** $ 5000.00 |
| **Judge:** | EDDIE HARDAWAY | **D.A.:** | GRIGGERS GREGORY SCOTT |
| **Attorney:** | GRECU MONICA HALL | **Retained:** | **Appointed:** X |
| **Court Ordered Restitution:** $0 | | | |
| **NOTES:** | | | |

| PRESENT OFFENSE(S) |
|---|

**County Court and Case Number:** Marengo, CC 2006 000128.00

**Offense(s)**

    DUI - FELONY

    DUI - FELONY

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Prob. | Rest. |
|---|---|---|---|---|---|---|
| DUI - FELONY : G Dismissed | 11/20/2006 | 11/20/2006 | Y03 M00 D000 | | | $ 0.00 |

**Date of Sentence:**

**Details of Offense:** (1) On 12/30/2005 Clinton White reportedly operated a motor vehicle on a public street or road in Marengo County, AL. Alabama State Trooper Brian Manley placed Clinton White under arrest for DUI Felony. He had been convicted of three prior DUI offenses. Clinton White's BAC was reportedly .19%.

**On Probation At Arrest:** No

**On Parole At Arrest:** No

**Serious Physical Injury Barring Parole:** No

**Subject's Statement:** (1) "Drinking and driving"

**Case Status of Co-defendants:** (1) N/A

**Location of Offense:** Rural Marengo Co, AL (Trooper)

**Court Ordered Restitution:** $0

| RECORD OF ARREST(S) |
|---|

| Date | Agency ORI | Type | Charge | Disposition |
|---|---|---|---|---|
| | | Prior Adult | | Other: |
| 12/11/1983 | Marengo County Circuit | Prior Adult | Sexual Abuse First Degree | Other: 10 Years, Split Sentence for time served, SS 5 Years Probation. |
| 12/15/1983 | Mobile County Circuit | Prior Adult | Sexual Abuse First Degree | Other: 10 Yrs, Split Sentence for time served, SS 5 Years Probation. |
| 12/04/1994 | Marengo County Circuit | Prior Adult | Assault Second Degree | Other: Dismissed |
| 12/14/1994 | Marengo County Circuit | Prior Adult | DUI Felony | Other: Guilty, 90 days Fine and Cost. |
| 11/21/1995 | Marengo County Circuit | Prior Adult | DUI Felony | Other: Guilty, 90 days Fine and Cost. |
| | Marengo County | | | Other: Guilty, 90 days Fine and |

| Date | Court | | | | |
|---|---|---|---|---|---|
| 02/04/1996 | Circuit | Prior Adult | DUI Felony | | Cost. |
| 05/30/1999 | Sumter County Circuit | Prior Adult | DUI Felony | | Other: Plead Guilty, Sentenced to 2 Years SS, to serve 90 days with 2 Years Probation. |

## PERSONAL/SOCIAL HISTORY

### Marital Status/History Married

| Name | Address | DOB | DOD | Marriage Begin/End |
|---|---|---|---|---|
| Lilly Pearl White | 93 Shady Heights Dr Demopolis, AL 36732 | 03/15/1949 | | 02/25/2005 |

### Children

| Name | Address | DOB | DOD | Other Parent |
|---|---|---|---|---|
| | | | | |

### Housing History

| | | | |
|---|---|---|---|
| **Orphanage:** | No | **Homeless:** | No |
| **Foster Home:** | No | **Other Institution:** | No |
| **Boarding School:** | No | | |

### Health

| | | |
|---|---|---|
| **Physical Disability:** | Yes | Nerve Problem in right leg |
| **Mental Disability:** | No | |
| **Psychological Report:** | No | |
| **Prescribed Medications:** | No | |
| **Defendants Opinion Of Drug Problem:** | Denies | |
| **Past Drugs:** | No | |
| **Treatment History:** | | |
| **Present Drugs:** | No | |
| **Defendants Opinion Of Alcohol Problem:** | Admits | Regularly |

### Education

#### High School

| Last Grade Completed | Name/Year | If DropOut, Reason why: |
|---|---|---|
| 11 | Central High School in Mobile, AL, 1968 | Did not want to go to school |

#### College

| Last Level Completed | Name/Year | If DropOut, Reason why: |
|---|---|---|
| | | |

#### Further Education/Training

| Type | Place | Length | Completed |
|---|---|---|---|

Yes

## Financial Status

**Owns:**

## Employment History

| Type/Employer | Begin Date | # Months | Pay | Reason For Leaving |
|---|---|---|---|---|
| Welder \ Budget Run Barge Co | 07/1983 | 8 | $9.25 Per Hr | Laid Off |
| Tire \ Newton Tire Co | 09/1999 | 144 | $7.00 Per Hr | Quit |
| Roofing \ J+M Roofing in Demopolis, AL | 07/2001 | 8 | $5.50 Per Hr | Laid Off |

## Military Record

| Registered W/Selective Service | Served | Length Of Service | Discharge Type |
|---|---|---|---|
| No | Army | 3-18-1971 to 10-9-1973 | Honorable |

| Discharge Reason | Highest\Discharge Rank | Military Job Title | Medals/Awards |
|---|---|---|---|
|  | E4 \ E4 | Truck Driver |  |

**Notes:**

## Offender's Family

### Parents

| Father | Address | DOB | Felony Conv. | Deceased |
|---|---|---|---|---|
| Unknown | | | | |

| Mother | Address | DOB | Felony Conv. | Deceased |
|---|---|---|---|---|
| Ellen Bell Biscoe | 551 Kent St Mobile, AL | 03/26/1934 | No | No |

### Siblings

| Name | Address | DOB | Felony Conv. |
|---|---|---|---|
| Debra Tartt | Mobile, AL |  | No |
| Bertha Alexander | Mobile, AL | 02/07/1953 | No |

**Notes:**

### Personal Relationship

**Relationship w/father:** N/A

**Relationship w/mother:** Good

**Relationship w/siblings:** Good

## PROBATION PLAN

### Home

| Living With | Address | Relation |
|---|---|---|

| | | | |
|---|---|---|---|
| Lilly Pearl White | 93 Shady Heights Dr<br>Demopolis, AL 36732 | | Wife |

### Employment

| Employer | Address | Phone | Pay Rate |
|---|---|---|---|
| None | | | |

### Character References

| Name | Address | Phone | Opinion |
|---|---|---|---|
| Rebecca Green | | 334/289/3052 | |
| Judge Green | | 334/289/8551 | |

### Treatments

| Treatment Type | Treatment Description |
|---|---|
| | |

**Officer Remarks:**

**Recommendations To Court:**   I do not recommend probation. I do recommend the Department of Corrections.

Signed and dated at _____,

Alabama the _____ day of _____ _____

_____
MOTES BENNY

Alabama Probation and Parole Officer

PBF 203

_____
Reviewed By

## Alabama Sex Offender Registration And Community Notification Statutes
## (as amended by Ala. Act No. 2005-301, effective October 1, 2005)

### 13A-11-200

(a) The Legislature declares that its intent in imposing certain reporting and registration requirements on criminal sex offenders is to protect the public, especially children, from the dangers posed by criminal sex offenders and not to further punish such offenders.

(b) If any person, except a delinquent child, as defined in Section 12-15-1, residing in Alabama, has heretofore been convicted, or shall be convicted in any state or municipal court in Alabama, or federal court, or so convicted in another state in any court having jurisdiction similar to the jurisdiction of state and municipal courts in Alabama for any of the offenses hereinafter enumerated, such person shall, upon his or her release from legal custody, register with the sheriff of the county of his or her legal residence within seven days following such release or within 30 days after September 7, 1967, in case such person was released prior to such date. For purposes of this article, a conviction includes a plea of nolo contendere, regardless of whether adjudication was withheld. The offenses above referred to are generally any act of sexual perversion involving a member of the same or the opposite sex, or any sexual abuse of any member of the same or the opposite sex or any attempt to commit any of these acts, and without limiting the generality of the above statement shall include specifically: rape, as proscribed by Sections 13A-6-61 and 13A-6-62; sodomy, as proscribed by Sections 13A-6-63 and 13A-6-64; sexual misconduct, as proscribed by Section 13A-6-65; indecent exposure, as proscribed by Section 13A-6-68; promoting prostitution in the first or second degree, as proscribed by Sections 13A-12-111 and 13A-12-112; obscenity, as proscribed by Section 13A-12-131; incest, as proscribed by Section 13A-13-3; or the attempt to commit any of the above offenses.

(c) Any person having been so convicted shall upon moving his legal residence from one county to another register with the sheriff of the county to which he has moved within seven days after such removal. It shall be unlawful for a convicted sex offender as described in this article to fail or refuse to register as required in this section and failure to do so is a Class C felony.

### 13A-11-201

The sheriff of each county in Alabama shall maintain a register or roster of the names of all persons registered by him under this article, which register shall only be open to inspection by duly constituted law enforcement officers. The information contained in the register or roster, however, shall be made available if disclosure is necessary for the administration, implementation, or enforcement of the Community Notification Act, Chapter 20 of Title 15. The sheriff shall also notify the state department of public safety of the name of each person registered by him and at the same time supply to such department information relative to the conviction of each person so registered.

1

   b. Sodomy in the first or second degree, as proscribed by Section 13A-6-63 or 13A-6-64.

   c. Sexual torture, as proscribed by Section 13A-6-65.1.

   d. Sexual abuse in the first or second degree as proscribed by Section 13A-6-66 or 13A-6-67.

   e. Enticing a child to enter a vehicle, room, house, office, or other place for immoral purposes, as proscribed by Section 13A-6-69.

   f. Promoting prostitution in the first or second degree, as proscribed by Section 13A-12-111 or 13A-12-112.

   g. Violation of the Alabama Child Pornography Act, as proscribed by Section 13A-12-191, 13A-12-192, 13A-12-196, or 13A-12-197.

   h. Kidnapping of a minor, except by a parent, in the first or second degree, as proscribed by Section 13A-6-43 or 13A-6-44.

   i. Incest, as proscribed by Section 13A-13-3, when the offender is an adult and the victim is a minor.

   j. Soliciting a child by computer for the purposes of committing a sexual act and transmitting obscene material to a child by computer, as proscribed by Sections 13A-6-110 and 13A-6-111.

   k. Any solicitation, attempt, or conspiracy to commit any of the offenses listed in paragraphs a. to j., inclusive.

   l. Any crime committed in any state or a federal, military, Indian, or a foreign country jurisdiction which, if it had been committed in this state under the current provisions of law, would constitute an offense listed in paragraphs a. to k., inclusive.

   m. The foregoing notwithstanding, any crime committed in any jurisdiction which, irrespective of the specific description or statutory elements thereof, is in any way characterized or known as rape, sodomy, sexual assault, sexual battery, sexual abuse, sexual torture, solicitation of a child, enticing or luring a child, child pornography, lewd and lascivious conduct, taking indecent liberties with a child, or molestation of a child.

   (5) CRIMINAL SEX OFFENSE INVOLVING A CHILD. A conviction for any criminal sex offense in which the victim was a child under the age of 12 and any offense involving child pornography.

   (6) EMPLOYMENT. Includes employment that is full-time or part-time for any period, whether financially compensated, volunteered, or for the purpose of government or educational benefit.

   (7) JUVENILE CRIMINAL SEX OFFENDER. An individual adjudicated delinquent of a criminal

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARCELLUS BREACH, AIS #160710** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:06-cv-1133-MEF** |
| ) | |
| **PRISON HEALTH SERVICES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ADOC DEFENDANTS' NOTICE TO COURT
OF SENDING THE PLAINTIFF A COPY
OF ALL PLEADING**

Come now ADOC Defendants, by and through the undersigned counsel, and submits this notice to the Court as follows:

1. That each and every pleading filed by the ADOC Defendants has a "Certificate of Service" listing the Plaintiff as receiving a copy by U.S. Mail. Each and every time the Plaintiff is sent a copy of the pleading, pursuant to the certificate of service.

2. That on numerous occasions the Plaintiff has alleged that he was not sent a copy of a pleading, such is not the case.

3. The ADOC Defendants allege that the Plaintiff is merely filing motions to compel such as Docket # 422 as harassment.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler(BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL 36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, Alabama 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney