IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike filed by the plaintiff on February 6, 2008 (Court Doc. No. 451), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that on or before February 19, 2008:

1. Defendant Ruth Naglich shall file an affidavit and all relevant evidentiary materials which addresses (i) the plaintiff's claim that in response to a fax from medical personnel at the Southeast Louisiana Correctional Center requesting approval for surgery on plaintiff's hernia she "ordered Brandon Kinard on 7/12/06 to call [a nurse at such facility] with instructions that plaintiff couldn't have surgery" as surgery was not indicated by the "ADOC's protocol which is the proximate cause of injury[,]"and (ii) identifies "the Q.A. program ... and how ... it involve[s] medical treatment[.]" *Court Doc. No. 451* at 4.

2. Defendant Lyrene shall file a response, supported by an affidavit and relevant

medical records, which addresses the plaintiff's claim that his hernia condition requires surgery.

Done this 7th day of February, 2008.

                                            /s/ Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES MAGISTRATE JUDGE