IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike filed by the plaintiff on February 6, 2008 (Court Doc. No. 450), in which the plaintiff requests that the court strike a response filed by the correctional defendants on January 28, 2008 (Court Doc. No. 424), and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that on or before February 19, 2008 defendant George Lyrene shall file an affidavit which addresses each of the directives contained in the order entered on January 25, 2008 (Court Doc. No. 420).

Done this 7th day of February, 2008.

                                                /s/ Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE