IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

* * *
CASE NO: 2:06-cv-1133-MEF

## NOTICE OF FILING

**COMES NOW**, the Plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," hereby gives written notice pursuant *to Rules 37(a)(2)(A), 37(a)(2)(B), 37(d) Fed. R. Civ. P.*, hereby files the attached for the Record: Plaintiff states as follows:

1. Plaintiff has attached his letter to Attorney Paul M. James, regarding discovery requests that have not been answered Defendant Bradford Adams, nurse practitioner, **[Court Doc. 182]**. B. Adams has actual possession of plaintiff's medical records and he is required to answer questions even,

**WHEREFORE**, plaintiff requests to place into the Record his attempts to resolve the discovery problems informally with counsel, without court intervention.

Done this 5TH Day February 2008,

/s/ signature

1

                                      Marcellus Breach 160710 ®
                                      Limestone C.F.
                                      28779 Nick Davis. Rd.
                                      Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 6th Day of February 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
P.O. Box 301501
Montgomery, Alabama 36101


**Rushton, Stakely, Johnston, Garrett, P.A**
P.O. Box 270
Montgomery, Alabama 36101


**Starnes & Atchison, LLP**
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

                                                                                                           ®  _/s/ Marcellus Breach_
                                                                                                           Marcellus Breach

MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS RE.
HARVEST, ALABAMA   35749

HUNTSVILLE / HVS
AL 358
06 FEB 2008 PM 1 L

"LET US DARE TO R[EAD],
THINK, SPEAK A[ND WRITE]
John Adams, 1765
powerofthelett[er]"

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA   36101

36101+0711

# MARCELLUS BREACH, 160710
LIMESTONE C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

*February 5, 2008*

*RUSHTON, STAKELY, JONSTONE & GARRETT, P.A.*
ATTENTION: Attorney Paul M. James, Jr.
P.O. Box 270
Montgomery, Alabama 36101

    RE:    **2:06-cv-1133-MEF Letter of Intent/Discovery Disputes**
             **[Court Doc. 182, Discovery Request Bradford Adams]**

Mr. James:

I have received defendant Bradford Adams' answers to discovery request. However, there are several answers and request for production of documents that has not been properly answered nor produced.

I am hoping that perhaps you will correspond regarding the requested discovery request and also I am free to listen to any objections that you may have to them

First and foremost, the area of conflict regarding several answers to request for production of documents and answers to interrogatories. **Several answers are boiler plated and Adams uses the excuse of not having access to plaintiff's medical records is unacceptable, as you know the defendant has actual possession of plaintiff's medical records and he should have retrieved them before answering. Such excuses are unacceptable.**

    **The Definitions and Instructions specifically directed Adams that in responding to the Discovery request, Adams is to furnish such documents, etc., that are currently in constructive, actual possession. Medical records are within possession.**

The areas of deficiency on part of Bradford Adams are:

    **Interrogatories and request for production of documents questions: 5, 6, 7, 8, 17, 18, 20, 22, 23, 24, 25.**

    **Admissions #'s, 1, 25, 10, 13, 15, 17, 18, 19, 20, 21, 26, 30, 36, 38, 39, 40, 42.**

Within ten (10) days from receipt of this letter I will immediately file my motion to compel.

1

Sincerely,

*/s/ Marcellus Breach*
Marcellus Breach

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 6th Day of February 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
P.O. Box 301501
Montgomery, Alabama 36101

**Rushton, Stakely, Johnston, Garrett, P.A**
P.O. Box 270
Montgomery, Alabama 36101

**Starnes & Atchison, LLP**
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

® */s/ Marcellus Breach*
Marcellus Breach

2