IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH (AIS# 160710), | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:06cv1133-MEF |
| PRISON HEALTH SERVICES, INC.; et al.; | § § § | |
| Defendants. | § § | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, Prison Health Services, Inc., (collectively "PHS"), by and through counsel, and requests an extension of time to respond to this Court's Order on Motion [Court Doc. No. 374]. As grounds for this motion, the Defendant states the following:

1.  Counsel for the Defendant, PHS, has been under the weather and has been out of the office on either business or sick leave and has been unable to contact Dr. William Hobbs to address the issues outlined in the Court's Order on Motion. The Defendant is in the process of compiling the response and should be able to file an answer within the week.

2.  The Defendant requests that an extension be given until February 15, 2008, within which to file a response to this Court's Order on Motion [Court Doc. No. 374].

WHEREFORE, all premises considered, the Defendant respectfully requests that an extension be granted within which to response to this Court's Order on Motion.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendant, Prison Health
Services, Inc.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 8th day of February, 2008, to:

> Mr. Marcellus Breach (#160710)
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL 35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL 36130-1501
>
> Philip G. Piggott, Esq.
> STARNES & ATCHISON, LLP
> P. O. Box 598512
> Birmingham, AL 35259-8512

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL