IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Hobbs on February 8, 2008 (Court Doc. No. 455), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendant Hobbs be GRANTED an extension from February 8, 2008 to and including February 15, 2008 to file a response to the order entered herein on January 9, 2008 (Court Doc. No. 374).

Done this 8th day of February, 2008.

                        /s/ Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE