IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on February 11, 2008 (Court Doc. No. 458), and as the information sought by the plaintiff is irrelevant to a determination of the issue pending before this court, i.e., whether the defendants' refusal to provide surgery for the plaintiff's hernia constituted deliberate indifference, it is

ORDERED that the motion to compel be and is hereby DENIED.[1]

Done this 12th day of February, 2008.

　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Discovery is specifically restricted to materials which are relevant to the claim pending before the court. Rule 26(b)(1), *Federal Rules of Civil Procedure*.