IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH (AIS# 160710), | § § § § | |
| Plaintiff, | | |
| vs. | § § | CIVIL ACTION NO. 2:06cv1133-MEF |
| PRISON HEALTH SERVICES, INC.; et al.; | § § § § | |
| Defendants. | § | |

## DEFENDANT PRISON HEALTH SERVICE'S RESPONSE TO ORDER ON MOTION [COURT DOC. NO. 374]

COME NOW the Defendants, Prison Health Services, et al., by and through counsel, and in response to this Court's Order on Motion [Doc. No. 374] state the following:

1.  There is no required protocol from the Alabama Department of Corrections concerning the treatment of hernias for medical physicians. In a previously filed affidavit, Dr. William Hobbs stated that such a protocol was required by the Alabama Department of Corrections. However, doctors for PHS are never restricted by the Department of Corrections in their ability to ascertain the type, scope, and necessity of treatment for a particular hernia. No written protocol, policy or procedure generated by the Department of Corrections, which is required to be followed by PHS, exists or has ever been generated.

2.  The Court has also asked about verbal or written communication of the "protocol." Dr. Hobbs has reviewed material suggesting better ways to provide comprehensive treatment for the multiple facets of prison healthcare, including hernias. However, this information does not constitute a required protocol, policy or procedure of either PHS or the Alabama Department of Corrections. As such, there are no dates that would be responsive to the Court's Order concerning "hernia treatment protocol initiated by

2

the Alabama Department of Corrections" because no required protocol, whether written or verbal, governs completely the treatment of prisoners by PHS's medical providers.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants,
Prison Health Services, et al.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 14th day of February, 2008, to:

> Mr. Marcellus Breach (#160710)
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL  36130-1501
>
> Philip G. Piggott, Esq.
> STARNES & ATCHISON, LLP
> P. O. Box 598512
> Birmingham, AL  35259-8512

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL