IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the motion to compel filed by the plaintiff on February 13, 2008 (Court Doc. No. 463), and for good cause, it is

ORDERED that on or before February 25, 2008 defendant Robbins shall show cause why this motion should not be granted.

Done this 14th day of February, 2008.

                          /s/ Terry F. Moorer
                          TERRY F. MOORER
                          UNITED STATES MAGISTRATE JUDGE