IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the response filed by defendant Hobbs on February 14, 2008 (Court Doc. No. 465), and for good cause, it is

ORDERED that on or before February 25, 2008 defendant Hobbs shall file an affidavit in support of the assertions contained in the aforementioned response. Additionally, in this affidavit, defendant Hobbs shall explain the basis for his previous sworn statement that the Alabama Department of Corrections had a protocol addressing the treatment of hernias.

Done this 14th day of February, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE