IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRISON HEALTH SERVICES, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:06-cv-1133-MEF |

### ADOC DEFENDANTS' RESPONSE TO COURT'S ORDER (DOCUMENT # 453)

Come now the Alabama Department of Corrections Defendants, by and through the undersigned counsel, and submit this response as follows:

1. The attached affidavit of Defendant George Lyrene.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler(BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, Alabama 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, AIS #160710 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06-cv-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# AFFIDAVIT

STATE OF ALABAMA

MONTGOMERY COUNTY

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared George Lyrene, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is George Lyrene. I am presently under contract as Medical Director of the Alabama Department of Corrections. I am over twenty-one (21) years of age.

Pursuant to the Order of this Court I hereby make the following sworn statement:

The Alabama Department of Corrections has not had in the past and does not now have, any protocol and/or policy regarding the treatment of hernias, including but not limited to the need for surgical repair, be it a verbal protocol, one contained in an administrative regulation or

protocol set forth in an internal memorandum, to the best of my knowledge and belief.

I am not responsible for making and/or establishing protocols and/or policies for the Alabama Department of Corrections. To the best of my knowledge and belief, no person with the Alabama Department of Corrections has been, or is now, responsible for the establishment, implementation, and/or administration of any such protocol for the treatment of hernias, including but not limited to, the need for surgical repair. As has been said many times, the decision on whether an inmate with a hernia needs an outside (freeworld) consult, requires surgery, etc., is left up to the treating physician.

There are no provisions of any protocol, procedures, or policies for the treatment of hernias, written or otherwise, adopted by the Alabama Department of Corrections, including but not limited to the treatment of the Plaintiff's hernia.

_____
George Lyrene, M.D.

SWORN TO AND SUBSCRIBED before me this 6th day of February, 2008.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/27/2011