```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003892
Cashier ID: khaynes
Transaction Date: 02/14/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
-----------------------------------------
PLRA CIVIL FILING FEE
 For: MARCELLUS BREACH
 Case/Party: D-ALM-2-06-CV-001133-001
 Amount:         $30.00
-----------------------------------------
CHECK
 Check/Money Order Num: 3948
 Amt Tendered:  $30.00
-----------------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00
```