## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

MARCELLUS BREACH (AIS # 160710),  )
                      )
      **Plaintiff ,**          )
                      )
**vs.**                    )    **CIVIL ACTION NO.**
                      )    **2:06-cv-1133-MEF**
**CORRECTIONAL MEDICAL**    )
**SERVICES, INC., ET AL,**       )
                      )
      **Defendants .**     )
                      )

## RESPONSE TO COURT ORDER OF FEBRUARY 13, 2008 (DOC. NO. 461)

COMES NOW the Defendant, Correctional Medical Services, Inc. ("CMS"), and in response to the Court's Order dated February 13, 2008 (Doc. No. 461), states as follows:

1.     On February 13, 2008, this Honorable Court entered an Order requiring that all Defendants respond to the Court's Order to Show Cause why Court Document Nos. 449 and 457 should not be granted.

2.     As set forth in CMS's Special Report (Doc. No. 361), CMS did not take over the contract of providing medical care to inmates incarcerated with the Alabama Department of Corrections until November 1, 2007.

3.     On January 23, 2008, in response to this Court's Order dated January 17, 2008 (Doc. No. 393), CMS responded that the Plaintiff, Marcellus Breach, was transferred to the Southeast Louisiana Medical Center on March 16, 2006, and thereafter transferred back to Kilby Correctional Facility on October 11, 2006.  These dates precede

{B0813182}

CMS taking over the contract with the Alabama Department of Corrections on November 1, 2007.

4.      CMS set forth that it was the understanding of the attorneys representing Prison Health Services that they were gathering and collecting the documents regarding the Plaintiff's treatment at the Southeast Louisiana Medical Center and would provide those to the Plaintiff pursuant to the Court's Order of January 17, 2008 (Doc. No. 393).

5.      CMS is responding to the Court's Order of February 13, 2008 (Doc. No. 461) due to the fact that the Order makes reference to all Defendants.  However, the discovery requests set forth in the Court's Order (Doc. Nos. 449 and 457) do not appear to pertain to CMS due to the fact that they specifically pertain to records for treatment provided to the Plaintiff outside of the contract period between the Alabama Department of Corrections and CMS.

s/Philip G. Piggott

PHILIP G. PIGGOTT
ASB-4379-P67P
E-mail:  pgp@starneslaw.com

WILLIAM ANTHONY DAVIS, III
ASB-5657-D65W
E-Mail:  wad@starneslaw.com

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorneys for Correctional Medical
Services, Inc.

{B0813182}

CERTIFICATE OF SERVICE

       I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Paul M. James, Jr. Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL  36101-0270

and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Marcellus Breach
AIS #160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama  35749

Albert Sims Butler, Esq.
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama  36130-1501

                              s/Philip G. Piggott
                              PHILIP G. PIGGOTT
                              ASB-4379-P67P
                              E-mail: pgp@starneslaw.com

{B0813182}