IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH (AIS # 160710),

    Plaintiff,

v.   CASE NO. 2:06-CV-1133-MEF

PRISON HEALTH SERVICES, Inc. et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Prison Health Services, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| America Service Group, Inc. | Parent company of Prison Health Services, Inc |

2/18/2008
Date

/s/ PAUL M. JAMES, JR.
(Signature)

Paul M. James, Jr.
(Counsel's Name)

Prison Health Services, Inc.
Counsel for (print names of all parties)

P. O. Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3148
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

## CERTIFICATE OF SERVICE

I, Paul M. James, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail and by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18th day of February 20 08, to:

Marcellus Breach (AIS # 160710)

Limestone Correctional Facility

28779 Nick Davis Road, Harvest, AL  35749


Albert Sims Butler, Esq., Attorney for Alabama Department of Corrections (via CM/ECF)

Philip G. Piggott, Esq., Attorney for Correctional Medical Services (via CM/ECF)


2/18/2008                                          /s/ PAUL M. JAMES, JR.
     Date                                                 Signature