IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH,

    Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

CASE NO: 2:06-cv-1133-MEF

**PLAINTIFF'S REQUEST FOR AN OPPORTUNITY TO FILE A RESPONSE TO DEFENDANT'S RESPONSE TO "ORDER TO SHOW CAUSE"**
**[COURT DOC. NO. 461-1, ORDER OF DISTRICT COURT JUDGE]**

*COMES NOW*, the Plaintiff *Marcellus Breach* (hereinafter "Breach") moves this Honorable Court pursuant to its "Order To Show Cause" entered on *February 13, 2008* upon all defendants to file briefs and arguments supported with evidentiary materials on or before *February 28, 2008*: Plaintiff request that the Court grant unto him ten (10) days after the filing of defendant's response, to file his response for good cause: In further support thereof, plaintiff states as follows:

1.    Although the Record is voluminous, arguments has been necessary: Because plaintiff knows his case, piece by piece, record by record, plaintiff knows his Louisiana medical records: Plaintiff request that the Court in the interest of justice grant unto ten (10) days to file a response to defendants briefs and arguments.

2. Good cause exits because "*Judicial Notice*" into the Record in this case will demonstrate, counsel for PHS has done nothing more than practice unethical conduct; orchestrated countless frauds upon the court, intentionally concealing evidence; submitting a mountain of perjurious affidavits; intentionally withheld relevant material evidence from the outset of this filing of this case, then, submitting "some" additional medical records after 14 months in an attempt to withhold evidence and mislead the magistrate judge while preventing the plaintiff from obtaining the requested documents of his Louisiana medical records that have been in: (i) defendants Linda Lawrence's possession, (ii) defendant Brandon Kinards actual possess since December 2006, and (iii) Deborah Hunt's possession. Such records are relevant and have been withheld from the court for a final adjudication to the claim "deliberate indifference". In addition, the Record will reflect "countless" orders upon the defendants pertaining to simple issues, order after order for defendants to perform and comply with court orders which defendants actions, are the proximate cause to this Court having to review a numerous Record. Plaintiff has been fighting tooth and nail in this case and has requested two discovery hearings bona fide to resolve several discovery issues, and conflicts. However, plaintiff was not successful in obtaining any discovery evidentiary hearings.

3. Because counsel for PHS has / is, practicing unethical, plaintiff request to protect his right to the discovery disputes before the Court and that the Court will have a clear understanding of the facts, evidence and what evidence has been submitted, withheld,

and what is missing, within the defendant's possession and control, plaintiff request upon him receiving all defendants responses that the court allow him to file an appropriate response with argument and evidentiary materials for the Court to enter its decision after. ten (10) days plaintiff receives all defendants responses.

**WHEREFORE,** plaintiff humbly request that the Court grant said request.

Respectfully Submitted,

This 14th Day of February 2008

MARCELLUS BREACH 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 15th Day of February 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**
**Montgomery, Alabama 36101**

**Rushton, Stakely, Johnston, Garrett, P.A**
**P.O. Box 270**
**Montgomery, Alabama 36101**

**Starnes & Atchison, LLP**
**100 Brookwood Place, 7th Floor**
**P.O. Box 598512**
**Birmingham, Alabama 35259-8512**

Marcellus Breach



MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS RE.
HARVEST, ALABAMA  35749

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA  36101