IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,    )
                                        )
       Plaintiff,              )
                                          )
      v.                      )          CASE NO. 2:06-CV-1133-MEF
                                          )
PRISON HEALTH SERVICES, et al.,    )
                                          )
       Defendants.          )

**ORDER**

Upon consideration of the motion to compel filed the plaintiff on February 19, 2008

(Court Doc. No. 476), and for good cause, it is

ORDERED that on or before March 4, 2008 defendant Bradford Adams shall show

cause why this motion should not be GRANTED.

Done this 20th day of February, 2008.

                                   /s/ Terry F. Moorer
                               TERRY F. MOORER
                               UNITED STATES MAGISTRATE JUDGE