IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the objection filed by the plaintiff on February 21, 2008 (Court Doc. No. 479), and for good cause, it is

ORDERED that:

1. The order entered on February 12, 2008 (Court Doc. No. 460) be and is hereby VACATED.

2. On or before March 10, 2008, defendant Naglich shall show cause why the motions to compel filed by the plaintiff on February 11, 2008 (Court Doc. No. 458) and February 21, 2008 (Court Doc. No. 479) should not be granted.

Done this 22nd day of February, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE