IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the motion to compel filed by the plaintiff on February 21, 2008 (Court Doc. No. 480), and for good cause, it is

ORDERED that on or before March 10, 2008 defendant Hobbs shall show cause why this motion should not be granted.

Done this 22nd day of February, 2008.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE