IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to strike filed by the plaintiff on February 21, 2008 (Court Doc. No. 482), in which the plaintiff requests that the court strike a response filed by counsel for defendant Hobbs (Court Doc. No. 465) because such response does not contain an affidavit from this defenant, and as such action is not warranted, it is

ORDERED that the motion to strike be and is hereby DENIED.[1]

Done this 22nd day of February, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff is advised that upon receipt of the response filed by counsel on behalf of defendant Hobbs the court immediately issued an order requiring that defendant Hobbs file an affidavit in support of the assertions made in such response. *Order of February 14, 2008 - Court Doc. No. 469*.