IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the document filed by the plaintiff on February 22, 2008 (Court Doc. No. 487), which the court construes to contain a motion for leave to amend objections to discovery relevant to Louisiana medical records as referenced in the court's February 13, 2008 order (Court Doc. No. 461), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 25th day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE