IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the document filed by the plaintiff on February 22, 2008 (Court Doc. No. 488), which the court construes to contain a motion for leave to amend objections to discovery relevant to discovery requests propounded upon defendant Ruth Naglich, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 25th day of February, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE