IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § § | |
| Plaintiff, § § | |
| vs. § | CIVIL ACTION NO. 2:06cv1133-MEF |
| § | |
| PRISON HEALTH SERVICES, INC.; § et al.; § § | |
| Defendants. § | |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and request this Court to grant a two-week extension to respond to show cause Orders dated on or about February 25, 2008 [Court Doc. Nos. 467 and 468]. As grounds for this Motion, the Defendants state the following:

1. On February 14, 2008, this Court asked Defendants Robbins and Hobbs to show cause why certain motions filed by the Plaintiff should not be granted. Counsel for the Defendants has been out of the office for multiple days over the past two weeks and needs additional time within which to respond to these Orders. The Defendants do not take show cause Orders lightly and would like to file a complete response to what these Defendants believe are frivolous motions by the Plaintiff.

2. The Plaintiff will not be prejudiced by a two-week extension.

WHEREFORE, all premises considered, the Defendants respectfully request that the Court grant a two-week extension in which to file responses to the Orders of February 14, 2008, and identified as Court Doc. Nos. 467 and 468.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, et al.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 26th day of February, 2008, to:

Mr. Marcellus Breach (#160710)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Albert Sims Butler, Esq.
ALABAMA DEPARTMENT OF CORRECTIONS
P. O. Box 301501
Montgomery, AL 36130-1501

Philip G. Piggott, Esq.
STARNES & ATCHISON, LLP
P. O. Box 598512
Birmingham, AL 35259-8512

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL