IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the document filed by the plaintiff on February 27, 2008 (Court Doc. No. 494), which the court construes to contain a motion to compel responses to discovery requests propounded to defendant Lyrene, and for good cause, it is

ORDERED that on or before March 12, 2008 defendant Lyrene shall show cause why this motion to compel should not be granted.

Done this 27th day of February, 2008.

                                            /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE