IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:06cv1133-MEF |
| § | |
| PRISON HEALTH SERVICES, INC.; § | |
| et al.; § | |
| § | |
| Defendants. § | |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, Prison Health Services, Inc., et al. ("PHS"), by and through counsel, and move this Court for an Order extending time within which to file certain briefs and evidentiary responses, pursuant to this Court's Order [Doc. No. 461]. As grounds for this Motion, the Defendants state the following:

1. Although research has been completed and briefs are being prepared, evidentiary material responsive to this Court's Order has not yet been received. In an effort to avoid any further delays, the Defendants would respectfully request that additional time be permitted to gather final evidentiary material and submit the briefs outlined by this Court. The Plaintiff will not be prejudiced by a brief extension of ten (10) business days and PHS anticipates filing its response as quickly as this material can be gathered and organized.

Wherefore, all premises considered, the Defendants respectfully request this Court to extend the time period for complying with this Court's Order [Doc. No. 461] for ten (10) business days.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health
Services, Inc., et al.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 28th day of February, 2008, to:

    Mr. Marcellus Breach (#160710)
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL 35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL 36130-1501

    Philip G. Piggott, Esq.
    STARNES & ATCHISON, LLP
    P. O. Box 598512
    Birmingham, AL 35259-8512

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL