IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRISON HEALTH SERVICES, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:06-cv-1133-MEF |

### ADOC DEFENDANTS' RESPONSE TO COURT'S ORDER (DOCKET # 461)

Come now the Alabama Department of Corrections Defendants, by and through the undersigned counsel, and submit this response to this Court's Order (Docket #461) to show cause why the Plaintiff's objection to discovery request (Docket #s 449) should not be granted as follows: (This Court also ordered the Defendants to show cause why the objections referenced in Docket #457 should not be granted. Docket #457 is concerning Defendant PHS, not the ADOC Defendants.)

**Historical Facts:**

The Plaintiff in this action has filed *many* pleading with this Court that do not reflect the facts of this case, nor do they address the issues before this Court. To date there have been almost five hundred (500)

1

pleadings filed in this case. The ADOC Defendants have been ordered by this Court on numerous occasions to show cause why the Plaintiff's numerous motions to compel should not be granted and the ADOC Defendants have, in fact, responded. The ADOC Defendants are ordered to show cause why the Plaintiff's objection to the medical records request (Docket # 449) should not be granted.

**Docket # 449**

This objection seeks to require production of documents from the ADOC Defendants, specifically the medical records from the Southeast Louisiana Correctional Facility. The Plaintiff was at one time incarcerated there under contract between the ADOC and LCS, a private correctional facility. Pursuant to the contract, LCS maintains its own independent medical staff at that facility and is solely responsible for the medical treatment of ADOC inmates in its custody. Inmate Breach was transferred from Louisiana back to Alabama with his medical file and LCS placed his relevant current medical records in his medical file prior to his return.

Pursuant to this Court's order, the ADOC Defendants would address the following:

(a) **What documents (from Southeast Louisiana Correctional**

Facility), if any, have already been produced to Breach.

On October 11, 2007, this Court granted the Plaintiff's request for production of document and ordered that on or before October 26, 2007, the Plaintiff be allowed to inspect and copy all documents contained in his inmate file and prison medical records. (Docket #170). That was done. At that time, the medical records from Southeast Louisiana Correctional Facility were in his medical file. The Plaintiff alleged that the medical documents in his file were not all the records and that the ADOC Defendants were 'hiding' documents. The Court ordered (Docket #391) that the Defendants furnish the Court and the Plaintiff with "copies of all medical records related to medical treatment provided to the plaintiff for his hernia during his incarceration at the Southeast Louisiana Correctional Center." The ADOC Defendants filed a motion for reconsideration and/or clarification informing the Court of the fact that LCS placed the medical records in Breach's file upon his return to Alabama. (Docket #393) This Court granted the motion for reconsideration/clarification and ordered that the Defendants were only required to produce medical documents in their possession and further ordered that copies of the "medical records related to medical treatment provided to the plaintiff for his

hernia during his incarceration at the Southeast Louisiana Correctional Center *which is contained in the inmate/medical file of the plaintiff presently within the possession of the Alabama Department of Corrections." (emphasis added).* (Docket #394) This was done.

**(b) The location of the medical records that have not been produced to Breach.**

**(c) The Defendants' ability to obtain from third parties any medical records which have not been produced to Breach.**

The ADOC Defendants have no knowledge of any other medical records pertaining to the Plaintiff, other than those already produced and/or produced in support of this response. Pursuant to the Order of this Court, a representative of the Alabama Department of Corrections (Steve Watson) contacted the Warden (Alton Jack) of the Southeast Louisiana Correctional Facility and requested a copy of any and all medical records related to medical treatment provided to the plaintiff during his incarceration at the Southeast Louisiana Correctional Facility. Warden Jack sent copies of those records and except for the correspondence from Breach's Attorney and the medical release forms, those copies are the same records contained in Breach's medical file. (See Exhibit "A"

4

attached - Affidavit of Steve Watson with supporting documents).

**Argument**

A trial court has wide discretion in determining the scope and effect of discovery. Amey Inc. v. Gulf Abstract & Title, Inc., et al., 758 F.2d 1486 (11th Cir. 1985); Avirgan v. Hull, et al., 932 F.2d 1572 (11th Cir. 1991). A plaintiff's entitlement to discovery prior to a ruling on summary judgment is not unlimited. When the record becomes clear that enough to disclose that further discovery is not needed to develop significant aspects of the case and that such discovery is not likely to produce a genuine issue of material fact, discovery should be ended. Amey at 1506; Aviation Specialities, Inc. v. United Technologies Corp., et al. 568 F.2d 1186 (5th Cir. 1978).

Wherefore the premises considered, the ADOC Defendants pray this Court to overrule the Plaintiff's objections.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler(BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3889

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL 36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, Alabama
35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

# AFFIDAVIT

STATE OF ALABAMA                                              EXHIBIT "A"

MONTGOMERY COUNTY

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Steve Watson, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Steve Watson. I am presently employed as the Community Corrections Program Director with the Alabama Department of Corrections. One of my additional responsibilities is Contract Monitor for the LCS contract. I am over twenty-one (21) years of age.

Pursuant to the request of Al Butler, Assistant General Counsel, on or about February 15, 2008, I contacted the Warden of the Southeast Louisiana Correctional Facility, Alton Jack, and requested that he locate and send copies of any and all medical records on Marcellus Breach, AIS # 160710, in their possession. Warden Jack mailed those copies and I received them on February 21, 2008. The copies received from Warden Jack are attached as Exhibit "A".

_____
Steve Watson

SWORN TO AND SUBSCRIBED before me this 27th day of February, 2008.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES 4/27/2010

# LCS CORRECTIONS SERVICES, INC.

## Interoffice Memo

**TO:**   SLCC Medical Department

**FROM:**   Deputy Warden Viator

**RE:**   Requested Medical Documents

**DATE:**   Friday, July 28, 2006


Please provide me with a complete set of copies of Medical Records for:

**BREACH MARCELLUS       #AL-160710**

I am attaching a copy of the letter from LCS Attorney and the Medical Authorization Form for your files.

# EDWARDS LAW FIRM

E. BYRNE EDWARDS
CHRISTOPHER A. EDWARDS
NOLAN G. EDWARDS

Post Office Box 2970
312 West University
Lafayette, Louisiana 70502- 2970

TELEPHONE: (337) 237-6881
FAX: (337) 232-6234
E-Mail: cedwardz@bellsouth.net
Home Page: edwardslawfirm.net

July 20, 2006

David Viator
South Louisiana Correctional Center
3843 Stagg Avenue
Basile, LA 70515

    RE:    Marcellus Breach
            DOB:              SSN:

To Whom It May Concern:

    Please forward to my office any and all medical records on Mr. Breach from January 1, 2005 to the present date. I am enclosing a properly signed Medical Authorization Form for this purpose.

    With kindest personal regards, I remain

                            Sincerely,

                            CHRISTOPHER A. EDWARDS

CAE:sjg
Encl.

HIPAA AUTHORIZATION FORM

INDIVIDUAL'S NAME (please print): __Marcellus Breach AIS 160710__   DATE OF BIRTH: __7/28/69__

INDIVIDUAL'S ADDRESS __S.L.C.C. 3843 Stagg Ave Basile, LA 70515__

I hereby authorize use or disclosure of protected health information about me as described below.

1. The following specific person/class of person/facility is authorized to *use or disclose information* about me:

   __South Louisiana Correctional Center__

2. The following person (or class of persons) *may receive disclosure* of protected health information about me:
   His/her/its name and address:   **CHRISTOPHER A. EDWARDS**
   **Attorney at Law**
   **P.O. Box 2970**
   **LAFAYETTE, LA 70502-2970**

3. The specific information that should be disclosed is (please give dates of service if possible):

   __Medical Records__

   UNLESS YOU SIGN HERE, NO INFORMATION ABOUT ALCOHOL/SUBSTANCE ABUSE, HIV/AIDS, OR MENTAL HEALTH WILL BE DISCLOSED: YES, DISCLOSE THIS INFORMATION _____

   NO, DO NOT DISCLOSE THIS INFORMATION __[signature]__

4. I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by federal privacy regulations.

5. I may revoke this authorization by notifying __Diana Lotts__ in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

6. This authorization expires on __7/15/__, 200 __7__, OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: __Final Disposition DC-000619986-B Evangeline Parish, LA__

FEES FOR COPIES: Federal and state laws permit a fee to be charged for the copying of patient records. This facility has contracted with Smart Corporation to make copies. You may be required to pre-pay for the copies; if not, then your copies will be mailed along with an invoice.

THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING – note that signature is required in two places.

__[signature]__   __2/15/06__   __7-28-69 - 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__
Signature of Individual   Date of Individual's Signature   Date of Birth or Social Security Number
(The person about whom the information relates)

OR, if applicable –

_____   _____   _____
Signature of Guardian or   Date of Guardian's/Personal   Description of Authority to Act for
Personal Representative of Patient's Estate   Representative's Signature   the Individual

*A copy of this completed, signed and dated form must be given to the Individual or other signator.*

Page 1 of 1

HIPAA AUTHORIZATION FORM

INDIVIDUAL'S NAME (please print): _Marcellus Breach AIS 160710_  DATE OF BIRTH: _9/28/69_

INDIVIDUAL'S ADDRESS _S.L.C.C. 3843 Stagg Ave Basile, LA_

I hereby authorize use or disclosure of protected health information about me as described below.

1. The following specific person/class of person/facility is authorized to *use or disclose information* about me:

   _South Correctional_

2. The following person (or class of persons) *may receive disclosure* of protected health information about me:
   His/her/its name and address: **CHRISTOPHER A. EDWARDS**
   **Attorney at Law**
   **P.O. Box 2970**
   **LAFAYETTE, LA 70502-2970**

3. The specific information that should be disclosed is (please give dates of service if possible):

   _Medical Records_

   UNLESS YOU SIGN HERE, NO INFORMATION ABOUT ALCOHOL/SUBSTANCE ABUSE, HIV/AIDS, OR MENTAL HEALTH WILL BE DISCLOSED: YES, DISCLOSE THIS INFORMATION _NO_

   NO, DO NOT DISCLOSE THIS INFORMATION _NO_

4. I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by federal privacy regulations.

5. I may revoke this authorization by notifying _CHRIS EDWARDS_ in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

6. This authorization expires on _July 21_, 200_7_, OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: _OR TERMINATION OF LEGAL PROCEEDINGS_

FEES FOR COPIES: Federal and state laws permit a fee to be charged for the copying of patient records. This facility has contracted with Smart Corporation to make copies. You may be required to pre-pay for the copies; if not, then your copies will be mailed along with an invoice.

THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING – note that signature is required in two places.

_[signature]_            _2/21/06_           _9-28-69   5/7-19-5989_
Signature of Individual   Date of Individual's Signature   Date of Birth or Social Security Number
(The person about whom the information relates)

OR, if applicable –

_____    _____    _____
Signature of Guardian or          Date of Guardian's/Personal    Description of Authority to Act for
Personal Representative of Patient's Estate   Representative's Signature   the Individual

*A copy of this completed, signed and dated form must be given to the Individual or other signator.*

Page 1 of 1

## LCS CORRECTIONS SERVICES, INC
### Current Duty/Recreational Status

START DATE: 3/20/06    STOP DATE: _____

OFFENDER NAME: Bisesco, Marcelus    DOC #: 160710    HOUSING: B-2 #1

DUTY STATUS:
- ☐ REGULAR
- ☐ COMPOUND
- ☐ NO DUTY
- ☐ INDOORS
- ☐ LIMITED
- ☐ LAY-IN
- ☐ REGULAR WITH RESTRICTIONS
- ☐ BED REST
- ☐ OTHER

### SPECIFIC DUTY RESTRICTIONS / LIMITATIONS

- ☐ LEFT ARM
- ☐ RIGHT ARM
- ☐ TOOLS
- ☐ SIT TO WORK
- ☐ BENDING
- ☐ STOOPING
- ☐ PUSHING
- ☐ PULLING
- ☐ SQUATTING
- ☐ KITCHEN
- ☒ BOTTOM BUNK ONLY / NO HEIGHTS
- ☐ NO LIFTING GREATER THAN ___ POUNDS
- ☐ WHEELCHAIR
- ☐ CANE
- ☐ WALKER FOR AMBULATION
- ☐ SEIZURE / MEDICAL PRECAUTIONS (NO CLIMBING, MOVING MACHINERY OR SHARPS)
- ☐ CRUTCH 1X ___ 2X ___

COMMENTS: Due to medical condition

SPORT RECREATIONAL RESTRICTIONS: ☐ NO SPORTS ☐ CONTACT SPORTS ☐ WEIGHTLIFTING ☐ OUTDOOR SPORTS

NAME: DOCTOR / NURSE

337432-5497

Fax (334) 215-9126
Phone (334) 215-6678

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## Authorization for Release of Information

To: Dr. John A. Tassin
South Louisiana
Correctional CTR
3843 Stagg Rd
Basile, Louisiana

From: PHS - KILBY
PO Box 11
MT. Meigs, Ala.
36057

Patient: Breach, Marcellus

Inmate ID No.: 160710

Alias: _____

Social Security No: 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

Date of Birth: 7-28-69

Date(s) of Service: 3/2006 - 10/06

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission     [ ] Discharge     [ ] Operative Summary Reports

[ ] X-Ray     [ ] Special Studies Reports     [ ] HIV Test     [ ] T B Test

[ ] Laboratory Reports     [ ] Immunization History     [ ] Dental Treatment Records

[ ] Psychiatric Summary Report     [ ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records  re: (L) Inguinal hernia evaluation + Treatment, old records/old charts
(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X _____ AIS# 160710        12/27/06
(Patient's Signature)                (Date)

_____ LPN                    12/27/06
(Witness' Signature)                 (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

Charlotte Foster        12/28/06
(Signature and Title for PHS)    (Date)

60102 (11/02)

# LCS CORRECTIONS SERVICES INC.
## Basic Offender Physical Examination / Health Screening

Date: 3/20/06

Facility: SLCC
Offender: Breach, Marcelus  #: Ala-160710  DOB: 7/28/69  SEX: M  RACE: B
Testing: T.B.: 2/27/06 6mm  Other: _____
General: B.P.: 100/58  Pulse: 80  Resp: 16  Temp: 98.4  Height: 5'9"  Weight: 161

### 1. DO YOU NOW OR HAVE YOU EVER HAD ANY OF THE FOLLOWING AILMENTS? (CHECK YES OR NO)

| AILMENT | Y | N | AILMENT | Y | N | AILMENT | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Injury | | ✓ | Stomach Problems | | ✓ | Cancer | | ✓ |
| Headaches | | ✓ | Hernia Ingenial (L) | ✓ | | Operations Sx (L) ankle | ✓ | |
| Epilepsy | | ✓ | Broken Bones / Fractures | ✓ | | Skin Disorders | | ✓ |
| Defective Hearing | | ✓ | Joint Injuries ankle | ✓ | | Communicable Diseases | | ✓ |
| Sinus Problems | | ✓ | Physical Deformities | ✓ | | Mental Illness | | ✓ |
| Surgical Removal of disk or spinal fusion | | ✓ | Diabetes (Medication: Yes ___ No ___) | | ✓ | Drug Addiction | | ✓ |
| TB, Asthma, Emphysema | | ✓ | Hemophilia | | ✓ | Alcoholism | | ✓ |
| Heart Trouble | | ✓ | Arteriosclerosis | | ✓ | Polio (poliomyelitis) | | ✓ |
| Dizziness / Blackouts | | ✓ | Cataracts / Glaucoma | | ✓ | Dental Problems 1 (R) cavity | ✓ | |
| High Blood Pressure | | ✓ | Back or Neck Injury L5+L1 crushed | ✓ | | Other: | | |
| Stroke | | ✓ | Thrombophlebitis | | ✓ | | | |

Explain all "YES" answers. Please use back of form to give further explanation and details.

### LEVEL OF CONSCIOUSNESS

| Pupils | |
| Heart | |
| Lungs | |
| Abdomen | |
| Deformities | |
| Skin | |
| Other | |

ILLUSTRATE ON THE DIAGRAM(S) THE POSITION OR PLACE OF INJURY IF ANY:

Sx on Ankle

**REFERRAL MADE:**
☑ YES ☐ NO ☐ N/A

**REFERRAL NEEDED:**
☑ PHYSICIAN ☐ DENTAL ☐ MENTAL HEALTH
    ☐ ROUTINE SICK CALL
    ☐ EMERGENCY SICK CALL
    ☐ NONE

PHYSICIAN / MEDICAL STAFF REMARKS / RECOMMENDATIONS: Sx (L) ankle no ankle (L) foot deformity

EXAMINING MEDICAL STAFF: M. Dugan LPN
PHYSICIAN SIGNATURE: _____
DATE: 3/20/06

# LCS CORRECTIONS SERVICES, INC.
## Medical and Dental History

**Facility:** SOUTH LOUISIANA CORRECTIONAL CENTER

**OFFENDER:** Breach, Marcelus  **AGE:** ___
**OFFENDER #:** Ala-160710  **DOB:** 7/28/69  **RACE:** B  **SEX:** M
**S.S. #:** 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

**Current Medical Problems:** ① ankle sx → late 90's

**Medications:** ∅

**Disease:** ∅
**Recent Surgery:** ∅
**Recent Accidents:** ∅
**Communicable Diseases:** ∅
**Any Risk of Pregnancy:** N/A
**Attempted Suicide:** no
**Alcohol or Drug Abuse:** no

**Mental Health Problems:** no
**Mental Condition:** alert & coherent
**Do You Wear any Prosthetic Dental Appliances:** no
**When was Your Last Visit to the Dentist:** 2 on 3 months
**Have You Ever Had Any Teeth Filled or Removed:** yes
**Ever Had Bleeding Gums:** no
**Do You Have Any Dental Complaints At This Time:** yes ↑ ® needs filling
**Have You Ever Seen An Eye Doctor - If Yes, Why:** no  yes - check-up
**Were You Issued A Prescription For Corrective Eye Wear:** no
**What Type Of Eye Wear Are You Currently Using:** N/A
**Description & Condition of Eye Wear:** ___
**Comments:** ___

_[Offender Signature And Date]_                    m. Dugoo LPN 3/20/06
Offender Signature And Date                       Staff Signature and Date

## LCS CORRECTIONS SERVICES, INC
### Immunization Record

OFFENDER: Breach, Marcelus          OFFENDER #: _____

ALLERGIES: NKA                       DOB 7/28/69

### PPD

| DATE GIVEN | NURSING SIGNATURE | DATE READ | RESULTS | NURSING SIGNATURE |
|---|---|---|---|---|
| On Trans | 2/27/06 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TETANUS

| DATE | DOSE | NURSE'S SIGNATURE |
|---|---|---|
| | | |
| | | |

## LCS CORRECTIONS SERVICES, INC.
### DOCTOR'S ORDERS SHEET

Offender Name: Breach, Marcelus       DOC#: AL160710

| Date / Time | Allergies: NKA |
|---|---|
| 3-21-06 | Hernia (L) Inguinal Hernia Needs repair? |
| | *[signatures]* M. Mayes |
| 4/12/06 | IBP 400mg BID tel dental Dr. Tassin / M. Mayes |
| 7/18/06 | Pt has (L) Inguinal Hernia Not Incarcerated, Elective procedure |
| | *[signature]* M. Mayes |
| 10-3-06 | Old injury (L) ankle tender + RCM. |
| | Refill x3  Naprosyn 500 BID #30 C Food |
| | *[signature]* M. Mayes |

## LCS CORRECTIONS SERVICES, INC.
### DOCTOR'S ORDERS SHEET

Offender Name: Breach, Marcelus   DOC#: AL 160710

| Date / Time | Allergies: NKA |
|---|---|
| 3-21-06 | Hernia (L) Inguinal Hernia Needs repair? |
| | M. Mayes |
| 4/12/06 | IBP 400mg BID tel dental Dr. Tassin / M. Mayes |
| 7/18/06 | Note pt has (L) Inguinal Hernia Not Incarcerated, Elective procedure |
| | M. Mayes |

## LCS CORRECTIONS SERVICES, INC.
### DOCTOR'S ORDERS SHEET

Offender Name: Breach, Marcelus    DOC#: AL 160710

| Date / Time | Allergies: NKA |
|---|---|
| 3-21-06 | Hernia (L) Inguinal Hernia Needs repair? |
| | [signature] |
| | M. Maye |
| 4/12/06 | IBP 400mg BID till dental |
| | Dr. Tassin / M. Maye |
| 7/18/06 | Note Pt has (L) Inguinal Hernia Not Incarcerated, Elective procedure |
| | M. Maye |

# LCS CORRECTIONS SERVICES, INC.
## Medical Preliminary Screening Observations / Questionnaire

**Facility:** South Louisiana Correctional Center

**NAME:** Breach Marcalus    **ID #:** A160710    **DOB:** 7-28-69
**RACE:** B    **SEX:** M
**SCREENING OFFICER:** Sgt. Acevedo    **DATE:** 3/16/06

Check One: (Y - Yes  N - No  R - Refused)

| Y | N | R | |
|---|---|---|---|
|   | ✓ |   | 1. Is subject unconscious? |
|   | ✓ |   | 2. Does the subject have any obvious bleeding, injury, illness, or pain? |
|   | ✓ |   | 3. Is there any indication or evidence of contagious or communicable disease? |
|   | ✓ |   | 4. Does the skin show signs of infestation or lesions? |
|   | ✓ |   | 5. Does the subject appear to be under the influence of drugs? |
|   | ✓ |   | 6. Does the subject appear to be under the influence of alcohol? |
|   | ✓ |   | 7. Are there any visible symptoms of alcohol/drug withdrawal? |
|   | ✓ |   | 8. Have you ever thought about or attempted suicide? |
|   | ✓ |   | 9. Does the subject's behavior indicate or suggest possible danger or risk of suicide? |
|   | ✓ |   | 10. Is the subject displaying violent or aggressive behavior indicating that he/she may be a danger to self or others? |
|   | ✓ |   | 11. Is the subject taking or carrying any medications? |
|   |   |   | 12. Does the subject have: |
|   | ✓ |   | A. Heart Disease |
|   | ✓ |   | B. High Blood Pressure (hypertension) |
| ✓ |   |   | C. Diabetes (sugar in blood) |
|   | ✓ |   | D. Epilepsy (fits, seizures) |
|   | ✓ |   | E. Hepatitis (jaundice, yellow jaundice) |
|   | ✓ |   | F. AIDS |
|   | ✓ |   | G. Tuberculosis |
|   | ✓ |   | H. Ulcers (peptic, stomach) |
|   | X |   | I. Venereal Disease (clap, syphilis) |
|   | ✓ |   | J. Psychiatric Illness/mentally retarded |
|   | ✓ |   | 13. Are you on any prescribed diet or medication for any of the above? |
|   | ✓ |   | 14. Any known allergies? |
|   | X |   | 15. Is the subject pregnant or had a baby in the last month? |
| ✓ |   |   | 16. Do you have any painful dental condition? |
|   | ✓ |   | 17. Does the subject have any deformities, amputations or injuries requiring the use of a cane, crutches, casts or brace? |
|   | ✓ |   | 18. Do you have any other medical problems we should know about? |

**(IF ANY ANSWERS ARE YES OR REFUSED – CALL MEDICAL / U.O.R. REQUIRED)**

**COMMENTS** (Write U.O.R. If Necessary):

IN SIGNING THIS QUESTIONNAIRE, I DECLARE THAT THE INFORMATION HAS BEEN GIVEN TO THE BEST OF MY KNOWLEDGE. I ALSO GIVE MY CONSENT FOR THE STAFF OF LCS CORRECTIONS SERVICES, INC. TO PROVIDE MEDICAL AND MENTAL HEALTH CARE.

X _Marcellus Breach_
OFFENDER'S SIGNATURE

_Sgt. Acevedo_
WITNESS SIGNATURE