IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710) ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.                                    ) | CASE NO. 2:06cv1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, INC., *et al.,* ) | |
| ) | |
| DEFENDANTS.              ) | |

## **ORDER**

It is hereby ORDERED that the Motion for Extension of Time (Doc. # 497) is GRANTED.

DONE this the 28th day of February, 2008.

                                                        /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE