IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the motion to compel disclosure/motion for sanctions filed by the plaintiff on March 3, 2008 (Court Doc. No. 502), and for good cause, it is

ORDERED that on or before March 11, 2008 defendant Hobbs shall show cause why these motions should not be granted as he has failed to file an affidavit in compliance with the directives of the order entered on February 14, 2008 (Court Doc. No. 469).

Done this 4th day of March, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE