IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARCELLUS BREACH, AIS #160710** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-CV-1133-MEF |
| ) | |
| **PRISON HEALTH SERVICES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ADOC DEFENDANTS' RESPONSE TO
## COURT'S ORDER TO SHOW CAUSE
## (DOCKET NUMBERS 495)

Come now the Alabama Department of Corrections Defendants, specifically Defendant Kinard, by and through the undersigned counsel, and submit this response to this Court's Orders to show cause as follows:

1. That pursuant to this Court's previous Orders, the Plaintiff was to seek approval of the Court prior to filing discovery request. (Doc. #s 105 and 178). Specifically, the Court's order in Docket #178, stated that "(6) any request for discovery filed after 11/20/07 will be considered untimely and no response will be required;".

2. That a review of the Plaintiff's motion to compel, at the top of Docket #493, clearly indicates that the "EXCERPT DISCOVERY REQUEST PROPOUNDED ON BRANDON KINARD. [COURT DOC. NO. N/A FILED ON NOVEMBER 26, 2007]". The Plaintiff goes on further in Docket #493 to state that the requested discovery was entitled "Plaintiff's Tenth - - Second Set of Interrogatories and Request for Admissions, for Production of Documents to Defendant Under Fed. R. Civ. P, [Brandon Kinard]". A

review of the docket in this case reflects that the discovery the Plaintiff is talking about is Docket #266, filed on November 28, 2007.

3. That, although the file and docket in this case is voluminous, a review of the docket and file does not readily show to counsel for the ADOC Defendants that the Plaintiff sought approval/permission from the Court to file this discovery request, nor that this Court approved and/or authorized those discovery requests, and further that this Court has already ordered that any discovery request filed after 11/20/07 would be untimely and that a response need not be filed. (Docket #178).

4. The ADOC Defendants would assert that the Plaintiff in this action has requested and has received more than ample and adequate discovery from the ADOC Defendants and that any approval for further discovery would be without justification.

Wherefore the premises considered, the ADOC Defendant respectfully pray that this Court deny the Plaintiff's motion to compel as to the ADOC Defendants.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL  36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, AL 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General