IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710,) ) Plaintiff, ) ) v. ) ) PRISON HEALTH SERVICES, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:06-CV-1133-MEF |

## ADOC DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE (DOCKET NUMBER 496)

Come now the Alabama Department of Corrections Defendants, specifically Defendant Lyrene, by and through the undersigned counsel, and submit this response to this Court's Orders to show cause as follows:

1. That the Court has ordered that Defendant Lyrene show cause why the Plaintiff's response which this Court has construed to contain a motion to compel responses to discovery request propounded to Defendant Lyrene. (Court Docket #494). On January 17, 2008, the Plaintiff filed a motion to compel Defendant Lyrene to file responsive answers. (Court Docket #395). On January 18, 2008, this Court ordered that Defendant Lyrene to show cause why the Plaintiff's motion to compel should not be granted on or before February 2, 2008. (Court Docket #398). On January 28, 2008, Defendant Lyrene filed the response. (Court Docket #425). The ADOC Defendant believe that they have responded to the Plaintiff's motion to compel pursuant to the orders of this Court.

2. Notwithstanding the belief that the ADOC Defendants have already complied with the orders of this Court, the Defendants would point out the following:

(a) That the Plaintiff was to seek approval of the Court prior to filing discovery request. (Court Docket #s 105 and 178). The Plaintiff has not sought permission/approval from this Court, nor has this Court granted the Plaintiff permission/approval to submit the discovery request upon Defendant Lyrene.

(b) That this Court issued an order on January 25, 2008, advising the Plaintiff "all records, documents and other evidentiary materials relevant to the issue pending before this court have been filed by the parties." (Court Docket # 413).

3. That the granting of the Plaintiff's construed motion to compel is not justified.

Wherefore the premises considered, the ADOC Defendants respectfully pray that this Court deny the Plaintiff's construed motion to compel as to the ADOC Defendant Lyrene.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General


/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

   Paul M. James, Jr., Esq.
   Rushton, Stakely, Johnston & Garrett
   Attorney for the PHS Defendants
   P. O. Box 270
   Montgomery, AL  36101-0270

   Phil Piggott, Esq.
   Starnes & Atchison, LLP
   Attorney for the CMS Defendants
   P. O. Box 598512
   Birmingham, AL  35259-8512

   Inmate Marcellus Breach
   AIS # 160710
   Limestone Correctional Facility
   28779 Nick Davis Road
   Harvest, AL  35749

   /s/Albert S. Butler
   Albert S. Butler (BUT016)
   Assistant General Counsel
   Assistant Attorney General