IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, ) | |
| AIS #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

### ADOC DEFENDANT LYRENE'S RESPONSE TO COURT'S ORDER (DOCKET NUMBER 505)

Comes now Defendant Lyrene, by and through the undersigned counsel, and submits this response to this Court's Order (Court Docket #505) as follows:

1. That pursuant to this Court's Order (Court Docket #466) Defendant Lyrene was ordered to show cause by February 25, 2008, why the Plaintiff's motion to compel responsive answers to discovery request should not be granted.

2. That although this response was prepared prior to February 25, 2008, it was not filed due to an inadvertent mistake. That just prior to the Court's Order (Court Docket #466) counsel for the ADOC Defendants secretary transferred to another state agency and the deadline for the filing of the response was not calendared.

3. The required response has now been filed, or is being filed along with this response.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL 36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, Alabama 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General