IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the motion to compel filed by the plaintiff on February 27, 2008 (Court Doc. No. 493), and in light of the response filed by defendant Kinard on March 5, 2008 (Court Doc. No. 507), it is

ORDERED that the motion to compel (Court Doc. No. 493) be and is hereby DENIED.

Done this 5th day of March, 2008.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE