IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion to compel filed by the plaintiff on February 27, 2008 (Court Doc. No. 494), and in light of the response filed by defendant Lyrene on March 5, 2008 (Court Doc. No. 508), it is

ORDERED that the motion to compel (Court Doc. No. 494) be and is hereby DENIED.

Done this 5th day of March, 2008.

       /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE