IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion to grant motion to compel/motion for sanctions filed by the plaintiff on March 3, 2008 (Court Doc. No. 503), and in light of the response filed by defendant Lyrene on March 5, 2008 (Court Doc. No. 509), it is

ORDERED that the motion to grant motion to compel/motion for sanctions (Court Doc. No. 503) be and are hereby DENIED.

Done this 5th day of March, 2008.

                                                 /s/ Terry F. Moorer
                                                 TERRY F. MOORER
                                                 UNITED STATES MAGISTRATE JUDGE