IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:06cv1133-MEF |
| § | |
| PRISON HEALTH SERVICES, INC.; § | |
| et al.; § | |
| § | |
| Defendants. § | |

### NOTICE OF FILING

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and in response to this Court's Order [Court Doc. No. 504], do hereby give notice of its filing of Dr. William D. Hobbs's affidavit in compliance with the directives of this Court's Order previously entered on February 14, 2008 [Court Doc. No. 469].

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health
Services, et al.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 10th day of March, 2008, to:

    Mr. Marcellus Breach (#160710)
    LIMESTONE CORRECTIONAL FACILITY
    28779 Nick Davis Road
    Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL  36130-1501

    Philip G. Piggott, Esq.
    STARNES & ATCHISON, LLP
    P. O. Box 598512
    Birmingham, AL  35259-8512

    /s/ PAUL M. JAMES, JR. (JAM017)
    OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, (AIS # 160710)   *

    Plaintiff,   *

V.   *   2:06-CV-1133-MEF

PRISON HEALTH SERVICES, et al.,   *

    Defendants.   *

## SUPPLEMENTAL AFFIDAVIT OF WILLIAM D. HOBBS, M.D.

BEFORE ME, James Bailey, a notary public in and for said County and State, personally appeared WILLIAM D. HOBBS, M.D., and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

1. In a previous affidavit, I stated that hernia repair must meet a certain protocol required by the Alabama Department of Corrections ("ADOC"). There is no written protocol, policy or procedure from the ADOC concerning the treatment of hernias by medical physicians or nurse practitioners. Doctors for Prison Health Services ("PHS"), including myself, are never restricted by the Department of Corrections in their ability to ascertain the type, scope and necessity of treatment for a particular hernia. No written protocol, policy or procedures generated by the Department of Corrections exists, as far as I know. I have reviewed material that suggests the prospects of reviewing hernias under a standard of incarceration or one

which is in danger of being incarcerated or into the scrotum, however, such material was not an official, required protocol from the ADOC placed upon PHS physicians, such as myself. Any such implication to the contrary was simply a mistake.

Further affiant sayeth not.

*William D. Hobbs, M.D.*
WILLIAM D. HOBBS, M.D.

STATE OF ALABAMA )
COUNTY OF AT LARGE )

Sworn to and subscribed before me on this the ____ day of March, 2008.

Notary Public
My Commission Expires: 8-9-2010

2