IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the motion to compel disclosure/motion for sanctions filed by the plaintiff on March 3, 2008 (Court Doc. No. 502), and in light of the response filed by defendant Hobbs on March 10, 2008 (Court Doc. No. 518), it is

ORDERED that the motion to compel disclosure/motion for sanctions (Court Doc. No. 502) be and are hereby DENIED.

Done this 11th day of March, 2008.

                                               /s/ Terry F. Moorer
                                             TERRY F. MOORER
                                             UNITED STATES MAGISTRATE JUDGE