IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion to compel responses to discovery requests filed by the plaintiff on March 5, 2008 (Court Doc. No. 514), and in light of the response filed by Prison Health Services, Inc. and its employee defendants on March 10, 2008 (Court Doc. No. 519), it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 11th day of March, 2008.

      /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE