IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH, #160710,

Plaintiff,

Vs.                                                    *    CASE NO: 2:06-CV-1133-MEF

                                                       *

PRISON HEALTH SERVICES, INC.,
                                                       *
Defendants.

*NOTICE OF NONCOMPLIANCE OF RULE 5(a)(b), Fed.R.Civ.P.,
/ MOTION TO COMPEL / MOTION FOR SANCTIONS
UPON ADOC TO SERVE PLAINTIFF COPY OF THEIR FILINGS COURT DOCKET
NUMBERS # 506, 508 & 509& 390*

**COMES NOW**, the Plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person moves the Court to compel the correctional defendants again, to serve plaintiff with a true copy of their pleadings [**Court Doc. No's. 390, 506, 508, 509**] pursuant to <u>Rule 5(b)</u>, *Federal Rules of Civil Procedures* serving. Plaintiff argues that this continued practice is nothing more than harassment, dishonesty and in further support plaintiff shows as follows:

1. On <u>March 5, 2008</u> the court denied plaintiff's motion to compel [**Court Doc. No. 462, 510 Order**], in light of [*some unknown*] response filed by defendant Lyrene on March

1

5, 2008, [**Court Doc. No. 506**]. *Again,* correctional defendants did not serve plaintiff with a copy of this document filed in the Court and in the Record.

2. On *March 5, 2008* the court denied plaintiff motion to compel [**Court Doc. No. 494, 512 Order**], in light of [some unknown] response filed by defendant Lyrene on March 5, 2008, [**Court Doc. No. 508**]. *Again,* correctional defendants did not serve plaintiff with a copy of this document filed in the Court and in the Record.

3. On *March 5, 2008,* the court denied plaintiff's motion to compel/motion for sanctions, [**Court Doc. No. 503**], in light of [some unknown] response filed by defendant Lyrene on *March 5, 2008,* [**Court Doc. No. 509**]. *Again,* correctional defendants did not serve plaintiff with a copy of this document, filed in the Court and in the Record.

4. Judicial notice will reflect the repeated acts of defendants' continually failing to comply with *Rule 5(a)(b), Federal Rules of Civil Procedures.* Court Documents Numbers: **140, 234, 235, 236, 237, 242, 243, 422, 423, 437, 440** are related and demonstrates deliberate attempts to harass, abort Rule 5(b), with the disguise of a certificate of services, but, intentionally not serving plaintiff is harassment, unprofessional dishonestly.

5. Furthermore, **Court Doc. No. 390**, ADOC filed their Conflict Disclosure Statement, but also, again, did not serve plaintiff with a copy of this disclosure that is filed in this court, and in the record. Plaintiff objects to all pleadings filed in the Court in the Record without plaintiff being served. **Court Doc. No's. 390, 506, 508, 509.**

## *Relief Sought*

a. Compel defendants to immediately, without delay serve plaintiff with a true copy of their pleadings Court Doc. No.'s 390, 506, 508, 509 filed on March 5, 2008.

b. Issue sanctions on defendants for the continued pattern of filings pleadings without serving plaintiff a true copy, timely.

c. Issue sanctions on the defendants for such dishonesty and noncompliance with Rule 5(b), Fed.R.Civ.P.

d. If deemed necessary, issue an order on correctional defendants to produce the Limestone C.F., Legal Mail Log from March 5, 2008 through March 9, 2008. Plaintiff has not received copies of their pleadings.

e. Grant what is fair and appropriate in this case.

Under the penalty of perjury I swear that the forgoing is true and correct. 28 U.S.C. 1746.

Done this 9th Day March 2008.

/s/ Marcellus Breach
Marcellus Breach  160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama  35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 10th Day of March 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to: **[placing into the Legal Mail Box at Limestone C.F. for mailing]**

**Alabama Dept. of Corrections
LEGAL DIVISION
P.O. Box 301501
Montgomery, Alabama 36101**

Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101


Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

®  _____

Marcellus Breach