IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion for sanctions filed the plaintiff on March 12, 2008 (Court Doc. No. 523), and as the court does not deem such action warranted in this case, it is

ORDERED that the motion for sanctions be and is hereby DENIED.

Done this 12th day of March, 2008.

                                          /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE