IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion to compel service of documents filed by the plaintiff on March 12, 2008 (Court Doc. No. 523), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before March 21, 2008 counsel for the correctional defendants shall mail to the plaintiff at his current address copies of Court Doc. No. 390 (Conflict Disclosure Statement), Court Doc. No. 506 (Defendant Lyrene's Response to February 14, 2008 Show Cause Order), Court Doc. No. 508 ( (Defendant Lyrene's Response to February 27, 2008 Show Cause Order), and Court Doc. No. 509 ( (Defendant Lyrene's Response to March 4, 2008 Show Cause Order), .

Done this 12th day of March, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE