**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARCELLUS BREACH,** | ) | |
| AIS #160710, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:06-CV-1133-MEF** |
| | ) | |
| **PRISON HEALTH** | ) | |
| **SERVICES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ADOC DEFENDANTS' NOTICE TO
COURT  OF THE RE-FILING OF PLEADINGS**

Come now the ADOC Defendants, by and through the undersigned counsel, and gives

notice to the Court that pursuant to this Court's Order (Court Docket #526), that copies Court

Docket #s 390, 506, 508, and 509 have been re-sent to the Plaintiff, although all of these

pleading were placed in the U.S. Mail to the Plaintiff on the same day that they were

electronically filed, as stated on the Certificate of Service..

Respectfully submitted,


Kim T. Thomas
General Counsel
Deputy Attorney General


/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2008, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL 36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, Alabama 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General