```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004312
Cashier ID: brobinso
Transaction Date: 03/13/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
-----------------------------------
PLRA CIVIL FILING FEE
 For: MARCELLUS BREACH
 Case/Party: D-ALM-2-06-CV-001133-001
 Amount:         $52.00
-----------------------------------
CHECK
 Check/Money Order Num: 4057
 Amt Tendered: $52.00
-----------------------------------
Total Due:       $52.00
Total Tendered: $52.00
Change Amt:      $0.00
```