IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH, #160710,

    Plaintiff,

Vs.

    *   CASE NO: 2:06-CV-1133-MEF

PRISON HEALTH SERVICES, INC.,

    Defendants.

### NOTICE UNTO THE COURT

Plaintiff request leave to direct the court's attention to its discovery order, Court Doc. No. 197 that the plaintiff's discovery deadline was **December 10, 2007**. Plaintiff states that PHS must Show Cause, *Court Doc. No. 515*, and plaintiff believes the Court needs to be awear of its order regarding this matter based on the misleading information supplied by the correctional defendants.

Respectfully,

Done this 10th Day March 2008

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY**, that I have this 11th Day of March 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to: **[placing into the Legal Mail Box at Limestone C.F. for mailing]**

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**
**Montgomery, Alabama 36101**

**Rushton, Stakely, Johnston, Garrett, P.A**
**P.O. Box 270**
**Montgomery, Alabama 36101**

**Starnes & Atchison, LLP**
**100 Brookwood Place, 7th Floor**
**P.O. Box 598512**
**Birmingham, Alabama 35259-8512**

®  _/s/ Marcellus Breach_

Marcellus Breach