IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the motion for sanctions filed by the plaintiff on March 12, 2008 (Court Doc. No. 522), and in light of the response filed by defendant Bradford Adams on March 13, 2008 (Court Doc. No. 529) and the previous responses to discovery filed by the aforementioned defendant, it is

ORDERED that the motion for sanctions be and is hereby DENIED.

Done this 14th day of March, 2008.

                                                    /s/ Terry F. Moorer
                                             TERRY F. MOORER
                                             UNITED STATES MAGISTRATE JUDGE