IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion for reconsideration filed by the plaintiff on March 13, 2008 (Court Doc. No. 530), and in light of the voluminous responses to discovery filed by the defendants, including the documents and information relevant to the issue pending before this court, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 14th day of March, 2008.

                      /s/ Terry F. Moorer
                      TERRY F. MOORER
                      UNITED STATES MAGISTRATE JUDGE