IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion for extension of time to file objections to unanswered discovery filed by the plaintiff on March 13, 2008 (Court Doc. No. 530), and as the plaintiff fails to present any basis for such an extension, it is

ORDERED that this motion be and is hereby DENIED.

Done this 14th day of March, 2008.

                                            /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE