IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH, #160710,

    Plaintiff,

Vs.                               CASE NO: 2:06-CV-1133-MEF

PRISON HEALTH SERVICES, INC.,

    Defendants.

### PLAINTIFF'S MOTION FOR SANTIONS FOR WILFUL DISOBEDIENCE AND FAILURE TO SHOW CAUSE [COURT DOCKET NUMBER, 483]

*AND NOW*, this 12th Day of *March*, 2008, plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," respectfully moves this Court, as follows:

1. Under *Rule 37(b)*;

    (a) To issue sanctions upon defendant Ruth Naglich for her intentional failure to comply with court order **[Court Doc. No. 483]**.

2. Under *Rule 37(a)(2)*;

    (a) To compel defendant Ruth Naglich to answer plaintiff's interrogatories and discovery request in their entirety no later than a date set by this court; and,

    (b) To require defendant to pay to plaintiff the reasonable expenses, including fees incurred in obtaining the relief requested herein.

3. Under *Rule 37(b)(2)*;

1

(a) To preclude defendants from asserting any objections to plaintiff's request for disclosure;

(b) To treat as contempt of court the failure of defendant Naglich to answer *Court Order Doc. No. 483.*

(c) To decide all contested issues of fact embraced by plaintiff request for disclosure in favor of plaintiff;

(d) To strike all of defendant's defenses and to preclude defendant from introducing any evidence in support thereof;

(e) To enter a judgment by default on the issue of liability in favor of plaintiff and against defendant William Adams under *Courts I, II, III, IV, V and VI* of plaintiff's complain; and;

(f) To require defendant Ruth Naglich to pay to plaintiff the reasonable expenses, including fees, incurred in obtaining the relief requested herein.

4. Under *Rule 37(d):*

(a) To preclude defendant from asserting any objections to plaintiff's Interrogatories, Request for Production of Documents and Admission, **[Court Doc. 458, 479]**;

(b) To treat as a contempt of court the failure of defendant Naglich to answer **Court's Order Docket Numbers 483.**

(d)  To decide all contested issues of fact embraced by plaintiff's request for disclosure in favor of plaintiff;

(e)  To strike all of defendant's defenses and to preclude defendant from introducing any evidence in support thereof;

(f)  To require defendant to pay to plaintiff the reasonable expense, including fees incurred in obtaining the relief requested herein.

Done this 12th Day March 2008.

_____
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I have this 12th Day of March 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**

**Montgomery, Alabama 36101**
**Rushton, Stakely, Johnston, Garrett, P.A**
**P.O. Box 270**
**Montgomery, Alabama 36101**

**Starnes & Atchison, LLP**
**100 Brookwood Place, 7th Floor**
**P.O. Box 598512**
**Birmingham, Alabama 35259-8512**

®  _____
Marcellus Breach

3