IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

2008 MAR 14 A 9:55

MARCELLUS BREACH, #160710,   DEBRA P. HACKETT
                             U.S. DISTRICT COURT
                             MIDDLE DISTRICT ALA

    Plaintiff,

                                 *    CASE NO: 2:06-CV-1133-MEF

Vs.
                                *

PRISON HEALTH SERVICES, INC.,
                                *

    Defendants.

### *PLAINTIFF'S MOTION FOR SANTIONS FOR WILFUL DISOBEDIENCE AND FAILURE TO SHOW CAUSE [COURT DOCKET NUMBER, 467, 485, 493]*

AND NOW, this 12th Day of *March*, 2008, plaintiff *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," respectfully moves this Court, as follows:

1.    Under *Rule 37(b);*

    (a)    To issue sanctions upon defendant Michael Robbins for her intentional failure to comply with court order [**Court Doc. No. 492, 485, 468, 467**].

2.    Under *Rule 37(a)(2);*

    (a)    To compel defendant Michael Robbins to answer plaintiff's interrogatories and discovery request in their entirety no later than a date set by this court; and,

    (b)    To require defendant to pay to plaintiff the reasonable expenses, including fees incurred in obtaining the relief requested herein.

3.    Under *Rule 37(b)(2);*

1

(a) To preclude defendants from asserting any objections to plaintiff's request for disclosure;

(b) To treat as contempt of court the failure of defendant Robbins to answer **Court Order Doc. No. 49, 485, 4672.**

(c) To decide all contested issues of fact embraced by plaintiff request for disclosure in favor of plaintiff;

(d) To strike all of defendant's defenses and to preclude defendant from introducing any evidence in support thereof;

(e) To enter a judgment by default on the issue of liability in favor of plaintiff and against defendant Michael Robbins under *Courts I, II, III, IV, V* and *VI* of plaintiff's complain; and;

(f) To require defendant Michael Robbins to pay to plaintiff the reasonable expenses, including fees, incurred in obtaining the relief requested herein.

4. Under *Rule 37(d)*:

(a) To preclude defendant from asserting any objections to plaintiff's Interrogatories, Request for Production of Documents and Admission, [**Court Doc. 481, 463**];

(b) To treat as a contempt of court the failure of defendant Robbins to answer **Court's Order Docket Numbers 492, 485, 467.**

2

(d)  To decide all contested issues of fact embraced by plaintiff's request for disclosure in favor of plaintiff;

(e)  To strike all of defendant's defenses and to preclude defendant from introducing any evidence in support thereof;

(f)  To require defendant to pay to plaintiff the reasonable expense, including fees incurred in obtaining the relief requested herein.

Done this 12th Day March 2008.

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama  35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 12th Day of March 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
P.O. Box 301501

Montgomery, Alabama 36101
Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101

Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

®

Marcellus Breach

3

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.,
Harvest, Alabaam 35749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of this communication.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA    36101