IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the document filed by plaintiff on March 14, 2008 (Court Doc. No. 538), which the court construes to contain a motion for production of documents, and for good cause, it is

ORDERED that on or before March 31, 2008 defendant Hobbs shall file copies of the "reviewed material" referenced in his March 6, 2008 affidavit.

Done this 18th day of March, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE