IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF ) |
| PRISON HEALTH SERVICES, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion for sanctions filed by the plaintiff on March 14, 2008 (Court Doc. No. 539), in which the plaintiff seeks imposition of sanctions upon defendant Ruth Naglich for her failure to file a response to the order entered on February 22, 2008 (Court Doc. No. 483), and for good cause, it is

ORDERED that on or before March 28, 2008 defendant Naglich shall show cause why this motion should not be granted.

Done this 18th day of March, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE