IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion for sanctions filed by the plaintiff on March 14, 2008 (Court Doc. No. 540), in which the plaintiff seeks imposition of sanctions upon defendant William Hobbs for his failure to file responses to the orders entered on February 14, 2008 (Court Doc. No. 468) and February 22, 2008 (Court Doc. No. 484), and for good cause, it is

ORDERED that on or before March 28, 2008 defendant Hobbs shall show cause why the motion for sanctions should not be granted.

Done this 18th day of March, 2008.

　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE