IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTIONS**

Pending before the court are the motions to compel filed by the plaintiff on February 11, 2008 (Court Doc. No. 458) and February 21, 2008 (Court Doc. No. 479) and the motion for sanctions filed by the plaintiff on March 14, 2008 (Court Doc. No. 539) in which the plaintiff challenges the sufficiency of responses to discovery provided by defendant Ruth Naglich. Defendant Naglich filed a response in opposition to these motions on March 18, 2008 (Court Doc. No. 547).

Upon thorough review of the discovery responses provided by this defendant, and as such responses provide all information which is relevant and/or necessary to disposition of the issue pending before this court, it is

ORDERED that the plaintiff's motions to compel (Court Doc. No. 458 and Court Doc. No. 479) and motion for sanctions (Court Doc. No. 539) be and are hereby DENIED.

Done this 19th day of March, 2008.

          /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE