IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, INC., *et al.*,) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of plaintiff's Request for Ten (10) Days to File a Response to PHS Defendants Response to Plaintiff's Objections (Doc. #537) filed on March 14, 2008, it is hereby

ORDERED that the motion is GRANTED to and including March 28, 2008.

It is further ORDERED that plaintiff's Request for an Opportunity to File a Response (Doc. #477) filed on February 19, 2008 is DENIED as moot.

DONE this 20th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE