IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTIONS**

Upon consideration of the motions to compel filed by the plaintiff on March 28, 2008 (Court Doc. No. 554 and Court Doc. No. 555), and for good cause, it is

ORDERED that these motions be and are hereby GRANTED to the extent allowed by this order. It is further

ORDERED that on or before April 11, 2008 defendants Lyrene, Robbins and Hobbs shall file affidavits which set forth a synopsis of their educational backgrounds and their training/experience in the treatment of hernias.

Done this 28th day of March, 2008.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE