IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, | ) | |
| AIS #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH | ) | |
| SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ADOC DEFENDANTS' NOTICE OF
## COMPLIANCE TO COURT'S ORDER (DOC.#556)

Come now the ADOC Defendants, by and through the undersigned counsel, and gives notice of compliance to this Court's Order (Court Docket #556), by filing the affidavit of Defendant George A. Lyrene with attachment.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

1

ADDRESS OF COUNSEL:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-4859

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL 36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, AL 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

2

## **AFFIDAVIT**

STATE OF ALABAMA

MONTGOMERY COUNTY

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared George Lyrene, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

As stated in my previous affidavit, my name is George Lyrene. I am presently under contract as Medical Director of the Alabama Department of Corrections. I am over twenty-one (21) years of age.

Pursuant to the Order of this Court I hereby answer the following questions. I am an internal medicine specialist. I can diagnose hernias. I also can make recommendations regarding the need for surgical treatment based on symptoms. This recommendation is a part of any general medical training which is summarized in my CV. (Attached as Exhibit "A"). There is not to my knowledge any where a course in medicine specifically directed at the treatment of hernias. I am not a treating physician for Mr. Breach. I do examine and advise many patients in my office practice regarding hernia repair. Regarding training, I completed Medical School with an MD degree at UAB School of Medicine in 1975. I completed residency training at Carraway Methodist

1

Hospital in Birmingham June 1978 and passed the American Board of Internal Medicine exam that year.

_____
George Lyrene, M.D.

SWORN TO AND SUBSCRIBED before me this 3rd day of April, 2008.


_____
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/12

2

**George A Lyrene, M.D.**
**Curriculum Vita**

**Date of Birth:** 1944
**Place of Birth:** Silverhill, Alabama

**Education**
    Robertsdale High School - 1962
    North Park College - Chicago, IL - September 1962 to May 1964
    University of Florida – Gainesville, FL – August 1964 to May 1966
        B.A. in English Literature, Woodrow Wilson Fellow
    United States Army – July 1966 to August 1970
    University of Alabama – Tuscaloosa, AL – September 1970 to August 1971
    Teacher at Middle School – September 1971 to June 1972
    University of Alabama Birmingham School of Medicine – July 1972 to June 1975
        M.D.
    Carraway Methodist Hospital – Birmingham, AL – Resident of Internal Medicine
        July 1975 to June 1978
    Board Certified in Internal Medicine – 1978

**Professional Experience**
    Partner, Cullman Internal Medicine – August 1978 to July 1988
    Director of Department of Respiratory Therapy, Cullman Medical Center 1978-1989
    Instructor Respiratory Therapy Department, Wallace State Community College
    Medical Director, Limestone Correctional Facility and Health Provider for HIV, employed
        By Correctional Health Care (CHC) - July 1988 to May 1989
    North Alabama Regional Medical Director, CHC - June 1989 to June 1991
    Alabama Department of Corrections (ADOC) State Medical Director –
        June 1991 to November 1991
    Director of Clinical Services, ADOC Contract, Quest Care -
        November 1991 to November 1994
    Medical Director, Alabama Region for Correctional Division – November 1994 to June 1996
    Corporate Director of Clinical Services, CMS – June 1996 to November 1997
    Corporate Medical Director, PHP Health Care Correctional Division –
        Baltimore Correctional Complex - November 1997 to August 1998
    September 1998 – Off
    Independent Consultant Correctional Health – October 1998 to June 2000
        Just Care – Columbia Care Center – Columbia, South Carolina
        Division of Correctional Health, University of Mississippi Medical Center
    Acting Corporate Medical Director - NaphCare, Inc. - Birmingham, AL –
        June 2000 to September 2001
        Providing care for the ADOC and a number of jails in Alabama, Mississippi and Iowa
    Partner, Cullman Internal Medicine – October 2001 – Present
    Consulting Medical Director – Alabama Department of Corrections – May 2005 to Present


DEFENDANT'S EXHIBIT A

**George A Lyrene, M.D.**
**Curriculum Vita**

**Page 2**

**Professional Societies and Organizations**
    Member:  American Medical Association
            American College of Physicians
            American Society of Correctional Physicians
            Past President of National Board of Kairos, Inc. - Orlando, Florida

**Presentations:**
    "Issues in Management of HIV for the Incarcerated" – Alabama Aids Symposium
    "Serving as a Volunteer for Incarcerated HIV Patients" -  Kairos of Alabama
    "Managed Care in Correctional Health" – ACA Annual Meeting
    "Management of HIV in a Prison Population" – University of Mississippi Medical Center
        Grand Rounds
    "HIV Update for the Primary Care Provider" – Cullman Medical Center

## George A Lyrene, M.D.
## Curriculum Vita

| License | License Number | Date Issued |
|---|---|---|
| Alabama Medical Licensure Commission | 00007362 | 06/23/1976 |
| Arkansas State Medical Board | E-1439 | 09/12/1997 |
| Controlled Substance Registration Certificate | AL7042283 | 03/14/2001 |
| Florida Birth-Related Neurological Injury Compensation Association | | |
| Iowa Board of Medical Examiner | 33753 | 09/20/2000 |
| Maryland Board of Physician Quality Assurance | D0052877 | 12/30/1997 |
| Commonwealth of Massachusetts | 152907 | 01/29/1997 |
| New Jersey Board of Medical Examiners | MA66588 | 10/27/1997 |
| South Carolina Board of Medical Examiner | 19103 | 02/25/1997 |
| Commonwealth of Virginia Board of Medicine | 0101055437 | 02/28/1997 |
| State of Washington Health Professions Quality Assurance Division | 025209    MD00035836 | 02/03/1998 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH,<br>AIS #160710, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH<br>SERVICES, et al., | )<br>)<br>) | |
| Defendants. | ) | |

## ADOC DEFENDANTS' NOTICE OF
## COMPLIANCE TO COURT'S ORDER (DOC.#556)

Come now the ADOC Defendants, by and through the undersigned counsel, and gives notice of compliance to this Court's Order (Court Docket #556), by filing the affidavit of Defendant George A. Lyrene with attachment.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

1

ADDRESS OF COUNSEL:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-4859

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, AL 36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, AL 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General