IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for order of contempt filed by the plaintiff on April 7, 2008 (Court Doc. No. 559), and for good cause, it is

ORDERED that on or before April 17, 2008 defendant Robbins shall:

1. Show cause why the court should not grant this motion and hold him in contempt of court for his failure to file a response to the order entered on March 18, 2008 (Court Doc. No. 546).

2. File a response in compliance with the directives of the order entered on March 18, 2008 (Court Doc. No. 546).

Done this 8th day of April, 2008.

                                              /s/ Terry F. Moorer
                                             TERRY F. MOORER
                                             UNITED STATES MAGISTRATE JUDGE