IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motions for order of contempt filed by the plaintiff on April 7, 2008 (Court Doc. No. 560 and Court Doc. No. 561), and for good cause, it is

ORDERED that on or before April 17, 2008 defendant Hobbs shall:

1. Show cause why the court should not grant this motion and hold him in contempt of court for his failure to file responses to the orders entered on March 18, 2008 (Court Doc. No. 543 and Court Doc. No. 545).

2. File responses in compliance with the directives of the aforementioned orders.

Done this 8th day of April, 2008.

                                                       /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE