IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:06cv1133-MEF |
| § | |
| PRISON HEALTH SERVICES, INC.; § | |
| et al.; § | |
| § | |
| Defendants. § | |

## NOTICE OF FILING

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and in response to this Court's Order [Court Doc. No. 556], do hereby give notice of their filing of the affidavits of Dr. William D. Hobbs and Dr. Michael E. Robbins, setting forth a synopsis of their educational backgrounds and their training/experience in the treatment of hernias, in compliance with the directives of this Court's Order entered on March 28, 2008.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health
Services, et al.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 11th day of April, 2008, to:

    Mr. Marcellus Breach (#160710)
    LIMESTONE CORRECTIONAL FACILITY
    28779 Nick Davis Road
    Harvest, AL  35749

    The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL  36130-1501

    Philip G. Piggott, Esq.
    STARNES & ATCHISON, LLP
    P. O. Box 598512
    Birmingham, AL  35259-8512

    /s/ PAUL M. JAMES, JR. (JAM017)
    OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, (AIS # 160710) | * | |
| Plaintiff, | * | |
| V. | * | 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | * | |
| Defendants. | * | |

### SUPPLEMENTAL AFFIDAVIT OF MICHAEL E. ROBBINS, M.D.

BEFORE ME, __W. G. Rowell__, a notary public in and for said County and State, personally appeared **MICHAEL E. ROBBINS, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

In response to the Order on Motion (document 556), the following is a list of my education and training in the medical field:

- From 1977 thru 1981, I attended Medical School at the University of Virginia.

- From 1981 thru 1989, I did my Residency Training at various facilities including Pennsylvania State University, the University of Alabama at Birmingham, Harrisburg Hospital (Harrisburg, PA) and the Baptist Hospital System (Birmingham, AL).

- In 1979, I became certified by the American Board of Internal Medicine.

- In 1986, I became licensed to practice medicine in Alabama.

- From 1989 thru 2002, I was in Private Practice (Internal Medicine).

- From 2002 thru present, I have been employed with Corrections-based practices.

In response to the Order on Motion (document 556), the following is information relative to my qualifications and experience and in the medical field:

The pathogenesis (causes), evaluation of and treatment options for abdominal hernias are a routine part of medical training. Surgical rotations in particular provide experience in outpatient and inpatient evaluation of hernias as well as experience in assisting in the surgical repair where appropriate. As far as I am aware, every medical student who completes their program has such experience.

My residency training included rotations in outpatient clinics, emergency rooms, hospital wards, intensive care units, and operating rooms (all areas where hernias are routinely seen, evaluated, and/or treated). In the course of my training, I was involved in some capacity with the treatment of many hundreds of abdominal hernias. They are a very common condition. I have been involved with the treatment of and complications of abdominal hernias. Less often, but not rarely, I have evaluated and treated the complications of surgery done to repair hernias. Complications, which by definition, would not have occurred had surgery not been done. I have evaluated and recommended treatment for patients in whom surgical repair has failed for various reasons.

Since entering practice as a licensed physician, I have evaluated and recommended treatment for several thousands of abdominal hernias. I have recommended surgery for some and non-surgical management for others. Given the fact that abdominal hernias are so very common in the general population, I believe that any physician who has practiced general medicine for a similar length of time would have similar experience and expertise.

An abdominal hernia is simply an area of weakness in the abdominal wall. There can be many causes of this weakness with the most common cause being congenital (the patient is born with the condition). Treatment is straight forward and involves finding a method to reinforce or strengthen the weak area. Applying reinforcement with wraps, corsets, trusses, or even hand held pressure all work. Surgery reinforces the area of weakness with tissue which does no more or less than the other methods in terms of reinforcement.

It is my opinion based on my qualifications and experience that the majority of all abdominal hernias in the general population can be adequately and safely treated by non-surgical means.

Further affiant sayeth not.

*Michael E. Robbins M.D.*
MICHAEL E. ROBBINS, M.D.

STATE OF ALABAMA          )
                          )
COUNTY OF Montgomery      )
State At Large

    Sworn to and subscribed before me on this the ___10th___ day of ___April___, 2008.

_____
Notary Public
My Commission Expires:

___6/15/08___

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, (AIS # 160710) | * |
| Plaintiff, | * |
| V. | *   2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | * |
| Defendants. | * |

### SUPPLEMENTAL AFFIDAVIT OF WILLIAM D. HOBBS, M.D.

BEFORE ME, _Anna Talley_, a notary public in and for said County and State, personally appeared WILLIAM D. HOBBS, M.D., and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

In response to the Order on Motion (document 556), the following is a list of my education, training, and experience in the medical field:

- From 1962 thru 1965, I was involved in a Diploma Program, RN Degree in Flint, Michigan.

- I served in Vietnam from 1966 to 1968.

- From 1969 thru 1970, I attended Central Michigan University in Mt. Pleasant, Michigan and received my Bachelor of Science Degree.

- From 1970 thru 1972, I did a Graduate Study at Central Michigan University in Mt. Pleasant, Michigan.

- From 1972 thru 1975, I attended Medical School at Michigan State University in East Lansing, Michigan.

- From 1975 thru 1979, I did my Internship and Residency in OB/GYN. (I have had major surgical privileges since 1977.) I have extensive training in abdominal surgery including hernia repairs (Ventral, Inguinal, and Femoral).

- During 1980, I practiced OB/GYN, family medicine, and emergency medicine in Michigan.

- In 1981, I did Emergency Training at Cook County in Chicago, Illinois.

- From 1982 thru 1985, I continued to practice OB/GYN, family medicine, and emergency medicine in Michigan.

- From 1985 thru 1995, I practiced OB/GYN and emergency medicine in Miles City, Montana.

- From 1995 thru 1998, I practiced general medicine in Haiti, Belize, Jamaica, and Cuba.

- From 1998 thru 2003, I practiced at Outreach Clinic in Guyana, South America.

- From 2003 thru 2004, I did a Family Practice Residency in New Brunswick, Canada.

- From 2004 thru 2006, I was a general practitioner in New Brunswick, Canada.

- During 2006, I also practiced at Correctional Facility in the State of Tennessee.

- I became a licensed physician in the State of Alabama in 2006 and practiced medicine at several correctional facilities in Alabama during that time. I have served as the Site Medical Director for Limestone Correctional Facility in Harvest, Alabama since October of 2006.

Further affiant sayeth not.

_____
WILLIAM D. HOBBS, M.D.


STATE OF ALABAMA    )
                    )
COUNTY OF Limestone )

Sworn to and subscribed before me on this the 10th day of April, 2008.

_____
Notary Public
My Commission Expires: 2-16-2010

3