```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004722
Cashier ID: brobinso
Transaction Date: 04/14/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: MARCELLUS BREACH JR
 Case/Party: D-ALM-2-06-CV-001133-001
 Amount:         $40.00
------------------------------------
CHECK
 Check/Money Order Num: 4208
 Amt Tendered:   $40.00
------------------------------------
Total Due:       $40.00
Total Tendered:  $40.00
Change Amt:      $0.00
```