IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), | § § |
| Plaintiff, | § § |
| vs. | §  CIVIL ACTION NO. 2:06cv1133-MEF |
| | § |
| PRISON HEALTH SERVICES, INC.; et al.; | § § § |
| Defendants. | § |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and request this Court to grant an extension up to and including Monday, April 28, 2008, to respond to show cause Orders dated on or about April 8, 2008 [Court Doc. Nos. 562 and 563]. As grounds for this Motion, the Defendants state the following:

1. On April 8, 2008, this Court asked Defendants Robbins and Hobbs to show cause why certain motions filed by the Plaintiff should not be granted. Counsel for the Defendants has been working on the responses to these motions, but on Tuesday, April 15, 2008, counsel for the Defendants learned that he would have to travel to Minneapolis, Minnesota, for a deposition, which would take him out of the office for several days. The Defendants do not take "show cause" Orders lightly and would like to file a complete response to what these Defendants believe are frivolous motions by the Plaintiff.

2. The Plaintiff will not be prejudiced by this extension.

WHEREFORE, all premises considered, the Defendants respectfully request that the Court grant an extension up to and including Monday, April 28, 2008, in which to file responses to the Orders of April 8, 2008, and identified as Court Doc. Nos. 563 and 562.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, et al.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 16th day of April, 2008, to:

Mr. Marcellus Breach (#160710)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

Albert Sims Butler, Esq.
ALABAMA DEPARTMENT OF CORRECTIONS
P. O. Box 301501
Montgomery, AL  36130-1501

Philip G. Piggott, Esq.
STARNES & ATCHISON, LLP
P. O. Box 598512
Birmingham, AL  35259-8512

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL