IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for order filed by the plaintiff on November 30, 2007 (Court Doc. No. 286), in which the plaintiff requests issuance of an order finding that facts he has presented be considered true, and as such action is not appropriate under the circumstances of this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 17th day of April, 2008.

           /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE