IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file addendum filed by the plaintiff on April 16, 2008 (Court Doc. No.568), in which the plaintiff seeks to amend his motions for contempt filed on April 7, 2008 (Court Doc. No. 560 and Court Doc. No. 561), and for good cause, it is

ORDERED the motion for leave to file addendum be and is hereby GRANTED.

Done this 17th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE