IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Prison Health Services, Inc. ["PHS"] and the PHS defendants on April 16, 2008 (Court Doc. No.569), and for good cause, it is

ORDERED that defendants Robbins and Hobbs be GRANTED an extension from April 17, 2008 to and including April 28, 2008 to file responses to the show cause orders entered on April 8, 2008 (Court Doc. No. 562 and Court Doc. No. 563).

Done this 17th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE