IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike filed by the plaintiff on January 2, 2008 (Court Doc. No. 356), in which the plaintiff requests that the court strike the medical defendants' response to his motion for independent examination, and as the plaintiff presents no valid basis justifying such action, it is

ORDERED that this motion be and is hereby DENIED.

Done this 17th day of April, 2008.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE