IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike filed by the plaintiff on March 6, 2008 (Court Doc. No. 516), in which the plaintiff requests that the court strike responses to discovery filed by the defendants, and for good cause, it is

ORDERED that this motion be and is hereby DENIED to the extent not previously addressed by the orders of this court.

Done this 17th day of April, 2008.

　　　　　　　　　　　　　　　　　／s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE