IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

RECEIVED
2008 APR 18 A 9: 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARCELLUS BREACH, #160710

    Plaintiff,

                                                    *     CASE NO: 2:06-CV-1133-MEF

Vs.

                                                    *

PRISON HEALTH SERVICES, INC.,

                                                    *

    Defendants.

## MOTION TO COMPEL,

AND NOW, this 15TH Day of April 2008, plaintiff <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "Pro Se," respectfully moves this Court, as follows:

1.    Under <u>Rule 37(b)</u>:

    (a)    Defendant Lyrene failed to file a timely response upon order to do so: To issue sanctions or compel upon defendant for his intentional failure to comply with court order [Court Doc. No. 556].[1]

2.    Under <u>Rule 37(a)(2)</u>:

---

[1] Defendant did not respond as of April 15 2008. Defendant's date was set for **February 25, 2008.** Defendant did not request an enlargement of time. Plaintiff has not received Lyrene's respond. In the event that the Defendant did so file a response timely, Plaintiff did not receive his respond. Plaintiff would request that the Court compel ADOC to send him a true copy of their response to **Court Order 466**.

1

(a) To compel defendant George Lyrene to assert forth a synopsis of his educational background and his training and experience in the treatment of hernias as directed by the court.

(b) To require defendant to pay to plaintiff the reasonable expenses, including fees incurred in obtaining the relief requested herein.

3. Under *Rule 37(b)(2)*:

(a) To preclude defendants from asserting any objections to plaintiff's request for disclosure;

(b) To treat as a contempt of court the failure of defendant Lyrene to answer *Court Order Doc. No. 5561*, by a set date provided by the court;

(c) To decide all contested issues of fact embraced by plaintiff request for disclosure in favor of plaintiff;

(d) To strike all of defendant's defenses and to preclude defendant from introducing any evidence in support thereof;

(e) To enter a judgment by default on the issue of liability in favor of plaintiff and against defendant George Lyrene under *Courts I, II, III, IV, V and VI* of plaintiff's complain; and

(f) To require defendant George Lyrene to pay to plaintiff the reasonable expenses, including fees, incurred in obtaining the relief requested herein.

4.  Under *Rule 37(d):*

(a) To preclude defendants from asserting any objections to plaintiff's Interrogatories, Request for Production of Documents and Admission by date set by this court;

(b) To treat as a contempt of court the failure of defendant Lyrene to answer Court's Order Docket Numbers 556.

(d) To decide all contested issues of fact embraced by plaintiff's request for disclosure in favor of plaintiff;

(e) To strike all of defendant's defenses and to preclude defendant from introducing any evidence in support thereof;

(f) To require defendant to pay to plaintiff the reasonable expense, including fees incurred in obtaining the relief requested herein.

Done this 25th Day April 2008.

/s/ Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have this 16th Day of April 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
LEGAL DIVISION
P.O. Box 301501

Montgomery, Alabama 36101
Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101

Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

® _____
Marcellus Breach

Marcellus Breach 160210
Limestone C.F. D-68
28779 Nick Davis Rd
Harvest, AL 35749



HUNTSVILLE / HSV
AL 358 2 L
16 APR 2008 PM

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Clerk of Court
United States District Court
P.O. Box 711
Montgomery, AL
36101

36101+0711