IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710           *

     Plaintiff,                    *

                        *     CASE NO: 2:06-cv-1133-
MEF
Vs.
                        *

PRISON HEALTH SERVICES, INC., et. al.,
                        *

     Defendants.

## MOTION TO STRIKE and/or MOTION TO COMPEL WILLIAM E. HOBBS FOR MORE DEFINITE STATEMENT AND PRODUCE DOCUMENTS

**COMES NOW,** the Plaintiff *Marcellus Breach* (hereinafter "Plaintiff") in proper person "Pro Se," moves this Court to compel defendant William E. Hobbs to submit a supplement affidavit to this Court with accurate, detailed synopsis of his <u>alleged</u> educational background, training and experience in the treatment of hernias in compliance with the directives of this Court's Order entered on *March 28, 2006* [**Court Doc. No. 556**] for good cause and, Plaintiff states as follows:[1]

1.     Plaintiff ask that this Court Order William Hobbs to produce <u>a</u> "<u>medical license</u>" for good cause because he appears to be inclined to say whether he

---

[1] Upon information and belief William Hobbs was terminated on April 11, 2008 because he did not actually possess a medical licenses. Plaintiff needs to information to be confirmed.

actually has a medical license and what kind of license?  **He never said he obtained a medical license.** [*See, Notice of Filing, PHS, William Hobbs, April 11, 2008 Court Doc. No. N/A*]

*Introduction:*

Hobbs is definitely unreliable with very little quantifiable support for his conclusions. His background experiences are incongruous and unsupported with "a medical license". He never stated he actually received a medical license in any State.   This Court has a gate-keeping role to ensure that any and all scientific, medical testimony or evidence admitted is not only relevant, but reliable. *Duabert,* 509 U.S. 579 (1993).

Williams Hobbs cannot rely on these questionable experiences because he names no hospitals, medical clinics nor any American Boards of Certifications or Specialty he has or belong to.  The rule of law is, when a witness relies "solely on primarily on experience, then the witness "must" explain how that experience leads to the conclusion reached, why that experience is a sufficient basis for the opinion, and how that experience is reliably applied to the facts." Frazier, 387 F. 3d at 1261. Hobbs qualifications and experience are not sufficient to render his opinions reliable. Id.

1.    On *April 11, 2008* counsel submitted in his "Notice of Filings" an affidavit from defendant William E. Hobbs. [2] **[See, "PHS Medical Defendants "Notice of Filing" April 11, 2008 Court Doc. No. N/A]** Hobbs has attempted but very unsuccessful in providing a complete synopsis regarding his background education, training and experience in treatment of hernias.  Interesting, Hobbs appears to be a jake of all trades and a master of none *i.e., having a current medical license and board certified in an area of specialty.*    Hearsay says Hobbs was a "con-man" and evidence reflects Hobbs has listed multiple areas of medicine he claims to have training, experience but, failed to even demonstrate first, what state agency actually gave him a medical license?  His education is not complete and completely fails to disclose that he actually graduated from a recognized medical school and is a member of a medical society or medical board.

2.    Plaintiff argues that Hobbs credentials, curriculum vitas simply are not adding up and appears bogus and it is conspicuous that Hobbs has been contorted throughout his alleged mysterious career.  Plaintiff asserts that this

---

[2]   Plaintiff will not address defendant William Hobbs as a doctor until William Hobbs has satisfied that he **was in fact a licensed medical doctor**.  Plaintiff has learned throughout the prison that William Hobbs was terminated because he did not actually possess a medical licensed.

Court ought to find Hobbs education, training and experience is questionable and demands proof; it is suspicious that his background is inconsistence and does not reflect that he <u>has ever had a private practice in any area of medicine</u>, or employment in medicine is very inconsistent and very limited, he moves around from <u>state to state</u> never disclosing whether he <u>had a medical license in the states</u> he has named; alleged <u>practicing</u> is vague, and he disguises is beyond a questionable title, name title, is ill founded.    Plaintiff argues his background does not list one hospital, clinic in this Country and is too vague, plaintiff is requesting that this court order Hobbs to provide a more definite statement and "Produce" his "Medical License" basically, back up what he is alleging, *i.e.*, *names of hospital, clinics, city, private practice, medical license, ex certa.* [Id.]

3.    *First*, William Hobbs claimed that from 1962 thru 1965 he was "<u>involved</u>" in a Diploma Program, RN Degree in Flint, Michigan. [Id.]   He names no school or college, university; nor does he say he graduated and because a Nurse or, practiced Nursing.    Furthermore, what is more questionable is, **anyone can be "<u>involved</u>"** in a nursing program, but, did William Hobbs actually graduate in Nursing, and if so, did he practice Nursing as a "Registered Nurse" through a the Michigan State Board of Nursing? <u>Hobbs story is not adding up.</u>

4.    *Secondly*, Hobbs states, from 1969 thru 1970 he **"attended"** Central Michigan University in Mr. Pleasant, Michigan and received his Bachelor of

Science Degree. [Id.] The question is, did **Hobbs actually, "graduate"**? What filed of study did he supposable receive a Bachelor Degree? It can be anything, *i.e., Art, Communication, Physical Education, Criminal Justice ex certa.* Hobbs is disingenuous.

5.      Hobbs stated that from 1970 thru 1972 he did a Graduate Study at Central Michigan University in Mr. Pleasant, Michigan. [Id.]    Again, what kind of Graduate Study and he fails to actually say, that he "Graduated" from this "graduate study"; what area of study did he graduate is questionable. Plaintiff can say, he went to grad school, but did plaintiff actually receive his Masters? Hobbs is not adding up.

6.      Hobbs further states from 1972 thru 1975 he "**attended**" Medical School at Michigan State University in East Lansing, Michigan. [Id.] Plaintiff "attended" The University of Alabama, but plaintiff did not graduate.    The question is, did Hobbs actually graduate from medical school, anyone can "attend" medical school, enrolled or not enrolled --- we can attend but to graduate is the question. Next, what specific filed of medicine did he earn a graduate degree?

7.      Hobbs states from 1975 thru 1979 he did "**my**" Internship and Residency in OB/GYN. [Id.] What hospital, City and State did he do "My" alleged Internship and Residency? Hobbs does not provide a State he did this so called Internship; something is very wrong. Hobbs goes on to stay, "(I have had major

5

surgical privileges sine 1977) I have extensive training in abdominal surgery including hernia repairs (Ventral, Inguinal, and Femoral). [Id.]    What American Board of Surgeons does Hobbs belong to? When did he receive his surgical training at what hospital?    Hobbs has not; one time stated that he was board certified with any **American Board of Surgery, or Royal College of Surgeons** to perform such alleged numerous hernia operations and repairs is too questionable, not adding up.

8.    Hobbs goes on and states, during 1980 he practiced OB/GYN, family medicine, and emergency medicine in Michigan. [Id.] Once again, Hobbs has not disclosed what hospital; he did OB/GYN, family medicine, and emergency medicine in Michigan.  He names no city in Michigan, no medical clinic, no hospitals is questionable.  Hobbs just stated three (3) specific areas of medicine but yet to disclose a license, or board certification?

9.    Most interesting, Hobbs stated he practiced OB/GYN, family medicine, and emergency medicine in Michigan, but no licensed then he moves to Illinois and "did' Emergency Training at Cock County in Chicago.  Again, no license in either Illinois or Michigan.    What is more interesting, Hobbs left Chicago, Illinois without ever once stating what **state agency actually gave him a license in Chicago**, and Illinois: then he states he did "emergency training " in Chicago. What kind of emergency training, family medicine, and OB/GYN is three (3)

6

separate specific medical fields, he appears to be a medical genius but, produces no medical licenses or even state what Board he belongs too is vague, it can be any kind of training, also, did the Medical Board in Illinois actually give him a license and what he actually practicing medicine is questionable. He moves from one state to another without ever saying he has had a license.

10.    Next, Hobbs moves again, from 1995 thru 1998 he is in Miles City, Montana claiming to practice OB/GYN and emergency medicine without board certification and a medical license. However, never once did he disclose he was a physician as an OB/GYN board certified by the **American Board of Obstetricians and Gynecologists.** Never once did he say he was certified with the **American Board of Internal Medicine or Emergency Medicine**. He never named one hospital, a medical clinic, or even if he had a private practice but has been moving all around never having employment lest than two (2) years. He is in Montana in some small town, but never list one hospital he practiced at. This is too questionable.

11.    Next Hobbs runs out of the Country from 1995 thru 2006 he was some kind of medicine man in Haiti, Belize, Jamaica, Cuba, at some Outreach Clinic in Guyana, South American. But he only stated he "practiced" at Outreach Clinic, sounds like missionary work. He goes on further to state from 2003 thru 2004 he "did" Family Practice Residency in New Brunswick, Canada and from 2004 thru

2006 he was a general practitioner in New Brunswick, Canada. [Id.] Never once, did he state he was board certified in any specialty with any **American Board of General Practitioners, Family Medicine or Emergency Medicine** is just not adding up.

12.    Hobbs then returns to the United States and moves to the State of Tennessee and he stated he "practiced" "**at Correctional Facility**. [Id.] What are and what did he practice? Plaintiff ask what name of a "**Correctional Facility" in Tennessee**. He provides the Court with not one name of a **jail, mental health facility, or a state prison.** Also, he does not say what area of medicine he practiced. He could have been a General Dentist, Cardiologist, Prosthodontics, Holistic Medicine, Nurse, Surgeon, anything! **This is not adding up.**

13.    Hobbs basically admits he can't keep a job and moves around a lot to be a so-called "professional".    He stated, "During 2006 I practiced **at Correctional Facility** [no name of facility] in the State of Tennessee." [Id.] Then on page 3, he stated "I became a licensed physician in the State of Alabama in 2006 and practiced medicine at several correctional facilities in Alabama during that time. [Id.] Hobbs went to Tennessee in 2006 he got fired, or left, same year 206 he moved to Alabama was employed at **"some" type of jail surrounding, or prison up to October 1, 2006** because October 1, 2006 is when he became employed with PHS here at Limestone prison.    Therefore, he cannot maintain employment he

had at <u>least Three (3) jobs in some type of practice in less than Nine (9) months</u> is

not adding up.  Then, *April 11, 2008* upon information and belief Hobbs was

<u>"fired"</u> from CMS **not being employed for even Two (2) years is too**

**questionable**.

### ARGUMENT

Defendant William Hobbs was a "Con-Man".  Plaintiff just recently

learned and it has yet to be confirmed that Hobbs got fired because he <u>did not</u>

possess a "medical license".    Plaintiff respectfully request that this Court order

production of William Hobbs medical license for real good cause.

Assuming *arguendo* Hobbs was or even is currently licensed as an

"OB/GYN".  Where is his license and board certification?

Hobbs never once, stated <u>he has every, been board certified</u> by any

**American Board of Obstetricians and Gynecologists**.  Hobbs has listed several

area of a claimed practice is just unbelievable:

   (i)      **"Obstetrician and Gynecologist "OB/GYN" without board**
            **certification,**

   (ii)     **"General Practitioner" without board certification,**

   (iii)    **"Family Medicine, without board certification,**

   (iv)     **"General Medicine" without board certification,**

   (v)      **"Emergency Medicine" without board certification,**

(vi)   "Repairing Hernias" without a showing of Board Certification with the  American Board of Surgeons, and Royal College of Surgeons, a layman can clearly ascertain that he is, a con man!

Hobbs does not even disclose whether he is has an Alabama license from an Alabama agency allowing him to practice in "Correctional Medicine".  Hobbs has not disclosed what agency in Alabama gave him a license? He never once stated that **he has had a medical license in Michigan, Illinois, or Montana**, but claims he was a doctor in those States. [Id.]   Hobbs's out of the County experience means nothing because all is needed out of the Country is medical experience to do missionary work.  Missionary work is not considered in this case, without more employment, and ought not to be recognized in this Court.

Plaintiff has evidence, which will totally debunk Hobbs.  Plaintiff has evidence that Hobbs is not, consistent in his education, training and experience he has not been truthful with this Court or, he is too inconsistent.   Hobbs is not consistent and in plaintiff has evidence that Hobbs has testified to another Court he was practicing "**Trauma Surgery**" but never once, is he **Board Certified with the American Board of Surgeons, and Royal College of Surgeons**.  He names **not one hospital, clinic, he never had a private practice in any state.  He must produce a medical license!**

10

### *CONCLUSION*

Defendants are playing games with human life.   So far, at Limestone prison four (4) prisoners have died in less than three (3) months under the care of William Hobbs.    Several prisoners have been "butchered" by Hobbs experimenting on prisoners.     Until proven else wise, plaintiff strongly believes he was a "Con-Man" traveling for <u>state to state, county to county</u>, acting as a doctor without first ever obtaining a medical degree and obtaining a medical license and being board certification.  *Exhibit "A"* is a Supplemental Affidavit from Jackie Morrow explaining to this Court that Hobbs <u>did so, poured sugar</u> into his stomach resulting into six (6) additional corrective surgeries by a free world surgeon.      William Hobbs <u>has the audacity to even attempt to disagree</u> with a <u>Surgeon in this case</u>, writing extensive opinions without first <u>proving</u> he ever had a medical license, or was ever practicing at a hospital, or, ever being <u>board certified is not reliable testimony.</u>

For argument sake, plaintiff would like to present in the near future, an Article entitled: *"Sick On The Inside / Correctional HMO's and the coming prison plague"* by *Wil S. Hylton* a writer for the *G.Q. Magazine,* published Harper's *Magazine,* August 2003.

> On page 44, it states: Perhaps even more significantly, private companies such as CMS feel no responsibility, and have no legal obligation, to account to the public for what goes on inside their facilities.  So while CMS receives about $550 million of tax

payers money each year, the company chooses not to provide any accounting of how that money is spent or even how much of it is spent—and how much unspent" [ . . .] the fewer patients they treat, the more money they make" [I. d. at 49]

[ . . . ]

" " . . . Ken Fields, the spokesperson, called me back, and I mentioned my desire to visit, he didn't sound nearly as eager as I had hoped . . . he was willing to provide rudimentary statistics about the company, such as the total number of patients under CMS care, but would not described any company protocols or reveal how much money the company actually spends on patients, except to insist that, of the more than half a billion dollars that CMS receives in taxpayer money each year, . . . ." Although he was quick to claim that all CMS doctors and nurses are licensed in the states where they work, de dodged the question of how many have been suspended or had their licenses revoked in the past or in their states, insisting that the company is "not obligated" to reveal those statistic . . . . " [ Id. at 52]

[CMS] went to the Missouri state legislature and protected themselves.   They got a law passed expunging the records of physicians who are accused of malpractice in correctional facility. So no, anytime the medical board doesn't take action on an allegation they disappear it. . . . " [Id. at 45]

*WHEREFORE, premises considered,* Plaintiff respectfully request that William Hobbs basically provide the Court and Plaintiff with a Supplemental Affidavit explaining what Hospitals, City, State, Board Certification, and produce his medical license.  Hobbs must, back up what he has stated in this case, in the alternative Plaintiff moves this Court to immediately Strike each Affidavit presented by William Hobbs as unreliable testimony.

Done this 16th Day April 2008.

_(signature)_

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama   35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this 16th Day of April 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
**P.O. Box 301501**
**Montgomery, Alabama 36101**

**Rushton, Stakely, Johnston, Garrett, P.A**

**P.O. Box 270**
**Montgomery, Alabama 36101**

**Starnes & Atchison, LLP**
**100 Brookwood Place, 7th Floor**
**P.O. Box 598512**
**Birmingham, Alabama 35259-8512**

® _(signature)_

Marcellus Breach

13

Marcellus Breach 160910
Limestone C.F. D-68
28779 Nick Davis Rd
Harvest, AL 35749

HUNTSVILLE / HSV
AL 358 2 L
16 APR 2008 PM



This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

Clerk of Court

United States District Court
P.O. Box 711

Montgomery, AL
36101

36101+0711

MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS RE
HARVEST, ALABAMA    95749

Legal Corr

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA    36101





This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

———————————————————

MARCELLUS BREACH, #160710,          *

     Plaintiff,          *

                     *     CASE NO: 2:06-CV-1133-MEF

Vs.          *

PRISON HEALTH SERVICES, INC.,          *

     Defendants.          *

## DECLARATION BY JACKIE MORROW AIS, # 241677

*Personally* appeared this 12th Day of March, 2008, Jackie Morrow AIS# 241677 under 28 U.S.C. 1746 being duly deposed, sworn and says on oath the averments contained in the foregoing instrument are true to the best of his ability, information, knowledge and belief as follows:

"My name is Jackie Morrow.  I am familiar with the complaint filed by Marcellus Breach against Dr. William Hobbs. I am incarcerated at Limestone C.F., and I have been under the care of Dr. William Hobbs wherein, Dr. Hobbs did so perform surgery on me at the H.C.U. Unit here at Limestone in June 2007.

As stated in my previous Affidavit, and I have read Mr. Hobbs's Affidavit in this case, signed by Dr. Hobbs on September 12, 2007. (See attached) Case Styled: Marcellus Breach v. Prison Health Services, Inc., 2:06-cv-1133-MEF.

On page # 3 of Dr. Hobbs's Affidavit he states: "With respect to an incident involving inmate, Jackie Morrow, Mr. Morrow did have an infected incision due to a surgery performed by a surgeon prior to Mr. Morrow being transferred to Limestone Correctional Facility. Mr. Morrow's incision was infected and I did treat his incision, but my treatment did not cause gangrene or a [sic] infection. Mr. Morrow was also sent back to this surgeon for follow-up care and treatment of this infected incision." Id. @ 3, 4. ¶ 5.

This statement by Dr. Hobbs is incorrect. In regards to the infected incision as stated by Dr. Hobbs due to a surgery performed by a surgeon prior to Mr. Morrow being transferred to Limestone Corrections Facility" is incorrect.

The last surgery that was performed on me was in 2003, for a hernia by Dr. Katyal, M.D., a surgeon. I did not have any problems, whatsoever, from 2003 through 2007, up to Dr. Hobbs performing surgery on me. Secondly, A knot at this area begun to develop. Dr. Hobbs stated to me: "It is a stitch working it's way up". Dr. Hobbs told me that he wanted to cut it. I informed Dr. Hobbs that I have Muss (hernia patch) inside me due to hernia repair by my surgeon Dr. Katyal. Dr. Hobbs stated that must patches are below the belly button, and I informed him that my patch is above my belly button due to the type of hernia I had, that was correctly repaired without any complications.

Dr. Hobbs cut me in the same area where I had the hernia patch, and he cut into the hernia patch and he also cut on my small intestine.  Dr. Hobbs did so pour surgery into the incision where he was performing this surgery --- I was awake and witnessed him open a bag of sugar, get a cup, and then poured a unknown amount into the incision.

Dr. Hobbs left the incision open and then two days later he came back and sowed, stitched it back up.  At this time, the area where he performed surgery begun to leak, my intestinal bowels begun to come out into the very incision where Hobbs performed this surgery.  This area got infected; I was transported to Huntsville Hospital, and seen by my surgeon, Dr. Katyal who examined the infection and instructed that I am returned two weeks later.  Dr. Katyal wrote a prescription with orders for medical to follow containing antibiotics and pain medication.  Medical did not transport me back to my doctor appointment with Dr. Katyal, and when the did, it was two (2) weeks late, and I was in worse condition that my infection got worse, and Dr. Katyal scheduled surgery immediately.  I went under approximately six (6) corrective surgeries in the very same area that Dr. Hobbs had performed.

Dr. Katyal, my surgeon was highly upset that Dr. Hobbs had made an incision on his earlier work being the hernia repair.  Dr. Katyal personally told me: "Dr. Hobbs messed you up, he had no business messing with any of your prior surgical area."  Dr. Hobbs had all of my medical files and Dr. Katyal asked me, "Why didn't Dr. Hobbs get

in touch with me before he made any decision to perform surgery?" I responded, "You have to talk with Dr. Hobbs".

I am a witness that Dr. Hobbs's Affidavit is not founded on truth. Dr. Hobbs performed surgery on me when I specially told him that I did not want him to cut on me in any shape, form or fashion. Dr. Hobbs told me to be quite, lie down, and when on and did what he did, without my permissions. I have contacted my Attorneys; they have consulted with Dr. Katyal and they are well aware of what happened and Dr. Hobbs will be facing further litigation against him and Prison Health Services. Inc., and Correctional Medical Services.

I affirm that the foregoing is true and correct under the penalty of perjury. 28 U.S.C. 1746. This 13th Day March, 2008.

Jackie Lynn Morrow 241677