IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the request filed by the plaintiff on April 18, 2008 (Court Doc. No. 576), which the court construes as a motion to re-open discovery, and as such action is not warranted in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 18th day of April, 2008.

                    /s/ Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES MAGISTRATE JUDGE