IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on April 18, 2008 (Court Doc. No. 577), and in light of the response filed by defendant Lyrene on April 3, 2008 (Court Doc. No. 558), it is

ORDERED that the motion to compel be and is hereby DENIED. It is further

ORDERED that on or before April 28, 2008 counsel for defendant Lyrene shall provide the plaintiff with a copy of the April 3, 2008 response and attached exhibits.

Done this 18th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE