IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to strike filed by the plaintiff on April 18, 2008 (Court Doc. No. 578), in which the plaintiff requests that the court strike from the record the response addressing reviewed materials filed by defendant Hobbs on April 10, 2008 (Court Doc. No. 565), and as such action is not warranted, it is

ORDERED that the motion to strike be and is hereby DENIED.

Done this 18th day of April, 2008.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE