IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on April 18, 2008 (Court Doc. No. 579), in which the plaintiff requests that defendant Hobbs be compelled to file a supplemental affidavit regarding his medical education/licensing, and for good cause, it is

ORDERED that the aforementioned motion to compel be and is hereby GRANTED. It is further

ORDERED that on or before May 6, 2008 defendant Hobbs shall file a supplement to his affidavit which:

1. Identifies (i) the institution of higher education where he obtained his medical degree, (ii) those states/countries in which he obtained a medical license, and (iii) any board certifications he has received.

2. Contains a copy of his license to practice medicine issued by the State of Alabama.

Done this 18th day of April, 2008.

       /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE