IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

## MOTION TO RE-OPEN DISCOVERY FOR PURPOSES TO FILE SUBPOENA DUCES TECUM UPON NON-PARTY

**COMES NOW**, the Plaintiff Marcellus Breach (hereinafter "Plaintiff") in proper person "Pro Se", pursuant to _Rule 45(a), Federal Rules of Civil Procedures_ request that this Court for good cause re-open discovery that Plaintiff may file _subpoena duces tecum_ upon the **Alabama Board of Medical Examiners** and upon **Charles Page, Jr., Circuit Court Clerk for Limestone County, Alabama**. In further support Plaintiff states as follows:

1. _Upon information and belief,_ there is a serious matter before this Court pertaining to defendant William E. Hobbs and counsel representing him. First, on _April 11 2008,_ William Hobbs was fired from his position as doctor and

medical director for Correctional Medical Services at Limestone Correctional Facility, Harvest, Alabama.

2.    Since Hobbs immediate termination, Plaintiff has learned that Hobbs was terminated because he did not actually possess a **"medical license"**. If so, then, perjury, and numerous ethical violations would have willingly been practiced before this Court. Perjurious Affidavits, misrepresented facts before this Court when due diligence would have uncovered whether Hobbs has a medical license.

3.    Plaintiff request in the interest of justice, and the truth that this Court re-open discovery that plaintiff may file a subpoena to the **Alabama Board of Medical Examiners** for production of William E. Hobbs's license and other matters germane to suspension, and revocation of any other license. Plaintiff recently learned that William Hobbs as never been a licensed "OB/GYN " and has never or, was not practicing medicine legally.

4.    Plaintiff also request to file a Subpoena to the Circuit Court Clerk's Office of Limestone County, Alabama for production as to whether William Hobbs has a license on file in accordance with Alabama law.

5.    Plaintiff upon information and belief believes that Hobbs was issued a limited, license in "institutional medicine" but, upon information and belief Hobbs was terminated because he did not actually posses a "medical license" in the State of Alabama and has never been a surgeon, or OB/GYN, or family

practitioner, emergency medicine, trauma surgeon, general practitioner, and the list goes on and on.

[1]*Plaintiff, upon information and belief* believes that William Hobbs has not or actually attended / neither completed medical school, nor did he attend nursing school as his self-proclaimed practice. Plaintiff request Discovery to ascertain the truth about William E. Hobbs because such could result into the biggest fraud upon this Court. If Hobbs did not have a "**medical**" license he has committed a Class "C" felony.

**WHEREFORE,** *premises considered*, plaintiff moves this Court in the interest of justice re-open discovery or, grant what this Court deems appropriate to the determination of whether Hobbs actually possessed a license to practice medicine.

Done this 17th Day April 2008.

/s/ Marcellus Breach

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama  35749

---

[1] Only after Discovery can the actual truth come forward about William Hobbs. Plaintiff does not know for sure but he is hearing medical personnel speak that Hobbs did not have a license and was fired. It is interesting, that Hobbs was fired on a Friday, and on the following Monday, a new doctor has taken his place demonstrates that defendants knew that something was not right with Hobbs.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this 18th Day of April 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
P.O. Box 301501
Montgomery, Alabama 36101

**Rushton, Stakely, Johnston, Garrett, P.A**
P.O. Box 270
Montgomery, Alabama 36101

**Starnes & Atchison, LLP**
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

_____
Marcellus Breach

EDDIE McCall 213160
Limstone C.F.
28779 Nick Davis Rd
Harvest, AL 35749

This correspondence is forwarded from an Alabama State Prision. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

HUNTSVILLE / HVS
AL 358 2 T
18 APR 2008  PM



Clerk of Court
United States District Court
P.O. Box 711
Montgomery, Al
36101

36101+0711