IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to re-open discovery filed by the plaintiff on April 21, 2008 (Court Doc. No. 586), and in light of the order entered by the court on April 18, 2008 (Court Doc. No. 585) requiring production of requisite information from defendant Hobbs, it is

ORDERED that the motion to re-open discovery be and is hereby DENIED.

Done this 22nd day of April, 2008.

                        /s/ Terry F. Moorer
                      TERRY F. MOORER
                      UNITED STATES MAGISTRATE JUDGE