IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for more definite statement filed by the plaintiff on April 23, 2008 (Court Doc. No.590), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that on or before May 8, 2008 defendant Robbins shall file a supplemental response which identifies (i) the date he graduated from medical school, (ii) the institution of higher education from which he obtained his medical degree, (iii) the date he became certified in internal medicine, (iv) the date he first became licensed to practice medicine, (v) the date of his initial license to practice medicine in the State of Alabama, and (vi) whether he is currently licensed to practice medicine in this state.

Done this 24th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE