IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for production of documents filed by the plaintiff on April 23, 2008 (Court Doc. No.590), in which the plaintiff appears to seek copies of degrees, medical licences and various board certifications obtained by defendant Robbins, and as the production of such documents is not necessary to the disposition of the issue pending before this court, it is

ORDERED that this motion be and is hereby DENIED

Done this 24th day of April, 2008.

                                           /s/ Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES MAGISTRATE JUDGE