IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on April 28, 2008 (Court Doc. No. 599), which the court construes to contain a motion to strike the reviewed materials filed by defendant Hobbs, and as the defendant submitted such documents in response to a discovery request filed by the plaintiff, it is

ORDERED that the motion to strike be and is hereby DENIED.

Done this 29th day of April, 2008.

      /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE