IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

The court has thoroughly reviewed each of the responses to discovery/responses to motions seeking action by the court with respect to discovery matters filed by the defendants. Upon such review, and for good cause, it is

ORDERED that *all* outstanding motions filed by the plaintiff relative to discovery, including motions to produce, motions for production of documents, motions for contempt, motions to compel and motions for sanctions, be and are hereby DENIED.[1]

Done this 29th day of April, 2008.

       /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants Hobbs and Robbins are advised that responses to the directives contained in the orders entered on April 18, 2008 (Court Doc. No. 585) and April 24, 2008 (Court Doc. No. 595) remain due within the times prescribed by each order.