IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH (AIS # 160710),    )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )    CIVIL ACTION NO.
                                     )    2:06-cv-1133-MEF
CORRECTIONAL MEDICAL                 )
SERVICES, INC., ET AL,               )
                                     )
        Defendants.                  )
                                     )

## RESPONSE TO COURT ORDER OF APRIL 18, 2008 (DOC. NO. 585)

COMES NOW the Defendant, William D. Hobbs, M.D., and in compliance with this Court's Order of April 18, 2008 (Doc. No. 585), files the attached Supplemental Affidavit which includes information regarding the institution of higher education where Dr. Hobbs obtained his medical degree; the states/counties in which Dr. Hobbs has obtained a medical license; and any Board-certifications that Dr. Hobbs has received. Also attached to the Affidavit is a copy of Dr. Hobbs' license to practice medicine, issued by the State of Alabama.

                                    s/Philip G. Piggott
                                    PHILIP G. PIGGOTT
                                    ASB-4379-P67P
                                    E-mail: pgp@starneslaw.com

                                    WILLIAM ANTHONY DAVIS, III
                                    ASB-5657-D65W
                                    E-Mail: wad@starneslaw.com

{B0841865}

Starnes & Atchison LLP

100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorneys for Correctional Medical
Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Paul M. James, Jr. Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101-0270

and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Marcellus Breach
AIS #160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

Albert Sims Butler, Esq.
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB-4379-P67P
E-mail: pgp@starneslaw.com

{B0841865}

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH (AIS#160710),    )
                                  )
      Plaintiff ,                 )
                                  )
vs.                               )
                                  )        CIVIL ACTION NO.
                                  )        2:06-cv-1133-MEF
CORRECTIONAL MEDICAL              )
SERVICES, INC., ET AL,            )
                                  )
      Defendants .                )
                                  )

### SUPPLEMENTAL AFFIDAVIT OF WILLIAM D. HOBBS, M.D.

STATE OF ALABAMA    )

LIMESTONE COUNTY   )

Before me, the undersigned authority, in and for said county and state, personally appeared William D. Hobbs, M.D., who, after being duly sworn by me under oath, deposes and states as follows:

1.    My name is William D. Hobbs. I am over the age of nineteen (19) years and have personal knowledge of all matters stated herein.

2.    I am a medical doctor and have been a licensed physician in the State of Alabama since 2006. A copy of my current medical license to practice medicine, issued by the State of Alabama, is attached hereto as Exhibit A.

3.    I graduated from the College of Human Sciences from the medical school of Michigan State University in East Lansing, Michigan, in 1975.

4.    I have held a license to practice medicine in the states of Alabama, Michigan, Montana and Tennessee as well as New Brunswick, Canada, and Guyana.

5.    I have not held any Board certifications.

FURTHER AFFIANT SAITH NOT.

Dated this the *25* day of *April*, 2008.

_William D. Hobbs, M.D._
William D. Hobbs, M.D.

STATE OF ALABAMA          )
*Limestone*      COUNTY    )

I *Birie Pue Pressnell* in and for said county and state, hereby certify that William D. Hobbs, M.D., whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

Given under my hand the seal of this *25* day of April, 2008.

_Birie Pue Pressnell_
NOTARY PUBLIC

My commission expires:
October 15, 2008

My Commission Expires: _October 15, 2008_

{B0839826}

**ALABAMA MEDICAL LICENSURE COMMISSION**
P.O. BOX 887
MONTGOMERY, ALABAMA 36101-0887

**CERTIFICATE OF REGISTRATION**
**2008**

This is to certify that annual registration has been made
and license to practice medicine in the State of Alabama
has been granted for the year ending December 31, 2008

License # MD.27666                     Amount Paid: $300
Date Issued: 08/24/2006                 Receipt # 748449

William Douglas Hobbs  MD
Post Office Box 148
26562 Veto Road
Elkmont, Alabama 35620-0148

*CHAIRMAN*

**Detach along this line**

ALABAMA MEDICAL LICENSURE COMMISSION
William Douglas Hobbs  MD
Post Office Box 148
26562 Veto Road
Elkmont, Alabama 35620-0148

Is entitled to practice medicine in
Alabama.  Registration expires
December 31, 2008

LICENSE#  MD.27666     *CHAIRMAN*

STATE OF TENNESSEE
DIVISION OF HEALTH RELATED BOARDS

| EXPIRATION DATE | LICENSE NO. | RENEWAL NO. |
|---|---|---|
| 03/31/2010 | MD0000040444 | 720245 |

THIS IS TO CERTIFY THAT:
**WILLIAM D HOBBS  MD**
IS A DULY LICENSED
**MEDICAL DOCTOR**
IN THE STATE OF TENNESSEE AS REQUIRED BY THE
TENNESSEE CODE ANNOTATED.



ASSISTANT  COMMISSIONER                    SIGNATURE
BUREAU OF HEALTH LICENSURE & REGULATION

---

**ALABAMA MEDICAL LICENSURE COMMISSION**
**William Douglas Hobbs  MD**
**Post Office Box 148**
**26562 Veto Road**
**Elkmont, Alabama 35620-0148**

**Is entitled to practice medicine in**
**Alabama.  Registration expires**
**December 31, 2008**                    CHAIRMAN
**LICENSE#  MD.27666**

---

STATE OF MICHIGAN - DEPARTMENT OF COMMUNITY HEALTH
BOARD OF MEDICINE
PHYSICIAN
LICENSE

WILLIAM D HOBBS MD
PO BOX 148
ELKMONT  AL  35620

PERMANENT I.D. NO.          EXPIRATION DATE
4301040535  01/31/2011  2081366