IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, | ) | |
| AIS #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH | ) | |
| SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ADOC DEFENDANTS' REQUEST ADDITIONAL TIME TO RESPOND TO THIS COURT'S ORDER (DOC.#564)

Come now the ADOC Defendants, by and through the undersigned counsel, and request that they be allowed additional time to respond to this Court's Order, Docket # 564, and as support would state as follows:

1. That a request from Ruth Naglich, Associate Commissioner for ADOC over Health Services, for a search, and in fact, if found, copies supplied thereof, of the two documents addressed in this Court's Order, Docket # 564, was mailed to Warden Coates at the South Louisiana Correctional Facility in Basile, Louisiana, on April 22, 2008. (Exhibit "A").

2. Unknown to ADOC at that time, Warden Coates is no longer the Warden at South Louisiana Correctional Facility. He is now the General Manager for LCS in Louisiana and did not receive the original request. That on April 29, 2008, ADOC talked to Mr. Coates and re-sent the request by facsimile.. (Exhibit "B").

3. That on April 30, 2008, Mr. Coates requested additional time to determine if the requested documents existed due to the fact that when an Alabama inmate leaves their custody, all of his records are packed and placed in storage at a facility other than South Louisiana Correctional Facility. Mr. Coates stated that they needed the additional time to get the records out of storage and go through them.

4. The ADOC Defendants do not believe that an extension of ten days to respond to Order #564 will prejudice the Plaintiff.

Wherefore the premises considered, the ADOC Defendant pray this Honorable Court to grant a ten (10) day extension to respond to Order #564.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-4859

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett
Attorney for the PHS Defendants
P. O. Box 270
Montgomery, Alabama 36101-0270

Phil Piggott, Esq.
Starnes & Atchison, LLP
Attorney for the CMS Defendants
P. O. Box 598512
Birmingham, Alabama 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

_/s/ Albert S. Butler_
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General




## *State of Alabama*
## *Alabama Department of Corrections*

| | | |
|---|---|---|
| Bob Riley<br>Governor | 301 South Ripley Street<br>P. O. Box 301501<br>Montgomery, AL 36130 | Richard F. Allen<br>Commissioner |

April 22, 2008

Warden Gary Copes
South Louisiana Correctional Center
3843 Stagg Avenue
Basile LA  70515

Re:    Marcellus Breach ADOC Inmate -AIS#160710

Dear Warden Coates:

Alabama Department of Corrections (ADOC) inmate Marcella Breach, AIS# 160710 was in the custody of LCS and housed at South Louisiana Correctional Center (SLC) from March 20, until October 6, 2006. Inmate Breach was returned to the ADOC on October 6, 2006 and processed at Kilby Correctional Center.

To insure the ADOC is in possession of all documents related to inmate Breach's records of incarceration to include all written grievances, medical records, supporting reports and accounts, the ADOC is requesting an additional search for any documentation that may still be in LCS possession related to inmate Breach's incarceration at SLC. The search and potential retrieval of such documents should include any copies or records of faxed documents to my office should they exist, related to inmate Breach's medical care. Specifically, the ADOC would like to confirm the existence and receive copies of the front and back of an alleged grievance filed by this inmate on June 26, 2006, a report faxed to Ruth Naglich on July 10, 2006 and all medical records for inmate Breach whether or not previously produced, and any documents, memo reports, notes, grievances forms or request that was related to any medical treatment or the denial of any medical treatment of Marcellus Breach's hernia.

Should LCS discover any additional documents that have not already been submitted to ADOC upon his transfer back to Alabama, we are requesting that copies of these documents be faxed to my office at (334) 353-3967, or submitted to Mr. Al Butler, JD, ADOC Counsel at 301 South Ripley Street, Montgomery AL, 36140, as soon as possible.

Alabama Department of Corrections
Telephone (334) 353-3883                    Fax (334) 353-3967

- 1 -



If LCS does not possess any of these requested documents, the ADOC is respectfully requesting a written statement to confirm there are no further documents in existence related to the specific request. This statement may be faxed to the fax number previously referenced. Do not hesitate to contact me at (334) 353-3887 should you require any further information or clarification. Thank you for your time and consideration in this matter.

Sincerely,
Ruth Naglich

Associate Commissioner
Alabama Department of Corrections

```
                JOB STATUS REPORT

                                    TIME  : 04/29/2008 17:40
                                    NAME  :
                                    FAX#  :
                                    TEL.# :
                                    SER.# : 007080917


  DATE,TIME              04/29  17:39
  FAX NO./NAME           813374325497
  DURATION               00:00:30
  PAGE(S)                03
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```



### State of Alabama
### Alabama Department of Corrections

301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130

BOB RILEY
GOVERNOR



RICHARD F. ALLEN
COMMISSIONER

# FAX COVER SHEET

FAX TO: Mr. Gary Copes, LCS General Manager

PHONE NO.: 332-432-5497

FROM: Ruth Naglich, ADOC

DATE: 4/29/08

NO. PAGES: 3 Including Cover Sheet

COMMENTS: Thank you for time and

DEFENDANT'S EXHIBIT B




# *State of Alabama*
## *Alabama Department of Corrections*

Bob Riley
Governor

301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130

Richard F. Allen
Commissioner

April 22, 2008

Warden Gary Copes
South Louisiana Correctional Center
3843 Stagg Avenue
Basile LA 70515

Re:   Marcellus Breach ADOC Inmate -AIS#160710

Dear Warden Coates:

Alabama Department of Corrections (ADOC) inmate Marcella Breach, AIS# 160710 was in the custody of LCS and housed at South Louisiana Correctional Center (SLC) from March 20, until October 6, 2006. Inmate Breach was returned to the ADOC on October 6, 2006 and processed at Kilby Correctional Center.

To insure the ADOC is in possession of all documents related to inmate Breach's records of incarceration to include all written grievances, medical records, supporting reports and accounts, the ADOC is requesting an additional search for any documentation that may still be in LCS possession related to inmate Breach's incarceration at SLC. The search and potential retrieval of such documents should include any copies or records of faxed documents to my office should they exist, related to inmate Breach's medical care. Specifically, the ADOC would like to confirm the existence and receive copies of the front and back of an alleged grievance filed by this inmate on June 26, 2006, a report faxed to Ruth Naglich on July 10, 2006 and all medical records for inmate Breach whether or not previously produced, and any documents, memo reports, notes, grievances forms or request that was related to any medical treatment or the denial of any medical treatment of Marcellus Breach's hernia.

Should LCS discover any additional documents that have not already been submitted to ADOC upon his transfer back to Alabama, we are requesting that copies of these documents be faxed to my office at (334) 353-3967, or submitted to Mr. Al Butler, JD, ADOC Counsel at 301 South Ripley Street, Montgomery AL, 36140, as soon as possible.

Alabama Department of Corrections
Telephone (334) 353-3883          Fax (334) 353-3967
- 1 -

If LCS does not possess any of these requested documents, the ADOC is respectfully requesting a written statement to confirm there are no further documents in existence related to the specific request. This statement may be faxed to the fax number previously referenced. Do not hesitate to contact me at (334) 353-3887 should you require any further information or clarification. Thank you for your time and consideration in this matter.

Sincerely,
Ruth Naglich

Associate Commissioner
Alabama Department of Corrections