IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the correctional defendants on May 1, 2008 (Court Doc. No. 604), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the aforementioned defendants are GRANTED an extension from April 30, 2008 to and including May 12, 2008 to file a response in compliance with the directives of the memorandum opinion and order entered on April 8, 2008 (Court Doc. No. 564).

Done this 1st day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE