IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.                              *  CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

### NOTICE OF PLAINTIFF'S INTENT TO REQUEST SANCTIONS

**AND NOW**, this 28th Day of April 2008, Plaintiff is hereby filing his notice of intent to request severe sanctions upon the following for just cause:

[1]TO: **Philip G. Piggott & William Anthony Davis, III**
Counsel for CMS & William Hobbs
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

**Paul McGee. James, Jr., (0017)**
Counsel for PHS & William Hobbs
P.O. Box 270
Montgomery, Alabama 36101-0270

RE: Rule 11, Motion for Sanctions.
Defendant William Douglas Hobbs,

---

[1] Attorney Paul M. James, Jr., (0017) did so, intentionally, knowingly represented withheld evidence that William Hobbs is not, was not a registered licensed physician in the Court of law, submitting a mountain of pleadings, and affidavits purported the Hobbs is a license physician when in fact Hobbs was not without due diligence.

1

Criminal Offense: Practicing Medicine Without A License. § 34-24-51, Code of Alabama, 1975
<u>**License No# 00027666**</u>, *Alabama Medical Licensure Commission*
# Expired December 31, 2006.

**YOU ARE HEREBY NOTIFIED**, that on the 21st Day of filing this Notice all parties are on notice that the below mentioned issues ought to be <u>retracted immediately</u>, otherwise action will be taken.

Plaintiff identifies the areas of fraud, misrepresentation, unethical practices, dishonesty, participation in criminal conduct, intentional nondisclosure of material facts; fraud on the court; obstruction of justice, perjury, slander, *ex creta*.

Counsel for CMS is on notice, in reference to the Affidavit submitted by you in behalf of defendant William Hobbs in your **Answer and Special Report filed in this case;** William Hobbs **did not**, posses a valid registered "medical license" on <u>December 31, 2007</u> the date he signed his affidavit submitted by your office – stating:

> "My name is William Hobbs . . . I <u>am a medical doctor</u> and <u>have been a licensed physician</u> in that State of Alabama since 2006."
> *Id. at. 2. ¶ 2.*

<u>William Hobbs's license was expired on December 31, 2006</u>. You are put on notice.

2

Counsel for PHS, Paul M. James, Jr., has filed several Affidavits in behalf of William Hobbs. Counsel knew Hobbs was engaged in criminal activity committing a Class "C" felony of to-wit: *Practicing Medicine Without a License"* § 34-24-51, Code of Alabama, 1975. You are put on notice. As of **December 31, 2006** thru **April 27, 2008,** Hobbs did not possess a valid registered medical license in the County for Limestone, Alabama.

You are hereby notified.

This 28th Day April 2007.

*/s/ Marcellus F. Breach*
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama   35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this 28th Day of April 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
P.O. Box 301501
Montgomery, Alabama 36101

**Rushton, Stakely, Johnston, Garrett, P.A**
P.O. Box 270
Montgomery, Alabama 36101

**Starnes & Atchison, LLP**
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

**Alabama State Bar**
**Disciplinary Commission**
P.O. Box 671
Montgomery, AL 36101-0671

® _____
Marcellus Breach

4

Case 2:06-cv-01133-MEF-TFM   Document 610   Filed 05/01/2008   Page 5 of 5

MARCELLUS BREACH 160710
Limestone CF / Dorm D
28779 Nick Davis Road
Harvest, AL 35749-7009

HUNTSVILLE / HVS
AL 358 1 T
29 APR 2008 PM



This correspondence is forwarded from
an [illegible] The [illegible]
D[illegible] from the Alabama
D[illegible] C[illegible] is not
resp[illegible] for content
of the enclosed communication

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA  36101

36101+0711