IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

On May 1, 2008, the plaintiff filed a motion for sanctions (Court Doc. No. 606) in which he seeks issuance of monetary sanctions against defendant Hobbs for this defendant's alleged failure to hold a medical license from January 1, 2007 until the present date. The plaintiff also requests that the court strike any opinions presented herein by defendant Hobbs due to this alleged lack of a medical license. The court therefore construes this document to likewise contain a motion to strike.

Attached to the response filed by defendant Hobbs on April 29, 2008 is a copy of Hobbs' "license to practice medicine in the State of Alabama" issued on August 24, 2006 and expiring on December 31, 2008. *Court Doc. No. 603-2*. In light of the foregoing, it is

ORDERED that the motion for sanctions and motion to strike be and are hereby DENIED.

Done this 2nd day of May, 2008.

      /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE