IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

On May 1, 2008, the plaintiff filed a motion for leave to file an amended complaint (Court Doc. No. 607) in which he seeks to amend his complaint based on the alleged failure of defendant Hobbs to hold a medical license from January 1, 2007 until the present date. Attached to the response filed by defendant Hobbs on April 29, 2008 is a copy of Hobbs' "license to practice medicine in the State of Alabama" issued on August 24, 2006 and expiring on December 31, 2008. *Court Doc. No. 603-2.* In light of the foregoing, it is

ORDERED that the motion for leave to amend be and is hereby DENIED.

Done this 2nd day of May, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE