IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

On May 1, 2008, the plaintiff filed a motion for relief from judgment under Rule 60(b), *Federal Rules of Civil Procedure*, in which he seeks relief from both the Recommendation entered on October 31, 2007 that his application for preliminary injunction be denied and previous orders denying motions for independent physical examinations. The plaintiff bases these requests for relief on the alleged failure of defendant Hobbs to hold a medical license from January 1, 2007 until the present date. Neither the Recommendation nor the orders from which plaintiff seeks relief are final judgments. Consequently, Rule 60(b) provides no basis for relief. The court therefore construes the motion for relief from judgment as a motion for reconsideration. The plaintiff also requests that the court strike the affidavits presented herein by defendant Hobbs due to the aforementioned alleged lack of a medical license. Thus, the court construes this document to likewise contain a motion to strike.

Attached to the response filed by defendant Hobbs on April 29, 2008 is a copy of

Hobbs' "license to practice medicine in the State of Alabama" issued on August 24, 2006 and expiring on December 31, 2008. *Court Doc. No. 603-2*. In light of the foregoing, it is

ORDERED that the motion for reconsideration and motion to strike be and are hereby DENIED.

Done this 2nd day of May, 2008.

          /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE