IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On May 1, 2008, the plaintiff filed a motion for order that facts be taken as established/admitted in which he requests that only those facts favorable to his case contained in affidavits filed by defendant Hobbs be accepted and established. The plaintiff argues he is entitled to such relief due to the alleged failure of defendant Hobbs to hold a medical license from January 1, 2007 until the present date. Attached to the response filed by defendant Hobbs on April 29, 2008 is a copy of Hobbs' "license to practice medicine in the State of Alabama" issued on August 24, 2006 and expiring on December 31, 2008. *Court Doc. No. 603-2*. In light of the foregoing, it is

ORDERED that the motion for order be and is hereby DENIED.

Done this 2nd day of May, 2008.

　　　　　　　　　　　　　　　　　　　／s／ Terry F. Moorer
　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE