IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710,         )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )    CASE NO. 2:06-CV-1133-MEF
                                   )
PRISON HEALTH SERVICES, et al.,    )
                                   )
        Defendants.                )

**ORDER ON MOTION**

Upon consideration of the motion for amendment to court order filed by the plaintiff

on May 2, 2008 (Court Doc. No. 611), and for good cause, it is

ORDERED that:

1.  This motion be and is hereby GRANTED.

2.  On or before May 16, 2008, defendant Robbins shall file a copy his current

Alabama medical license.

3.  Defendant Robbins be GRANTED an extension from May 8, 2008 to and

including May 16, 2008 to file a response in compliance with the directives of the order

entered on April 24, 2008 (Court Doc. No. 595).

Done this 2nd day of May, 2008.


                        /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE