IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

## MOTION TO COMPEL ADOC TO FORWARD THEIR PLEADING DOC. NO. 558

**COMES NOW**, Plaintiff <u>Marcellus Breach</u> (hereinafter "Plaintiff") request that this court as ordered, **Doc. # 582**, to compel ADOC defendants to immediately forward to plaintiff a true copy of George Lyrene's response and exhibit filed on <u>April 3, 2008</u>, as ordered by the court.

1.[1]    This court recently denied "*all*" plaintiff outstanding motions relative to discovery. Is this Court going to deny plaintiff request to strike William Hobbs's affidavits when evidence is before it that William Hobbs did not, at the time of this litigation <u>possess a valid Alabama medical license</u>. To do so, would create a

---

[1] Plaintiff argues for this Court to entertain William Hobbs's defenses, objections, Affidavits when Hobbs has committed perjury, not having a valid medical license is prejudice, bias and plaintiff objects to illegal, unethical practices, conduct demonstrated in this case. Plaintiff objects to affidavits being submitted by William Hobbs, Hobbs does not have a "medical license".

miscarriage of justice and illegal evidence in the Record from a non-licensed medical doctor. This Court has yet to correct the dishonest conduct, perjurious affidavits, and basically flat out lies by William Hobbs. This Court order ADOC defendants on *April 18, 2008*, to forward plaintiff with a copy of George Lyrene's response and exhibit filed on April 3, 2008, [*Court Doc. No. 558*]. Plaintiff does not, has not, received Lyrene's response and without, plaintiff cannot challenge Lyrene's qualifications denies him fundamental fairness and the Rules of Civil Procedures, provide that all parties must be served with a copy of all pleadings filed with the Court.

2. PHS counsel on *April 28, 2008*, submitted and continues to argue Hobbs medical treatment in his affidavits: but, they have yet, never once disclosed to this court Hobbs did not have a medical license is prejudice for this court to basically take sides, [*Court Doc. No. 600*] when in fact, plaintiff has demonstrated that William Hobbs **does not, in fact, possess a valid Alabama medical license.** This court has bent over for the defendants, when in fact, perjury is evident before this court and plaintiff objects because illegal evidence, unethical conduct is on display in this court; and this court has yet to do anything about it. This very non-license defendant, William Hobbs wrote several affidavits to this court, and this court boilerplates plaintiff's challenges.

**WHEREFORE, *premises considered*,** Plaintiff request ADOC immediately send him a copy of Lyrene's response and the exhibit attached to that response as ordered by the court. [*Court Doc. No. 582.*]

Done this 30th Day April 2008.

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama   35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this 1st Day of May 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
P.O. Box 301501
Montgomery, Alabama 36101

**Rushton, Stakely, Johnston, Garrett, P.A**
P.O. Box 270
Montgomery, Alabama 36101

**Starnes & Atchison, LLP**
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

Marcellus Breach