IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CASE NO. 2:06-CV-1133-MEF |
| PRISON HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on May 5, 2008 (Court Doc. No. 619), in which the plaintiff seeks service of the response filed by the correctional defendants on April 3, 2008 (Court Doc. No. 558), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before May 16, 2008 the correctional defendants shall provide the plaintiff with a copy of the April 3, 2008 response and supporting affidavits.

Done this 6th day of May, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE