IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTIONS**

On May 5, 2008, the plaintiff filed a notice of objection (Court Doc. No. 622) in which he challenges the admissibility of an affidavit submitted by Dr. William Hobbs on April 10, 2008. In this document, the plaintiff requests that the court exclude the aforementioned affidavit of Dr. Hobbs from the record and deem such evidence irrelevant for summary judgment purposes. The court therefore construes this document to contain a motion to exclude affidavit from review. The plaintiff also seeks imposition of sanctions against counsel for his submission of affidavits from defendant Hobbs.

The plaintiff bases the arguments for exclusion and sanctions upon his *erroneous* belief that defendant Hobbs has not held a medical license from January 1, 2007 until the present date. Attached to the response filed by defendant Hobbs on April 29, 2008 is a copy of Hobbs' "license to practice medicine in the State of Alabama" issued on August 24, 2006 and expiring on December 31, 2008. *Court Doc. No. 603-2*. In light of the foregoing,

it is

      ORDERED that the motion to exclude affidavit and motion for sanctions be and are hereby DENIED.

      Done this 6th day of May, 2008.

                                    /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE