IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:06cv1133-MEF |
| § | |
| PRISON HEALTH SERVICES, INC.; § | |
| et al.; § | |
| § | |
| Defendants. § | |

## NOTICE OF FILING

COME NOW the Defendants, Prison Health Services, Michael E. Robbins, M.D., and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and in response to this Court's Orders [Court Doc. Nos. 585 and 595], do hereby give notice of their filing of the following affidavits:

1.  Affidavit of William D. Hobbs, M.D. in Response to the Order on Motion, in compliance with the directives of this Court's Order entered on April 18, 2008 [Court Doc. No. 585]; and

2.  Supplemental Affidavit of Michael E. Robbins, M.D. in Response to the Order on Motion, in compliance with the directives of this Court's Order entered on April 24, 2008 [Court Doc. No. 595].

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health
Services, William D. Hobbs, M.D. and
Michael E. Robbins, M.D.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 6th day of May, 2008, to:

>   Mr. Marcellus Breach (#160710)
>   LIMESTONE CORRECTIONAL FACILITY
>   28779 Nick Davis Road
>   Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

>   Albert Sims Butler, Esq.
>   ALABAMA DEPARTMENT OF CORRECTIONS
>   P. O. Box 301501
>   Montgomery, AL  36130-1501
>
>   Philip G. Piggott, Esq.
>   STARNES & ATCHISON, LLP
>   P. O. Box 598512
>   Birmingham, AL  35259-8512

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, (AIS # 160710)   *

    Plaintiff,   *

V.   *   2:06-CV-1133-MEF

PRISON HEALTH SERVICES, et al.,   *

    Defendants.   *

## AFFIDAVIT OF WILLIAM D. HOBBS, M.D.
## IN RESPONSE TO THE ORDER ON MOTION (DOCUMENT 585)

BEFORE ME, _Billie Sue Pressnell_, a notary public in and for said County and State, personally appeared **WILLIAM D. HOBBS, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

In response to the Order on Motion (document 585), this Defendant responds as follows:

1)   (i)

- From 1962 thru 1965, I attended a Diploma Program at Hurley Hospital School of Nursing in Flint, Michigan and received my RN Degree.

- I served in Vietnam from 1966 to 1968.

- From 1969 thru 1970, I attended Central Michigan University in Mt. Pleasant, Michigan and received my Bachelor of Science Degree.

- From 1970 thru 1972, I did a Graduate Study at Central Michigan University in Mt. Pleasant, Michigan.

- From 1972 thru 1975, I attended Medical School at the College of Human Medicine at Michigan State University in East Lansing, Michigan.

- From 1975 thru 1979, I did my Internship and Residency in OB/GYN at Hurley Medical Center in Flint, Michigan.

- In 1981, I received Emergency Training at Cook County in Chicago, Illinois.

(ii)  I received a medical license in Michigan, Montana, Tennessee, Alabama, Guyana, and New Brunswick, Canada.

(iii)  I am not board certified.

2.  I became a licensed physician in the State of Alabama in 2006 and practiced medicine at several correctional facilities in Alabama during that time. Please see the attached copy of my Alabama Medical License.

Further affiant sayeth not.

*William D. Hobbs, M.D.*
WILLIAM D. HOBBS, M.D.

2

STATE OF ALABAMA        )
                        )
COUNTY OF Limestone     )

      Sworn to and subscribed before me on this the ___25___ day of April, 2008.

                                       _____Billie Sue Presnell_____
                                       Notary Public
                                       My Commission Expires: _My commission expires October 15, 2009_

3

STATE OF TENNESSEE
DIVISION OF HEALTH RELATED BOARDS

EXPIRATION DATE    LICENSE NO.      RENEWAL NO.
03/31/2010         MD0000040444     720245

THIS IS TO CERTIFY THAT:
WILLIAM D HOBBS MD
IS A DULY LICENSED
MEDICAL DOCTOR
IN THE STATE OF TENNESSEE AS REQUIRED BY THE
TENNESSEE CODE ANNOTATED.

ASSISTANT COMMISSIONER          SIGNATURE
BUREAU OF HEALTH LICENSURE & REGULATION

---

ALABAMA MEDICAL LICENSURE COMMISSION
William Douglas Hobbs MD
Post Office Box 148
26562 Veto Road
Elkmont, Alabama 35620-0148

Is entitled to practice medicine in
Alabama. Registration expires
December 31, 2008
                                    CHAIRMAN
LICENSE# MD.27666

---

STATE OF MICHIGAN - DEPARTMENT OF COMMUNITY HEALTH
BOARD OF MEDICINE
PHYSICIAN
LICENSE

WILLIAM D HOBBS MD
PO BOX 148
ELKMONT  AL   35620

PERMANENT I.D. NO.    EXPIRATION DATE
4301040535            01/31/2011    2081366

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, (AIS # 160710)   *

    Plaintiff,   *

V.   *   2:06-CV-1133-MEF

PRISON HEALTH SERVICES, et al.,   *

    Defendants.   *

### SUPPLEMENTAL AFFIDAVIT OF MICHAEL E. ROBBINS, M.D. IN RESPONSE TO THE ORDER ON MOTION (DOCUMENT 595)

BEFORE ME, _Michael E Robbins_, a notary public in and for said County and State, personally appeared **MICHAEL E. ROBBINS, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

In response to the Order on Motion (document 595), this Defendant responds as follows:

    (i)  •  I graduated from Medical School on May 24, 1981.

    (ii)  •  I obtained my medical degree from the University of Virginia, School of Medicine, Charlottesville, Virginia.

    (iii)  •  I became certified in internal medicine on September 13, 1989.

    (iv)  •  I first became licensed to practice medicine on July 1, 1981.

(v)   •   I first became licensed to practice medicine in the State of Alabama on November 19, 1986.

(vi)   •   I am currently licensed to practice medicine in the State of Alabama.

Further affiant sayeth not.

_Michael E. Robbins MD._
MICHAEL E. ROBBINS, M.D.

STATE OF ALABAMA )
)
COUNTY OF Montgomery )

Sworn to and subscribed before me on this the 29th day of April, 2008.

_Betty S. Cox_
Notary Public
My Commission Expires: 12-17-09