IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS BREACH (AIS# 160710), § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:06cv1133-MEF |
| § | |
| PRISON HEALTH SERVICES, INC.; § | |
| et al.; § | |
| § | |
| Defendants. § | |

**DEFENDANT PRISON HEALTH SERVICES, ET AL.'S
RESPONSE TO PLAINTIFF'S NOTICE OF OBJECTION TO
ADMISSIBILITY OF EVIDENCE OF AN AFFIDAVIT OF WILLIAM HOBBS**

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and do hereby file this responsive pleading to the Plaintiff's pleading [Court Doc. No. 598]:

1.   Dr. Hobbs' Supplemental Affidavit on March 10, 2008, <u>does not contradict</u> but simply explains a mistake made by Dr. Hobbs in misconstruing materials that he thought were a required protocol from the Alabama Department of Corrections ("ADOC") but were not, and have never been, a required protocol from the ADOC.

2.   As for the alleged Rule 56(a) "violation", sworn and certified copies of all the papers have been filed with the Court and are part of the Court's record. If the Court requests clarification of this minor issue, the PHS Defendants are resubmitting Dr. Hobbs' affidavit with an attached copy of those records.

2

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 2nd day of May, 2008, to:

  Mr. Marcellus Breach (#160710)
  Limestone Correctional Facility
  28779 Nick Davis Road
  Harvest, AL  35749

 The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

  Albert Sims Butler, Esq.
  ALABAMA DEPARTMENT OF CORRECTIONS
  P. O. Box 301501
  Montgomery, AL  36130-1501

  Philip G. Piggott, Esq.
  STARNES & ATCHISON, LLP
  P. O. Box 598512
  Birmingham, AL  35259-8512

          /s/ PAUL M. JAMES, JR. (JAM017)
          OF COUNSEL