IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

Plaintiff,

Vs.

PRISON HEALTH SERVICES, INC., et. al.,

Defendants.

* * * * *

CASE NO: 2:06-cv-1133-MEF

## MOTION TO COMPEL PHS DEFENDANT TO SERVE PLAINTIFF A COPY OF THEIR FILING

**COMES NOW**, Plaintiff *Marcellus Breach* moves this Court to Compel William Hobbs, to provide Plaintiff with a copy of his filing being an alleged Alabama medical license. (Doc. 603-2) In further support plaintiff states:

1. On April 29, 2008, William Hobbs filed a document with supporting exhibits to include his Alabama medical license and did not serve Plaintiff with a copy. **Court Doc. No. 603-2.** Is this a response to this court's order (Doc. # 585-1 wherein, this court order production of Hobbs's medical license; the due date is May 6, 2008. If, defendant answered early, he did not send plaintiff a copy.[1]

2. Plaintiff did not, has not, and was not served with a copy of this document. Plaintiff questions how Hobbs did not have this license on file with the Probate Court of

---
[1]

Limestone County, Alabama, that has been submitted to this court. Two (2) medical license and his Alabama medical License Number is: 00027666 and it did not expire until December 31, 2006. Plaintiff wants to see this license. Is it the same Alabama medical license number 00027666 is the question before this Court. If not, it will be challenged as not authentic because Hobbs will only have one license number in Alabama. Why didn't defendant send plaintiff a copy of this document?

3. Plaintiff moves the Court to order William Hobbs to immediately provide plaintiff with a copy of this document.

WHEREFORE, premises considered, plaintiff moves that the court grant said.

This 5th Day May 2006.

_____
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this 6th Day of May 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
P.O. Box 301501
Montgomery, Alabama 36101

**Rushton, Stakely, Johnston, Garrett, P.A**
P.O. Box 270
Montgomery, Alabama 36101

**Starnes & Atchison, LLP**
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

_____
Marcellus Breach