IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on May 8, 2008 (Court Doc. No. 632), in which the plaintiff seeks service of the response filed by defendant Hobbs on April 29, 2008 (Court Doc. No. 603), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before May 19, 2008 defendant Hobbs via counsel, Philip Guy Piggott, shall provide the plaintiff with a copy of the April 29, 2008 response and supporting evidentiary materials to include a copy of Hobbs' current medical license.

Done this 8th day of May, 2008.

                                              /s/ Terry F. Moorer
                                           TERRY F. MOORER
                                           UNITED STATES MAGISTRATE JUDGE