IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file subpoena duces tecum filed by the plaintiff on May 8, 2008 (Court Doc. No. 633), in which the plaintiff seeks to conduct discovery to determine the authenticity of defendant Hobbs' current medical license, and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.[1]

Done this 8th day of May, 2008.

      /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that on April 29, 2008 Dr. Hobbs filed a copy of his "license to practice medicine in the State of Alabama" issued by the Alabama Medical Licensure Commission on August 24, 2006 and expiring on December 31, 2008. *Court Doc. No. 603-2*. There is nothing before the court which indicates that this license is not authentic nor does the court have any reason to believe that such license lacks authenticity.