# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MARCELLUS BREACH (AIS # 160710),** | )<br>) |
| **Plaintiff ,** | )<br>)<br>) |
| vs. | )<br>) **CIVIL ACTION NO.** |
| **CORRECTIONAL MEDICAL SERVICES, INC., ET AL,** | ) **2:06-cv-1133-MEF**<br>)<br>)<br>) |
| **Defendants .** | )<br>) |

## RESPONSE TO COURT ORDER OF MAY 8, 2008 (DOC. 638)

COMES NOW the Defendant, Correctional Medical Services, Inc. ("CMS"), and in response to the Court's Order dated May 8, 2008 [Doc. No. 638], states as follows:

1. On April 29, 2008, counsel for CMS electronically filed Document No. 603 (its Response to Court Order of April 18, 2008 [Doc. 585]) with the Court.

2. As is the usual practice of the office of counsel for CMS, on the same date, April 29, 2008, a paper copy of this pleading was mailed to the Plaintiff, Marcellus Breach, AIS #160710, at Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama 35749.

3. On May 9, 2008, in compliance with this Court's Order, a paper copy of Document No. 603, CMS's Response to Court Order of April 18, 2008, was again mailed to the Plaintiff, Marcellus Breach, AIS#160710, at Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama 35749.

{B0846254}

4. As indicated by the Certificate of Service below, a paper copy of this Response was also mailed on May 9, 2008, to the Plaintiff, Marcellus Breach, AIS#160710, at Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama 35749.

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB-4379-P67P
E-mail: pgp@starneslaw.com

WILLIAM ANTHONY DAVIS, III
ASB-5657-D65W
E-Mail: wad@starneslaw.com

Starnes & Atchison LLP

100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorneys for Correctional Medical Services, Inc.

{B0846254}

CERTIFICATE OF SERVICE

       I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Paul M. James, Jr. Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101-0270

and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Marcellus Breach
AIS #160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

Albert Sims Butler, Esq.
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama 36130-1501

                                      s/Philip G. Piggott
                                      PHILIP G. PIGGOTT
                                      ASB-4379-P67P
                                      E-mail: pgp@starneslaw.com

{B0846254}