IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 MAY -9  P 1: 35

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MARCELLUS BREACH,<br>AIS #160710,<br><br>    Plaintiff,<br><br>v.<br><br>PRISON HEALTH<br>SERVICES, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.
2:06-CV-1133-MEF

## ADOC DEFENDANTS' NOTICE OF
## COMPLIANCE TO COURT'S ORDER (DOC.#564)

Come now the ADOC Defendants, by and through the undersigned counsel, and gives notice of compliance to this Court's Order (Court Docket #564), by filing the documents received from LCS in Louisiana attached:

Attached letter and documents from LCS.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General


Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

1

**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
(334) 353-4859

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2008, I served a copy of the foregoing

documents upon:

Paul M. James, Jr., Esq.                    Phil Piggott, Esq.
Rushton, Stakely, Johnston & Garrett        Starnes & Atchison, LLP
Attorney for the PHS Defendants             Attorney for the CMS Defendants
P. O. Box 270                               P. O. Box 598512
Montgomery, AL 36101-0270                   Birmingham, AL 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

by placing a copy of said documents in the United States Mail, postage prepaid on May 9,

2008.

_____
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

# LCS CORRECTIONS SERVICES, INC.

## Fax Cover Sheet

FACILITY: _SOUTH LOUISIANA CORRECTIONAL CENTER_

FACILITY ADDRESS: _3843 Stagg Avenue, Basile, La. 70515_

PHONE: _337-432-5493_    Fax _337-432-5497_

TO: _Ms Ruth Naglich_         FROM: _Drew Bergeron_

FAX: _334-353-3967_          DATE: _5-6-08_

PHONE: _____     PAGES: _2_

RE: _Marcella Brack_         CC: _____
     _160710_

_____

_____Per Request_____

_____

_____

_____

_____

____Urgent    ____For Review    ____Please Comment    ____Reply



EXHIBIT

A

# South Louisiana Correctional Center

**DRUE BERGERON**
Warden

3843 Stagg Avenue
Basile, La. 75051

**ALTON JACK**
**Deputy Warden**

**MICHAEL STRIEDEL**
**Deputy Warden**

Phone: ( 337 ) 432 - 5493              Fax: ( 337 ) 432 - 5497

Alabama Department of Corrections
301 South Riply Street
P.O. Box 301501
Montgomery, AL. 36130

TO:    Ruth Naglich
       Associate Commissioner

      In regards to your letter dated April 22, 2008, requesting documents related to inmate Marcella Breach AIS# 160710. South Louisiana Correctional Center has sent copies of all documents related to inmate Marcella Breanch by FedEx on May 1, 2008.

If further assistance is required please call.

Sincerely

*Drue Bergeron*
Drue Bergeron
Warden

C5R716-3                      / BAMA DEPARTMENT OF CORREC  INS            INST:   355
                          . NMATE SUMMARY AS OF 07/11/2006               CODE: CDWR Q



AIS: 00160710D  INMATE: BREACH, MARCELLUS                    RACE: B  SEX: M

INST: 355 = S LOUISIANA COR CTR (MALE)      DORM:  CO   JAIL CR: 000Y 08M 13D

DOB: 07/28/1969  SSN: ███████                    PREVIOUS AIS: P0082382

ALIAS: "NICK",                       ALIAS: BEACH, MARCELLOS

ALIAS: BREACH, M BROTHER             ALIAS: BREACH, M BROTHER JR

ALIAS: BREACH, MARCELL               ALIAS: BREACH, MARCELLUS BR

ADM DT: 09/26/2002 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: MED-9   CURRENT CUST DT: 03/11/2005  PAROLE REVIEW DATE: JAN 2008

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV      CURRENT CLASS DATE:   09/19/2005
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY      SENT DT  CASE NO  CRIME                        JL-CR    TERM
MADISON     09/26/02 N01002850 THEFT OF PROPERTY II        0041D 020Y 00M 01D CS
            ATTORNEY FEES : $000000     HABITUAL OFFENDER : Y
            COURT COSTS   : $0000462    FINES : $0000000   RESTITUTION : $0000050
MADISON     09/19/05 N05001611 RECV STOLEN PROPERTY I      0253D 020Y 00M 00D CC
            ATTORNEY FEES : $002282     HABITUAL OFFENDER : N
            COURT COSTS   : $0000486    FINES : $0001000   RESTITUTION : $0000100

 TOTAL TERM      MIN REL DT      GOOD TIME BAL     GOOD TIME REV      LONG DATE
 020Y 00M 00D    01/05/2025      000Y 00M 00D      000Y 00M 00D       01/05/2025

INMATE LITERAL:

DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

ESCAPEE-PAROLE SUMMARY

   INMATE CONVICTED ON 12/07/1995 FOR ESCAPE III

   INMATE CONVICTED ON 12/04/1995 FOR ESCAPE III

PAROLED FRM   050:03/01/04 RVK:02/14/05 DELQ:01/17/05 RECAP:01/05/05 RTN:01/05/05

   INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B

                         CONTINUED ON NEXT PAGE

CBR716-3

BAMA DEPARTMENT OF CORREC  JNS                    INST:    3 55
INMATE SUMMARY AS OF 07/11/2006               CODE: CDWRQ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    CONTINUATION    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AIS: 00160710D    INMATE: BREACH, MARCELLUS                 RACE: B   SEX: M

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISCIPLINARY/CITATION SUMMARY

>> CITATION: 02/06/2006                      CUST FROM MED9 TO MED9
  CITATION TYPE: BEHAVIOR CITATION      AT INST: 024    RULE NUMBER: 96
RETAINED DAYS: 0000    SEQ #: 02    RULE LIT: FAILURE TO REPORT

>> CITATION: 09/12/2003                      CUST FROM MED9 TO MED9
  CITATION TYPE: BEHAVIOR CITATION      AT INST: 024    RULE NUMBER: 96
RETAINED DAYS: 0000    SEQ #: 01    RULE LIT: FAILURE TO REPORT

004207



**BREACH MARCELLUS**
DOC# A160710                    DOB# 7-28-69
SS#



MARCELLUS BREACH
DOC# - A160710
DOB - 07/28/69
SSN -

03/16/2006

```
MAR 16, 2006                    STATE OF ALABAMA                       PAGE
                           DEPARTMENT OF CORRECTIONS                  INMXFR
                         LIMESTONE CORECTIONAL FACILITY
                      PERSONAL DATA REPORT FOR TRANSFERRED INMATE
============================================================================
INMATE NAME                         AIS       RACE     SEX        DOB
-----------                         ---       ----     ---        ---
BREACH, MARCELLUS JR.             160710       B        M      07/28/1969
PMOD BALANCE AT TIME OF TRANSFER  $   0.00

           TRANSFER DATE              TRANSFER ADDRESS
           -------------              ----------------
           03/16/2006


   PHYSICAL     ADMIN.                                            SKILL
   PROFILE     RESTRICTION           WORK ASSIGNMENT              CLASS
   -------     -----------           ---------------              -----
      1        05 02/13/2006-03/29/2006  D/C-SHOW 15-3             000

                AUTHORIZED VISITOR / APPROVED FUNDS LIST
                ----------------------------------------

SS#:                                 SS#:
PHONE#:  256-852-8509                PHONE#:  256-830-6411
NAME:    KIMBERLY BREACH             NAME:    JOANN BREACH
RELATION:SISTER                      RELATION:MOTHER
STATUS: ACTIVE  TYPE:  B APP:04/21/2005  STATUS: ACTIVE  TYPE:  B APP:04/21/2005
ADDRESS: 3916 BROADMOR RD.           ADDRESS: 6533 WILLOWSPRING BLVD.
         HSV            AL 35806               HSV            AL 35806

SS#:                                 SS#:
PHONE#:  256-830-6411                PHONE#:  256-830-6411
NAME:    MARTHA JOHNSON              NAME:
RELATION:GRANDMOTHER                 RELATION:
STATUS: ACTIVE  TYPE:  B APP:04/21/2005  STATUS:        TYPE:   APP:04/21/2005
ADDRESS: 6533 WILLOWSPRING BLVD.     ADDRESS:
         HSV            AL 35806


                        DRUG TEST HISTORY
                        -----------------

TEST DATE    AMPH  BARB  BENZ  COCA  OPIA  CANN  ALCO  MDON  MQLN  PCP  PROP
----------   ----  ----  ----  ----  ----  ----  ----  ----  ----  ---- ----

12/15/1998    N     N     N     N     N     N     N     N     N     N    N


                    UNEXPIRED APPOINTMENTS
                    ----------------------

DATE        TIME     WITH          WHERE                REMARKS
----        ----     ----          -----                -------

01/01/2001 01:01 AM  DOCTOR        LIFT X20 LBS.        WALK X10 MINUTES
11/14/2002 00:01 AM  DOCTOR        BOTTOM BED PROFILE X 6MO EXPIRES 05/31/2003
02/25/2003 00:01 AM  DOCTOR        BOTTOM BUNK X 6 MONTHS  N/A
```

**LCS CORRECTIONS SERVICES, INC.**
OFFENDER INTAKE RECORD

**SOUTH LOUISIANA CORRECTIONAL CENTER**

| OFFENDER # | # A160710 | HOUSING ASSIGNMENT: | B2-01 |
|---|---|---|---|

Name _Breach_ _Marcellus Marcalus_ _____ SS # ▓▓▓▓▓▓▓▓
      Last        First        Middle

DOB _7-28-69_ Age _36_ Nickname/Alias _None_ _____ Lic # _____

Emergency Contact _Joan Breach_ _____ Relationship _Mother_
          Address _6533 Willow Springs Blvd. Huntsville, AL_
          Phone Number _(256) 830-6411_

HGT _5'9"_ WGT _160_ Hair _Brwn_ Eyes _Hazel_ Race _B/m_
Birthplace _Washington DC_ Religion _Non-Dem_ Education _College_
Marital Status _Single_ # Children _None_ Occupation _Paralegal_
Scars, Marks, Tattoos (In Detail) _None_

Crime Convicted of–PROBATION VIOLATION: Yes _✓_ No _____ (If Yes list initial crime)
1. _Theft of Property_
2. _____
ESCAPE HISTORY: _None_

Where Offender Shipped From: _Alabama Dept. of Corrections_
Date Received: _MAR 16 2006_      Time Received: _6:35 Pm_

Comments: (Negative Attitude, visible medical/emotional problems, etc.)
_Cooperative_
Inmate Concerns: (Enemy(s) within facility)  ☐YES  ☒NO   If Yes, list below.

Any family incarcerated in LCS Facility?  ☐YES  ☒NO   If Yes, list below with name and
relationship.

_Sgt. Alamanda Acevedo_    _7:43pm_         MAR 16 2006
INTAKE OFFICER        BOOKING TIME          DATE

OFFENDER MONEY AT INTAKE:  cash _____   check _____
_Phone Card  476723821902_

# LCS CORRECTIONS SERVICES, INC.

## CONSENT TO RELEASE INFORMATION

### SOUTH LOUISIANA CORRECTIONAL CENTER

I, *Marcalus Breach*                    OFFENDER #_____
_____
Print Offender's Name

Understand that my medical record and files are personal and private; however, I do give permission to an LCS representative to release/receive any information which discloses all or part of my file consisting, but not limited to any X-ray examination, laboratory procedures, anesthesia, medical or surgical treatment or hospital services rendered.


X _____                    ===  MAR 16 2006
   Offender's Signature                              Date


Sgt. Acevedo                                    ===  MAR 16 2006
   Officer's Signature                               Date

*************************************************************************************

## OFFENDER MAIL WAIVER

### SOUTH LOUISIANA CORRECTIONAL CENTER

I, *Marcalus Breach*   (Print), give my permission to LCS to open and inspect my mail for the existence of contraband.  I understand that money orders will be deposited into my offender account.

I further understand that any attempt to introduce contraband into this facility by mail or other means is a felony.

Should I refuse to sign this waiver, I understand that all United State mail delivered to me at this address may be returned to sender unopened.


X _____                    ===  MAR 16 2006
   Offender's Signature                              Date


Sgt. Acevedo                                    ===  MAR 16 2006
   Officer's Signature                               Date

MAR 16, 2006                    STATE OF ALABAMA                         PAGE
                          DEPARTMENT OF CORRECTIONS                     INMXFR
                       LIMESTONE CORECTIONAL FACILITY


              PERSONAL DATA REPORT FOR TRANSFERRED INMATE
================================================================================


                    UNEXPIRED APPOINTMENTS CONTINUED
                    --------------------------------


   DATE        TIME      WITH              WHERE                  REMARKS
   ----        ----      ----              -----                  -------

09/25/2003 00:01 AM   OFC K GATES      CIT #96                FAILURE TO REPORT
05/05/2005 00:01 AM   DR. BOSSERMAN    NO LIFTING X 25 LBS    NO STAND/WALK X 1
01/31/2006 00:01 AM   OFC R. STRONG    CIT #96                FAILURE TO REPORT

```
06/26/2003 00:01 AM  DOCTOR          BOTTOM BED PROFILE X6 MO EXP 12/26/2003
07/21/2003 00:01 AM  DOCTOR          NO LIFT >15 LBS X6 MOS   EXP 01/31/2004
```

# LCS CORRECTIONS SERVICES, INC.

### OFFENDER HANDBOOK RECEIPT

## SOUTH LOUISIANA CORRECTIONAL CENTER

The Offender Handbook has been written to aid you while you are here and to help you in making a transition (adjusting) if you have come from another facility.  Please take time to read the Handbook, so you can understand the Facility's rules.  It is required that you sign a form as verification that you have received an Offender Handbook.

I, _Marcalus Breach_ , have received a copy of the Handbook.  I understand that upon my discharge the Handbook shall be returned, in tact, or I shall pay $5.00 for loss or damage.

DATE RECEIVED:_____ MAR 16 2006 _____

OFFENDER'S SIGNATURE: X _Marcellos Breach_

ISSUED BY:_____
                        (Correction Officer)

*************************************************************************************************

## DISCIPLINARY RULES, HEARINGS, AND APPEALS

## SOUTH LOUISIANA CORRECTIONAL CENTER

This facility has a written policy concerning disciplinary rules, hearings, and appeals.

A copy of these rules, hearings, and appeals is located with the offender counsel of this facility and may be reviewed by the offender.  Offender counsels may be appointed to assist offenders with rules, hearings, and appeals.

Offenders must adhere to the rules of this facility at all times.  Failure to adhere to these rules may result in disciplinary actions.

DATE:_____ MAR 16 2006 _____    OFFENDER SIGNATURE: X _Marcellos Breach_

DATE:_____ MAR 16 2006 _____    OFFICER SIGNATURE: _Sgt. Acevedo_

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER URINALYSIS TESTING PROGRAM

### SOUTH LOUISIANA CORRECTIONAL CENTER

1. <u>AUTHORITY</u>:     Secretary of the department of Public Safety and Corrections as contained in Chapter 9 of Title 36 (Louisiana). Federal and state requirements having authority over offenders housed at LCS Correctional Facilities.

2. <u>PURPOSE</u>:     To outline the procedures to be followed by each adult and juvenile institution in the administration of an offender Urinalysis.

3. <u>DEFINITION</u>:     Offender - refers to anyone committed to the custody of LCS.

4. <u>GENERAL</u>:     The use by offenders of illicit drugs and alcohol presents a serious threat to the safety and security of a correctional facility. Urinalysis testing of offenders can be an effective means by which to detect inmate use of illicit drugs or alcohol. The Urinalysis Testing Program is intended to supplement, not replace, other means by which offender use of illicit drugs or alcohol can be suppressed.

5. <u>APPROVED METHODS OF CONDUCTING THE URINALYSIS TESTING PROGRAM</u>:

    A. State contract laboratory facilities:
    B. Hospital laboratory facilities where services are available to the institution;
    C. Internal testing —
        1. On Track or Micro-Line test kits
        2. Other approved in-house laboratory procedure

6. <u>PROCEDURES</u>:     Urinalysis testing of offenders shall be conducted as follows:

An offender ordered to submit a urine specimen for urinalysis testing shall be informed of the underlying reason (whether suspicious, routine or random) why he is being ordered to submit the specimen. If an offender refuses to submit, he shall be informed that doing so will result in a charge of Aggravated Disobedience being lodged against him.

7. OFFENDER SIGNATURE: X _[signature]_     DATE: _MAR 16 2006_

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER CO-PAYMENT PLAN

## SOUTH LOUISIANA CORRECTIONAL CENTER

_____All offenders housed at an LCS Correctional Facility are officially notified that any self-initiated request by an offender for Medical, Dental, Psychiatric Services, Prescription Medicines, and any over the counter medications are subject to a co-payment by the offender.

(Authorized by Louisiana revised statutes R.S. 15:705 & R.S. 15:831) (Co-payment will not be charged when in violation of State or Federal Laws or when there are contracts prohibiting such charges.)

The following is a schedule of Co-Payment Fees that the inmate will be responsible for:

| | | |
|---|---|---|
| 1. | Sick Call (Doctor/Nurse) | $5.00 |
| 2. | Referrals | $5.00 |
| 3. | Dental | $5.00 |
| 4. | Psychiatric Services | $5.00 |
| 5. | Prescription Medication | $4.00 |
| 6. | Over the Counter Medication per Week Supply | $4.00 |

The Co-Payment may be taken from the offender's account.

No offender shall be denied Medical, Dental, Psychiatric Service, or Medication, even if the offender does not have any funds. However, a negative balance for the Co-Payment amount may be carried on the offender's money account and in the event any money is received by the offender, the co-payment will be deducted from the offender's account.

Date_____ MAR 16 2006 _____

Offender Name _Marcalus Breach_
                 PRINT

SIGNATURE

Witness Signature _Sgt. Acevedo_____

# LCS CORRECTIONS SERVICES, INC.
### LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS DISCIPLINARY OFFENSES

## SOUTH LOUISIANA CORRECTIONAL CENTER

I, *Marcalus Breach*, have received a copy of the Louisiana Department of Public Safety and Corrections Disciplinary Offenses. I understand that in accordance with La. R.S. 14.571.4 (B) and (C).

1.    Any offender who escapes may forfeit all good time earned on that portion of his sentence served prior to the escape.

2.    An offender who commits battery on an employee of the Department or any police officer as defined in R.S. 14.34.2 may forfeit all good time up to a maximum of 180 days on that portion of his sentence served prior to committing the battery.

3.    Any offender who commits a disciplinary offense (Schedule B offenses or an Incident Report) and is found guilty by a disciplinary board may forfeit up to a maximum of 180 days good tie on that portion of his sentence served prior to committing the offense.

NOTE: Pertains to only Louisiana Offenders.

X _____
Offender Signature

Sgt. Acevedo _____        MAR 16 2006
Officer Signature                                                              Date

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER PROPERTY SHEET

### SOUTH LOUISIANA CORRECTIONAL CENTER

Offender's Name: _Marcalus Breach_     Date Issued: _MAR 16 2006_

| ISSUED | Yes | No | # | Condition | RETURNED | Yes | No |
|---|---|---|---|---|---|---|---|
| Mattresses | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Sheet | [ ] | [ ] | [ 2 ] | _____ | | [ ] | [ ] |
| Towel | [ ] | [ ] | [ 2 ] | _____ | | [ ] | [ ] |
| Blanket | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Pillow | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Pillow Case | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Uniforms | [ ] | [ ] | [ 2 ] | _____ | | [ ] | [ ] |
| Washcloth | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Soap | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Toothbrush | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Toothpaste | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Razor | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Deodorant | [ ] | [ ] | [ 0 ] | _____ | | [ ] | [ ] |
| Handbook | [ ] | [ ] | [ 1 ] | _____ | | [ ] | [ ] |
| Tissue | [ ] | [ ] | [ ] | _____ | | [ ] | [ ] |
| Sanitary Napkins | [ ] | [ ] | [ ] | _____ | | [ ] | [ ] |

_Sgt. Acevedo_
Issuing Officer's Signature

_____
Receiving Officer's Signature
(When property returned)

_____
Offender's Signature

# LCS CORRECTIONS SERVI    S, INC.
## OFFENDER CLOTHING AND PERSONAL PROPERTY INVENTORY

### SOUTH LOUISIANA CORRECTIONAL CENTER

I, *Marcalus Breach*, Offender # *A160710* certify that on _MAR 16 2006_ (Date), I had the below listed property in my possession or that it was disposed of as indicated below.

In block put the number of item.  DO NOT CHECK.

| ITEMS | Y | N | # | ITEMS | Y | N | # | MISCELLANEOUS ITEMS | Y | N | # |
|-------|---|---|---|-------|---|---|---|---------------------|---|---|---|
| BOOKS | ✓ | | 7 | RINGS | | | | V63 lock | ✓ | | 1 |
| BOOTS | | | | ROSARY | | | | Hygene | ✓ | | 6 |
| BOXERS | ✓ | | 8 | SANDALS | | | | | | | |
| BOWL | | | | SANITARY NAPKINS | | | | | | | |
| BRA | | | | SCAPULA | | | | | | | |
| BRUSH | | | | SHOES, SHOWER | ✓ | | 1 | | | | |
| CAP / HAT | ✓ | | 1 | SHOES, TENNIS White/Blue | ✓ | | 1 | | | | |
| COLORED PENCILS | | | | SOAP | ✓ | | 5 | | | | |
| COMBS | | | | SOAP DISH | ✓ | | 1 | | | | |
| CUP | | | | SOCKS | ✓ | | 9 | ASSORTED MAIL & PHOTOS | | | |
| DEODORANT | ✓ | | 1 | STAMPED ENVELOPES | | | | TO BE SHIPPED OR DESTROYED | | | |
| EARPHONES | | | | STAMPS | | | | | | | |
| ENVELOPES | | | | SWEAT PANTS | ✓ | | 1 | | | | |
| EYEGLASSES | | | | SWEATSHIRT | ✓ | | 1 | | | | |
| FACE CLOTH | ✓ | | 2 | TAMPONS | | | | | | | |
| HANDKERCHIEF | | | | TAPE PLAYER | ✓ | | 1 | | | | |
| LAUNDRY BAG | ✓ | | 1 | TAPES | | | | | | | |
| MAGAZINES | | | | TOOTHBRUSH | ✓ | | 1 | | | | |
| MIRROR | | | | TOOTHBRUSH HOLDER | ✓ | | 1 | | | | |
| NAIL CLIPPERS | | | | TOOTHPASTE | ✓ | | 1 | | | | |
| PAJAMAS | | | | TOWEL | ✓ | | 2 | | | | |
| PENCILS | ✓ | | 1 | T-SHIRT | ✓ | | 8 | | | | |
| PENS | ✓ | | 2 | UNDERWEAR- THERMAL | ✓ | | 2 | | | | |
| PHOTO ALBUM | | | | UNDERSHORTS | ✓ | | 1 | | | | |
| PILLOW CASE | | | | PANTIES | | | | | | | |
| PLAYING CARDS | | | | WATCH | ✓ | | 1 | | | | |
| PONY TAIL HOLDER | | | | WRITING TABLET | ✓ | | 3 | | | | |

**ALL STORED PROPERTY SHALL BE REMOVED FROM FACILITY WITHIN 21 DAYS OR IT WILL BE DESTROYED EXCEPT THAT WHICH IS REQUIRED TO BE KEPT BY LAW OR CONTRACT**

LCS is not responsible for lost, destroyed, or stolen personal offender property.

Officer Signature: *Sgt. Acevedo*    Date: _MAR 16 2006_

Offender Signature: *Marcalus Breach*    Date: _MAR 16 2006_

# LCS CORRECTION SERVICES, INC.

ITEMS TO BE SHIPPED INVENTORY

## SOUTH LOUISIANA CORRECTIONAL CENTER

OFFENDER NAME: *Marcalus Breach*          OFFENDER #: *A160710*

HOUSING ASSIGNMENT: _____

| DESCRIPTION OF ITEMS TO BE SHIPPED |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

*****************************************************************

SHIP TO: _____

_____

_____

*****************************************************************

## CONFISCATION / UNAUTHORIZED ITEMS NOT PERMITTED

Disposition of Property:

|  |
| --- |
|  |
|  |
|  |
|  |
|  |

Shipped on: ____ / ____ / ____

Destroyed on: ____ / ____ / ____

Date: MAR 16 2006 _____

Offender Signature: X _____

Officer Signature: Sgt. Acevedo _____

# LCS CORRECTIONS SERVICES, INC.

### OFFENDER PERSONAL PROPERTY ACKNOWLEDGMENT

## SOUTH LOUISIANA CORRECTIONAL CENTER

**NOTE**: ALL COSMETICS AND FOOD ITEMS WHETHER OPENED, UNOPENED, PERISHABLE, OR   NON-PERISHABLE WILL BE DISPOSED OF – ALL UNOPENED ITEMS SOLD IN LCS CANTEEN MAY BE KEPT (LIMITED TO AVAILABLE STORAGE).

NO BELTS, PAD LOCKS, NO FINGERNAIL CLIPPERS WITH FILE, COLORED BANDANAS OR GAME DEVICES.

ALL MEDICAL ITEMS TURNED IN TO MEDICAL DEPARTMENT


I HAVE RECEIVED THE LCS CORRECTIONS SERVICE, INC. OFFENDER PERSONAL PROPERTY LIST. I UNDERSTAND THAT ANY ITEMS THAT ARE BROUGHT TO THE ADMITTING UNIT OF THE CENTER THAT ARE NOT LISTED ON THIS FORM, THAT ARE IN EXCESS OF THE QUANTITIES SPECIFIED ON THIS FORM, OR DO NOT COMPLY WITH THE DESCRIPTIONS ON THIS FORM ARE SUBJECT TO BE DESTROYED.

OFFENDER SIGNATURE _____ DATE _____ MAR 16 2006

EMPLOYEE SIGNATURE Sgt. Acevedo _____ DATE _____ MAR 16 2006

# LCS CORRECTIONS SERVICES, INC.

## Offender Request

FACILITY: _L CSS_

TO: _Sgt Williams_        DATE: _3/19/06_
<br>(Person to whom request is to be sent)

**NATURE OF REQUEST**
     MEDICAL ☐      OTHER ☑ _phone info_
<br>(state nature of request)

     REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_    OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bobcat 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Can my family purchase phone CARD directly from phone company and send card to me or the ID Number?_

---

| **OFFICIAL USE ONLY** |
|---|

DATE: _03·20·06_        TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: _No. Phone Cards may only be purchased by you from this facility. Any unauthorized items as such, that are received, are returned to sender. Dormitory phones are only accessible to Evercom phone cards._

_Lt. Williams_

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

## SOUTH LOUISIANA CORRECTIONAL CENTER

### CLASSIFICATION

DATE: 03-20-06

| INMATE NAME | | DORM | JOB FROM | JOB TO | CUSTODY FROM | CUSTODY TO | COMMENTS | APPROVAL |
|---|---|---|---|---|---|---|---|---|
| Shane Carpenter | AL-156432 | B-2 | Idle | Laundry | Med | Med | OK | Maj-S |
| Corey Woods | AL-161812 | B-2 | Idle | Laundry | Med | Med | OK | Maj-S |
| Norman Morris | AL-185741 | B-2 | Idle | Barber | Med | Med | OK | Maj-S |
| Eric Barbee | AL-208968 | B-2 | Idle | Barber | Med | Med | OK | Maj-S |
| Henry Burrus | AL-150136 | B-2 | Idle | Dorm Orderly | Med | Med | OK | Maj-S |
| Marcellus Breach | AL-160710 | B-2 | Idle | Law Clerk | Med | Med | OK | Maj-S |
| Daniel Malone | AL-122088 | B-2 | Idle | Dorm Orderly | Med | Med | OK | Maj-S |
| James Reagan | AL-241711 | B-2 | Idle | Dorm Orderly | Med | Med | OK | Maj-S |

_Dw Alton Jack_
BOARD MEMBER

_Marion M. Stiesel_
BOARD MEMBER

_M. Mayers_
MEDICAL BOARD MEMBER

Page 1

# LCS CORRECTIONS SERVICES, INC.

## MONEY WITHDRAWAL FORM

### SOUTH LOUISIANA CORRECTIONAL CENTER

DATE: _3/23/06_

I, OFFENDER _Marcellus Breach_ # _A160710_ , GIVE MY PERMISSION TO ISSUE A CHECK/TRANSFER MONEY FROM MY ACCOUNT TO _N/A_ IN THE AMOUNT OF $ _N/A_ .

REASON FOR TRANSFER: _Legal Notary Alabama_

OFFENDER SIGNATURE _Marcellus Breach_      DATE _3/27/06_

APPROVAL _Capt. Tina Jones_      DATE _3/23/06_
(Captain or above shall approve)

WITNESSED BY _____

_____

CHECK WRITTEN OR FUNDS TRANSFERRED

DATE: _____

BY: _____

State of ~~Alabama~~ LOUISIANA
Unified Judicial System

Form C-10
Page 1 of 2          Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Case Number

IN THE _Evangeline Perish_ COURT OF _Louisiana_ , ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: _Marcellus Breach A-160710_ v. _Warden John Doe, et al,_
                        Plaintiff(s)                                      Defendant(s)

TYPE OF PROCEEDING: _Civil_          CHARGE(s) (if applicable): _Civil Right § 1983_

☑ **CIVIL CASE--** I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE--** (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE--** I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION--** I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. IDENTIFICATION
   Full name _Marcellus Breach A-160710_          Date of birth _7-28-69_
   Spouse's full name (if married) _____
   Complete home address _South Louisiana Corr. Center._
   _Dorm Bearcat #2 Bed #1 3843 Stagg Ave Basile Louisiana 70.515_
   Number of people living in household _____
   Home telephone number _____
   Occupation/Job _____          Length of employment _____
   Driver's license number _AL-5164197_          *Social Security Number ███████
   Employer _____          Employer's telephone number _____
   Employer's address _____

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _N/A_

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income                                      $ ___0___
   Spouse's Monthly Gross Income (unless a marital offense)    ___0___
   Other Earnings: Commissions, Bonuses, Interest Income, etc.  ___0___       Incarcerated
   Contributions from Other People Living in Household           ___0___
   Unemployment/Workmen's Compensation,
   Social Security, Retirements, etc.                       ___0___
   Other Income (be specific) _____                   ___0___

   **TOTAL MONTHLY GROSS INCOME**                           $ ___0___

   Monthly Expenses:
   A.  Living Expenses
       Rent/Mortgage                                        $ ___0___
       Total Utilities: Gas, Electricity, Water, etc.          ___0___
       Food                                                 ___0___       Incarcerated
       Clothing                                             ___0___
       Health Care/Medical                                  ___0___
       Insurance                                            ___0___
       Car Payment(s)/Transportation Expenses               ___0___
       Loan Payment(s)                                      ___0___

*OPTIONAL

| Form C-10 Page 2 of 2   Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s) _____
    Educational/Employment Expenses _____
    Other Expenses (be specific) _____ _____

          **Sub-Total**                         A $ _____

B.    Child Support Payment(s)/Alimony    $ _____

          **Sub-Total**                         B $ _____

C.    Exceptional Expenses    $ _____

        **TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)**  $ _____

---

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME**             $ _____

---

4.   LIQUID ASSETS:
      Cash on Hand/Bank (or otherwise available such as stocks,
        bonds, certificates of deposit)    $ _____
      Equity in Real Estate (value of property less what you owe) _____
      Equity in Personal Property, etc. (such as the value of
      motor vehicles, stereo, VCR, furnishing, jewelry, tools,
      guns, less what you owe) _____
      Other (be specific)
      Do you own anything else of value? ☐ Yes ☐ No
      (land, house, boat, TV, stereo, jewelry)
      If so, describe _____

         **TOTAL LIQUID ASSETS**             $ _____

---

5.   Affidavit/Request
   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
28 day of March , 2006

_____
Judge/Clerk/Notary    Barbera Fuselle #52894

_____
Affiant's Signature

Marcellus Breach A-160710
Print or Type Name

---

## ORDER OF COURT

**SECTION II.**
   **IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:**
   ☐ Affiant is not indigent and request is DENIED.
   ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
      $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise
      ordered and disbursed as follows: _____
   ☐ Affiant is indigent and request is GRANTED.
   ☐ The prepayment of docket fees is waived.

   IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
   IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
   Done this _____ day of _____, _____.

_____
Judge

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
301 S. RIPLEY STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA  36130 - 2405
CENTRAL OFFICE (334) 242 - 8700

03/22/2006

MARCELLUS BREACH
160710
TRANSIENT CATEGORY *Louisana*

REC'D MAR 28 2006

YOUR CASE HAS BEEN REVIEWED AND TENTATIVELY SET FOR THE MONTH OF
01/2008
THIS ACTION WAS TAKEN FOR THE FOLLOWING REASON:

SPECIAL REVIEW

THIS SET DATE DOES NOT MEAN YOU WILL HAVE A PAROLE HEARING DURING
THAT MONTH.  YOU WILL RECEIVE WRITTEN NOTIFICATION ONCE YOUR HEARING
DATE HAS BEEN SCHEDULED.

CPF/

CC:  WARDEN          -TRANSIENT CATEGORY
     FILE

# LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _LCC_

TO: _Captain Jones_                                      DATE: _3/28/06_
<span style="font-size:smaller">(Person to whom request is to be sent)</span>

**NATURE OF REQUEST**
  MEDICAL ☐     OTHER ☐ _Materials / Legal._
                                      <span style="font-size:smaller">(state nature of request)</span>

____ REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marullus French_          OFFENDER # _A-16010._

HOUSING ASSIGNMENT _Seacht 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Captain Jones is it possible to have carbon paper. The Alabama offender are hand printing their "Alabama" legal documents and cannot make copies to serve any party in the legal issue. Alabama uses carbon paper. Please advise._

---

### OFFICIAL USE ONLY

DATE: _3/28/06_                    TIME: _11:05 AM._

REQUEST IS: ( ) Approved     (✓) Denied     ( ) Handled

Request is forwarded to ____

Comments: _Offenders are not allowed. Carbon paper._

_Capt. J. Jones_

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: *S.L.C.C.*

TO: *Mail Room Clerk.*                    DATE: *4/6/06*
(Person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL ☐      OTHER ☑ *U.S. Certified CARDS + Receipts.*
(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME *Marcellus Breach*      OFFENDER # *A 160770*

HOUSING ASSIGNMENT *Barracks 2 — Alabama Inmates.*

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

*Request U.S. Certified Mail CARDS + Receipts.*
*Request price for 1) certified U.S. Mail*
*First Class, and 2) Return Receipt Requested*
*postage fee. Will you STAMP the CARDS as*
*being Received. Need about 7 supplies.*
*→ and Mailed?*

---

| OFFICIAL USE ONLY |
|---|

DATE: *4-5-06*              TIME: *8:22 pm*

REQUEST IS: ( ) Approved      ( ) Denied      (✓) Handled

Request is forwarded to _____

Comments: *Defer to Property*

*J. Tirl Will*

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# SOUTH LOUISIANA CORRECTIONAL CENTER



## REQUEST FOR CALLING CARD

**INMATE NAME:** _Marcellus Breach_

**D.O.C. #:** _A-160710_

**HOUSING ASSIGNMENT:** _Bearcat 2_

**AMOUNT REQUESTED**

### $10.00 - $15.00

**NOTE:** I understand t
is not responsible for lc
also understand that th
numbers are assigned
used inappropriately, il
Corrections or South L
held responsible for ar
charges.

```
****************************************
  South Louisiana Correctional Center
      Apr 13 2006 12:41:23:427PM
---------------------------------------
            User: blandreneau
             Task No: 643457
         Task Type: Transfer Funds
              237239291603
---------------------------------------
    To Resident Id: Expense - SLCC
  To Name: South Louisiana, Correctional

X  Marcellus L
----------------------------------------
   Acct: Phone + 15.00 = 1937.00
---------------------------------------
      Apr 13 2006 12:41:23:427PM
   South Louisiana Correctional Center
****************************************
```

Signature: _Marcellus_

Date: _4/9/06_

_Failui_
_will_

_Money Should cc_
_PLs check._

# LCS CORRECTIONS SERVICES, INC.

## MONEY WITHDRAWAL FORM

### SOUTH LOUISIANA CORRECTIONAL CENTER

DATE: _4-21-06_

I, OFFENDER _Marcellas Breach_ # _160710_ , GIVE MY PERMISSION TO ISSUE A CHECK/TRANSFER MONEY FROM MY ACCOUNT TO _S.L.C.C._ IN THE AMOUNT OF $ _90_ .

REASON FOR TRANSFER: _Legal Copies_

OFFENDER SIGNATURE _[signature]_ DATE _4-21-06_

APPROVAL _OIC Sgt. Alamanda Acevedo_ DATE _4-21-06_
(Captain or above shall approve)

WITNESSED BY _____

_____

CHECK WRITTEN OR FUNDS TRANSFERRED

DATE: _4-24-06_

BY: _BC_

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes _____  No _____

OFFENDER'S NAME _Marcellus Breach_    LOCATION _Bearcat 2_

Time & Date of Incident: _May 1st 2006_  Location of Incident: _____

Name & Location of Witnesses: _Alabama Inmates_ _____
_____

Name of Personnel Involved: _U.S. Mail / Legal Mail Clerk_ _____

Summary of Complaint: _On May 1st 2006. I did so mailed three (3) legal mail envelopes to the courts, pertaining to a pending issue. It has been confirmed by witnesses, that my legal mail did not arrive to its destination. Been having problems getting U.S. Mail Legal Mail filed in court. I mailed it?_

Specific Relief Desired: _____
_Transfer_ _____

Today's Date: _5/5/06_        Offender's Signature: _Marcellus Breach CG0710_

---

Grievance #: _06-134_                Date Rec'd: __MAY 12 2006__

Type: _300_                    Screened by: _Warden Viator_

Policy/Procedure Challenged? Yes _____  No _____

_____ Hold pending decision in grievance # _____

_____ Accepted and Referred to _____

---

__X__ (Rejected) Returned for the following reason: _All applicable mail procedures are followed by staff. We are not responsible for the U.S. Postal Service. You may consider sending your legal mail certified._

Date: __MAY 12 2006__  Warden or Designee Signature: _Warden Viator_

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:   Founded _____        Unfounded _____

Response: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Action Taken/Recommended (If Founded): _____

_____

_____

_____

Disposition of Recommendation (If Founded): _____

_____

_____

Today's Date: _____   1st Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____   Offender's Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?   Yes _____   No _____

A-160110

OFFENDER'S NAME _Marcellus Breach_   LOCATION _Beancat 2_

Time & Date of Incident: _____ Location of Incident: _____

Name & Location of Witnesses: _____

_____

Name of Personnel Involved: _Law Library._ _____

_____

Summary of Complaint: _I been waiting almost 2 month for access to the courts. I also have a right to both Louisiana law + Alabama law. I have been denied any assistance towards books, caselaw etc. please transfer me back to Alabama. or give me access to the courts!_

Specific Relief Desired: _____

_____

Today's Date: _4/29/06_ _____ Offender's Signature: _Marcellus Breach_

Grievance #: _06-126_   Date Rec'd: _MAY 2 2006_

Type: _300_   Screened by: _WARDEN VIROK_

Policy/Procedure Challenged? Yes _____   No _____

_____ Hold pending decision in grievance # _____

✓ Accepted and Referred to _MAJOR STRICDEL_

_____ Rejected/Returned for the following reason: _____

_____

_____

Date: _____ Warden or Designee Signature: _____

## LCS CORRECTIONS SERVICES, INC.

### RESPONSE TO GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _May 15, 2006_

Grievance:   Founded _____     Unfounded _____

Response: _I Captain Jones assist the Alabama Males with what legal paper work, for the State of Alabama, that I Can. I have contacted ALDOC letting them know that we are in need of Legal and Law Material for the Alabama Male Offenders. I do not have the authority to transfer offenders, nor do I have control of Allowing the Male Alabama Offenders Legal time in the Louisiana Male Offenders Law Library. Offender Breach has received access to some legal paper work on Codes from the Female Law Library._

Action Taken/Recommended (If Founded): _____
_____
_____
_____

Disposition of Recommendation (If Founded): _____
_____
_____

Today's Date: _5/15/06_   1st Step Respondent Signature: _Capt. Tina Jones_

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____     Offender's Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes _____    No _____

A-160710

OFFENDER'S NAME _Marcellus Breach_ LOCATION _Bearcat 2_

Time & Date of Incident: _____    Location of incident: _____

Name & Location of Witnesses: _Medical Records._

_____

Name of Personnel Involved: _Medical_

① Summary of Complaint: _I have Hypoglycemia. I have Medical Records from_
_Mt Livestone, the doctor prescribed a "Snack" to treat_
_my low sugar. I have requested several time to have_
_my snack and blood sugar checked, and I've been_
_repeatedly denied by Nurse Max (?) Medical._
_I cannot afford high Store prices to continue treat myself._

I need see the evbst!

Specific Relief Desired: _My Snack._

Today's Date: _4/29/06_    Offender's Signature: _Marcellus Breach_

Grievance #: _06-125_    Date Rec'd: MAY 0 2 2006

Type: _100_    Screened by: _WARDEN VIATOR_

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _NURSE MAXIE_ .

_____ Rejected/Returned for the following reason: _____

_____

_____

Date: _____    Warden or Designee Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: 5-2-06

Grievance:   Founded _____   Unfounded ✓_____

Response: This subject has not presented with any signs of low blood sugar. He was advised to report to medical staff when these episodes occur and @ present he has not reported any episodes or presented any signs of low blood sugar to support this claim. When he presents with signs of low blood sugar then Dr. Hassen will order snacks. He saw MD on 3-21-06 and no

Action Taken/Recommended (If Founded): orders were given for snacks.

_____

_____

Disposition of Recommendation (If Founded): _____

_____

_____

Today's Date: 5-2-06  1st Step Respondent Signature: M. Maxie

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____   Offender's Signature: _____

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _S.L.C.C._

TO: _Captain Jones_      DATE: _5-15-06_
    (Person to whom request is to be sent)

**NATURE OF REQUEST**
    MEDICAL ☐     OTHER ☑   _Clothing /List_
                                   (state nature of request)
    REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_     OFFENDER # _A-160210_

HOUSING ASSIGNMENT _Bearcat 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Request to be placed on Alabama list of clothing_

    _T-Shirts XL_
    _Boxers Large_
    _Socks_
    _Laundry Bag_

| OFFICIAL USE ONLY |
|---|

DATE: _5/16/06_      TIME: _12:32 PM_

REQUEST IS: ( ) Approved    ( ) Denied    ( ✓ ) Handled

Request is forwarded to _____

Comments: _Added to Alabama laundry needs list_

_Capt. Tina Jones_

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _S.L.C.C_

TO: _Captain Jones_                    DATE: _5-15-06_
(Person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL ☐    ⊙THER ☑ _Legal_
(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_    OFFENDER # _A-160210_

HOUSING ASSIGNMENT _Bearcat 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

① _Request To Review Title 13A — Code_
_of Alabama The Book: List of book Available at library now._

② _Need the standard price for Certified U.S. Mail, Return_
_Receipt Requested. How are we going to get our_
_Receipt once pay for service? What's L.C.C. procedure?_

| OFFICIAL USE ONLY |
|---|

DATE: _5/16/06_                    TIME: _12:30 pm._

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: _① This is on a disk and is an excessive_
_amount of pages to be printed. DO Have printed 13.A-59._
_A list of Books placed in Bearcat 2 dorm._
_② Write property for #2._
_Capt. Tina Jones_

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

FORWARD

## LCS CORRECTIONS SERVICES, ..C.

### Offender Request

FACILITY: _S.L.C.C._

TO: _Mail Clerk_                                    DATE: _5-17-06_
<small>(Person to whom request is to be sent)</small>

**NATURE OF REQUEST**
   MEDICAL ☐        OTHER ☑ _U.S. Cert. Mail_
                                    <small>(state nature of request)</small>

   REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_    OFFENDER # _A-160210_

HOUSING ASSIGNMENT _Bearcat 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_How much is Certified Return Receipt Requested_

_Standard Price? What is the procedure_

_to mail Certified and have my Receipt?_

---

| OFFICIAL USE ONLY |
|---|

DATE: _May 17, 2006_          TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: _Issued Certified Receipt & Return_
_Receipt cards X's 5_
_(DD)_

_____

_____

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

No Request Slips Available
@ 5/17/06.

"A prisoner's right of access to the courts
may neither be denied nor obstructed."
See. Johnson v. Avery, 393 U.S. 483

Once a Week will be a problem!

## LCS CORRECTIONS SERVICES, ..JC.

### Offender Request

FACILITY: _S.L.C.C._

TO: _Captain Jones_                    DATE: _5/12/06_
(Person to whom request is to be sent)

**NATURE OF REQUEST**
    MEDICAL ☐        OTHER ☑ _Law Books, + Case Law_
                                    (state nature of request)

    REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_        OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bearcat 2_

DETAILS OF REQUEST (Briefly state nature or reason for request):
_Need Cases + Book._

_Please See attached. Request. You ought
to Read Johnson v. Avery, 393 U.S. 483,
Supreme Court. it would help you a-lot!
P.S. I've tried to help you, but you can't even See!
But, I'm just an offender, we don't know Nothin!_

| OFFICIAL USE ONLY |
|---|

DATE: _5/18/06_            TIME: _12:41 pm._
REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled
Request is forwarded to _____
Comments: _Issued all legal Material
Requested. I have not ask for your help,
I am here to help you. Capt. Diane Jones_

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A
copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

## LCS CORRECTIONS SERVICES, INC.
## Administrative Segregation (PHD), Protective Custody (PC), Disciplinary Isolation, Observation Log
### SOUTH LOUISIANA CORRECTIONAL CENTER

OFFENDER NAME _Breach Marcellus_  OFFENDER # _AL-160710_

DATE ASSIGNED TO ADMIN. SEGREGATION _5-30-06_

72-HOUR HEARING DATE _____

SPECIAL NOTATIONS OR RESTRICTIONS (ENEMIES, PRIVILEGE RESTRICTION, ETC.)
_____

➡ Offenders are personally observed by a Correction Officer every 30 minutes on an irregular schedule.

**Y = YES     N = NO     R = REFUSED     O = OTHER (U.O.R. REQUIRED)**

| DATE | MEALS | | | MATTRESS | | MAIL ISSUED | PHONE CALL | SHOWER | YARD TIME | CANTEEN | VISIT TIMES (Medical Programs, etc.) | OFFICER SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | L | S | OUT | IN | | | | | | | |
| 531 | | | | | | | | | | | 1238 | Head |
| | | | | | | | | | | | 116 | Head |
| | | | | | | | | | | | 210 | Head |
| | | | | | | | | | | | 257 | Head |
| | X | | | | | | | | | | 416 | Head |
| | | | | | | | | | | | 445 | |
| | | | | | | | | | | | 535 | |
| 5/31 | | | | | | | | | | | 6¹⁵/9 | |
| | | | | | | | | | | | 6³⁰/9 | |
| | | | | | | | | | | | 7⁰⁰/9 | |
| 5/31 | | | | | | | | | | | 7³⁰/9 | |
| | | | | | | | | | | | 8⁰⁰/9 | |
| | | | | | | | | | | | 8³⁰/9 | |
| 5/31 | | | | | | | | | | | 9⁰⁰/9 | |
| | | | | | | | | | | | 9³⁰/9 | |
| | | | | | | | | | | | 10⁰⁰/9 | |
| 5/31 | | | | | Released | to B/2 #20 | | | | | 10¹⁰/9 | |

*8*

Offender *Breach, Marcellus*          Offender # *AL-160710*

| DATE | MEALS | | | MATTRESS | | MAIL ISSUED | PHONE CALL | SHOWER | YARD TIME | CANTEEN | VISIT TIMES (Medical Programs, etc.) | OFFICER SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | L | S | OUT | IN | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: S.L.C.C.

TO: ID PERSON

(Person to whom request is to be sent)

DATE: 5-30-06

**NATURE OF REQUEST**

MEDICAL ☐    OTHER ☑ ID

(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME Marcellus Breach    OFFENDER # A-160710

HOUSING ASSIGNMENT Beaucat 2

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

Shake down yesterday/today
Officials either took/or lost
my ID with alot of other
personal property, need ID

| OFFICIAL USE ONLY |
|---|

DATE: 5/31/06    TIME:

REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled

Request is forwarded to

Comments: ID Issued - (GA)

**NOTE:** All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# LCS CORRECTIONS SERVICES, INC.

## Offender Request

FACILITY: _S.L.C.C._

TO: _Captain Ivory_                                                DATE: _5-30-06_

(Person to whom request is to be sent)

**NATURE OF REQUEST**

MEDICAL ☐          OTHER ☑ _Legal_

(state nature of request)

_____ REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcelin Breach_          OFFENDER # _A-160210_

HOUSING ASSIGNMENT _Bearcat 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Request to check-out VOL. #1 "Rights to Prisoners."_

---

| **OFFICIAL USE ONLY** |
|---|

DATE: _06-01-06_                    TIME: _____

REQUEST IS: ( ) Approved     ( ) Denied     ( ) Handled

Request is forwarded to _Capt. Ivory_

Comments: _Offender Breach withdrew his request for the above noted book._

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.



UNITED STATES POSTAL SERVICE EUNICE LA 705

01 JUN 2006 PM 3 T

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-40

• Sender: Please print your name, address, and ZIP+4 in this box •

Marcellus Breach  A-160710
S.L.C.C.  Dorm. Beaver 2 Bed 20
3843 Stagg Ave
Basile, LA
          70515

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas F. Fuselier
P.O. Box 1057
Ville Platte, LA
          70586
Return Receipt requested.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

VILLE PLATTE LA
JUN 0 1 2006
PM
70586

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7000-0520-0020-2986-4161

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# LCS CORRECTIONS SERVICES, INC.
## Waiver of Property Removal Form

### SOUTH LOUISIANA CORRECTIONAL CENTER

I, _MARCELLUS   BREACH AL-160710_ of _BEARCAT 2 # 20_ ,
       (Offender Name and #)                          (Housing Assignment)
hereby sign this waiver so that my property can remain in my living area. LCS
Corrections Services, Inc. and its personnel are not liable for any of my property if it is
stolen and/or damaged.

DATE: _06-02-06_   OFFENDER SIGNATURE: _Marcellus Breach_

WITNESSES:

_Anthony Warner_
       Officers Signature

_Billy Campbell_
       Officers Signature

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?     Yes _____     No _____

OFFENDER'S NAME *Marcellus Breach*     LOCATION *Bearcat 2*

Time & Date of Incident: *6/6/06*          Location of Incident: *Kitchen*

Name & Location of Witnesses: *Kit Officer*

Name of Personnel Involved: *Medical*

Summary of Complaint: *I've requested several times to medical to honor my religion belief that I do not eat meat. I only ask to please put the meat to the side on the tray, I give it away. Kit officer needs it on paper via medical. I will not be able to eat (health factor) if forced to have tray serving with meat on my food.*

Specific Relief Desired: *Pls, seperate meat from food on tray Ex: Rice - seperate the meat placed on Rice please.*

Today's Date: *6-6-06*          Offender's Signature: *Marcellus Breach*

---

Grievance #: *06-204*          Date Rec'd: _____

Type: *400*          Screened by: *Warden Viator*

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _____.

---

__X__ (Rejected) Returned for the following reason: *You provide no information on which to evaluate or assess your claim. Exactly what religion do you proclaim so the proper research can be conducted?*

Date: *JUN 15 2006*  Warden or Designee Signature: *Warden Viator*

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1ˢᵗ Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:     Founded _____     Unfounded _____

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Action Taken/Recommended (If Founded): _____
_____
_____
_____

Disposition of Recommendation (If Founded): _____
_____
_____

Today's Date: _____ 1ˢᵗ Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____ Offender's Signature: _____

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _S.L.C.C_____

TO: _Captain Ivory_____  DATE: _6/2/06_____
(Person to whom request is to be sent)

**NATURE OF REQUEST**
  MEDICAL ☐    OTHER ☑ _Legal Supplies_____
                              (state nature of request)
_____ REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_____  OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bearcat 2._____

DETAILS OF REQUEST (Briefly state nature or reason for request):

_Request ① Supplies, ③ Rule 32 with inforua paupenis_
_② Paper possisle folders_
_③ Computer Checked; not stable._
_④ Gla. warden warren said jewles have_
_typewriter. Request to use it over weekend to produce_
_legal work. ?_

| OFFICIAL USE ONLY |
|---|

DATE: _June 09, 2006_____  TIME: _____
REQUEST IS: (  ) Approved    (  ) Denied    (✓) Handled
Request is forwarded to _Capt. Ivory_____
Comments: _Since Request Was Sent Out, Alabama Offenders Have Been Issued Their Own_
_Typewriter and Paper, Computer Is Presently Being Checked, And Manilla Folders Issued For Paperwork._
_Offender Breach advised That The Rule-32 was Not Needed At This Time._

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

## LCS CORRECTIONS SERVICES, INC.
## UNUSUAL OCCURRENCE REPORT - (U.O.R.)

### SOUTH LOUISIANA CORRECTIONAL CENTER

| Offender: Breach Marcellus | #: AL-160710 | Housing Unit: BearCat 2-20 | Date of Incident: 6-8-06 | Time: 720 Pm |
|---|---|---|---|---|

| Location of Incident: BearCat 2 | Witness(es): |
|---|---|

**IF ANY force is used the reverse side of this document SHALL be completed.**

### TYPE OF INCIDENT - CHECK APPROPRIATE BOX(ES)

| | | | |
|---|---|---|---|
| ASSAULT ON STAFF | MAJOR DISTURBANCE | SHIFT SHAKEDOWN | PROTECTION REQUESTED |
| AGG. SEX OFFENSE | SEX OFFENSE | FRONT GATE SHAKEDOWN | VIOLENT DEATH |
| AGG. FIGHT | USE OF FORCE | MATTRESS SHAKEDOWN | DEATH DUE TO ILLNESS |
| FIGHT | MINOR DISTURBANCE | GROUNDS SHAKEDOWN | MENTAL HEALTH |
| ESCAPE | SEARCH OF INMATE | CONTRABAND | MEDICAL |
| X OTHER: Money orders in mail | | | |

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On 6-8-06 at approx 720 Pm Inmate Breach Marcellus AL-160710, Bk 2-20 did present (2) two 50 dollar money orders to Lt Johnny Head purchased from Red Stone Federal Credit Union Capt. Fontenot was notified Please be advised that the serial numbers are as follows 217109787 and 217109788

Placed in inmates Acct. on 6-9-06
Lt. Claudia Jordan

| Lt John Head 6-8-06 | Cpt. Bernardine Fontenot | |
|---|---|---|
| Reporting Officer & Date | Supervisor Signature & Date | Warden Signature & Date |
| | 06/08/06 | |

# LCS CORRECTIONS SERVICES, INC.
## Use of Force Report

### SOUTH LOUISIANA CORRECTIONAL CENTER

TYPE OF FORCE USED: _____

| | CHEMICAL AGENTS USED | | MECHANICAL RESTRAINTS USED |

| | OTHER _____

Reason for Force: _____

_____

_____

_____

_____

_____

_____

Justification for Force: _____

_____

_____

_____

_____

_____

_____
Reporting Officer's Signature and Date

_____          _____
Supervisor's Signature and Date                Warden's Signature and Date



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

09 JUN 2006 PM 1 T

• Sender: Please print your name, address, and ZIP+4 in this box •

Marcellus Branch A-160110
Dorm Branch 2 Bed 10
S.L.C.C. 3843 Stagg Ave
Basile, LA
70515

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cheryl Cour
Deputy Clerk Nicole Fouteost
Evangeline Parish
P.O. Drawer 347
Ville Platte, LA
70586

Return Receipt Requested

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ava R Barnor_      ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
_Ivan Carson_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)
7000 - 0520 - 0020 - 7986 - 4178

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# LCS CORRECTIONS SERVICES, INC.

## Offender Request

FACILITY: _S. L. C. C_

TO: _Captain Ivory_      DATE: _6/2/06_
(Person to whom request is to be sent)

**NATURE OF REQUEST**
   MEDICAL ☐     OTHER ☑ _Legal Supplies_
(state nature of request)

    REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_     OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bearcat 2._

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Request 1) Supplies, 3-Rule 32 with informa pauperis_
_2) Paper possible folders._
_3) Computer checked, not stable._
_4) Ala. warden warren said females have_
_typewriter. Request to use it over weekend to produce_
_legal work. ?_

---

| **OFFICIAL USE ONLY** |
|---|

DATE: _June 09, 2006_      TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled

Request is forwarded to _Capt. Ivory_

Comments: _Since Request Was Sent Out, Alabama Offenders Have Been Issued Their Own Typewriter and Paper, Computer Is Presently Being Checked, And Manilla Folders Issued For Paperwork. Offender Breach advised That The Rule-32 was Not Needed At This Time._

---

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# L_S CORRECTIONS SERVICES, _NC.

### Offender Request

FACILITY: _S.L.C.C._

TO: _Captain IVORY_       DATE: _6/12/06_
    (Person to whom request is to be sent)

**NATURE OF REQUEST**
    MEDICAL ☐      OTHER ☑   _Legal_
                                           (state nature of request)

    REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_      OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bobcat 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**
_Request:_

(1) _Make copies of legal form for Alabama_

(2) _Need Rule 32 petitions._

(3) _On hand Typewriter Ribbon (SP), soon to run out._

(4) _additional type paper._

(5) _Folders._

(6) _a more sufficient work area, table, chairs assigned._

---

| OFFICIAL USE ONLY |
|---|

DATE: _June 14, 2006_       TIME: _____

REQUEST IS: ( ) Approved     ( ) Denied     ( ) Handled

Request is forwarded to _Capt. Ivory._

Comments: _Requested Supplies Issued. Designated Work Area Will Remain The Same. Will Continue To Utilize Same Procedure In Regards To Table & Chairs, Until Further Notice._

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes _____  No _____

OFFENDER'S NAME _Marcellus Branch_ LOCATION _Bearcat 2_

Time & Date of Incident: _5/30/06_    Location of Incident: _Bearcat 2_

Name & Location of Witnesses: _S.L.C.C. Officials_

Name of Personnel Involved: _Staff_

Summary of Complaint: _My property was destroyed at search. Everything was everywhere. Underwear socks T-shirts taken._

Specific Relief Desired: _Return Clothing._

Today's Date: _5-30-06_    Offender's Signature: _Marcellus B.R._

Grievance #: _06-201_    Date Rec'd: _JUN 15 2006_

Type: _200_    Screened by: _WARDEN V-TATOR_

Policy/Procedure Challenged? Yes _____  No _____

_____ Hold pending decision in grievance # _____

_____ Accepted and Referred to _____

X (Rejected)/Returned for the following reason: _All items confiscated were either improperly stored, not in the original container, improperly marked, in excess quantities, altered or tampered, or unauthorized._

Date: _JUN 15 2006_ Warden or Designee Signature: _WARDEN V-TATOR_

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:   Founded _____    Unfounded _____

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Action Taken/Recommended (If Founded): _____
_____
_____
_____

Disposition of Recommendation (If Founded): _____
_____
_____

Today's Date: _____    1st Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _6/12/06_     Offender's Signature: _Menalth Luck_

T-Shirts - legal work coffee is not illegal when you sold it to we of cantoon. you have no inventory sheet. A.R.P. Does Not Apply to ALA. offender, I' Appeal.

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?     Yes _____     No _____

OFFENDER'S NAME _Marcellus Beench_     LOCATION _Bearcat 2_

Time & Date of Incident: _____     Location of Incident: _____

Name & Location of Witnesses: _Staff_

Name of Personnel Involved: _Staff_

Summary of Complaint: _Since March 2006, I've been denied access to Louisiana Law. I have a court date July 26, 2006 in Evangeline Parish, LA. I request to have access to Louisiana Law_

Specific Relief Desired: _Visit, Research Louisiana Law._

Today's Date: _6/15/06_     Offender's Signature: _Marcellus Beench_

Grievance #: _____     Date Rec'd: _____

Type: _____     Screened by: _____

Policy/Procedure Challenged? Yes _____     No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _____.

_____ Rejected/Returned for the following reason: _____

Date: _____     Warden or Designee Signature: _____

3 of 4

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1ˢᵗ Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:    Founded _____    Unfounded _____

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Action Taken/Recommended (If Founded): _____
_____
_____
_____

Disposition of Recommendation (If Founded): _____
_____
_____

Today's Date: _____  1ˢᵗ Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____    Offender's Signature: _____

## LCS CORRECTIONS SERVICES, INC.

### OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes _____    No _____

OFFENDER'S NAME _MARCELLISBRANCH_ LOCATION _BEATCAT 2,_

Time & Date of Incident: _6/12-18/06_  Location of Incident: _BeATCAT 2,_

Name & Location of Witnesses: _S.L.C.C Officials_

_____

Name of Personnel Involved: _Visitation STAff_

_____

Summary of Complaint: _Every weekend Visitation takes_
_our Table, chairs we use to do Due_
_legal work,_

_____

_____

Specific Relief Desired: _We Need Table Chairs assigned_
_to Glassman_

Today's Date: _6/18/06_ _____ Offender's Signature: _Marcll Branch_

_____

Grievance #: _____    Date Rec'd: _____

Type: _____    Screened by: _____

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _____.

_____

_____ Rejected/Returned for the following reason: _____

_____

_____

Date: _____ Warden or Designee Signature: _____

4 of 4

54

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:    Founded _____    Unfounded _____

Response: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Action Taken/Recommended (If Founded): _____

_____

_____

_____

Disposition of Recommendation (If Founded): _____

_____

_____

Today's Date: _____   1st Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____   I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____   Offender's Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?      Yes _____   No _____

OFFENDER'S NAME _Marcellus Breach_   LOCATION _Bearcat 2_

Time & Date of Incident: _5/30/06_      Location of Incident: _Bearcat 2_

Name & Location of Witnesses: _S.L.C.C. Officials_

Name of Personnel Involved: _Staff_

Summary of Complaint: _My legal work was destroyed! Cost also. Soap, Razors, clothes, Bread coffee, Stamps books destroyed and taken without a property sheet. I purchased items of S.L.C.C. canteen got receipts, store batteries, — I bought this from you! Sugar!_

Specific Relief Desired: _Return Property_

Today's Date: _5-30-06_      Offender's Signature: _Marcello Breach_

---

Grievance #: _06-203_          Date Rec'd: _JUN 15 2006_

Type: _200_                    Screened by: _Warden Viator_

Policy/Procedure Challenged? Yes _____  No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _____.

---

X (Rejected)/Returned for the following reason: _____

_REDUNDANT — See A.R.P. # 06-201_

Date: _JUN 15 2006_ Warden or Designee Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1ˢᵗ Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:    Founded _____    Unfounded _____

Response: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Action Taken/Recommended (If Founded): _____

_____

_____

_____

Disposition of Recommendation (If Founded): _____

_____

_____

Today's Date: _____ 1ˢᵗ Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____    Offender's Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?     Yes _____ No _____

OFFENDER'S NAME _Marcellus Breach_ LOCATION _Bearcat 2_

Time & Date of Incident: _5/30/06_ Location of Incident: _Bearcat 2_

Name & Location of Witnesses: _S.L.C.C. Officials_

Name of Personnel Involved: _Staff_

Summary of Complaint: _I was forced to bend over 5 different times naked in front of female officers._

Specific Relief Desired: _Unlawful Search (woman) Transfer_

Today's Date: _5-30-06_     Offender's Signature: _Marcellus Breach_

---

Grievance #: _06-202_     Date Rec'd: _JUN 15 2006_

Type: _1000_     Screened by: _WARDEN VIATOR_

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____

_____ Accepted and Referred to _____

---

X (Rejected) Returned for the following reason: _Event in question was a major shakedown. Given the nature and seriousness of the event all available personnel were utilized._

_JUN 15 2006_

Date: _____ Warden or Designee Signature: _WARDEN VIATOR_

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

(1ˢᵗ Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:   Founded _____     Unfounded _____

Response: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Action Taken/Recommended (If Founded): _____

_____

_____

_____

Disposition of Recommendation (If Founded): _____

_____

_____

Today's Date: _____     1ˢᵗ Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

✓  I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: 6/17/06     Offender's Signature: Marcellus Breach A-160810

A.R.P. does not apply to Alabama offenders. AL does not have A.R.P. It's illegal to strip search me under Ala. Reg in front of women officers.

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?        Yes _____  No _____

OFFENDER'S NAME _Marcellus Breach_ LOCATION _Bearcat 2._
_over a scent_
Time & Date of Incident: _5-30-06_    Location of Incident: _Bearcat 2._

Name & Location of Witnesses: _S.L.C.C. Officials_

Name of Personnel Involved: _S.L.C.C. Officials_

Summary of Complaint: _Officials ~~start~~ conducted a shakedown, destroyed my personal property (legal work, stamps, soap, razors, store bought clothes, bread etc._

Specific Relief Desired: _I'd like my property, 2nd Grievance._

Today's Date: _6/18/06_    Offender's Signature: _Marcellus Breach_

Grievance #: _____    Date Rec'd: _____

Type: _____    Screened by: _____

Policy/Procedure Challenged? Yes _____  No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _____.

_____ Rejected/Returned for the following reason: _____

Date: _____  Warden or Designee Signature: _____

2 of 4

6/19/06

Captain Jones:

Can you please give us another
Ribbon for the typewriter. I turned
it in to Captain Ivory.

Thank you

Marcellus Breach — # 160010
SCARCAT 2.

6/20/06    1:35pm.

Handled, put
typewriter ribbon in.

P.S.

There's no one over Alabama anymore
to request legal books, etc.?

  
# LCS CORRECTIONS SERVICES, INC.

## Offender Request

FACILITY: _Captain Jones S.L.C.C._

TO: _Captain Jones_                                    DATE: _6/24/06_

(Person to whom request is to be sent)

**NATURE OF REQUEST**

    MEDICAL ☐        OTHER ☑ _Copies_

(state nature of request)

    REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_        OFFENDER # _A-160710_

HOUSING ASSIGNMENT _B-area 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_I request to have copies made._

---

| OFFICIAL USE ONLY |
|---|

DATE: _6/26/06_                    TIME: _1:30 pm._

REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled

Request is forwarded to _____

Comments: _Made Copies._

_Capt. J. Jones_

**NOTE:** All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _Captain Jones S.L.C.C._

TO: _Captain Jones_      DATE: _6/24/06_
    (Person to whom request is to be sent)

NATURE OF REQUEST
  MEDICAL ☐    OTHER ☑ _Copies_
                               (state nature of request)

  REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_      OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Barca 2_

DETAILS OF REQUEST (Briefly state nature or reason for request):

_I Request to have copies made._

_On 6/26/06 I turn in for copies 11 certificates_
_this is incorrect. I haven't received_
_My copies. 6:01 Pm 6/27/06 Marcellus Breach_

---

### OFFICIAL USE ONLY

DATE: _6/26/06_      TIME: _2:30 pm._

REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled

Request is forwarded to _____

Comments: _Made Copies._
_Not received._
_Marcell Brh_      _Capt. J. Jones_

---

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

_6/27/06 I did not state You recieved Your_
_Copies, But did State I Made Copies. On_
_6/27/06 at approx 8:30 Am You received Your Copies_
_Capt. J. Jones_

# LCS CORRECTIONS SERVICES, INC.

## MONEY WITHDRAWAL FORM

### SOUTH LOUISIANA CORRECTIONAL CENTER

DATE: 6/26/06

I, OFFENDER _Marcellus Breach_ # _166 710_ , GIVE MY PERMISSION TO ISSUE A CHECK/TRANSFER MONEY FROM MY ACCOUNT TO _SLCC_ IN THE AMOUNT OF $ _4.95_ .

REASON FOR TRANSFER: _____

_____ Copies legal    11 x 2 each _____

OFFENDER SIGNATURE X _Marcellus Breach_     DATE _6/26/06_

APPROVAL _Capt. Tina Jones_     DATE _6/26/06_
(Captain or above shall approve)

WITNESSED BY     _____

     _____

CHECK WRITTEN OR FUNDS TRANSFERRED

DATE: _6/27/06_

BY: _____

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes _____    No _____

OFFENDER'S NAME *Marcellus Branch*    LOCATION *Bearcat 2*

Time & Date of Incident: _____    Location of Incident: _____

Name & Location of Witnesses: *Celosana*

Name of Personnel Involved: *S.L.C.C.*

Summary of Complaint: *The Research Area is totally & ineffective to study, work on legal cases, too much noise, movement space, lack of table, chairs its in a hall-way.*

Specific Relief Desired: *Need an area to work (legal work)*

Today's Date: *6/12/06*    Offender's Signature: *Marcell C.*

Grievance #: *06-216*    Date Rec'd: *JUN 26 2006*

Type: *300*    Screened by: *WARDEN VIATOR*

Policy/Procedure Challenged? Yes _____    No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _____.

*X*  (Rejected) Returned for the following reason: *As a result of pending litigation, initiated by you without following proper legal procedure, no response can be provided to these issues.*

Date: *JUN 26 2006* Warden or Designee Signature: *WARDEN VIATOR*

1 of 4

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?     Yes _____     No _____

OFFENDER'S NAME _Marcellus Beach_ LOCATION _Beatcat 2_

Time & Date of Incident: _____ Location of Incident: _____

Name & Location of Witnesses: _Medical_

Name of Personnel Involved: _Medical_

Summary of Complaint: _I've been recommended for surgery for a hernia. I've yet seen anyone to have surgery._

_Serious Medical Need._

Specific Relief Desired: _Surgery_

Today's Date: _6/15/06_     Offender's Signature: _Marcellus Beach_

---

Grievance #: _06-215_          Date Rec'd: _JUN 26 2006_

Type: _100_                    Screened by: _WARDEN VIATOR_

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____

✓ Accepted and Referred to _NURSE MAXIE_ .

---

_____ Rejected/Returned for the following reason: _____

Date: _____ Warden or Designee Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?    Yes _____ No _____

OFFENDER'S NAME _Marcellus Beach_ LOCATION _Beatca 2_

Time & Date of Incident: _____ Location of Incident: _____

Name & Location of Witnesses: _Medical_

Name of Personnel Involved: _Medical_

Summary of Complaint: _I've been recommended for Surgery for a hernia. I've not seen anyone to have Surgery._

_Serious Medical Need._

Specific Relief Desired: _Surgery_

Today's Date: _6/18/06_    Offender's Signature: _March Beach_

Grievance #: _06-215_    Date Rec'd: _JUN 26 2006_

Type: _100_    Screened by: _WARDEN VIATOR_

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____

_✓_ Accepted and Referred to _NURSE MAXIE_

_____ Rejected/Returned for the following reason: _____

Date: _____ Warden or Designee Signature: _____

**LCS CORRECTIONS SERVICES, INC.**

**RESPONSE TO GRIEVANCE**

**SOUTH LOUISIANA CORRECTIONAL CENTER**

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _6/27/06_____

Grievance:  Founded _____     Unfounded ___✓_____

Response: _Submit was transfered to our facility with a hernia. no surgeries scheduled on this subject in alabama. Per report of Limestone medical staff Dr. Jasdin has seen this subject and no surgeries are done @ our facility from alabama, without authorization from Commissioners Office, His medical conditions have been reviewed before transfering here and no serious health matters were_

Action Taken/Recommended (If Founded): __Sent here._____

_____

_____

_____

Disposition of Recommendation (If Founded): _____

_____

_____

Today's Date: _6/27/06_____   1st Step Respondent Signature: _W McMahi___

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____     Offender's Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?     Yes _____   No _____

OFFENDER'S NAME _Marcellus Breach_ LOCATION _Beaucat 2_

Time & Date of Incident: _May 2006_   Location of Incident: _Beaucat 2_

Name & Location of Witnesses: _Staff_

Name of Personnel Involved: _S.L.C.C  +  Staff_

Summary of Complaint: _Our Alabama Computer Lexis News has been gone Almost 4-weeks No access._

Specific Relief Desired: _Supply the Computer._

Today's Date: _6/27/06_     Offender's Signature: _[signature]_

_____

Grievance #: _06-227_                    Date Rec'd: _JUN 29 2006_

Type: _300_                              Screened by: _Warden Viator_

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____ .

_____ Accepted and Referred to _____ .

_____

___X___ (Rejected) Returned for the following reason: _As a result of Pending litigation initiated by you Prior to following grievance Procedures, I am not able to Provide a response._

Date: _JUN 29 2006_   Warden or Designee Signature: _Warden Viator_

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1st Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:    Founded _____    Unfounded _____

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Action Taken/Recommended (If Founded): _____
_____
_____
_____

Disposition of Recommendation (If Founded): _____
_____
_____

Today's Date: _____    1st Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____    Offender's Signature: _____

# LCS CORRECTIONS SERVICES, INC.

## OFFENDER GRIEVANCE

### SOUTH LOUISIANA CORRECTIONAL CENTER

Is this an emergency grievance?     Yes _____     No _____

OFFENDER'S NAME _Marcellus Breach_     LOCATION _Bearcat 2_

Time & Date of Incident: _6:00 PM_     Location of Incident: _Bearcat 2_

Name & Location of Witnesses: _Henry Byrd_

Name of Personnel Involved: _Lt. Head & Captain Harvey._

Summary of Complaint: _Lt. Head did so say he would put me in lock-up asking to use the computer. Lt Head said Fuck the Memo (Major Striedel's Memo) won't be no computer on my shift. He refused to let me and Henry Byrd go to Law Library at call-out._

Specific Relief Desired: _He's a big problem. Will be a problem. Move him away from Bearcat 2_

Today's Date: _2/1/06_     Offender's Signature: _Marcellus Breach_

---

Grievance #: _06-235_     Date Rec'd: _JUL 11 2006_

Type: _300_     Screened by: _Warden Viator_

Policy/Procedure Challenged? Yes _____ No _____

_____ Hold pending decision in grievance # _____.

_____ Accepted and Referred to _____.

---

_X_ Rejected/Returned for the following reason: _As a result of pending litigation initiated by you - No response can be provided at this time._

Date: _JUL 11 2006_     Warden or Designee Signature: _Warden Viator_

_True copy sent to Christopher Edwards,_
_Edwards Law Firm._

_DC-00062886-B,_

# LCS CORRECTIONS SERVICES, INC.

## RESPONSE TO GRIEVANCE

## SOUTH LOUISIANA CORRECTIONAL CENTER

(1ˢᵗ Step Respondent – Reply and return to Warden or designee as quickly as possible, but no later than 15 days from the date you receive.)

Date Received: _____

Grievance:    Founded _____    Unfounded _____

Response: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Action Taken/Recommended (If Founded): _____

_____

_____

_____

Disposition of Recommendation (If Founded): _____

_____

_____

Today's Date: _____ 1ˢᵗ Step Respondent Signature: _____

Instructions to Offender: If you are not satisfied with this response, you may proceed to Step Two by checking below and placing in the Grievance Box within five (5) days of your receipt of this response.

_____ I am not satisfied with this response and wish to proceed to Step Two.

Today's Date: _____ Offender's Signature: _____

To: Captain Jones

From: Marcellus Breach.

Request:

1) To Return Checked-out Law book.

2) Request Another typewriter Ribbon.

3) Turn over helpful book to Law Clerks

Thank-you.

M. Breach.

7/12/06
Handled, recieved Law books back and issued another type writer ribbon. Turned books over to law Library.

Cpt. Jones

Captain Jones.

From: Marcellus Breach

July 13, 2006

Request to see the Lawyer

Referral Book w2h Clerk

Addresses for Alabama States

Thank you

M. Breach.

7/14/06          11:41 Am
       Handled
                 Capt. J. Jones

## LCS CORRECTIONS SERVICES, INC.
## UNUSUAL OCCURRENCE REPORT - (U.O.R.)

### SOUTH LOUISIANA CORRECTIONAL CENTER

| Offender: | #: | Housing Unit: | Date of incident: | Time: |
|-----------|----|--------------|--------------------|-------|
| Marcellus Breach | AL-160710 | #20 Bearcat2 | 7-17-06 | approx 7:40pm |

| Location of Incident: | Witness(es): |
|-----------------------|--------------|
| Bearcat 2 | |

**IF ANY force is used the reverse side of this document SHALL be completed.**

### TYPE OF INCIDENT - CHECK APPROPRIATE BOX(ES)

| | | | |
|---|---|---|---|
| ASSAULT ON STAFF | MAJOR DISTURBANCE | SHIFT SHAKEDOWN | PROTECTION REQUESTED |
| AGG. SEX OFFENSE | SEX OFFENSE | FRONT GATE SHAKEDOWN | VIOLENT DEATH |
| AGG. FIGHT | USE OF FORCE | MATTRESS SHAKEDOWN | DEATH DUE TO ILLNESS |
| FIGHT | MINOR DISTURBANCE | GROUNDS SHAKEDOWN | MENTAL HEALTH |
| ESCAPE | SEARCH OF INMATE | CONTRABAND | MEDICAL |
| X OTHER: Money order in mail | | | |

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the 7-17-06 at approx. 7:40pm while I Lt. Doyle was issuing out mail in Bearcat 2 Dorm Inmate Marcellus Breach approach I Lt. Doyle and gave me a money order in the amount of Fifty Dollars #217110311 wich he had just received in the mail from Redstone Federal Credit Union.

Placed in inmate Acct. 7-18-06
Lt. Claudia Jordan

Lt. Doyle 7-17-06     Cpt. Bernadine Fontenot

**Reporting Officer & Date        Supervisor Signature & Date        Warden Signature & Date**

07/18/06

# LCS CORRECTIONS SERVICES, INC.
## Use of Force Report

### SOUTH LOUISIANA CORRECTIONAL CENTER

TYPE OF FORCE USED: _____

☐ CHEMICAL AGENTS USED    ☐ MECHANICAL RESTRAINTS USED

☐ OTHER _____

Reason for Force: _____

_____

_____

_____

_____

_____

_____

Justification for Force: _____

_____

_____

_____

_____

_____

_____

_____
Reporting Officer's Signature and Date

_____          _____
Supervisor's Signature and Date                             Warden's Signature and Date

MARCELLUS BREACH        : 13TH JUDICIAL DISTRICT COURT

VERSUS NO: 00067886-B        : PARISH OF EVANGELINE

       2006 AUG -8 A 10:56

GARY COPES, ET AL        : STATE OF LOUISIANA

WALTER LEE, CLERK
EVANGELINE PARISH

ORDER

THE STATE OF LOUISIANA TO:

WARDEN GARY COPES
South Louisiana Correctional Center
3843 Stagg Ave.
Basile, LA 70515



     YOU ARE HEREBY ORDERED, DIRECTED AND COMMANDED, in the name of the State of Louisiana and of this Honorable Court, the Honorable Judge Thomas F. Fuselier District Court Judge of Evangeline Parish, Ville Platte, Louisiana to show cause before this Court on the 6th day of September, 2006, at 9:00 A.M. o'clock (A.M.) P.M, as to why there should not be a judgment in favor of Plaintiff Marcellus Breach, and against you as follows:

A. Be held in contempt of court as requested by plaintiff.

B. _____

 

C. All as prayed for in the petition this day filed, a certified copy of which is attached hereto and made a part hereof and,

     YOU ARE FURTHER ORDERED, DIRECTED AND COMMANDED, to transport Plaintiff Marcellus Breach A-160710, Henry Byrd A-236372 and Tyricka Calloway A-17....

7/9/06

To: Captain Jones

May I request to check-out the following:

1) Revisions to the Rules and Internal Operating Procedures for the US Court of Appeals for the 11th Circuit, effective December 1, 2003 (paper back)

2) Moore's Federal Practice Manual for Complex Litigation.

7/10/06                    4:07 Pm
          Handled

I thank you!

We do not have the first book you requested.

M. Breach.

P.S.
     They were out of Request Slips



# Certificate of Completion

## Coping Skills

### For

#### Coping Skills

SLCC Basile,La.

**Marcellus Breach**

**DOC# A-160710**

**Successfully**

**Completed a 8 week Coping Skills Program**

**August 11,2006**

Butch DuBroc BS, BAC, MHS

**Butch DuBroc** BS, BAC, MHS

# LCS CORRECTIONS SERVICES, Inc.

## Offender Request

FACILITY: _S.L.C.C._

TO: _Lt. Bertrand_                                    DATE: _8/13/06_
(Person to whom request is to be sent)

**NATURE OF REQUEST**
    MEDICAL ☐        OTHER ☐   _Package Mailed_
                                                  (state nature of request)

_____ REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_        OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bobcat 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Ms. B,    I sent you two (2) stamps to cover_
_the postage due to send my legal leave._
_I haven't received the Certified Mail_
_Reccipt yet.        Today is 8/14/06 At Mail Call I still_
_avent received my receipt? Please advise._
_#30.00 legal book_                          _Thank you_

┌────────────────────────────────────────────────┐
│                 **OFFICIAL USE ONLY**            │
└────────────────────────────────────────────────┘

DATE: _Aug 17, 2006_                 TIME: _____
REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled
Request is forwarded to _____
Comments: _Box mailed Aug 16, 2006_
                          _(JB)_

_____
_____
_____
_____

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# LCS CORRECTIONS SERVICES, I..C.

## Offender Request

FACILITY: _S L C C_

TO: _Captain Jones_      DATE: _8/20/06_
(Person to whom request is to be sent)

**NATURE OF REQUEST**
    MEDICAL ☐      OTHER ☑ _____
                                             (state nature of request)

    REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_     OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bearcat 1_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Request to make copies please._

---

| OFFICIAL USE ONLY |
|---|

DATE: _8/21/06_      TIME: _4:40 pm._

REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled

Request is forwarded to _____

Comments: _Md. Copies will issue_
_Copies on 8/22/06._

                                        _Capt. Smith_

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

## LCS CORRECTIONS SERVICES, INC.

## OFFENDER RELEASE/TRANSFER FORM

FACILITY: _SLCC_

PRINTED NAME OF OFFENDER: _MARCELLOUS BREACH_ OFFENDER # _M60710_

( ) RELEASE FROM FACILITY                    (X) TRANSFER TO ANOTHER AGENCY

Date Released:____/____/____                 Date Transferred: _08/28/06_

Time Released: _____                Time Transferred: _1:45 PM_

Officer Offender Transferred to: _Lt. Patricia Allison_ (Print)

Agency Transferred to: _PPCC_ (Print)

Reason for Transfer: _TRANSFER_

LCS Officer transferring/releasing offender: _Lt. Laflin_

······································································································

I, _Lt. Pat Allison_ , a qualified officer for _PPCC_

agree to accept custody of the above named offender for the  purpose of _Transfer_

This offender will remain in the _PPCC_ jail/prison when not under

security escort. All reasonable precautions will be taken, including but not limited to, being escorted at all times by at least on qualified officer.

I also accept responsibility for the Offender File and/or Medical File _____

_Lt. Pat Allison_                    _Aug 28 2006_
Receiving Officer                        Date

Date to be returned, if known: _N/A_

## DO NOT RELEASE THIS OFFENDER FROM CUSTODY WITHOUT NOTIFYING THE LCS FACILITY FROM WHICH CUSTODY WAS RELEASED.

_Lt. Laflin_                         _Lt. Laflin_
Transferring Officer Signature        LCS Officer Signature

## INMATE INTAKE TRANSFER RECORD





FACILITY INMATE TRANSFERRED FROM: _S.L.C.C_

DATE OF TRANSFER: _8-28-06_

INMATE NAME: _Breach, Marcellus_

D.O.C.#: _A160710_

DATE OF BIRTH _7-28-69_

SOC. SEC.# ▬▬▬▬▬ RACE _BLK_ S.I.D. ▬▬▬▬▬

▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲

REASON FOR TRANSFER: (CIRCLE ONE)

DISCIPLINARY
GEOPGRAPHICAL
MEDICAL
ENEMY CONCERNS (DOCUMENT NAMES AND/OR NATURE OF ENEMY CONCERN)
OTHER

EXPLANATION: _Swap out_

▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲

COMMENTS: (NEGATIVE ATTITUDE, VISIBLE MEDICAL/EMOTIONAL PROBLEMS, INMATE ENEMY CONCERNS AT THIS FACILITY, OTHER FAMILY MEMBERS INACARCERATED AT THIS FACILITY, GANG MEMBER, ETC...)

▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲

NOTATIONS OF ANY INFORMATION CHANGED OR NOT IDENTIFIED ON ORIGINAL INTAKE FORM:

▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲

_Lt. Patricia Allison_          _2:30pm_          _8-28-06_
BOOKING OFFICER                 BOOKING TIME       DATE

DWV

LC'  )RRECTIONS SERVICES,

## OFFENDER INTAKE PACKET AND ORIENTATION RECORD

OFFENDER NAME: *Breach, Marcellus*     DOC#: *A160710*

| OFFENDER INITIALS | PROCEDURE NOTIFICATION ACKNOWLEDGMENT |
|---|---|
| *MB* | OFFENDER CONSENT TO RELEASE INFORMATION |
| *MB* | OFFENDER MAIL WAIVER |
| *MB* | OFFENDER HANDBOOK RECEIPT |
| *MB* | OFFENDER DISCIPLINARY RULES, HEARINGS, AND APPEALS |
| *MB* | OFFENDER URINALYSIS TESTING PROGRAM |
| *MB* | OFFENDER CO-PAYMENT PLAN |
| *MB* | LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS DISCIPLINARY OFFENSES |
| *MB* | OFFENDER PERSONAL PROPERTY ACKNOWLEDGMENT |
| *MB* | OFFENDER ADMINISTRATIVE REMEDY PROCEDURES |

*By attaching my signature, I certify that I have been provided with copies of the orientation packet and I have read and understand the rules, regulations, guidelines and rights as listed above.*

_____          *8-28-06*
Offender Signature                                          Date

*Lt. Pat Allison*                                          *8-28-06*
Processing Officer Signature                          Date

# LC ORRECTIONS SERVICES,

## OFFENDER PROPERTY SHEET

### PINE PRAIRIE CORRECTIONAL CENTER

Offender's Name: _Marcellus French_    Date Issued: _8-28-06_

| ISSUED | Yes | No | # | Condition | RETURNED | Yes | No |
|---|---|---|---|---|---|---|---|
| Mattresses | [✓] | [ ] | [ 1 ] | Fair | | [✓] | [ ] |
| Sheet | [✓] | [ ] | [ 2 ] | Fair | | [✓] | [ ] |
| Towel | [✓] | [ ] | [ 2 ] | Fair | | [✓] | [ ] |
| Blanket | [✓] | [ ] | [ 1 ] | Fair | | [✓] | [ ] |
| Pillow | [✓] | [ ] | [ 1 ] | Fair | | [✓] | [ ] |
| Pillow Case | [✓] | [ ] | [ 1 ] | Fair | | [✓] | [ ] |
| Uniforms | [✓] | [ ] | [ 2 ] | Fair | | [✓] | [ ] |
| Washcloth | [✓] | [ ] | [ 1 ] | Fair | | [✓] | [ ] |
| Soap | [✓] | [ ] | [ 1 ] | new | | [ ] | [ ] |
| Toothbrush | [✓] | [ ] | [ 1 ] | new | | [ ] | [ ] |
| Toothpaste | [✓] | [ ] | [ 1 ] | new | | [ ] | [ ] |
| Razor | [✓] | [ ] | [ 1 ] | new | | [✓] | [ ] |
| T-Shirt | [✓] | [ ] | [ 3 ] | new | | [ ] | [✓] |
| Handbook | [✓] | [ ] | [ 1 ] | new | | [ ] | [✓] |
| Brief | [✓] | [ ] | [ 3 ] | new | | [ ] | [✓] |
| Socks | [✓] | [ ] | [ 3 ] | new | | [ ] | [✓] |

_Lt. Pat Allison_
Issuing Officer's Signature

_[signature]_
Receiving Officer's Signature
(When property returned)

_[signature]_
Offender's Signature

# LCS CORRECTIONS SERVICES, INC.
## OFFENDER CLOTHING AND PERSONAL PROPERTY INVENTORY

### PINE PRAIRIE CORRECTIONAL CENTER

I, _Marcellus Breach_ Offender # _____ certify that on _8-28-06_ (Date),
I had the below listed property in my possession or that it was disposed of as indicated below.

In block put the number of item.  DO NOT CHECK.

| ITEMS | Y | N | # | ITEMS | Y | N | # | MISCELLANEOUS ITEMS | Y | N | # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BELTS *Appraised in Basile* | | | | PIPES | | | | Deod | ✓ | | 2 |
| BOOKS | | | | RAZORS | ✓ | | 4 | B. Powder | ✓ | | 1 |
| BOOTS | | | | RINGS | | | | Foot Powder | ✓ | | |
| CAPS/HATS | ✓ | | 2 | SANDALS | | | | Shampoo | ✓ | | 1 |
| COATS | | | | SHEETS, BED | | | | H. Grease | ✓ | | |
| COINS Brush | ✓ | | 1 | SHIRTS | | | | Shaving Cream | ✓ | | |
| COMBS | ✓ | | 1 | SHOES, SHOWER Orange | ✓ | | 1 | Soap | ✓ | | 2 |
| EARPHONES Smy | ✓ | | 1 | SHOES, TENNIS | | | | S. Dish | ✓ | | 1 |
| FACE CLOTHS | ✓ | | 2 | SLACKS | | | | **TO BE SHIPPED OR DESTROYED** | | | |
| HANDKERCHIEF | | | | SOCKS | ✓ | | 8 | Coffee | ✓ | | 1 |
| JACKETS | | | | STAMPS | | | 6 | Picante | ✓ | | 1 |
| JUMPSUIT | | | | SUNGLASSES | | | | Shampoo | ✓ | | 1 |
| KEYS | | | | SWEATERS | | | | Conditioner | ✓ | | 1 |
| LUGGAGE | | | | SWEATPANTS White | ✓ | | 1 | F. Beans | ✓ | | 1 |
| MIRROR | | | | SWEATSHIRTS White | ✓ | | 1 | Legal / Ast Mail | | | |
| NAIL CLIPPER | | | | TAPE PLAYER Smy | ✓ | | 1 | M. Bowl | ✓ | | 1 |
| NECKLACE | | | | TAPES | | | | toothpaste | ✓ | ✓ | |
| NECKTIE | | | | TOOTHBRUSH & holder | ✓ | | 1 | Floss | ✓ | | 1 |
| PAJAMAS | | | | TOWELS His | ✓ | | 4 | Cup | ✓ | | 1 |
| PANTS | | | | T-SHIRTS | ✓ | | 10 | V63 Comb. | ✓ | | 1 |
| JEANS, CUTOFFS | | | | UNDERWEAR-THERMAL Set | ✓ | | 1 | Lotion | ✓ | | 1 |
| PENCILS | | | | UNDERSHORTS | ✓ | | 12 | Spoon | ✓ | | 1 |
| PENS | ✓ | | 4 | WALLET | | | | Knee Brace | ✓ | | |
| PHOTO ALBUM | | | | WATCH grey | ✓ | | 1 | | | | |
| PILLOW CASE | | | | WRITING TABLET | ✓ | | 2 | | | | |

**ALL STORED PROPERTY SHALL BE REMOVED FROM FACILITY WITHIN 21 DAYS OR IT WILL BE DESTROYED
EXCEPT THAT WHICH IS REQUIRED TO BE KEPT BY LAW OR CONTRACT**

LCS is not responsible for lost, destroyed, or stolen personal offender property.

Officer Signature: _Lt. Pat Allison_    Date: _8-28-06_

Offender Signature: _M LCC_    Date: _8-28-06_

Property Returned: _____

Offender Signature          Date

_____

Witnessed by          Date

# LCS CORRECTION SERVICES, INC.

## ITEMS TO BE SHIPPED INVENTORY

### PINE PRAIRIE CORRECTIONAL CENTER

OFFENDER NAME: _Marcellus Rainach_     OFFENDER #: _____

HOUSING ASSIGNMENT: _____

| DESCRIPTION OF ITEMS TO BE SHIPPED |
|---|
| _Holding — Nothing_ |
| |
| |
| |
| |
| |
| |
| |
| |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHIP TO:     _____

_____

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONFISCATION / UNAUTHORIZED ITEMS NOT PERMITTED

Disposition of Property: _Destroy → Empty B. Powder_

_____

_____

Shipped on: ___ / ___ / ___          Date: _8-28-06_

Destroyed on: ___ / ___ / ___          Offender Signature: _____

Officer Signature: _Lt Pat Allison_

# LCS CORRECTIONS SERVICES, INC.

## Offender Request

FACILITY: _S. L. C. C._

TO: _Ms Jones_                                    DATE: _8/28/06_

(Person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL ☐        OTHER ☐   _Copies_

(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_   OFFENDER # _A-160110_

HOUSING ASSIGNMENT _Bearcat 1_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Request Copies please._

---

| OFFICIAL USE ONLY |
|---|

DATE: _8/28/06_        TIME: _10:40 AM_

REQUEST IS: ( ) Approved    ( ) Denied    ( √ ) Handled

Request is forwarded to _____

Comments: _Recieved papers for Copies._

_Capt. J. Jones_

**NOTE:** All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# EDWARDS LAW FIRM

E. BYRNE EDWARDS
CHRISTOPHER A. EDWARDS
NOLAN G. EDWARDS

Post Office Box 2970
312 West University
Lafayette, Louisiana  70502- 2970

TELEPHONE: (337) 237-6881
FAX: (337) 232-6234
E-Mail: cedwardz@bellsouth.net
Home Page: edwardslawfirm.net

August 28, 2006

Gary Copes
and David Viataor
South Louisiana Correctional Center
3843 Stagg Avenue
Basile, LA 70515

     RE:    MARCELLUS BREACH #A160710

Dear Gary:

    Please forward to my office one copy of the entire file of Marcellus Breach just for his Louisiana incarceration not his Alabama incarceration.  I know you sent me a copy before but, I do need an updated copy for court purposes.  I do not need the medical portion.

    Also, on August 21st I wrote you indicating you need to transport Marcellus Breach, Henry Byrd, Tyricka Calloway, and Raymond Ingram to court on September 9, 2006 and this is an error, the correct date is **September 6, 2006.**  Please make this change to your calendar.  I am once again enclosing a copy of the Order.

    If you have any questions, please feel free to contact me.

    With kindest personal regards, I remain

          Sincerely,

          CHRISTOPHER A. EDWARDS

CAE:sjg

REC'D SEP 0 5 2006
A. E. Williams

# LCS CORRECTIONS SERVICES, INC.

## MONEY WITHDRAWAL FORM

### SOUTH LOUISIANA CORRECTIONAL CENTER

DATE: _8/28/06_

I, OFFENDER _Marcellus Breach_     # _A160710_ , GIVE MY

PERMISSION TO ISSUE A CHECK/TRANSFER MONEY FROM MY ACCOUNT TO

_SLCC_ IN THE AMOUNT OF $ _3.20_ .

REASON FOR TRANSFER: _____

_2 Copies each 16 pgs_

OFFENDER SIGNATURE _Marcellus Breach_     DATE _8/28/06_

APPROVAL _Cpt. Tina Jones_     DATE _8/28/06_
(Captain or above shall approve)

WITNESSED BY     _____

_____

CHECK WRITTEN OR FUNDS TRANSFERRED

DATE: _9-6-06_

BY: _B_

Marcellus Breach - A-160010
Depu Bayou C-30
P.O. Box 652
Pine Prairie, LA 70576

LAFAYETTE LA 705
08 SEP 2006 PM 1 L

South Louisiana Corr. Center
C/o Barbara Fuselier
3843 Stagg Ave
Basile, LA 70515

L~, CORRECTIONS SERVICF INC.
DEPARTMENT OF CORRECTIONS - Form # 1

# UNUSUAL OCCURRENCE REPORT - (U.O.R.)

**FACILITY:** Pine Prairie Correctional Center     ACA # 3-4176,4194

| Name: Breach, Marcellus | I/M: 160710 | I/M Housing: Bayou C - 34 | Date of Incident:: 9-7-06 | Time: Approx. 11:00 a.m. |
| --- | --- | --- | --- | --- |

| Location of Incident: Education Department | | |
| --- | --- | --- |

## If ANY force is used the reverse side of this document SHALL be completed.

### TYPE OF INCIDENT - CHECK APPROPRIATE BOX(ES)

| | | | |
| --- | --- | --- | --- |
| ASSAULT ON STAFF | MAJOR DISTURBANCE | SHIFT SHAKEDOWN | PROTECTION REQUESTED |
| AGG. SEX OFFENSE | SEX OFFENSE | FRONT GATE SHAKEDOWN | VIOLENT DEATH |
| AGG. FIGHT | USE OF FORCE | MATTRESS SHAKEDOWN | DEATH DUE TO ILLNESS |
| FIGHT | MINOR DISTURBANCE | GROUNDS SHAKEDOWN | MENTAL HEALTH |
| ESCAPE | SEARCH OF INMATE | CONTRABAND | MEDICAL |
| x OTHER: Theft by Fraud / General prohibited behavior | | | |

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

**DESCRIPTION OF INCIDENT:** On Thursday September 7, 2006 at approx. 11:00 a.m. while I Sgt. Gadrienne Arceneaux was retrieving Inmate Marcellus Breach #A160710 legal documents from the printer, I notice two pages (not in legal format) were being printed. I than retrieved the documents and observed that the contents was of personal nature written to a LCS employee regarding personal issues. The letter also contained disrespectful comments regarding LCS officials. After questioning Inmate Breach regarding the letter, he knowingly submitted obvious false information stating the contents was legal mail address to the courts. No Inmate shall deliberately misrepresent facts to secure material, special favor or consideration. In conclusion, the contents of the letter led me to believe that Inmate Breach was engaging in a non-professional relationship with an LCS employee. Deputy Warden David Viator and Deputy Warden Drue Bergeron were notified. A copy of the letter was turned over to Deputy Warden Viator and the original letter was returned to Inmate Breach.

Gadrienne Arceneaux
**Reporting Officer & Date**

_____
**Supervisor Signature& Date**

_Drue Bergeron_ 9-13-06
**Warden Signature & Date**

Page 1 of 1

REQUEST

South Louisiana Corr Center

To: Captain Jones

From: Marcellus Breach A-160710

Dorm: Wolf 2   34 Bed

Date September 13, 2006

I'am requesting to gr to the law library

For Alabama Notes.

Thank you!

M. Breach

Assigned legal
time for 9/20/06 @ 2:00 pm.

Capt V Jones

(cc)

TB

NO Show
9/20/06

UNITED STATES POSTAL SERVICE ~~BATON ROUGE LA 708~~

~~19 SEP 2006  PM  1~~

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Marcellus Breach A-160710
Dorm Wolf 2 Bed 34
S.L.C.C. 3843 Stagg Ave
Basile  LA 70515

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
C/o Deputy Clerk Nicole Fontenot
    Evangeline Parish
P.O. Drawer 347
Ville Platte, LA
Return Receipt Requested 70586

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_   ☒ Agent
                  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
JOHN LBRGNR   1-19-06

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7000-0520-0020-7986-4307

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

9/23/04

REQUEST

To: Captain Jones

From: Marcellus Breach  A-160710

Re: Law Library

I' Request a Seven (7) days pass for access to Law Library.

M. Breach  Handled  9/22/04  Computer
Wolf 2 Bed 34                          Typewriter.

Scheduled
for Law Library
on 9/24/04
@ 10:00 AM.

Cpt. J. Jones

UNITED STATES POSTAL SERVICE

LAFAYETTE LA 705

26 SEP

• Sender: Please print your name, address, and ZIP+4 in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Marcellus Breaux A-160710
Walk 2 Bed 34
S.L.C.C. 3843 Stagg ave
Basile, LA 70515

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
Vb Deputy Clerk Nicole Fontent
Evangeline Parish
P.O. Drawer 347
Ville Platte, LA 70586

COMPLETE THIS SECTION ON DELIVERY

A. Signature
□ Agent
□ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    □ Yes
   If YES, enter delivery address below:    □ No

VILLA  SEP 26 2006  70586

3. Service Type
□ Certified Mail    □ Express Mail
□ Registered    □ Return Receipt for Merchandise
□ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)    7000-0520-0022-2986-4345

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

granted Order
Asst. Dinny Ardoin

REQUEST

To: Captain Jones

From: Marcellus Breach A-160910
Dorm: Wolff 2 Bed 34

Re: Copies

I request 3 copies of p. 66-67
of the Alabama Classification Manuel
Chapter 5.

Thank you

M. Breach

rec'd copy of pg 66+67
of AL. Classification manual

LHW

10-2-06

10/3/06

<u>REQUEST</u>

South Louisiana Correctional Center

TO: Captain Jones
FROM: Marcellus Breach A#60910
      Wolff 2 Bed 34
RE: Law Library pass

I Request a 2-day pass be issued
on October 6, 2006.


Thank you!

M. Breach


Rec'd 10/4/06 @  10.00A.M. Handled

Passes will be Renewed on 10/6/06
Schedule time for 12:00 - 2:00 P.M.
for ONE (1) week. Ends 10/13/06


Capt. Tina Jones

## LCS CORRECTIONS SERVICES, INC.

### MONEY WITHDRAWAL FORM

## SOUTH LOUISIANA CORRECTIONAL CENTER

DATE: _10 - 2 - 0 6_

I, OFFENDER _Breach MARCELLUS_ # _A 160710_, GIVE MY

PERMISSION TO ISSUE A CHECK/TRANSFER MONEY FROM MY ACCOUNT TO

_SLCC_ IN THE AMOUNT OF $ _.90_

REASON FOR TRANSFER: _Copies from AC Classification_
_manual (3) Copies of pg 66 & 67 (2 pages)_

OFFENDER SIGNATURE _Marcellus Breach_ DATE _10/2/06_

APPROVAL _Lt Vial_ DATE _10-2-06_

(Captain or above shall approve)

WITNESSED BY _____

_____

CHECK WRITTEN OR FUNDS TRANSFERRED

DATE: _10/2/06_
BY: _DL_

LCS CORRECTIONS SERVICES, INC.

## OFFENDER RELEASE/TRANSFER FORM

FACILITY: J - L - C - C -

PRINTED NAME OF OFFENDER: _Marcellus Breach_     OFFENDER # _00160710_

( ) RELEASE FROM FACILITY          (✓) TRANSFER TO ANOTHER AGENCY

Date Released: ____/____/____          Date Transferred: _10_/_6_/_06_

Time Released: _____          Time Transferred: _615 AM_

Officer Offender Transferred to: _J. McCarty, COI_____ (Print)

Agency Transferred to: _Alabama Area_____ (Print)

Reason for Transfer: _Transfer From SLCC back to Alabama_

LCS Officer transferring/releasing offender: _Cpt. Bernedine Fontenot_

....................................................................................................

I, _J. McCarty, COI___, a qualified officer for _____

agree to accept custody of the above named offender for the purpose of _____

_____

This offender will remain in the _____ jail/prison when not under

security escort. All reasonable precautions will be taken, including but not limited to, being escorted at all times by at least on qualified officer.

I also accept responsibility for the Offender File and/or Medical File_____.

_J. McCarty, COI_____          _10/6/06_____
Receiving Officer                          Date

Date to be returned, if known: _____

## DO NOT RELEASE THIS OFFENDER FROM CUSTODY WITHOUT NOTIFYING THE LCS FACILITY FROM WHICH CUSTODY WAS RELEASED.

X _J. McCarty, COI_____          _Cpt. Bernedine Fontenot_____
Transferring Officer Signature                    LCS Officer Signature

Captain Jones.

Request cases:

★ ① Bounds vs. Smith, 430 U.S. 817, 52 L.Ed2d
22, 97 S.Ct 1491 (1976)

★ ② Johnson v. Avery, 393 U.S. 483, 89 S.Ct 247
21 L.Ed 2d 718 (1969)

★ ③ Lewis v. Casey, 518 U.S. 343, 135 L.Ed2d 606,
116 S.Ct 2174 (1996)

★ ④ Wolff v. McDonnell, 418 U.S. 539, 41 L.Ed2d
935, 94 S.Ct 2963 (1974),

Book.
Rights of Prisoners 3rd ed. Volumes 1-3.
2005 with Supplements.
I Can only issue 1 Edition at a time Vol. 1
once you are finished with Vol. 2 then I will
send Vol. 2.
Marcellus Breach A-160710
Bearcat.



South Louisiana Correct

| Last / First |
| BREACH, |
| DOC# A1 |
| Race: B |
| DOB - 06/2 |

# CLOTHING AND SHOE RECORD

Name _Breach , Marcellus_   AIS No.: _160710_   Date Received

| Item | Items In Hand Upon Arrival | Size | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | April | May | J |
|------|---------------------------|------|------|------|------|------|------|------|-------|-----|---|
| Shoes | | | | | | | | | | | |
| Coat | | | | | | | | | | | |
| T-Shirts | | 1x | | | | | | | | | 6 |
| U. Wear | | Large | | | | | | | | | 6 |
| Shirt | | | | | | | | | | | |
| Pants | | | | | | | | | | | |
| Socks | | 3 | | | | | | | | | 6 |
| Cap | | | | | | | | | | | |
| Laundry Bag | | | | | | | | | | | |
| Sheet | | | | | | | | | | | |
| Pillow Case | | | | | | | | | | | |
| Face Cloth | | | | | | | | | | | |
| Blanket | | | | | | | | | | | |

Captain Jones,

Is it possible that someone could provide to Alabama Bobcat 2 U.S. Certified Mail Cards. We request the cards & receipts. We know how to properly fill them out, request the U.S postage fee for 1) Certified mail, 2) Return Receipt Requested.

How will we go about having the receipt "STAMPED" by S.L.C.C. Mail Clerk to ENSURE PROPER MAILing?

Please advise.

Marcellus Breach #A 160710

# LCS CORRECTIONS SERVICES, INC.

## Interoffice Memo

**TO:**      **SLCC Medical Department**

**FROM:**    **Deputy Warden Viator**

**RE:**      **Requested Medical Documents**

**DATE:**    **Friday, July 28, 2006**


Please provide me with a complete set of copies of Medical Records for:


### BREACH MARCELLUS        #AL-160710


I am attaching a copy of the letter from LCS Attorney and the Medical Authorization Form for your files.

# EDWARDS LAW FIRM

E. BYRNE EDWARDS
CHRISTOPHER A. EDWARDS
NOLAN G. EDWARDS

Post Office Box 2970
312 West University
Lafayette, Louisiana 70502- 2970

TELEPHONE: (337) 237-6881
FAX: (337) 232-6234
E-Mail: cedwardz@bellsouth.net
Home Page: edwardslawfirm.net

July 20, 2006

David Viator
South Louisiana Correctional Center
3843 Stagg Avenue
Basile, LA 70515

      RE:    Marcellus Breach
             DOB: 7/28/69   SSN: ████████

To Whom It May Concern:

    Please forward to my office any and all medical records on Mr. Breach from January 1, 2005 to the present date. I am enclosing a properly signed Medical Authorization Form for this purpose.

    With kindest personal regards, I remain

                Sincerely,

                CHRISTOPHER A. EDWARDS

CAE:sjg
Encl.

HIPAA AUTHORIZATION FORM

INDIVIDUAL'S NAME (please print): *Marcellus Breach Ais 160710*    DATE OF BIRTH: *7/28/69*

INDIVIDUAL'S ADDRESS *S.L.C.C. 3843 Stagg Ave Basile, LA 70515*

I hereby authorize use or disclosure of protected health information about me as described below.

1.  The following specific person/class of person/facility is authorized to *use or disclose information* about me:
    *South Louisiana Correctional Center*

2.  The following person (or class of persons) *may receive disclosure* of protected health information about me:
    His/her/its name and address:    **CHRISTOPHER A. EDWARDS**
    **Attorney at Law**
    **P.O. Box 2970**
    **LAFAYETTE, LA 70502-2970**

3.  The specific information that should be disclosed is (please give dates of service if possible):
    *Medical Records*

    **UNLESS YOU SIGN HERE,** NO INFORMATION ABOUT ALCOHOL/SUBSTANCE ABUSE, HIV/AIDS, OR MENTAL HEALTH WILL BE DISCLOSED:  YES, DISCLOSE THIS INFORMATION _____

    NO, DO NOT DISCLOSE THIS INFORMATION  *Marcellus Breach*

4.  I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by federal privacy regulations.

5.  I may revoke this authorization by notifying *Diana Lotts* _____ in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

6.  This authorization expires on  *7/15/*, 200 *7*, OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: *Final Disposition DC-6006 7886-B Evangeline Parish, CA*

    **FEES FOR COPIES:  Federal and state laws permit a fee to be charged for the copying of patient records.  This facility has contracted with Smart Corporation to make copies.  You may be required to pre-pay for the copies; if not, then your copies will be mailed along with an invoice.**

    **THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING** – note that signature is required in two places.

| *Marcellus Breach* | *2/15/06* | *2-28-69 -* |
|---|---|---|
| Signature of Individual | Date of Individual's Signature | Date of Birth or Social Security Number |
| (The person about whom the information relates) | | |

*OR, if applicable –*

| _____ | _____ | _____ |
|---|---|---|
| Signature of Guardian or | Date of Guardian's/Personal | Description of Authority to Act for |
| Personal Representative of Patient's Estate | Representative's Signature | the Individual |

*A copy of this completed, signed and dated form must be given to the Individual or other signator.*

Page 1 of 1

HIPAA AUTHORIZATION FORM

INDIVIDUAL'S NAME (please print): _MARCELLUS Bennah his 160TH_ DATE OF BIRTH: _9/28/69_

INDIVIDUAL'S ADDRESS _S.l.C.C. 3543 Stagg ave Basile, LA_

I hereby authorize use or disclosure of protected health information about me as described below.

1. The following specific person/class of person/facility is authorized to *use or disclose information* about me:

   _South Correctional_

2. The following person (or class of persons) *may receive disclosure* of protected health information about me:
   His/her/its name and address:  **CHRISTOPHER A. EDWARDS**
   **Attorney at Law**
   **P.O. Box 2970**
   **LAFAYETTE, LA 70502-2970**

3. The specific information that should be disclosed is (please give dates of service if possible):

   _medical records_

   **UNLESS YOU SIGN HERE**, NO INFORMATION ABOUT ALCOHOL/SUBSTANCE ABUSE, HIV/AIDS, OR
   MENTAL HEALTH WILL BE DISCLOSED:  **YES, DISCLOSE THIS INFORMATION** _ND_

   **NO, DO NOT DISCLOSE THIS INFORMATION** _NO_

4. I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or
   facility receiving it, and would then no longer be protected by federal privacy regulations.

5. I may revoke this authorization by notifying _CHRIS EDWARD_ in writing of my desire to revoke it.
   However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation
   will not affect those actions.

6. This authorization expires on _July 21_, 200 _7_, OR upon occurrence of the following event that relates to me or to
   the purpose of the intended use or disclosure of information about me: _OR TERMINATION OF LEGAL_
   _PROCEEDINGS_

**FEES FOR COPIES:  Federal and state laws permit a fee to be charged for the copying of patient records.  This facility
has contracted with Smart Corporation to make copies.  You may be required to pre-pay for the copies; if not, then your
copies will be mailed along with an invoice.**

**THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING** – note that signature is required in two places.

| _[signature]_ | _7/21/06_ | _7-28-69_ |
|---|---|---|
| Signature of Individual | Date of Individual's Signature | Date of Birth or Social Security Number |

(The person about whom the information relates)

*OR, if applicable –*

| | | |
|---|---|---|
| Signature of Guardian or | Date of Guardian's/Personal | Description of Authority to Act for |
| Personal Representative of Patient's Estate | Representative's Signature | the Individual |

*A copy of this completed, signed and dated form must be given to the Individual or other signator.*

Page 1 of 1

337 433-5497

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

fax (334) 215-9126
Phone (334) 215-6678

## Authorization for Release of Information

To: Dr. John A. Tassin
South Louisiana
Correctional Ctr
3843 Stagg Rd
Basile, Louisiana

From: PHS-KILBY
PO Box 11
MT. Meigs, Ala.
36057

Patient: Breach, Marcellus

Inmate ID No.: 160710

Alias: _____

Social Security No.: ███ - █ - ████

Date of Birth: 7-28-69

Date(s) of Service: 3/2006 - 10/06

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission        [ ] Discharge        [ ] Operative Summary Reports

[ ] X-Ray        [ ] Special Studies Reports        [ ] HIV Test        [ ] T B Test

[ ] Laboratory Reports        [ ] Immunization History        [ ] Dental Treatment Records

[ ] Psychiatric Summary Report        [ ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records   re: ① Inguinal hernia evaluation +
<u>Treatment. Old records/ old charts</u>
(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

+ _Marcello Breach_ A.I.S.# 160710    12/27/06
(Patient's Signature)                      (Date)

_L. Simes, LPN_    12/27/06
(Witness' Signature)                      (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Charlotte Foster_    12/28/06
(Signature and Title for PHS)                      (Date)

60102  (11/02)

LCS CORRECTIONS SERVICES, INC.

## Basic Offender Physical Examination / Health Screening

Date 3/20/06

Facility SLCC

Offender: Breach, Marcelus   #: Ala-160710 DOB: 7/28/69 SEX: M RACE: B

Testing: T.B.: 2/27/06  6mm   Other:

General: B.P.: 100/58  Pulse: 80  Resp: 16   Temp: 98.4 Height: 5'9" Weight: 161

### 1. DO YOU NOW OR HAVE YOU EVER HAD ANY OF THE FOLLOWING AILMENTS? (CHECK YES OR NO)

| AILMENT | Y | N | AILMENT | Y | N | AILMENT | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Injury | | ✓ | Stomach Problems | | ✓ | Cancer | | ✓ |
| Headaches | | ✓ | Hernia  Ingenial (L) | ✓ | | Operations Sx (L) ankle | ✓ | |
| Epilepsy | | ✓ | Broken Bones / Fractures | ✓ | | Skin Disorders | | ✓ |
| Defective Hearing | | ✓ | Joint Injuries  ankle | ✓ | | Communicable Diseases | | ✓ |
| Sinus Problems | | ✓ | Physical Deformities | | ✓ | Mental Illness | | ✓ |
| Surgical Removal of disk or spinal fusion | | ✓ | Diabetes (Medication: Yes ___ No ___) | | ✓ | Drug Addiction | | ✓ |
| TB, Asthma, Emphysema | | ✓ | Hemophilia | | ✓ | Alcoholism | | ✓ |
| Heart Trouble | | ✓ | Arteriosclerosis | | ✓ | Polio (poliomyelitis) | | ✓ |
| Dizziness / Blackouts | | ✓ | Cataracts / Glaucoma | | ✓ | Dental Problems  1 (R) cavity | ✓ | |
| High Blood Pressure | | ✓ | Back or Neck Injury L5 stiched | ✓ | | Other: | | |
| Stroke | | ✓ | Thrombophlebitis | | ✓ | | | |

Explain all "YES" answers. Please use back of form to give further explanation and details.

| LEVEL OF CONSCIOUSNESS | |
|---|---|
| Pupils | |
| Heart | |
| Lungs | |
| Abdomen | |
| Deformities | |
| Skin | |
| Other | |

ILLUSTRATE ON THE DIAGRAM(S) THE POSITION OR PLACE OF INJURY IF ANY:



Sx on Ankle

**REFERRAL MADE:**
☒ YES ☐ NO ☐ N/A
**REFERRAL NEEDED:**
☒ PHYSICIAN ☐ DENTAL ☐ MENTAL HEALTH
    ☐ ROUTINE SICK CALL
    ☐ EMERGENCY SICK CALL
    ☐ NONE

PHYSICIAN / MEDICAL STAFF REMARKS / RECOMMENDATIONS:
Sx (L) ankle   no ankle (L) foot deformity

EXAMINING MEDICAL STAFF: M. Dugao LPN

PHYSICIAN SIGNATURE:
DATE: 3/20/06

# LCS CORRECTIONS SERVICES, INC.
## Medical and Dental History

Facility: _____ SOUTH LOUISIANA CORRECTIONAL CENTER _____

| | |
|---|---|
| OFFENDER: Breach, Marcelus | AGE: _____ |
| OFFENDER #: Ala - 160710  DOB: 7/28/69  RACE: B | SEX: M |
| S.S. #: ▓▓▓▓▓▓ | |

Current Medical Problems: _____ (1) ankle sp → late 90's _____

Medications: _____ Ø _____

Disease: _____ Ø _____

Recent Surgery: _____ Ø _____

Recent Accidents: _____ Ø _____

Communicable Diseases: _____ Ø _____

Any Risk of Pregnancy: _____ NA _____

Attempted Suicide: _____ no _____

Alcohol or Drug Abuse: _____ no _____

Mental Health Problems: _____ no _____

Mental Condition: _____ alert & cohort _____

Do You Wear any Prosthetic Dental Appliances: _____ no _____

When was Your Last Visit to the Dentist: _____ 2 or 3 months _____

Have You Ever Had Any Teeth    Filled    or    Removed _____ yes _____

Ever Had Bleeding Gums: _____ no _____

Do You Have Any Dental Complaints At This Time: _____ yes 1 (R) needs filling _____

Have You Ever Seen An Eye Doctor - If Yes, Why: _____ no yes - check-up _____

Were You Issued A Prescription For Corrective Eye Wear: _____ no _____

What Type Of Eye Wear Are You Currently Using: _____ NA _____

Description & Condition of Eye Wear: _____

Comments: _____

_____ [Offender Signature]
Offender Signature And Date

m. Dugas lpn 3/20/04
Staff Signature and Date

## LCS CORRECTIONS SERVICES, INC
### Immunization Record

OFFENDER: _Breach, Marcelus_          OFFENDER #: _____

ALLERGIES: _____NKA_____          DOB _7/28/69_

PPD

| DATE GIVEN | NURSING SIGNATURE | DATE READ | RESULTS | NURSING SIGNATURE |
|---|---|---|---|---|
| On Transf | 2/27/06 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TETANUS

| DATE | DOSE | NURSE'S SIGNATURE |
|---|---|---|
| | | |
| | | |

## LCS CORRECTIONS SERVICES, INC.
### DOCTOR'S ORDERS SHEET

Offender Name: Breach, Marcelus    DOC#: AL 160710

| Date / Time | Allergies: NKH |
|---|---|
| 3-21-06 | Hernia (L) Inguinal Hernia Needs repair? |
| | RP R |
| | M. Maye |
| 4/12/06 | IBP 400mg BID tel dental |
| | Dr. Tassin / M. Maye |
| 7/18/06 | Not Pt. has (L) Inguinal Hern'a Not Incarcerated, Elective Procedure |
| | M. Maye |
| 10-3-06 | Old injury (L) ankle tender + RUM. |
| | Neb'n [ Naprosyn 520 bd #30 X 3  ETroc |
| | M. Maye |

# LCS CORRECTIONS SERVICES, INC.
## Mental Disability/Suicide Intake Screening

**Facility** _South Louisiana Correctional Center_

**Name** _Breach_          _Marcalus_          **D.O.B.** _____
       Last Name              First              MI

**Offender #** _A160710_     **Date** _3/16/06_  **Screening Officer** _Sgt Acevedo_

| QUESTIONNAIRE FOR OFFENDER | OBSERVATION QUESTIONS |
|---|---|
| 1. Have you ever received MHMR services or other mental health services?  ☐ YES ☑ NO | 6. Does the individual act or talk in a strange manner?  ☐ YES ☑ NO |
| 2. Do you know where you are?  ☑ Correct ☐ Incorrect | 7. Does the individual seem unusually confused or preoccupied?  ☐ YES ☑ NO |
| 3. What season is this?  ☑ Correct ☐ Incorrect | 8. Does the individual talk very rapidly or seem to be in an unusually good mood?  ☐ YES ☑ NO |
| 4. How many months are there in a year?  ☑ Correct ☐ Incorrect | 9. Does the individual claim to be someone else like a famous person or fictional character?  ☐ YES ☑ NO |
| 5. (a) Sometimes people tell me they hear noises or voices that other people don't seem to hear. What about you?  ☐ YES ☑ NO  (b) If yes, ask for an explanation: What do you hear? _____ | 10. (a) Does the individual's vocabulary (in his/her native tongue) seem limited?  ☐ YES ☑ NO  (b) Does the individual have difficulty coming up with words to express him/herself?  ☐ YES ☑ NO |

## SUICIDE-RELATED QUESTIONS / OBSERVATIONS

| | |
|---|---|
| 11. (a) Have you ever attempted suicide?  ☐ YES ☑ NO  (b) Have you ever had thoughts about killing yourself? If yes, when? _____ Where? _____ How? _____ | 14. When not on drugs or drinking, have you ever gone for days without sleep or had a long period in your life when you felt very energetic or excited?  ☐ YES ☑ NO |
| 12. Are you thinking about killing yourself today?  ☐ YES ☑ NO | 15. Have you experienced a recent loss or death of a family member or friend or are you worried about major problems other than your legal situation?  ☐ YES ☑ NO |
| 13. (a) Have you ever been so down that you couldn't do anything for more than a week?  ☐ YES ☑ NO  (b) Do you feel this way now?  ☐ YES ☑ NO | 16. Does this individual seem extremely sad, apathetic, helpless, or hopeless?  ☐ YES ☑ NO |

Was offender a medical, mental health , or suicide risk during any prior contact or confinement with department?
YES _____ NO __X__ If yes, when? _____

Does arresting or transporting officer believe that the offender is a medical, mental health, or suicide risk?
YES _____ NO __X__

_X_____     _3/16/06_____     _Sgt. Acevedo_____
   Offender's Signature          Date                Officer's Signature

**Comments:**

_____
_____
_____

**A Single inappropriate response except as appropriate in #3, indicates additional evaluation recommended. If so, contact Medical immediately.**

*ali Men*

GENERAL SERVICES ADMINISTRATION
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FIRMR (41 CFR) 201-45.505

*Marcelus Breach*

| HEALTH RECORD | | DENTAL | |
|---|---|---|---|

## SECTION I. PRESENTING DENTAL STATUS

PAGE: 1

| 1. PURPOSE OF EXAMINATION | | | 2. TYPE OF EXAM | | | | 3. DENTAL CLASSIFICATION | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| INITIAL | SEPARATION | OTHER (Specify) | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |

### 4. MISSING TEETH, EXISTING RESTORATIONS, AND PROSTHETIC APPLIANCES

REMARKS

6-13-06
# 15 occ Amal
1 Carp Ld
1 PA film
#9

$= 25$
$= 10$
$= 35$

Regus + PPF ~~...~~ (DSO)

USE ONLY IF DIFFERENT FROM BOX 7 BELOW

| PLACE OF EXAMINATION | DATE |
|---|---|

SIGNATURE OF DENTIST COMPLETING THIS SECTION

### 5. DISEASES AND ABNORMALITIES

REMARKS

Crown denied
4/13/06 per Ala Comm.
*nmahez* X office

### 7. EXAMINING DENTIST AND FACILITY

| PLACE OF EXAMINATION | DATE |
|---|---|

### 6. INDICATE X-RAYS USED IN THIS EXAMINATION

| PANORAMIC RADIOGRAPHS | FULL MOUTH PERIAPICAL | POSTERIOR BITE-WINGS | OTHER: | NONE TAKEN | SIGNATURE OF DENTIST |
|---|---|---|---|---|---|

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

DR MIKE WOODRUFF
PO 507
MARKSVILLE LA 71351

| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
|---|---|---|---|
| DATE OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | | RANK/GRADE |
| SSN OR IDENTIFICATION NO. | | ORGANIZATION | |

EXCEPTION TO SF 603
APPROVED BY GSA/IRMS 1-91

DENTAL
Standard Form 603

# LCS CORRECTIONS SERVICES, INC.

## Offender Request

FACILITY: _S.L.C.C_

TO: _Medical / Dental_                                    DATE: _4/7/06_
(Person to whom request is to be sent)

**NATURE OF REQUEST**
   MEDICAL ☑    OTHER ☐    _Dental_
                              (state nature of request)

_____ REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_    OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Seg Cat 2_

DETAILS OF REQUEST (Briefly state nature or reason for request):

_I need to see a dentist for a cavity problem and a other teeth problem. I do have pain_

| OFFICIAL USE ONLY |
|---|

DATE: _4/12/06_                TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled
Request is forwarded to _dental Caries noted; reg_
Comments: _to see dentist; ———    M. Mays_
_Ibp 400mg bid til dental_

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _LCS_

TO: _Medical/Dental_     DATE: _3/20/05_
(Person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL ☑    OTHER ☐ _____
(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_    OFFENDER # _A-16010_

HOUSING ASSIGNMENT _Bearcat 2._

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_Request to have a cavity filled, intake_
_Medical Screening, Hernia, Hypoglycemic._
_Bottom bed profile_

---

### OFFICIAL USE ONLY

DATE: _3/20/06_     TIME: _____

REQUEST IS: ( ) Approved   ( ) Denied   ( ) Handled

Request is forwarded to _on MD in clinic 3/21/06_

Comments: _____

---

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# ⌐S CORRECTIONS SERVICES, INC.

**Offender Request**

FACILITY: _S.C.C.C._

TO: _Medical / Dental_

(Person to whom request is to be sent)                    DATE: _3/22/06_

**NATURE OF REQUEST**

MEDICAL ☑        OTHER ☐ _____

REQUEST TO OFFICIAL ☐          (state nature of request)

OFFENDER NAME _Marcellus Breach_          OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bearcat #2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_I have a cavity(s) I need to be_
_filled,_

---

| OFFICIAL USE ONLY |
|---|

DATE: _____

REQUEST IS: (  ) Approved     (  ) Denied     (  ) Handled          TIME: _____

Request is forwarded to _____

Comments: _____

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

_Added to Dental list._

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _LCS_

TO: _Medical_                                                    DATE: _3/22/06_

(Person to whom request is to be sent)

NATURE OF REQUEST

MEDICAL ☑   OTHER ☐   _Hypoglycemic_

(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breach_   OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bearcat 2._

DETAILS OF REQUEST (Briefly state nature or reason for request):

_I am hypoglycemic. I got snack at Limestone. I tried today to get a officer to call you to check my blood-sugar. I was falling low. No one came. I cannot treat my low sugar. we ate at 9:00 p.m. last night, 9 hours no food. I was sick last night, I need my snack._

---

| OFFICIAL USE ONLY |
|---|

DATE: _____   TIME: _____

REQUEST IS: (  ) Approved   (  ) Denied   (  ) Handled

Request is forwarded to _____

Comments: _Saw MD 3/21. Relates no Hx of Hypoglycemia._

_u_

---

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

_This is the same problem I brought to your attention. Records reflect this medical condition, I've tried twice to get a nurse to check my sugar, No avail._

# LCS MEDICATION ADMINISTRATION RECORD

**FACILITY:** Blair

**MONTH:** May  **YEAR:** 2006

| START DATE | STOP DATE | INT | DRUG-DOSE MODE-INTERVAL |
|---|---|---|---|
| | until 6/20/06 dental | 04 | I BP 400mg BID pm |

**DC – Discontinue**  **R – Refused**  **NS – No Show**  **C – Count**  **O – Other**

**ALLERGIES:** NKA

**D.O.B./DOC#:** A. 160710  4.28.69

**LOCATION:** Bennet 2

**NAME:** Branch, Marcellus

# LCS MEDICATION ADMINISTRATION RECORD

**MONTH:** 4    **YEAR:** 06

**FACILITY:**

| START DATE | STOP DATE | INT | DRUG-DOSE MODE-INTERVAL |
|---|---|---|---|
| 4/13/06 | | Blue | Motrin IBP 400 mg BID PRN |

ALLERGIES: NKA

DC – Discontinue    R – Refused    NS – No Show    C – Count    O – Other

D.O.B. / DOC#: 7-28-69    A-160710

LOCATION: BC2

NAME: Bloch, Marcellus

# LCS CORRECTIONS SERVICES, INC.
## NURSES NOTES

OFFENDER Name: _Breach, Marcelus_          DOC#: _A-160710_

| Date / Time | Notations | Signature / Title |
|---|---|---|
| 7.21.06 11:50 | Doc #IPAA Authorization Form - Copies x 2 of medical Record give to Attorney Christopher Edwards in the presence of offender Marcelus Breach | _R. Scott RN_ |
| 8-1 VOID | | |
| 8/30/06 | RSC Done. Explain to Offender that Request for this treat is not done by medical. Only this is medically necessary is carried out by medical. Inform Offender to write Lest. over the kitchen. Called but in wait on [illegible] | _[signature]_ |
| 9/29/06 | Ankle injury - MD callout | _w_ |
| 10.3.06 | Saw MD on rounds a new orders | _M. Maya(x)_ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

D/W V

# LCS CORRECTIONS SERVICES, INC.
## Nurse's Notes

Facility ___SLCC___

Offender: ___Breach, Marcelus___     Offender #: ___A160710___

| Date/Time | Notations | Signature/Title |
|---|---|---|
| 3/20/06 | Intake Screening complete c̄ u bunk profile given @ ankle | M Magee |
| 3.21.06 | Saw MD on r/ds c̄ new orders | M Magee |
| 4.12.06 | PSC done c̄ new orders — M Magee | |
| 6/02/06 | Scheduled to go to Dr. Perkins for dental work this date | M Magee |
| 6/2/06 | Returned no paperwork or new orders | M Magee |
| 6/8/06 | Trip papers made for Dr. Woodruff on 6/13/06 | M Duggan |
| 6.13.06 | Returned c̄ NNO; return for fill | M Magee |
| 6/28/06 | Trip papers made for Dr. Perkins on 6/30/06 | M Duggan |
| 6.30.06 | Canceled Dr. Perkins due to limited appt x 20 inmates | M Magee |
| 7.12.06 | Received a call from Brandon from Alabama re: Inguinal Hernia - stated Hernia repairs are not done there - unless incarcerated or into scrotum. This subject has not c̄ hernia since seen by Dr Tassin 3.31.06 - Subject placed on sick call for 7.18.06 to see if he needs a referral to a Surgeon | D Jott |
| 7/10.06 | We faxed report to Ruth Naglich in reference to inguinal hernia inmate, re questing repair & is filing a lawsuit to have surgery done | M Magee |
| 17 | | M Magee |
| 7.12.06 | 9:40 AM Phone call received from Lynn Brown and she will return call on previous fax on 7.10.06; awaiting return call for follow up | M Magee |
| 7.17.06 | 4:25 PM Brought to medical - left inguinal hernia easily reducible - no c̄ pain | D Jott |
| 7/18.06 | Saw Dr. Tassin & no change in hernia & no new orders given | M Magee |

## LCS CORRECTIONS SERVICES, INC

### Offender Request

FACILITY: _S.L.C.C._

TO: _MEDICAL_ _____  DATE: _8/29/06_
(Person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL □    OTHER □ _____
(state nature of request)

REQUEST TO OFFICIAL □

OFFENDER NAME _Marcellus Breach_    OFFENDER # _A-160770_

HOUSING ASSIGNMENT _Boyou C-30 B_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

① _Request Diat Medically try I do not eat Meat, never have._

② _Dental → need cleaning_

---

### OFFICIAL USE ONLY

DATE: _8/30/06_    TIME: _10:03/Am_

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: _____
① _Need to write request to Lieut. in Kitchen for No meat Diet_
② _Put on Dental List_

---

**NOTE:** All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# LC'S CORRECTIONS SERVICES, INC.
## Medical Transportation Summary

Facility: _SLCC_

Name: _Breach, Marcelus_     DOB: _7 / 28 / 69_  Date: _6 / 13 / 06_

SS #: _____     Allergies: _NKDA_

Complaint: _Scheduled Appt_

Medical History: _Old Back Injury_

Medication: _< LBP 400 mg 1 po QID/PRN_

Method of Transportation: _Van_     Ambulance

Destination: _Dr. Woodruff_

Test given prior to transfer: _____

Vitals: BP: _____  Pulse: _____  Resp: _____

_Signature of Medical Staff_

South Louisiana Corr. Center
Request

To: Medical

From: Marcellus Breach A-160210
         Wolff 2 Bed 34

Re: Medical
Date Oct 2. 2006

I'm request to see the doctor concerning
ankle injury causing discomfort &
pain. I have a temp brace.
I put Request in on 10/1/06.

Thank you
M. Breach.

Certificate of Service

I hereby place this Request in the
Inmate Medical box located in Annex
hall under penalty of perjury on 10/2/06
1-of 2 Request.

Marcell Breach.

See Previous
Sickcall

No Request Slip Available

## LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _S.L.C.C._

TO: _Medical / Dental_     DATE: _4/7/06_

(Person to whom request is to be sent)

**NATURE OF REQUEST**
    MEDICAL ☑     OTHER ☐ _Dentist_

(state nature of request)

    REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Breech_     OFFENDER # _A-160710_

HOUSING ASSIGNMENT _Bearcat 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

_I need to see a dentist for a cavity problem and a other tooth problem. I do have pain_

---

| OFFICIAL USE ONLY |
|---|

DATE: _4/12/06_     TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    ( ✓ ) Handled

Request is forwarded to _dental Caries noted; req_

Comments: _to see dentist; ——— Ni Maxxx_

_Ibp 400mg bid til dental_

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# LCS CORRECTIONS SERVICES, INC.

## Offender Request

FACILITY: _L C S_

TO: _Medical / Dental_     DATE: 3/20/05

(Person to whom request is to be sent)

**NATURE OF REQUEST**

MEDICAL ☑    OTHER ☐ _____

(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME _Marcellus Beach_    OFFENDER # _A-16010_

HOUSING ASSIGNMENT _Bearcat 2_

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

Request to have a Cavity filled, Intake Medical Screening, Hernia, Hypoglycemic. Bottom bed profile

---

|                   OFFICIAL USE ONLY                   |
| ----------------------------------------------------- |

DATE: 3/20/06      TIME: _____

REQUEST IS: ( ) Approved   ( ) Denied   ( ) Handled

Request is forwarded to _on MD no list 3/21/06_

Comments: _____

---

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

# LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: S.L.C.C.

TO: Director of Nursing                    DATE: 7/14/06
(Person to whom request is to be sent)

**NATURE OF REQUEST**
MEDICAL ☑    OTHER ☐    HIPAA - Form. Medical Records
(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME Marcellus Breach          OFFENDER # A-160710

HOUSING ASSIGNMENT Beartcat 2

**DETAILS OF REQUEST (Briefly state nature or reason for request):**

I have a HIPAA Medical Authorization Form
in which I must place into the hands of
Whoever to Release My Medical Records OR
I'll get a court ORDER. You May call
Attorney Chris Edwards. 337-237-6881.
By Law you must release them. Need Med Records by 7/26/06

---

### OFFICIAL USE ONLY

DATE: 7/17/06                    TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: HIPA Consent reg for medical records
to be released to hosp, doctors and other
medical estab and staff that is
rendering or going to render medical
Care, this is not consent for your now
medical records per say, for records to

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

attorney we need an order to do so.
Ala has been notified (#2) of current med
cond + will. M Martin
render decision asap on Surg or no surg

Basile ( AL,

6-2-06     Marcellus Breach
fill + clean

## LCS CORRECTIONS SERVICES, INC
### Current Duty/Recreational Status

START DATE: ___3/20/06___     STOP DATE: ___ ___ Needs

OFFENDER NAME: Breden Marcelus DOC #: 160710 HOUSING: B-2#1

DUTY STATUS:

□ REGULAR     □ INDOORS     □ REGULAR WITH RESTRICTIONS
□ COMPOUND    □ LIMITED     □ BED REST
□ NO DUTY     □ LAY-IN      □ OTHER

### SPECIFIC DUTY RESTRICTIONS / LIMITATIONS

□ LEFT ARM    □ RIGHT ARM   □ TOOLS        □ SIT TO WORK      □ BENDING      □ STOOPING
□ PUSHING     □ PULLING     □ SQUATTING    □ KITCHEN          □ BOTTOM BUNK ONLY / NO HEIGHTS
□ NO LIFTING GREATER THAN _____ POUNDS    □ WHEELCHAIR       □ CANE         □ WALKER FOR AMBULATION
□ SEIZURE / MEDICAL PRECAUTIONS (NO CLIMBING, MOVING MACHINERY OR SHARPS)  □ CRUTCH 1X____ 2X____

COMMENTS: ___Due to medical condition___

SPORT RECREATIONAL RESTRICTIONS: □ NO SPORTS □ CONTACT SPORTS □ WEIGHTLIFTING □ OUTDOOR SPORTS

NAME: DOCTOR / NURSE