IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.

## NOTICE UNTO THE COURT

**COMES NOW,** Plaintiff Marcellus Breach hereby give notice unto the court as follows:

1. Plaintiff hereby withdraws his Notice of Intent to request sanctions upon CMS and PHS attorney pertaining to William Hobbs.

2. Plaintiff request to withdraw his assertions that William Hobbs did not possess a valid Alabama medical license, but based his allegations upon certified documentation from the Probate Court for Limestone County, Alabama and was presented bona fide to the court.

3. In any event to the contrary, if plaintiff does in fact discovery any further evidence he will request to renew his assertions.

4. Plaintiff apologizes to the Court for any inappropriate behavior.

This 8th Day May 2008.

*/s/ Marcellus Breach*

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 9th Day of May 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
LEGAL DIVISION
P.O. Box 301501
Montgomery, Alabama 36101

Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101

Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

*/s/ Marcellus Breach*
**Marcellus Breach**

Marcellus Breach 160210
Limestone C.F. D-68
28779 Nick Davis Rd
Harvest, Al 35749

Office of The Clerk
United State District Court
P.O. Box 711
Montgomery, Al 36101-0711