IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On May 13, 2008, the plaintiff filed a motion to strike (Court Doc. No. 648). In this motion, the plaintiff requests that those portions of the affidavit submitted by defendant William Hobbs on March 10, 2008 (Court Doc. No. 518 at 3-4) contradicting a prior affidavit with respect to a required treatment protocol of the Alabama Department of Corrections be stricken from the record. Upon consideration of the motion to strike, and as the action sought by the plaintiff is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 14th day of May, 2008.

                                               /s/ Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES MAGISTRATE JUDGE