```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005118
Cashier ID: christin
Transaction Date: 05/15/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
----------------------------------------
PLRA CIVIL FILING FEE
 For: MARCELLUS BREACH
 Case/Party: D-ALM-2-06-CV-001133-001
 Amount:         $30.00
----------------------------------------
CHECK
 Remitter: LIMESTONE CORRECTIONAL FAC
 Check/Money Order Num: 4338
 Amt Tendered:   $30.00
----------------------------------------
Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00
```