IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF ) |
| PRISON HEALTH SERVICES, et al., | ) ) |
| Defendants. | ) |

**ORDER**

On May 15, 2008, the plaintiff filed a document (Court Doc. No. 651) in which he improperly characterizes/misinterprets actions undertaken by the undersigned in orders issued on May 8, 2008 (Court Docs. No. 640, 642, 643 and 644). Accordingly, it is

ORDERED that the aforementioned orders be clarified as follows:

1. The orders only construed the objection/document at issue "*to contain*" a motion for sanctions.

2. The objections filed by the plaintiff on May 8, 2008 (Court Docs. No. 634, 635, 636 and 637) remain on the docket as objections because the action of the court in the challenged orders did not transform the objection into a motion for sanctions nor did the orders terminate any of the objections.

3. To the extent each objection challenges prior orders of the undersigned, the objection has been referred to the district judge for his review and remains pending before

the district judge for disposition.

    Done this 16th day of May, 2008.


                                    /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE