IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

2008 MAY 16 A 9:18

MARCELLUS BREACH, #160710

Plaintiff,

               \*  CASE NO: 2:06-CV-1133-MEF

Vs.

               \*

PRISON HEALTH SERVICES, INC.,

               \*

Defendants.

**NOTICE UNTO THE COURT / REQUEST FOR COPY OF COURT'S PREVIOUS ORDERS**

Comes now, the Plaintiff Marcellus Breach (hereinafter "Plaintiff") in proper person, hereby submits notification unto the court of either lost or inadvertence failure to serve timely serve Plaintiff with a copy of the court's recent orders: In further support thereof, plaintiff states as follows;

1. Plaintiff recently learned that this court denied several motions filed on behalf of the plaintiff. (*Court Doc. No's. 640, 641*) entered on May 8, 2008.

2. Plaintiff on May 13, 2008, received the court's orders (*Doc. No's. 643 & 644*) but did not receive <u>Doc. No.'s 640 & 641.</u>

1

3.  Plaintiff states that this is the first time that he has not received the court's orders timely, and simply did not receive a copy of the court's orders.

4.  Plaintiff request that this court take note of the fact that plaintiff was not served, and request that the court direct the appropriate court official to forward to him a copy of the orders entered on May 8, 2008, Doc. No.'s 610 & 611 that plaintiff may keep up with this case, and all orders entered.

5.  At any time, if this court questions the truthfulness pertaining to several complaints made by plaintiff of not receiving timely copies of pleadings filed by the defendants: at any time, if this court decides to subpoena the Limestone Correctional Facility, Inmate Legal Mail Log, plaintiff would be more than willing to assist and defend each and every allegation raised of not receiving the copies from the defendants.

WHEREFORE, premises considered, plaintiff request out of fundamental **fairness that** Plaintiff **receive a copy of the court's orders.**

Done this 13th Day May 2008.

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 14th Day of May 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
LEGAL DIVISION
P.O. Box 301501
Montgomery, Alabama 36101

Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101

Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

**Marcellus Breach**

3