IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the notice to the court filed by the plaintiff on May 16, 2008 (Court Doc. No. 655), which the court construes to contain a motion for service of orders, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The Clerk is DIRECTED to provide the plaintiff with copies of Court Doc. No. 640 and Court Doc. No. 641.

Done this 19th day of May, 2008.

          /s/ Terry F. Moorer
          TERRY F. MOORER
          UNITED STATES MAGISTRATE JUDGE