IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on May 16, 2008 (Court Doc. No. 654), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that on or before June 9, 2008 defendant Robbins shall file a supplemental response which:

1. Contains a copy of his current Alabama medical license as required by the directives of the order entered on May 2, 2008 (Court Doc. No. 618).

2. Advises the court of whether he has been licensed to practice medicine during the period of time relevant to the instant cause of action and the status of his license during such time period.

3. Informs the court of whether he is currently board certified in internal medicine.

    4.  Addresses the plaintiff's assertions regarding the disciplinary actions taken against him by the Alabama Board of Medical Examiners.

Done this 19th day of May, 2008.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE