IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the plaintiff's notices of objection to the contradictory statements contained in affidavits filed by defendant William Hobbs, and for good cause, it is

ORDERED that the plaintiff be and is hereby advised that such objections remain before the court and will be duly considered by the court at the appropriate time.

Done this 22nd day of May, 2008.

                                                      /s/ Terry F. Moorer
                                                      TERRY F. MOORER
                                                      UNITED STATES MAGISTRATE JUDGE