IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This cause is before the Court on the plaintiff's Objection to Order on Motion to Strike (Doc. #658) filed on May 21, 2008. Specifically, plaintiff objects to the Magistrate Judge's order of May 14, 2008 (Doc. #650) denying the plaintiff's motion to strike portions of the affidavit submitted by defendant. After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #658) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 23rd day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE