IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH, #160710,

    Plaintiff,

Vs.                                  CASE NO: 2:06-CV-1133-MEF

PRISON HEALTH SERVICES, INC.,

    Defendants.

**MOTION TO WITHDRAW PLAINTIFF'S OBJECTION [Court Doc. No. 651]**

**COMES NOW,** the Plaintiff *Marcellus Breach* (hereinafter Plaintiff) in proper person "Pro Se," request to withdraw an improper characterized/misinterpreted action taken by Plaintiff regarding the Magistrate Judge's orders issued on *May 8, 2008*, [**Court Doc. No. 640, 642, 643, and 644**]. Plaintiff misunderstood the Magistrate's Orders and request to withdraw the improper document as an improper Objection: In further support Plaintiff states:

1.    On or about *May 15, 2008*, the plaintiff filed a document entitled: *"Plaintiff's Written Objections To Court Orders Doc. No's. 639, 640, 641, 642, 643, 644."* [***Court Doc. No. 651***]

2.    It is understood, and the Magistrate Judge *sua sponta* has clarified its Orders in which Plaintiff out of inadvertence, "*improperly characterized/misinterpreted*" the court's orders wherein, it is now understood that the challenged issues have been noted by the court and the Objections are on the Court's docket. In addition, the Magistrate Judge clarified to the Plaintiff that the court's orders only construed the objection/document at

1

issue "to contain" a motion for sanctions, and that the Objections filed by the plaintiff on *May 8, 2008*, [*See,* **May 16, 2008, Court Order Doc. No. 653**] and that [**Court Doc. No. 634, 635, 636 and 637**] remain on the docket as objections because the action of the court in the challenged orders did not transform the objection into a motion for sanctions nor did the orders terminated any of the objections were in fact clearly erroneously misinterpreted/understood by plaintiff.

**WHEREFORE,** in the interest of judicial economy and in the interest of the integrity of the court, plaintiff requests to withdraw his improper Objection (**Doc.# 651**) as an error on part of the plaintiff clearly misunderstood the court's original orders. Plaintiff request that the court Strike (**Doc. #651**) from the Record and that the remainder of the objections, **Doc. No. 634, 635, 636 and 637** remain on the docketfor de novo review.

Respectfully Submitted,

Done this 22nd Day May 2008.

_____
Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama   35749

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 23rd Day of May 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

Alabama Dept. of Corrections
LEGAL DIVISION
P.O. Box 301501
Montgomery, Alabama 36101

Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101

Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

_____
Marcellus Breach

3

MARCELLUS BREACH 160710
LIMESTONE C.F.
28779 NICK DAVIS RE.
HARVEST, ALABAMA   35749

This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

HUNTSVILLE / HVS
Alabama 358 2 T
22 MAY 2008 PM



Legal Corr

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA  36101-0711

36101+0711