IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw objection filed by the plaintiff on May 27, 2008 (Court Doc. No. 664), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the objection filed by the plaintiff on May 15, 2008 (Court Doc. No. 651) be stricken from the docket.

Done this 27th day of May, 2008.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE