IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to clarify issues in objections filed by the plaintiff on May 23, 2008 (Court Doc. No. 663), in which the plaintiff seeks to clarify factual issues presented in previous objections (Court Doc. No. 634 and Court Doc. No. 636), and for good cause, it is

ORDERED that the motion to clarify be and is hereby GRANTED.

Done this 27th day of May, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE