IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for judicial notice/request for corrected civil docket filed by the plaintiff on May 28, 2008 (Court Doc. No. 667), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The Clerk is DIRECTED to amend the docket in this case to reflect that the document filed by the plaintiff on October 31, 2007 (Court Doc. No. 195) contains plaintiff's third set of interrogatories and request for admissions/production of documents addressed to defendant Ruth Naglich.

Done this 29th day of May, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE