IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to file amended objections (Court Doc. No. 668), in which the plaintiff seeks to present additional arguments in support of his previous objections (Court Doc. No. 635 and Court Doc. No. 637) to orders addressing the discovery propounded upon defendant Michael Robbins, and for good cause, it is

ORDERED that the motion to amend objections be and is hereby GRANTED.

Done this 29th day of May, 2008.

        /s/ Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE