IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH (AIS# 160710),    §
                                   §
            Plaintiff,             §
                                   §
vs.                                §    CIVIL ACTION NO. 2:06cv1133-MEF
                                   §
PRISON HEALTH SERVICES, INC.;      §
et al.;                            §
                                   §
            Defendants.            §

## AMENDED NOTICE OF FILING

COMES NOW the Defendant, Michael E. Robbins, M.D., by and through counsel, and amends his previously filed response to this Court's Order on Motion [Court Doc. No 657], and does hereby file the attached Amended Notice of Filing -- Supplemental Affidavit of Michael E. Robbins, M.D. The attachment to the affidavit was inadvertently omitted from the Notice of Filing submitted to this Court on June 9, 2008 [Court Doc. No. 671].

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendant
Michael E. Robbins, M.D.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 10th day of June, 2008, to:

> Mr. Marcellus Breach (#160710)
> LIMESTONE CORRECTIONAL FACILITY
> 28779 Nick Davis Road
> Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL  36130-1501

> Philip G. Piggott, Esq.
> STARNES & ATCHISON, LLP
> P. O. Box 598512
> Birmingham, AL  35259-8512

> <u>/s/ PAUL M. JAMES, JR. (JAM017)</u>
> OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, (AIS # 160710)    *

     Plaintiff,    *

V.    *    2:06-CV-1133-MEF

PRISON HEALTH SERVICES, et al.,    *

     Defendants.    *

### SUPPLEMENTAL AFFIDAVIT OF MICHAEL E. ROBBINS, M.D.
### IN RESPONSE TO THE ORDER ON MOTION (DOCUMENT 657)

BEFORE ME, **W. G. Rowell**, a notary public in and for said County and State, personally appeared **MICHAEL E. ROBBINS, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

In response to the Order on Motion (document 657), this Defendant responds as follows:

(1) • See attached copy of current Alabama Medical License.

(2) • I was licensed without restriction to practice medicine in the State of Alabama during the period of time relevant to the instant cause of action.

(3) • I am currently board certified in internal medicine and was so certified during the period of time relevant to the instant cause of action.

(4)    •    On March 29, 1998, I entered a facility for the evaluation and treatment of chemical dependence.  There were no legal or patient care issues, nor was my clinical competence as a physician in question.  I completed treatment and followed the suggested aftercare recommendations.

My sobriety date is March 29, 1998.  Since that time, voluntarily and at my request, I have been monitored by the Alabama Physician Health program with, among other things, periodic random drug screening.  This monitoring has provided some measure of protection against those who might make use of the fact that I was once chemically dependent for their own purposes.  At the date of this writing, I have more than ten years of well documented continuous sobriety.

As a consequence of entering treatment in March 1998, my license was suspended by the Alabama Board of Medical Examiners (ABME) on April 15 1998.  Having successfully completed treatment, remained sober, and complied with the recommendations of the ABME that license was reinstated on February 16, 2000.

In the time between completing treatment and regaining active licensure, I did not engage in direct patient care.  There are several areas where one may work as a physician that do not involve direct patient care and hence do not require an active medical license – medical case reviews for the legal system is one example.  I resumed work involving direct patient care when my license was reinstated.

Suggestions that my medical license was revoked, that I was clinically incompetent, or that I did not work as a physician for the time period previously asserted are incorrect.

Further affiant sayeth not.

_____

MICHAEL E. ROBBINS, M.D.

STATE OF ALABAMA          )
                          )
COUNTY OF _Montgomery_    )

Sworn to and subscribed before me on this the ____30th____ day of _May____, 2008.

_____
Notary Public
My Commission Expires: _6/15/08_____

3

ALABAMA MEDICAL LICENSURE COMMISSION
P.O. BOX 887
MONTGOMERY, ALABAMA 36101-0887

**CERTIFICATE OF REGISTRATION**
**2008**

This is to certify that annual registration has been made
and license to practice medicine in the State of Alabama
has been granted for the year ending December 31, 2008

License # MD.13101                    Amount Paid: $300
Date Issued: 11/19/1986               Receipt # 744132

Michael Edward Robbins  MD
7201 Mitylene Forest Trail
Montgomery, Alabama 36117

*CHAIRMAN*

**Detach along this line**

ALABAMA MEDICAL LICENSURE COMMISSION
Michael Edward Robbins  MD
7201 Mitylene Forest Trail
Montgomery, Alabama 36117

Is entitled to practice medicine in
Alabama. Registration expires
December 31, 2008

LICENSE#  MD.13101        *CHAIRMAN*

**Controlled Substance Registration Certificate**
**Alabama State Board of Medical Examiners**
**P.O. Box 946**
**Montgomery, AL 36101-0946**

ACSC # 13101                           Fee Paid: $150.00
Schedules: 2, 2N, 3, 3N, 4, 5          Receipt #: 744133
Issued: 01/01/2008                     Restrictions:
Expires: 12/31/2008

Michael Edward Robbins  MD
7201 Mitylene Forest Trail
Montgomery, Alabama 36117

***Please notify this office immediately if there is any change in your mailing or practice address.