```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005735
Cashier ID: brobinso
Transaction Date: 07/07/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
----------------------------------------
PLRA CIVIL FILING FEE
 For: MARCELLUS BREACH JR
 Case/Party: D-ALM-2-06-CV-001133-001
 Amount:         $44.00
----------------------------------------
CHECK
 Check/Money Order Num: 4595
 Amt Tendered:  $44.00
----------------------------------------
Total Due:      $44.00
Total Tendered: $44.00
Change Amt:     $0.00
```