IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARCELLUS BREACH, #160710

    Plaintiff,

Vs.

                    CASE NO: 2:06-cv-1133-MEF

PRISON HEALTH SERVICES, INC., et. al.,

    Defendants.

## NOTICE OF FILING

**COMES NOW**, the Plaintiff Marcellus Breach (hereinafter "Breach") in proper person "Pro Se," hereby submit into the Record notice of filing pertaining to access to the Courts and interferences by defendant's Alabama Department of Corrections.

1. *Exhibit "A"* attached is a letter to counsel for the ADOC defendants explaining that there is a serious problem which is being <u>ignored</u> by ADOC Officials at Limestone Correctional Facility pertaining to plaintiff's right to pursue this action without interference by ADOC officials, e.g., reading of legal materials. Plaintiff argues that such conduct demonstrates an imminent danger to the present litigation and such action violates plaintiff's interest and protected rights guaranteed to him by the Constitution of the United States. Plaintiff attests on two (2) separate dates, times he has witnessed ADOC officials enjoining with another Alabama inmate [Ken Vincent] in the acts of

prolonged gratuitous reading of plaintiff's immediate, pending legal work to this action without any reasonable penological interest.

2. Plaintiff states that the actions of the ADOC defendants allowing this Inmate to scan, read, plaintiff's legal documents that are solely in preparation of this pending action constitutes retaliation, harassment, and interferences with his right to access to the Courts and imminent to permanent injure to the litigation before the Court.

3. If ADOC counsel does not advise his clients that such action is volatile to the Fifth and Sixth Amendments protection to the United States Constitution, Rule 65 request for an immediate Restraining Order / Preliminary Injunction will be requested.

**WHEREFORE**, *premises considered*, plaintiff is giving notice to the Court of this continued ongoing action by the ADOC defendants interfering with plaintiff's right to access the courts by reading the present litigation being submitted.

Done this 17 Day July 2008.

Marcellus Breach 160710
Limestone C.F.
28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 17th Day of July 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

*Alabama Dept. of Corrections*
*LEGAL DIVISION*
*P.O. Box 301501*
*Montgomery, Alabama 36101*

*Rushton, Stakely, Johnston, Garrett, P.A*
*P.O. Box 270*
*Montgomery, Alabama 36101*

*Starnes & Atchison, LLP*
*100 Brookwood Place, 7th Floor*
*P.O. Box 598512*
*Birmingham, Alabama 35259-8512*

® _____
*Marcellus Breach*

Marcellus Breach 160710
LCF. 28779 Nick Davis Rd
Harvest, Al 35749

HUNTSVILLE / HVS
AL 358 2 T
18 JUL 2008 PM

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al
36101-0711

Exhibit "A"

Marcellus Breach, 160710
L.C.F. 28779 Nick Davis
Harvest, Alabama 35749

July 17, 2008

Alabama Department of Corrections
C/O  Albert Butler Assistant General Counsel
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Re:   Marcellus Breach v. Prison Health Services, Inc.,
      Case No.: 2:06-cv-1133-MEF

Dear Albert Butler:

I am bring this matter to your attention hoping that you will check into it and rectify the matter without immediate court action. The problem is, there is an Inmate being allowed, granted by ADOC officials at the law library, who is not assigned to work or have assigned to make decisions pertaining to the law library reading my pending litigation. I have personally observed Ken Vincent reading my legal work on two (2) separate occasions when my legal work was waiting to be printed by ADOC. As a matter of fact, my legal work did not get printed even though he read it, I had to go request the supervisor to print my work out, and still my legal work was open in plain view to all eyes. My legal work was printed, but the point is, Ken Vincent read my work and he is not assigned to the law library, and he was assisting in printing that day. I cannot tolerate ADOC officials allowing another inmate to read my work.

This matter must come to an end immediately. Neither ADOC nor any Inmate has the right to **read** any protected pending legal materials. This is an invasion and I will not tolerate it. The legal documents I have caught him reading pertain to the present litigation imminent to be filed pertaining to defendant William Hobbs, and Summary Judgment matters.

I hope that we can resolve this matter without Court intervention. If the matter continues and ADOC continues to allow this inmate to read my legal work I will immediately request a **Restraining Order / Preliminary Injunction** for Retaliation, and Interferences with access to the Courts. I have written Warden Mitchim several times, I have complained to Captain Tully, I have complained to my supervisor about this matter and

apparently no one takes this seriously. If so, then the appropriate actions would have been taken to insure that ADOC is not involved in any constitutional protected rights as to reading my legal work.

I have exhausted all available remedies and I am bring this to your attention.

Sincerely,

Marcellus Breach