IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH (AIS# 160710),    §
                                   §
        Plaintiff,                 §
                                   §
vs.                                §    CIVIL ACTION NO. 2:06cv1133-MEF
                                   §
PRISON HEALTH SERVICES, INC.;      §
et al.;                            §
                                   §
        Defendants.                §


**MOTION FOR EXTENSION OF TIME**

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael

Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and

Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and in

response to this Court's Order dated July 31, 2008 (Court Doc. No. 675), request that the

PHS Defendants be given an additional ten (10) days to comply with the Court's Order.  As

grounds for this Motion, the PHS Defendants state the following:

        1.      Counsel for the PHS Defendants did not receive a copy of the Court's Order

until Monday, August 4, 2008, as counsel was on vacation the previous week.  Immediately

upon reviewing the Order, counsel attempted to contact both physicians whose discovery

is crucial to comply with the Order.  One physician is out-of-state on vacation and will not

return until Monday, August 18, 2008.  Attempts to reach the other physician have been

unsuccessful due to his no longer being an employee of Prison Health Services.  Questions

necessary to comply with the Court's Order have been sent via mail to this physician and

counsel for the PHS Defendants will comply with the Court's Order, but requests some additional time.

2.      No party will be prejudiced by an extension and the material will be filed as soon as it is available to be filed in its proper form.

WHEREFORE, all premises considered, the PHS Defendants respectfully request an extension until Friday, August 29, 2008, within which to comply with this Court's Order (Court Doc. No. 675).

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 11th day of August, 2008, to:

> Mr. Marcellus Breach (#160710)
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL  36130-1501
>
> Philip G. Piggott, Esq.
> STARNES & ATCHISON, LLP
> P. O. Box 598512
> Birmingham, AL  35259-8512

/s/ PAUL M. JAMES, JR. (JAM017)
OF COUNSEL