IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the emergency application for preliminary injunction filed by the plaintiff on August 11, 2008 (Court Doc. No. 678), in which the plaintiff seeks return of his legal materials, and for good cause, it is

ORDERED that on or before August 22, 2008 the correctional defendant shall show cause why this motion should not be granted.

Done this 12th day of August, 2008.

                                                    /s/ Terry F. Moorer
                                           TERRY F. MOORER
                                           UNITED STATES MAGISTRATE JUDGE