IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH (AIS# 160710),  §
                                  §
          Plaintiff,              §
                                  §
vs.                               §     CIVIL ACTION NO. 2:06cv1133-MEF
                                  §
PRISON HEALTH SERVICES, INC.;     §
et al.;                           §
                                  §
          Defendants.             §

## NOTICE OF FILING

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and in response to this Court's Order do hereby give notice of its filing of Paul James' check # 6363, to the First United Methodist Church; attached as Exhibit A.


                                  /s/ PAUL M. JAMES, JR. (JAM017)
                                  Attorney for Defendants, Prison Health
                                  Services, et al.


OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 18th day of August, 2008, to:

> Mr. Marcellus Breach (#160710)
> LIMESTONE CORRECTIONAL FACILITY
> 28779 Nick Davis Road
> Harvest, AL  35749

The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> Albert Sims Butler, Esq.
> ALABAMA DEPARTMENT OF CORRECTIONS
> P. O. Box 301501
> Montgomery, AL  36130-1501

> Philip G. Piggott, Esq.
> STARNES & ATCHISON, LLP
> P. O. Box 598512
> Birmingham, AL  35259-8512

> /s/ PAUL M. JAMES, JR. (JAM017)
> OF COUNSEL

2