# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MARCELLUS BREACH,** | ) | |
| **AIS #160710,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:06-CV-1133-MEF** |
| | ) | |
| **PRISON HEALTH** | ) | |
| **SERVICES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ADOC DEFENDANTS' RESPONSE TO COURT'S ORDER (DOC.# 680)

Come now the ADOC Defendants, by and through the undersigned counsel, and gives notice of compliance to this Court's Order (Court Docket #680), by responding as follows:

ADOC's response to the Plaintiff's "Free To Go Card"

1. That the main issue in the Plaintiff's proposal of settlement is his assignment to a Work Release Facility. The Plaintiff does not meet the criteria to have his custody and classification lowered so as to be eligible for Work Release.

2. Although the Plaintiff is offering to have his own surgeon do the operation, ADOC is still responsible for providing his necessary medical needs, including but not limited to any complications as a result of the surgery. ADOC can not advocate that responsibility.

3. ADOC has no control, input, and/or influence with the decision making process of the Pardons and Parole Board of the State of Alabama.

4.  That based upon the above, ADOC can not agree to the Plaintiff's proposals as set

out in his "Free To Go Card".

Respectfully submitted,


Kim T. Thomas
General Counsel




/s/Albert S. Butler

Albert S. Butler (BUT016)
Assistant General Counsel


**ADDRESS OF COUNSEL**:

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130
Albert.Butler@doc.Albama.gov
(334) 353-4859

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 19th day of August, 2008, I have served a copy of the foregoing

document upon each of the following by placing a copy in the United States mail, first class

postage pre-paid, and properly addressed to the following:


Paul M. James, Jr., Esq.                         Phil Piggott, Esq.
Rushton, Stakely, Johnston & Garrett             Starnes & Atchison, LLP
Attorney for the PHS Defendants                  Attorney for the CMS Defendants
P. O. Box 270                                    P. O. Box 598512
Montgomery, AL 36101-0270                        Birmingham, AL 35259-8512

Inmate Marcellus Breach
AIS # 160710
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749



/s/Albert S. Butler
OF COUNSEL