IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH (AIS# 160710), | § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § § | CIVIL ACTION NO. 2:06cv1133-MEF |
| PRISON HEALTH SERVICES, INC.; et al.; | | |
| Defendants. | | |

## RESPONSE TO COURT ORDER NO. 680

COME NOW the Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs (collectively "PHS Defendants"), by and through counsel, and in response to this Court's Order, dated August 12, 2008, requiring that the Defendants file a response to the Plaintiff's proposed Order, the PHS Defendants state the following:

1. The Plaintiff's proposed Settlement Order, as outlined in a March 28, 2008, letter to Al Butler, Assistant General Counsel for the Alabama Department of Corrections, is something to which the PHS Defendants have no immediate and verifiable objection. As specifically phrased by the Plaintiff in his letter, Prison Health Services would not be involved in any surgical proceeding nor would be required to cover the financial costs and/or medical costs associated with that procedure. Based on the statements and positions taken by the Plaintiff in his letter, Prison Health Services has no objection to the settlement proposal.

2.      It is important to understand that the letter does not seek monies, services, nor other material items in the settlement proposal. However, the Alabama Department of Corrections has been requested to modify the Plaintiff's status, to allow work release, and to permit the Plaintiff to make his own financial arrangements for surgical intervention of his condition. Defendant Prison Health Services, et al. cannot take a position on the issues pertaining to the dispute between Breach and the Alabama Department of Corrections and defers to the Department for their position on the Plaintiff's proposed settlement.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants, Prison Health Services, Linda Lawrence, Michael Catalano, Rick Dull, Martha Jane Haynes, Michael E. Robbins, M.D., Bradford Adams, and Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 20th day of August, 2008, to:

  Mr. Marcellus Breach (#160710)
  Limestone Correctional Facility
  28779 Nick Davis Road
  Harvest, AL 35749

 The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

  Albert Sims Butler, Esq.
  ALABAMA DEPARTMENT OF CORRECTIONS
  P. O. Box 301501
  Montgomery, AL 36130-1501

  Philip G. Piggott, Esq.
  STARNES & ATCHISON, LLP
  P. O. Box 598512
  Birmingham, AL 35259-8512

        /s/ PAUL M. JAMES, JR. (JAM017)
        OF COUNSEL