IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file addendum filed by the plaintiff on August 22, 2008 (Court Doc. No. 684), in which the plaintiff seeks to amend his August 11, 2008 Motion for Preliminary Injunction (Court Doc. No. 678), and for good cause, it is

ORDERED that the motion for leave to file addendum be and is hereby GRANTED. It is further

ORDERED that the correctional defendants be GRANTED an extension from August 27, 2008 to and including September 11, 2008 to file a response to the plaintiff's aforementioned Motion for Preliminary Injunction.

Done this 22nd day of August, 2008.

                                                 /s/ Terry F. Moorer
                                                 TERRY F. MOORER
                                                 UNITED STATES MAGISTRATE JUDGE