IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

2008 AUG 25 A 10: 51

DEBRA P. HACKET
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARCELLUS BREACH, #160710,

Plaintiff,

Vs.                               *    CASE NO: 2:06-CV-1133-MEF

PRISON HEALTH SERVICES, INC.,

Defendants.

### PLAINTIFF'S RESPONSE TO ADOC DEFENDANTS' RESPONSE TO COURT'S ORDER (DOC.# 680)

*Comes now*, the undersigned <u>Marcellus Breach</u> (hereinafter "Breach") in proper person "Pro Se," hereby submits his response to the ADOC Defendants response to *Court Doc. No. 680* submitted on August 19, 2008, [*Court Doc. No. N/A*] as follows:

1.  At Paragraph 2, of the correctional defendants response they admit and state:

    " . . . ADOC is <u>still responsible for providing his necessary medical needs,</u> including but not limited to any complications as a result of the surgery. ADOC can not advocate that responsibility." [Id.]

2.  Plaintiff argues ADOC defendants' initial *Answer and Special Report* **Court Doc. No. 114,** raise the defense of *Respondeat Superior*. What is so interesting, the Defendants throughout this entire litigation deny that they have had any decision making, involvement regarding to plaintiff's medical treatment and they claim Ruth Naglich did not deny surgery while plaintiff was at the private prison in Louisiana, and that they

1

have claimed that they leave medical decision to their medical physicians and contractors being PHS and now CMS. See, *Id. Aff'd Ruth Naglich, Brandon Kinard.*

3. Breach requested to pay for his surgery and request for lower custody consideration because he would have access to outside medical care at lower custody, *i.e.,* free world surgeon, the correctional defendant come right back, fast and loose, contradict themselves stating: "ADOC <u>is still responsible</u> for providing his necessary medical needs, including but not limited to any complications as a result of the surgery. . . ." [Id.]

4. Whenever the Court is ready to entertain summary judgment, plaintiff even with ADOC reading, confiscating his legal papers is and will be ready to debunk ADOC.

This 21st Day August 2008.

Marcellus Breach 160710
L.C.F. 28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 21 Day of August 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

**Alabama Dept. of Corrections**
**LEGAL DIVISION**
P.O. Box 301501
Montgomery, Alabama 36101

**Rushton, Stakely, Johnston, Garrett, P.A**
P.O. Box 270
Montgomery, Alabama 36101

**Starnes & Atchison, LLP**
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

/s/ Marcellus Breach
Marcellus Breach

Marcellus Bread 160710
L.C.F. 28779 Nick Davis Rd
Harvest, Al 35749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.



Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, Al
36101-0711

36101+0711