# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710 | * | |
| Plaintiff, | * | |
| Vs. | * | Case No.: 2:06-cv-1133-MEF |
| PRISON HEALTH SERVICES, INC., et al., | * | |
| Defendants. | | |

### MOTION TO COMPEL ADOC TO SERVE PLAINTIFF WITH A TRUE COPY OF THEIR PLEADINGS, and REQUEST FOR AN ORDER CONTINUING ADOC TO SERVE PLAINTIFF TIMELY A TRUE COPY OF <u>ANY</u> PLEADINGS FILED WITH THE COURT.

**COMES NOW,** the undersigned <u>Marcellus Breach</u> (hereinafter ("Plaintiff") in proper person "Pro Se," request that the Court direct ADOC to forward to him a true copy of their pleading requesting an enlargement of time and continuing throughout this case until final adjudication on the merits. In support thereof, plaintiff states as follows:

1. With all due respect to the court, the court granted ADOC until <u>September 11, 2008</u> to file a response. That's 59 days defendants have full possession, control over his legal papers stored into the flash driver gives them first hand privilege to walk over plaintiff's constitutional right as unrestrained and unlimited. ADOC refused plaintiff's proposed settlement. It is established defendants pray on invoking pain; plaintiff cannot pay for his surgery. Now, Defendants have unlimited access to read, copy, destroy plaintiff's case; basically, do what they want to do with it, without one time providing plaintiff a means of

1

copying "all" his legal work. May the Court be mindful, plaintiff's case is in jeopardy, his expert witness testimony, witness testimony, medical records and evidence since **July 12, 2008** has been, still is in the control, possession of the ADOC.

2. ADOC correctional defendants were ordered to respond to plaintiff's Motion for Preliminary Injunction, **Court Doc. No. 678** on or before *August 22, 2008* **Court Order No. 679.**

3. On an unknown date and plaintiff was not served, the correctional defendants requested an extension of time from *August 27, 2008* to and including *September 11, 2008* to file a response to the plaintiff's aforementioned Motion for Preliminary Injunction.

4. Plaintiff learned the correctional defendants request for additional time by Court Order, **Doc. No. 685** received U. S. Mail. However, there is no reference to a docket number to the request by correctional defendants.

5. Plaintiff's complaint is, as of today, *August 26, 2008* plaintiff has not received defendants filing: ADOC again, failed to serve plaintiff with a copy of their pleading and it is gratuitous that this pattern continues unchecked. An order is request as continuing and ought to be appropriate; it is unknown to plaintiff what date correctional defendants submitted and requested this extension of time -- defendants did not serve plaintiff with a copy.

6. This is not the first time, the Docket demonstrates multiple court orders directed to defendants to serve plaintiff with a copy of their pleadings. See, **Court Doc. No.'s # 140, 235, 237, 437, 619.**

7. As of *August 26, 2008* the Court can order Limestone Correctional Facility to produce their **Inmate Legal Mail Log** in support of this issue; plaintiff has not been served.

## RELIEF REQUESTED.

a. That the Court finalize this on-going problem and grant this Compel and issue an Order directed to counsel for the defendants, specifically directed to counsel for ADOC to forward and supply plaintiff with a true copy timely, of any pleading filed before the Court as continuing until a final disposition of this case.

**WHEREFORE**, plaintiff moves this Court to grant said. I attest that the foregoing is true and correct under the penalty of perjury, 28 U.S.C. 1746.

Respectfully,

Done this 26 day August 2008.

/s/ Marcellus Breach
Marcellus Breach 160710
L.C.F. 28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this 27 Day of August 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

| Alabama Dept. of Corrections Division<br>P.O. Box 301501<br>Montgomery, Alabama, 36101 | Rushton, Stakely, Johnston, Garrett, P.A<br>P.O. Box 270<br>Montgomery, Alabama 36101 | Starnes & Atchison, LLP   Legal<br>100 Brookwood Pl., 7th Floor<br>P.O. Box 598512<br>Birmingham, Alabama 35259-8512 |
|---|---|---|

/Marcellus Breach

Marcellus Breach 160710
L.C.F. 28779 Nick Davis Rd
Harvest Al 35749



HUNTSVILLE / HSV
AL 358 1 L
27 AUG 2008 PM

This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101

36101+0711 B007