IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel service of document filed by the plaintiff on August 29, 2008 (Court Doc. No. 691), which the plaintiff bases on his mistaken belief that the correctional defendants filed a motion for extension of time, and for good cause,

it is

ORDERED that the motion to compel service be and is hereby DENIED as the extension referenced by the plaintiff was granted the correctional defendants due to the plaintiff filing an amendment to his motion for preliminary injunction.

Done this 29th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE