IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1133-MEF |
| | ) | |
| PRISON HEALTH SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike affidavit filed by the plaintiff on August 29, 2008

(Court Doc. No. 692), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that the

court will provide appropriate weight to the statements contained in the challenged affidavit.

Done this 29th day of August, 2008.


         /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE