IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that the Recommendation entered on August 26, 2008 (Court Doc. No. 688) be and is hereby WITHDRAWN. It is further

ORDERED that on or before September 11, 2008 the correctional defendants shall file a supplement to their August 22, 2008 response (Court Doc. No. 686) which contains affidavits from those persons who have personal knowledge of the confiscation of the thumb/flash drive from the plaintiff and any reports prepared by correctional officials addressing such confiscation.

Done this 29th day of August, 2008.

                                                           /s/ Terry F. Moorer
                                           TERRY F. MOORER
                                           UNITED STATES MAGISTRATE JUDGE