IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

MARCELLUS BREACH (AIS# 160710),

    Plaintiff,

vs.

PRISON HEALTH SERVICES, INC.;
et al.;

    Defendants.

CIVIL ACTION NO. 2:06cv1133-MEF

### NOTICE OF FILING IN RESPONSE TO
### THIS COURT'S ORDER [Court Doc. 675]

COMES NOW the Defendant, Dr. William D. Hobbs, by and through counsel, and supplements his Response to Plaintiff's Fourth Set of Interrogatories and Request for Admissions for Production of Documents [Court Doc. No. 226] in response to this Court's Order dated July 31, 2008 [Court Doc. No. 675]. Documents in response to interrogatory #10 were inadvertently omitted and are attached hereto.

                                      /s/ PAUL M. JAMES, JR. (JAM017)
                                      Attorney for Defendants,
                                      Dr. William D. Hobbs

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 2nd day of September, 2008, to:

    Mr. Marcellus Breach (#160710)
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL  35749

    The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL  36130-1501

    Philip G. Piggott, Esq.
    STARNES & ATCHISON, LLP
    P. O. Box 598512
    Birmingham, AL  35259-8512

    /s/ PAUL M. JAMES, JR. (JAM017)
    OF COUNSEL



*alacourt.com's*

## Alabama SJIS Case Detail

| Settings | Parties | Case Action Summary | Witness List | Financial | Consolidated CAS |

| Case | | | | | | |
|---|---|---|---|---|---|---|
| County | 44 | Case Number | CV 2008 000148 00 | JID | RMB | Trial | B |
| Style | JAMES L LOGUE VS WILLIAM D HOBBS, ET AL | | | | | |
| Code | CVRT | Type | CIVIL RIGHTS | Filed | 05052008 | Track | |
| Amount | | Status | DISPOSED | Plaintiffs | 001 | Defendants | 002 |
| DJID | RMB | Court Action | D (DISM W/O PREJ) 06272008 | | | For | D |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

| Settings | | | | | | |
|---|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | | Description | |
| Date 2 | 06272008 | Que 2 | 001 | Time 2 | 0900 A | Description | HEAR HEARING |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | |
|---|---|---|---|---|---|---|
| Party | C 001 | Name | LOGUE JAMES L#170700 | Type | INDIVIDUAL |
| INDX | HOBBS WILLIAM | ANAM | | JID | RMB |
| SSN | | Address 1 | LIMESTONE CORRECTION FAC. | Sex | |
| DOB | | Address 2 | 28779 NICK DAVIS ROAD | Race | |
| Country | US | City | HARVEST AL 35749 7009 | Phone | 256 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | D (DISM W/O PREJ) | Date | 06272008 | For | D | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 001 | Name | HOBBS WILLIAM D | Type | INDIVIDUAL |
| INDX | LOGUE JAMES L | ANAM | | JID | RMB |
| SSN | | Address 1 | 26562 VETO ROAD | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | ELKMONT AL 35620 0000 | Phone | 256 000 0000 |
| Atty 1 | PIGGOTT PHILIP GUY | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05152008 | Type | | S SHERIFF | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05172008 | Type | | S SERVED PERSON | Serv On | | By | |
| Answer | 06162008 | Type | | M MOTION DISMIS | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | D (DISM W/O PREJ) | Date | 06272008 | For | D | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 3 | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 002 | Name | CORRECTIONAL MEDICAL SERVICES | Type | INDIVIDUAL |

| INDX | LOGUE JAMES L | ANAM | | JID | | RMB | |
|---|---|---|---|---|---|---|---|
| SSN | | Address 1 | LIMESTONE CORRECTION FAC. | Sex | | | |
| DOB | | Address 2 | 28779 NICK DAVIS ROAD | Race | | | |
| Country | US | City | HARVEST AL 35749 0000 | Phone | | 256 000 0000 | |
| Atty 1 | PIGGOTT PHILIP GUY | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05092008 | Type | S SHERIFF | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05162008 | Type | S SERVED PERSON | Serv On | | By | |
| Answer | 06162008 | Type | M MOTION DISMIS | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | D (DISM W/O PREJ) | Date | 06272008 | For | D | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 05092008 | 0811 | FILE | FILED THIS DATE: 05/05/2008 (AV01) | MAP |
| 05092008 | 0811 | ORIG | ORIGIN: INITIAL FILING (AV01) | MAP |
| 05092008 | 0811 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | MAP |
| 05092008 | 0811 | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | MAP |
| 05092008 | 0811 | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | MAP |
| 05092008 | 0811 | ASSJ | ASSIGNED TO JUDGE: ROBERT M BAKER (AV01) | MAP |
| 05092008 | 0813 | PART | LOGUE JAMES L#170700 ADDED AS C001 (AV02) | MAP |
| 05092008 | 0814 | PART | HOBBS WILLIAM D ADDED AS D001 (AV02) | MAP |
| 05092008 | 0815 | PART | CORRECTIONAL MEDICAL SERVICES ADDED AS D002 (AV02) | MAP |
| 05092008 | 0817 | SORD | SERVICE ORDER SENT TO D001 | MAP |
| 05092008 | 0818 | TRAN | TRANSMITTAL NOTICE SENT TO PLAINTIFF | MAP |
| 05092008 | 0818 | SORD | SERVICE ORDER SENT TO D002 | MAP |
| 05092008 | 0818 | CASP | CASE ACTION SUMMARY PRINTED (AV02) | MAP |
| 05152008 | 1020 | SORD | SERVICE ORDER SENT TO D001 | MAP |
| 05202008 | 0836 | SERC | D001 SERVED SHERIFF ON 05/17/2008 | MAP |
| 05202008 | 0836 | SERC | D002 SERVED SHERIFF ON 05/16/2008 | MAP |
| 06162008 | 1724 | ETXT | D001-D002-MOTN TO DIS. PURS. TO RULE 12(B) FILED. | AJA |
| 06162008 | 1730 | ETXT | D001-D002-RESPONSE IN SUPPORT OF MOTION FILED. | AJA |
| 06162008 | 1732 | ETXT | D001-D002-RESPONSE IN SUPPORT OF MOTION FILED. | AJA |
| 06162008 | 1909 | ETXT | MOTION - TRANSMITTAL | AJA |
| 06162008 | 1936 | ETXT | MOTION - TRANSMITTAL | AJA |
| 06162008 | 1938 | ETXT | MOTION - TRANSMITTAL | AJA |
| 06172008 | 0942 | ETXT | D001-D002-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKET | AJA |
| 06172008 | 0943 | ETXT | D001-D002-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKET | AJA |
| 06172008 | 0945 | ETXT | D001-D002-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKET | AJA |
| 06172008 | 1009 | ATTY | LISTED AS ATTORNEY FOR D001: PIGGOTT PHILIP GUY | MAP |
| 06172008 | 1009 | ANSW | ANSWER OF MOTION DISMIS ON 06/16/2008 FOR D001 | MAP |
| 06172008 | 1010 | ATTY | LISTED AS ATTORNEY FOR D002: PIGGOTT PHILIP GUY | MAP |
| 06172008 | 1010 | ANSW | ANSWER OF MOTION DISMIS ON 06/16/2008 FOR D002 | MAP |
| 06182008 | 1134 | TEXT | MOTIONS RETURNED FROM JUDGE MARKED "FILE" | MYP |
| 06192008 | 1043 | TEXT | MOTIONS FILED BY JAMES LOGUE / FILE TO JUDGE | MYP |
| 06202008 | 1103 | DESC | DATE 2 DESC CODE CHANGED TO HEARHEARING | JOW |
| 06202008 | 1103 | DOC2 | CASE SET ON 06/27/2008 FOR HEAR | JOW |
| 06202008 | 1103 | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | JOW |
| 06202008 | 1103 | DESC | DATE 2 DESC CODE CHANGED TO HEARHEARING | JOW |
| 06202008 | 1103 | DOC2 | CASE SET ON 06/27/2008 FOR HEAR | JOW |
| 06202008 | 1104 | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | JOW |
| 06202008 | 1515 | ETXT | D001-D002-RESPONSE IN SUPPORT OF MOTION FILED. | AJA |
| 06202008 | 1521 | ETXT | D001-D002-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKET | AJA |
| 06202008 | 1523 | ETXT | MOTION - TRANSMITTAL | AJA |
| 06272008 | 1337 | STAT | CASE ASSIGNED STATUS OF: DISPOSED (AV01) | MYP |
| 06272008 | 1337 | DISP | DISPOSED ON: 06/27/2008 BY (DISM W/O PREJ) (AV01) | MYP |

```
06272008 1337 CACJ   COURT ACTION JUDGE: ROBERT M BAKER (AV01)           MYP
06272008 1337 PDIS   C001 DISPOSED BY (DISM W/O PREJ) ON 06/27/2008      MYP
06272008 1337 PDIS   D001 DISPOSED BY (DISM W/O PREJ) ON 06/27/2008      MYP
06272008 1337 PDIS   D002 DISPOSED BY (DISM W/O PREJ) ON 06/27/2008      MYP
06272008 1339 TEXT   ORDERED, DEFT. APPEARED , PLNT. DID NOT APPEAR      MYP
06272008 1339 TEXT   IN PERSON OR THROUGH COUNSEL, ON MOTION BY DEFT.    MYP
06272008 1339 TEXT   CASE IS DISMISSED/ JUDGE BAKER / PARTIES NOTIFIED   MYP
06272008 1340 TRAN   TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1       MYP
06272008 1340 TRAN   TRANSMITTAL NOTICE SENT TO PLAINTIFF                MYP
```



*alacourt.com's*

*Alabama SJIS Case Detail*

| Case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | 44 | Case Number | CV 2007 000249 00 | JID | RMB | Trial | B | |
| Style | BRENT ANDRE PARRIS VS. PRISON HEALTH SERVICES,INC.,WILLIAM HOBBS, ET A | | | | | | | |
| Code | TOMM | Type | MEDICAL MALPRACTICE | Filed | 06272007 | Track | | |
| Amount | | Status | DISPOSED | Plaintiffs | 001 | Defendants | 003 | |
| DJID | RMB | Court Action | D (DISM W/O PREJ) 07312007 | | | For | D | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | | |
| Trial Days | | Lien | | | | | | |

| Settings | | | | | | |
|---|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | | Description |
| Date 2 | | Que 2 | | Time 2 | | Description |
| Date 3 | | Que 3 | | Time 3 | | Description |
| Date 4 | | Que 4 | | Time 4 | | Description |
| Cont Date | | Why | | | | Cont # |
| RevJmt | | Admin Date | | Why | | |
| Appeal Date | 08282007 | CRT | A | Case | CV 2007 000249 00 | |
| TBNV1 | | TBNV2 | | DSDT | 03212008 | DTYP | D |
| Comment 1 | | | | | | |
| Comment 2 | | | | | | |

| Party 1 | | | | | |
|---|---|---|---|---|---|
| Party | C 001 | Name | PARRIS BRENT ANDRE #203767 | Type | INDIVIDUAL |
| INDX | PRISON HEALTH | ANAM | | JID | RMB |
| SSN | | Address 1 | LIMESTONE CORRECTIONAL FA | Sex | |
| DOB | | Address 2 | 28779 NICK DAVIS ROAD | Race | |
| Country | US | City | HARVEST AL 35749 0000 | Phone | 256 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | D (DISM W/O PREJ) | Date | 07312007 | For | D | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | |
|---|---|---|---|---|---|
| Party | D 001 | Name | PRISON HEALTH SERVICES,INC. | Type | BUSINESS |
| INDX | PARRIS BRENT A | ANAM | | JID | RMB |
| SSN | | Address 1 | LIMESTONE CORRECTIONAL FA | Sex | |
| DOB | | Address 2 | 28779 NICK DAVIS ROAD | Race | |
| Country | US | City | HARVEST AL 35749 0000 | Phone | 256 000 0000 |
| Atty 1 | JAMES PAUL MCGEE JR | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 07022007 | Type | S SHERIFF | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 07032007 | Type | S SERVED PERSON | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | D (DISM W/O PREJ) | Date | 07312007 | For | D | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 3 | | | | | |
|---|---|---|---|---|---|
| Party | D 002 | Name | HOBBS WILLIAM | Type | INDIVIDUAL |

| INDX | PARRIS BRENT A | ANAM | | | JID | RMB |
|---|---|---|---|---|---|---|
| SSN | | Address 1 | C/O DEBBIE HUNT, HSA | | Sex | |
| DOB | | Address 2 | 28779 NICK DAVIS ROAD | | Race | |
| Country | US | City | HARVEST AL 35749 0000 | | Phone | 256 000 0000 |
| Atty 1 | JAMES PAUL MCGEE JR | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 07022007 | Type | S SHERIFF | Reissue | 07162007 Type | S SHERIFF |
| Return | 07032007 | Type | O OTHER | Return | Type | |
| Service | 07172007 | Type | S SERVED PERSON | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | D (DISM W/O PREJ) | Date | 07312007 | For | D | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

Party 4

| Party | D 003 | Name | HUNT DEBBIE | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|
| INDX | PARRIS BRENT A | ANAM | | | JID | RMB |
| SSN | | Address 1 | LIMESTONE CORRECTIONAL FA | | Sex | |
| DOB | | Address 2 | 28779 NICK DAVIS ROAD | | Race | |
| Country | US | City | HARVEST AL 35749 0000 | | Phone | 256 000 0000 |
| Atty 1 | JAMES PAUL MCGEE JR | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 07022007 | Type | S SHERIFF | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 07032007 | Type | S SERVED PERSON | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | D (DISM W/O PREJ) | Date | 07312007 | For | D | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 06282007 | 1021 | FILE | FILED THIS DATE: 06/27/2007 (AV01) | SHT |
| 06282007 | 1021 | ORIG | ORIGIN: INITIAL FILING (AV01) | SHT |
| 06282007 | 1021 | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | SHT |
| 06282007 | 1021 | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | SHT |
| 06282007 | 1021 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | SHT |
| 06282007 | 1021 | ASSJ | ASSIGNED TO JUDGE: ROBERT M BAKER (AV01) | SHT |
| 06282007 | 1025 | PART | PARRIS BRENT ANDRE #203767 ADDED AS C001 (AV02) | SHT |
| 06282007 | 1030 | PART | PRISON HEALTH SERVICES,INC. ADDED AS D001 (AV02) | SHT |
| 06282007 | 1031 | PART | HOBBS WILLIAM ADDED AS D002 (AV02) | SHT |
| 06282007 | 1033 | PART | HUNT DEBBIE ADDED AS D003 (AV02) | SHT |
| 06282007 | 1037 | CASP | CASE ACTION SUMMARY PRINTED (AV02) | SHT |
| 07022007 | 0931 | SORD | SERVICE ORDER SENT TO D001 | SHT |
| 07022007 | 0932 | SORD | SERVICE ORDER SENT TO D002 | SHT |
| 07022007 | 0932 | SORD | SERVICE ORDER SENT TO D003 | SHT |
| 07062007 | 0818 | RETU | RETURNED OTHER ON 07/03/2007 FOR D002 | SHT |
| 07062007 | 0818 | SERC | D001 SERVED SHERIFF ON 07/03/2007 | SHT |
| 07062007 | 0819 | SERC | D003 SERVED SHERIFF ON 07/03/2007 | SHT |
| 07162007 | 1400 | D002 | ADDR1 CHANGED FROM: LIMESTONE CORRECTIONAL FA | SHT |
| 07162007 | 1401 | SORD | SERVICE ORDER SENT TO D002 | SHT |
| 07182007 | 1511 | SERC | D002 SERVED SHERIFF ON 07/17/2007 | MAP |
| 07242007 | 1455 | ETXT | NOTICE OF APPEARANCE E-FILED | AJA |
| 07242007 | 1513 | ATTY | LISTED AS ATTORNEY FOR D001: LUNSFORD WILLIAM R | SHT |
| 07242007 | 1513 | ATTY | LISTED AS ATTORNEY FOR D002: LUNSFORD WILLIAM R | SHT |
| 07242007 | 1514 | ATTY | LISTED AS ATTORNEY FOR D003: LUNSFORD WILLIAM R | SHT |
| 07242007 | 1826 | ETXT | MISCELLANEOUS - TRANSMITTAL | AJA |
| 07302007 | 0853 | TEXT | DEFENDANTS' MOTION TO DISMISS. | MAP |
| 07302007 | 0853 | TEXT | DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF | MAP |

| Date | Time | Code | Description | Init |
|---|---|---|---|---|
| 07302007 | 0853 | TEXT | MOTION TO DISMISS. | MAP |
| 07302007 | 1522 | ETXT | D001-D002-D003-MOTN TO DIS. PURS. TO RULE 12(B) FI | AJA |
| 07302007 | 1547 | ETXT | MOTION - TRANSMITTAL | AJA |
| 07312007 | 0828 | ETXT | D001-D002-D003-MOTN TO DIS. PURS. TO RULE 12(B) /D | AJA |
| 07312007 | 1126 | ETXT | ORDER GENERATED FOR MOTN TO DIS. PURS. TO RULE 12( | AJA |
| 07312007 | 1332 | STAT | CASE ASSIGNED STATUS OF: DISPOSED (AV01) | SHT |
| 07312007 | 1332 | CACJ | COURT ACTION JUDGE: ROBERT M BAKER (AV01) | SHT |
| 07312007 | 1332 | DISP | DISPOSED ON: 07/31/2007 BY (DISM W/O PREJ) (AV01) | SHT |
| 07312007 | 1332 | PDIS | C001 DISPOSED BY (DISM W/O PREJ) ON 07/31/2007 | SHT |
| 07312007 | 1332 | PDIS | D001 DISPOSED BY (DISM W/O PREJ) ON 07/31/2007 | SHT |
| 07312007 | 1332 | PDIS | D002 DISPOSED BY (DISM W/O PREJ) ON 07/31/2007 | SHT |
| 07312007 | 1332 | PDIS | D003 DISPOSED BY (DISM W/O PREJ) ON 07/31/2007 | SHT |
| 07312007 | 1332 | TRAN | TRANSMITTAL NOTICE SENT TO PLAINTIFF | SHT |
| 07312007 | 1333 | TRAN | TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1 | SHT |
| 07312007 | 1338 | ETXT | ORDER - TRANSMITTAL | AJA |
| 08062007 | 1106 | TEXT | DISMISS. | SHT |
| 08072007 | 1106 | TEXT | PLTF'S RESPONSE AND OBJECTIONS TO DEF.'S MOTION TO | SHT |
| 08072007 | 1106 | TEXT | AMENDED COMPLAINT. | SHT |
| 08092007 | 1149 | TEXT | MOTION TO RECONSIDER AND RESCIND ORDER. | MAP |
| 08102007 | 1258 | TRAN | TRANSMITTAL NOTICE SENT TO PLAINTIFF | BAG |
| 08102007 | 1258 | TRAN | TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1 | BAG |
| 08102007 | 1301 | TEXT | --MOOT, CASE DISMISSED PER RMB | BAG |
| 08282007 | 1158 | APPL | APPEALED ON: 08/28/2007 IN COURT OF CIVIL APPEALS | MAP |
| 08282007 | 1440 | TRAN | TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1 | MAP |
| 08282007 | 1441 | TRAN | TRANSMITTAL NOTICE SENT TO PLAINTIFF | MAP |
| 09072007 | 1540 | TRAN | TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1 | MAP |
| 03212008 | 1102 | TEXT | APPEAL DISMISSED BY ALABAMA COURT OF CIVIL APPEALS | MAP |
| 03272008 | 0848 | TEXT | PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSE | MAP |
| 03272008 | 0848 | TEXT | TO PLAINTIFF'S AMENDED COMPLAINT. | MAP |
| 04042008 | 1706 | ETXT | D001-D002-D003-MOTN TO DIS. PURS. TO RULE 12(B) FI | AJA |
| 04042008 | 1831 | ETXT | MOTION - TRANSMITTAL | AJA |
| 04072008 | 0818 | ETXT | D001-D002-D003-MOTN TO DIS. PURS. TO RULE 12(B) /D | AJA |
| 04072008 | 0900 | TEXT | MOTION TO DISMISS GRANTED. | MAP |
| 04082008 | 1110 | TRAN | TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1 | MAP |
| 05052008 | 1209 | TRAN | TRANSMITTAL NOTICE SENT TO | MAP |
| 05272008 | 0916 | TEXT | NOTICE OF APPEAL TO ORDER OF DISMISSAL | MAP |
| 05272008 | 0916 | TEXT | DATED 4/7/08.************************************ | MAP |
| 05272008 | 1349 | ETXT | NOTICE OF APPEARANCE E-FILED | AJA |
| 05272008 | 1349 | ATTY | LISTED AS ATTORNEY FOR D001: JAMES PAUL MCGEE JR | AJA |
| 05272008 | 1349 | ATTY | LISTED AS ATTORNEY FOR D002: JAMES PAUL MCGEE JR | AJA |
| 05272008 | 1349 | ATTY | LISTED AS ATTORNEY FOR D003: JAMES PAUL MCGEE JR | AJA |
| 05272008 | 1350 | ETXT | MISCELLANEOUS - TRANSMITTAL | AJA |
| 05282008 | 1706 | ETXT | D001-D002-D003-WITHDRAW FILED. | AJA |
| 05282008 | 1805 | ETXT | MOTION - TRANSMITTAL | AJA |
| 05292008 | 0802 | ETXT | D001-D002-D003-WITHDRAW /DOCKETED | AJA |
| 05292008 | 1511 | TEXT | ORDERED, MOTION TO WITHDRAW BY WILLIAM LUNSFORD IS | MAP |
| 05292008 | 1511 | TEXT | HEREBY GRANTED.********S/ROBERT M. BAKER********** | MAP |
| 05292008 | 1512 | TRAN | TRANSMITTAL NOTICE SENT TO ALL | MAP |
| 06052008 | 1045 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MAP |
| 06052008 | 1059 | TRAN | TRANSMITTAL NOTICE SENT TO PLAINTIFF | MAP |