IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCELLUS BREACH, #160710 | * | |
| Plaintiff, | * | |
| Vs. | * | Case No.: 2:06-cv-1133-MEF |
| PRISON HEALTH SERVICES, INC., et al., | * | |
| Defendants. | | |

### MOTION TO WITHDRAW MOST RECENT WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE ORDER COURT DOC. NO. 685

**COMES NOW**, the undersigned *Marcellus Breach* (hereinafter "Breach") in proper person "Pro Se," hereby request to withdraw his most recent pleading entitled: *"Plaintiff's Written Objections To The Magistrate Judge Order, Court Doc. No. 685* submitted and filed on or about August 28, 2008. In support of same, Breach states:

1.  Breach has made an error, and request to withdraw the objection related to **Court Doc. No. 675.**

**WHEREFORE**, *premises considered*, Breach withdraws this objection.

Done this 29th Day August 2008.

/s/ Marcellus Breach
Marcellus Breach 160710
L.C.F. 28779 Nick Davis Rd.
Harvest, Alabama 35749

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this ____ Day of August 2008, placed a true copy of the foregoing upon the following through the prison mail system properly addressed postage prepaid and mailing First Class U.S. Mail to:

*Alabama Dept. of Corrections*
LEGAL DIVISION
P.O. Box 301501
Montgomery, Alabama 36101

Rushton, Stakely, Johnston, Garrett, P.A
P.O. Box 270
Montgomery, Alabama 36101
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512

®  _____
Marcellus Breach

Marcellus Brown (160710)
C.F. 28779 Nick Davis Rd
PM
HUNTSVILLE, AL 358
2008
SEP

2008
2 SEP

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

