IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw objections filed by the plaintiff on September 4, 2008 (Court Doc. No. 698), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the objections filed by the plaintiff on September 2, 2008 (Court Doc. No. 697) be withdrawn and stricken from the docket.

Done this 4th day of September, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE