IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon review of the documents filed in this case regarding the confiscation of a computer flash/thumb drive containing legal materials of the plaintiff, and for good cause, it is

ORDERED that on or before September 15, 2008 the correctional defendants shall show cause why the plaintiff should not be provided copies of his legal materials contained on the flash/thumb drive.

Done this 5th day of September, 2008.

                                                  /s/ Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE