IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1133-MEF |
| ) | |
| PRISON HEALTH SERVICES, INC., *et al.,* ) | |
| ) | |
| Defendants ) | |

## **O R D E R**

Upon consideration of the plaintiff's Objection to Report and Recommendation (Doc. #699) filed on September 4, 2008, it is hereby

ORDERED that the objection is DENIED as moot.

DONE this the 5th day of September, 2008.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE