IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, #160710, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1133-MEF |
| | ) |
| PRISON HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on September 5, 2008 (Court Doc. No. 704), in which the plaintiff requests that defendant Robbins be required to supplement his response to the May 19, 2008 order (Court Doc. No. 657), and for good cause, it is

ORDERED that this motion to compel be and is hereby GRANTED. It is further

ORDERED that on or before September 23, 2008 defendant Robbins shall file a supplemental response which contains a copy/copies of his board certification in internal medicine for the time period relevant to this cause of action.

Done this 8th day of September, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE