THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCELLUS BREACH, AIS #160710 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1133-MEF |
| ) | WO |
| PRISON HEALTH SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On October 28, 2009, the Magistrate Judge filed a Recommendation (Doc. 825) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 825) of the Magistrate Judge is ADOPTED;

2. The motions for summary judgment filed by the defendants are GRANTED and this case is DISMISSED with prejudice;

3. The costs of this proceeding is taxed against the plaintiff.

DONE this the 10th day of December, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE